No. 26-1078

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE SIXTH CIRCUIT

**In re: CHEVROLET BOLT EV BATTERY LITIGATION**

ROBIN ALTOBELLI, on behalf of themselves and all others similarly situated, et al.

*Plaintiffs–Appellees*

INDIVIDUAL CLASS MEMBERS STRATEGIC LEGAL PRACTICES APC

*Plaintiffs–Appellants*

v.

GENERAL MOTORS, LLC; LG CHEM LTD.; LG ENERGY SOLUTION, LTD; LG ENERGY SOLUTION MICHIGAN, INCORPORATED; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.

*Defendants–Appellees.*

On appeal from the United States District Court for the
Eastern District of Michigan, Southern Division, No. 2:20-CV-13256-TGB-CI
Honorable Terrence G. Berg

## APPELLANTS'
## MOTION FOR JUDICIAL NOTICE

**THE LIBLANG LAW FIRM, P.C.**
Dani K. Liblang (MI Bar No. P33713)
*danil@ liblanglaw.com*
346 Park Street, Suite 200
Birmingham, Michigan 48009
(248) 540-9270 / Fax: (248) 433-1989

**GREINES, MARTIN, STEIN & RICHLAND LLP**
Cynthia E. Tobisman
(CA Bar No. 197983)
*ctobisman@gmsr.com*
Joseph V. Bui (CA Bar No. 293256)
*jbui@gmsr.com*
Edward Tao (CA Bar No. 365976)
*etao@gmsr.com*
6420 Wilshire Boulevard, Suite 1100
Los Angeles, California 90048
(310) 859-7811/ Fax: (310) 276-5261

*Attorneys for Plaintiffs–Appellants*
INDIVIDUAL CLASS MEMBERS STRATEGIC LEGAL PRACTICES APC

## APPELLANTS' MOTION FOR JUDICIAL NOTICE

Appellants Individual Class Members Strategic Legal Practices APC ("Appellants") respectfully requests that this Court take judicial notice of the following fifty state court complaints, each filed by an individual Appellant in the Superior Court of California:

- Exhibit 1:  Complaint, *Jesus Damian v. General Motors, LLC*, Case No. 34-2021-00309140-CU-BCGDS

- Exhibit 2:  Complaint, *Gabriel Perez v. General Motors, LLC*, Case No. 22STCV13083

- Exhibit 3:  Complaint, *Ejaz Mohammad v. General Motors, LLC*, Case No. 37-2024-00000959-CUBC-CTL

- Exhibit 4:  Complaint, *Carol Blaschke v. General Motors, LLC*, Case No. 20220564420CUBC[1]

- Exhibit 5:  Complaint, *Jeffrey Griffin v. General Motors, LLC*, Case No. 21STCV35756

- Exhibit 6:  Complaint, *John Scandurra v. General Motors, LLC*, Case No. 21STCV36505

---

[1] The name on the complaint is Audrey Balkind.  Blaschke is his guardian at litem.

- Exhibit 7: Complaint, *Armik Shahnazarian v. General Motors, LLC*, Case No. 21STCV39625

- Exhibit 8: Complaint, *Teng Wu v. General Motors, LLC*, Case No. 22CV397674

- Exhibit 9: Complaint, *Mark Siroky v. General Motors, LLC*, Case No. 34-2021-00309848

- Exhibit 10: Complaint, *Elizabeth Moore v. General Motors, LLC*, Case No. S-CV-0049261

- Exhibit 11: Complaint, *Janet L. Allen v. General Motors, LLC*, Case No. 24VECV02687

- Exhibit 12: Complaint, *Jung Park v. General Motors, LLC*, Case No. 30-2022-01255274-CU-BC-CJC

- Exhibit 13: Complaint, *Kenneth Tibbot v. General Motors, LLC*, Case No. 37-2022-00014683-CU-BC-CTL

- Exhibit 14: Complaint, *Kenneth Rickerman v. General Motors, LLC*, Case No. 22STCV13066

- Exhibit 15: Complaint, *Vipul Shah v. General Motors, LLC*, Case No. 30-2022-01255456-CU-BC-CJC

- Exhibit 16: Complaint, *Ezzat Gabriel v. General Motors, LLC*, Case No. 22VECV00873

- Exhibit 17: Complaint, *Joden Paul Sanguinetti v. General Motors, LLC*, Case No. S-CV-0049263

- Exhibit 18: Complaint, *Victor Fernandez v. General Motors, LLC*, Case No. CIVSB2208152

- Exhibit 19: Complaint, *Beth Gregorian v. General Motors, LLC*, Case No. 22STCV11789

- Exhibit 20: Complaint, *Gabriela Johnson v. General Motors, LLC*, Case No. 30-2022-01253766-CU-BCCJC

- Exhibit 21: Complaint, *Seyed-Shahab Amini v. General Motors, LLC*, Case No. 22VECV01792

- Exhibit 22: Complaint, *Eric Bradle v. General Motors, LLC*, Case No. 202200570785CUBC

- Exhibit 23: Complaint, *David Zimmermann v. General Motors, LLC*, Case No. CIVSB2208150

- Exhibit 24: Complaint, *Hratchia Tom Zarian v. General Motors, LLC*, Case No. 37-2022-00040178-CU-BC-CTL

- Exhibit 25: Complaint, *Laurie Noe v. General Motors, LLC*, Case No. C22-02313

- Exhibit 26: Complaint, *William Zimmermann v. General Motors, LLC*, Case No. 24STCV07710

- Exhibit 27: Complaint, *Ellen Rudolph v. General Motors, LLC*, Case No. 22TRCV00549

- Exhibit 28: Complaint, *Masaki Kobayashi v. General Motors, LLC*, Case No. 22CV404795

- Exhibit 29: Complaint, *Kiumars Khalili v. General Motors, LLC*, Case No. 22VECV01540

- Exhibit 30: Complaint, *Michael Backes v. General Motors, LLC*, Case No. 22CV021148

- Exhibit 31: Complaint, *Blanca Aviles v. General Motors, LLC*, Case No. 22-CIV-05500

- Exhibit 32: Complaint, *Vaibhav Bheda v. General Motors, LLC*, Case No. 23CV028275

- Exhibit 33: Complaint, *Andrew S. Love v. General Motors, LLC*, Case No. 23CV031956

- Exhibit 34: Complaint, *Grigor Golamirians v. General Motors, LLC*, Case No. 23GDCV00744

- Exhibit 35: Complaint, *Susanne Castro Carl Koncz v. General Motors, LLC*, Case No. 30-2023-01322248-CU-BC-WJC

- Exhibit 36: Complaint, *Nancy C. Rieser v. General Motors, LLC*, Case No. 24CV004066

- Exhibit 37: Complaint, *John H. Taylor v. General Motors, LLC*, Case No. 30-2023-01352137-CU-BC-CJC

- Exhibit 38: Complaint, *Vishal Shivaji Mahadkar v. General Motors, LLC*, Case No. 23CV051742

- Exhibit 39: Complaint, *Fredy R. Chalco v. General Motors, LLC*, Case No. CVRI2306595

- Exhibit 40: Complaint, *Sara Fallas-Dweck v. General Motors, LLC*, Case No. 24SMCV00359

- Exhibit 41: Complaint, *Bradlee J. Berry v. General Motors, LLC*, Case No. 30-2024-01423938-CU-BCNJC

- Exhibit 42: Complaint, *Aerin Schlumpberger v. General Motors, LLC*, Case No. 30-2024-01411768-CUBC-CJC

- Exhibit 43: Complaint, *Syed Bahaul Huq v. General Motors, LLC*, Case No. 24CV088052

- Exhibit 44: Complaint, *Hugh Royston Cousins v. General Motors, LLC*, Case No. CVPS2403929

- Exhibit 45: Complaint, *Hsueh-Sheng Michael Cheng v. General Motors, LLC*, Case No. 24PSCV02362

- Exhibit 46: Complaint, *Abigail Elaine Terrasas v. General Motors, LLC*, Case No. 24STCV24597

- Exhibit 47: Complaint, *Quoc Si P Le v. General Motors, LLC*, Case No. 24CV446789

- Exhibit 48: Complaint, *Thomas R. Omstead v. General Motors, LLC*, Case No. 24CV06868

- Exhibit 49: Complaint, *Nancy Woan-Ming Fairbanks v. General Motors, LLC*, Case No. 25STCV05744, and

- Exhibit 50: Complaint, *Rudolph Gizzi Jr. v. General Motors, LLC*, Case No. CVPS2404176.

Exhibits 1 through 50 are California state court complaints filed by Appellants against General Motors. *See* SLP Letter, R. 302-2, Page ID # 15139-40 (listing the fifty Appellants and their respective state court case number).

These complaints are judicially noticeable under Federal Rule of Evidence 201(b) because they are "'proceedings in other courts of record.'" *Rodic v. Thistledown Racing Club, Inc.*, 615 F.2d 736, 738 (6th Cir. 1980) ("'Federal courts may take judicial notice of proceedings in other courts of record'").

Additionally, Appellants do not seek judicial notice of the complaints for the truth of the factual allegations contained within. Rather, Appellants seek judicial notice to show that certain allegations

were made or that certain proceedings occurred–for example, that they filed individual state court actions against General Motors prior to the execution of the Class Settlement. *See* AOB 20 (stating that Appellants sued General Motors prior to the execution of the Class Settlement). It is well-established that the complaints are judicially noticeable for this narrow purpose. *Carvajal Vasquez v. Gamba Acevedo*, 931 F.3d 519, 523, n.1 (6th Cir. 2019) ("We may take notice of documents offered to show the existence of judicial proceedings and not to prove the truth of any matters asserted in those proceedings"); *Beair v. Ohio Department of Rehabilitation*, 156 F. Supp.3d 898, 904 (N.D. Ohio 2016) (same).

Exhibits 1 through 50 have not been subject to any prior request for judicial notice.

We therefore respectfully request that the Court now take judicial notice of these exhibits, true and correct copies of which are attached thereto.

Dated: May 13, 2026

Respectfully submitted,

THE LIBLANG LAW FIRM, P.C.
    Dani K. Liblang

GREINES, MARTIN, STEIN &
  RICHLAND, LLP
    Cynthia E. Tobisman
    Joseph V. Bui
    Edward T.S. Tao

By:     */s/ Edward Tao*

    Edward T.S. Tao
Attorneys for Plaintiffs and Appellants
INDIVIDUAL CLASS MEMBERS
STRATEGIC LEGAL PRACTICES APC

# Exhibit 1

MJN10

Tionna Dolin (SBN 299010)
email: tdolin@slpattorney.com
emailservices@slpattorney.com
Debora Rabieian (SBN 315022)
email: drabieian@slpattorney.com)
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff,
JESUS DAMIAN

FILED
Superior Court Of California,
Sacramento
10/01/2021
ddonkln
By_____ , Deputy
Case Number:
34-2021-00309140

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SACRAMENTO

| | |
|---|---|
| JESUS DAMIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

BY FAX

**STRATEGIC LEGAL PRACTICES, APC**
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

---

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN11**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

Plaintiff alleges as follows:

**PARTIES**

1.      As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff JESUS. DAMIAN.

2.      Plaintiff is a resident of Sacramento, California.

3.      As used in this Complaint, the word "Defendant" shall refer to all Defendants named in this Complaint, unless otherwise specified.

4.      Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Sacramento County, California.

5.      Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474.  When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTE OF LIMITATIONS**

6.      To the extent there are any statutes of limitation applicable to Plaintiff's claims— including, without limitation, the express warranty, implied warranty, and fraudulent concealment – the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules:  equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule)*.

///

///

///

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

MJN12

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## FACTUAL BACKGROUND

7. On or around December 14, 2020, Plaintiff purchased a 2017 Chevrolet Bolt EV, vehicle identification number 1G1FX6S05H4127569, (hereafter "Vehicle" or "Subject Vehicle") which was manufactured and or distributed by Defendant. The Vehicle was purchased primarily for personal, family, or household purposes. Plaintiff purchased the Vehicle from a person or entity engaged in the business of manufacturing, distributing, or selling consumer goods at retail.

8. In connection with the purchase, Plaintiff received an express written warranty, including a 3-year/36,000-mile express bumper to bumper warranty, a 5-year/60,000-mile powertrain warranty; and an 8-year/100,000 miles new vehicle limited warranty on electric propulsion components, including the battery components, thermal management system, charging system, and electric drive components. The new vehicle limited warranty covers repairs to correct "any vehicle defect related to the materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle" and provides that "[w]arranty repairs, including towing, parts, and labor, will be made at no charge." Defendant undertook to preserve or maintain the utility or performance of the Subject Vehicle or to provide compensation if there is a failure in utility or performance for a specified period of time. The warranties provided, in relevant part, that in the event a defect developed with the Subject Vehicle during the warranty period, Plaintiff could deliver the Subject Vehicle for repair services to Defendant's representative and the Vehicle would be repaired.

9. During the warranty period, the Vehicle contained or developed defects, including but not limited to, defects related to the battery; defects requiring performance of Product Safety Recall N202311730; defects causing the high voltage battery to melt and/or burn; defects requiring replacement of the battery; defects requiring programing of the hybrid power control module 2 (HPCM2); defects requiring programing of the body control module (BCM); and/or any other defects listed in the Vehicle's repair history. Said defects substantially impair the use, value, or safety of the Vehicle.

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN13**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

# FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

### VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

10. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

11. Defendant and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

12. Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

13. Plaintiff suffered damages in a sum to be proven at trial in an amount not less than $25,001.00.

14. Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

15. Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

16. Plaintiff seek civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (c)(5).

3

MJN14

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

17. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

18. Although Plaintiff presented the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

19. Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

20. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and has exercised a right to cancel the purchase. By serving this Complaint, Plaintiff do so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

21. Defendant's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

///

MJN15

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

22.     Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

23.     In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

24.     Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages; pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

### BREACH OF EXPRESS WRITTEN WARRANTY

### (CIV. CODE, § 1791.2, SUBD. (a); § 1794)

25.     Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

26.     In accordance with Defendant's warranty, Plaintiff delivered the Vehicle to Defendant's representative in this state to perform warranty repairs. Plaintiff did so within a reasonable time. Each time Plaintiff delivered the Vehicle, Plaintiff notified Defendant and its representative of the characteristics of the Defects. However, the representative failed to repair the Vehicle, breaching the terms of the written warranty on each occasion.

MJN16

27. Plaintiff has been damaged by Defendant's failure to comply with its obligations under the express warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

28. Defendant's failure to comply with its obligations under the express warranty was willful, in that Defendant and its authorized representative were aware that they were obligated to repair the Defects, but they intentionally refused to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times of Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; §1795.5)**

</div>

29. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

30. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one-year.

31. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

32. At the time of purchase, or within one-year thereafter, the Vehicle contained or developed the defects set forth above. The existence of each of these defects constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are

<div align="center">6</div>

**MJN17**

used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

33.     Plaintiff has been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**SIXTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**FRAUD BY OMISSION**

</div>

34.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

35.     Defendant General Motors, LLC committed fraud by allowing the Vehicle to be sold to Plaintiff without disclosing that the Vehicle and its lithium-ion battery were defective and susceptible to sudden and premature failure.

36.     Plaintiff is informed, believe, and thereon alleges that prior to Plaintiff acquiring the Vehicle, GM was well aware and knew that the lithium-ion battery installed on the Vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.[1]

37.     Specifically, GM knew that the lithium-ion battery had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

---

[1] Indeed, Defendant has issued various internal technical bulletins to its dealers (not consumers) concerning the Battery Defect.

<div align="center">

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

MJN18

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

38. Plaintiff is informed, believe and thereon alleges that Defendant acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the Vehicle, through sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data; early consumer complaints about the Battery Defect made directly to GM and its network of dealers; aggregate warranty data compiled from GM's network of dealers; testing conducted by GM in response to these complaints; as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

39. Plaintiff is informed, believe, and thereon alleges that while Defendant knew about the Battery Defect, and its safety risks since 2016, if not before, GM and its directors, officers, employees, affiliates, and/or agents nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale, and thereafter, including during successive repair visits to GM's authorized dealership. Plaintiff alleges that GM failed to disclose the existence of the Battery Defect at GM's authorized dealership and during direct calls to Defendant. Had Plaintiff known that the Vehicle suffered from the Battery Defect, he would not have purchased the Vehicle.

40. Indeed, Plaintiff alleges that prior to the sale of the Vehicle to Plaintiff, Defendant knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

41. Defendant was under a duty to Plaintiffs to disclose the defective nature of the Vehicle, its battery, its safety consequences and/or the associated repair costs because:

a. Plaintiff is informed believes and thereon alleges that Defendant General Motors, LLC acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well

**COMPLAINT; JURY TRIAL DEMANDED**

MJN19

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 410, LOS ANGELES, CA 90067

as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant General Motors, LLC was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff purchased the Vehicle.

42. In failing to disclose the defects in the Vehicle's lithium-ion battery, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

43. The facts concealed or not disclosed by Defendant General Motors, LLC (and its directors, officers, employees, affiliates, and/or agents) to Plaintiff is material in that a reasonable person would have considered them to be important in deciding whether or not to purchase the Vehicle. Had Plaintiff known that the Vehicle, its lithium-ion battery were defective at the time of sale, Plaintiff would not have purchased the Vehicle.

44. Plaintiff is a reasonable consumer who does not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

45. As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer actual damages.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendant as follows:

    a. For Plaintiff's actual damages in an amount according to proof;

    b. For restitution;

    c. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN20**

d. For any consequential and incidental damages;

e. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

f. For rescission of the purchase contract and/or restitution of all monies expended;

g. Rescission of purchase contract under California Civil Code section 1692;

h. For punitive damages;

i. For prejudgment interest at the legal rate; and

j. For such other relief as the Court may deem proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: September 30, 2021 STRATEGIC LEGAL PRACTICES, APC

BY: _____

Debora Rabieian
Attorney for Plaintiff,
JESUS DAMIAN

MJN21

# Exhibit 2

MJN22

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Gregory Keosian

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
Debora Rabieian (SBN 315022)
e-mail: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
emailservices@slpattorney.com

Attorneys for Plaintiff:
GABRIEL PEREZ

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| GABRIEL PEREZ,<br><br>      Plaintiff,<br><br>  vs.<br><br>GENERAL MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 22STCV13083<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**STRATEGIC LEGAL PRACTICES, APC**
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN23**

Plaintiff alleges as follows:

<p style="text-align:center"><strong>PARTIES</strong></p>

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff GABRIEL PEREZ.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

<p style="text-align:center"><strong>TOLLING OF THE STATUTES OF LIMITATION</strong></p>

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, fraudulent concealment, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

<p style="text-align:left"><strong>STRATEGIC LEGAL PRACTICES, APC</strong><br>1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067</p>

**MJN24**

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

**FACTUAL BACKGROUND**

9. On or about July 5, 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt EV vehicle identification number 1G1FZ6S07K4114873 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

**MJN25**

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $51,487.28.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

_____

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN26**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

24. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN27**

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

34. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

**MJN28**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been   damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

### FOURTH CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability.  Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

6

**MJN29**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at

<div align="center">7</div>

**MJN30**

the time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

48. Plaintiff is informed, believed and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

**MJN31**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

a. Defendant GM acquired its knowledge of the battery defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

9

COMPLAINT; JURY TRIAL DEMANDED

**MJN32**

56. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased/leased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

c. Plaintiff's any consequential and incidental damages;

d. For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

e. For diminution in value;

f. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

g. For prejudgment interest at the legal rate;

h. For punitive damages;

i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

j. For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 19, 2022

STRATEGIC LEGAL PRACTICES, APC

BY: _____
Debora Rabieian
Attorney for Plaintiff
GABRIEL PEREZ

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN33

# Exhibit A

MJN34



**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

MJN36

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ...................... 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ......................... 1

**Warranty Coverage at a Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ............ 9
Chevrolet Volt, Bolt EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15

Warranty Repairs – Recycled Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ........................ 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records .............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries ..................... 17
Permanent Relocation ......... 17
Original Equipment Alterations .................... 18
Recreation Vehicle and Special Body or Equipment Alterations .................... 18
Pre-Delivery Service ........... 18

Production Changes .......... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 27
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** .................... 30

**State Warranty Enforcement Laws** ........... 32

MJN38

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ............... 39

MJN39

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or

workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be

made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN40

The warranty coverages are summarized below.

## New Vehicle Limited Warranty

### Bumper-to-Bumper (Includes Tires)

● Coverage is for the first 3 years or 36,000 miles, whichever comes first.

### Powertrain

● Coverage is provided for 5 years or 60,000 miles, whichever comes first

● 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

● Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

### Sheet Metal

● Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

● Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

## Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

### Federal

● Gaseline Engines and Car Diesel Engines

 - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

 - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

● 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

### California

● Gasoline Engines and Car Diesel Engines

 - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 80,080 miles, whichever comes first.

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20*.

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN42

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

MJN43

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

MJN44

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN45

**2019 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN46

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damagos, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Mest GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is net included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

MJN48

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

MJN49

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road senditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 15.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or seftware of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

MJN50

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months enly; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

MJN51

- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in

this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions.and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

MJN53

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

MJN54

drivetrain. Damage, failure, or reduced life of the engine, transmissien, emission system, drivetrain or other vehicle compenents caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

## After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

## Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

## Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

## Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule sectien of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

## Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall ppon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN55

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending en state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles en the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

MJN56

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any nen-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and ether components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

MJN57

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN58

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN59

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/ M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanction, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.\***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**\* Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

MJN60

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

● For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

- If your vehicle fails a smog check Inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

- If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

● For 7 years or 70,000 miles, whichever comes first:

- If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

● For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

- If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

MJN61

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 20 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Important:** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Central Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

MJN64

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **

MJN65

Power Electronics Coolant Pump

Port Valves

Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of

MJN66

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a

warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts In order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30.*

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN68

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN69

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

MJN70

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

MJN71

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Bex 33170
Detroit , MI 48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN72

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN73

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN74

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN75

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN76

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

MJN77

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details en how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes enly; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

MJN78

✍ **NOTES**

MJN79

✐ **NOTES**

# ✎ NOTES



✐ **NOTES**

MJN82

✍ NOTES



U.S. Only



23295643 C





**MJN84**

# Exhibit 3

MJN85

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs:
EJAZ MOHAMMAD AND AZRA PERVIN

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**01/09/2024** at 10:41:14 AM

Clerk of the Superior Court
By Danielle Cortez, Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

| | |
|---|---|
| EJAZ MOHAMMAD AND AZRA PERVIN,<br><br>.Plaintiffs,<br><br>.vs.<br><br>.GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>.Defendants. | Case No.: 37-2024-00000959-CU-BC-CTL<br><br>Hon.<br>Dept.<br><br>**.COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

MJN86

Plaintiffs allege as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiffs" shall refer to EJAZ MOHAMMAD AND AZRA PERVIN.

2. Plaintiffs are residents of San Diego County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in San Diego County, California.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about September 29, 2017, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2017 Chevrolet Bolt Ev, vehicle identification number 1G1FW6S02H4179583 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections

COMPLAINT; JURY TRIAL DEMANDED

**MJN87**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are "buyers" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiffs justifiably revoke acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts..[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

**MJN88**

repair facility for a nonconformity.

17. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiffs are to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiffs are entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

21. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

### TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to Plaintiff claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

23. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

### A. Class Action Tolling

24. Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court

COMPLAINT; JURY TRIAL DEMANDED

MJN89

summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles,* 237 Cal. App. 4th 1454, 1464 (2015).

25. The tolling of Plaintiffs' individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B. Discovery Rule Tolling**

A Plaintiffs had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

26. Within the time period of any applicable statutes of limitation, Plaintiffs could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

27. Defendant was under a continuous duty to disclose to Plaintiffs the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

28. Plaintiffs did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiffs shortly prior to the filing of this Complaint.

**C. The Repair Doctrine**

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN90**

29. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

30. Additionally, the limitations period for warranty claims is tolled against a defendant whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

31. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiffs that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

32. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

33. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains to all affected vehicles as set forth herein.

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

COMPLAINT; JURY TRIAL DEMANDED

**MJN91**

34. Furthermore, Defendant's fraudulent concealment was ongoing. Defendant blamed the symptoms of the defects on other issues and not the actual defect itself and purported to be able to repair.

35. Based on the foregoing, Defendant is estopped from relying on any statutes of limitation in defense of this action.

36. By filing this Complaint, Plaintiffs hereby revokes acceptance of the Subject Vehicle yet again.

<div align="center">

**FIRST CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

</div>

37. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

38. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

39. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

40. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

41. Defendant GM does not maintain a qualified third-party dispute resolution process which

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN92**

substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

42. Plaintiffs seek civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and do not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

### SECOND CAUSE OF ACTION

### BY PLAINTIFFS AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

43. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

44. Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

45. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

46. Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiffs do so again. Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis*.

47. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to

COMPLAINT; JURY TRIAL DEMANDED

**MJN93**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**THIRD CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

</div>

48. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

49. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

50. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

51. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

52. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

<div align="center">

PAGE 9

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN94**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

53. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

54. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

55. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## (Fraudulent Inducement - Concealment)

56. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

57. Plaintiffs purchased the Vehicle as manufactured with Defendant GM's battery system.

58. Defendant GM committed fraud by allowing to be sold to Plaintiffs the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

59. In particular, Plaintiffs are informed, believe, and thereon allege that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiffs prior to and at the time of sale and thereafter.

60. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating

COMPLAINT; JURY TRIAL DEMANDED

MJN95

when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

61. Plaintiffs are informed, believes and thereon allege that GM acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

62. Plaintiffs are informed, believe and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiffs prior to and at the time of sale and thereafter. Had Plaintiffs known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

63. Indeed, Plaintiffs allege that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

64. Defendant GM was under a duty to Plaintiffs to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiffs acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-

MJN96

production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffs leased and/or purchased the Vehicle.

65. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

66. The facts concealed or not disclosed by Defendant GM to Plaintiffs are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiffs known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

67. Plaintiffs are reasonable consumers who did not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

68. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

69. As a result of Defendant GM's misconduct, Plaintiffs has suffered and will continue to suffer actual damages. Plaintiffs were harmed by purchasing a vehicle that Plaintiffs would not have purchased, or would have paid less for, had Plaintiffs known the true facts about the Battery Defect. Furthermore, Plaintiffs unknowingly exposed themselves to the risk of liability, accident, and injury as a

COMPLAINT; JURY TRIAL DEMANDED

**MJN97**

result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center"><b>PRAYER</b></div>

PLAINTIFFS PRAY for judgment against Defendants as follows:

    a.  For general, special and Plaintiffs' actual damages according to proof;

    b.  For restitution;

    c.  For any consequential and incidental damages;

    d.  For diminution in value;

    e.  For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f.  For prejudgment interest at the legal rate;

    g.  For punitive damages;

    h.  For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

    i.  For such other relief as the Court may deem proper.

<div align="center"><b><u>DEMAND FOR JURY TRIAL</u></b></div>

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: December 22, 2023        STRATEGIC LEGAL PRACTICES, APC

BY: _____

TIONNA CARVALHO
Attorneys for Plaintiff
EJAZ MOHAMMAD AND AZRA PERVIN

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

<div align="center"><b>COMPLAINT; JURY TRIAL DEMANDED</b></div>

MJN98

# Exhibit A

MJN99



2017

Chevrolet Limited Warranty and
Owner Assistance Information

chevrolet.com

**MJN100**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

Owner's Name:

Phone Number:

Street Address:

City & State:

Vehicle Identification Number (VIN):

Date Vehicle First Delivered or Put In Use:

Odometer Reading on Date Vehicle First Delivered or Put In Use:

© 2016 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23452969 B Second Printing

**MJN101**

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to**
**Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
Dispute Resolution Program ... 1
Warranty Service– United States,
Canada, and Mexico ........... 1

**Warranty Coverage at a**
**Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System
Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Spark EV, and
Malibu Hybrid ............... 13
Drive Motor Battery
Coverage .................... 14
What Is Not Covered .......... 14
Chevrolet Silverado eAssist®
Coverage .................... 15

**Things to Know About the New**
**Vehicle Limited Warranty** .... 16
Warranty Repairs – Component
Exchanges ................... 16
Warranty Repairs – Recycled
Materials ..................... 16
Tire Service ................... 16
Aftermarket Engine
Performance Enhancement
Products and Modifications ... 16
After-Manufacture
"Rustproofing" ............... 17
Paint, Trim, and Appearance
Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty
Service Records ............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage –
Extensions .................. 18
Warranty Service — Foreign
Countries .................... 18
Permanent Relocation ......... 18
Original Equipment
Alterations .................... 19

Recreation Vehicle and Special
Body or Equipment
Alterations .................... 19
Pre-Delivery Service ........... 19
Production Changes ........... 20
Noise Emissions Warranty for
Light Duty Trucks Over
10,000 Lbs Gross Vehicle
Weight
Rating (GVWR) Only .......... 20

**Emission Control Systems**
**Warranty** ...................... 21
What Is Covered ............... 21
How to Determine the
Applicable Emissions Control
System Warranty ............. 21
Federal Emission Control
System Warranty ............. 21
California Emission Control
System Warranty ............. 22

**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure .............. 29

**MJN102**

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction Procedure** .................... 31

**State Warranty Enforcement Laws** ........... 33

**Warranty Information for California Only** ............... 34

**Special Coverage Adjustment Programs Beyond the Warranty Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text Telephone (TTY) Users** ....... 37

**Roadside Assistance Program** ..................... 38

**Courtesy Transportation Program** ..................... 39

**MJN103**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States, Canada, and Mexico

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN104**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 21 for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN105**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 21.

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN106**

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 66L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service

**MJN107**

replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

***Important:*** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and

**MJN108**

universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN109**

**2017 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN110**

## 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN111**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**What Is Not Covered**

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and

**MJN112**

breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint

**MJN113**

Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *16*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel,

operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a

result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use

**MJN114**

of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a**

**MJN115**

particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.*

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Spark EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Company will warrant certain components for Chevrolet Volt, Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Spark EV, and Malibu Hybrid vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Spark EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160 000 kilometers) term for the following:

### Towing

During the 8 year or 8 years or 100,000 miles (160 000 kilometers) Hybrid warranty period, towing is

**MJN116**

## 14 New Vehicle Limited Warranty

covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Spark EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Spark EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control

Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty does not cover the following items:

**Wear Items**

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty.

**MJN117**

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100.000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty and Owner Assistance booklet, General Motors of Canada Company will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

**MJN118**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN119**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN120**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under

**MJN121**

the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the

warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the

disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the

**MJN122**

dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN123**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

    - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

    - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

    - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to

**MJN124**

conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *25*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle

Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*\* Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Partial Zero Emission Vehicles (PZEV) have extended coverage on all emission-related parts.

# MJN125

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Vermont have PZEV Emission Warranty Coverage. (Oregon has PZEV Hybrid battery 10 years/150,000 mile coverage only).

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine

computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

● For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is

your Short-term Emission Control Systems Defects Warranty.

● For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

● For 8 years or 80,000 miles, whichever comes first:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be defective, GM will repair or replace it under the Federal Emission Control System Warranty.

**MJN126**

## 24 Emission Control Systems Warranty

- For 15 years or 150,000 miles, whichever comes first for a Partial Zero Emission Vehicle (PZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your (PZEV) Emission Control System Defects Warranty.

* PZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. Spark EV call 855-4-SPARK-INFO (855-477-2754 For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN127**

The emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *21* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Important:** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/150,000 miles, whichever comes first, on California PZEV (NU6) vehicles registered in a PZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Coolant Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Control Module (VCM) **

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

**MJN128**

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Electronic Transmission Range Selector**

Chassis Control Module (CHCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Temperature and Pressure Sensors

Diesel Exhaust (DPF) Indirect Fuel Injector

Diesel Exhaust Emission Reduction Fluid Injector

Diesel Exhaust Emission Reduction Fluid Tank

Diesel Exhaust NOx Sensors

Diesel Particulate Filter (DPF) *

Diesel Particulate Matter Sensor

Exhaust Manifold

Exhaust Manifold Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**MJN129**

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperatuer Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

DC Voltage Bidirectional Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM Hood Switch

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Temperature Sensors
    Battery Coolant Pump
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **
    Power Electronics
    Coolant Pump
    Port Valves
    Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**MJN130**

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**MJN131**

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being

completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of

maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

**MJN132**

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *31.*

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN133**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Spark EV call 855-4-SPARK-INFO (855-477-2754). For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN134**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN135**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36*.

**MJN136**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN137**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN138**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Spark EV 855-4-SPARK-INFO (855-477-2754).
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Spark EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN139**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN140**

## 38 Roadside Assistance Program

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Spark EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN141**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN142**

✍ **NOTES**

MJN143

# ✍ NOTES

**MJN144**

✍ **NOTES**

MJN145

✎ **NOTES**

**MJN146**

✍ NOTES

MJN147

# Exhibit 4

MJN148

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

Electronically
**FILED**
by Superior Court of California
County of Ventura
04/06/2022
Brenda L. McCormick
Executive Officer and Clerk
Cristal Alvarez
Deputy Clerk



**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

AUBREY BALKIND

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* Ventura County Superior Court 800 South Victoria Avenue, Ventura, CA 93009 | CASE NUMBER: *(Número del Caso):* 56-2022-00564420-CU-BC-VTA |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067; Phone: 310-929-4900

DATE: 04/06/2022   Brenda L. McCormick   Clerk, by   Cristal Alvarez   , Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

**MJN149**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022)
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
TELEPHONE NO.: 310-929-4900    FAX NO.: 310-943-3838
ATTORNEY FOR *(Name):* Plaintiff Aubrey Balkind

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Ventura
STREET ADDRESS: 800 South Victoria Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Ventura, CA 93009
BRANCH NAME: Unlimited Civil

**FOR COURT USE ONLY**

Electronically
**FILED**
by Superior Court of California
County of Ventura
**04/06/2022**
Brenda L. McCormick
Executive Officer and Clerk
Cristal Alvarez
Deputy Clerk

CASE NAME:
Aubrey BAlkind v. General Motors, LLC., et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ **Unlimited** (Amount demanded exceeds $25,000) | ☐ **Limited** (Amount demanded is $25,000 or less) | ☐ **Counter** ☐ **Joinder** Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 56-2022-00564420-CU-BC-VTA JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action *(specify):* 5 (five)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 6, 2022
Debora Rabieian
_____
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]          **CIVIL CASE COVER SHEET**          Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

**MJN150**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

MJN151

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
e-mail: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4933
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
AUBREY BALKIND


Electronically
**FILED**
by Superior Court of California
County of Ventura
04/06/2022
Brenda L. McCormick
Executive Officer and Clerk
Cristal Alvarez
Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF VENTURA

| | |
|---|---|
| AUBREY BALKIND,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  56-2022-00564420-CU-BC-VTA<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN152**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff AUBREY BALKIND.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Ventura County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## TOLLING OF THE STATUTES OF LIMITATION

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, fraudulent concealment, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

1

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN153**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FACTUAL BACKGROUND

9. On or about June 4, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2022 Chevrolet Bolt EV vehicle identification number 1G1FX6S02N4101183 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN154**

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $24,891.80.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

_____

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

**COMPLAINT; JURY TRIAL DEMANDED**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

**MJN155**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

24. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

4

**COMPLAINT; JURY TRIAL DEMANDED**

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

**MJN156**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

34. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN157**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35.     Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36.     In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been   damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39.     Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability.  Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

COMPLAINT; JURY TRIAL DEMANDED

**MJN158**

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at

<div align="center">

7

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

STRATEGIC LEGAL PRACTICES, APC

1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

**MJN159**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

the time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

48. Plaintiff is informed, believed and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

COMPLAINT; JURY TRIAL DEMANDED

**MJN160**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

a.      Defendant GM acquired its knowledge of the battery defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b.      Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c.      Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52.     In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53.     The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle.  Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54.     Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly.  Plaintiff further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55.     All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

9

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN161**

56. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased/leased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

### PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

c. Plaintiff's any consequential and incidental damages;

d. For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

e. For diminution in value;

f. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

g. For prejudgment interest at the legal rate;

h. For punitive damages;

i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

j. For such other relief as the Court may deem proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 06, 2022                    STRATEGIC LEGAL PRACTICES, APC

BY: _____
        Debora Rabieian
        Attorney for Plaintiff
        AUBREY BALKIND

10

COMPLAINT; JURY TRIAL DEMANDED

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

**MJN162**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:38:54 PM

CASE #:56-2022-00564420-CU-BC-VTA RECEIPT #: 1220413D91548 DATE PAID : 04/13/22 4:24 PM TOTAL : 435.00 TYPE : EFT

# Exhibit A

**MJN163**



2022

Limited Warranty and
Owner Assistance
Information

MJN164

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

**MJN165**

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84570568 A First Printing

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

# 2022 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to Owners... .......... 1
  GM's Commitment ....................... 1
  Owner Assistance ....................... 1
  GM Participation in an Alternative Dispute
    Resolution Program .................... 1
  Warranty Service– United States ......... 1

Warranty Coverage at a Glance .......... 2
  New Vehicle Limited Warranty .......... 2
  Emission Control System Warranty ...... 3

New Vehicle Limited Warranty ........... 5
  What Is Covered ........................ 5
  What Is Not Covered ................... 10
  Electric Vehicle Warranty Coverage ..... 13

Things to Know About the New Vehicle
  Limited Warranty ...................... 15
  Warranty Repairs – Component
    Exchanges ........................... 15
  Warranty Repairs – Recycled
    Materials ............................ 15
  Tire Service ............................ 15
  Aftermarket Engine Performance
    Enhancement Products and
    Modifications ........................ 15

Paint, Trim, and Appearance Items ...... 15
Vehicle Operation and Care ............. 16
Maintenance and Warranty Service
  Records .............................. 16
Chemical Paint Spotting ................ 16
Warranty Coverage – Extensions ....... 16
Warranty Service – Foreign
  Countries ............................. 16
Permanent Relocation .................. 17
Original Equipment Alterations ......... 17
Recreation Vehicle and Special Body or
  Equipment Alterations ................ 17
Pre-Delivery Service .................... 17
Production Changes .................... 18
Noise Emissions Warranty for Light Duty
  Trucks Over 10,000 Lbs Gross Vehicle
  Weight Rating (GVWR) Only ........... 18

Emission Control Systems Warranty ..... 19
How to Determine the Applicable
  Emissions Warranty .................. 19
Federal Emission Control System
  Warranty ............................. 19

California Emission Control System
  Warranty ............................. 20
Emission Warranty Parts List ............ 22
  Replacement Parts ..................... 23
  Maintenance and Repairs ............... 24
  Claims Procedure ...................... 24

Customer Satisfaction Procedure ......... 26

State Warranty Enforcement Laws ....... 28

Warranty Information for
  California Only ......................... 29

Special Coverage Adjustment Programs
  Beyond the Warranty Period .......... 30

Customer Assistance Offices .............. 31

Customer Assistance for Text Telephone
  (TTY) Users ............................ 32

Roadside Assistance Program ............ 33

Courtesy Transportation Program ........ 34

Chevrolet Protection ..................... 35
  We're Behind You On All The Roads
    Ahead ................................ 35

MJN167

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

**MJN168**

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *26*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *26* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *31*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN169**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

**New Vehicle Limited Warranty**

### NEW VEHICLE LIMITED WARRANTY

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bumper to Bumper (including tires)** | | | 3 years/36,000 miles[1] | | | | | | | | |
| **Electric Vehicle Specific Components** | | | | | | | | | | 8 years/100,000 miles[1] | |
| **Powertrain** | | | | | | | | | | | |
| Gasoline and Diesel (other than 3.0L and 6.6L) Engines | | | | | | 5 years/60,000 miles[1] | | | | | |
| 3.0L and 6.6L Duramax Diesel | | | | | | | | | | 5 years/100,000 miles[1] | |
| Certain Commercial/Government Fleet Vehicles | | | | | | | | | | 5 years/100,000 miles[1] | |
| **Restraint Systems** | | | | | | | 6 years/72,000 miles[1] | | | | |
| **Sheet Metal** | | | | | | | | | | | |
| Corrosion Coverage | | | 3 years/36,000 miles[1] | | | | | | | | |
| Rust-through Coverage | | | | | | | | | | 6 years/100,000 miles[1] | |

[1] Whichever comes first

## Emission Control System Warranty

**MJN171**

### EMISSION CONTROL SYSTEM WARRANTY

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal Light-Duty Cars & Trucks** (under 8,500 lbs Gross Vehicle Weight Rating [GVWR]) | | | | | | | | | | | |
| Defect / Performance | 2 years / 24,000 miles[1] | | | | | | | | | | |
| Specified Major Components | | | | | | | | 8 years / 80,000 miles[1] | | | |
| **Federal Heavy-Duty Trucks** (8,501 to 19,500 lbs GVWR, gas & diesel) | | | | | | | | | | | |
| Defect / Performance | | | | | 5 years / 50,000 miles[1] | | | | | | |
| **California[2]** (under 14,000 lbs GVWR) | | | | | | | | | | | |
| Performance | | | | | 3 years / 50,000 miles[1] | | | | | | |
| Short-Term Defect | | | | | 3 years / 50,000 miles[1] | | | | | | |
| Long-Term Defect (High Cost Parts) | | | | | | | 7 years / 70,000 miles[1] | | | | |

[1]Whichever comes first

[2]Also applies to Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington vehicles equipped with a California Certified Emission Control System. These vehicles are also covered by the Federal Emission Control System Warranty.

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN172

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *22.*

**Engine Coverage includes:** Cylinder block and heads and all internally lubricated parts, timing gears, timing chain/belt and cover, valve covers, oil pump assembly, oil pan, engine oil cooling hoses and lines, seals, gaskets, manifolds, flywheel, water pump, engine mount, turbocharger and supercharger, actuators and electrical components internal to the engine. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose.

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, heater core, starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line).

MJN173

**Diesel Components Coverage includes:**
Cylinder block and heads and all internally lubricated parts, intake and exhaust manifolds, timing gears, timing chain/belt and cover, flywheel, valve covers, oil pump assembly, oil pan, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor.

**Transmission/Transaxle Coverage includes:**
All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain component coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g.,front differential actuator).

*Exclusions:* Excluded from the powertrain component coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Restraint Systems Warranty**

Provides repair or replacement needed to correct defects in materials or workmanship of any seatbelt or airbag system, supplied by General Motors. Coverage is for 6 years or 72,000 miles, whichever comes first. This warranty is subject to the exceptions indicated in the "What Is Not Covered" section or cosmetic appearance defects such as color fade.

MJN174

### Sheet Metal Coverage

Body sheet metal panels are covered against corrosion and rust-through as follows:

**Surface Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

*Important:* Surface rust resulting from accidents, stone chips or scratches in the paint is not included in sheet metal coverage.

**Rust-Through:** Any body sheet metal panel that rusts through — that develop an actual hole in the sheet metal — is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Your vehicle was designed and built to resist corrosion. Application of additional rust inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products. Application of after manufacture rust proofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Tire Coverage

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN175

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

### 2022 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer.

Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN176

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

## Tire Companies

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone/Firestone | www.bridgestonetire.com<br>www.firestonetire.com | 1-800-847-3272 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear | www.goodyeartires.com | 1-800-321-2136 |
| Michelin/BF Goodrich | www.michelinman.com<br>www.bfgoodrichtires.com | 1-866-866-6605<br>1-877-788-8899 |
| Hankook | www.hankooktire.com | 1-800-426-5665 |
| Kumho | www.kumhotire.com | 1-800-445-8646 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential

damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

MJN177

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
|---|
| This warranty excludes: |
| Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered.

Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

MJN178

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15.*

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

MJN179

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

### Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/ receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

MJN180

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle**

**rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

**Electric Vehicle Warranty Coverage**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the

vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Electric Component Warranty.

**What Is Covered**

This warranty covers repairs to Electric specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles (160 000 kilometers) Electric warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Electric specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

MJN181

**Propulsion Battery Warranty Coverage**

Like all batteries, the amount of energy that the high voltage propulsion battery can store will decrease with time and miles driven. The battery will be replaced/repaired if the capacity falls below 60% of its original value during the warranty period, as determined by a certified dealer, with a battery appropriate for the age and mileage of the vehicle.

**Propulsion Battery Service**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric vehicle battery packs. If the Propulsion Battery requires service due to a defect in materials or workmanship, Chevrolet will either repair or replace the Propulsion Battery with new or refurbished components at Chevrolet's discretion.

**Electric Vehicle Specific Components**

The following components are covered under the Electric Vehicle component warranty:

• Propulsion battery pack and all internal components

• Electric drive unit(s) and all internal components

**Note**

The portable charge cord is covered under the Bumper to Bumper Warranty.

MJN182

**Warranty Repairs – Component Exchanges**

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission

assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

**Warranty Repairs – Recycled Materials**

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

**Tire Service**

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *31*.

**Aftermarket Engine Performance Enhancement Products and Modifications**

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You

should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

**Paint, Trim, and Appearance Items**

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

MJN183

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

## Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

## Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

## Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Warranty Service — Foreign Countries

### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

MJN184

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**MJN185**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN186**

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations. All vehicles are eligible for Federal Emissions Control Warranty Coverage. The California Emission Control System Warranty section of this manual gives the requirements for that warranty.

Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. The warranty with the broadest coverage applies

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Federal Emission Control System Warranty

All vehicles are eligible for Federal Emission Control System Warranty. This warranty is issued in accordance with the U.S. Federal Clean Air Act. The Emission related parts covered under the Federal Warranty are listed under the Emission Warranty Parts List.

#### Federal Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

- 2 years or 24,000 miles, whichever comes first for Emissions related parts

- 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.

For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

- 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).

- The vehicle is free from emissions defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.

- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

#### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

Emission Performance Warranty coverage when all three of the following conditions are met:

1. The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

2. The vehicle fails an EPA-approved I/M test during the emission warranty period.

3. The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 22 which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

## California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty. The Emission related parts covered under the California Warranty are listed under the Emission Warranty Parts List.

### California Emissions Warranty Requirements

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other state adopting California emission and warranty regulations. These states include Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington.

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

### Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

MJN188

**California Emission Defect and Emission Performance Warranty Coverage**

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts
  - If your vehicle fails a smog check inspection, GM will make ail necessary repairs and adjustments to ensure that your vehicle passes the inspections. This is your Emission Control System Performance Warranty.
  - If any emission related part on the Emission Warranty Parts List is defective, GM will repair or replace it. This is your Short-Term Emission Control System Defect Warranty.
- 7 years or 70,000 miles, whichever comes first for Emissions related parts
  - If any emission related part specially noted on the Emission Warranty Parts List is defective or if its failure causes

your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-Term Emission Control System Defect Warranty.

For Heavy Duty Vehicles with a GVWR greater than 14,000 lbs.

- 5 years or 50,000 miles for gasoline engines, whichever comes first for emission related parts
- 5 years or 100,000 miles for diesel engines, whichever comes first for emission related parts

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for

presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions related.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN189

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *19* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

- Diagnostic Emissions Critical - Electronic Control Units (8/80)
- Engine Control Module (8/80)
- Transmission Control Module (8/80)
- Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
     Supercharger Assembly*

Throttle Body

Turbocharger System
     Turbocharger Assembly*
     Turbocharger Oil Feed Pipe (Diesel)*
     Turbocharger Exhaust Pipe (Diesel)*
     Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
     Turbocharger Vane Position Sensor*
     Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

MJN190

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

MJN191

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

\* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not

being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 26.

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

MJN192

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN193**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.
- The dealer name and location.
- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program a Division of BBB National Programs, Inc.
1676 International Drive
Suite 550
McLean, VA 22102

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

**MJN194**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN195**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *31*.

**MJN196**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.
- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI 48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

MJN197

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN198**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

MJN199

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN200**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN201**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper, Federal Emission, Limited Extended Powertrain, or Electric-specific warranties, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN202**

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/ summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by

AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

✐ **NOTES**

MJN204

Ventura Superior Court Accepted through eDelivery submitted 04-06-2022 at 03:3

Certified Service



84570568 A







**MJN205**

# Exhibit 5

MJN206

<table>
<tr><td colspan="2">

**SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

**NOTICE OF CASE ASSIGNMENT**

**UNLIMITED CIVIL CASE**

</td><td>

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
09/28/2021
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ H. Flores-Hernandez _____ Deputy

</td></tr>
</table>

| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER: 21STCV35756 |
|---|---|

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | Stuart M. Rice | 49 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 09/29/2021
    (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By H. Flores-Hernandez , Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN207**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN208**

Electronically FILED by Superior Court of California, County of Los Angeles on 09/28/2021 04:25 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JEFFREY GRIFFIN

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* Stanley Mosk Courthouse <br> 111 N. Hill Street, <br> Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):* <br> 21STCV35756 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin, 1840 Century Park East, Suite 430, Los Angeles, CA 90067, Tel: 310-929-4900

| DATE: 09/28/2021 | Clerk, by Sherri R. Carter Executive Officer / Clerk of Court , Deputy |
|---|---|
| *(Fecha)* | *(Secretario)* H. Flores-Hernandez *(Adjunto)* |

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

    under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
    ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
    ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
    ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

[SEAL]

Page 1 of 1

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 <br> *www.courts.ca.gov* |
|---|---|---|

**MJN209**

21STCV35756

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Stuart Rice

Electronically FILED by Superior Court of California, County of Los Angeles on 09/28/2021 04:25 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk

Tionna Dolin (SBN 299010)
email: tdolin@slpattorney.com
emailservices@slpattorney.com
Debora Rabieian (SBN 315022)
email: drabieian@slpattorney.com)
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff,
JEFFREY GRIFFIN

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| JEFFREY GRIFFIN,<br><br>            Plaintiff,<br><br>      vs.<br><br>GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.:   21STCV35756<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

MJN210

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff JEFFREY GRIFFIN.

2. Plaintiff is a resident of Los Angeles, California.

3. As used in this Complaint, the word "Defendant" shall refer to all Defendants named in this Complaint, unless otherwise specified.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## TOLLING OF THE STATUTE OF LIMITATIONS

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty, implied warranty, and fraudulent concealment – the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule)*.

## FACTUAL BACKGROUND

7. On or around November 11, 2017, Plaintiff purchased a 2017 Chevrolet Bolt EV, vehicle identification number 1G1FX6S06H4151251, (hereafter "Vehicle" or "Subject Vehicle") which was manufactured and or distributed by Defendant. The Vehicle was purchased primarily for personal, family, or household purposes. Plaintiff purchased the Vehicle from a

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

1

COMPLAINT; JURY TRIAL DEMANDED

MJN211

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

person or entity engaged in the business of manufacturing, distributing, or selling consumer goods at retail.

8.  In connection with the purchase, Plaintiff received an express written warranty, including a 3-year/36,000-mile express bumper to bumper warranty, a 5-year/60,000-mile powertrain warranty; and an 8-year/100,000 miles new vehicle limited warranty on electric propulsion components, including the battery components, thermal management system, charging system, and electric drive components. The new vehicle limited warranty covers repairs to correct "any vehicle defect related to the materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle" and provides that "[w]arranty repairs, including towing, parts, and labor, will be made at no charge." Defendant undertook to preserve or maintain the utility or performance of the Subject Vehicle or to provide compensation if there is a failure in utility or performance for a specified period of time. The warranties provided, in relevant part, that in the event a defect developed with the Subject Vehicle during the warranty period, Plaintiff could deliver the Subject Vehicle for repair services to Defendant's representative and the Vehicle would be repaired.

9.  During the warranty period, the Vehicle contained or developed defects, including but not limited to, defects related to the battery; defects requiring performance of Product Safety Recall N202311730; defects causing the high voltage battery to melt and/or burn; defects requiring programing of the hybrid power control module 2; defects requiring performance of Customer Satisfaction Program 17386; defects requiring SDGM and/or radio software updates; defects requiring programing of the body control module (BCM); defects adding clunking noise upon acceleration; defects related to the transmission; defects causing creaking noise while making turns; and/or any other defects listed in the Vehicle's repair history. Said defects substantially impair the use, value, or safety of the Vehicle.

///

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN212**

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

10. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

11. Defendant and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

12. Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

13. Plaintiff suffered damages in a sum to be proven at trial in an amount not less than $25,001.00.

14. Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

15. Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

16. Plaintiff seek civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e)(5).

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN213**

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

17.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

18.     Although Plaintiff presented the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

19.     Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

20.     Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and has exercised a right to cancel the purchase. By serving this Complaint, Plaintiff do so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis.*

21.     Defendant's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

///

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

4

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN214**

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

22. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

23. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

24. Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages; pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

## BREACH OF EXPRESS WRITTEN WARRANTY

## (CIV. CODE, § 1791.2, SUBD. (a); § 1794)

25. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

26. In accordance with Defendant's warranty, Plaintiff delivered the Vehicle to Defendant's representative in this state to perform warranty repairs. Plaintiff did so within a reasonable time. Each time Plaintiff delivered the Vehicle, Plaintiff notified Defendant and its representative of the characteristics of the Defects. However, the representative failed to repair the Vehicle, breaching the terms of the written warranty on each occasion.

MJN215

27. Plaintiff has been damaged by Defendant's failure to comply with its obligations under the express warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

28. Defendant's failure to comply with its obligations under the express warranty was willful, in that Defendant and its authorized representative were aware that they were obligated to repair the Defects, but they intentionally refused to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times of Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; §1795.5)**

</div>

29. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

30. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one-year.

31. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

32. At the time of purchase, or within one-year thereafter, the Vehicle contained or developed the defects set forth above. The existence of each of these defects constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN216**

used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

33.     Plaintiff has been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**SIXTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**FRAUD BY OMISSION**

</div>

34.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

35.     Defendant General Motors, LLC committed fraud by allowing the Vehicle to be sold to Plaintiff without disclosing that the Vehicle and its lithium-ion battery were defective and susceptible to sudden and premature failure.

36.     Plaintiff is informed, believe, and thereon alleges that prior to Plaintiff acquiring the Vehicle, GM was well aware and knew that the lithium-ion battery installed on the Vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.[1]

37.     Specifically, GM knew that the lithium-ion battery had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

---

[1] Indeed, Defendant has issued various internal technical bulletins to its dealers (not consumers) concerning the Battery Defect.

**MJN217**

<div style="text-align: left">STRATEGIC LEGAL PRACTICES, APC — 1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067</div>

38. Plaintiff is informed, believe and thereon alleges that Defendant acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the Vehicle, through sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data; early consumer complaints about the Battery Defect made directly to GM and its network of dealers; aggregate warranty data compiled from GM's network of dealers; testing conducted by GM in response to these complaints; as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

39. Plaintiff is informed, believe, and thereon alleges that while Defendant knew about the Battery Defect, and its safety risks since 2016, if not before, GM and its directors, officers, employees, affiliates, and/or agents nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale, and thereafter, including during successive repair visits to GM's authorized dealership. Plaintiff alleges that GM failed to disclose the existence of the Battery Defect at GM's authorized dealership and during direct calls to Defendant. Had Plaintiff known that the Vehicle suffered from the Battery Defect, he would not have purchased the Vehicle.

40. Indeed, Plaintiff alleges that prior to the sale of the Vehicle to Plaintiff, Defendant knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

41. Defendant was under a duty to Plaintiffs to disclose the defective nature of the Vehicle, its battery, its safety consequences and/or the associated repair costs because:

a. Plaintiff is informed believes and thereon alleges that Defendant General Motors, LLC acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN218**

as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant General Motors, LLC was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff purchased the Vehicle.

42. In failing to disclose the defects in the Vehicle's lithium-ion battery, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

43. The facts concealed or not disclosed by Defendant General Motors, LLC (and its directors, officers, employees, affiliates, and/or agents) to Plaintiff is material in that a reasonable person would have considered them to be important in deciding whether or not to purchase the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, Plaintiff would not have purchased the Vehicle.

44. Plaintiff is a reasonable consumer who does not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

45. As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer actual damages.

<div align="center">

**PRAYER**

</div>

PLAINTIFF PRAYS for judgment against Defendant as follows:

    a. For Plaintiff's actual damages in an amount according to proof;

    b. For restitution;

    c. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

Strategic Legal Practices, APC
1840 Century Park East, Suite 430, Los Angeles, CA 90067

<div align="center">

9

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN219**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

d.  For any consequential and incidental damages;

e.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

f.  For rescission of the purchase contract and/or restitution of all monies expended;

g.  Rescission of purchase contract under California Civil Code section 1692;

h.  For punitive damages;

i.  For prejudgment interest at the legal rate; and

j.  For such other relief as the Court may deem proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: September 28, 2021              STRATEGIC LEGAL PRACTICES, APC

BY: _____

Debora Rabieian
Attorney for Plaintiff,
JEFFREY GRIFFIN

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN220**

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>—STRATEGIC LEGAL PRACTICES, A Professional Corporation<br>Tionna Dolin (299010); Debora Rabieian (SBN315022)<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>TELEPHONE NO.: 310-929-4900     FAX NO.: 310-943-3838<br>ATTORNEY FOR *(Name):* Plaintiff JEFFREY GRIFFIN | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
JEFFREY GRIFFIN v. GENERAL MOTORS, LLC et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ✓ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 21STCV35756 |
| | | | JUDGE: |
| | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
✓ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ✓ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties     d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve     e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence     f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.✓ monetary   b.☐ nonmonetary; declaratory or injunctive relief   c.✓ punitive
4. Number of causes of action *(specify):* Six (6)
5. This case ☐ is ✓ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 27, 2021
Debora Rabieian
_____
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

**MJN221**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**MJN222**

# CIVIL CASE COVER SHEET ADDENDUM AND
# STATEMENT OF LOCATION
# (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
| --- | --- | --- |
| Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| Asbestos (04) | ☐ A6070 Asbestos Property Damage | 1, 11 |
| | ☐ A7221 Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | ☐ A7240 Other Professional Health Care Malpractice | 1, 4, 11 |
| Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | ☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | ☐ A7270 Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | ☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

*Auto Tort*

*Other Personal Injury/ Property Damage/ Wrongful Death Tort*

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

MJN223

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
| --- | --- | --- | --- |
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☑ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034 Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation        Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032 Quiet Title | 2, 6 |
| | | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer- Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2, 6, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 2 of 4

**MJN224**

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153 Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2, 8 |
| Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007 Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2, 5, 11 |
| | ☐ A6160 Abstract of Judgment | 2, 6 |
| | ☐ A6107 Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112 Other Enforcement of Judgment Case | 2, 8, 9 |
| RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment With Damages | 2, 3, 9 |
| | ☐ A6123 Workplace Harassment With Damages | 2, 3, 9 |
| | ☐ A6124 Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | ☐ A6190 Election Contest | 2 |
| | ☐ A6110 Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100 Other Civil Petition | 2, 9 |

Judicial Review

Provisionally Complex Litigation

Enforcement of Judgment

Miscellaneous Civil Complaints

Miscellaneous Civil Petitions

**MJN225**

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br><br>☐ 1. ☑ 2. ☐ 3. ☐ 4. ☑ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br><br>6101 W Slauson Ave |
|---|---|
| CITY:<br>Culver City | STATE:<br>CA | ZIP CODE:<br>90230 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the _Central_ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: September 27, 2021

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

MJN226

2019-GEN-014-00

FILED
Superior Court of California
County of Los Angeles

MAY 03 2019

Sherri R. Carter, Executive Officer/Clerk
by _____ Deputy
Elizabeth Minn

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN RE LOS ANGELES SUPERIOR COURT )    FIRST AMENDED GENERAL ORDER
— MANDATORY ELECTRONIC FILING )
FOR CIVIL. )

On December 3, 2018, the Los Angeles County Superior Court mandated electronic filing of all documents in Limited Civil cases by litigants represented by attorneys. On January 2, 2019, the Los Angeles County Superior Court mandated electronic filing of all documents filed in Non-Complex Unlimited Civil cases by litigants represented by attorneys. (California Rules of Court, rule 2.253(b).) All electronically filed documents in Limited and Non-Complex Unlimited cases are subject to the following:

1) DEFINITIONS

    a) "Bookmark" A bookmark is a PDF document navigational tool that allows the reader to quickly locate and navigate to a designated point of interest within a document.

    b) "EFiling Portal" The official court website includes a webpage, referred to as the efiling portal, that gives litigants access to the approved Electronic Filing Service Providers.

    c) "Electronic Envelope" A transaction through the electronic service provider for submission of documents to the Court for processing which may contain one or more PDF documents attached.

    d) "Electronic Filing" Electronic Filing (eFiling) is the electronic transmission to a Court of a document in electronic form. (California Rules of Court, rule 2.250(b)(7).)

MJN227

e) **"Electronic Filing Service Provider"** An Electronic Filing Service Provider (EFSP) is a person or entity that receives an electronic filing from a party for retransmission to the Court. In the submission of filings, the EFSP does so on behalf of the electronic filer and not as an agent of the Court. (California Rules of Court, rule 2.250(b)(8).)

f) **"Electronic Signature"** For purposes of these local rules and in conformity with Code of Civil Procedure section 17, subdivision (b)(3), section 34, and section 1010.6, subdivision (b)(2), Government Code section 68150, subdivision (g), and California Rules of Court, rule 2.257, the term "Electronic Signature" is generally defined as an electronic sound, symbol, or process attached to or logically associated with an electronic record and executed or adopted by a person with the intent to sign the electronic record.

g) **"Hyperlink"** An electronic link providing direct access from one distinctively marked place in a hypertext or hypermedia document to another in the same or different document.

h) **"Portable Document Format"** A digital document format that preserves all fonts, formatting, colors and graphics of the original source document, regardless of the application platform used.

2) **MANDATORY ELECTRONIC FILING**

a) **Trial Court Records**

Pursuant to Government Code section 68150, trial court records may be created, maintained, and preserved in electronic format. Any document that the Court receives electronically must be clerically processed and must satisfy all legal filing requirements in order to be filed as an official court record (California Rules of Court, rules 2.100, et seq. and 2.253(b)(6)).

b) **Represented Litigants**

Pursuant to California Rules of Court, rule 2.253(b), represented litigants are required to electronically file documents with the Court through an approved EFSP.

c) **Public Notice**

The Court has issued a Public Notice with effective dates the Court required parties to electronically file documents through one or more approved EFSPs. Public Notices containing effective dates and the list of EFSPs are available on the Court's website, at www.lacourt.org.

MJN228

d) Documents in Related Cases

Documents in related cases must be electronically filed in the eFiling portal for that case type if electronic filing has been implemented in that case type, regardless of whether the case has been related to a Civil case.

3) EXEMPT LITIGANTS

a) Pursuant to California Rules of Court, rule 2.253(b)(2), self-represented litigants are exempt from mandatory electronic filing requirements.

b) Pursuant to Code of Civil Procedure section 1010.6, subdivision (d)(3) and California Rules of Court, rule 2.253(b)(4), any party may make application to the Court requesting to be excused from filing documents electronically and be permitted to file documents by conventional means if the party shows undue hardship or significant prejudice.

4) EXEMPT FILINGS

a) The following documents shall not be filed electronically:

   i) Peremptory Challenges or Challenges for Cause of a Judicial Officer pursuant to Code of Civil Procedure sections 170.6 or 170.3;

   ii) Bonds/Undertaking documents;

   iii) Trial and Evidentiary Hearing Exhibits

   iv) Any ex parte application that is filed concurrently with a new complaint including those that will be handled by a Writs and Receivers department in the Mosk courthouse; and

   v) Documents submitted conditionally under seal. The actual motion or application shall be electronically filed. A courtesy copy of the electronically filed motion or application to submit documents conditionally under seal must be provided with the documents submitted conditionally under seal.

b) Lodgments

Documents attached to a Notice of Lodgment shall be lodged and/or served conventionally in paper form. The actual document entitled, "Notice of Lodgment," shall be filed electronically.

//

//

3

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

MJN229

5) ELECTRONIC FILING SYSTEM WORKING PROCEDURES

Electronic filing service providers must obtain and manage registration information for persons and entities electronically filing with the court.

6) TECHNICAL REQUIREMENTS

a) Electronic documents must be electronically filed in PDF, text searchable format when technologically feasible without impairment of the document's image.

b) The table of contents for any filing must be bookmarked.

c) Electronic documents, including but not limited to, declarations, proofs of service, and exhibits, must be bookmarked within the document pursuant to California Rules of Court, rule 3.1110(f)(4). Electronic bookmarks must include links to the first page of each bookmarked item (e.g. exhibits, declarations, deposition excerpts) and with bookmark titles that identify the bookedmarked item and briefly describe the item.

d) Attachments to primary documents must be bookmarked. Examples include, but are not limited to, the following:

    i)    Depositions;

    ii)    Declarations;

    iii)    Exhibits (including exhibits to declarations);

    iv)    Transcripts (including excerpts within transcripts);

    v)    Points and Authorities;

    vi)    Citations; and

    vii)    Supporting Briefs.

e) Use of hyperlinks within documents (including attachments and exhibits) is strongly encouraged.

f) Accompanying Documents

Each document accompanying a single pleading must be electronically filed as a separate digital PDF document.

g) Multiple Documents

Multiple documents relating to one case can be uploaded in one envelope transaction.

MJN230

b) Writs and Abstracts

Writs and Abstracts must be submitted as a separate electronic envelope.

i) Sealed Documents

If and when a judicial officer orders documents to be filed under seal, those documents must be filed electronically (unless exempted under paragraph 4); the burden of accurately designating the documents as sealed at the time of electronic submission is the submitting party's responsibility.

j) Redaction

Pursuant to California Rules of Court, rule 1.201, it is the submitting party's responsibility to redact confidential information (such as using initials for names of minors, using the last four digits of a social security number, and using the year for date of birth) so that the information shall not be publicly displayed.

7) ELECTRONIC FILING SCHEDULE

a) Filed Date

i) Any document received electronically by the court between 12:00 am and 11:59:59 pm shall be deemed to have been effectively filed on that court day if accepted for filing. Any document received electronically on a non-court day, is deemed to have been effectively filed on the next court day if accepted. (California Rules of Court, rule 2.253(b)(6); Code Civ. Proc. § 1010.6(b)(3).)

ii) Notwithstanding any other provision of this order, if a digital document is not filed in due course because of: (1) an interruption in service; (2) a transmission error that is not the fault of the transmitter; or (3) a processing failure that occurs after receipt, the Court may order, either on its own motion or by noticed motion submitted with a declaration for Court consideration, that the document be deemed filed and/or that the document's filing date conform to the attempted transmission date.

8) EX PARTE APPLICATIONS

a) Ex parte applications and all documents in support thereof must be electronically filed no later than 10:00 a.m. the court day before the ex parte hearing.

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

MJN231

b) Any written opposition to an ex parte application must be electronically filed by 8:30 a.m. the day of the ex parte hearing. A printed courtesy copy of any opposition to an ex parte application must be provided to the court the day of the ex parte hearing.

9) PRINTED COURTESY COPIES

a) For any filing electronically filed two or fewer days before the hearing, a courtesy copy must be delivered to the courtroom by 4:30 p.m. the same business day the document is efiled. If the efiling is submitted after 4:30 p.m., the courtesy copy must be delivered to the courtroom by 10:00 a.m. the next business day.

b) Regardless of the time of electronic filing, a printed courtesy copy (along with proof of electronic submission) is required for the following documents:

    i) Any printed document required pursuant to a Standing or General Order;

    ii) Pleadings and motions (including attachments such as declarations and exhibits) of 26 pages or more;

    iii) Pleadings and motions that include points and authorities;

    iv) Demurrers;

    v) Anti-SLAPP filings, pursuant to Code of Civil Procedure section 425.16;

    vi) Motions for Summary Judgment/Adjudication; and

    vii) Motions to Compel Further Discovery.

c) Nothing in this General Order precludes a Judicial Officer from requesting a courtesy copy of additional documents. Courtroom specific courtesy copy guidelines can be found at www.lacourt.org on the Civil webpage under "Courtroom Information."

10) WAIVER OF FEES AND COSTS FOR ELECTRONICALLY FILED DOCUMENTS

a) Fees and costs associated with electronic filing must be waived for any litigant who has received a fee waiver. (California Rules of Court, rules 2.253(b)(), 2.258(b), Code Civ. Proc. § 1010.6(d)(2).)

b) Fee waiver applications for waiver of court fees and costs pursuant to Code of Civil Procedure section 1010.6, subdivision (b)(6), and California Rules of Court, rule 2.252(f), may be electronically filed in any authorized action or proceeding.

6

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

MJN232

1) SIGNATURES ON ELECTRONIC FILING

For purposes of this General Order, all electronic filings must be in compliance with California Rules of Court, rule 2.257. This General Order applies to documents filed within the Civil Division of the Los Angeles County Superior Court.

This First Amended General Order supersedes any previous order related to electronic filing, and is effective immediately, and is to remain in effect until otherwise ordered by the Civil Supervising Judge and/or Presiding Judge.

DATED: May 3, 2019



KEVIN C. BRAZILE
Presiding Judge

MJN233

## VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



Superior Court of California
County of Los Angeles



Los Angeles County
Bar Association
Litigation Section

Los Angeles County
Bar Association Labor and
Employment Law Section



Consumer Attorneys
Association of Los Angeles



Southern California
Defense Counsel

abtl

Association of
Business Trial Lawyers

California Employment
Lawyers Association

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆Los Angeles County Bar Association Litigation Section◆

◆ Los Angeles County Bar Association
Labor and Employment Law Section◆

◆Consumer Attorneys Association of Los Angeles◆

◆Southern California Defense Counsel◆

◆Association of Business Trial Lawyers◆

◆California Employment Lawyers Association◆

LACIV 230 (NEW)
LASC Approved 4-11
For Optional Use

**MJN234**

| | | |
|---|---|---|
| [name and address of attorney or party without attorney] | [Space above for filing stamp] | [Reserved for Clerk's File Stamp] |
| TELEPHONE NO.: FAX NO. (Optional): NAME, ADDRESS (Optional): ATTORNEY FOR (Name): | | |

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| | CASE NUMBER: |
|---|---|
| **STIPULATION – DISCOVERY RESOLUTION** | |

This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.

The parties agree that:

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a. The party requesting the Informal Discovery Conference will:

        i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department,

        ii. Include a brief summary of the dispute and specify the relief requested; and

        iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b. Any Answer to a Request for Informal Discovery Conference must:

        i. Also be filed on the approved form (copy attached);

        ii. Include a brief summary of why the requested relief should be denied;

---

MJN235

|  |  |
|---|---|
| SHORT TITLE | CASE NUMBER |

iii. Be filed within two (2) court days of receipt of the Request; and

iv. Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c. No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d. If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e. If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, than the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4. If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5. The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6. Nothing herein will preclude any party from applying ex parte for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7. Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

MJN236

MJN237

| SHORT TITLE | CASE NUMBER |
|---|---|
| | |

**The following parties stipulate:**

Date: _____  
_____  
(TYPE OR PRINT NAME)  

➤ _____  
(ATTORNEY FOR PLAINTIFF)

Date: _____  
_____  
(TYPE OR PRINT NAME)  

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date: _____  
_____  
(TYPE OR PRINT NAME)  

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date: _____  
_____  
(TYPE OR PRINT NAME)  

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date: _____  
_____  
(TYPE OR PRINT NAME)  

➤ (ATTORNEY FOR _____ )

Date: _____  
_____  
(TYPE OR PRINT NAME)  

➤ (ATTORNEY FOR _____ )

Date: _____  
_____  
(TYPE OR PRINT NAME)  

➤ (ATTORNEY FOR _____ )

| | | |
|---|---|---|
| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
| TELEPHONE NO.: E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | FAX NO. (Optional): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS: | | |
| PLAINTIFF: | | |
| DEFENDANT: | | |
| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: | |

This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.

The parties agree that:

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, to discuss and consider whether there can be agreement on the following:

    a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

    b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

    c. Exchange of names and contact information of witnesses;

    d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

    e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

    f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

    g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

**MJN238**

| SHORT TITLE | | CASE NUMBER |
|---|---|---|

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at www.lacourt.org under "Civil" and then under "General Information").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at www.lacourt.org under "Civil", click on "General Information", then click on "Voluntary Efficient Litigation Stipulations".

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____    > _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR PLAINTIFF)
Date:

_____    > _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR DEFENDANT)
Date:

_____    > _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR DEFENDANT)
Date:

_____    > _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR DEFENDANT)
Date:

_____    > _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR _____)
Date:

_____    > _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR _____)

_____    > _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR _____)

LACIV 229 (Rev 02/15)
LASC Approved 04/11         STIPULATION – EARLY ORGANIZATIONAL MEETING         Page 2 of 3

MJN239

MJN240

| NAME AND ADDRESS OF ATTORNEY/PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INFORMAL DISCOVERY CONFERENCE (pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER |
|---|---|

1. This document relates to:
   - ☐ Request for Informal Discovery Conference
   - ☐ Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request)

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. For a Request for Informal Discovery Conference, **briefly** describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, **briefly** describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.

LACIV 094 (new)
LASC Approved 04/11
For Optional Use

## INFORMAL DISCOVERY CONFERENCE
(pursuant to the Discovery Resolution Stipulation of the parties)

| | | |
|---|---|---|
| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
| TELEPHONE NO.: E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | FAX NO. (Optional): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER: |
|---|---|

This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.

The parties agree that:

1. At least ____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

MJN241

| | | |
|---|---|---|
| SHORT TITLE | | CASE NUMBER |

**The following parties stipulate:**

Date:

_____     ᐳ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR PLAINTIFF)

Date:

_____     ᐳ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____     ᐳ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____     ᐳ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____     ᐳ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Date:

_____     ᐳ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Date:

_____     ᐳ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

**THE COURT SO ORDERS.**

Date: _____        _____
                                                                        JUDICIAL OFFICER

MJN242

 **Superior Court of California, County of Los Angeles**

<div style="border:1px solid black">

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

</div>

### What is ADR?

ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR

1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   **Mediation may not be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

**MJN243**

## How to Arrange Mediation in Los Angeles County

Mediation for civil cases is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
   If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

   - **ADR Services, Inc.** Case Manager Elizabeth Sanchez, elizabeth@adrservices.com (949) 863-9800
   - **JAMS, Inc.** Assistant Manager Reggie Joseph, RJoseph@jamsadr.com (310) 309-6209
   - **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

**These organizations cannot accept every case and they may decline cases at their discretion.** They may offer online mediation by video conference for cases they accept. Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

**NOTE: The Civil Mediation Vendor Resource List program does not accept family law, probate or small claims cases.**

b. **Los Angeles County Dispute Resolution Programs**
   https://hrc.lacounty.gov/wp-content/uploads/2020/05/DRP-Fact-Sheet-23October19-Current-as-of-October-2019-1.pdf

   Day of trial mediation programs have been paused until further notice.

   **Online Dispute Resolution (ODR).** Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.

c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit http://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC):** MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit http://www.lacourt.org/division/civil/C10047.aspx

Los Angeles Superior Court ADR website: http://www.lacourt.org/division/civil/C10109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

**MJN244**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>**Branch Name:** Stanley Mosk Courthouse<br>**Mailing Address:** 111 North Hill Street<br>**City, State and Zip Code:** Los Angeles CA 90012 | |
|---|---|
| **SHORT TITLE:** JEFFREY GRIFFIN vs GENERAL MOTORS, LLC<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | **CASE NUMBER:**<br>21STCV35756 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:   Legal Connect
Reference Number: 4771984_2021_09_28_23_22_46_341_3
Submission Number: 21LA04145605
Court Received Date: 09/28/2021
Court Received Time: 4:25 pm
Case Number: 21STCV35756
Case Title: JEFFREY GRIFFIN vs GENERAL MOTORS, LLC
Location: Stanley Mosk Courthouse
Case Type: Civil Unlimited
Case Category: Other Breach of Contract/Warranty (not fraud or negligence)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 09/29/2021
Notice Generated Time: 10:24 am

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Complaint | Accepted |
| Summons | Accepted |
| Civil Case Cover Sheet | Accepted |
| Notice (name extension) | Accepted |

**NOTICE OF CONFIRMATION OF FILING**

**MJN245**

**Comments**

Submitter's Comments:

Clerk's Comments:

**Electronic Filing Service Provider Information**

Service Provider: Legal Connect

Contact: Legal Connect

Phone: (800) 909-6859

**MJN246**

**Receipt**      EFM-2021-3838550.1

**Date:**      9/29/21 10:24 AM
**Time:**      9/29/21 10:24 AM

CASE # 21STCV35756
JEFFREY GRIFFIN vs GENERAL MOTORS,

| | |
|---|---:|
| Unlimited Civil- Compt/UD/Pet filed >25k - GC70611,70602.5,70602.6_Defendant | 435.00 |
| Court Transaction Fee | 2.25 |
| **Case Total:** | 437.25 |

| | |
|---|---:|
| **Total Paid:** | 437.25 |

21LA04145605

**MJN247**

# Exhibit 6

MJN248

| | SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

**NOTICE OF CASE ASSIGNMENT**

**UNLIMITED CIVIL CASE**

**FILED**
Superior Court of California
County of Los Angeles
**10/04/2021**
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ R. Perez _____ Deputy

**Your case is assigned for all purposes to the judicial officer indicated below.**

CASE NUMBER:
21STCV36505

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | Lia Martin | 16 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 10/05/2021
(Date)

**Sherri R. Carter, Executive Officer / Clerk of Court**

By R. Perez , Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN249**

<u>**INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES**</u>

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

<u>**APPLICATION**</u>
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

<u>**PRIORITY OVER OTHER RULES**</u>
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

<u>**CHALLENGE TO ASSIGNED JUDGE**</u>
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

<u>**TIME STANDARDS**</u>
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

<u>**COMPLAINTS**</u>
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

<u>**CROSS-COMPLAINTS**</u>
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

<u>**STATUS CONFERENCE**</u>
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

<u>**FINAL STATUS CONFERENCE**</u>
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

<u>**SANCTIONS**</u>
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

<u>Class Actions</u>
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

<u>*Provisionally Complex Cases</u>
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**MJN250**

Electronically FILED by Superior Court of California, County of Los Angeles on 10/04/2023 06:V3650.5 Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez, Deputy Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

JOHN SCANDURRA and PREMINI SCANDURRA

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse<br>111 N. Hill Street,<br>Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):*<br>21STCV36505 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin, 1840 Century Park East, Suite 430, Los Angeles, CA 90067, Tel: 310-929-4900

| DATE: 10/04/2021 Sherri R. Carter Executive Officer / Clerk of Court | Clerk, by | R. Perez | , Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**MJN251**

21STCV36505

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Lia Martin

Electronically FILED by Superior Court of California, County of Los Angeles on 10/04/2021 06:18 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk

Tionna Dolin (SBN 299010)
email: tdolin@slpattorney.com
emailservices@slpattorney.com
Debora Rabieian (SBN 315022)
email: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
JOHN SCANDURRA and PREMINI SCANDURRA

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| JOHN SCANDURRA and PREMINI SCANDURRA , <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 21STCV36505 <br><br> Hon. <br> Dept.: <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br><br> JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN252**

Plaintiffs allege as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiffs" shall refer to Plaintiffs JOHN SCANDURRA and PREMINI SCANDURRA.

2. Plaintiffs are residents of Los Angeles, California.

3. As used in this Complaint, the word "Defendant" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTES OF LIMITATION**

6. To the extent there are any statutes of limitation applicable to Plaintiffs' claims– including, without limitation, the express warranty, implied warranty, and fraudulent concealment– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

///

///

///

///

1

**COMPLAINT; JURY TRIAL DEMANDED**

MJN253

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

7. On or around May 8, 2021, Plaintiff leased a 2021 Chevrolet Bolt EV, vehicle identification number 1G1FY6S02M4114737, (hereafter "Vehicle" or "Subject Vehicle") which was manufactured and or distributed by Defendant. The Vehicle was leased primarily for personal, family, or household purposes. Plaintiff leased the Vehicle from a person or entity engaged in the business of manufacturing, distributing, or selling consumer goods at retail.

8. In connection with the lease, Plaintiff received an express written warranty, including a 3-year/36,000-mile express bumper to bumper warranty, a 5-year/60,000-mile powertrain warranty; and an 8-year/100,000 miles new vehicle limited warranty on electric propulsion components, including the battery components, thermal management system, charging system, and electric drive components. The new vehicle limited warranty covers repairs to correct "any vehicle defect related to the materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle" and provides that "[w]arranty repairs, including towing, parts, and labor, will be made at no charge." Defendant undertook to preserve or maintain the utility or performance of the Subject Vehicle or to provide compensation if there is a failure in utility or performance for a specified period of time. The warranties provided, in relevant part, that in the event a defect developed with the Subject Vehicle during the warranty period, Plaintiff could deliver the Subject Vehicle for repair services to Defendant's representative and the Vehicle would be repaired.

9. During the warranty period, the Vehicle contained or developed defects, including but not limited to, defects related to the battery; defects requiring performance of Product Safety Recall N21234590; defects causing the high voltage battery to melt and/or burn; defects requiring replacement of the battery module; defects requiring adjustments at high voltage battery system state of charge limitation; and/or any other defects listed in the

2

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN254**

Vehicle's repair history. Said defects substantially impair the use, value, or safety of the Vehicle.

10. Defendant and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

11. Plaintiffs have been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

12. Plaintiffs suffered damages in a sum to be proven at trial in an amount not less than $25,001.00.

13. Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

14. Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

15. Plaintiffs seek civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e)(5).

///

MJN255

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

### BY PLAINTIFFS AGAINST DEFENDANT

### VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

16. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

17. Although Plaintiffs presented the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

18. Plaintiffs have been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

19. Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and has exercised a right to cancel the purchase. By serving this Complaint, Plaintiffs do so again. Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis*.

20. Defendant's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

///

///

///

4

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN256**

**THIRD CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

21. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

22. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

23. Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code section 1794(c).

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT**

**BREACH OF EXPRESS WRITTEN WARRANTY**

**(CIV. CODE, § 1791.2, SUBD. (a); § 1794)**

24. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

25. In accordance with Defendant's warranty, Plaintiffs delivered the Vehicle to Defendant's representative in this state to perform warranty repairs. Plaintiffs did so within a reasonable time. Each time Plaintiffs delivered the Vehicle, Plaintiffs notified Defendant and its representative of the characteristics of the Defects. However, the representative failed to repair the Vehicle, breaching the terms of the written warranty on each occasion.

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN257**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

26. Plaintiffs have been damaged by Defendant's failure to comply with its obligations under the express warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

27. Defendant's failure to comply with its obligations under the express warranty was willful, in that Defendant and its authorized representative were aware that they were obligated to repair the Defects, but they intentionally refused to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times of Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; § 1795.5)**

</div>

28. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

29. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one-year.

30. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; and (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

31. At the time of purchase, or within one-year thereafter, the Vehicle contained or developed the defects set forth above. The existence of each of these defects constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such

**MJN258**

goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

32. Plaintiffs have been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**SIXTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT**

**FRAUD BY OMISSION**

</div>

33. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

34. Defendant General Motors, LLC committed fraud by allowing the Vehicle to be sold to Plaintiffs without disclosing that the Vehicle and its lithium-ion battery were defective and susceptible to sudden and premature failure.

35. Plaintiffs are informed, believe, and thereon allege that prior to Plaintiffs acquiring the Vehicle, GM was well aware and knew that the lithium-ion battery installed on the Vehicle was defective but failed to disclose this fact to Plaintiffs at the time of sale and thereafter.[1]

36. Specifically, GM knew that the lithium-ion battery had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

---

[1] Indeed, Defendant has issued various internal technical bulletins to its dealers (not consumers) concerning the Battery Defect.

<div align="center">

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

<div align="right">

**MJN259**

</div>

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

37. Plaintiffs are informed, believe and thereon allege that Defendant acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the Vehicle, through sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data; early consumer complaints about the Battery Defect made directly to GM and its network of dealers; aggregate warranty data compiled from GM's network of dealers; testing conducted by GM in response to these complaints; as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

38. Plaintiffs are informed, believe, and thereon allege that while Defendant knew about the Battery Defect, and its safety risks since 2016, if not before, GM and its directors, officers, employees, affiliates, and/or agents nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiffs at the time of sale, and thereafter, including during successive repair visits to GM's authorized dealership. Plaintiffs allege that GM failed to disclose the existence of the Battery Defect at GM's authorized dealership and during direct calls to Defendant. Had Plaintiffs known that the Vehicle suffered from the Battery Defect, he would not have purchased the Vehicle.

39. Indeed, Plaintiffs allege that prior to the sale of the Vehicle to Plaintiffs, Defendant knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

40. Defendant was under a duty to Plaintiffs to disclose the defective nature of the Vehicle, its battery, its safety consequences and/or the associated repair costs because:

a. Plaintiffs are informed, believe, and thereon allege that Defendant General Motors, LLC acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

MJN260

complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant General Motors, LLC was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffs purchased the Vehicle.

41. In failing to disclose the defects in the Vehicle's lithium-ion battery, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

42. The facts concealed or not disclosed by Defendant General Motors, LLC (and its directors, officers, employees, affiliates, and/or agents) to Plaintiffs is material in that a reasonable person would have considered them to be important in deciding whether or not to purchase the Vehicle. Had Plaintiffs known that the Vehicle, its lithium-ion battery were defective at the time of sale, Plaintiffs would not have purchased the Vehicle.

43. Plaintiffs are reasonable consumers who do not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

44. As a result of Defendant's misconduct, Plaintiffs have suffered and will continue to suffer actual damages.

## PRAYER

PLAINTIFFS PRAYS for judgment against Defendant as follows:

a. For Plaintiffs' actual damages in an amount according to proof;

b. For restitution;

c. For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN261**

d. For any consequential and incidental damages;

e. For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

f. For rescission of the purchase contract and/or restitution of all monies expended;

g. Rescission of purchase contract under California Civil Code section 1692;

h. For punitive damages;

i. For prejudgment interest at the legal rate; and

j. For such other relief as the Court may deem proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: October 04, 2021                    STRATEGIC LEGAL PRACTICES, APC

BY: _____

DEBORA RABIEIAN
Attorney for Plaintiffs
JOHN SCANDURRA and PREMINI
SCANDURRA

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

MJN262

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| STRATEGIC LEGAL PRACTICES, A Professional Corporation<br>Tionna Dolin (299010); Debora Rabieian (SBN315022)<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>TELEPHONE NO.: 310-929-4900     FAX NO.: 310-943-3838<br>ATTORNEY FOR *(Name):* JOHN SCANDURRA and PREMINI SCANDURRA | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
JOHN SCANDURRA et al. v. GENERAL MOTORS, LLC et al.

| **CIVIL CASE COVER SHEET**<br>[✓] Unlimited  [ ] Limited<br>(Amount<br>demanded<br>exceeds $25,000)  (Amount<br>demanded is<br>$25,000 or less) | **Complex Case Designation**<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>21STCV36505<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| [ ] Auto (22) | [✓] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [✓] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties  d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel  e. [ ] Coordination with related actions pending in one or more courts
   issues that will be time-consuming to resolve  in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence  f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary  b.[ ] nonmonetary; declaratory or injunctive relief  c. [✓] punitive
4. Number of causes of action *(specify):* Six (6)
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 1, 2021
Debora Rabieian
_____
(TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

**MJN263**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability *(not asbestos or
toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) *(not civil
harassment)* (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer
or wrongful eviction)*
Contract/Warranty Breach–Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally
complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent
domain, landlord/tenant, or
foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex
case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment *(non-
domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-
harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified
above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

---

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

**MJN264**

# CIVIL CASE COVER SHEET ADDENDUM AND
# STATEMENT OF LOCATION
# (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070 Asbestos Property Damage | 1, 11 |
| | | ☐ A7221 Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240 Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270 Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

**MJN265**

| **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | | |
| Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1, 2, 3 |
| Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1, 2, 3 |
| Fraud (16) | ☐ A6013 Fraud (no contract) | 1, 2, 3 |
| Professional Negligence (25) | ☐ A6017 Legal Malpractice<br>☐ A6050 Other Professional Malpractice (not medical or legal) | 1, 2, 3<br>1, 2, 3 |
| Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1, 2, 3 |
| Other Employment (15) | ☐ A6024 Other Employment Complaint Case<br>☐ A6109 Labor Commissioner Appeals | 1, 2, 3<br>10 |
| **Contract** | | |
| Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019 Negligent Breach of Contract/Warranty (no fraud)<br>☑ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 2, 5<br>2, 5<br>1, 2, 5<br>1, 2, 5 |
| Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff<br>☐ A6012 Other Promissory Note/Collections Case<br>☐ A6034 Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11<br>5, 11<br>5, 6, 11 |
| Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1, 2, 5, 8 |
| Other Contract (37) | ☐ A6009 Contractual Fraud<br>☐ A6031 Tortious Interference<br>☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2. 3. 5<br>1, 2. 3. 5<br>1, 2. 3. 8, 9 |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation       Number of parcels_____ | 2, 6 |
| Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2, 6 |
| Other Real Property (26) | ☐ A6018 Mortgage Foreclosure<br>☐ A6032 Quiet Title<br>☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6<br>2, 6<br>2, 6 |
| **Unlawful Detainer** | | |
| Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2, 6, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 2 of 4

**MJN266**

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
| --- | --- | --- |
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153 Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2, 8 |
| Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007 Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2, 5, 11 |
| | ☐ A6160 Abstract of Judgment | 2, 6 |
| | ☐ A6107 Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112 Other Enforcement of Judgment Case | 2, 8, 9 |
| RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment With Damages | 2, 3, 9 |
| | ☐ A6123 Workplace Harassment With Damages | 2, 3, 9 |
| | ☐ A6124 Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | ☐ A6190 Election Contest | 2 |
| | ☐ A6110 Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100 Other Civil Petition | 2, 9 |

Left margin labels: Judicial Review; Provisionally Complex Litigation; Enforcement of Judgment; Miscellaneous Civil Complaints; Miscellaneous Civil Petitions

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 3 of 4

**MJN267**

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br><br>☐ 1. ☑ 2. ☐ 3. ☐ 4. ☑ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br>1160 Motor Ln |
|---|---|
| CITY: Lancaster    STATE: CA    ZIP CODE: 93534 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the __Central__ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: October 1, 2021

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

**MJN268**

2019-GEN-014-00

**FILED**
Superior Court of California
County of Los Angeles

MAY 0 3 2019

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN RE LOS ANGELES SUPERIOR COURT )    FIRST AMENDED GENERAL ORDER
— MANDATORY ELECTRONIC FILING )
FOR CIVIL )
)
)
)
_____ )

On December 3, 2018, the Los Angeles County Superior Court mandated electronic filing of all documents in Limited Civil cases by litigants represented by attorneys. On January 2, 2019, the Los Angeles County Superior Court mandated electronic filing of all documents filed in Non-Complex Unlimited Civil cases by litigants represented by attorneys. (California Rules of Court, rule 2.253(b).) All electronically filed documents in Limited and Non-Complex Unlimited cases are subject to the following:

1) DEFINITIONS

    a) **"Bookmark"** A bookmark is a PDF document navigational tool that allows the reader to quickly locate and navigate to a designated point of interest within a document.

    b) **"Efiling Portal"** The official court website includes a webpage, referred to as the efiling portal, that gives litigants access to the approved Electronic Filing Service Providers.

    c) **"Electronic Envelope"** A transaction through the electronic service provider for submission of documents to the Court for processing which may contain one or more PDF documents attached.

    d) **"Electronic Filing"** Electronic Filing (eFiling) is the electronic transmission to a Court of a document in electronic form. (California Rules of Court, rule 2.250(b)(7).)

**MJN269**

e) **"Electronic Filing Service Provider"** An Electronic Filing Service Provider (EFSP) is a person or entity that receives an electronic filing from a party for retransmission to the Court. In the submission of filings, the EFSP does so on behalf of the electronic filer and not as an agent of the Court. (California Rules of Court, rule 2.250(b)(8).)

f) **"Electronic Signature"** For purposes of these local rules and in conformity with Code of Civil Procedure section 17, subdivision (b)(3), section 34, and section 1010.6, subdivision (b)(2), Government Code section 68150, subdivision (g), and California Rules of Court, rule 2.257, the term "Electronic Signature" is generally defined as an electronic sound, symbol, or process attached to or logically associated with an electronic record and executed or adopted by a person with the intent to sign the electronic record.

g) **"Hyperlink"** An electronic link providing direct access from one distinctively marked place in a hypertext or hypermedia document to another in the same or different document.

h) **"Portable Document Format"** A digital document format that preserves all fonts, formatting, colors and graphics of the original source document, regardless of the application platform used.

2) MANDATORY ELECTRONIC FILING

   a) Trial Court Records

   Pursuant to Government Code section 68150, trial court records may be created, maintained, and preserved in electronic format. Any document that the Court receives electronically must be clerically processed and must satisfy all legal filing requirements in order to be filed as an official court record (California Rules of Court, rules 2.100, et seq. and 2.253(b)(6)).

   b) Represented Litigants

   Pursuant to California Rules of Court, rule 2.253(b), represented litigants are required to electronically file documents with the Court through an approved EFSP.

   c) Public Notice

   The Court has issued a Public Notice with effective dates the Court required parties to electronically file documents through one or more approved EFSPs. Public Notices containing effective dates and the list of EFSPs are available on the Court's website, at www.lacourt.org.

**MJN270**

d) Documents in Related Cases

Documents in related cases must be electronically filed in the eFiling portal for that case type if electronic filing has been implemented in that case type, regardless of whether the case has been related to a Civil case.

3) EXEMPT LITIGANTS

a) Pursuant to California Rules of Court, rule 2.253(b)(2), self-represented litigants are exempt from mandatory electronic filing requirements.

b) Pursuant to Code of Civil Procedure section 1010.6, subdivision (d)(3) and California Rules of Court, rule 2.253(b)(4), any party may make application to the Court requesting to be excused from filing documents electronically and be permitted to file documents by conventional means if the party shows undue hardship or significant prejudice.

4) EXEMPT FILINGS

a) The following documents shall not be filed electronically:

   i) Peremptory Challenges or Challenges for Cause of a Judicial Officer pursuant to Code of Civil Procedure sections 170.6 or 170.3;

   ii) Bonds/Undertaking documents;

   iii) Trial and Evidentiary Hearing Exhibits

   iv) Any ex parte application that is filed concurrently with a new complaint including those that will be handled by a Writs and Receivers department in the Mosk courthouse; and

   v) Documents submitted conditionally under seal. The actual motion or application shall be electronically filed. A courtesy copy of the electronically filed motion or application to submit documents conditionally under seal must be provided with the documents submitted conditionally under seal.

b) Lodgments

Documents attached to a Notice of Lodgment shall be lodged and/or served conventionally in paper form. The actual document entitled, "Notice of Lodgment," shall be filed electronically.

//

//

MJN271

5) ELECTRONIC FILING SYSTEM WORKING PROCEDURES

Electronic filing service providers must obtain and manage registration information for persons and entities electronically filing with the court.

6) TECHNICAL REQUIREMENTS

a) Electronic documents must be electronically filed in PDF, text searchable format **when** technologically feasible without impairment of the document's image.

b) The table of contents for any filing must be bookmarked.

c) Electronic documents, including but not limited to, declarations, proofs of service, and exhibits, must be bookmarked within the document pursuant to California Rules of Court, rule 3.1110(f)(4). Electronic bookmarks must include links to the first page of each bookmarked item (e.g. exhibits, declarations, deposition excerpts) and with bookmark titles that identify the bookedmarked item and briefly describe the item.

d) Attachments to primary documents must be bookmarked. Examples include, but are not limited to, the following:

    i) Depositions;

    ii) Declarations;

    iii) Exhibits (including exhibits to declarations);

    iv) Transcripts (including excerpts within transcripts);

    v) Points and Authorities;

    vi) Citations; and

    vii) Supporting Briefs.

e) Use of hyperlinks within documents (including attachments and exhibits) is strongly encouraged.

f) Accompanying Documents

Each document acompanying a single pleading must be electronically filed as a **separate** digital PDF document.

g) Multiple Documents

Multiple documents relating to one case can be uploaded in one envelope transaction.

MJN272

h) Writs and Abstracts

Writs and Abstracts must be submitted as a separate electronic envelope.

i) Sealed Documents

If and when a judicial officer orders documents to be filed under seal, those documents must be filed electronically (unless exempted under paragraph 4); the burden of accurately designating the documents as sealed at the time of electronic submission is the submitting party's responsibility.

j) Redaction

Pursuant to California Rules of Court, rule 1.201, it is the submitting party's responsibility to redact confidential information (such as using initials for names of minors, using the last four digits of a social security number, and using the year for date of birth) so that the information shall not be publicly displayed.

7) ELECTRONIC FILING SCHEDULE

a) Filed Date

i) Any document received electronically by the court between 12:00 am and 11:59:59 pm shall be deemed to have been effectively filed on that court day if accepted for filing. Any document received electronically on a non-court day, is deemed to have been effectively filed on the next court day if accepted. (California Rules of Court, rule 2.253(b)(6); Code Civ. Proc. § 1010.6(b)(3).)

ii) Notwithstanding any other provision of this order, if a digital document is not filed in due course because of: (1) an interruption in service; (2) a transmission error that is not the fault of the transmitter; or (3) a processing failure that occurs after receipt, the Court may order, either on its own motion or by noticed motion submitted with a declaration for Court consideration, that the document be deemed filed and/or that the document's filing date conform to the attempted transmission date.

8) EX PARTE APPLICATIONS

a) Ex parte applications and all documents in support thereof must be electronically filed no later than 10:00 a.m. the court day before the ex parte hearing.

MJN273

b) Any written opposition to an ex parte application must be electronically filed by 8:30 a.m. the day of the ex parte hearing. A printed courtesy copy of any opposition to an ex parte application must be provided to the court the day of the ex parte hearing.

9) PRINTED COURTESY COPIES

a) For any filing electronically filed two or fewer days before the hearing, a courtesy copy must be delivered to the courtroom by 4:30 p.m. the same business day the document is efiled. If the efiling is submitted after 4:30 p.m., the courtesy copy must be delivered to the courtroom by 10:00 a.m. the next business day.

b) Regardless of the time of electronic filing, a printed courtesy copy (along with proof of electronic submission) is required for the following documents:

    i) Any printed document required pursuant to a Standing or General Order;

    ii) Pleadings and motions (including attachments such as declarations and exhibits) of 26 pages or more;

    iii) Pleadings and motions that include points and authorities;

    iv) Demurrers;

    v) Anti-SLAPP filings, pursuant to Code of Civil Procedure section 425.16;

    vi) Motions for Summary Judgment/Adjudication; and

    vii) Motions to Compel Further Discovery.

c) Nothing in this General Order precludes a Judicial Officer from requesting a courtesy copy of additional documents. Courtroom specific courtesy copy guidelines can be found at www.lacourt.org on the Civil webpage under "Courtroom Information."

10) WAIVER OF FEES AND COSTS FOR ELECTRONICALLY FILED DOCUMENTS

a) Fees and costs associated with electronic filing must be waived for any litigant who has received a fee waiver. (California Rules of Court, rules 2.253(b)(), 2.258(b), Code Civ. Proc. § 1010.6(d)(2).)

b) Fee waiver applications for waiver of court fees and costs pursuant to Code of Civil Procedure section 1010.6, subdivision (b)(6), and California Rules of Court, rule 2.252(f), may be electronically filed in any authorized action or proceeding.

**MJN274**

11)  SIGNATURES ON ELECTRONIC FILING

For purposes of this General Order, all electronic filings must be in compliance with California Rules of Court, rule 2.257.  This General Order applies to documents filed within the Civil Division of the Los Angeles County Superior Court.

This First Amended General Order supersedes any previous order related to electronic filing, and is effective immediately, and is to remain in effect until otherwise ordered by the Civil Supervising Judge and/or Presiding Judge.

DATED:  May 3, 2019



KEVIN C. BRAZILE
Presiding Judge

7
FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

**MJN275**

# VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California**
**County of Los Angeles**



**Los Angeles County Bar Association Litigation Section**

**Los Angeles County Bar Association Labor and Employment Law Section**



**Consumer Attorneys Association of Los Angeles**



**Southern California Defense Counsel**



**Association of Business Trial Lawyers**



**California Employment Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

LACIV 230 (NEW)
LASC Approved 4-11
For Optional Use

**MJN276**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:        FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

**This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.**

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following*:

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

**MJN277**

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h.  Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i.  Whether the case is suitable for the Expedited Jury Trial procedures (see information at *www.lacourt.org* under "*Civil*" and then under "*General Information*").

2.  The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
   (INSERT DATE)                                          (INSERT DATE)
   complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at *www.lacourt.org* under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3.  The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                (ATTORNEY FOR PLAINTIFF)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                (ATTORNEY FOR _____)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                (ATTORNEY FOR _____)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                (ATTORNEY FOR _____)

**MJN278**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional) | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION – DISCOVERY RESOLUTION** | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.**

**The parties agree that:**

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a. The party requesting the Informal Discovery Conference will:

        i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

        ii. Include a brief summary of the dispute and specify the relief requested; and

        iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b. Any Answer to a Request for Informal Discovery Conference must:

        i. Also be filed on the approved form (copy attached);

        ii. Include a brief summary of why the requested relief should be denied;

**MJN279**

    iii.    Be filed within two (2) court days of receipt of the Request; and

    iv.    Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c. No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d. If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e. If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4. If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5. The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6. Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7. Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

**MJN280**

## The following parties stipulate:

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR PLAINTIFF)

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date:

_____  
(TYPE OR PRINT NAME)

(ATTORNEY FOR _____ )

Date:

_____  
(TYPE OR PRINT NAME)

➤ (ATTORNEY FOR _____ )

Date:

_____  
(TYPE OR PRINT NAME)

➤ (ATTORNEY FOR _____ )

**MJN281**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:  FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INFORMAL DISCOVERY CONFERENCE <br> (pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:

    ☐ Request for Informal Discovery Conference
    ☐ Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. **For a Request for Informal Discovery Conference, briefly describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, briefly describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

**MJN282**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional): | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least \_\_\_\_ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

    a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

    b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

**MJN283**

## The following parties stipulate:

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)           (ATTORNEY FOR PLAINTIFF)

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)           (ATTORNEY FOR DEFENDANT)

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)           (ATTORNEY FOR DEFENDANT)

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)           (ATTORNEY FOR DEFENDANT)

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)           (ATTORNEY FOR _____ )

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)           (ATTORNEY FOR _____ )

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)           (ATTORNEY FOR _____ )

## THE COURT SO ORDERS.

Date: _____

_____
JUDICIAL OFFICER

**MJN284**

**FILED**

LOS ANGELES SUPERIOR COURT

MAY 1 1 2011

JOHN A. CLARKE, CLERK

*N. Navarro*

BY NANCY NAVARRO, DEPUTY

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| General Order Re<br>Use of Voluntary Efficient Litigation<br>Stipulations | ) ORDER PURSUANT TO CCP 1054(a),<br>) EXTENDING TIME TO RESPOND BY<br>) 30 DAYS WHEN PARTIES AGREE<br>) TO EARLY ORGANIZATIONAL<br>) MEETING STIPULATION<br>) |

Whereas the Los Angeles Superior Court and the Executive Committee of the Litigation Section of the Los Angeles County Bar Association have cooperated in drafting "Voluntary Efficient Litigation Stipulations" and in proposing the stipulations for use in general jurisdiction civil litigation in Los Angeles County;

Whereas the Los Angeles County Bar Association Litigation Section; the Los Angeles County Bar Association Labor and Employment Law Section; the Consumer Attorneys Association of Los Angeles; the Association of Southern California Defense Counsel; the Association of Business Trial Lawyers of Los Angeles; and the California Employment Lawyers Association all "endorse the goal of promoting efficiency in litigation, and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases;"

-1-

ORDER PURSUANT TO CCP 1054(a)

**MJN285**

Whereas the Early Organizational Meeting Stipulation is intended to encourage cooperation among the parties at an early stage in litigation in order to achieve litigation efficiencies;

Whereas it is intended that use of the Early Organizational Meeting Stipulation will promote economic case resolution and judicial efficiency;

Whereas, in order to promote a meaningful discussion of pleading issues at the Early Organizational Meeting and potentially to reduce the need for motions to challenge the pleadings, it is necessary to allow additional time to conduct the Early Organizational Meeting before the time to respond to a complaint or cross complaint has expired;

Whereas Code of Civil Procedure section 1054(a) allows a judge of the court in which an action is pending to extend for not more than 30 days the time to respond to a pleading "upon good cause shown";

Now, therefore, this Court hereby finds that there is good cause to extend for 30 days the time to respond to a complaint or to a cross complaint in any action in which the parties have entered into the Early Organizational Meeting Stipulation. This finding of good cause is based on the anticipated judicial efficiency and benefits of economic case resolution that the Early Organizational Meeting Stipulation is intended to promote.

IT IS HEREBY ORDERED that, in any case in which the parties have entered into an Early Organizational Meeting Stipulation, the time for a defending party to respond to a complaint or cross complaint shall be extended by the 30 days permitted

-2-

ORDER PURSUANT TO CCP 1054(a)

**MJN286**

by Code of Civil Procedure section 1054(a) without further need of a specific court order.

DATED: May 11, 2011

Carolyn B. Kuhl, Supervising Judge of the
Civil Departments, Los Angeles Superior Court

-3-

ORDER PURSUANT TO CCP 1054(a)

MJN287

 **Superior Court of California, County of Los Angeles**

<div style="border:1px solid black">

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

</div>

### What is ADR?

ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR

- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control (with the parties):** Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR

- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR

1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   **Mediation may not be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

**MJN288**

# How to Arrange Mediation in Los Angeles County

Mediation for civil cases is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
   If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

   - **ADR Services, Inc.** Case Manager Elizabeth Sanchez, elizabeth@adrservices.com (949) 863-9800
   - **JAMS, Inc.** Assistant Manager Reggie Joseph, RJoseph@jamsadr.com (310) 309-6209
   - **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

**These organizations cannot accept every case and they may decline cases at their discretion.** They may offer online mediation by video conference for cases they accept. Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

**NOTE: The Civil Mediation Vendor Resource List program does not accept family law, probate or small claims cases.**

b. **Los Angeles County Dispute Resolution Programs**
   https://hrc.lacounty.gov/wp-content/uploads/2020/05/DRP-Fact-Sheet-23October19-Current-as-of-October-2019-1.pdf

   Day of trial mediation programs have been paused until further notice.

   **Online Dispute Resolution (ODR).** Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.

c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit http://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC):** MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit http://www.lacourt.org/division/civil/C10047.aspx

Los Angeles Superior Court ADR website: http://www.lacourt.org/division/civil/C10109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

**MJN289**

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>**Branch Name:** Stanley Mosk Courthouse<br>**Mailing Address:** 111 North Hill Street<br>**City, State and Zip Code:** Los Angeles CA 90012 | |
| **SHORT TITLE:** JOHN SCANDURRA, et al. vs GENERAL MOTORS, LLC<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | **CASE NUMBER:**<br>21STCV36505 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:  Legal Connect
Reference Number: 4794687_2021_10_05_01_14_06_102_7
Submission Number: 21LA04172740
Court Received Date: 10/04/2021
Court Received Time: 6:18 pm
Case Number: 21STCV36505
Case Title: JOHN SCANDURRA, et al. vs GENERAL MOTORS, LLC
Location: Stanley Mosk Courthouse
Case Type: Civil Unlimited
Case Category: Other Breach of Contract/Warranty (not fraud or negligence)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 10/05/2021
Notice Generated Time: 9:24 am

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Complaint | Accepted |
| Summons | Accepted |
| Civil Case Cover Sheet | Accepted |
| Notice (name extension) | Accepted |

**NOTICE OF CONFIRMATION OF FILING**

**MJN290**

**Comments**

Submitter's Comments:

Clerk's Comments:

**Electronic Filing Service Provider Information**

Service Provider: Legal Connect

Contact: Legal Connect

Phone: (800) 909-6859

**MJN291**

Superior Court of California
County of Los Angeles
'

**Receipt**     EFM-2021-3861569.1

**Date:**     10/5/21 9:25 AM
**Time:**     10/5/21 9:25 AM

CASE # 21STCV36505
JOHN SCANDURRA, et al. vs GENERAL

| | |
|---|---|
| Unlimited Civil- Compt/UD/Pet filed >25k - GC70611,70602.5,70602.6_Defendant | 435.00 |
| Court Transaction Fee | 2.25 |
| **Case Total:** | 437.25 |
| **Total Paid:** | 437.25 |

21LA04172740

**MJN292**

# Exhibit 7

MJN293

<table>
<tr><td colspan="2">

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

**NOTICE OF CASE ASSIGNMENT**

**UNLIMITED CIVIL CASE**

</td><td>

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
10/27/2021
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ N. Miramontes _____ Deputy

</td></tr>
</table>

| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER: 21STCV39625 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | Laura A. Seigle | 48 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 10/27/2021
    (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By N. Miramontes , Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN294**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

**APPLICATION**
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

**PRIORITY OVER OTHER RULES**
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

**CHALLENGE TO ASSIGNED JUDGE**
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

**TIME STANDARDS**
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

**COMPLAINTS**
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

**CROSS-COMPLAINTS**
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

**STATUS CONFERENCE**
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

**FINAL STATUS CONFERENCE**
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

**SANCTIONS**
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

**Class Actions**
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

**\*Provisionally Complex Cases**
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN295**

21STCV39625
Electronically FILED by Superior Court of California, County of Los Angeles on 10/27/2021 03:28 PM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Miramontes,Deputy Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ARMIK SHAHNAZARIAN

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse<br>111 N. Hill Street,<br>Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):*<br>21STCV39625 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin, 1840 Century Park East, Suite 430, Los Angeles, CA 90067, Tel: 310-929-4900

| | | | |
|---|---|---|---|
| DATE: 10/27/2021<br>*(Fecha)* | Sherri R. Carter Executive Officer / Clerk of Court | Clerk, by<br>*(Secretario)* N. Miramontes | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |

**MJN296**

21STCV39625

Electronically FILED by Superior Court of California, County of Los Angeles on 10/27/2021 05:28 PM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Miramontes, Deputy Clerk

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Laura Seigle

Tionna Dolin (SBN 299010)
email: tdolin@slpattorney.com
emailservices@slpattorney.com
Debora Rabieian (SBN 315022)
email: drabieian@slpattorney.com)
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff,
ARMIK SHAHNAZARIAN

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| ARMIK SHAHNAZARIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 21STCV39625<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN297**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff ARMIK SHAHNAZARIAN.

2. Plaintiff is a resident of Los Angeles, California.

3. As used in this Complaint, the word "Defendant" shall refer to all Defendants named in this Complaint, unless otherwise specified.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty, implied warranty, and fraudulent concealment – the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule).*

**FACTUAL BACKGROUND**

7. On or around September 4, 2020, Plaintiff leased a 2020 Chevrolet Bolt EV, vehicle identification number 1G1FY6S03L4132176, (hereafter "Vehicle" or "Subject Vehicle") which was manufactured and or distributed by Defendant. The Vehicle was leased primarily for personal, family, or household purposes. Plaintiff leased the Vehicle from a person or entity engaged in the business of manufacturing, distributing, or selling consumer goods at

1

**COMPLAINT; JURY TRIAL DEMANDED**

MJN298

retail.

8. In connection with the lease, Plaintiff received an express written warranty, including a 3-year/36,000-mile express bumper to bumper warranty, a 5-year/60,000 mile powertrain warranty; and an 8-year/100,000 miles new vehicle limited warranty on electric propulsion components, including the battery components, thermal management system, charging system, and electric drive components. The new vehicle limited warranty covers "repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period" and provides that "[w]arranty repairs, including towing, parts, and labor, will be made at no charge." Defendant undertook to preserve or maintain the utility or performance of the Subject Vehicle or to provide compensation if there is a failure in utility or performance for a specified period of time. The warranties provided, in relevant part, that in the event a defect developed with the Subject Vehicle during the warranty period, Plaintiff could deliver the Subject Vehicle for repair services to Defendant's representative and the Vehicle would be repaired.

9. During the warranty period, the Vehicle contained or developed defects, including but not limited to, defects related to the battery; defects requiring performance of Product Safety Recall N212345940; defects causing the high voltage battery to melt and/or burn; defects requiring replacement of the battery; defects requiring frequent charging of the battery; and/or any other defects listed in the Vehicle's repair history. Said defects substantially impair the use, value, or safety of the Vehicle.

<div align="center">

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

</div>

10. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

11. Defendant and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant failed to promptly replace the Vehicle or make

**MJN299**

STRATEGIC LEGAL PRACTICES, APC

1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

12. Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

13. Plaintiff suffered damages in a sum to be proven at trial in an amount not less than $25,001.00.

14. Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

15. Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

16. Plaintiff seek civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e)(5).

<div align="center">

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</div>

17. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

18. Although Plaintiff presented the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN300**

warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

19. Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

20. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and has exercised a right to cancel the lease/purchase. By serving this Complaint, Plaintiff do so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

21. Defendant's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<center>**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**</center>

22. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

23. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

<center>4

**COMPLAINT; JURY TRIAL DEMANDED**</center>

**MJN301**

24. Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages; pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**BREACH OF EXPRESS WRITTEN WARRANTY**

**(CIV. CODE, § 1791.2, SUBD. (a); § 1794)**

</div>

25. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

26. In accordance with Defendant's warranty, Plaintiff delivered the Vehicle to Defendant's representative in this state to perform warranty repairs. Plaintiff did so within a reasonable time. Each time Plaintiff delivered the Vehicle, Plaintiff notified Defendant and its representative of the characteristics of the Defects. However, the representative failed to repair the Vehicle, breaching the terms of the written warranty on each occasion.

27. Plaintiff has been damaged by Defendant's failure to comply with its obligations under the express warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

28. Defendant's failure to comply with its obligations under the express warranty was willful, in that Defendant and its authorized representative were aware that they were obligated to repair the Defects, but they intentionally refused to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times of Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

///

**MJN302**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; §1795.5)**

29.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

30.     Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one-year.

31.     Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

32.     At the time of lease/purchase, or within one-year thereafter, the Vehicle contained or developed the defects set forth above. The existence of each of these defects constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

33.     Plaintiff has been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

///

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN303**

## SIXTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT

## FRAUD BY OMISSION

34.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

35.     Defendant General Motors, LLC committed fraud by allowing the Vehicle to be sold to Plaintiff without disclosing that the Vehicle and its lithium-ion battery were defective and susceptible to sudden and premature failure.

36.     Plaintiff is informed, believe, and thereon alleges that prior to Plaintiff acquiring the Vehicle, GM was well aware and knew that the lithium-ion battery installed on the Vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.[1]

37.     Specifically, GM knew that the lithium-ion battery had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

38.     Plaintiff is informed, believe and thereon alleges that Defendant acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the Vehicle, through sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data; early consumer complaints about the Battery Defect made directly to GM and its network of dealers; aggregate warranty data compiled from GM's network of dealers; testing conducted by GM in response to these complaints; as well as warranty repair

---

[1] Indeed, Defendant has issued various internal technical bulletins to its dealers (not consumers) concerning the Battery Defect.

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN304**

and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

39. Plaintiff is informed, believe, and thereon alleges that while Defendant knew about the Battery Defect, and its safety risks since 2016, if not before, GM and its directors, officers, employees, affiliates, and/or agents nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale, and thereafter, including during successive repair visits to GM's authorized dealership. Plaintiff alleges that GM failed to disclose the existence of the Battery Defect at GM's authorized dealership and during direct calls to Defendant. Had Plaintiff known that the Vehicle suffered from the Battery Defect, he would not have leasee the Vehicle.

40. Indeed, Plaintiff alleges that prior to the sale of the Vehicle to Plaintiff, Defendant knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

41. Defendant was under a duty to Plaintiffs to disclose the defective nature of the Vehicle, its battery, its safety consequences and/or the associated repair costs because:

a. Plaintiff is informed believes and thereon alleges that Defendant General Motors, LLC acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant General Motors, LLC was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

MJN305

c.     Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased the Vehicle.

42.     In failing to disclose the defects in the Vehicle's lithium-ion battery, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

43.     The facts concealed or not disclosed by Defendant General Motors, LLC (and its directors, officers, employees, affiliates, and/or agents) to Plaintiff is material in that a reasonable person would have considered them to be important in deciding whether or not to lease or purchase the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, Plaintiff would not have leased the Vehicle.

44.     Plaintiff is a reasonable consumer who does not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

45.     As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer actual damages.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendant as follows:

   a.  For Plaintiff's actual damages in an amount according to proof;

   b.  For restitution;

   c.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

   d.  For any consequential and incidental damages;

   e.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

   f.  For rescission of the lease/purchase contract and/or restitution of all monies expended;

**MJN306**

g. Rescission of lease/purchase contract under California Civil Code section 1692;

h. For punitive damages;

i. For prejudgment interest at the legal rate; and

j. For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: September 30, 2021        STRATEGIC LEGAL PRACTICES, APC

BY: _____
Debora Rabieian
Attorney for Plaintiff,
ARMIK SHAHNAZARIAN

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN307**

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| STRATEGIC LEGAL PRACTICES, A Professional Corporation<br>Tionna Dolin (299010); Debora Rabieian (SBN315022)<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>TELEPHONE NO. 310-929-4900      FAX NO.: 310-943-3838<br>ATTORNEY FOR *(Name)*: ARMIK SHAHNAZARIAN | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
ARMIK SHAHNAZARIAN v. GENERAL MOTORS, LLC et al.

| **CIVIL CASE COVER SHEET**<br>[✓] Unlimited   [ ] Limited<br>(Amount     (Amount<br>demanded   demanded is<br>exceeds $25,000)  $25,000 or less) | **Complex Case Designation**<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>21STCV39625<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[✓] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve     e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence     f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[✓] punitive
4. Number of causes of action *(specify):* Six (6)
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 30, 2021
Debora Rabieian
_____        ► _____
(TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

**MJN308**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability *(not asbestos or
toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) *(not civil
harassment)* (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer
or wrongful eviction)*
Contract/Warranty Breach–Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally
complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent
domain, landlord/tenant, or
foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex
case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment *(non-
domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-
harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified
above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

**CIVIL CASE COVER SHEET**

**MJN309**

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

**MJN310**

| **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
| --- | --- | --- |
| Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1, 2, 3 |
| Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1, 2, 3 |
| Fraud (16) | ☐ A6013 Fraud (no contract) | 1, 2, 3 |
| Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1, 2, 3 |
| | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1, 2, 3 |
| Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1, 2, 3 |
| | ☐ A6109 Labor Commissioner Appeals | 10 |
| Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | ☑ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 5, 6, 11 |
| | ☐ A6012 Other Promissory Note/Collections Case | 5, 11 |
| | ☐ A6034 Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1, 2, 5, 8 |
| Other Contract (37) | ☐ A6009 Contractual Fraud | 1, 2, 3, 5 |
| | ☐ A6031 Tortious Interference | 1, 2, 3, 5 |
| | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation          Number of parcels_____ | 2, 6 |
| Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2, 6 |
| Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2, 6 |
| | ☐ A6032 Quiet Title | 2, 6 |
| | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer- Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2, 6, 11 |

Row categories (left margin, top to bottom): Non-Personal Injury/ Property Damage/ Wrongful Death Tort · Employment · Contract · Real Property · Unlawful Detainer

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 2 of 4

**MJN311**

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| **Judicial Review** | | |
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153 Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | | |
| Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007 Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | | |
| Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2, 5, 11 |
| | ☐ A6160 Abstract of Judgment | 2, 6 |
| | ☐ A6107 Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | | |
| RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | | |
| Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment With Damages | 2, 3, 9 |
| | ☐ A6123 Workplace Harassment With Damages | 2, 3, 9 |
| | ☐ A6124 Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | ☐ A6190 Election Contest | 2 |
| | ☐ A6110 Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100 Other Civil Petition | 2, 9 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 3 of 4

**MJN312**

**Step 4: Statement of Reason and Address**: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: □ 1. ☑ 2. □ 3. □ 4. ☑ 5. □ 6. □ 7. □ 8. □ 9. □ 10. □ 11. | ADDRESS: 1400 S Brand Blvd, |
| CITY: Glendale | STATE: CA | ZIP CODE: 91204 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the _Central_ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: _September 30, 2021_

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

**MJN313**

2019-GEN-014-00

**FILED**
Superior Court of California
County of Los Angeles

MAY 0 3 2019

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN RE LOS ANGELES SUPERIOR COURT )
— MANDATORY ELECTRONIC FILING )
FOR CIVIL )
)
)
)
)

FIRST AMENDED GENERAL ORDER

On December 3, 2018, the Los Angeles County Superior Court mandated electronic filing of all documents in Limited Civil cases by litigants represented by attorneys. On January 2, 2019, the Los Angeles County Superior Court mandated electronic filing of all documents filed in Non-Complex Unlimited Civil cases by litigants represented by attorneys. (California Rules of Court, rule 2.253(b).) All electronically filed documents in Limited and Non-Complex Unlimited cases are subject to the following:

1) DEFINITIONS

a) **"Bookmark"** A bookmark is a PDF document navigational tool that allows the reader to quickly locate and navigate to a designated point of interest within a document.

b) **"Efiling Portal"** The official court website includes a webpage, referred to as the efiling portal, that gives litigants access to the approved Electronic Filing Service Providers.

c) **"Electronic Envelope"** A transaction through the electronic service provider for submission of documents to the Court for processing which may contain one or more PDF documents attached.

d) **"Electronic Filing"** Electronic Filing (eFiling) is the electronic transmission to a Court of a document in electronic form. (California Rules of Court, rule 2.250(b)(7).)

**MJN314**

e) **"Electronic Filing Service Provider"** An Electronic Filing Service Provider (EFSP) is a person or entity that receives an electronic filing from a party for retransmission to the Court. In the submission of filings, the EFSP does so on behalf of the electronic filer and not as an agent of the Court. (California Rules of Court, rule 2.250(b)(8).)

f) **"Electronic Signature"** For purposes of these local rules and in conformity with Code of Civil Procedure section 17, subdivision (b)(3), section 34, and section 1010.6, subdivision (b)(2), Government Code section 68150, subdivision (g), and California Rules of Court, rule 2.257, the term "Electronic Signature" is generally defined as an electronic sound, symbol, or process attached to or logically associated with an electronic record and executed or adopted by a person with the intent to sign the electronic record.

g) **"Hyperlink"** An electronic link providing direct access from one distinctively marked place in a hypertext or hypermedia document to another in the same or different document.

h) **"Portable Document Format"** A digital document format that preserves all fonts, formatting, colors and graphics of the original source document, regardless of the application platform used.

2) MANDATORY ELECTRONIC FILING

a) Trial Court Records

Pursuant to Government Code section 68150, trial court records may be created, maintained, and preserved in electronic format. Any document that the Court receives electronically must be clerically processed and must satisfy all legal filing requirements in order to be filed as an official court record (California Rules of Court, rules 2.100, et seq. and 2.253(b)(6)).

b) Represented Litigants

Pursuant to California Rules of Court, rule 2.253(b), represented litigants are required to electronically file documents with the Court through an approved EFSP.

c) Public Notice

The Court has issued a Public Notice with effective dates the Court required parties to electronically file documents through one or more approved EFSPs. Public Notices containing effective dates and the list of EFSPs are available on the Court's website, at www.lacourt.org.

2

**MJN315**

d) Documents in Related Cases

Documents in related cases must be electronically filed in the eFiling portal for that case type if electronic filing has been implemented in that case type, regardless of whether the case has been related to a Civil case.

3) EXEMPT LITIGANTS

a) Pursuant to California Rules of Court, rule 2.253(b)(2), self-represented litigants are exempt from mandatory electronic filing requirements.

b) Pursuant to Code of Civil Procedure section 1010.6, subdivision (d)(3) and California Rules of Court, rule 2.253(b)(4), any party may make application to the Court requesting to be excused from filing documents electronically and be permitted to file documents by conventional means if the party shows undue hardship or significant prejudice.

4) EXEMPT FILINGS

a) The following documents shall not be filed electronically:

   i)   Peremptory Challenges or Challenges for Cause of a Judicial Officer pursuant to Code of Civil Procedure sections 170.6 or 170.3;

   ii)  Bonds/Undertaking documents;

   iii) Trial and Evidentiary Hearing Exhibits

   iv)  Any ex parte application that is filed concurrently with a new complaint including those that will be handled by a Writs and Receivers department in the Mosk courthouse; and

   v)   Documents submitted conditionally under seal. The actual motion or application shall be electronically filed. A courtesy copy of the electronically filed motion or application to submit documents conditionally under seal must be provided with the documents submitted conditionally under seal.

b) Lodgments

Documents attached to a Notice of Lodgment shall be lodged and/or served conventionally in paper form. The actual document entitled, "Notice of Lodgment," shall be filed electronically.

//

//

MJN316

5) ELECTRONIC FILING SYSTEM WORKING PROCEDURES

Electronic filing service providers must obtain and manage registration information for persons and entities electronically filing with the court.

6) TECHNICAL REQUIREMENTS

   a) Electronic documents must be electronically filed in PDF, text searchable format **when** technologically feasible without impairment of the document's image.

   b) The table of contents for any filing must be bookmarked.

   c) Electronic documents, including but not limited to, declarations, proofs of service, and exhibits, must be bookmarked within the document pursuant to California Rules of Court, rule 3.1110(f)(4). Electronic bookmarks must include links to the first page of each bookmarked item (e.g. exhibits, declarations, deposition excerpts) and with bookmark titles that identify the bookedmarked item and briefly describe the item.

   d) Attachments to primary documents must be bookmarked. Examples include, but are not limited to, the following:

      i)    Depositions;

      ii)    Declarations;

      iii)    Exhibits (including exhibits to declarations);

      iv)    Transcripts (including excerpts within transcripts);

      v)    Points and Authorities;

      vi)    Citations; and

      vii)    Supporting Briefs.

   e) Use of hyperlinks within documents (including attachments and exhibits) is strongly encouraged.

   f) Accompanying Documents

   Each document acompanying a single pleading must be electronically filed as a **separate** digital PDF document.

   g) Multiple Documents

   Multiple documents relating to one case can be uploaded in one envelope transaction.

MJN317

h) Writs and Abstracts

Writs and Abstracts must be submitted as a separate electronic envelope.

i) Sealed Documents

If and when a judicial officer orders documents to be filed under seal, those documents must be filed electronically (unless exempted under paragraph 4); the burden of accurately designating the documents as sealed at the time of electronic submission is the submitting party's responsibility.

j) Redaction

Pursuant to California Rules of Court, rule 1.201, it is the submitting party's responsibility to redact confidential information (such as using initials for names of minors, using the last four digits of a social security number, and using the year for date of birth) so that the information shall not be publicly displayed.

7) ELECTRONIC FILING SCHEDULE

a) Filed Date

i) Any document received electronically by the court between 12:00 am and 11:59:59 pm shall be deemed to have been effectively filed on that court day if accepted for filing. Any document received electronically on a non-court day, is deemed to have been effectively filed on the next court day if accepted. (California Rules of Court, rule 2.253(b)(6); Code Civ. Proc. § 1010.6(b)(3).)

ii) Notwithstanding any other provision of this order, if a digital document is not filed in due course because of: (1) an interruption in service; (2) a transmission error that is not the fault of the transmitter; or (3) a processing failure that occurs after receipt, the Court may order, either on its own motion or by noticed motion submitted with a declaration for Court consideration, that the document be deemed filed and/or that the document's filing date conform to the attempted transmission date.

8) EX PARTE APPLICATIONS

a) Ex parte applications and all documents in support thereof must be electronically filed no later than 10:00 a.m. the court day before the ex parte hearing.

MJN318

b) Any written opposition to an ex parte application must be electronically filed by 8:30 a.m. the day of the ex parte hearing. A printed courtesy copy of any opposition to an ex parte application must be provided to the court the day of the ex parte hearing.

9) PRINTED COURTESY COPIES

a) For any filing electronically filed two or fewer days before the hearing, a courtesy copy must be delivered to the courtroom by 4:30 p.m. the same business day the document is efiled. If the efiling is submitted after 4:30 p.m., the courtesy copy must be delivered to the courtroom by 10:00 a.m. the next business day.

b) Regardless of the time of electronic filing, a printed courtesy copy (along with proof of electronic submission) is required for the following documents:

    i) Any printed document required pursuant to a Standing or General Order;

    ii) Pleadings and motions (including attachments such as declarations and exhibits) of 26 pages or more;

    iii) Pleadings and motions that include points and authorities;

    iv) Demurrers;

    v) Anti-SLAPP filings, pursuant to Code of Civil Procedure section 425.16;

    vi) Motions for Summary Judgment/Adjudication; and

    vii) Motions to Compel Further Discovery.

c) Nothing in this General Order precludes a Judicial Officer from requesting a courtesy copy of additional documents. Courtroom specific courtesy copy guidelines can be found at www.lacourt.org on the Civil webpage under "Courtroom Information."

10) WAIVER OF FEES AND COSTS FOR ELECTRONICALLY FILED DOCUMENTS

a) Fees and costs associated with electronic filing must be waived for any litigant who has received a fee waiver. (California Rules of Court, rules 2.253(b)(), 2.258(b), Code Civ. Proc. § 1010.6(d)(2).)

b) Fee waiver applications for waiver of court fees and costs pursuant to Code of Civil Procedure section 1010.6, subdivision (b)(6), and California Rules of Court, rule 2.252(f), may be electronically filed in any authorized action or proceeding.

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

**MJN319**

11) SIGNATURES ON ELECTRONIC FILING

For purposes of this General Order, all electronic filings must be in compliance with California Rules of Court, rule 2.257. This General Order applies to documents filed within the Civil Division of the Los Angeles County Superior Court.

This First Amended General Order supersedes any previous order related to electronic filing, and is effective immediately, and is to remain in effect until otherwise ordered by the Civil Supervising Judge and/or Presiding Judge.

DATED: May 3, 2019



KEVIN C. BRAZILE
Presiding Judge

---

7
FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

**MJN320**

# VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

LACIV 230 (NEW)
LASC Approved 4-11
For Optional Use

**MJN321**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

**This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.**

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following:*

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

**MJN322**

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at *www.lacourt.org* under "*Civil*" and then under "*General Information*").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
(INSERT DATE)                                       (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at *www.lacourt.org* under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                                    (ATTORNEY FOR PLAINTIFF)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                                    (ATTORNEY FOR DEFENDANT)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                                    (ATTORNEY FOR DEFENDANT)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                                    (ATTORNEY FOR DEFENDANT)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                                    (ATTORNEY FOR _____)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                                    (ATTORNEY FOR _____)

Date:

_____          ➢ _____
(TYPE OR PRINT NAME)                                    (ATTORNEY FOR _____)

**MJN323**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:          FAX NO. (Optional) <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – DISCOVERY RESOLUTION | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.**

**The parties agree that:**

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

   a. The party requesting the Informal Discovery Conference will:

      i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

      ii. Include a brief summary of the dispute and specify the relief requested; and

      iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

   b. Any Answer to a Request for Informal Discovery Conference must:

      i. Also be filed on the approved form (copy attached);

      ii. Include a brief summary of why the requested relief should be denied;

**MJN324**

    iii.    Be filed within two (2) court days of receipt of the Request; and

    iv.    Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

  c.  No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

  d.  If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

  e.  If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4. If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5. The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6. Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7. Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

**MJN325**

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR PLAINTIFF)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

(ATTORNEY FOR _____ )

Date:

_____
(TYPE OR PRINT NAME)

➤ (ATTORNEY FOR _____ )

Date:

_____
(TYPE OR PRINT NAME)

➤ (ATTORNEY FOR _____ )

**MJN326**

<table>
<tr><td>NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY</td><td>STATE BAR NUMBER</td><td>Reserved for Clerk's File Stamp</td></tr>
</table>

| | |
|---|---|
| TELEPHONE NO.: | FAX NO. (Optional): |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INFORMAL DISCOVERY CONFERENCE | CASE NUMBER: |
|---|---|
| (pursuant to the Discovery Resolution Stipulation of the parties) | |

1. This document relates to:

    ☐ Request for Informal Discovery Conference
    ☐ Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. **For a Request for Informal Discovery Conference, <u>briefly</u> describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, <u>briefly</u> describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

**MJN327**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional): | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

**MJN328**

## The following parties stipulate:

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR PLAINTIFF)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

Date:

_____          ➤ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

Date:

_____          ➤ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

## THE COURT SO ORDERS.

Date: _____          _____
                                                      JUDICIAL OFFICER

**MJN329**

FILED
LOS ANGELES SUPERIOR COURT

MAY 11 2011

JOHN A. CLARKE, CLERK
BY NANCY NAVARRO, DEPUTY

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| General Order Re<br>Use of Voluntary Efficient Litigation<br>Stipulations | ) ORDER PURSUANT TO CCP 1054(a),<br>) EXTENDING TIME TO RESPOND BY<br>) 30 DAYS WHEN PARTIES AGREE<br>) TO EARLY ORGANIZATIONAL<br>) MEETING STIPULATION<br>) |

Whereas the Los Angeles Superior Court and the Executive Committee of the Litigation Section of the Los Angeles County Bar Association have cooperated in drafting "Voluntary Efficient Litigation Stipulations" and in proposing the stipulations for use in general jurisdiction civil litigation in Los Angeles County;

Whereas the Los Angeles County Bar Association Litigation Section; the Los Angeles County Bar Association Labor and Employment Law Section; the Consumer Attorneys Association of Los Angeles; the Association of Southern California Defense Counsel; the Association of Business Trial Lawyers of Los Angeles; and the California Employment Lawyers Association all "endorse the goal of promoting efficiency in litigation, and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases;"

-1-

ORDER PURSUANT TO CCP 1054(a)

**MJN330**

Whereas the Early Organizational Meeting Stipulation is intended to encourage cooperation among the parties at an early stage in litigation in order to achieve litigation efficiencies;

Whereas it is intended that use of the Early Organizational Meeting Stipulation will promote economic case resolution and judicial efficiency;

Whereas, in order to promote a meaningful discussion of pleading issues at the Early Organizational Meeting and potentially to reduce the need for motions to challenge the pleadings, it is necessary to allow additional time to conduct the Early Organizational Meeting before the time to respond to a complaint or cross complaint has expired;

Whereas Code of Civil Procedure section 1054(a) allows a judge of the court in which an action is pending to extend for not more than 30 days the time to respond to a pleading "upon good cause shown";

Now, therefore, this Court hereby finds that there is good cause to extend for 30 days the time to respond to a complaint or to a cross complaint in any action in which the parties have entered into the Early Organizational Meeting Stipulation. This finding of good cause is based on the anticipated judicial efficiency and benefits of economic case resolution that the Early Organizational Meeting Stipulation is intended to promote.

IT IS HEREBY ORDERED that, in any case in which the parties have entered into an Early Organizational Meeting Stipulation, the time for a defending party to respond to a complaint or cross complaint shall be extended by the 30 days permitted

-2-

ORDER PURSUANT TO CCP 1054(a)

MJN331

by Code of Civil Procedure section 1054(a) without further need of a specific court order.

DATED: _May 11, 2011_

_Carolyn B. Kuhl, Supervising Judge of the_
Civil Departments, Los Angeles Superior Court

-3-

ORDER PURSUANT TO CCP 1054(a)

**MJN332**

 **Superior Court of California, County of Los Angeles**

<div style="border:1px solid">

# ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

</div>

### What is ADR?

ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR

- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control (with the parties):** Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR

- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR

1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   **Mediation may not be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

**MJN333**

## How to Arrange Mediation in Los Angeles County

Mediation for civil cases is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
   If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

   - **ADR Services, Inc.** Case Manager Elizabeth Sanchez, elizabeth@adrservices.com (949) 863-9800
   - **JAMS, Inc.** Assistant Manager Reggie Joseph, RJoseph@jamsadr.com (310) 309-6209
   - **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

**These organizations cannot accept every case and they may decline cases at their discretion.** They may offer online mediation by video conference for cases they accept. Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

**NOTE: The Civil Mediation Vendor Resource List program does not accept family law, probate or small claims cases.**

b. **Los Angeles County Dispute Resolution Programs**
   https://hrc.lacounty.gov/wp-content/uploads/2020/05/DRP-Fact-Sheet-23October19-Current-as-of-October-2019-1.pdf

   Day of trial mediation programs have been paused until further notice.

   **Online Dispute Resolution (ODR).** Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.

c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit http://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC):** MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit http://www.lacourt.org/division/civil/C10047.aspx

Los Angeles Superior Court ADR website: http://www.lacourt.org/division/civil/C10109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

**MJN334**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>**Branch Name:** Stanley Mosk Courthouse<br>**Mailing Address:** 111 North Hill Street<br>**City, State and Zip Code:** Los Angeles CA 90012 | |
|---|---|
| **SHORT TITLE:** ARMIK SHAHNAZARIAN vs GENERAL MOTORS, LLC<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | **CASE NUMBER:**<br>21STCV39625 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:  Legal Connect
Reference Number: 4887594_2021_10_27_22_23_58_646_9
Submission Number: 21LA04279291
Court Received Date: 10/27/2021
Court Received Time: 3:28 pm
Case Number: 21STCV39625
Case Title: ARMIK SHAHNAZARIAN vs GENERAL MOTORS, LLC
Location: Stanley Mosk Courthouse
Case Type: Civil Unlimited
Case Category: Other Breach of Contract/Warranty (not fraud or negligence)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 10/27/2021
Notice Generated Time: 3:45 pm

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Complaint | Accepted |
| Civil Case Cover Sheet | Accepted |
| Summons | Accepted |
| Notice (name extension) | Accepted |

---

**NOTICE OF CONFIRMATION OF FILING**

**MJN335**

**Comments**

Submitter's Comments:

Clerk's Comments:

**Electronic Filing Service Provider Information**

Service Provider: Legal Connect

Contact: Legal Connect

Phone: (800) 909-6859

**MJN336**

Superior Court of California
County of Los Angeles
,

**Receipt**   EFM-2021-3959208.1

**Date:**   10/27/21 3:45 PM
**Time:**   10/27/21 3:45 PM

CASE # 21STCV39625
ARMIK SHAHNAZARIAN vs GENERAL

| | |
|---|---|
| Unlimited Civil- Compt/UD/Pet filed >25k - GC70611,70602.5,70602.6_Defendant | 435.00 |
| Court Transaction Fee | 2.25 |
| **Case Total:** | 437.25 |

| | |
|---|---|
| **Total Paid:** | 437.25 |

21LA04279291

**MJN337**

# Exhibit 8

MJN338

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**E-FILED**
4/19/2022 3:06 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
22CV397674
Reviewed By: Desiree Alfaro
Envelope: 8786667

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

TENG WU

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Santa Clara County Superior Court
191 North First St.
San Jose, California 95113

CASE NUMBER: *(Número del Caso):*
**22CV397674**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067; Phone: 310-929-4900

| DATE:<br>*(Fecha)* | 4/19/2022 3:06 PM | Clerk of Court | Clerk, by<br>*(Secretario)* | Desiree Alfaro | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**MJN339**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022) STRATEGIC LEGAL PRACTICES, APC 1888 Century Park East, 19th Floor Los Angeles, CA 90067 TELEPHONE NO.: 310-929-4900  FAX NO.: 310-943-3838 ATTORNEY FOR *(Name):* Plaintiff Teng Wu | **Electronically Filed by Superior Court of CA, County of Santa Clara, on 4/19/2022 3:06 PM Reviewed By: Desiree Alfaro Case #22CV397674 Envelope: 8786667** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: 191 North First St.
MAILING ADDRESS: 191 North First St.
CITY AND ZIP CODE: San Jose, California 95113
BRANCH NAME:

CASE NAME:
Teng Wu v. General Motors, LLC. et al.

| **CIVIL CASE COVER SHEET** ☑ **Unlimited** ☐ **Limited** (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | **Complex Case Designation** ☐ **Counter** ☐ **Joinder** Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CASE NUMBER: 22CV397674 |
|---|---|---|
| | | JUDGE: DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| ☐ Auto (22) | ☑ Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties       d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel       e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve          in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence       f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):*  5 (five)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 19, 2022

Debora Rabieian
_____
(TYPE OR PRINT NAME)                                                                 (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 *www.courtinfo.ca.gov* |
|---|---|---|

**MJN340**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

MJN341

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
Email: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
TENG WU

E-FILED
4/19/2022 3:06 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
22CV397674
Reviewed By: Desiree Alfaro

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| TENG WU,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 22CV397674<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

MJN342

Plaintiff allege as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff TENG WU.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Santa Clara County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTES OF LIMITATION**

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty, implied warranty and fraudulent inducement concealment– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

MJN343

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FACTUAL BACKGROUND

9. On or about July 1, 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt EV vehicle identification number 1G1FY6S04K4135781 (hereafter "Subject Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

MJN344

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

16.     Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17.     Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18.     Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19.     Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20.     Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21.     Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22.     Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

23.     Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN345**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

24. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN346**

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis.*

34. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN347**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

35. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; § 1795.5)**

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

6

MJN348

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

### (Fraudulent Inducement - Concealment)

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the

COMPLAINT; JURY TRIAL DEMANDED

**MJN349**

time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

48. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

8

COMPLAINT; JURY TRIAL DEMANDED

MJN350

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

a. Defendant GM acquired its knowledge of the battery defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiff is material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

9
**COMPLAINT; JURY TRIAL DEMANDED**

**MJN351**

56. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center"><strong>PRAYER</strong></div>

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For Plaintiff's general, special and actual damages according to proof;

b. For restitution;

c. Plaintiff's consequential and incidental damages;

d. For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

e. For diminution in value;

f. For punitive damages;

g. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

h. For prejudgment interest at the legal rate;

i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

j. For such other relief as the Court may deem proper.

<div align="center"><strong><u>DEMAND FOR JURY TRIAL</u></strong></div>

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 19, 2022             STRATEGIC LEGAL PRACTICES, APC

BY: _____
           Debora Rabieian
           Attorney for Plaintiff TENG WU

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN352**

# Exhibit A

MJN353



2019

Limited Warranty and
Owner Assistance Information

chevrolet.com

MJN354

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| Owner's Name: |
| --- |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

**MJN355**

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

MJN356

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ...................... 1
GM's Commitment .............. 1
Owner Assistance .............. 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ........................ 1

**Warranty Coverage at a Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Bolt EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15

Warranty Repairs – Recycled Materials .................... 15
Tire Service ................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ............... 16
Paint, Trim, and Appearance Items ........................ 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries .................... 17
Permanent Relocation ......... 17
Original Equipment Alterations ................... 18
Recreation Vehicle and Special Body or Equipment Alterations ................... 18
Pre-Delivery Service ........... 18

Production Changes .......... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ..................... 20
What Is Covered .............. 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 27
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** .................... 30

**State Warranty Enforcement Laws** ........... 32

MJN357

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** ......... 39
We're Behind You On All The Roads Ahead ............... 39

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or

workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be

made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN359

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper (Includes Tires)

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

#### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

#### Federal

- Gaseline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

#### California

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 80,080 miles, whichever comes first.

MJN360

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20*.

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN361

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

MJN362

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

**Important:** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

MJN363

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN364

**2019 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN365

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or

merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damagos, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

MJN366

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

**MJN367**

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any

damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

● Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

● Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

● Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain,

driveline, software, or other components after final assembly by GM.

● Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

● Installation of non-GM (General Motors) parts

● Water or fluid contamination

● Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

● Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

MJN369

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

## Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months enly; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

## Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

MJN370

- State or local taxes required on warranty repairs

- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in

this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

MJN371

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

MJN372

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remenufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35.*

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

MJN373

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN374

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending en state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles en the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

MJN375

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and ether components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

MJN376

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN377

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN378

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.\***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**\* Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

MJN379

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

● For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

   - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

   - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

● For 7 years or 70,000 miles, whichever comes first:

   - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

● For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

   - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

MJN380

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

● For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):

- If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintonance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 24    Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Important:** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid

A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

MJN382

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

MJN383

## 26    Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler*

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s)*

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
  Air and Coolant Sensors
  Battery Coolant Pumps and Cooling Fans
  Battery High Voltage Heater
  Battery Temperature Sensors
  E-compressor * **

MJN384

Power Electronics Coolant Pump Port Valves Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of

MJN385

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts In order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

MJN386

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30.*

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN387

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN388

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

MJN389

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

**MJN390**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Bex 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN391

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN392

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance
Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt
Info)
1-800-833-2438 (For Text
Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada
Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text
Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN393

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN394

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN395

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

MJN396

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

MJN397

✐ **NOTES**

**MJN398**



✍ **NOTES**

✎ **NOTES**

MJN400



# ✍ NOTES

MJN401

# ✍ NOTES



U.S. Only



23295643 C





**MJN403**

ATTACHMENT CV-5012 Desiree Alfaro

# CIVIL LAWSUIT NOTICE
***Superior Court of California, County of Santa Clara***
***191 North First St., San José, CA  95113***

CASE NUMBER: _____

22CV397674

## PLEASE READ THIS ENTIRE FORM

**PLAINTIFF** (the person suing):   Within 60 days after filing the lawsuit, you must serve each Defendant with the *Complaint, Summons*, an *Alternative Dispute Resolution (ADR) Information Sheet*, and a copy of this *Civil Lawsuit Notice*, and you must file written proof of such service.

---

**DEFENDANT** (The person sued):  **You must do each of the following to protect your rights:**

1. You must file a **written response** to the *Complaint, using the proper legal form or format,* in the Clerk's Office of the Court, within **30 days** of the date you were served with the *Summons* and *Complaint*;
2. You must serve by mail  a copy of your written response on the  Plaintiff's attorney or on the Plaintiff if Plaintiff has no attorney (to "serve by mail" means to have an adult other than yourself mail a copy); and
3. You must attend the first Case Management Conference.

   **Warning:  If you, as the Defendant, do not follow these instructions, you may automatically lose this case**.

---

**RULES AND FORMS:**   You must follow the California Rules of Court and the Superior Court of California, County of <_CountyName_> Local Civil Rules and use proper forms.  You can obtain legal information, view the rules and receive forms, free of charge, from the Self-Help Center at 201 North First Street, San José (408-882-2900 x-2926).

- State Rules and Judicial Council Forms:  www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms:  http://www.sccsuperiorcourt.org/civil/rule1toc.htm

**CASE MANAGEMENT CONFERENCE (CMC):**   You must meet with the other parties and discuss the case, in person or by telephone at least 30 calendar days before the CMC.  You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.

*You or your attorney must appear at the CMC.*  *You may ask to appear by telephone – see Local Civil Rule 8.*

---

Your Case Management Judge is: Manoukian, Socrates P _____  Department:_____

The 1st CMC is scheduled for:  (Completed by Clerk of Court)
Date: 09/13/2022 Time: 3:00 PM in Department: 20

The next CMC is scheduled for:  (Completed by party if the 1st CMC was continued or has passed)
Date: _____  Time: _____  in **Department**:_____

---

**ALTERNATIVE DISPUTE RESOLUTION (ADR):**   If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

**WARNING:** Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

**MJN404**

# Exhibit 9

MJN405



# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SACRAMENTO

**Superior Court of California, County of Sacramento**

720 Ninth Street
Sacramento, CA 95814-1311

## PAYMENT RECEIPT

**Receipt #:** 1104914

| Clerk ID: lstewart1 | Transaction No: 2303012 | Transaction Date: 10/20/2021 | Transaction Time: 09:31:18 AM |
|---|---|---|---|

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 34-2021-00309848-CU-BC-GDS | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |

| | | |
|---|---|---|
| Sales Tax: | $0.00 | |
| Total: | $435.00 | Total Rem. Bal: $0.00 |

Check Number(s): 121878

| | |
|---|---|
| Check: | $435.00 |
| Total Amount Tendered: | $435.00 |
| Change Due: | $0.00 |
| Balance: | $0.00 |

## ORIGINAL

**MJN406**

| | |
|---|---|
|  **SUPERIOR COURT OF CALIFORNIA**<br><br>**County of Sacramento**<br>720 Ninth Street, Room 102<br>Sacramento, CA 95814-1311 | *For Court Use Only* |
| PETITIONER/PLAINTIFF: Mark Siroky<br><br>RESPONDENT/DEFENDANT: General Motors LLC | |
| **ORDER RE: DELAY IN SCHEDULING**<br>**INITIAL CASE MANAGEMENT CONFERENCE** | CASE NUMBER:.<br>34-2021-00309848 |

The Court finds good cause to delay the scheduling of the initial Case Management Conference for this case given the COVID-19 pandemic and its impact on court-wide operations. Among the affected operations is the Court's Case Management Program (CMP). The Court's CMP calendars have been and remain suspended until further notice. After the CMP Departments resume operations, the Court will schedule the initial Case Management Conference in this case and issue a Notice of Case Management Conference and Order to Appear.

The deadline for filing and service of the Case Management Conference Statements will be based upon the date for the initial Case Management Conference once it has been scheduled.

Parties shall continue to accomplish service of all parties named in the action.

Parties shall continue to ensure that all defendants and cross-defendants have answered, been dismissed, or had their defaults entered.

Plaintiff shall serve a copy of this order on any party to the complaint. The cross-complainant shall have the same obligation with respect to the cross-complaint

RICHARD K. SUEYOSHI

Dated: October 15th 2021

_____
Richard K. Sueyoshi, Judge of the Superior Court

**MJN407**

FILED
Superior Court Of California,
Sacramento
10/15/2021
lstewart1
By_____, Deputy
Case Number:
34-2021-00309848

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
STRATEGIC LEGAL PRACTICES, A Professional Corporation
Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022)
1840 Century Park East, Suite 430
Los Angeles, CA 90067
TELEPHONE NO.: 310-929-4900    FAX NO.: 310-943-3838
ATTORNEY FOR *(Name):* MARK SIROKY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sacramento
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

CASE NAME:
MARK SIROKY v. GENERAL MOTORS, LLC et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited  [ ] Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[✓] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c. [✓] punitive
4. Number of causes of action *(specify):* Six (6)
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 14, 2021
Debora Rabieian
_____
(TYPE OR PRINT NAME)                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

BY FAX

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

**MJN408**

BY FAX

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
STRATEGIC LEGAL PRACTICES, A Professional Corporation
Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022)
1840 Century Park East, Suite 430
Los Angeles, CA 90067
TELEPHONE NO.: 310-929-4900        FAX NO.: 310-943-3838
ATTORNEY FOR *(Name)*: MARK SIROKY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

CASE NAME:
MARK SIROKY v. GENERAL MOTORS, LLC et al.

**FILED**
**Superior Court Of California,**
**Sacramento**
**10/15/2021**
**lstewart1**
**By_____, Deputy**
**Case Number:**
**34-2021-00309848**

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited ☐ Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a.☑ monetary   b.☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify)*: Six (6)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 14, 2021
Debora Rabieian
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**MJN409**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
~~N~~ 0049261
Colle~~ction~~
Contr~~act~~ anty
Colle~~ctions~~ ~~Cas~~en
~~by~~
~~C~~
~~O~~ ~~f~~ ions
Insur~~ance~~ ally
~~c~~
~~A~~
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

**MJN410**

Tionna Dolin (SBN 299010)
email: tdolin@slpattorney.com
emailservices@slpattorney.com
Debora Rabieian (SBN 315022)
email: drabieian@slpattorney.com)
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff,
MARK SIROKY

FILED
Superior Court Of California,
Sacramento
10/15/2021
lstewart1
By_____, Deputy
Case Number:
34-2021-00309848

BY FAX

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SACRAMENTO

| | |
|---|---|
| MARK SIROKY,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN411**

## SUMMONS
### (CITACION JUDICIAL)

**FILED**
**Superior Court Of California,**
**Sacramento**  **SUM-100**
**10/20/2021** FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
**lstewart1**
**By**_____ , **Deputy**
**Case Number:**
**34-2021-00309848**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARK SIROKY

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Sacramento County Superior Court<br>720 9th Street<br>Sacramento, CA 95814 | CASE NUMBER: *(Número del Caso):* |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin, 1840 Century Park East, Suite 430, Los Angeles, CA 90067, Tel: 310-929-4900

| DATE:<br>*(Fecha)* **OCT 2 0 2021** | Clerk, by<br>*(Secretario)* **L. STEWART** | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

BY FAX

**MJN412**

# SUMMONS
## *(CITACION JUDICIAL)*

FILED
Superior Court Of California,
Sacramento
10/20/2021
L Stewart
By _____ , Deputy
Case Number:
**34-2021-00309848**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARK SIROKY

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: *(El nombre y dirección de la corte es):* Sacramento County Superior Court
720 9th Street
Sacramento, CA 95814

CASE NUMBER: *(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin, 1840 Century Park East, Suite 430, Los Angeles, CA 90067, Tel: 310-929-4900

DATE: *(Fecha)* **OCT 2 0 2021**        Clerk, by *(Secretario)* **L. STEWART**, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)        ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

BY FAX

**MJN413**

# Exhibit 10

MJN414

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
ELIZABETH MOORE

**ELECTRONICALLY FILED**
Superior Court of California,
County of Placer
**10/10/2022 at 04:44:25 PM**
By: Jennifer Bunday
Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF PLACER**

| | |
|---|---|
| ELIZABETH MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC.; AND DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  S-CV-0049261<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

**MJN415**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to ELIZABETH MOORE.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Placer County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about October 13, 2018, Plaintiff entered into a warranty contract with Defendant GM regarding a 2018 Chevrolet Bolt EV, vehicle identification number 1G1FW6S06J4138332 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

///

PAGE 2

COMPLAINT; JURY TRIAL DEMANDED

MJN416

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, electrical defects, battery defects, among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN417

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

18. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims- the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

COMPLAINT; JURY TRIAL DEMANDED

**MJN418**

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<div align="center">

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</div>

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

PAGE 5

COMPLAINT; JURY TRIAL DEMANDED

MJN419

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

**MJN420**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION
## BY PLAINTIFF AGAINST DEFENDANT GM
## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY
## CODE, § 1791.1; § 1794; § 1795.5)

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

COMPLAINT; JURY TRIAL DEMANDED

**MJN421**

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## (Fraudulent Inducement - Concealment)

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

///

COMPLAINT; JURY TRIAL DEMANDED

**MJN422**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

    a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///

COMPLAINT; JURY TRIAL DEMANDED

MJN423

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

COMPLAINT; JURY TRIAL DEMANDED

MJN424



**STRATEGIC LEGAL PRACTICES**
A PROFESSIONAL CORPORATION

c.  For any consequential and incidental damages;

d.  For diminution in value;

e.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.  For prejudgment interest at the legal rate;

g.  For punitive damages;

h.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.  For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.


Dated: August 29, 2022                    STRATEGIC LEGAL PRACTICES, APC


By _____
                TIONNA G. DOLIN
                Attorneys for Plaintiff
                ELIZABETH MOORE

COMPLAINT; JURY TRIAL DEMANDED

**MJN425**

# Exhibit A

**MJN426**



# 2018

## Limited Warranty and
## Owner Assistance Information



chevrolet.com

**MJN427**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2017 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23168735 C Third Printing

**MJN428**

MJN429

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to**
**Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
  Dispute Resolution Program ... 1
Warranty Service– United
  States ........................ 1

**Warranty Coverage at a**
**Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System
  Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Chevrolet Volt, Bolt EV, and
  Malibu Hybrid ................ 13
Drive Motor Battery
  Coverage .................... 14
Chevrolet Silverado eAssist®
  Coverage .................... 15
What Is Not Covered .......... 15

**Things to Know About the New**
**Vehicle Limited Warranty** .... 16
Warranty Repairs – Component
  Exchanges ................... 16
Warranty Repairs – Recycled
  Materials ..................... 16
Tire Service ................... 16
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 16
After-Manufacture
  "Rustproofing" ................ 17
Paint, Trim, and Appearance
  Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty
  Service Records .............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage –
  Extensions ................... 18
Warranty Service — Foreign
  Countries .................... 18
Permanent Relocation ......... 18
Original Equipment
  Alterations ................... 19

Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 19
Pre-Delivery Service ........... 19
Production Changes ........... 20
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only .......... 20

**Emission Control Systems**
**Warranty** ...................... 21
What Is Covered ............... 21
How to Determine the
  Applicable Emissions Control
  System Warranty ............. 21
Federal Emission Control
  System Warranty ............. 21
California Emission Control
  System Warranty ............. 22

**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure .............. 29

# MJN430

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction
Procedure** .................... 31

**State Warranty
Enforcement Laws** ........... 33

**Warranty Information for
California Only** ............... 34

**Special Coverage Adjustment
Programs Beyond the Warranty
Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text
Telephone (TTY) Users** ....... 37

**Roadside Assistance
Program** ..................... 38

**Courtesy Transportation
Program** ..................... 39

**Chevrolet Protection** .......... 40
We're Behind You On All The
Roads Ahead ............... 40

**MJN431**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the Customer Satisfaction Procedure ⇨ 31.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See Customer Satisfaction Procedure ⇨ 31 for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the Customer Assistance Offices ⇨ 36. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN432**

## 2    Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.
- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 21 for more information.

### Federal

- Gasoline Engines and Car Diesel Engines
  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.
  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

### California

- Gasoline Engines and Car Diesel Engines
  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN433**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.
- 6.6L Duramax Turbo-Diesel Engines
  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 21.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN434**

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN435**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**MJN436**

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN437**

**2018 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN438**

## 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN439**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| **Caution** |
| --- |
| This warranty excludes: Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

**Important:** Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**MJN440**

### What Is Not Covered

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**MJN441**

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *16*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**MJN442**

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Navigation Map Data Updates
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**MJN443**

### Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**MJN444**

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**Drive Motor Battery Coverage**

**Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN445**

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

### eAssist Components

The Hybrid Powertrain Control Modules and components including eAssist battery, eAssist battery disconnect, powerpack assembly, the eAssist battery cooling fan, the starter generator unit, starter generator cooling pump, high voltage 3–phase cables assembly, HVDC cables, and the transmission fluid accumulator and solenoid.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranties do not cover the following items:

### Wear Items

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranty.

**MJN446**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN447**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN448**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Warranty Service — Foreign Countries

### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

## Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

**MJN449**

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN450**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN451**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN452**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

***Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

# MJN453

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN454**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020.
For Bolt EV call 1-877-486-5846.
For Volt call 1-877-486-5846
(1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN455**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 21 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid

A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

**MJN456**

## 26　Emission Warranty Parts List

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**MJN457**

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Sensors
    Battery Coolant Pumps and
    Cooling Fans
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **
    Power Electronics
    Coolant Pump
    Port Valves
    Rfg. Temperature and Pressure
    Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

**MJN458**

## 28  Emission Warranty Parts List

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for**

**maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**MJN459**

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available

within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent

owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed

## 30    Emission Warranty Parts List

30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 31.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN461**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

● The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

● The dealer name and location.

● The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN462**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN463**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices ⇨ 36*.

**MJN464**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN465**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

## 36 Customer Assistance Offices

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN467**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN468**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN469**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN470**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN471**

✍ **NOTES**

**MJN472**

42

# ✍ NOTES

**MJN473**

# ✍ NOTES

**MJN474**

## ✎ NOTES

MJN475





U.S. Only



23168735 C



**MJN476**

# Exhibit 11

MJN477

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
JANET L ALLEN

Electronically FILED by
Superior Court of California,
County of Los Angeles
6/07/2024 6:57 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By C. Haroutunian, Deputy Clerk

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| JANET L ALLEN, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 24VECV02687 <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

**MJN478**

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to JANET L ALLEN.

2. Plaintiff is a resident of Los Angeles County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## FACTUAL BACKGROUND

6. On or about March 25, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt Ev, vehicle identification number 1G1FY6S00L4117473 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of

COMPLAINT; JURY TRIAL DEMANDED

**MJN479**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC*, 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

**MJN480**

et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

<div align="center">

**TOLLING OF THE STATUTES OF LIMITATION**

</div>

22. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**A. Class Action Tolling**

24. Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim

COMPLAINT; JURY TRIAL DEMANDED

**MJN481**

<div style="text-align: left; writing-mode: vertical">

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

</div>

is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles,* 237 Cal. App. 4th 1454, 1464 (2015).

25. The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B.     Discovery Rule Tolling**

26. Plaintiff had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

27. Within the time period of any applicable statutes of limitation, Plaintiff could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

28. Defendant was under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

29. Plaintiff did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiff shortly prior to the filing of this Complaint.

**C.     The Repair Doctrine**

30. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

31. Additionally, the limitations period for warranty claims is tolled against a defendant

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN482**

whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

32. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiff that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

33. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

34. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains to all affected vehicles as set forth herein.

35. Furthermore, Defendant's fraudulent concealment was ongoing. Defendant blamed the symptoms of the defects on other issues and not the actual defect itself and purported to be able to repair.

36. Based on the foregoing, Defendant is estopped from relying on any statutes of limitation in defense of this action.

37. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

---

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

**COMPLAINT; JURY TRIAL DEMANDED**

MJN483

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

40. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

41. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

42. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

43. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

COMPLAINT; JURY TRIAL DEMANDED

**MJN484**

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

44. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

45. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

46. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

47. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

48. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN485**

49. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

50. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

51. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## CODE, § 1791.1; § 1794; § 1795.5)

52. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

53. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

54. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

COMPLAINT; JURY TRIAL DEMANDED

MJN486

55. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

56. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

57. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

58. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

59. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

60. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

61. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

<div align="center">

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN487**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

62. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

63. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

64. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

65. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

    a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers,

COMPLAINT; JURY TRIAL DEMANDED

**MJN488**

amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

66. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

67. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

68. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

69. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

70. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center">

**PRAYER**

</div>

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

<div align="center">

**MJN489**

</div>

b. For restitution;

c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: May 30, 2024                STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
JANET L ALLEN

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN490

# Exhibit A

MJN491



2020

# Limited Warranty and Owner Assistance Information

 chevrolet.com

**MJN492**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2019 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84168948 B Second Printing

**MJN493**

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to
  Owners... ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
  Dispute Resolution Program ... 1
Warranty Service– United
  States ......................... 1

Warranty Coverage at a
  Glance ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System
  Warranty ...................... 2

New Vehicle Limited Warranty ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Electric and Hybrid Vehicle
  Warranty Coverage ........... 13
Drive Motor Battery
  Coverage .................... 14

Things to Know About the New
  Vehicle Limited Warranty .... 15
Warranty Repairs – Component
  Exchanges ................... 15

Warranty Repairs – Recycled
  Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 15
After-Manufacture
  "Rustproofing" ................ 16
Paint, Trim, and Appearance
  Items ......................... 16
Vehicle Operation and Care ...  16
Maintenance and Warranty
  Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage –
  Extensions ................... 17
Warranty Service — Foreign
  Countries .................... 17
Permanent Relocation ......... 18
Original Equipment
  Alterations ................... 18
Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 18
Pre-Delivery Service ........... 19

Production Changes ........... 19
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only .......... 19

Emission Control Systems
  Warranty ...................... 20
What Is Covered ............... 20
How to Determine the
  Applicable Emissions Control
  System Warranty ............. 20
Federal Emission Control
  System Warranty ............. 20
California Emission Control
  System Warranty ............. 21

Emission Warranty Parts List ..24
Replacement Parts ............ 28
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

Customer Satisfaction
  Procedure .................... 30

State Warranty
  Enforcement Laws ........... 32

**MJN494**

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ............... 39

**MJN495**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure ⇨ 30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure ⇨ 30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices ⇨ 35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN496**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

**MJN497**

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

  - Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20*.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN498**

## 4    New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**MJN499**

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**MJN500**

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN501**

**2020 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN502**

## 8　New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East) 1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN503**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**MJN504**

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**MJN505**

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if

**MJN506**

integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

### Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

### Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs

**MJN507**

- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Electric and Hybrid Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect.

**MJN508**

Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Hybrid Vehicles)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN509**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN510**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN511**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

**MJN512**

## Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

**MJN513**

**Pre-Delivery Service**

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details

concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each

subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN514**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN515**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

***Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN516**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN517**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Electric Vehicle call 1-877-486-5846 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN518**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN519**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Driver Mode Select Switch

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Eboost Brake Control Module**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Electric Compressor Recirculation Valve (eCRV)

Electric Waste Gate Actuator

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN520**

## 26 Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler*

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s)*

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Fuel Tank Zone Module

Purge Pump

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Active Thermal Management**

Block Rotary Valve

Body Control Module (BCM)**

Electric Coolant Pump

Engine Block Coolant Temperature Sensor

Engine Cylinder Head Coolant Temperature Sensor

Engine Inlet Coolant Temperature Sensor

Evaporator Air Temperature Sensor (EAT)

HVAC Front Blower Motor

HVAC Front Face Plate (FFP)

HVAC Front Mode/Temperature LIN Actuators

Main Rotary Valve

Radiator Outlet Coolant Temperature Sensor

Temperature/Humidity LIN Sensor

**Hybrid**

A/C Compressor

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

**MJN521**

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **
Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

**MJN522**

## 28 Emission Warranty Parts List

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

**MJN523**

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 30 Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846.

In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.
- The dealer name and location.
- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN525**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN526**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ 35.

**MJN527**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN528**

## 34    Special Coverage Adjustment Programs Beyond the Warranty Period

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN529**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada
Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN530**

## 36    Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN531**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN532**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN533**

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN534**





Certified Service



84168948 B



**MJN535**

# Exhibit 12

MJN536

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022)<br>STRATEGIC LEGAL PRACTICES, APC<br>1888 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>  TELEPHONE NO 310-929-4900    FAX NO. 310-943-3838<br>ATTORNEY FOR *(Name)*: Plaintiffs Jung Park and Young Park | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS
MAILING ADDRESS:   Orange County Superior Court
CITY AND ZIP CODE:   West Justice Center
BRANCH NAME:   8141 13th Street
  Westminster, CA 92683

CASE NAME:
Jung Park et al. v. General Motors, LLC., et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER:<br>30-2022-01255274-CU-BC-WJC |
|---|---|---|---|
| ☑ **Unlimited**<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ **Limited**<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ **Counter**    ☐ **Joinder**<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: Judge Walter Schwarm<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties
  b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. ☐ Substantial amount of documentary evidence
  d. ☐ Large number of witnesses
  e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☑ punitive
4. Number of causes of action *(specify)*: 5 (five)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 18, 2022
Debora Rabieian
_____
(TYPE OR PRINT NAME)        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

**MJN537**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Save This Form | Print This Form | Clear This Form |

MJN538

Electronically Filed by Superior Court of California, County of Orange, 04/18/2022 05:45:26 PM.
30-2022-01255274-CU-BC-WJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
Email: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs,
JUNG PARK and YOUNG PARK

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| JUNG PARK and YOUNG PARK,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 30-2022-01255274-CU-BC-WJC<br>**Assigned for All Purposes**<br>Hon. Judge Walter Schwarm<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

**MJN539**

Plaintiffs allege as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiffs" shall refer to Plaintiffs JUNG PARK and YOUNG PARK.

2. Plaintiffs are residents of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Orange County, California.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTES OF LIMITATION**

6. To the extent there are any statutes of limitation applicable to Plaintiffs' claims- including, without limitation, the express warranty, implied warranty and fraudulent inducement concealment– the running of the limitation periods have been tolled by, *inter alia,* the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiffs discovered Defendants' wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN540**

GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

8. By filing this Complaint, Plaintiffs hereby revoke acceptance of the Subject Vehicle yet again.

### FACTUAL BACKGROUND

9. On or about December 30, 2018, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt EV vehicle identification number 1G1FY6S09K4114778 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiffs justifiably revoke acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN541**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiffs are entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $43,591.00.

23. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN542**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

24. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

25. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

28. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

29. Plaintiffs seek civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN543**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30.     Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

31.     Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).  Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

32.     Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33.     Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase.  By serving this Complaint, Plaintiffs do so again.  Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price.  In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects.  Plaintiffs believes that, at the present time, the Vehicle's value is *de minimis.*

34.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so.  Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

///

///

MJN544

## THIRD CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

6

**MJN545**

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

43. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiffs purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiffs the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiffs are informed, believe, and thereon allege that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiffs

<div align="center">

7

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN546**

at the time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

48. Plaintiffs are informed, believe and thereon allege that GM acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiffs are informed, believes and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiffs known that the subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiffs allege that Defendant GM knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiffs to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

MJN547

a. Defendant GM acquired its knowledge of the electrical defect and its potential consequences prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffs leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiffs are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiffs known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiffs are reasonable consumers who did not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

9

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN548**

56. As a result of Defendant GM's misconduct, Plaintiffs has suffered and will continue to suffer actual damages. Plaintiffs was harmed by purchasing a vehicle that Plaintiffs would not have purchased, or would have paid less for, had Plaintiffs known the true facts about the Battery Defect. Furthermore, Plaintiffs unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFFS PRAY for judgment against Defendants as follows:

    a.  For general, special and Plaintiffs 'actual damages according to proof;

    b.  For restitution;

    c.  Plaintiffs' any consequential and incidental damages;

    d.  Plaintiffs'For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

    e.  For diminution in value;

    f.  For punitive damages;

    g.  For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    h.  For prejudgment interest at the legal rate;

    i.  For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

    j.  For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: April 18, 2022        STRATEGIC LEGAL PRACTICES, APC

BY: _____

         Debora Rabieian
         Attorney for Plaintiffs,
         JUNG PARK and YOUNG PARK

10

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN549

# Exhibit A

MJN550



2019

MJN551

Limited Warranty and
Owner Assistance Information

chevrolet.com

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

**MJN552**

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

**MJN553**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ...................... 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ......................... 1

**Warranty Coverage at a Glance** .......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ............ 9
Chevrolet Volt, Bolt EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15

Warranty Repairs – Recycled Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ......................... 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records .............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries ..................... 17
Permanent Relocation ......... 17
Original Equipment Alterations .................... 18
Recreation Vehicle and Special Body or Equipment Alterations .................... 18
Pre-Delivery Service ........... 18

Production Changes ........... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 27
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** .................... 30

**State Warranty Enforcement Laws** ........... 32

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

Warranty Information for
  California Only .............. 33
Special Coverage Adjustment
  Programs Beyond the Warranty
  Period ....................... 34
Customer Assistance Offices ..35
Customer Assistance for Text
  Telephone (TTY) Users ....... 36
Roadside Assistance
  Program ..................... 37
Courtesy Transportation
  Program ..................... 38
Chevrolet Protection ......... 39
  We're Behind You On All The
    Roads Ahead ............... 39

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN556

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper (Includes Tires)

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 20 for more information.

### Federal

- Gaseline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

### California

- Gaseline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 80,060 miles, whichever comes first.

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.
- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 20.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the ontire life of the vehicle.

MJN558

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

MJN559

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

**Important:** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

MJN560

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN561

**2019 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN562**

# 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

MJN563

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard

GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any

damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain,

driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

MJN565

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or seftware of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

MJN566

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

● Audio System Cleaning

● Brake Pads/Linings

● Clutch Linings

● Coolants and Fluids

● Filters

● Limited Slip Rear Axle Service

● Tire Rotation

● Wheel Alignment/Balance

● Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after

7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months enly; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

● Inconvenience

● Lodging, meals, or other travel costs

● Loss of vehicle use

● Payment for loss of time or pay

MJN567

● State or local taxes required on warranty repairs

● Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in

this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions.and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

MJN568

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

MJN569

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrelet or tire dealer for your brand of tires can assist you with tire service. If, after contacting ene of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35.*

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

MJN570

drivetrain. Damage, failure, or reduced life of the engine, transmissien, emission system, drivetrain or other vehicle compenents caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

## After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corresion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

## Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

## Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

## Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule sectien of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

## Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall ppon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending en state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

● Applies only to new vehicles held exclusively in new vehicle inventory.

● Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

● Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

MJN572

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipmant as manufactured or assembled by General Metors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any nen-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and ether components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

MJN573

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN574

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/ powertrain control medule, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN575

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanction, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check Inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

MJN577

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN578

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Important:** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

● (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

● (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid

A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

MJN579

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

MJN580

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Sensors
    Battery Coolant Pumps and Cooling Fans
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **

Power Electronics Coolant Pump

Port Valves

Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of

MJN582

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts In order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

MJN583

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN584

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN585

Contact the BBB Auto Line Program
using the toll-free telephone number
or write them at the following
address:

BBB Auto Line Program
Council of Better Business Bureaus,
Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all
50 states and the District of
Columbia. Eligibility is limited by
vehicle age, mileage, and other
factors. GM reserves the right to
change eligibility limitations and/or
to discontinue its participation in this
program.

MJN586

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

MJN587

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Bex 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN588

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN589

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN590

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN591

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN592

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

MJN593

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details en how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes enly; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

MJN594

✍ **NOTES**

## ✎ NOTES

# ✎ NOTES

✍ **NOTES**

✎ NOTES









**MJN600**

| | | |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 8141 13th STREET<br>MAILING ADDRESS: 8141 13th Street<br>CITY AND ZIP CODE: Westminster 92683<br>BRANCH NAME: West Justice Center | | *FOR COURT USE ONLY*<br>**FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE*<br><br>**Apr 19, 2022**<br><br>Clerk of the Court<br>By: Katie Trent, Deputy |
| PLAINTIFF: Jung Park et.al. | | |
| DEFENDANT: General Motors LLC | | |
| Short Title: PARK VS. GENERAL MOTORS LLC | | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | | CASE NUMBER:<br>30-2022-01255274-CU-BC-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>09/30/2022</u> at  <u>09:00:00 AM</u> in Department <u>W08</u> of this court, located at <u>West Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By: *Katie Trent* _____ , Deputy

**MJN601**

| | CASE NUMBER: |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

West Justice Center
8141 13th STREET
Westminster 92683

**SHORT TITLE:** PARK VS. GENERAL MOTORS LLC

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: <br> **30-2022-01255274-CU-BC-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Westminster</u>, <u>California</u>, on <u>04/19/2022</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>04/20/2022</u>.

Clerk of the Court, by: _Katie Trent_ _____ , Deputy

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST # 19TH FLOOR
LOS ANGELES, CA 90067

V3 1013a (June 2004)     Code of Civil Procedure , § CCP1013(a)

**MJN602**



# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana, CA 92702

**E-Filing Transaction #:** 21148304

### PAYMENT RECEIPT

**Receipt #:** 12864341

| | | |
|---|---|---|
| **Clerk ID:** ktrent | **Transaction No:** 13036320 | **Transaction Date:** 04/19/2022 | **Transaction Time:** 07:45:09 AM |

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2022-01255274-CU-BC-CJC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| | | | | Sales Tax: | $0.00 | |
| | | | | Total: | $435.00 | Total Rem. Bal: |
| E-Filing : - LegalConnect | | | | | | |
| | | | | E-Filing: | $435.00 | |
| | | | | Total Amount Tendered: | $435.00 | |
| | | | | Change Due: | $0.00 | |
| | | | | Balance: | $0.00 | |

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

## COPY

**MJN603**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 8141 13th Street<br>MAILING ADDRESS: 8141 13th Street<br>CITY AND ZIP CODE: Westminster CA 92683<br>BRANCH NAME: West Justice Center | *FOR COURT USE ONLY* |
|---|---|
| SHORT TITLE: Park vs. General Motors LLC | |
| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | CASE NUMBER:<br>30-2022-01255274-CU-BC-WJC |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of Orange. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

| | |
|---|---|
| Electronically Submitted By: | JUNG PARK |
| On Behalf of: | Young Park; CCMS ID: 79989046, Jung Park; CCMS ID: 79989045 |
| Transaction Number: | 21148304 |
| Court Received Date: | 04/18/2022 |
| Court Received Time: | 05:45:26 PM |
| Filed Date: | 04/18/2022 |
| Filed Time: | 05:45 PM |
| Fee Amount Assessed: | $435.00 |
| Case Number: | 30-2022-01255274-CU-BC-WJC |
| Case Title: | Park vs. General Motors LLC |
| Location: | West Justice Center |
| Case Type: | Breach of Contract/Warranty |
| Case Category: | Civil - Unlimited |
| Jurisdictional Amount: | > 25000 |

**MJN604**

Case Title:

| Documents Electronically Filed/Received | Status |
|---|---|
| Complaint | Accepted |
| Civil Case Cover Sheet | Accepted |
| Summons Issued and Filed | Rejected<br>RejectReason 1:<br>Other<br>Clerks Comments to submitter:<br>Names of parties, including all<br>verbiage, must match caption of<br>complaint. |

**Court Generated Documents**
Payment Receipt
**Court Generated Documents**
Notice of Hearing OC

**Comments**
**Submitter's Comments:**

**Clerk's Comments:** Alternative Dispute Resolution (ADR) Information Package can be found on the Court public website or by entering the following information in your internet explorer search: http://www.occourts.org/forms/local/l1200.pdf

**Events Scheduled**

| Event Types | | Date | Time | Location | Department |
|---|---|---|---|---|---|
| Case Conference | Management | 09/30/2022 | 09:00 AM | West Justice | W08 |

**Electronic Filing Service Provider Information**

Service Provider LegalConnect
Email:           support@legalconnect.com
Contact Person: Customer Support
Phone:          8009096859

**MJN605**

# Exhibit 13

MJN606

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**04/20/2022** at 10:08:03 AM
Clerk of the Superior Court
By Elizabeth Reyes,Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

KENNETH TIBBOT

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* San Diego County Superior Court- Hall of Justice 330 W. Broadway San Diego, CA 92101 | CASE NUMBER: *(Número del Caso):* 37-2022-00014683-CU-BC-CTL |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067; Phone: 310-929-4900

| DATE: 04/21/2022 *(Fecha)* | Clerk, by *(Secretario)* | EReyes | , Deputy *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 *www.courts.ca.gov* |
|---|---|---|

**MJN607**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022)
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
TELEPHONE NO.: **310-929-4900**     FAX NO.: **310-943-3838**
ATTORNEY FOR *(Name):* **Kenneth Tibbot**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: **330 W. Broadway**
MAILING ADDRESS: **330 W. Broadway**
CITY AND ZIP CODE: **San Diego, CA 92101**
BRANCH NAME: **Hall of Justice**

**FOR COURT USE ONLY**

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**04/20/2022** at 10:08:03 AM

Clerk of the Superior Court
By Elizabeth Reyes,Deputy Clerk

CASE NAME:
Kenneth Tibbot v. General Motors, LLC., et al.

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited  ☐ Limited | ☐ Counter  ☐ Joinder | 37-2022-00014683-CU-BC-CTL |
| (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge Kenneth J Medel  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):* 5 (five)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 19, 2022
Debora Rabieian

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

**MJN608**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
 Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
 Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
 Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
   Wrongful Death
 Product Liability *(not asbestos or
  toxic/environmental)* (24)
 Medical Malpractice (45)
  Medical Malpractice–
   Physicians & Surgeons
  Other Professional Health Care
   Malpractice
 Other PI/PD/WD (23)
  Premises Liability (e.g., slip
   and fall)
  Intentional Bodily Injury/PD/WD
   (e.g., assault, vandalism)
  Intentional Infliction of
   Emotional Distress
  Negligent Infliction of
   Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
 Business Tort/Unfair Business
  Practice (07)
 Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
 Defamation (e.g., slander, libel)
  (13)
 Fraud (16)
 Intellectual Property (19)
 Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
   *(not medical or legal)*
 Other Non-PI/PD/WD Tort (35)
**Employment**
 Wrongful Termination (36)
 Other Employment (15)

**Contract**
 Breach of Contract/Warranty (06)
  Breach of Rental/Lease
   Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
   Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
   Warranty
  Other Breach of Contract/Warranty
 Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
   Case
 Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
 Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
 Eminent Domain/Inverse
  Condemnation (14)
 Wrongful Eviction (33)
 Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
   domain, landlord/tenant, or
   foreclosure)*
**Unlawful Detainer**
 Commercial (31)
 Residential (32)
 Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
 Asset Forfeiture (05)
 Petition Re: Arbitration Award (11)
 Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
   Case Matter
  Writ–Other Limited Court Case
   Review
 Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
   Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
 Antitrust/Trade Regulation (03)
 Construction Defect (10)
 Claims Involving Mass Tort (40)
 Securities Litigation (28)
 Environmental/Toxic Tort (30)
 Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)
**Enforcement of Judgment**
 Enforcement of Judgment (20)
  Abstract of Judgment (Out of
   County)
  Confession of Judgment *(non-
   domestic relations)*
  Sister State Judgment
  Administrative Agency Award
   *(not unpaid taxes)*
  Petition/Certification of Entry of
   Judgment on Unpaid Taxes
  Other Enforcement of Judgment
   Case
**Miscellaneous Civil Complaint**
 RICO (27)
 Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
   harassment)*
  Mechanics Lien
  Other Commercial Complaint
   Case *(non-tort/non-complex)*
  Other Civil Complaint
   *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
 Partnership and Corporate
  Governance (21)
 Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
   Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
   Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

MJN609

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
Email: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
KENNETH TIBBOT

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**04/20/2022** at 10:08:03 AM

Clerk of the Superior Court
By Elizabeth Reyes,Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

| | |
|---|---|
| KENNETH TIBBOT,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 37-2022-00014683-CU-BC-CTL<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN610**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff KENNETH TIBBOT.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in San Diego County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTES OF LIMITATION**

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty, implied warranty and fraudulent inducement concealment– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

1

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN611**

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

**FACTUAL BACKGROUND**

9. On or about July 19, 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt EV vehicle identification number 1G1FY6S0XK4135199 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN612

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $19,688.50.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

_____

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

**COMPLAINT; JURY TRIAL DEMANDED**

MJN613

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

24. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN614**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

34. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN615**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

6

**MJN616**

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the

7

**COMPLAINT; JURY TRIAL DEMANDED**

<div align="left">

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

</div>

**MJN617**

time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the electrical system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

48. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

a. Defendant GM acquired its knowledge of the electrical defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiff is material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN619**

56. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<center><b>PRAYER</b></center>

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For Plaintiff's general, special and actual damages according to proof;

b. For restitution;

c. Plaintiff's consequential and incidental damages;

d. For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

e. For diminution in value;

f. For punitive damages;

g. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

h. For prejudgment interest at the legal rate;

i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

j. For such other relief as the Court may deem proper.

<center><b><u>DEMAND FOR JURY TRIAL</u></b></center>

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 19, 2022       STRATEGIC LEGAL PRACTICES, APC

BY: _____
Debora Rabieian
Attorney for Plaintiff KENNETH TIBBOT

<center>10</center>
<center><b>COMPLAINT; JURY TRIAL DEMANDED</b></center>

**MJN620**

# Exhibit A

MJN621



**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

MJN623

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ...................... 1
GM's Commitment .............. 1
Owner Assistance .............. 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ........................ 1

**Warranty Coverage at a Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ............ 9
Chevrolet Volt, Bolt EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15

Warranty Repairs – Recycled Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ......................... 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records .............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries ..................... 17
Permanent Relocation ......... 17
Original Equipment Alterations .................... 18
Recreation Vehicle and Special Body or Equipment Alterations .................... 18
Pre-Delivery Service ........... 18

Production Changes ........... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 27
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** .................... 30

**State Warranty Enforcement Laws** ........... 32

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ........................ 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ................ 39

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN627

## 2    Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gaseline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 60,060 miles, whichever comes first.

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20*.

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN629

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

● Coverage is provided for 5 years or 60,000 miles, whichever comes first

● 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

● Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

**Important:** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

MJN631

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensers, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN632

### 2019 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN633

# 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---------|---------|------------------|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

MJN634

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damagos, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions
- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

MJN636

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

MJN637

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months enly; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

MJN638

- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in

this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

MJN639

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

MJN640

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remenufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrelet or tire dealer for your brand of tires can assist you with tire service. If, after contacting ene of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35.*

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

MJN641

drivetrain. Damage, failure, or reduced life of the engine, transmissien, emission system, drivetrain or other vehicle compenents caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corresion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule sectien of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall ppon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN642

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending en state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

● Applies only to new vehicles held exclusively in new vehicle inventory.

● Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

● Does not apply to vehicles with more than 1,000 miles en the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States end normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

MJN643

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

**Important:** Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipmant as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and ether components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

MJN644

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN645

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN646

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.\***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**\* Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

MJN647

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

● For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check Inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

● For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

● For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

MJN648

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 20 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Important:** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid

A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

MJN650

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

MJN651

## 26    Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Sensors
    Battery Coolant Pumps and Cooling Fans
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure
Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan,
relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter
Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with
Above Components and Certain
Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only
2 yr/24,000 mile Federal Emission
Defect Warranty)

Parts specified in your maintenance
schedule that require scheduled
replacement are covered up to their
first replacement interval or the
applicable emission warranty
coverage period, whichever comes
first. If failure of one of these parts
results in failure of another part,
both will be covered under the
Emission Control System Warranty.

For detailed information concerning
specific parts covered by these
emission control system warranties,
ask your dealer.

### Replacement Parts

The emission control systems of
your vehicle were designed, built,
and tested using genuine GM parts*
and the vehicle is certified as being
in conformity with applicable federal
and California emission
requirements. **Accordingly, it is
recommended that any
replacement parts used for
maintenance or for the repair of
emission control systems be new,
genuine GM parts.**

The warranty obligations are not
dependent upon the use of any
particular brand of replacement
parts. The owner may elect to use
non-genuine GM parts for
replacement purposes. Use of
replacement parts which are not of

MJN653

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts In order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

MJN654

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30.*

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN656

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

**MJN658**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

● The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

● The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

● The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Bex 33170
Detroit , MI 48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN659

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN660

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN661

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN662

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN663

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

MJN664

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details en how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes enly; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

MJN665

# ✍ NOTES

# ✍ NOTES

# ✎ NOTES

MJN668

✎ **NOTES**

✍ **NOTES**

MJN670





23295643 C





**MJN671**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | |
|---|---|
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| DIVISION: | Central |
| TELEPHONE NUMBER: | (619) 450-7066 |

PLAINTIFF(S) / PETITIONER(S):     Kenneth Tibbot

DEFENDANT(S) / RESPONDENT(S):  General Motors LLC

TIBBOT VS GENERAL MOTORS LLC [IMAGED]

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER: 37-2022-00014683-CU-BC-CTL |
|---|---|

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge:  Kenneth J Medel                                         Department: C-66

## COMPLAINT/PETITION FILED: 04/20/2022

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 12/16/2022 | 08:30 am | C-66 | Kenneth J Medel |

**Due to the COVID-19 pandemic, all Case Management Conferences (CMCs) are being conducted virtually unless there is a court order stating otherwise.** Prior to the hearing date, visit the "virtual hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC. (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

TIME FOR SERVICE AND RESPONSE: The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
- **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint. An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed. If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
- **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
- **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6). If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

JURY FEES: In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

COURT REPORTERS: Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date. See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for further information.

ALTERNATIVE DISPUTE RESOLUTION (ADR): The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged. The court encourages and expects the parties to consider using ADR options prior to the CMC. The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

---

**MJN672**

# NOTICE OF E-FILING REQUIREMENTS
# AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases. Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing. E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court. All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program." This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain. The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150. Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.

**MJN673**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | *FOR COURT USE ONLY* |
|---|---|
| STREET ADDRESS: 330 W Broadway<br>MAILING ADDRESS: 330 W Broadway<br>CITY AND ZIP CODE: San Diego CA 92101-3827<br>BRANCH NAME: Central | |
| Short Title: Tibbot vs General Motors LLC [IMAGED] | |
| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | CASE NUMBER:<br>37-2022-00014683-CU-BC-CTL |

San Diego Superior Court has reviewed the electronic filing described below. The fee assessed for processing and the filing status of each submitted document are also shown below.

**Electronic Filing Summary Data**

| | |
|---|---|
| Electronically Submitted By: | Tionna Dolin |
| On Behalf of: | Kenneth Tibbot |
| Transaction Number: | 21307127 |
| Court Received Date: | 04/20/2022 |
| Filed Date: | 04/20/2022 |
| Filed Time: | 10:08 AM |
| Fee Amount Assessed: | $435.00 |
| Case Number: | 37-2022-00014683-CU-BC-CTL |
| Case Title: | Tibbot vs General Motors LLC [IMAGED] |
| Location: | Central |
| Case Type: | Breach of Contract/Warranty |
| Case Category: | Civil - Unlimited |
| Jurisdictional Amount: | > 25000 |

| Status | Documents Electronically Filed/Received |
|---|---|
| Accepted | Complaint |
| Accepted | Civil Case Cover Sheet |
| Accepted | Original Summons |

**Comments**

**Clerk's Comments:**
**Events Scheduled**

| Hearing(s) | Date | Time | Location | Department |
|---|---|---|---|---|
| Civil Case Management Conference | 12/16/2022 | 08:30 AM | Central | C-66 |

**Electronic Filing Service Provider Information**

| | |
|---|---|
| Service Provider: | LegalConnect |
| Email: | support@legalconnect.com |

**MJN674**

Contact Person:    LEGALCONNECT Support
Phone:    (800) 909-6859

**MJN675**

# Exhibit 14

MJN676

Electronically FILED by Superior Court of California, County of Los Angeles on 04/19/2022 03:11 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Tarasyuk,Deputy Clerk
22STCV13066

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

KEN RICKERMAN

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Los Angeles Superior Court - Stanley Mosk
111 North Hill St.
Los Angeles, CA 90012

**CASE NUMBER:** *(Número del Caso):*
22STCV13066

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067; Phone: 310-929-4900

DATE: Sherri R. Carter Executive Officer / Clerk of Court Clerk, by , Deputy
*(Fecha)* 04/19/2022 *(Secretario)* Y. Tarasyuk *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**MJN677**

Electronically FILED by Superior Court of California, County of Los Angeles on 04/19/2022 03:11 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Tarasyuk,Deputy Clerk
22STCV13066

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022) STRATEGIC LEGAL PRACTICES, APC 1888 Century Park East, 19th Floor Los Angeles, CA 90067 | |

TELEPHONE NO.: **310-929-4900**    FAX NO.: **310-943-3838**
ATTORNEY FOR *(Name):* **KEN RICKERMAN**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: 111 North Hill St.
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
KEN RICKERMAN v, GENERAL MOTOS, LLC et al.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| ☑ **Unlimited** (Amount demanded exceeds $25,000) | ☐ **Limited** (Amount demanded is $25,000 or less) | ☐ **Counter** ☐ **Joinder** Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 22STCV13066 JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☑ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties          d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel     e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve                in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence              f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action *(specify):* 5 (five)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 19, 2022
Debora Rabieian
_____          _____
(TYPE OR PRINT NAME)              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 *www.courtinfo.ca.gov* |
|---|---|---|

**MJN678**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice– Physicians & Surgeons
   Other Professional Health Care Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip and fall)
   Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
   Intentional Infliction of Emotional Distress
   Negligent Infliction of Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
   Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/ Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court Case Matter
   Writ–Other Limited Court Case Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of County)
   Confession of Judgment *(non-domestic relations)*
   Sister State Judgment
   Administrative Agency Award *(not unpaid taxes)*
   Petition/Certification of Entry of Judgment on Unpaid Taxes
   Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-harassment)*
   Mechanics Lien
   Other Commercial Complaint Case *(non-tort/non-complex)*
   Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late Claim
   Other Civil Petition

**MJN679**

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070 Asbestos Property Damage | 1, 11 |
| | | ☐ A7221 Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240 Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270 Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

**MJN680**

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☑ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.3

Page 2 of 4

**MJN681**

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| **Judicial Review** | | |
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153 Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | | |
| Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007 Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | | |
| Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2, 5, 11 |
| | ☐ A6160 Abstract of Judgment | 2, 6 |
| | ☐ A6107 Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | | |
| RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | | |
| Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment With Damages | 2, 3, 9 |
| | ☐ A6123 Workplace Harassment With Damages | 2, 3, 9 |
| | ☐ A6124 Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | ☐ A6190 Election Contest | 2 |
| | ☐ A6110 Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100 Other Civil Petition | 2, 9 |

LASC CIV 109 Rev. 12/18

For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3

Page 3 of 4

MJN682

| SHORT TITLE: RICKERMAN v. GENERAL MOTORS, LLC et al. | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address**: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br><br>☐ 1. ☑ 2. ☐ 3. ☐ 4. ☑ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br><br>1450 S. Shamrock Ave. |
|---|---|

| CITY:<br>Monrovia | STATE:<br>CA | ZIP CODE:<br>91016 | |
|---|---|---|---|

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the **Central** _____ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: __April 19, 2022__

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

**MJN683**

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Michael Stern

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
Debora Rabieian (SBN 315022)
e-mail: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
emailservices@slpattorney.com

Attorneys for Plaintiff:
KEN RICKERMAN

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| KEN RICKERMAN,<br><br>       Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 22STCV13066<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN684**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff KEN RICKERMAN.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTES OF LIMITATION**

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims– including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, fraudulent concealment, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

1

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN685**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

8.    By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FACTUAL BACKGROUND

9.    On or about August 14, 2018, Plaintiff entered into a warranty contract with Defendant GM regarding a 2018 Chevrolet Bolt EV vehicle identification number 1G1FW6S07J4109275 (hereafter "Subject Vehicle"), which was manufactured and or distributed by Defendant GM.

10.    The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11.    Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12.    Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq.  by filing this Complaint and/or did so prior to filing the instant Complaint.

13.    These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14.    Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15.    Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

**MJN686**

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $46,011.20.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

**COMPLAINT; JURY TRIAL DEMANDED**

MJN687

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

24. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN688**

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

30.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31.     Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).  Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32.     Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33.     Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase.  By serving this Complaint, Plaintiff does so again.  Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price.  In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects.  Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

34.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN689**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

35. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been   damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; § 1795.5)**

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability.  Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

6

**MJN690**

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at

<div align="center">

7

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN691**

the time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

48. Plaintiff is informed, believed and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN692**

a. Defendant GM acquired its knowledge of the battery defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

9

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN693**

56. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased/leased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

c. Plaintiff's any consequential and incidental damages;

d. For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

e. For diminution in value;

f. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

g. For prejudgment interest at the legal rate;

h. For punitive damages;

i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

j. For such other relief as the Court may deem proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 19, 2022          STRATEGIC LEGAL PRACTICES, APC

BY: _____

Debora Rabieian
Attorney for Plaintiff
KEN RICKERMAN

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN694

# Exhibit A

MJN695

MJN696

# 2018

## Limited Warranty and Owner Assistance Information

chevrolet.com

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

**MJN697**

© 2017 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23168735 C Third Printing

MJN698

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ...... 1
GM's Commitment ............. 1
Owner Assistance .............. 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ........................ 1

**Warranty Coverage at a Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ............... 4
What Is Not Covered ......... 10
Chevrolet Volt, Bolt EV, and Malibu Hybrid ............... 13
Drive Motor Battery Coverage ................... 14
Chevrolet Silverado eAssist® Coverage ................... 15
What Is Not Covered ......... 15

**Things to Know About the New Vehicle Limited Warranty** .... 16
Warranty Repairs – Component Exchanges ................... 16
Warranty Repairs – Recycled Materials .................... 16
Tire Service ................... 16
Aftermarket Engine Performance Enhancement Products and Modifications ... 16
After-Manufacture "Rustproofing" ............... 17
Paint, Trim, and Appearance Items ....................... 17
Vehicle Operation and Care ... 17
Maintenance and Warranty Service Records ............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage – Extensions ................... 18
Warranty Service — Foreign Countries .................... 18
Permanent Relocation ........ 18
Original Equipment Alterations ................... 19

Recreation Vehicle and Special Body or Equipment Alterations ................... 19
Pre-Delivery Service .......... 19
Production Changes .......... 20
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only ......... 20

**Emission Control Systems Warranty** ..................... 21
What Is Covered .............. 21
How to Determine the Applicable Emissions Control System Warranty ............ 21
Federal Emission Control System Warranty ............ 21
California Emission Control System Warranty ............ 22

**Emission Warranty Parts List** ..25
Replacement Parts ........... 28
Maintenance and Repairs ..... 29
Claims Procedure ............. 29

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

Customer Satisfaction
  Procedure ................... 31
State Warranty
  Enforcement Laws .......... 33
Warranty Information for
  California Only .............. 34
Special Coverage Adjustment
  Programs Beyond the Warranty
  Period ....................... 35
Customer Assistance Offices ..36
Customer Assistance for Text
  Telephone (TTY) Users ....... 37
Roadside Assistance
  Program ..................... 38
Courtesy Transportation
  Program ..................... 39
Chevrolet Protection ......... 40
  We're Behind You On All The
    Roads Ahead ............... 40

MJN700

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN701

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *21* for more information.

**Federal**

- Gaseline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 60,060 miles, whichever comes first.

- Specified compononts for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *21*.

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN703**

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

MJN704

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission soeling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

MJN705

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN706

## 2018 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
| --- | --- | --- |
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN707

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

**MJN708**

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

MJN709

## What Is Not Covered

### Tire and Wheel Damage or Wear

Nermal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road cenditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal cendition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more informatien on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions
- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 16.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

MJN711

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device er platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that cennections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to

damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices:

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Navigation Map Data Updates
- Clutch Linings

- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspectien period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

MJN712

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

MJN713

## What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

## Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

Content Under Heading: Battery and Internal Components, Modules, and Fan

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

### Brakes

Brake Modulator Assembly

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

MJN714

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Moters will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-desoribed 8 years or 100,000 miles term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

### eAssist Components

The Hybrid Powertrain Control Modules and components including eAssist battery, eAssist battery disconnect, powerpack assembly, the eAssist battery cooling fan, the starter generator unit, starter generator cooling pump, high voltage 3–phase cables assembly, HVDC cables, and the transmission fluid accumulator and solenoid.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranties do not cover the following items:

**Wear Items**

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranty.

MJN715

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36.*

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN716**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN717

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, seme mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Warranty Service — Foreign Countries

### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

## Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

MJN718

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

MJN719

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN720

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

    diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN721

● The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

● The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

● The vehicle fails an EPA-approved I/M test during the emission warranty period.

● The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

● Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

● Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**\* Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

MJN722

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies:

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

MJN723

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020.
For Bolt EV call 1-877-486-5846.
For Volt call 1-877-486-5846
(1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN724

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *21* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Important:** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/150,000 miles, whichever comes first, en California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid

A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accolerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuol Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

MJN725

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

### Vehicle Control System

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

### Fuel Management System

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

### Air Management System

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

### Secondary Air Injection System

Air Pump and Check Valves

### Catalytic Converter System

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

### Positive Crankcase Ventilation (PCV) System

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

### Exhaust Gas Recirculation (EGR) System

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

MJN726

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **
Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

MJN727

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

MJN728

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasanably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available

within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records cevering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent

owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to yau. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed

MJN729

30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *31*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN730

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

● The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

● The dealer name and location.

● The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN731

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

MJN732

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36*.

**MJN733**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

● The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

● The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

● The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN734

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN735

## 36 Customer Assistance Offices

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN736

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN737

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN738

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

MJN739

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

MJN740

# ✎ NOTES

# ✎ NOTES

MJN742

✍ **NOTES**

✍ **NOTES**

MJN744



U.S. Only

2316873 5 C



**MJN745**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>04/19/2022<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ Y. Tarasyuk _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br>**UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>22STCV13066 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | Michael L. Stern | 62 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 04/19/2022
(Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By Y. Tarasyuk _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN746**

# INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

## APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

## PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

## CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

## TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

## COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

## CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

## STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

## FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

## SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**MJN747**



# Superior Court of California, County of Los Angeles

---

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

---

### What is ADR?

ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR

- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR

- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR

1. **Negotiation**: Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation**: In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   **Mediation may <u>not</u> be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

---

**MJN748**

**How to Arrange Mediation in Los Angeles County**

Mediation for **civil cases** is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
   If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

   - **ADR Services, Inc.** Case Manager Elizabeth Sanchez, elizabeth@adrservices.com (949) 863-9800
   - **JAMS, Inc.** Assistant Manager Reggie Joseph, RJoseph@jamsadr.com (310) 309-6209
   - **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

**These organizations cannot accept every case and they may decline cases at their discretion**. They may offer online mediation by video conference for cases they accept. Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

NOTE: The Civil Mediation Vendor Resource List program does not accept family law, probate or small claims cases.

b. **Los Angeles County Dispute Resolution Programs**
   https://hrc.lacounty.gov/wp-content/uploads/2020/05/DRP-Fact-Sheet-23October19-Current-as-of-October-2019-1.pdf

   Day of trial mediation programs have been paused until further notice.

   **Online Dispute Resolution (ODR).** Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.

c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration**: Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit http://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC)**: MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit http://www.lacourt.org/division/civil/C10047.aspx

Los Angeles Superior Court ADR website: http://www.lacourt.org/division/civil/C10109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

**MJN749**

# VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

**◆Los Angeles County Bar Association Litigation Section◆**

**◆ Los Angeles County Bar Association
Labor and Employment Law Section◆**

**◆Consumer Attorneys Association of Los Angeles◆**

**◆Southern California Defense Counsel◆**

**◆Association of Business Trial Lawyers◆**

**◆California Employment Lawyers Association◆**

LACIV 230 (NEW)
LASC Approved 4-11
For Optional Use

**MJN750**

| | | |
|---|---|---|
| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
| TELEPHONE NO.:      FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| | |
|---|---|
| **STIPULATION – EARLY ORGANIZATIONAL MEETING** | CASE NUMBER: |

**This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.**

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following*:

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

**MJN751**

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

    h.  Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

    i.  Whether the case is suitable for the Expedited Jury Trial procedures (see information at **_www.lacourt.org_** under "*Civil*" and then under "*General Information*").

2.    The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the  complaint, and _____ for the cross-
                (INSERT DATE)                             (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at *www.lacourt.org* under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3.    The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case.  The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4.    References to "days" mean calendar days, unless otherwise noted.  If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____
           (TYPE OR PRINT NAME)

➢ _____
           (ATTORNEY FOR PLAINTIFF)

Date:

_____
           (TYPE OR PRINT NAME)

➢ _____
           (ATTORNEY FOR DEFENDANT)

Date:

_____
           (TYPE OR PRINT NAME)

➢ _____
           (ATTORNEY FOR DEFENDANT)

Date:

_____
           (TYPE OR PRINT NAME)

➢ _____
           (ATTORNEY FOR DEFENDANT)

Date:

_____
           (TYPE OR PRINT NAME)

➢ _____
           (ATTORNEY FOR _____)

Date:

_____
           (TYPE OR PRINT NAME)

➢ _____
           (ATTORNEY FOR _____)

Date:

_____
           (TYPE OR PRINT NAME)

➢ _____
           (ATTORNEY FOR _____)

| Print | Save | Clear |
|---|---|---|

**MJN752**

TELEPHONE NO.:  FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

### STIPULATION – DISCOVERY RESOLUTION

CASE NUMBER:

**This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.**

**The parties agree that:**

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

   a. The party requesting the Informal Discovery Conference will:

      i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

      ii. Include a brief summary of the dispute and specify the relief requested; and

      iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

   b. Any Answer to a Request for Informal Discovery Conference must:

      i. Also be filed on the approved form (copy attached);

      ii. Include a brief summary of why the requested relief should be denied;

**MJN753**

    iii.    Be filed within two (2) court days of receipt of the Request; and

    iv.    Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c.  No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d.  If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e.  If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.  If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.  The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.  Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.  Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

**MJN754**

**The following parties stipulate:**

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR PLAINTIFF)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR _____)

➢ _____
(ATTORNEY FOR _____)

➢ _____
(ATTORNEY FOR _____)

| Print | Save | | Clear |

**MJN755**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:      FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

## INFORMAL DISCOVERY CONFERENCE
(pursuant to the Discovery Resolution Stipulation of the parties)

CASE NUMBER:

1. This document relates to:

   ☐      Request for Informal Discovery Conference
   ☐      Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. **For a Request for Informal Discovery Conference, <u>briefly</u> describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, <u>briefly</u> describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

<br>

LACIV 094 (new)
LASC Approved 04/11
For Optional Use

## INFORMAL DISCOVERY CONFERENCE
(pursuant to the Discovery Resolution Stipulation of the parties)

| Print | Save | | Clear |
|---|---|---|---|

**MJN756**

<table>
<tr><td>NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY:</td><td>STATE BAR NUMBER</td><td>Reserved for Clerk's File Stamp</td></tr>
</table>

NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY:     STATE BAR NUMBER     Reserved for Clerk's File Stamp

TELEPHONE NO.:     FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION AND ORDER – MOTIONS IN LIMINE** | CASE NUMBER: |
|---|---|

---

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least ____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

---

**MJN757**

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR PLAINTIFF)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____)

## THE COURT SO ORDERS.

Date: _____

_____
JUDICIAL OFFICER

| Print | Save | | Clear |
|---|---|---|---|

**MJN758**

FILED
LOS ANGELES SUPERIOR COURT

MAY 11 2011

JOHN A. CLARKE, CLERK
*N. Navarro*
BY NANCY NAVARRO, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| General Order Re<br>Use of Voluntary Efficient Litigation<br>Stipulations | ) ORDER PURSUANT TO CCP 1054(a),<br>) EXTENDING TIME TO RESPOND BY<br>) 30 DAYS WHEN PARTIES AGREE<br>) TO EARLY ORGANIZATIONAL<br>) MEETING STIPULATION<br>)<br>) |

Whereas the Los Angeles Superior Court and the Executive Committee of the Litigation Section of the Los Angeles County Bar Association have cooperated in drafting "Voluntary Efficient Litigation Stipulations" and in proposing the stipulations for use in general jurisdiction civil litigation in Los Angeles County;

Whereas the Los Angeles County Bar Association Litigation Section; the Los Angeles County Bar Association Labor and Employment Law Section; the Consumer Attorneys Association of Los Angeles; the Association of Southern California Defense Counsel; the Association of Business Trial Lawyers of Los Angeles; and the California Employment Lawyers Association all "endorse the goal of promoting efficiency in litigation, and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases;"

-1-

ORDER PURSUANT TO CCP 1054(a)

**MJN759**

Whereas the Early Organizational Meeting Stipulation is intended to encourage cooperation among the parties at an early stage in litigation in order to achieve litigation efficiencies;

Whereas it is intended that use of the Early Organizational Meeting Stipulation will promote economic case resolution and judicial efficiency;

Whereas, in order to promote a meaningful discussion of pleading issues at the Early Organizational Meeting and potentially to reduce the need for motions to challenge the pleadings, it is necessary to allow additional time to conduct the Early Organizational Meeting before the time to respond to a complaint or cross complaint has expired;

Whereas Code of Civil Procedure section 1054(a) allows a judge of the court in which an action is pending to extend for not more than 30 days the time to respond to a pleading "upon good cause shown";

Now, therefore, this Court hereby finds that there is good cause to extend for 30 days the time to respond to a complaint or to a cross complaint in any action in which the parties have entered into the Early Organizational Meeting Stipulation. This finding of good cause is based on the anticipated judicial efficiency and benefits of economic case resolution that the Early Organizational Meeting Stipulation is intended to promote.

IT IS HEREBY ORDERED that, in any case in which the parties have entered into an Early Organizational Meeting Stipulation, the time for a defending party to respond to a complaint or cross complaint shall be extended by the 30 days permitted

-2-

ORDER PURSUANT TO CCP 1054(a)

MJN760

by Code of Civil Procedure section 1054(a) without further need of a specific court order.

DATED: May 11, 2011 _____

_____
Carolyn B. Kuhl, Supervising Judge of the
Civil Departments, Los Angeles Superior Court

-3-

ORDER PURSUANT TO CCP 1054(a)

**MJN761**

2019-GEN-014-00

**FILED**
Superior Court of California
County of Los Angeles

MAY 0 3 2019

Sherri R. Carter, Executive Officer/Clerk
By_____,Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN RE LOS ANGELES SUPERIOR COURT )    FIRST AMENDED GENERAL ORDER
– MANDATORY ELECTRONIC FILING )
FOR CIVIL )
)
)
)
_____)

On December 3, 2018, the Los Angeles County Superior Court mandated electronic filing of all documents in Limited Civil cases by litigants represented by attorneys. On January 2, 2019, the Los Angeles County Superior Court mandated electronic filing of all documents filed in Non-Complex Unlimited Civil cases by litigants represented by attorneys. (California Rules of Court, rule 2.253(b).) All electronically filed documents in Limited and Non-Complex Unlimited cases are subject to the following:

1) DEFINITIONS

    a) **"Bookmark"** A bookmark is a PDF document navigational tool that allows the reader to quickly locate and navigate to a designated point of interest within a document.

    b) **"Efiling Portal"** The official court website includes a webpage, referred to as the efiling portal, that gives litigants access to the approved Electronic Filing Service Providers.

    c) **"Electronic Envelope"** A transaction through the electronic service provider for submission of documents to the Court for processing which may contain one or more PDF documents attached.

    d) **"Electronic Filing"** Electronic Filing (eFiling) is the electronic transmission to a Court of a document in electronic form. (California Rules of Court, rule 2.250(b)(7).)

**MJN762**

e) **"Electronic Filing Service Provider"** An Electronic Filing Service Provider (EFSP) is a person or entity that receives an electronic filing from a party for retransmission to the Court. In the submission of filings, the EFSP does so on behalf of the electronic filer and not as an agent of the Court. (California Rules of Court, rule 2.250(b)(8).)

f) **"Electronic Signature"** For purposes of these local rules and in conformity with Code of Civil Procedure section 17, subdivision (b)(3), section 34, and section 1010.6, subdivision (b)(2), Government Code section 68150, subdivision (g), and California Rules of Court, rule 2.257, the term "Electronic Signature" is generally defined as an electronic sound, symbol, or process attached to or logically associated with an electronic record and executed or adopted by a person with the intent to sign the electronic record.

g) **"Hyperlink"** An electronic link providing direct access from one distinctively marked place in a hypertext or hypermedia document to another in the same or different document.

h) **"Portable Document Format"** A digital document format that preserves all fonts, formatting, colors and graphics of the original source document, regardless of the application platform used.

2) MANDATORY ELECTRONIC FILING

a) Trial Court Records

Pursuant to Government Code section 68150, trial court records may be created, maintained, and preserved in electronic format. Any document that the Court receives electronically must be clerically processed and must satisfy all legal filing requirements in order to be filed as an official court record (California Rules of Court, rules 2.100, et seq. and 2.253(b)(6)).

b) Represented Litigants

Pursuant to California Rules of Court, rule 2.253(b), represented litigants are required to electronically file documents with the Court through an approved EFSP.

c) Public Notice

The Court has issued a Public Notice with effective dates the Court required parties to electronically file documents through one or more approved EFSPs. Public Notices containing effective dates and the list of EFSPs are available on the Court's website, at www.lacourt.org.

**MJN763**

d) Documents in Related Cases

Documents in related cases must be electronically filed in the eFiling portal for that case type if electronic filing has been implemented in that case type, regardless of whether the case has been related to a Civil case.

3) EXEMPT LITIGANTS

a) Pursuant to California Rules of Court, rule 2.253(b)(2), self-represented litigants are exempt from mandatory electronic filing requirements.

b) Pursuant to Code of Civil Procedure section 1010.6, subdivision (d)(3) and California Rules of Court, rule 2.253(b)(4), any party may make application to the Court requesting to be excused from filing documents electronically and be permitted to file documents by conventional means if the party shows undue hardship or significant prejudice.

4) EXEMPT FILINGS

a) The following documents shall not be filed electronically:

    i) Peremptory Challenges or Challenges for Cause of a Judicial Officer pursuant to Code of Civil Procedure sections 170.6 or 170.3;

    ii) Bonds/Undertaking documents;

    iii) Trial and Evidentiary Hearing Exhibits

    iv) Any ex parte application that is filed concurrently with a new complaint including those that will be handled by a Writs and Receivers department in the Mosk courthouse; and

    v) Documents submitted conditionally under seal. The actual motion or application shall be electronically filed. A courtesy copy of the electronically filed motion or application to submit documents conditionally under seal must be provided with the documents submitted conditionally under seal.

b) Lodgments

Documents attached to a Notice of Lodgment shall be lodged and/or served conventionally in paper form. The actual document entitled, "Notice of Lodgment," shall be filed electronically.

//

//

MJN764

## 5) ELECTRONIC FILING SYSTEM WORKING PROCEDURES

Electronic filing service providers must obtain and manage registration information for persons and entities electronically filing with the court.

## 6) TECHNICAL REQUIREMENTS

a) Electronic documents must be electronically filed in PDF, text searchable format **when technologically feasible without impairment of the document's image.**

b) The table of contents for any filing must be bookmarked.

c) Electronic documents, including but not limited to, declarations, proofs of service, and exhibits, must be bookmarked within the document pursuant to California Rules of Court, rule 3.1110(f)(4). Electronic bookmarks must include links to the first page of each bookmarked item (e.g. exhibits, declarations, deposition excerpts) and with bookmark titles that identify the bookedmarked item and briefly describe the item.

d) Attachments to primary documents must be bookmarked. Examples include, but are not limited to, the following:

   i) Depositions;

   ii) Declarations;

   iii) Exhibits (including exhibits to declarations);

   iv) Transcripts (including excerpts within transcripts);

   v) Points and Authorities;

   vi) Citations; and

   vii) Supporting Briefs.

e) Use of hyperlinks within documents (including attachments and exhibits) is strongly encouraged.

f) Accompanying Documents

   Each document acompanying a single pleading must be electronically filed as a **separate** digital PDF document.

g) Multiple Documents

   Multiple documents relating to one case can be uploaded in one envelope transaction.

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

**MJN765**

h) Writs and Abstracts

Writs and Abstracts must be submitted as a separate electronic envelope.

i) Sealed Documents

If and when a judicial officer orders documents to be filed under seal, those documents must be filed electronically (unless exempted under paragraph 4); the burden of accurately designating the documents as sealed at the time of electronic submission is the submitting party's responsibility.

j) Redaction

Pursuant to California Rules of Court, rule 1.201, it is the submitting party's responsibility to redact confidential information (such as using initials for names of minors, using the last four digits of a social security number, and using the year for date of birth) so that the information shall not be publicly displayed.

7) ELECTRONIC FILING SCHEDULE

a) Filed Date

i) Any document received electronically by the court between 12:00 am and 11:59:59 pm shall be deemed to have been effectively filed on that court day if accepted for filing. Any document received electronically on a non-court day, is deemed to have been effectively filed on the next court day if accepted. (California Rules of Court, rule 2.253(b)(6); Code Civ. Proc. § 1010.6(b)(3).)

ii) Notwithstanding any other provision of this order, if a digital document is not filed in due course because of: (1) an interruption in service; (2) a transmission error that is not the fault of the transmitter; or (3) a processing failure that occurs after receipt, the Court may order, either on its own motion or by noticed motion submitted with a declaration for Court consideration, that the document be deemed filed and/or that the document's filing date conform to the attempted transmission date.

8) EX PARTE APPLICATIONS

a) Ex parte applications and all documents in support thereof must be electronically filed no later than 10:00 a.m. the court day before the ex parte hearing.

**MJN766**

b) Any written opposition to an ex parte application must be electronically filed by 8:30 a.m. the day of the ex parte hearing. A printed courtesy copy of any opposition to an ex parte application must be provided to the court the day of the ex parte hearing.

9) PRINTED COURTESY COPIES

a) For any filing electronically filed two or fewer days before the hearing, a courtesy copy must be delivered to the courtroom by 4:30 p.m. the same business day the document is efiled. If the efiling is submitted after 4:30 p.m., the courtesy copy must be delivered to the courtroom by 10:00 a.m. the next business day.

b) Regardless of the time of electronic filing, a printed courtesy copy (along with proof of electronic submission) is required for the following documents:

    i) Any printed document required pursuant to a Standing or General Order;

    ii) Pleadings and motions (including attachments such as declarations and exhibits) of 26 pages or more;

    iii) Pleadings and motions that include points and authorities;

    iv) Demurrers;

    v) Anti-SLAPP filings, pursuant to Code of Civil Procedure section 425.16;

    vi) Motions for Summary Judgment/Adjudication; and

    vii) Motions to Compel Further Discovery.

c) Nothing in this General Order precludes a Judicial Officer from requesting a courtesy copy of additional documents. Courtroom specific courtesy copy guidelines can be found at www.lacourt.org on the Civil webpage under "Courtroom Information."

10) WAIVER OF FEES AND COSTS FOR ELECTRONICALLY FILED DOCUMENTS

a) Fees and costs associated with electronic filing must be waived for any litigant who has received a fee waiver. (California Rules of Court, rules 2.253(b)(), 2.258(b), Code Civ. Proc. § 1010.6(d)(2).)

b) Fee waiver applications for waiver of court fees and costs pursuant to Code of Civil Procedure section 1010.6, subdivision (b)(6), and California Rules of Court, rule 2.252(f), may be electronically filed in any authorized action or proceeding.

**MJN767**

1)  SIGNATURES ON ELECTRONIC FILING

For purposes of this General Order, all electronic filings must be in compliance with California Rules of Court, rule 2.257. This General Order applies to documents filed within the Civil Division of the Los Angeles County Superior Court.

This First Amended General Order supersedes any previous order related to electronic filing, and is effective immediately, and is to remain in effect until otherwise ordered by the Civil Supervising Judge and/or Presiding Judge.

DATED:  May 3, 2019



KEVIN C. BRAZILE
Presiding Judge

**MJN768**

Superior Court of California
County of Los Angeles

**Receipt**    EFM-2022-4641766.1

**Date:**    4/19/22 3:33 PM
**Time:**    4/19/22 3:33 PM

CASE # 22STCV13066
KEN RICKERMAN vs GENERAL MOTORS

| | |
|---|---|
| Unlimited Civil- Compt/UD/Pet filed >25k - GC70611,70602.5,70602.6_Defendant | 435.00 |
| Court Transaction Fee | 2.25 |
| **Case Total:** | 437.25 |

| | |
|---|---|
| **Total Paid:** | 437.25 |

22LA00480997

**MJN769**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |||
|---|---|---|
| **Branch Name:** Stanley Mosk Courthouse<br>**Mailing Address:** 111 North Hill Street<br>**City, State and Zip Code:** Los Angeles CA 90012 |||
| **SHORT TITLE:** KEN RICKERMAN vs GENERAL MOTORS LLC<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** || **CASE NUMBER:**<br>22STCV13066 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:  Legal Connect
Reference Number: 5643582_2022_04_19_15_06_25_720_9
Submission Number: 22LA00480997
Court Received Date: 04/19/2022
Court Received Time: 3:11 pm
Case Number: 22STCV13066
Case Title: KEN RICKERMAN vs GENERAL MOTORS LLC
Location: Stanley Mosk Courthouse
Case Type: Civil Unlimited
Case Category: Other Breach of Contract/Warranty (not fraud or negligence)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 04/19/2022
Notice Generated Time: 3:33 pm

| Documents Electronically Filed/Received | Status |
|---|---|
| Complaint | Accepted |
| Civil Case Cover Sheet | Accepted |
| Summons | Accepted |

**Comments**
Submitter's Comments:

Clerk's Comments:

<div align="center">NOTICE OF CONFIRMATION OF FILING</div>

**MJN770**

**Electronic Filing Service Provider Information**
Service Provider: Legal Connect
Contact: Legal Connect
Phone: (800) 909-6859

---

NOTICE OF CONFIRMATION OF FILING

**MJN771**

# Exhibit 15

MJN772

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

VIPUL SHAH

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: Judge Michael Strickroth<br>*(El nombre y dirección de la corte es):* Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | CASE NUMBER: *(Número del Caso):*<br>30-2022-01255456-CU-BC-CJC |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067; Phone: 310-929-4900

| DATE:<br>*(Fecha)* 04/19/2022 | DAVID H. YAMASAKI, Clerk of the Court | Clerk, by<br>*(Secretario)* Arlene Gill | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

    under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |

**MJN773**

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022)<br>STRATEGIC LEGAL PRACTICES, APC<br>1888 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>   TELEPHONE NO 310-929-4900    FAX NO.: 310-943-3838<br>ATTORNEY FOR *(Name)*. Plaintiff Vipul Shah | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
   STREET ADDRESS  700 Civic Center Drive West
   MAILING ADDRESS:
   CITY AND ZIP CODE:  Santa Ana, CA 92701
   BRANCH NAME:  Unlimited Civil

CASE NAME:
Vipul Shah v. General Motors, LLC., et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER:<br>30-2022-01255456-CU-BC-CJC |
|---|---|---|
| ✓ Unlimited  ☐ Limited<br>(Amount    (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter  ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:  Judge Michael Strickroth<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
✓ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ✓ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
  b. ☐ Extensive motion practice raising difficult or novel    e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve        in other counties, states, or countries, or in a federal court
  c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ✓ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ✓ punitive
4. Number of causes of action *(specify)*:  5 (five)
5. This case ☐ is  ✓ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 19, 2022
Debora Rabieian
_____
(TYPE OR PRINT NAME)                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

**MJN774**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
    Medical Malpractice–Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
    Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (*non-domestic relations*)
    Sister State Judgment
    Administrative Agency Award (*not unpaid taxes*)
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non-harassment*)
    Mechanics Lien
    Other Commercial Complaint Case (*non-tort/non-complex*)
    Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**MJN775**

Electronically Filed by Superior Court of California, County of Orange, 04/19/2022 02:41:16 PM.
30-2022-01255456-CU-BC-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Arlene Gill, Deputy Clerk.

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
e-mail: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19t Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
VIPUL SHAH

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| VIPUL SHAH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GENERAL MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.:　30-2022-01255456-CU-BC-CJC<br><br>**Assigned for All Purposes**<br>Hon. Judge Michael Strickroth<br>Dept.<br><br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN776**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff VIPUL SHAH.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTES OF LIMITATION**

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, fraudulent concealment, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

1

COMPLAINT; JURY TRIAL DEMANDED

**MJN777**

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

**FACTUAL BACKGROUND**

9. On or about November 30, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt EV vehicle identification number 1G1FY6S05L4133152 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

2

COMPLAINT; JURY TRIAL DEMANDED

**MJN778**

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

**COMPLAINT; JURY TRIAL DEMANDED**

MJN779

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

24.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25.     Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.  Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26.     Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28.     Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29.     Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN780**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

30.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31.     Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).  Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32.     Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33.     Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase.  By serving this Complaint, Plaintiff does so again.  Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price.  In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects.  Plaintiff believes that, at the present time, the Vehicle's value is *de minimis.*

34.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN781**

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

6

COMPLAINT; JURY TRIAL DEMANDED

**MJN782**

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN783**

the time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the electrical system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

48. Plaintiff is informed, believed and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

**MJN784**

a. Defendant GM acquired its knowledge of the electrical defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

9

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN785**

56.     As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased/leased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

a.  For general, special and Plaintiff's actual damages according to proof;

b.  For restitution;

c.  Plaintiff's any consequential and incidental damages;

d.  For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

e.  For diminution in value;

f.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

g.  For prejudgment interest at the legal rate;

h.  For punitive damages;

i.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

j.  For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 19, 2022                    STRATEGIC LEGAL PRACTICES, APC

BY: _____
                    Debora Rabieian
                    Attorney for Plaintiff
                    VIPUL SHAH

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN786

# Exhibit A

MJN787



2020

Limited Warranty and Owner
Assistance Information

chevrolet.com

**MJN788**

| |
|---|
| *IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**<br><br>Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information. |
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2019 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84168948 B Second Printing

**MJN789**

MJN790

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** .......................... 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ........................ 1

**Warranty Coverage at a Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Electric and Hybrid Vehicle Warranty Coverage ........... 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15
Warranty Repairs – Recycled Materials ..................... 15
Tire Service ................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ............... 16
Paint, Trim, and Appearance Items ........................ 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries .................... 17
Permanent Relocation ......... 18
Original Equipment Alterations ................... 18
Recreation Vehicle and Special Body or Equipment Alterations ................... 18
Pre-Delivery Service .......... 19
Production Changes ........... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 28
Maintenance and Repairs ...... 28
Claims Procedure ............. 29

**Customer Satisfaction Procedure** .................... 30
**State Warranty Enforcement Laws** ........... 32

**MJN791**

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** ............... 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ........................ 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ...................... 37

**Courtesy Transportation Program** ...................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ................ 39

**MJN792**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN793**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

**MJN794**

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

  - Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20.*

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN795**

## 4    New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

**Warranty Applies**

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

**Repairs Covered**

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

**No Charge**

Warranty repairs, including towing, parts, and labor, will be made at no charge.

**Obtaining Repairs**

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

**Warranty Period**

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

**Bumper-to-Bumper Coverage**

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

**Powertrain Component Warranty Coverage**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *24*

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**MJN797**

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN798**

### 2020 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN799**

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East) 1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN800**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes: Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**MJN801**

## 10 New Vehicle Limited Warranty

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

#### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

#### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions
- Alteration of glass parts by application of tinting films

**MJN802**

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if

**MJN803**

integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

## Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

## Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs

**MJN804**

- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Electric and Hybrid Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect.

**MJN805**

Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Hybrid Vehicles)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN806**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35.*

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN807**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN808**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

**MJN809**

## 18  Things to Know About the New Vehicle Limited Warranty

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

**MJN810**

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN811**

## 20    Emission Control Systems Warranty

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/ powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.
- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.
- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN812

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** *Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN813**

## 22   Emission Control Systems Warranty

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

- If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:
  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:
  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN814**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Electric Vehicle call 1-877-486-5846 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN815**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries, which are covered for 10 years/150,000 miles, whichever comes first.

### Powertrain Control System

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

### Ignition System

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN816**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Driver Mode Select Switch

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Eboost Brake Control Module**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Electric Compressor Recirculation Valve (eCRV)

Electric Waste Gate Actuator

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN817**

## 26 Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler*

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s)*

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Fuel Tank Zone Module

Purge Pump

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Active Thermal Management**

Block Rotary Valve

Body Control Module (BCM)**

Electric Coolant Pump

Engine Block Coolant Temperature Sensor

Engine Cylinder Head Coolant Temperature Sensor

Engine Inlet Coolant Temperature Sensor

Evaporator Air Temperature Sensor (EAT)

HVAC Front Blower Motor

HVAC Front Face Plate (FFP)

HVAC Front Mode/Temperature LIN Actuators

Main Rotary Valve

Radiator Outlet Coolant Temperature Sensor

Temperature/Humidity LIN Sensor

**Hybrid**

A/C Compressor

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

**MJN818**

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Sensors
    Battery Coolant Pumps and
    Cooling Fans
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure
Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

**MJN819**

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

**MJN820**

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN821**

## 30   Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846.

In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN822**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN823**

## 32 State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35.*

**MJN824**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN825**

## 34    Special Coverage Adjustment Programs Beyond the Warranty Period

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN826**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN827**

## 36 Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN828**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN829**

## 38    Courtesy Transportation Program

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

MJN830

## We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**40**

## ✍ NOTES

# ✍ NOTES

# ✍ NOTES

# ✍ NOTES

**44**

## ✍ NOTES





Certified Service



84168948 B



**MJN837**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
| PLANTIFF: VIPUL SHAH | |
| DEFENDANT: GENERAL MOTORS LLC | **Apr 19, 2022** |
| Short Title: SHAH VS. GENERAL MOTORS LLC | Clerk of the Court<br>By: Arlene Gill, Deputy |
| **NOTICE OF HEARING<br>CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2022-01255456-CU-BC-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>10/03/2022</u> at <u>08:30:00 AM</u> in Department <u>C15</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court, By: _____, Deputy

**MJN838**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** SHAH VS. GENERAL MOTORS LLC

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: **30-2022-01255456-CU-BC-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 04/19/2022. Following standard court practice the mailing will occur at Sacramento, California on 04/20/2022.

Clerk of the Court, by: _____ , Deputy

STRATEGIC LEGAL PRACTICES APC
1888 E CENTURY PARK # 19TH FLOOR
LOS ANGELES, CA 90067

MJN839



# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana, CA 92702

E-Filing Transaction #: 1977931

**PAYMENT RECEIPT**

Receipt #: 12864886

**Clerk ID:** agill    **Transaction No:** 13036865    **Transaction Date:** 04/19/2022    **Transaction Time:** 03:21:19 PM

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2022-01255456-CU-BC-CJC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |

|  | Sales Tax: | $0.00 | |
|---|---|---|---|
|  | **Total:** | **$435.00** | Total Rem. Bal: |

E-Filing : - LegalConnect

E-Filing: $435.00

Total Amount Tendered: $435.00

Change Due: **$0.00**

Balance: **$0.00**

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

## COPY

**MJN840**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 700 W. Civic Center Drive<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana CA 92701<br>BRANCH NAME: Central Justice Center | |
| SHORT TITLE: SHAH vs. GENERAL MOTORS LLC | |
| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | CASE NUMBER:<br>30-2022-01255456-CU-BC-CJC |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of Orange. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

| | |
|---|---|
| Electronically Submitted By: | VIPUL SHAH |
| On Behalf of: | VIPUL SHAH; CCMS ID: 79991064 |
| Transaction Number: | 1977931 |
| Court Received Date: | 04/19/2022 |
| Court Received Time: | 02:41:16 PM |
| Filed Date: | 04/19/2022 |
| Filed Time: | 02:41 PM |
| Fee Amount Assessed: | $435.00 |
| Case Number: | 30-2022-01255456-CU-BC-CJC |
| Case Title: | SHAH vs. GENERAL MOTORS LLC |
| Location: | Central Justice Center |
| Case Type: | Breach of Contract/Warranty |
| Case Category: | Civil - Unlimited |
| Jurisdictional Amount: | > 25000 |

**MJN841**

Case Title:

**Documents Electronically Filed/Received**    **Status**

Complaint

Accepted

Civil Case Cover Sheet

Accepted

Summons Issued and Filed

Accepted

**Court Generated Documents**
Payment Receipt
**Court Generated Documents**
Notice of Hearing OC

**Comments**
**Submitter's Comments:**

**Clerk's Comments:**    Alternative Dispute Resolution (ADR) Information Package
can be found on the Court public website or by entering the
following information in your internet explorer search:
http://www.occourts.org/forms/local/l1200.pdf

**Events Scheduled**

| Event Types | | Date | Time | Location | Department |
|---|---|---|---|---|---|
| Case Conference | Management | 10/03/2022 | 08:30 AM | Central | C15 |

**Electronic Filing Service Provider Information**

Service Provider  LegalConnect
Email:           support@legalconnect.com
Contact Person:  Customer Support
Phone:          8009096859

**MJN842**

# Exhibit 16

MJN843

Electronically FILED by Superior Court of California, County of Los Angeles on 06/24/2022 12:06 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Salcedo,Deputy Clerk
22VECV00873

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

GENERAL MOTORS LLC; and DOES 1 through 10 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

EZZAT GABRIEL

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Van Nuys Courthouse
6230 Sylmar Avenue
Van Nuys, CA 91401

**CASE NUMBER:**
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067; Tel: (310) 929-4900

DATE: 06/24/2022
*(Fecha)*

Clerk, by Sherri R. Carter Executive Officer / Clerk of Court , Deputy
*(Secretario)* A. Salcedo *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

**MJN844**

Electronically FILED by Superior Court of California, County of Los Angeles on 06/24/2022 12:06 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Salcedo,Deputy Clerk
22VECV00873

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TIONNA DOLIN (SBN 299010)<br>Strategic Legal Practices, APC<br>1888 Century Park East, 19th Floor<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 929-4900    FAX NO.: (310) 943-3838<br>ATTORNEY FOR *(Name)*: Plaintiff EZZAT GABRIEL | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 6230 Sylmar Avenue
MAILING ADDRESS: Same
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Van Nuys Courthouse

CASE NAME:
Ezzat Gabriel v. General Motors, LLC

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ **Unlimited** ☐ **Limited** | | ☐ **Counter** ☐ **Joinder** | |
| (Amount demanded exceeds $25,000) | (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):* five (5)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 06/16/2022
TIONNA DOLIN                                                          ▶
_____                    _____
(TYPE OR PRINT NAME)                                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

**MJN845**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (*non- domestic relations*)
  Sister State Judgment
  Administrative Agency Award (*not unpaid taxes*)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non- harassment*)
  Mechanics Lien
  Other Commercial Complaint Case (*non-tort/non-complex*)
  Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**MJN846**

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070 Asbestos Property Damage<br>☐ A7221 Asbestos - Personal Injury/Wrongful Death | 1, 11<br>1, 11 |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons<br>☐ A7240 Other Professional Health Care Malpractice | 1, 4, 11<br>1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall)<br>☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270 Intentional Infliction of Emotional Distress<br>☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11<br>1, 4, 11<br>1, 4, 11<br>1, 4, 11 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

**MJN847**

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | | |
| Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1, 2, 3 |
| Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1, 2, 3 |
| Fraud (16) | ☐ A6013 Fraud (no contract) | 1, 2, 3 |
| Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1, 2, 3 |
| | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1, 2, 3 |
| Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1, 2, 3 |
| | ☐ A6109 Labor Commissioner Appeals | 10 |
| **Contract** | | |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | ☑ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 5, 6, 11 |
| | ☐ A6012 Other Promissory Note/Collections Case | 5, 11 |
| | ☐ A6034 Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1, 2, 5, 8 |
| Other Contract (37) | ☐ A6009 Contractual Fraud | 1, 2, 3, 5 |
| | ☐ A6031 Tortious Interference | 1, 2, 3, 5 |
| | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation        Number of parcels_____ | 2, 6 |
| Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2, 6 |
| Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2, 6 |
| | ☐ A6032 Quiet Title | 2, 6 |
| | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | | |
| Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2, 6, 11 |

LACIV 109 (Rev 2/16)  
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**  
**AND STATEMENT OF LOCATION**

Local Rule 2.3  
Page 2 of 4

**MJN848**

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims<br>from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| Enforcement<br>of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | ☐ A6160  Abstract of Judgment | 2, 6 |
| | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints<br>(Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| Partnership Corporation<br>Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not<br>Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3, 9 |
| | ☐ A6123  Workplace Harassment | 2, 3, 9 |
| | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | ☐ A6190  Election Contest | 2 |
| | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100  Other Civil Petition | 2, 9 |

Row category labels (left margin): Judicial Review; Provisionally Complex Litigation; Enforcement of Judgment; Miscellaneous Civil Complaints; Miscellaneous Civil Petitions

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 3 of 4

**MJN849**

**Step 4: Statement of Reason and Address**: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br><br>☐ 1. ☑ 2. ☐ 3. ☐ 4. ☑ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br>6827 Lasaine Ave. |
| --- | --- |

| CITY:<br>Lake Balboa | STATE:<br>CA | ZIP CODE:<br>91406 | |
| --- | --- | --- | --- |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the __Central__ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 06/16/2022



_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

**MJN850**

22VECV00873

Assigned for all purposes to: Van Nuys Courthouse East, Judicial Officer: Huey Cotton

Electronically FILED by Superior Court of California, County of Los Angeles on 06/24/2022 12:06 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Salcedo,Deputy Clerk

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Mark Gibson (SBN 258216)
Email: mgibson@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile:  (310) 943-3838

Attorneys for Plaintiff EZZAT GABRIEL

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| EZZAT GABRIEL, | Case No.: |
| Plaintiff, | Hon. |
| vs. | Dept.: |
| GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive, | **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** |
| Defendants. | JURY TRIAL DEMANDED |

**STRATEGIC LEGAL PRACTICES, APC**
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN851**

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff EZZAT GABRIEL.

2. Plaintiff is a resident of Los Angeles County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## TOLLING OF THE STATUTES OF LIMITATION

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims-including, without limitation, the express warranty, implied warranty, and negligent repair – the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendants' wrongful conduct alleged herein on shortly before filing the complaint, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN852**

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FACTUAL BACKGROUND

9. On or about August 31, 2018, Plaintiff entered into a warranty contract with Defendant GM regarding a 2018 Chevrolet Bolt EV vehicle identification number 1G1FX6S01J4136663 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery system; the electrical system; among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN853**

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC*, 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN854**

## The Battery Defect

24. GM knew since 2016 that the model year 2017 or newer Chevrolet Bolt EV vehicles, including 2018 Chevrolet Bolt EV vehicles such as the Subject Vehicle (hereinafter "Chevy Vehicles"), contained one or more design and/or manufacturing defects in the battery (*i.e.*, the "Battery Defect") that causes the high voltage battery to overheat when charged to full capacity and results in in overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion.

25. Upon information and belief, Chevy Vehicles have a serious manufacturing defect that, *inter alia*, causes the battery system to overheat when the battery is charged to full or nearly full capacity, putting the battery at risk of catching fire or exploding. This can result in catastrophic damage to these vehicles and the surrounding property or persons. As is evident from the repair history for the Subject Vehicle, Plaintiffs experienced symptoms of the Battery Defect.

26. Thus, the Battery Defect, is a safety hazard and are unreasonably dangerous to consumers because it can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

27. Plaintiff is informed, believes, and thereon alleges that, prior to her acquiring the Subject Vehicle, GM was well aware and knew that the lithium-ion battery installed on the Subject Vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter. Indeed, GM and its dealerships, \failed to disclose the existence of the Battery Defect to Plaintiff during successive repair visits as the symptoms, issues, or problems associated with the Battery System Defect arose and persisted.

28. Specifically, GM knew (or should have known) that Chevy Vehicles had the Battery Defect.

29. Plaintiff is informed, believes, and thereon alleges that Chevy Vehicles affected by the Battery Defect, including the Subject Vehicle, are part of the same generation of vehicles.

4

**COMPLAINT; JURY TRIAL DEMANDED**

MJN855

30. Plaintiff is informed, believes, and thereon alleges that model year 2017 through 2022 Chevrolet Bolt vehicles, which includes Chevy Vehicles as herein described, share common battery system components and the lithium-ion battery.

31. Plaintiff is informed and believes that GM acquired its knowledge of the Battery Defect in 2016, prior to Plaintiff acquiring the Subject Vehicle, through sources not available to consumers such as Plaintiff, including (but not limited to) pre-production and post-production testing data; early consumer complaints about the Battery Defect made directly to GM and its network of dealers; aggregate warranty data compiled from GM's network of dealers; testing conducted by GM in response to these complaints; as well as warranty repair and part replacements data received by GM from GM's network of dealers, among other sources of internal information.

32. Since 2016, GM has made several communications to the National Highway Traffic Safety Administration ("NHTSA") relating to the "battery" components in Chevrolet Bolt EV vehicles.

33. GM had superior and exclusive knowledge of the Battery Defect and knew or should have known that the defect was not known to or reasonably discoverable by Plaintiff and before they purchased or leased the Subject Vehicle.

34. While it has been fully aware of the Battery Defect, GM actively concealed the existence and nature of the alleged defect from Plaintiff at the time of purchase, repair, and thereafter.

35. GM was inundated with complaints regarding the Battery Defect but rather than repair the problem under warranty, GM dealers either inform consumers that their vehicles are functioning properly or conduct repairs that merely mask the defect.

36. Plaintiff is informed and believes that while GM knew about the Battery Defect, and its safety risks since 2016, if not before, GM and its authorized dealerships, nevertheless concealed and failed to disclose the defective nature of the Subject Vehicle and its defective battery to its sales representatives and to Plaintiff at the time of sale and thereafter, including during successive repair visits to GM's dealerships as the symptoms, issues, or problems

MJN856

associated with the Battery Defect arose and persisted. GM omitted mention of the Battery Defect in its sales materials, advertisements, publications, online marketing, television, radio, and other marketing campaigns for Chevy Vehicles. GM also concealed the existence, nature, extent, and scope of the Defect with ineffective repair procedures published directly to its dealerships and not consumers, such as Plaintiff.

37. Plaintiff is further informed and believes that GM distributes the motor vehicles it manufactures for sale to certain dealerships. Said dealerships have purchased a license from GM to utilize, display, and profit from GM's branding and trademarks; are recognized as GM retailers; and are supplied directly by GM with literature and parts to repair vehicles manufactured by GM. By distributing Chevy Vehicles to such dealerships, including the Subject Vehicle, and thus placing Chevy Vehicles into the stream of commerce,[2] GM had a duty to disclose the existence, nature, and scope of the Cooling System, a material safety defect, to Plaintiff as herein described.

38. Plaintiff is a reasonable consumer who interacted with sales representatives, considered GM's advertisement, and/or other marketing materials concerning Chevy Vehicles prior to purchasing the Subject Vehicle. Had GM and its dealership(s) revealed the Battery Defect, Plaintiff would have been aware of it and would not have purchased the Subject Vehicle.

39. GM has known since 2016, if not before, about the Battery Defect as herein described. Despite growing numbers of customer complaints, warranty claims, and GM's own investigations confirming the Battery Defect, GM failed to provide an adequate repair to consumers or disclose the defect to potential buyers. As the number of complaints about the Battery Defect increased, on November 13, 2020, GM issued NHTSA Recall No. 20V-701/GM Recall No. N202311730, as an interim remedy. The repair procedure calls for dealers to program the hybrid propulsion control module 2 (HPCM2) to limit full charge of the battery to 90%. The revised software is intended to limit the vehicle's full charge to 90% of the battery capacity. Ultimately, this software fix cannot resolve the defect in the battery that leads to fire and or

---

[2] See *OCM Principle Opportunities Fund v. CIBC World Markets Corp.* (2007) 157 Cal.App.4th 835, 859-860 (under California law, a vendor has a duty to disclose material facts, not only to immediate purchasers, but also to subsequent purchasers when the vendor has reason to expect that the item will be resold). See also *Barnhouse v. City of Pinole* (1982) 133 Cal.App.3d 171, 191-193 ("an action for deceit does not require privity of contract").

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

6

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN857**

explosion of the battery. This left consumers with vehicles that had less range than advertised by GM, which is a key consideration for purchasers/lessees of electric vehicles.

40. GM knew the Chevy Vehicles were dangerous. On July 14, 2021, even for those that had the Recall performed, GM instructed owners and lessees of these Chevy Vehicles to "park their vehicles outside away from homes and other structures immediately after charging and…not leave their vehicles charging overnight." Despite the software update remedy, Chevy Bolt vehicles still continued to catch on catastrophic fire and cause serious harm to people and property. The problem was not resolved, and the Bolt vehicles remained unsafe and serious safety hazards.

41. Moreover, instead of offering restitution pursuant to the Song-Beverly Consumer Warranty Act for its failure to repair the Subject Vehicle after a reasonable number of repair attempts[3], GM released a recall which has been updated multiple times. These measures have been insufficient to repair the Battery Defect.

42. Plaintiff discovered GM's wrongful conduct alleged shortly before filing this complaint, following numerous unsuccessful attempts to repair the Subject Vehicle as the symptoms, issues, or problems associated with the Battery Defect persisted. Throughout this period, GM continued to conceal from Plaintiff the existence, nature, and scope of the Battery Defect.

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

43. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

44. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable

---

[3] See e.g. *Lukather v. General Motors*, 181 Cal.App.4th 1041, 1050 (2010) (citing *Krotin v. Porsche Cars N. Am., Inc.*, 38 Cal.App.4th 294 (affirming "the manufacturer has an affirmative duty to replace a vehicle or make restitution to the buyer if the manufacturer is unable to repair the new vehicle after a reasonable number of repair attempts.'"))

7

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN858**

number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

45. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

46. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

47. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

48. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

<div align="center">

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</div>

49. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

50. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs

<div align="center">

8

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN859**

within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

51. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

52. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle, and has exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis.*

53. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

</div>

54. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

55. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

<div align="center">

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN860**

Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

56. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; § 1795.5)**

</div>

57. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

58. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

59. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

60. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract

**MJN861**

STRATEGIC LEGAL PRACTICES, APC

1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

61. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

### (Fraudulent Inducement - Concealment)

62. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

63. Plaintiff purchased the Vehicle as manufactured with Defendant GM's cooling system.

64. Defendant General Motors, LLC committed fraud by allowing the Vehicle to be sold to Plaintiff without disclosing that the Vehicle and its lithium-ion battery were defective and susceptible to sudden and premature failure.

65. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the Vehicle, GM was well aware and knew that the lithium-ion battery installed on the Vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.[4]

66. Specifically, GM knew that the lithium-ion battery had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous

---

[4] Indeed, Defendant has issued various internal technical bulletins to its dealers (not consumers) concerning the Battery Defect.

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN862**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and her passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

67. Plaintiff is informed, believes and thereon alleges that Defendant acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the Vehicle, through sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data; early consumer complaints about the Battery Defect made directly to GM and its network of dealers; aggregate warranty data compiled from GM's network of dealers; testing conducted by GM in response to these complaints; as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

68. Plaintiff is informed, believes, and thereon alleges that while Defendant knew about the Battery Defect, and its safety risks since 2016, if not before, GM and its directors, officers, employees, affiliates, and/or agents nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale, and thereafter, including during successive repair visits to GM's authorized dealership. Plaintiff alleges that GM failed to disclose the existence of the Battery Defect at GM's authorized dealership and during direct calls to Defendant. Had Plaintiff known that the Vehicle suffered from the Battery Defect, she would not have purchased the Vehicle.

69. Indeed, Plaintiff alleges that prior to the sale of the Vehicle to Plaintiff, Defendant knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

70. Defendant was under a duty to Plaintiff to disclose the defective nature of the Vehicle, its battery, its safety consequences and/or the associated repair costs because:

a. Plaintiff is informed, believes, and thereon alleges that Defendant General Motors, LLC acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN863**

Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant General Motors, LLC was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff purchased the Vehicle.

71. In failing to disclose the defects in the Vehicle's lithium-ion battery, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

72. The facts concealed or not disclosed by Defendant General Motors, LLC (and its directors, officers, employees, affiliates, and/or agents) to Plaintiff is material in that a reasonable person would have considered them to be important in deciding whether or not to purchase the Vehicle. Had Plaintiff known that the Vehicle, its lithium-ion battery were defective at the time of sale, Plaintiff would not have purchased the Vehicle.

73. Plaintiff is a reasonable consumer who does not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

74. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

75. As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiffs were harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN864**

Defect. Furthermore, Plaintiff unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

    a. For general, special and actual damages according to proof;

    b. For restitution;

    c. For any consequential and incidental damages;

    d. For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

    e. For diminution in value;

    f. For punitive damages;

    g. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    h. For prejudgment interest at the legal rate;

    i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

    j. For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: June 16, 2022        STRATEGIC LEGAL PRACTICES, APC

BY: _____

Tionna Dolin
Attorney for Plaintiff EZZAT GABRIEL

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN865**

# Exhibit A

MJN866

# 2018

# Limited Warranty and Owner Assistance Information

chevrolet.com

MJN867

| |
|---|
| **IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**<br><br>Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information. |
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2017 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23168735 C Third Printing

MJN868

MJN869

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ....................... 1
GM's Commitment ............... 1
Owner Assistance ................ 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ........................ 1

**Warranty Coverage at a Glance** .......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Chevrolet Volt, Bolt EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage ..................... 14
Chevrolet Silverado eAssist® Coverage ..................... 15
What Is Not Covered .......... 15

**Things to Know About the New Vehicle Limited Warranty** .... 16
Warranty Repairs – Component Exchanges .................... 16
Warranty Repairs – Recycled Materials ..................... 16
Tire Service .................... 16
Aftermarket Engine Performance Enhancement Products and Modifications ... 16
After-Manufacture "Rustproofing" ................ 17
Paint, Trim, and Appearance Items ......................... 17
Vehicle Operation and Care ... 17
Maintenance and Warranty Service Records ............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage – Extensions ................... 18
Warranty Service — Foreign Countries ..................... 18
Permanent Relocation ......... 18
Original Equipment Alterations ................... 19

Recreation Vehicle and Special Body or Equipment Alterations .................... 19
Pre-Delivery Service .......... 19
Production Changes ........... 20
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 20

**Emission Control Systems Warranty** ..................... 21
What Is Covered .............. 21
How to Determine the Applicable Emissions Control System Warranty ............. 21
Federal Emission Control System Warranty ............. 21
California Emission Control System Warranty ............. 22

**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure .............. 29

MJN870

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

Customer Satisfaction
  Procedure ................... 31
State Warranty
  Enforcement Laws ........... 33
Warranty Information for
  California Only .............. 34
Special Coverage Adjustment
  Programs Beyond the Warranty
  Period ....................... 35
Customer Assistance Offices ..36
Customer Assistance for Text
  Telephone (TTY) Users ....... 37
Roadside Assistance
  Program ..................... 38
Courtesy Transportation
  Program ..................... 39
Chevrolet Protection .......... 40
  We're Behind You On All The
    Roads Ahead ................ 40

MJN871

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN872

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper (Includes Tires)

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *21* for more information.

#### Federal

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

#### California

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *21.*

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN874

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period In accordance with the following terms, conditions, and limitations.

### What Is Covered

**Warranty Applies**

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

**Repairs Covered**

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

**No Charge**

Warranty repairs, including towing, parts, and labor, will be made at no charge.

**Obtaining Repaira**

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

**Warranty Period**

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

**Bumper-to-Bumper Coverage**

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

**Powertrain Component Warranty Coverage**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, englne mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *25*

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Contrel Module and/or module pregramming.

MJN876

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN877

### 2018 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN878

## 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or

merchantability. The tire manufacturors expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

MJN879

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

MJN880

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

MJN881

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 16.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

MJN882

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to

damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

### Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Navigation Map Data Updates
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

MJN883

## Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms** : This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the** exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.*

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

MJN884

## What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

## Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

Content Under Heading: Battery and Internal Components, Modules, and Fan

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

### Brakes

Brake Modulator Assembly

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

MJN885

## Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

### eAssist Components

The Hybrid Powertrain Control Modules and components including eAssist battery, eAssist battery disconnect, powerpack assembly, the eAssist battery cooling fan, the starter generator unit, starter generator cooling pump, high voltage 3–phase cables assembly, HVDC cables, and the transmission fluid accumulator and solenoid.

## What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranties do not cover the following items:

### Wear Items

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranty.

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

MJN887

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

## After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

## Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

## Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

## Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

## Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN888

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

MJN889

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

MJN890

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

## What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

## How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

## Federal Emission Control System Warranty

### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN892

## 22 Emission Control Systems Warranty

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

MJN893

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

MJN894

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020.
For Bolt EV call 1-877-486-5846.
For Volt call 1-877-486-5846
(1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN895

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 21 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid

A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

MJN897

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Sensors
    Battery Coolant Pumps and Cooling Fans
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **
    Power Electronics
    Coolant Pump
    Port Valves
    Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

MJN898

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

## Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available

within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent

owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim If a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed

# 30    Emission Warranty Parts List

30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *31*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN901

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quiokly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN902

# 32    Customer Satisfaction Procedure

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36*.

MJN904

## 34    Warranty Information for California Only

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN905

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN907

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN908

## 38    Roadside Assistance Program

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN909

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

## We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

MJN911

# ✍ NOTES

# ✍ NOTES

# ✍ NOTES

**44**

# ✍ NOTES






23168735 C


U.S. Only

**MJN916**

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Van Nuys Courthouse East
6230 Sylmar Avenue, Van Nuys, CA 91401

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
06/24/2022
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ A. Salcedo _____ Deputy

**NOTICE OF CASE ASSIGNMENT**

**UNLIMITED CIVIL CASE**

**Your case is assigned for all purposes to the judicial officer indicated below.**

CASE NUMBER:
22VECV00873

## THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | Huey P. Cotton | A | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 06/24/2022
(Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By A. Salcedo , Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN917**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN918**

**Superior Court of California
County of Los Angeles**





**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

## VOLUNTARY EFFICIENT LITIGATION STIPULATIONS

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

**MJN919**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:      FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.

The parties agree that:

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following:*

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

**MJN920**

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at *www.lasuperiorcourt.org* under "*Civil*" and then under "*General Information*").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation.

   (INSERT DATE)          (INSERT DATE)

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____  >  _____
(TYPE OR PRINT NAME)          (ATTORNEY FOR PLAINTIFF)

Date:

_____  >  _____
(TYPE OR PRINT NAME)          (ATTORNEY FOR DEFENDANT)

Date:

_____  >  _____
(TYPE OR PRINT NAME)          (ATTORNEY FOR DEFENDANT)

Date:

_____  >  _____
(TYPE OR PRINT NAME)          (ATTORNEY FOR DEFENDANT)

Date:

_____  >  _____
(TYPE OR PRINT NAME)          (ATTORNEY FOR _____)

Date:

_____  >  _____
(TYPE OR PRINT NAME)          (ATTORNEY FOR _____)

Date:

_____  >  _____
(TYPE OR PRINT NAME)          (ATTORNEY FOR _____)

**MJN921**

MJN922

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FAX NO. (Optional):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INFORMAL DISCOVERY CONFERENCE<br>(pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:
   - ☐ Request for Informal Discovery Conference
   - ☐ Answer to Request for Informal Discovery Conference
2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).
3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).
4. **For a Request for Informal Discovery Conference, <u>briefly</u> describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, <u>briefly</u> describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:      FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – DISCOVERY RESOLUTION | CASE NUMBER: |
|---|---|

This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.

The parties agree that:

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a. The party requesting the Informal Discovery Conference will:

        i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

        ii. Include a brief summary of the dispute and specify the relief requested; and

        iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b. Any Answer to a Request for Informal Discovery Conference must:

        i. Also be filed on the approved form (copy attached);

        ii. Include a brief summary of why the requested relief should be denied;

---

**MJN923**

    iii.    Be filed within two (2) court days of receipt of the Request; and

    iv.    Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c.  No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d.  If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e.  If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.  If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.  The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.  Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.  Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

**MJN924**

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR PLAINTIFF)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ (ATTORNEY FOR _____ )

➢ (ATTORNEY FOR _____ )

➢ (ATTORNEY FOR _____ )

**MJN925**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

**MJN926**

## The following parties stipulate:

Date:

_____  
(TYPE OR PRINT NAME)

Date:

_____  
(TYPE OR PRINT NAME)

Date:

_____  
(TYPE OR PRINT NAME)

Date:

_____  
(TYPE OR PRINT NAME)

Date:

_____  
(TYPE OR PRINT NAME)

Date:

_____  
(TYPE OR PRINT NAME)

Date:

_____  
(TYPE OR PRINT NAME)

➢ _____  
(ATTORNEY FOR PLAINTIFF)

➢ _____  
(ATTORNEY FOR DEFENDANT)

➢ _____  
(ATTORNEY FOR DEFENDANT)

➢ _____  
(ATTORNEY FOR DEFENDANT)

➢ _____  
(ATTORNEY FOR _____)

➢ _____  
(ATTORNEY FOR _____)

➢ _____  
(ATTORNEY FOR _____)

## THE COURT SO ORDERS.

Date: _____

_____  
JUDICIAL OFFICER

**MJN927**

 # Superior Court of California, County of Los Angeles

---

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

---

### What is ADR?
ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR and litigation and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR:

1. **Negotiation**: Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation**: In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   **Mediation may _not_ be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

**MJN928**

<div style="border:1px solid #000; background:#e0e0e0; padding:10px;">

**How to arrange mediation in Los Angeles County**

Mediation for civil cases is voluntary and parties may select any mediator they wish. Options include:

   a.  **The Civil Mediation Vendor Resource List**
       If all parties agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases):

- **ADR Services, Inc.** Case Manager **patricia@adrservices.com** (310) 201-0010 (Ext. 261)
- **JAMS, Inc.** Senior Case Manager **mbinder@jamsadr.com** (310) 309-6204
- **Mediation Center of Los Angeles (MCLA)** Program Manager **info@mediationLA.org** (833) 476-9145
  - Only MCLA provides mediation in person, by phone and by videoconference.

       **These organizations cannot accept every case and they may decline cases at their discretion.**
       Visit www.lacourt.org/ADR.Res.List for important information and FAQs before contacting them.
       NOTE: This program does not accept family law, probate, or small claims cases.

   b.  **Los Angeles County Dispute Resolution Programs**
       https://wdacs.lacounty.gov/programs/drp/
- Small claims, unlawful detainers (evictions) and, at the Spring Street Courthouse, limited civil:
  - Free, day- of- trial mediations at the courthouse. No appointment needed.
  - Free or low-cost mediations before the day of trial.
  - For free or low-cost Online Dispute Resolution (ODR) by phone or computer before the day of trial visit http://www.lacourt.org/division/smallclaims/pdf/OnlineDisputeResolutionFlyer-EngSpan.pdf

   c.  **Mediators and ADR and Bar organizations** that provide mediation may be found on the internet.

</div>

3. **Arbitration**: Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit **http://www.courts.ca.gov/programs-adr.htm**

4. **Mandatory Settlement Conferences (MSC):** MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit **http://www.lacourt.org/division/civil/CI0047.aspx**

**Los Angeles Superior Court ADR website: http://www.lacourt.org/division/civil/CI0109.aspx**
**For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm**

LASC CIV 271 Rev. 01/20
For Mandatory Use

**MJN929**

Superior Court of California
County of Los Angeles
,

**Receipt No:** EFM-2022-4912626.1

**Date:** 6/24/22 12:48 PM
**Time:** 6/24/22 12:48 PM

CASE # 22VECV00873
EZZAT GABRIEL vs GENERAL MOTORS,

| | |
|---|---|
| Unlimited Civil- Compt/UD/Pet filed >25k - GC70611,70602.5,70602.6_Def endant | 435.00 |
| Court Transaction Fee | 2.25 |
| **Case Total:** | 437.25 |

| | |
|---|---|
| **Total Paid:** | 437.25 |

22LA00776143

**MJN930**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
|---|---|
| **Branch Name:** Van Nuys Courthouse East<br>**Mailing Address:** 6230 Sylmar Avenue<br>**City, State and Zip Code:** Van Nuys CA 91401 | |
| **SHORT TITLE:** EZZAT GABRIEL vs GENERAL MOTORS, LLC<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | **CASE NUMBER:**<br>22VECV00873 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:  Legal Connect
Reference Number: 5950928_2022_06_24_12_03_30_440_5
Submission Number: 22LA00776143
Court Received Date: 06/24/2022
Court Received Time: 12:06 pm
Case Number: 22VECV00873
Case Title: EZZAT GABRIEL vs GENERAL MOTORS, LLC
Location: Van Nuys Courthouse East
Case Type: Civil Unlimited
Case Category: Other Breach of Contract/Warranty (not fraud or negligence)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 06/24/2022
Notice Generated Time: 12:48 pm

| Documents Electronically Filed/Received | Status |
|---|---|
| Complaint | Accepted |
| Summons | Accepted |
| Civil Case Cover Sheet | Accepted |
| Notice (name extension) | Accepted |

---

**NOTICE OF CONFIRMATION OF FILING**

**MJN931**

Notice (name extension)                                    Accepted

**Comments**
Submitter's Comments:

Clerk's Comments:

**Electronic Filing Service Provider Information**
Service Provider: Legal Connect
Contact: Legal Connect
Phone: (800) 909-6859

---

NOTICE OF CONFIRMATION OF FILING

**MJN932**

# Exhibit 17

MJN933

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
JODEN SANGUINETTI

**ELECTRONICALLY FILED**
Superior Court of California,
County of Placer
**10/10/2022 at 04:55:53 PM**
By: Jennifer Bunday
Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF PLACER**

| | |
|---|---|
| JODEN SANGUINETTI,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC.; AND DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  S-CV-0049263<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

**MJN934**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to JODEN SANGUINETTI.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Placer County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about March 06, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt EV, vehicle identification number 1G1FY6S06L4132057 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

///

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

MJN935

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, electrical defects, steering defect, battery defects, among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN936

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

18. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims- the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

MJN937

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e)

### SECOND CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

PAGE 5

COMPLAINT; JURY TRIAL DEMANDED

MJN938

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

MJN939

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

<div align="center">

PAGE 7

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN940**

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

///

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN941**

<div style="margin-left:left;">STRATEGIC LEGAL PRACTICES<br>A PROFESSIONAL CORPORATION</div>

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

> a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///

PAGE 9
COMPLAINT; JURY TRIAL DEMANDED

MJN942

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

    a. For general, special and Plaintiff's actual damages according to proof;

    b. For restitution;

COMPLAINT; JURY TRIAL DEMANDED

**MJN943**

c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: August 29, 2022                    STRATEGIC LEGAL PRACTICES, APC

By _____
TIONNA G. DOLIN
Attorneys for Plaintiff
JODEN SANGUINETTI

COMPLAINT; JURY TRIAL DEMANDED

MJN944

# Exhibit A

MJN945



2020

BOLT EV
Owner's Manual

chevrolet.com (U.S.)
chevrolet.ca (Canada)

**MJN946**

# Contents

Introduction ...................... 2

Keys, Doors, and Windows ...... 7

Seats and Restraints ........... 31

Storage ......................... 83

Instruments and Controls ....... 86

Lighting ....................... 130

Infotainment System .......... 137

Climate Controls ............. 165

Driving and Operating ........ 172

Vehicle Care ................. 235

Service and Maintenance ..... 303

Technical Data ............... 313

Customer Information ........ 315

Reporting Safety Defects ...... 325

OnStar ....................... 329

Connected Services ........... 337

Index ..................... 340

**MJN947**

# Introduction





The names, logos, emblems, slogans, vehicle model names, and vehicle body designs appearing in this manual including, but not limited to, GM, the GM logo, CHEVROLET, the CHEVROLET Emblem, and BOLT are trademarks and/or service marks of General Motors LLC, its subsidiaries, affiliates, or licensors.

For vehicles first sold in Canada, substitute the name "General Motors of Canada Company" for Chevrolet Motor Division wherever it appears in this manual.

This manual describes features that may or may not be on the vehicle because of optional equipment that was not purchased on the vehicle, model variants, country specifications, features/applications that may not be available in your region, or changes subsequent to the printing of this owner's manual.

Refer to the purchase documentation relating to your specific vehicle to confirm the features.

Keep this manual in the vehicle for quick reference.

## Canadian Vehicle Owners

A French language manual can be obtained from your dealer, at www.helminc.com, or from:

### Propriétaires Canadiens

On peut obtenir un exemplaire de ce guide en français auprès du concessionnaire ou à l'adresse suivante:

Helm, Incorporated
Attention: Customer Service
47911 Halyard Drive
Plymouth, MI 48170
USA

## Using this Manual

To quickly locate information about the vehicle, use the Index in the back of the manual. It is an alphabetical list of what is in the manual and the page number where it can be found.

Litho in U.S.A.
Part No. 84406525 A First Printing

©2019 General Motors LLC. All Rights Reserved.

**MJN948**

## Danger, Warning, and Caution

Warning messages found on vehicle labels and in this manual describe hazards and what to do to avoid or reduce them.

| ⚠ **Danger** |
| --- |
| Danger indicates a hazard with a high level of risk which will result in serious injury or death. |

| ⚠ **Warning** |
| --- |
| Warning indicates a hazard that could result in injury or death. |

| **Caution** |
| --- |
| Caution indicates a hazard that could result in property or vehicle damage. |



A circle with a slash through it is a safety symbol which means "Do Not," "Do not do this," or "Do not let this happen."

## Symbols

The vehicle has components and labels that use symbols instead of text. Symbols are shown along with the text describing the operation or information relating to a specific component, control, message, gauge, or indicator.

📖 : Shown when the owner's manual has additional instructions or information.

🖾 : Shown when the service manual has additional instructions or information.

⇨ : Shown when there is more information on another page — "see page."

**Vehicle Symbol Chart**

Here are some additional symbols that may be found on the vehicle and what they mean. See the features in this manual for information.

❄ : Air Conditioning System

🌬 : Air Conditioning Refrigerant Oil

🧍 : Airbag Readiness Light

(ABS) : Antilock Brake System (ABS)

(⏷) : Brake System Warning Light

🗑 : Dispose of Used Components Properly

✖🚿 : Do Not Apply High Pressure Water

🔌 : Energy Usage and Charge Mode Selection

⊛ : Flame/Fire Prohibited

🔥 : Flammable

**MJN949**

# 4 Introduction

: First Responder

: Forward Collision Alert

⇨ : Fuse Block Cover Lock Location

: Fuses

⚠ : High Voltage

: ISOFIX/LATCH System Child Restraints

: Keep Fuse Block Covers Properly Installed

✖ : Lane Change Alert

: Lane Departure Warning

: Lane Keep Assist

P : Park Assist

: Pedestrian Ahead Indicator

⏻ : Power

Ω : Remote Vehicle Start

⚠ : Rear Cross Traffic Alert

: Registered Technician

: Seat Belt Reminders

: Service Vehicle Soon

: Side Blind Zone Alert

(!) : Tire Pressure Monitor

: Traction Control/StabiliTrak/ Electronic Stability Control (ESC)

: Under Pressure

: Vehicle Ahead Indicator

READY : Vehicle Ready

**MJN950**

## Instrument Panel Overview



**MJN951**

1. *Air Vents* ⇨ *169*.

2. *Turn and Lane-Change Signals* ⇨ *134*.

   IntelliBeam System Button (If Equipped). See *Exterior Lamp Controls* ⇨ *130*.

3. *Instrument Cluster* ⇨ *96*.

   *Driver Information Center (DIC)* ⇨ *120*.

4. *Windshield Wiper/Washer* ⇨ *89*.

5. *Charging Status Feedback* ⇨ *221*.

   *Automatic Headlamp System* ⇨ *133*.

   Indicator Light and Solar Sensor (ILSS). See "Sensors" under *Automatic Climate Control System* ⇨ *165*.

6. Infotainment System. See *AM-FM Radio* ⇨ *142*.

   *Heated Front Seats* ⇨ *35* (If Equipped).

7. *Automatic Climate Control System* ⇨ *165*.

8. *Storage Compartments* ⇨ *83*.

9. Shift Lever. See *Electric Drive Unit* ⇨ *189*.

10. *Electric Parking Brake* ⇨ *194*.

11. *Power Outlets* ⇨ *93*.

12. *Hazard Warning Flashers* ⇨ *133*.

    *Traction Control/Electronic Stability Control* ⇨ *197*.

    *Driver Selected Operating Modes* ⇨ *188*.

13. *Power Button* ⇨ *184*.

14. *Steering Wheel Controls* ⇨ *87* (If Equipped).

15. *Horn* ⇨ *88*.

16. *Steering Wheel Adjustment* ⇨ *87* (Out of View).

17. *Steering Wheel Controls* ⇨ *87* (If Equipped).

18. Regen on Demand (Out of View). See *Regenerative Braking* ⇨ *196*.

19. *Cruise Control* ⇨ *199*.

    *Heated Steering Wheel* ⇨ *88* (If Equipped).

    *Forward Collision Alert (FCA) System* ⇨ *206* (If Equipped).

    *Lane Keep Assist (LKA)* ⇨ *213* (If Equipped).

20. *Instrument Panel Fuse Block* ⇨ *258*.

21. Data Link Connector (DLC) (Out of View). See *Service Vehicle Soon Light* ⇨ *104*.

22. *Exterior Lamp Controls* ⇨ *130*.

23. *Instrument Panel Illumination Control* ⇨ *134*.

**MJN952**

# Keys, Doors, and Windows

## Keys and Locks

Keys ........................... 7
Remote Keyless Entry (RKE)
  System ....................... 8
Remote Keyless Entry (RKE)
  System Operation ............. 8
Remote Start .................. 16
Door Locks .................... 17
Power Door Locks ............. 19
Delayed Locking ............... 19
Automatic Door Locks ......... 19
Lockout Protection ............ 20
Safety Locks .................. 20

## Doors

Liftgate ....................... 21

## Vehicle Security

Vehicle Security ............... 22
Vehicle Alarm System ......... 22
Immobilizer ................... 22
Immobilizer Operation ......... 23

## Exterior Mirrors

Convex Mirrors ............... 24
Power Mirrors ................. 24

Folding Mirrors ............... 24
Heated Mirrors ............... 25

## Interior Mirrors

Interior Rearview Mirrors ...... 25
Manual Rearview Mirror ....... 25
Automatic Dimming Rearview
  Mirror ...................... 25
Rear Camera Mirror ........... 25

## Windows

Windows ..................... 28
Power Windows .............. 28
Sun Visors ................... 30

## Keys and Locks

### Keys

| ⚠ Warning |
| --- |
| Leaving children in a vehicle with a Remote Keyless Entry (RKE) transmitter is dangerous and children or others could be seriously injured or killed. They could operate the power windows or other controls or make the vehicle move. The windows will function with the RKE transmitter in the vehicle, and children or others could be caught in the path of a closing window. Do not leave children in a vehicle with an RKE transmitter. |

**MJN953**



The key that is part of the Remote Keyless Entry (RKE) transmitter can be used for all locks.



To remove the key, press the button near the bottom of the transmitter, and pull the key out. Never pull the key out without pressing the button.

If it becomes difficult to turn the key, inspect the key blade for debris. Periodically, clean the key with a brush or a pick.

See your dealer if a new key is needed.

If locked out of the vehicle, see *Roadside Assistance Program* ⇨ *319*.

With an active OnStar or connected service plan, an OnStar Advisor may remotely unlock the vehicle. See *OnStar Overview* ⇨ *329*.

## Remote Keyless Entry (RKE) System

See *Radio Frequency Statement* ⇨ *325*.

If there is a decrease in the Remote Keyless Entry (RKE) operating range:

- Check the distance. The transmitter may be too far from the vehicle.
- Check the location. Other vehicles or objects may be blocking the signal.
- Check the transmitter's battery. See "Battery Replacement" later in this section.
- If the transmitter is still not working correctly, see your dealer or a qualified technician for service.

## Remote Keyless Entry (RKE) System Operation

The Keyless Access system allows for vehicle entry when the Remote Keyless Entry (RKE) transmitter is within 1 m (3 ft). See "Keyless Access Operation" following.

The transmitter functions may work up to 60 m (197 ft) away from the vehicle.

# MJN954

Other conditions can impact the performance of the transmitter. See *Remote Keyless Entry (RKE) System* ⇨ *8*.



🔒 : Press to lock all doors.

The turn signal indicators may flash and/or the horn may sound on the second press to indicate locking. See *Vehicle Personalization* ⇨ *123*.

If the driver door is open when 🔒 is pressed, all doors will lock and the driver door will immediately unlock, if enabled. See *Vehicle Personalization* ⇨ *123*.

If the passenger door is open when 🔒 is pressed, all doors lock.

Pressing 🔒 may also arm the alarm system. See *Vehicle Alarm System* ⇨ *22*.

🔓 : Press to unlock the driver door. Press unlock again within five seconds to unlock all doors. The RKE transmitter can be programmed to unlock all doors on the first button press. See *Vehicle Personalization* ⇨ *123*.

The turn signal indicators may flash to indicate unlocking. See *Vehicle Personalization* ⇨ *123*.

Pressing 🔓 will disarm the alarm system. See *Vehicle Alarm System* ⇨ *22*.

⧗ : Press and release one time to initiate vehicle locator. The exterior lamps flash and the horn chirps three times.

Press and hold ⧗ for at least three seconds to sound the panic alarm. The horn sounds and the

turn signals flash for about 30 seconds or until ⧗ is pressed again or the vehicle is started.

↻ : Press and release 🔒 and then immediately press and hold ↻ for at least four seconds to start the vehicle's heating or air conditioning systems and rear window defogger from outside the vehicle using the RKE transmitter. See *Remote Start* ⇨ *16*.

## Keyless Access Operation

The Keyless Access system allows the doors and liftgate to be locked and unlocked without pressing the RKE transmitter button. The RKE transmitter must be within 1 m (3 ft) of the liftgate or door being opened. If the vehicle has this feature, there will be a button on both outside front door handles.

Keyless Access can be programmed to unlock all doors on the first unlock/lock button press from the driver door. See *Vehicle Personalization ⇨ 123*.

### Keyless Unlocking/Locking from the Driver Door

When the doors are locked and the RKE transmitter is within 1 m (3 ft) of the driver door handle, pressing the lock/unlock button on the driver door handle will unlock the driver door. If the lock/unlock button is pressed again within five seconds, all passenger doors will unlock. Pull the door handle to unlatch the door.



Pressing the lock/unlock button will cause all doors to lock if any of the following occur:

● It has been more than five seconds since the first lock/unlock button press.

● Two lock/unlock button presses were used to unlock all doors.

● Any vehicle door has opened and all doors are now closed.

See *Vehicle Personalization ⇨ 123*.

### Keyless Unlocking/Locking from Passenger Doors

When the doors are locked and the RKE transmitter is within 1 m (3 ft) of the door handle, pressing the lock/unlock button on that door handle will unlock all doors.

Pressing the lock/unlock button will cause all doors to lock if any of the following occur:

● The lock/unlock button was used to unlock all doors.

● Any vehicle door has opened and all doors are now closed.

### Disable/Enable Keyless Unlocking of Exterior Door Handles and Liftgate

If equipped, keyless unlocking of the exterior door handles and liftgate can be disabled and enabled.

**Disabling Keyless Unlocking:**

With the vehicle off, press and hold 🔒 and 🔓 on the RKE transmitter at the same time for approximately three seconds. The turn signal lamps will flash four

**MJN956**

times quickly to indicate access is disabled. Using any exterior handle to unlock the doors or open the liftgate will cause the turn signal lamps to flash four times quickly, indicating access is disabled. If disabled, disarm the alarm system before starting the vehicle.

**Enabling Keyless Unlocking:**

With the vehicle off, press and hold 🔓 and 🔒 on the RKE transmitter at the same time for approximately three seconds. The turn signal lamps will flash twice quickly to indicate access is enabled.

**Passive Locking**

The Keyless Access system will lock the vehicle several seconds after all doors are closed, if the vehicle is off and at least one RKE transmitter has been removed from the interior or none remain in the interior.

If other electronic devices interfere with the RKE transmitter signal, the vehicle may not detect the RKE transmitter inside the vehicle.

If passive locking is enabled, the doors may lock with the RKE transmitter inside the vehicle. Do not leave the RKE transmitter in an unattended vehicle.

To customize doors to automatically lock when exiting the vehicle, see *Vehicle Personalization* ⇨ *123*.

**Temporary Disable of Passive Locking**

Temporarily disable passive locking by pressing and holding 🔒 on the interior door switch with a door open for at least four seconds, or until three chimes are heard. Passive locking will then remain disabled until 🔓 on the interior door is pressed, or until the vehicle is started.

**Remote Left In Vehicle Alert**

When the vehicle is turned off and an RKE transmitter is left in the vehicle, the horn will chirp three times after all doors are closed.

To turn on or off see *Vehicle Personalization* ⇨ *123*.

**Remote No Longer In Vehicle Alert**

If the vehicle is on with a door open, and then all doors are closed, the vehicle will check for RKE transmitters inside. If an RKE transmitter is not detected, the Driver Information Center (DIC) will display NO REMOTE DETECTED and the horn will chirp three times.

This occurs only once each time the vehicle is driven.

See *Vehicle Personalization* ⇨ *123*.

**Keyless Liftgate Opening**

Press the touch pad on the underside of the liftgate glass and lift up to open if the RKE transmitter is within 1 m (3 ft) and the doors are

**MJN957**

locked. If the doors are unlocked, the transmitter is not required to open the liftgate. See *Liftgate* ⇨ *21*.

### Key Access

To access a vehicle with a weak transmitter battery, see *Door Locks* ⇨ *17*.

### Programming Transmitters to the Vehicle

Only RKE transmitters programmed to the vehicle will work. If a transmitter is lost or stolen, a replacement can be purchased and programmed through your dealer. The vehicle can be reprogrammed so that lost or stolen transmitters no longer work. Any remaining transmitters will need to be reprogrammed. Each vehicle can have up to eight transmitters matched to it.

### Programming with Two Recognized Transmitters

A new transmitter can be programmed to the vehicle when there are two recognized transmitters. To program, the vehicle must be off and all of the transmitters, both currently recognized and new, must be with you.



1. Open the center console and take out the small tray, if equipped. Place the two recognized transmitters in the backup location with the buttons facing down.

2. Remove the key lock cylinder cover on the driver door handle. See *Door Locks* ⇨ *17*. Insert the vehicle key of the new transmitter into the key lock cylinder on the driver door handle and turn the key to the unlock position five times within 10 seconds.

   The DIC displays READY FOR REMOTE # 3, 4, 5, 6, 7, or 8.

3. Place the transmitter to be programmed in the backup location with the buttons facing down.

4. Press POWER ⏻ to start the vehicle. When the transmitter is learned, the DIC will show that it is ready to program the next transmitter.

5. Remove the transmitter from the backup location and press 🔓 or 🔒.

   To program additional transmitters, repeat Steps 3–5.

   When all additional transmitters are programmed, press and hold POWER ⏻ for 12 seconds to exit programming mode.

6. Put the key back into the RKE transmitter.

**MJN958**

7. Replace the key lock cylinder cap. See *Door Locks* ⇨ *17*.

**Programming without Two Recognized Transmitters**

If two currently recognized transmitters are not available, follow this procedure to program up to eight transmitters. This feature is not available in Canada. This procedure will take approximately 30 minutes to complete. The vehicle must be off and all of the transmitters to be programmed must be with you.

1. Remove the key lock cylinder cover on the driver door handle. See *Door Locks* ⇨ *17*. Insert the vehicle key of the transmitter into the key lock cylinder on the driver door handle and turn the key to the unlock position five times within 10 seconds.

   The DIC displays REMOTE LEARN PENDING, PLEASE WAIT.

2. Wait for 10 minutes until the DIC displays PRESS ENGINE START BUTTON TO LEARN and then press POWER ⏻.

   The DIC will again show REMOTE LEARN PENDING, PLEASE WAIT.

3. Repeat Step 2 two additional times. After the third time, all previously known transmitters will no longer work with the vehicle. Remaining transmitters can be relearned during the next steps.

   The DIC should now show READY FOR REMOTE # 1.



4. Open the center console and take out the small tray, if equipped. Place the transmitter in the backup location with the buttons facing down.

5. Press POWER ⏻ to start the vehicle. When the transmitter is learned, the DIC will show that it is ready to program the next transmitter.

6. Remove the transmitter from the backup location and press 🔒 or 🔓.

   To program additional transmitters, repeat Steps 4–6.

**MJN959**

When all additional transmitters are programmed, press and hold POWER ⏻ for 12 seconds to exit programming mode.

7. Put the key back into the RKE transmitter.

8. Replace the key lock cylinder cap. See *Door Locks* ⇨ *17*.

**Starting the Vehicle with a Low Transmitter Battery**

While trying to start the vehicle, if the transmitter battery is weak or if there is interference with the signal, the DIC may display NO REMOTE DETECTED or USE TRANSMITTER POCKET TO START. The DIC may also display REPLACE BATTERY IN REMOTE KEY.

To start the vehicle:



1. Open the center console and take out the small tray, if equipped. Place the transmitter in the backup location with the buttons facing down.

2. With the vehicle in P (Park) or N (Neutral), press the brake pedal and press POWER ⏻. Replace the transmitter battery as soon as possible.

**Battery Replacement**

| ⚠ Warning |
|---|
| Never allow children to play with the RKE transmitter. The transmitter contains a small battery, which can be a choking hazard. If swallowed, internal burns can occur, resulting in severe injury or death. Seek medical attention immediately if a battery is swallowed. |

| Caution |
|---|
| When replacing the battery, do not touch any of the circuitry on the transmitter. Static from your body could damage the transmitter. |

**MJN960**

### Caution

Replacing the battery with an incorrect type could potentially create a risk of battery explosion. Dispose of used batteries according to instructions.

Replace the battery if the DIC displays REPLACE BATTERY IN REMOTE KEY.

The battery is not rechargeable. To replace the battery:



1. Press the button on the side of the transmitter near the bottom and pull the key out. Never pull the key out without pressing the button.



2. Separate the two halves of the transmitter using a flat tool inserted into the area near the key slot.

 

3. Remove the battery by pushing on the battery and sliding it toward the bottom of the transmitter.

4. Insert the new battery, positive side facing the back cover. Push the battery down until it is held in place. Replace with a CR2032 or equivalent battery.

5. Snap the battery cover back on to the transmitter.

6. Reinsert key into the transmitter.

**MJN961**

## Remote Start

This feature starts the heating or air conditioning systems and the rear window defogger from outside the vehicle.

Use remote start to heat or cool the interior when the vehicle is plugged in to maximize electric range by utilizing electricity from the electrical outlet. Normal operation of the system will return after the vehicle has been turned on.

Ω : This button is on the RKE transmitter.

The climate control system will use the previous settings during a remote start. The rear defog may come on during remote start based on cold ambient conditions. The rear defog indicator light does not come on during a remote start.

Laws in some local communities may restrict the use of remote starters. For example, some laws require a person using remote start to have the vehicle in view. Check local regulations for any requirements.

If the vehicle is low on energy, do not use the remote start feature. The vehicle may run out of energy.

The RKE transmitter range may be less while the vehicle is running.

Other conditions can affect the performance of the transmitter. See *Remote Keyless Entry (RKE) System ⇨ 8*.

### Remote Starting the Vehicle

To remote start the vehicle:

1. Press and release 🔒 on the RKE transmitter.

2. Immediately press and hold Ω for at least four seconds or until the turn signal lamps flash.

3. After entering the vehicle during a remote start, press POWER ⏻ with the brake pedal applied to start the vehicle and operate as normal.

Remote start will automatically shut off after 20 minutes unless a time extension is done.

When the vehicle starts, the parking lamps will turn on. Remote start run time can be extended.

### Extending Vehicle Run Time

The vehicle run time can also be extended by another 20 minutes, if after 30 seconds and during the first 20 minutes Steps 1 and 2 are repeated while the vehicle is running. This provides a total of 40 minutes.

The remote start can only be extended once.

A maximum of two remote starts, or a single start with an extension, are allowed between ignition cycles using POWER ⏻.

For additional remote starts, turn the vehicle on with the transmitter in the vehicle.

**MJN962**

### Canceling Remote Start

To cancel a remote start, do any of the following:

- Press and hold ⏻ until the parking lamps turn off.
- Turn on the hazard warning flashers.
- Press POWER ⏻ with the brake pedal applied, then press POWER ⏻ again to turn the vehicle off.

### Conditions in Which Remote Start Will Not Work

The remote vehicle start feature will not operate if:

- The RKE transmitter is in the vehicle.
- The ignition is on.
- The hood is not closed.
- The hazard warning flashers are on.
- The electric drive unit coolant temperature is too high.

- Two remote vehicle starts, or a single remote start with an extension, have already been used.
- The vehicle is not in P (Park).

## Door Locks

### ⚠ Warning

Unlocked doors can be dangerous.

- Passengers, especially children, can easily open the doors and fall out of a moving vehicle. The doors can be unlocked and opened while the vehicle is moving. The chance of being thrown out of the vehicle in a crash is increased if the doors are not locked. So, all passengers should wear seat belts properly and the

(Continued)

### Warning (Continued)

doors should be locked whenever the vehicle is driven.

- Young children who get into unlocked vehicles may be unable to get out. A child can be overcome by extreme heat and can suffer permanent injuries or even death from heat stroke. Always lock the vehicle whenever leaving it.
- Outsiders can easily enter through an unlocked door when you slow down or stop the vehicle. Locking the doors can help prevent this from happening.

To lock or unlock the doors from outside the vehicle:

- Use the key in the driver door to lock and unlock the door without the Remote Keyless Entry (RKE) transmitter. The key cylinder is covered with a cap. See "Driver

**MJN963**

Door Key Lock Cylinder Access (In Case of Dead Battery)" later in this section.

- Press ⊟ or ⊟ on the RKE transmitter to lock and unlock the doors.



To lock or unlock the doors from inside the vehicle:

- Press ⊟ or ⊟ on the power door lock switch.
- Pull the door handle. Pulling an interior door handle will unlock the door. Pulling the door handle again unlatches it.

### Keyless Access

The RKE transmitter must be within 1 m (3 ft) of the liftgate or door being opened. Press the button on the door handle to open. See "Keyless Access Operation" in *Remote Keyless Entry (RKE) System Operation* ⇨ 8.

### Driver Door Key Lock Cylinder Access (In Case of Dead Battery)



To access the driver door key lock cylinder:

1. Insert the key into the slot on the bottom of the cap.

2. Lift the key upward to remove the cap.

3. Insert the key into the cylinder and turn to unlock.



To replace the cap:

1. Position the bottom edge of the cap under the lower edge of the metal piece (2). The tabs (3) attach to the metal piece (2) at the positions (1).

**MJN964**



2.  Rotate the cap upward and install into place.

3.  Check that the cap is secure.

### Free-Turning Locks

The door key lock cylinder turns freely when either the wrong key is used, or the correct key is not fully inserted. The free-turning door lock feature prevents the lock from being forced open. To reset the lock, turn it to the vertical position with the correct key fully inserted. Remove the key and insert it again. If this does not reset the lock, turn the key halfway around in the cylinder and repeat the reset procedure.

## Power Door Locks



🔓 : Press to unlock the doors.

🔒 : Press to lock the doors.

Locking and unlocking the doors will also unlock the liftgate. See *Liftgate* ⇨ *21*.

## Delayed Locking

This feature delays the actual locking of the doors until five seconds after all doors are closed.

Delayed locking can only be turned on when the Unlocked Door Anti Lockout feature has been turned off.

Press 🔒 on the power door lock switch with the door open.

The doors will then lock automatically five seconds after all doors are closed. If a door is reopened before five seconds have elapsed, the five-second timer will reset once all the doors are closed again.

Press 🔒 on the door lock switch again or press 🔒 on the RKE transmitter to override this feature and lock the doors immediately.

Delayed locking can be programmed. See *Vehicle Personalization* ⇨ *123*.

## Automatic Door Locks

The doors will lock automatically when all doors are closed, the vehicle is on, and the shift lever is out of P (Park).

**MJN965**

If a vehicle door is unlocked and then opened and closed, the doors will lock either when your foot is removed from the brake or the vehicle speed becomes faster than 13 km/h (8 mph).

To unlock the doors:

- Press 🔓 on a door.
- Shift the vehicle into P (Park).

Automatic door unlocking can be programmed. See *Vehicle Personalization* ⇨ *123*.

## Lockout Protection

If the vehicle is on or in Service Mode and the power door lock switch is pressed with the driver door open, all the doors will lock and only the driver door will unlock.

If the vehicle is off and locking is requested while a door is open, when all doors are closed the vehicle will check for RKE transmitters inside. If an RKE transmitter is detected and the number of RKE transmitters inside

has not reduced, the driver door will unlock and the horn will chirp three times.

Lockout Protection can be manually overridden with the driver door open by pressing and holding 🔒 on the power door lock switch.

If Unlocked Door Anti Lockout is turned on and the vehicle is off, the driver door is open, and locking is requested, all the doors will lock and only the driver door will unlock. The Unlocked Door Anti Lockout feature can be turned on or off. See *Vehicle Personalization* ⇨ *123*.

## Safety Locks



If equipped, the safety lock is on the inside edge of the rear doors. To use the safety lock:

1. Move the lever forward to the lock position.

2. Close the door.

3. Do the same for the other rear door.

**MJN966**

To open a rear door when the safety lock is on:

1. Unlock the door by using the inside handle, the power door lock switch, or the Remote Keyless Entry (RKE) transmitter.

2. Open the door from the outside.

When the safety lock is enabled, adults and older children will not be able to open the rear door from the inside. Cancel the safety locks to enable the doors to open from the inside.

To cancel the safety lock:

1. Unlock the door and open it from the outside.

2. Move the lever rearward to unlock. Do the same for the other door.

# Doors

## Liftgate

| Caution |
| --- |
| To avoid damage to the liftgate or liftgate glass, make sure the area above and behind the liftgate is clear before opening it. |

To lock or unlock the liftgate from the outside, press 🔓 or 🔒 on the RKE transmitter.



To lock or unlock the liftgate from the inside, press 🔓 or 🔒.



To open the liftgate, press the touch pad and lift up.

When closing the liftgate, use the pull cup.

### Keyless Liftgate Opening

Press the touch pad on the underside of the liftgate glass and lift up to open if the RKE transmitter is within 1 m (3 ft) and the doors are locked. If the doors are unlocked, the transmitter is not required to open the liftgate.

**MJN967**

# Vehicle Security

This vehicle has theft-deterrent features; however, they do not make the vehicle impossible to steal.

## Vehicle Alarm System

This vehicle has an anti-theft alarm system.

### Arming the Alarm System

1. Close the liftgate, then turn off the vehicle.

2. Lock the vehicle in one of three ways:

   ● Use the RKE transmitter.

   ● Use the Keyless Access system.

   ● With a door open, press the inside 🔒.

3. After 30 seconds the alarm system will arm. Pressing 🔒 on the RKE transmitter a second time will bypass the 30-second delay and immediately arm the alarm system.

The vehicle alarm system will not arm if the doors are locked with the key.

If the driver door is opened without first unlocking with the RKE transmitter, the horn will chirp and the lights will flash to indicate pre-alarm. If the vehicle is not started, or the door is not unlocked by pressing 🔒 on the RKE transmitter during the 10-second pre-alarm, the alarm will be activated.

If a door or the liftgate is opened without first disarming the system, the turn signals will flash and the horn will sound for about 30 seconds. The alarm system will then re-arm to monitor for the next unauthorized event.

### Disarming the System

Do one of the following to disarm the alarm system or turn off the alarm if it has been activated:

● Press 🔒 on the RKE transmitter.

● Unlock the vehicle using the Keyless Access system.

● Start the vehicle.

To avoid setting off the alarm by accident:

● Lock the vehicle after all occupants have left the vehicle.

● Always unlock a door with the RKE transmitter.

Unlocking the driver door with the key will not disarm the system or turn off the alarm.

### How to Detect a Tamper Condition

If 🔒 is pressed on the RKE transmitter and the horn chirps and the lights flash three times, an alarm occurred previously while the alarm system was armed.

If the alarm has been activated, a message will appear on the DIC.

## Immobilizer

See *Radio Frequency Statement* ⇨ *325*.

**MJN968**

## Immobilizer Operation

This vehicle has a passive theft-deterrent system.

The system does not have to be manually armed or disarmed.

The vehicle is automatically immobilized when the transmitter leaves the vehicle.

The immobilization system is disarmed when POWER⏻ is pressed and a valid transmitter is found in the vehicle.



The security light on the instrument cluster comes on when there is a problem with arming or disarming the theft-deterrent system.

The system has one or more transmitters matched to an immobilizer control unit in the vehicle. Only a correctly matched transmitter will start the vehicle. If the transmitter is damaged, you may not be able to start the vehicle.

When trying to start the vehicle, the security light comes on briefly when the vehicle is turned on.

If the vehicle does not start and the security light stays on, there is a problem with the system. Turn the vehicle off and try again.

If the RKE transmitter appears to be undamaged, try another transmitter, or place the transmitter in the transmitter pocket.

See "Starting the Vehicle with a Low Transmitter Battery" under *Remote Keyless Entry (RKE) System Operation* ⇨ *8.*

If the vehicle does not start with the other transmitter or with the transmitter placed in the transmitter pocket, the vehicle needs service.

See your dealer who can service the theft-deterrent system and have a new transmitter programmed to the vehicle.

Do not leave the transmitter or device that disarms or deactivates the theft-deterrent system in the vehicle.

**MJN969**

# Exterior Mirrors

## Convex Mirrors

⚠ **Warning**

A convex mirror can make things, like other vehicles, look farther away than they really are. If you cut too sharply into the right lane, you could hit a vehicle on the right. Check the inside mirror or glance over your shoulder before changing lanes.

The passenger side mirror is convex shaped. A convex mirror's surface is curved so more can be seen from the driver seat.

# Power Mirrors



To adjust the mirrors:

1. Press ⌷ᵢ or ᵢ⌷ to choose the driver or passenger mirror. An indicator will show the selected mirror.

2. Press the arrows on the control pad to move each mirror in the desired position.

3. Press ⌷ᵢ or ᵢ⌷ again to deselect the mirror.

# Folding Mirrors

### Manual Folding Mirrors

The vehicle has manual folding mirrors. These mirrors can be folded inward to prevent damage when going through an automatic car wash. To fold, pull the mirror toward the vehicle. Push the mirror outward to return it to the original position.

### Turn Signal Indicator

The vehicle may have a turn signal indicator lamp built into the mirror housing. The turn signal lamp flashes when the turn signals or hazard flashers are used.

### Lane Change Alert (LCA)

The vehicle may have LCA. See *Lane Change Alert (LCA)* ⇨ *211*.

### Side Blind Zone Alert

The vehicle may have Side Blind Zone Alert. See *Side Blind Zone Alert (SBZA)* ⇨ *211*.

**MJN970**

## Heated Mirrors

The rear window defogger also heats the outside mirrors, if equipped.

⛟ REAR : Press to heat the outside rearview mirrors. See "Rear Window Defogger" under *Automatic Climate Control System* ⇨ 165.

# Interior Mirrors

## Interior Rearview Mirrors

Adjust the rearview mirror for a clear view of the area behind your vehicle.

Do not spray glass cleaner directly on the mirror. Use a soft towel dampened with water.

## Manual Rearview Mirror

Push the tab forward for daytime use and pull it rearward for nighttime use to avoid glare of the headlamps from behind.

## Automatic Dimming Rearview Mirror

If equipped, automatic dimming reduces the glare of headlamps from behind. The dimming feature comes on when the vehicle is started.

## Rear Camera Mirror

If equipped, this automatic dimming mirror provides a wide angle camera view of the area behind the vehicle.



Pull the tab to turn on the display. Push the tab to turn it off. When off, the mirror is automatic dimming. Adjust the mirror for a clear view of the area behind the vehicle while the display is off.

**MJN971**



Press ✓ to scroll through the adjustment options.

Press |◄ and ►| to adjust the settings using the indicators on the mirror. The indicators will remain visible for five seconds after the last button activation, and the settings will remain saved.

The adjustment options are:



- Brightness



- Zoom



- Tilt



**MJN972**

## {!} **Warning**

The Rear Camera Mirror (RCM) has a limited view. Portions of the road, vehicles, and other objects may not be seen. Do not drive or park the vehicle using only this camera. Objects may appear closer than they are. Check the outside mirrors or glance over your shoulder when making lane changes or merging. Failure to use proper care may result in injury, death, or vehicle damage.

**Troubleshooting**



See your dealer for service if a blue screen and  are displayed in the mirror, and the display shuts off. Also, push the tab as indicated to return to the automatic dimming mode.

The Rear Camera Mirror may not work properly or display a clear image if:

● There is glare from the sun or headlamps. This may obstruct objects from view. If needed, push the tab to turn off the display.

● Dirt, snow, or other debris blocks the camera lens. Clean the lens with a soft damp cloth.

● The camera's mounting on the vehicle has been damaged, and/ or the position or the mounting angle of the camera has changed.

# **MJN973**

# Windows

### ⚠ Warning

Never leave a child, a helpless adult, or a pet alone in a vehicle, especially with the windows closed in warm or hot weather.

They can be overcome by the extreme heat and suffer permanent injuries or even death from heat stroke.



The vehicle aerodynamics are designed to improve electric range performance. This may result in a pulsing sound when either rear window is down and the front windows are up. To reduce the sound, open a front window.

## Power Windows

### ⚠ Warning

Leaving children in a vehicle with the RKE transmitter is dangerous for many reasons; children or others could be badly injured or even killed. They could operate the power windows or other controls or even make the vehicle move. The windows will function with the RKE transmitter in the vehicle and they could be seriously injured or killed if caught in the path of a closing window. Do not leave the RKE transmitter in a vehicle with children.

(Continued)

### Warning  (Continued)

When there are children in the rear seat, use the window lockout switch to prevent unintentional operation of the windows.



Press the switch to open the window. Pull the front of the switch up to close it.

The window switches on the driver door control all windows.

**MJN974**

The power windows only operate with the vehicle on or in Service Mode, or when Retained Accessory Power (RAP) is active.

### Express Window Operation

The driver window has an express feature which allows the window to be lowered or raised without holding the switch. To automatically raise or lower the window, pull the driver window switch up or press it down all the way and release. Stop the window by pressing or pulling the switch in the same direction a second time, or by briefly operating the switch to the first position in either direction. The front and rear passenger windows have express open only.

### Safety Function

This is for vehicles with the express-up feature. If any object is in the path of the window when the express-up feature is active, the window will stop and auto-reverse to a preset position. Weather conditions may cause the window to auto-reverse. The window switch

may be held up to the second position to close the window. The window will return to normal operation once the obstruction or condition is removed.

### Safety Function Override

This is for vehicles with the express-up feature. If the battery on the vehicle has been recharged or disconnected, or is not working, the windows will need to be reprogrammed for the express-up feature to work. Before reprogramming, replace or recharge the vehicle's battery.

To program the driver window:

1. Close all doors with the vehicle on or in Service Mode.

2. Press and hold the power window switch until the window is fully open.

3. Pull the power window switch up until the window is fully closed.

4. Continue holding the switch up for approximately two seconds after the window is completely closed.

### Window Lockout

This feature prevents the rear passenger windows from operating, except from the driver position.



Press  on the driver door to activate the window lockout. The indicator light in the switch will illuminate when activated.

Press again to deactivate the window lockout.

**MJN975**

## Sun Visors



Pull the sun visor down to block glare. Detach the sun visor from the center mount to pivot to the side window or, if equipped, extend along the rod.

### Visor Vanity Mirror

The vehicle may have vanity mirrors and card holders on the back of the sun visors. Swing down the sun visor to expose the vanity mirror.

**MJN976**

# Seats and Restraints

## Head Restraints
Head Restraints ............... 32

## Front Seats
Seat Adjustment ............... 34
Reclining Seatbacks ........... 34
Heated Front Seats ............ 35

## Rear Seats
Rear Seats .................... 37
Rear Seat Armrest ............. 39
Heated Rear Seats ............ 39

## Seat Belts
Seat Belts .................... 40
How to Wear Seat Belts
  Properly ..................... 41
Lap-Shoulder Belt ............. 43
Seat Belt Use During
  Pregnancy ................... 45
Seat Belt Extender ............ 45
Safety System Check .......... 45
Seat Belt Care ................ 46
Replacing Seat Belt System
  Parts after a Crash ........... 46

## Airbag System
Airbag System ................. 47
Where Are the Airbags? ....... 49
When Should an Airbag
  Inflate? ...................... 50
What Makes an Airbag
  Inflate? ...................... 51
How Does an Airbag
  Restrain? .................... 51
What Will You See after an
  Airbag Inflates? .............. 52
Passenger Sensing System ...  53
Servicing the Airbag-Equipped
  Vehicle ...................... 57
Adding Equipment to the
  Airbag-Equipped Vehicle .... 58
Airbag System Check .......... 59
Replacing Airbag System Parts
  after a Crash ................. 59

## Child Restraints
Older Children ................. 59
Infants and Young Children ....  61
Child Restraint Systems ....... 63
Where to Put the Restraint ..... 65
Lower Anchors and Tethers for
  Children (LATCH System) .... 67
Replacing LATCH System Parts
  After a Crash ................. 77

Securing Child Restraints (With
  the Seat Belt in the
  Rear Seat) ................... 77
Securing Child Restraints (With
  the Seat Belt in the
  Front Seat) ................... 79

**MJN977**

# Head Restraints

The vehicle's front and rear seats have adjustable head restraints in the outboard seating positions.

### ⚠ Warning

With head restraints that are not installed and adjusted properly, there is a greater chance that occupants will suffer a neck/ spinal injury in a crash. Do not drive until the head restraints for all occupants are installed and adjusted properly.



Adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head. This position reduces the chance of a neck injury in a crash.

**Front Seats**



The height of the head restraint can be adjusted. To raise or lower the head restraint, press the button located on the side of the head restraint, and pull up or push the head restraint down, and release the button. Pull and push on the head restraint after the button is released to make sure that it is locked in place.

The front seat outboard head restraints are not removable.

**MJN978**

## Rear Seats

The vehicle's rear seats have adjustable head restraints in the outboard seating positions.

The height of the head restraint can be adjusted.

Pull the head restraint up to raise it. Try to move the head restraint to make sure it is locked in place.



To lower the head restraint, press the button on the top of the seatback and push the head restraint down. Try to move the

head restraint after the button is released to make sure it is locked in place.

If installing a child restraint in the rear seat, see "Securing a Child Restraint Designed for the LATCH System" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67.

**Folding the Rear Head Restraint**

The head restraint can be folded rearward to allow for better visibility when the rear seat is unoccupied.



To fold the head restraint, press the button on the side of the head restraint.



The head restraint will fold rearward automatically.

When an occupant or child restraint is in the seat, always return the head restraint to the full upright position. Pull the head restraint up and forward until it locks into place. Push and pull on the head restraint to make sure that it is locked.

Always adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head.

**MJN979**

# Front Seats

## Seat Adjustment

### Manual Seats

⚠ **Warning**

You can lose control of the vehicle if you try to adjust a driver seat while the vehicle is moving. Adjust the driver seat only when the vehicle is not moving.

### Seat Position



To adjust the seat:

1. Pull the handle at the front of the seat.

2. Slide the seat to the desired position and release the handle.

3. Try to move the seat back and forth to be sure it is locked in place.

### Seat Height Adjuster



Move the lever on the outboard side of the seat up or down to manually adjust the seat height.

## Reclining Seatbacks

⚠ **Warning**

If either seatback is not locked, it could move forward in a sudden stop or crash. That could cause injury to the person sitting there. Always push and pull on the seatbacks to be sure they are locked.



To recline the seatback:

1. Lift the lever.

**MJN980**

2. Move the seatback to the desired position, and then release the lever to lock the seatback in place.

3. Push and pull on the seatback to make sure it is locked.

To return the seatback to the upright position:

1. Lift the lever fully without applying pressure to the seatback, and the seatback will return to the upright position.

2. Push and pull on the seatback to make sure it is locked.

⚠ **Warning**

Sitting in a reclined position when the vehicle is in motion can be dangerous. Even when buckled up, the seat belts cannot do their job.

(Continued)

**Warning (Continued)**

The shoulder belt will not be against your body. Instead, it will be in front of you. In a crash, you could go into it, receiving neck or other injuries.

The lap belt could go up over your abdomen. The belt forces would be there, not at your pelvic bones. This could cause serious internal injuries.

For proper protection when the vehicle is in motion, have the seatback upright. Then sit well back in the seat and wear the seat belt properly.



Do not have a seatback reclined if the vehicle is moving.

## Heated Front Seats

⚠ **Warning**

If temperature change or pain to the skin cannot be felt, the seat heater may cause burns. To reduce the risk of burns, use care when using the seat heater, especially for long periods of time. Do not place anything on the seat that insulates against

(Continued)

**MJN981**

### Warning (Continued)

heat, such as a blanket, cushion, cover, or similar item. This may cause the seat heater to overheat. An overheated seat heater may cause a burn or may damage the seat.



If equipped, the heated seat controls are on the infotainment display. To operate, the vehicle must be on.

Touch ⧑ or ⧒ to heat the driver or passenger seat cushion. Indicator lights on the infotainment display show the current setting with three level indicators for high, medium, or low.

Touch the screen once for the highest setting. With each touch of the screen, the heated seat will change to the next lower setting, and then to the off setting. The lights indicate three for the highest setting and one for the lowest.

The passenger seat may take longer to heat up.

### Auto Heated Seats

When the vehicle is on, this feature will automatically activate the heated seats at the level required by the vehicle's interior temperature. In auto mode, the indicators automatically show the level setting required.

Use the manual heated seat buttons to turn auto heated seats off. Once this feature is turned off, the auto heated seats will be activated the next time the vehicle is started. In manual mode, the controls can be accessed while the vehicle is on by touching ⧑ or ⧒.

If the passenger seat is unoccupied, the auto heated seats feature will not activate that seat.

The auto heated seats feature can be programmed to always be enabled when the vehicle is on. See *Vehicle Personalization* ⇨ *123*.

### Remote Start Heated Seats

When it is cold outside, the heated seats can be turned on automatically during a remote vehicle start.

**MJN982**

The heated seats will be canceled when the vehicle is started. If the auto heated seats are enabled in vehicle personalization, the seat heating level will automatically change to the level required by the vehicle's interior temperature when the vehicle is on.

The temperature performance of an unoccupied seat may be reduced. This is normal.

The heated seats will not turn on during a remote start unless the heated seat feature is enabled. See *Vehicle Personalization* ⇨ *123*.

# Rear Seats

## Rear Seat Reminder

If equipped, the message REAR SEAT REMINDER LOOK IN REAR SEAT displays under certain conditions indicating there may be an item or passenger in the rear seat. Check before exiting the vehicle.

This feature will activate when a second row door is opened while the vehicle is on or up to 10 minutes before the vehicle is turned on. There will be an alert when the vehicle is turned off. The alert does not directly detect objects in the rear seat; instead, under certain conditions, it detects when a rear door is opened and closed, indicating that there may be something in the rear seat.

The feature is active only once each time the vehicle is turned on and off, and will require reactivation by opening and closing the second row

doors. There may be an alert even when there is nothing in the rear seat; for example, if a child entered the vehicle through the rear door and left the vehicle without the vehicle being shut off.

The feature can be turned on or off. See *Vehicle Personalization* ⇨ *123*.

## Folding the Seatback

Either side of the seatback can be folded down for more cargo space. Fold a seatback only when the vehicle is not moving.

| Caution |
| --- |
| Folding a rear seat with the seat belts still fastened may cause damage to the seat or the seat belts. Always unbuckle the seat belts and return them to their normal stowed position before folding a rear seat. |

**MJN983**

To fold the seatback down:



1. Make sure the seat belt is in the retainer hook.



2. Pull the lever on top of the seatback to unlock the seatback.

   A red indicator near the seatback lever is exposed when the seatback is unlocked.

3. Fold the seatback down.

   Repeat Steps 1–3 for the other seatback, if desired.

### Raising the Seatback

> **⚠ Warning**
>
> If either seatback is not locked, it could move forward in a sudden stop or crash. That could cause injury to the person sitting there. Always push and pull on the seatbacks to be sure they are locked.

> **⚠ Warning**
>
> A seat belt that is improperly routed, not properly attached, or twisted will not provide the protection needed in a crash. The person wearing the belt could be seriously injured. After raising the rear seatback, always check to be sure that the seat belts are properly routed and attached, and are not twisted.

To raise a seatback:

1. Lift the seatback up and push it rearward to lock it in place. Make sure the seat belt is in the retainer hook and is not twisted or caught in the seatback.

   A tab near the seatback lever retracts when the seatback is locked in place.

**MJN984**

The center rear seat belt may lock when you raise the seatback. If this happens, let the belt go back all the way and start again.

2. Push and pull the top of the seatback to be sure it is locked into position.

3. Repeat Steps 1 and 2 for the other seatback, if necessary.

When the seat is not in use, it should be kept in the upright, locked position.

## Rear Seat Armrest



The rear seat has an armrest in the center of the seatback. Lower the armrest to access the two cupholders.

To fold, lift the armrest up and push it rearward until it is flush with the seatback.

## Heated Rear Seats

| ⚠ **Warning** |
| --- |
| If temperature change or pain to the skin cannot be felt, the seat heater may cause burns. See the Warning under *Heated Front Seats* ⇨ *35*. |



If equipped, the rear heated seat buttons are on the rear doors.

Press ⊌ or ⊌ to heat the left outboard or right outboard seat cushion.

# MJN985

# Seat Belts

This section describes how to use seat belts properly, and some things not to do.

{ **⚠ Warning** }

Do not let anyone ride where a seat belt cannot be worn properly. In a crash, if you or your passenger(s) are not wearing seat belts, injuries can be much worse than if you are wearing seat belts. You can be seriously injured or killed by hitting things inside the vehicle harder or by being ejected from the vehicle. In addition, anyone who is not buckled up can strike other passengers in the vehicle.

It is extremely dangerous to ride in a cargo area, inside or outside of a vehicle. In a collision, passengers riding in these areas are more likely to be seriously injured or killed. Do not allow

*(Continued)*

{ **Warning (Continued)** }

passengers to ride in any area of the vehicle that is not equipped with seats and seat belts.

Always wear a seat belt, and check that all passenger(s) are restrained properly too.

This vehicle has indicators as a reminder to buckle the seat belts. See *Seat Belt Reminders* ⇨ *101*.

## Why Seat Belts Work



When riding in a vehicle, you travel as fast as the vehicle does. If the vehicle stops suddenly, you keep going until something stops you. It could be the windshield, the instrument panel, or the seat belts!

When you wear a seat belt, you and the vehicle slow down together. There is more time to stop because you stop over a longer distance and, when worn properly, your strongest bones take the forces from the seat belts. That is why wearing seat belts makes such good sense.

## Questions and Answers About Seat Belts

**Q:** **Will I be trapped in the vehicle after a crash if I am wearing a seat belt?**

**A:** You *could* be — whether you are wearing a seat belt or not. Your chance of being conscious during and after a crash, so you *can* unbuckle and get out, is *much* greater if you are belted.

**MJN986**

**Q:  If my vehicle has airbags, why should I have to wear seat belts?**

**A:**  Airbags are supplemental systems only. They work *with* seat belts — not instead of them. Whether or not an airbag is provided, all occupants still have to buckle up to get the most protection.

Also, in nearly all states and in all Canadian provinces, the law requires wearing seat belts.

## How to Wear Seat Belts Properly

Follow these rules for everyone's protection.

There are additional things to know about seat belts and children, including smaller children and infants. If a child will be riding in the vehicle, see *Older Children* ⇨ *59* or *Infants and Young Children* ⇨ *61*. Review and follow the rules for children in addition to the following rules.

It is very important for all occupants to buckle up. Statistics show that unbelted people are hurt more often in crashes than those who are wearing seat belts.

There are important things to know about wearing a seat belt properly.



- Sit up straight and always keep your feet on the floor in front of you (if possible).
- Always use the correct buckle for your seating position.
- Wear the lap part of the belt low and snug on the hips, just touching the thighs. In a crash,

this applies force to the strong pelvic bones and you would be less likely to slide under the lap belt. If you slid under it, the belt would apply force on your abdomen. This could cause serious or even fatal injuries.

- Wear the shoulder belt over the shoulder and across the chest. These parts of the body are best able to take belt restraining forces. The shoulder belt locks if there is a sudden stop or crash.

⚠ **Warning**

You can be seriously injured, or even killed, by not wearing your seat belt properly.

**MJN987**







Always use the correct buckle for your seating position.







Never allow the lap or shoulder belt to become loose or twisted.

Never wear the shoulder belt under both arms or behind your back.

Never route the lap or shoulder belt over an armrest.

**MJN988**

⚠ **Warning**

The seat belt can be pinched if it is routed under plastic trim on the seat, such as trim around the rear seatback folding handle or side airbag. In a crash, pinched seat belts might not be able to provide adequate protection. Never allow seat belts to be routed under plastic trim pieces.

## Lap-Shoulder Belt

All seating positions in the vehicle have a lap-shoulder belt.

The following instructions explain how to wear a lap-shoulder belt properly.

1. Adjust the seat, if the seat is adjustable, so you can sit up straight. To see how, see "Seats" in the Index.



2. Pick up the latch plate and pull the belt across you. Do not let it get twisted.

   The lap-shoulder belt may lock if you pull the belt across you very quickly. If this happens, let the belt go back slightly to unlock it. Then pull the belt across you more slowly.

   If the shoulder portion of a passenger belt is pulled out all the way, the child restraint locking feature may be engaged. See *Child Restraint Systems* ⇨ *63*. If this occurs, let the belt go back all the way and start again. If the locking

feature stays engaged after letting the belt go back to stowed position on the seat, move the seat rearward or recline the seat until the shoulder belt retractor lock releases.

Engaging the child restraint locking feature in the front outboard seating position may affect the passenger sensing system. See *Passenger Sensing System* ⇨ *53*.



3. Push the latch plate into the buckle until it clicks.

**MJN989**

Pull up on the latch plate to make sure it is secure. If the belt is not long enough, see *Seat Belt Extender ⇨ 45.*

Position the release button on the buckle so that the seat belt could be quickly unbuckled if necessary.



4. To make the lap part tight, pull up on the shoulder belt.



To unlatch the belt, push the button on the buckle. The belt should return to its stowed position.

Always stow the seat belt slowly. If the seat belt webbing returns quickly to the stowed position, the retractor may lock and cannot be pulled out. If this happens, pull the seat belt straight out firmly to unlock the webbing, and then release it. If the webbing is still locked in the retractor, see your dealer.

Before a door is closed, be sure the belt is out of the way. If a door is slammed against a seat belt, damage can occur to both the seat belt and the vehicle.

### Seat Belt Pretensioners

This vehicle has seat belt pretensioners for the front outboard occupants. Although the seat belt pretensioners cannot be seen, they are part of the seat belt assembly. They can help tighten the seat belts during the early stages of a moderate to severe frontal, near frontal, or rear crash if the threshold conditions for pretensioner activation are met. Seat belt pretensioners can also help tighten the seat belts in a side crash or a rollover event.

Pretensioners work only once. If the pretensioners activate in a crash, the pretensioners and probably other parts of the vehicle's seat belt system will need to be replaced. See *Replacing Seat Belt System Parts after a Crash ⇨ 46.*

Do not sit on the outboard seat belt while entering or exiting the vehicle or at any time while sitting in the seat. Sitting on the seat belt can damage the webbing and hardware.

# MJN990

### Rear Seat Belt Comfort Guides

Rear seat belt comfort guides may provide added seat belt comfort for older children who have outgrown booster seats and for some adults. When installed on a shoulder belt, the comfort guide positions the shoulder belt away from the neck and head.

Comfort guides are available through your dealer for the rear outboard seating positions. Instructions are included with the guides.

## Seat Belt Use During Pregnancy

Seat belts work for everyone, including pregnant women. Like all occupants, they are more likely to be seriously injured if they do not wear seat belts.



A pregnant woman should wear a lap-shoulder belt, and the lap portion should be worn as low as possible, below the rounding, throughout the pregnancy.

The best way to protect the fetus is to protect the mother. When a seat belt is worn properly, it is more likely that the fetus will not be hurt in a crash. For pregnant women, as for anyone, the key to making seat belts effective is wearing them properly.

## Seat Belt Extender

If the vehicle's seat belt will fasten around you, you should use it.

But if a seat belt is not long enough, your dealer will order you an extender. When you go in to order it, take the heaviest coat you will wear, so the extender will be long enough for you. To help avoid personal injury, do not let someone else use it, and use it only for the seat it is made to fit. The extender has been designed for adults. Never use it for securing child restraints. For more information on the proper use and fit of seat belt extenders see the instruction sheet that comes with the extender.

## Safety System Check

Periodically check the seat belt reminder, seat belts, buckles, latch plates, retractors, shoulder belt height adjusters (if equipped), and seat belt anchorages to make sure they are all in working order. Look for any other loose or damaged seat belt system parts that might keep a

**MJN991**

seat belt system from performing properly. See your dealer to have it repaired. Torn, frayed, or twisted seat belts may not protect you in a crash. Torn or frayed seat belts can rip apart under impact forces. If a belt is torn or frayed, have it replaced immediately. If a belt is twisted, it may be possible to untwist by reversing the latch plate on the webbing. If the twist cannot be corrected, ask your dealer to fix it.

Make sure the seat belt reminder light is working. See *Seat Belt Reminders* ⇨ *101*.

Keep seat belts clean and dry. See *Seat Belt Care* ⇨ *46*.

## Seat Belt Care

Keep belts clean and dry.

Seat belts should be properly cared for and maintained.

Seat belt hardware should be kept dry and free of dust or debris. As necessary, exterior hard surfaces and seat belt webbing may be lightly cleaned with mild soap and water. Ensure there is not excessive dust or debris in the mechanism. If dust or debris exists in the system please see the dealer. Parts may need to be replaced to ensure proper functionality of the system.

### ⚠ Warning

Do not bleach or dye seat belt webbing. It may severely weaken the webbing. In a crash, they might not be able to provide adequate protection. Clean and rinse seat belt webbing only with mild soap and lukewarm water. Allow the webbing to dry.

## Replacing Seat Belt System Parts after a Crash

### ⚠ Warning

A crash can damage the seat belt system in the vehicle. A damaged seat belt system may not properly protect the person using it, resulting in serious injury or even death in a crash. To help make sure the seat belt systems are working properly after a crash, have them inspected and any necessary replacements made as soon as possible.

**MJN992**

After a minor crash, replacement of seat belts may not be necessary. But the seat belt assemblies that were used during any crash may have been stressed or damaged. See your dealer to have the seat belt assemblies inspected or replaced.

New parts and repairs may be necessary even if the seat belt system was not being used at the time of the crash.

Have the seat belt pretensioners checked if the vehicle has been in a crash, or if the airbag readiness light stays on after you start the vehicle or while you are driving. See *Airbag Readiness Light* ⇨ *102*.

# Airbag System

The vehicle has the following airbags:

- A frontal airbag for the driver
- A frontal airbag for the front outboard passenger
- A knee airbag for the driver
- A knee airbag for the front outboard passenger
- A seat-mounted side impact airbag for the driver
- A seat-mounted side impact airbag for the front outboard passenger
- A roof-rail airbag for the driver and the area directly behind the driver
- A roof-rail airbag for the front outboard passenger and the area directly behind the front outboard passenger

Sedan models may have the following airbags:

- Seat-mounted side impact airbags for the second row outboard passengers

All vehicle airbags have the word AIRBAG on the trim or on a label near the deployment opening.

For frontal airbags, the word AIRBAG is on the center of the steering wheel for the driver and on the instrument panel for the front outboard passenger.

For knee airbags, the word AIRBAG is on the lower part of the instrument panel.

For seat-mounted side impact airbags, the word AIRBAG is on the side of the seatback or side of the seat closest to the door.

For roof-rail airbags, the word AIRBAG is on the ceiling or trim.

Airbags are designed to supplement the protection provided by seat belts. Even though today's airbags are also designed to help reduce the risk of injury from the force of an inflating bag, all airbags must inflate very quickly to do their job.

**MJN993**

Here are the most important things to know about the airbag system:

### ⚠ Warning

You can be severely injured or killed in a crash if you are not wearing your seat belt, even with airbags. Airbags are designed to work with seat belts, not replace them. Also, airbags are not designed to inflate in every crash. In some crashes seat belts are the only restraint. See *When Should an Airbag Inflate?* ⇨ 50.

Wearing your seat belt during a crash helps reduce your chance of hitting things inside the vehicle or being ejected from it. Airbags are "supplemental restraints" to the seat belts. Everyone in the vehicle should wear a seat belt properly, whether or not there is an airbag for that person.

### ⚠ Warning

Because airbags inflate with great force and faster than the blink of an eye, anyone who is up against, or very close to, any airbag when it inflates can be seriously injured or killed. Do not sit unnecessarily close to any airbag, as you would be if sitting on the edge of the seat or leaning forward. Seat belts help keep you in position before and during a crash. Always wear a seat belt, even with airbags. The driver should sit as far back as possible while still maintaining control of the vehicle. The seat belts and the front outboard passenger airbags are most effective when you are sitting well back and upright in the seat with both feet on the floor.

(Continued)

### Warning (Continued)

Occupants should not lean on or sleep against the door or side windows in seating positions with seat-mounted side impact airbags and/or roof-rail airbags.

### ⚠ Warning

Children who are up against, or very close to, any airbag when it inflates can be seriously injured or killed. Always secure children properly in the vehicle. To read how, see *Older Children* ⇨ 59 or *Infants and Young Children* ⇨ 61.



**MJN994**

There is an airbag readiness light on the instrument cluster, which shows the airbag symbol. The system checks the airbag electrical system for malfunctions. The light tells you if there is an electrical problem. See *Airbag Readiness Light ⇨ 102* for more information.

## Where Are the Airbags?



The driver frontal airbag is in the center of the steering wheel.

The front outboard passenger frontal airbag is in the passenger side instrument panel.



The driver knee airbag is below the steering column. The front outboard passenger knee airbag is below the glove box.



**Driver Side Shown, Passenger Side Similar**

The driver and front outboard passenger seat-mounted side impact airbags are in the side of the seatbacks closest to the door.

The roof-rail airbags for the driver, front outboard passenger, and second row outboard passengers are in the ceiling above the side windows.

**MJN995**



**Rear Seat Driver Side Shown, Passenger Side Similar**

On vehicles with second row seat-mounted side impact airbags, they are in the sides of the seatback closest to the door.

### ⚠ Warning

If something is between an occupant and an airbag, the airbag might not inflate properly or it might force the object into that person causing severe injury or even death. The path of an

(Continued)

### Warning (Continued)

inflating airbag must be kept clear. Do not put anything between an occupant and an airbag, and do not attach or put anything on the steering wheel hub or on or near any other airbag covering.

Do not use seat accessories that block the inflation path of a seat-mounted side impact airbag.

Never secure anything to the roof of a vehicle with roof-rail airbags by routing a rope or tie-down through any door or window opening. If you do, the path of an inflating roof-rail airbag will be blocked.

## When Should an Airbag Inflate?

This vehicle is equipped with airbags. Airbags are designed to inflate if the impact exceeds the specific airbag system's deployment

threshold. Deployment thresholds are used to predict how severe a crash is likely to be in time for the airbags to inflate and help restrain the occupants. The vehicle has electronic sensors that help the airbag system determine the severity of the impact. Deployment thresholds can vary with specific vehicle design.

Frontal airbags are designed to inflate in moderate to severe frontal or near frontal crashes to help reduce the potential for severe injuries, mainly to the driver's or front outboard passenger's head and chest.

Whether the frontal airbags will or should inflate is not based primarily on how fast the vehicle is traveling. It depends on what is hit, the direction of the impact, and how quickly the vehicle slows down.

Frontal airbags may inflate at different crash speeds depending on whether the vehicle hits an object straight on or at an angle, and

**MJN996**

whether the object is fixed or moving, rigid or deformable, narrow or wide.

Frontal airbags are not intended to inflate during vehicle rollovers, rear impacts, or in many side impacts.

In addition, the vehicle has advanced technology frontal airbags. Advanced technology frontal airbags adjust the restraint according to crash severity.

Knee airbags are designed to inflate in moderate to severe frontal or near frontal impacts. Knee airbags are not designed to inflate during vehicle rollovers, in rear impacts, or in many side impacts.

Seat-mounted side impact airbags are designed to inflate in moderate to severe side crashes depending on the location of the impact. Seat-mounted side impact airbags are not designed to inflate in frontal impacts, near frontal impacts, rollovers, or rear impacts. A seat-mounted side impact airbag is designed to inflate on the side of the vehicle that is struck.

Roof-rail airbags are designed to inflate in moderate to severe side crashes depending on the location of the impact. In addition, these roof-rail airbags are designed to inflate during a rollover or in a severe frontal impact. Roof-rail airbags are not designed to inflate in rear impacts. Both roof-rail airbags will inflate when either side of the vehicle is struck or if the sensing system predicts that the vehicle is about to roll over on its side, or in a severe frontal impact.

In any particular crash, no one can say whether an airbag should have inflated simply because of the vehicle damage or repair costs.

## What Makes an Airbag Inflate?

In a deployment event, the sensing system sends an electrical signal triggering a release of gas from the inflator. Gas from the inflator fills the airbag causing the bag to break out of the cover. The inflator, the airbag, and related hardware are all part of the airbag module.

For airbag locations, see *Where Are the Airbags?* ⇨ *49*.

## How Does an Airbag Restrain?

In moderate to severe frontal or near frontal collisions, even belted occupants can contact the steering wheel or the instrument panel. In moderate to severe side collisions, even belted occupants can contact the inside of the vehicle.

Airbags supplement the protection provided by seat belts by distributing the force of the impact more evenly over the occupant's body.

Rollover capable roof-rail airbags are designed to help contain the head and chest of occupants in the outboard seating positions in the first and second rows. The rollover capable roof-rail airbags are designed to help reduce the risk of full or partial ejection in rollover events, although no system can prevent all such ejections.

**MJN997**

But airbags would not help in many types of collisions, primarily because the occupant's motion is not toward those airbags. See *When Should an Airbag Inflate?* ⇨ 50.

Airbags should never be regarded as anything more than a supplement to seat belts.

## What Will You See after an Airbag Inflates?

After the frontal, knee, and seat-mounted side impact airbags inflate, they quickly deflate, so quickly that some people may not even realize the airbags inflated. Roof-rail airbags may still be at least partially inflated for some time after they inflate. Some components of the airbag module may be hot for several minutes. For location of the airbags, see *Where Are the Airbags?* ⇨ 49.

The parts of the airbag that come into contact with you may be warm, but not too hot to touch. There may be some smoke and dust coming from the vents in the deflated airbags. Airbag inflation does not prevent the driver from seeing out of the windshield or being able to steer the vehicle, nor does it prevent people from leaving the vehicle.

### ⚠ Warning

When an airbag inflates, there may be dust in the air. This dust could cause breathing problems for people with a history of asthma or other breathing trouble. To avoid this, everyone in the vehicle should get out as soon as it is safe to do so. If you have breathing problems but cannot get out of the vehicle after an airbag inflates, then get fresh air by opening a window or a door. If you experience breathing problems following an airbag deployment, you should seek medical attention.

The vehicle has a feature that may automatically unlock the doors, turn on the interior lamps and hazard warning flashers after the airbags inflate. The feature may also activate, without airbag inflation, after an event that exceeds a predetermined threshold. After turning the ignition off and then on again, the doors can be locked, the interior lamps can be turned off, and the hazard warning flashers can be turned off using the controls for those features. If any of these systems are damaged in the crash they may not operate as normal.

### ⚠ Warning

A crash severe enough to inflate the airbags may have also damaged important functions in the vehicle, such as the brake and steering systems, etc. Even if the vehicle appears to be drivable after a moderate crash, there may be concealed damage that could make it difficult to safely operate the vehicle.

Use caution if attempting to restart the vehicle after a crash has occurred.

**MJN998**

If an airbag inflates or the vehicle has been in a crash, the sensing system may shut down the high voltage system. When this occurs, the high voltage battery is disconnected and the vehicle will not start. Before the vehicle can be operated again, it must be serviced at your dealer.

In many crashes severe enough to inflate the airbag, windshields are broken by vehicle deformation. Additional windshield breakage may also occur from the front outboard passenger airbag.

● Airbags are designed to inflate only once. After an airbag inflates, you will need some new parts for the airbag system. If you do not get them, the airbag system will not be there to help protect you in another crash. A new system will include airbag modules and possibly other parts. The service manual for the vehicle covers the need to replace other parts.

● The vehicle has a crash sensing and diagnostic module which records information after a crash. See *Vehicle Data Recording and Privacy* ⇨ *327* and *Event Data Recorders* ⇨ *327*.

● Let only qualified technicians work on the airbag systems. Improper service can mean that an airbag system will not work properly. See your dealer for service.

## Passenger Sensing System

The vehicle has a passenger sensing system for the front outboard passenger position. The passenger airbag status indicator will light on the overhead console when the vehicle is started.



**United States**



**Canada**

The words ON and OFF, or the symbols for on and off, will be visible during the system check. When the system check is complete, either the word ON or OFF, or the symbol for on or off, will be visible. See *Passenger Airbag Status Indicator* ⇨ *102*.

The passenger sensing system turns off the front outboard passenger frontal airbag and knee airbag under certain conditions. No other airbag is affected by the passenger sensing system.

**MJN999**

The passenger sensing system works with sensors that are part of the front outboard passenger seat and seat belt. The sensors are designed to detect the presence of a properly seated occupant and determine if the front outboard passenger frontal airbag and knee airbag should be allowed to inflate or not.

According to accident statistics, children are safer when properly secured in a rear seat in the correct child restraint for their weight and size.

Whenever possible, children aged 12 and under should be secured in a rear seating position.

Never put a rear-facing child seat in the front. This is because the risk to the rear-facing child is so great, if the airbag inflates.

{ ⚠ **Warning** }

A child in a rear-facing child restraint can be seriously injured or killed if the passenger frontal airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a forward-facing child restraint can be seriously injured or killed if the passenger frontal airbag inflates and the passenger seat is in a forward position.

Even if the passenger sensing system has turned off the front outboard passenger airbag(s), no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though the airbag(s) are off.

Never put a rear-facing child restraint in the front seat, even if the airbag is off. If securing a forward-facing child restraint in

(Continued)

**Warning (Continued)**

the front outboard passenger seat, always move the seat as far back as it will go. It is better to secure child restraints in the rear seat. Consider using another vehicle to transport the child when a rear seat is not available.

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

The passenger sensing system is designed to turn off the front outboard passenger frontal airbag and knee airbag if:

- The front outboard passenger seat is unoccupied.

- The system determines an infant is present in a child restraint.

- A front outboard passenger takes his/her weight off of the seat for a period of time.

**MJN1000**

- There is a critical problem with the airbag system or the passenger sensing system.

When the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag, the OFF indicator will light and stay lit as a reminder that the airbags are off. See *Passenger Airbag Status Indicator* ⇨ *102*.

The passenger sensing system is designed to turn on the front outboard passenger frontal airbag and knee airbag anytime the system senses that a person of adult size is sitting properly in the front outboard passenger seat. When the passenger sensing system has allowed the airbags to be enabled, the ON indicator will light and stay lit as a reminder that the airbags are active.

For some children, including children in child restraints, and for very small adults, the passenger sensing system may or may not turn off the front outboard passenger frontal airbag and knee airbag,

depending upon the person's seating posture and body build. Everyone in the vehicle who has outgrown child restraints should wear a seat belt properly — whether or not there is an airbag for that person.

> ⚠ **Warning**
>
> If the airbag readiness light ever comes on and stays on, it means that something may be wrong with the airbag system. To help avoid injury to yourself or others, have the vehicle serviced right away. See *Airbag Readiness Light* ⇨ *102* for more information, including important safety information.

### If the On Indicator Is Lit for a Child Restraint

The passenger sensing system is designed to turn off the front outboard passenger frontal airbag and knee airbag if the system determines that an infant is present

in a child restraint. If a child restraint has been installed and the ON indicator is lit:

1. Turn the vehicle off.

2. Remove the child restraint from the vehicle.

3. Remove any additional items from the seat such as blankets, cushions, seat covers, seat heaters, or seat massagers.

4. Reinstall the child restraint following the directions provided by the child restraint manufacturer and refer to *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ *77* or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ *79*.

   Make sure the seat belt retractor is locked by pulling the shoulder belt all the way out of the retractor when installing the child restraint, even if the child restraint is equipped with a seat belt lock off. When the retractor lock is

**MJN1001**

set, the belt can be tightened but not pulled out of the retractor.

5. If, after reinstalling the child restraint and restarting the vehicle, the ON indicator is still lit, turn the vehicle off. Then slightly recline the vehicle seatback and adjust the seat cushion, if adjustable, to make sure that the vehicle seatback is not pushing the child restraint into the seat cushion. Also make sure the child restraint is not trapped under the vehicle head restraint. If this happens, adjust the head restraint. See *Head Restraints* ⇨ *32*.

6. Restart the vehicle.

The passenger sensing system may or may not turn off the airbags for a child in a child restraint depending upon the child's size. It is better to secure the child restraint in a rear seat. Consider using another vehicle to transport the child when a rear seat is not available. Never put a rear-facing child restraint in the front seat, even if the ON indicator is not lit.

### If the Off Indicator Is Lit for an Adult-Sized Occupant



If a person of adult size is sitting in the front outboard passenger seat, but the OFF indicator is lit, it could be because that person is not sitting properly in the seat or that the child restraint locking feature is engaged. Use the following steps to allow the system to detect that person and enable the front outboard passenger frontal airbag and knee airbag:

1. Turn the vehicle off.

2. Remove any additional material from the seat, such as blankets, cushions, seat covers, seat heaters, or seat massagers.

3. Place the seatback in the fully upright position.

4. Have the person sit upright in the seat, centered on the seat cushion, with legs comfortably extended.

5. If the shoulder portion of the belt is pulled out all the way, the child restraint locking feature will be engaged. This may unintentionally cause the passenger sensing system to turn the airbag off for some adult-sized occupants. If this happens, unbuckle the belt and let the belt go back all the way, and then buckle the belt again without pulling the belt out all the way.

**MJN1002**

6. Restart the vehicle and have the person remain in this position for two to three minutes after the ON indicator is lit.

### ⚠ Warning

If the front outboard passenger airbag is turned off for an adult-sized occupant, the airbag will not be able to inflate and help protect that person in a crash, resulting in an increased risk of serious injury or even death. An adult-sized occupant should not ride in the front outboard passenger seat, if the passenger airbag OFF indicator is lit.

### Additional Factors Affecting System Operation

Seat belts help keep the passenger in position on the seat during vehicle maneuvers and braking, which helps the passenger sensing system maintain the passenger airbag status. See "Seat Belts" and "Child Restraints" in the Index for additional information about the importance of proper restraint use.

A thick layer of additional material, such as a blanket or cushion, or aftermarket equipment such as seat covers, seat heaters, and seat massagers can affect how well the passenger sensing system operates. We recommend that you not use seat covers or other aftermarket equipment except when approved by GM for your specific vehicle. See *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ *58* for more information about modifications that can affect how the system operates.

The ON indicator may be lit if an object, such as a briefcase, handbag, grocery bag, laptop, or other electronic device is put on an unoccupied seat. If this is not desired, remove the object from the seat.

### ⚠ Warning

Stowing articles under the passenger seat or between the passenger seat cushion and seatback may interfere with the proper operation of the passenger sensing system.

## Servicing the Airbag-Equipped Vehicle

Airbags affect how the vehicle should be serviced. There are parts of the airbag system in several places around the vehicle. Your dealer and the service manual have information about servicing the vehicle and the airbag system. To purchase a service manual, see *Publication Ordering Information* ⇨ *324*.

**MJN1003**

### ⚠ Warning

For up to 10 seconds after the vehicle is turned off and the 12-volt battery is disconnected, an airbag can still inflate during improper service. You can be injured if you are close to an airbag when it inflates. Avoid yellow connectors. They are probably part of the airbag system. Be sure to follow proper service procedures, and make sure the person performing work for you is qualified to do so.

## Adding Equipment to the Airbag-Equipped Vehicle

Adding accessories that change the vehicle's frame, bumper system, height, front end, or side sheet metal may keep the airbag system from working properly.

The operation of the airbag system can also be affected by changing, including improperly repairing or replacing, any parts of the following:

- Airbag system, including airbag modules, front or side impact sensors, sensing and diagnostic module, or airbag wiring
- Front seats, including stitching, seams or zippers
- Seat belts
- Steering wheel, instrument panel, overhead console, ceiling trim, or pillar garnish trim
- Inner door seals, including speakers

Your dealer and the service manual have information about the location of the airbag modules and sensors, sensing and diagnostic module, and airbag wiring along with the proper replacement procedures.

In addition, the vehicle has a passenger sensing system for the front outboard passenger position, which includes sensors that are part of the passenger seat. The passenger sensing system may not operate properly if the original seat trim is replaced with non-GM covers, upholstery, or trim; or with GM covers, upholstery, or trim designed for a different vehicle. Any object, such as an aftermarket seat heater or a comfort-enhancing pad or device, installed under or on top of the seat fabric, could also interfere with the operation of the passenger sensing system. This could either prevent proper deployment of the passenger airbag(s) or prevent the passenger sensing system from properly turning off the passenger airbag(s). See *Passenger Sensing System* ⇨ *53*.

If the vehicle has rollover roof-rail airbags, see *Different Size Tires and Wheels* ⇨ *276* for additional important information.

If the vehicle must be modified because you have a disability and have questions about whether the modifications will affect the vehicle's airbag system, or if you have questions about whether the airbag system will be affected if the vehicle is modified for any other reason, call Customer Assistance. See *Customer Assistance Offices* ⇨ *317*.

**MJN1004**

## Airbag System Check

The airbag system does not need regularly scheduled maintenance or replacement. Make sure the airbag readiness light is working. See *Airbag Readiness Light* ⇨ *102*.

| Caution |
|---|
| If an airbag covering is damaged, opened, or broken, the airbag may not work properly. Do not open or break the airbag coverings. If there are any opened or broken airbag coverings, have the airbag covering and/or airbag module replaced. For the location of the airbags, see *Where Are the Airbags?* ⇨ *49*. See your dealer for service. |

## Replacing Airbag System Parts after a Crash

| ⚠ Warning |
|---|
| A crash can damage the airbag systems in the vehicle. A damaged airbag system may not properly protect you and your passenger(s) in a crash, resulting in serious injury or even death. To help make sure the airbag systems are working properly after a crash, have them inspected and any necessary replacements made as soon as possible. |

If an airbag inflates, you will need to replace airbag system parts. See your dealer for service.

If the airbag readiness light stays on after the vehicle is started or comes on when you are driving, the airbag system may not work properly. Have the vehicle serviced right away. See *Airbag Readiness Light* ⇨ *102*.

# Child Restraints

## Older Children



Older children who have outgrown booster seats should wear the vehicle's seat belts.

The manufacturer instructions that come with the booster seat state the weight and height limitations for that booster. Use a booster seat with a lap-shoulder belt until the child passes the fit test below:

**MJN1005**

- Sit all the way back on the seat. Do the knees bend at the seat edge? If yes, continue. If no, return to the booster seat.

- Buckle the lap-shoulder belt. Does the shoulder belt rest on the shoulder? If yes, continue. If no, try using the rear seat belt comfort guide, if available. See "Rear Seat Belt Comfort Guides" under *Lap-Shoulder Belt* ⇨ *43*. If a comfort guide is not available, or if the shoulder belt still does not rest on the shoulder, then return to the booster seat.

- Does the lap belt fit low and snug on the hips, touching the thighs? If yes, continue. If no, return to the booster seat.

- Can proper seat belt fit be maintained for the length of the trip? If yes, continue. If no, return to the booster seat.

**Q: What is the proper way to wear seat belts?**

**A:** An older child should wear a lap-shoulder belt and get the additional restraint a shoulder belt can provide. The shoulder belt should not cross the face or neck. The lap belt should fit snugly below the hips, just touching the top of the thighs. This applies belt force to the child's pelvic bones in a crash. It should never be worn over the abdomen, which could cause severe or even fatal internal injuries in a crash.

Also see "Rear Seat Belt Comfort Guides" under *Lap-Shoulder Belt* ⇨ *43*.

According to accident statistics, children are safer when properly restrained in a rear seating position.

In a crash, children who are not buckled up can strike other people who are buckled up, or can be thrown out of the vehicle. Older children need to use seat belts properly.

{ ⚠ **Warning**

Never allow more than one child to wear the same seat belt. The seat belt cannot properly spread the impact forces. In a crash, they can be crushed together and seriously injured. A seat belt must be used by only one person at a time.



**MJN1006**

> { ⚠ **Warning**
>
> Never allow a child to wear the seat belt with the shoulder belt behind their back. A child can be seriously injured by not wearing the lap-shoulder belt properly. In a crash, the child would not be restrained by the shoulder belt. The child could move too far forward increasing the chance of head and neck injury. The child might also slide under the lap belt. The belt force would then be applied right on the abdomen. That could cause serious or fatal injuries. The shoulder belt should go over the shoulder and across the chest.



## Infants and Young Children

Everyone in a vehicle needs protection! This includes infants and all other children. Neither the distance traveled nor the age and size of the traveler changes the need, for everyone, to use safety restraints. In fact, the law in every state in the United States and in every Canadian province says children up to some age must be restrained while in a vehicle.

> { ⚠ **Warning**
>
> Children can be seriously injured or strangled if a shoulder belt is wrapped around their neck. The shoulder belt can tighten but cannot be loosened if it is locked. The shoulder belt locks when it is pulled all the way out of the retractor. It unlocks when the shoulder belt is allowed to go all the way back into the retractor, but it cannot do this if it is wrapped around a child's neck. If the shoulder belt is locked and tightened around a child's neck, the only way to loosen the belt is to cut it.
>
> Never leave children unattended in a vehicle and never allow children to play with the seat belts.

Every time infants and young children ride in vehicles, they should have the protection provided by

**MJN1007**

appropriate child restraints. Neither the vehicle's seat belt system nor its airbag system is designed for them.

Children who are not restrained properly can strike other people, or can be thrown out of the vehicle.

> ⚠ **Warning**
>
> Never hold an infant or a child while riding in a vehicle. Due to crash forces, an infant or a child will become so heavy it is not possible to hold it during a crash. For example, in a crash at only 40 km/h (25 mph), a 5.5 kg (12 lb) infant will suddenly become a 110 kg (240 lb) force on a person's arms. An infant or child should be secured in an appropriate child restraint.



> ⚠ **Warning**
>
> Children who are up against, or very close to, any airbag when it inflates can be seriously injured or killed. Never put a rear-facing child restraint in the front outboard seat. Secure a rear-facing child restraint in a rear seat. It is also better to secure a forward-facing child restraint in a rear seat. If you must secure a forward-facing child restraint in the front outboard seat, always move the front passenger seat as far back as it will go.



Child restraints are devices used to restrain, seat, or position children in the vehicle and are sometimes called child seats or car seats.

**There are three basic types of child restraints:**

- Forward-facing child restraints
- Rear-facing child restraints
- Belt-positioning booster seats

The proper child restraint for your child depends on their size, weight, and age, and also on whether the child restraint is compatible with the vehicle in which it will be used.

**MJN1008**

For each type of child restraint, there are many different models available. When purchasing a child restraint, be sure it is designed to be used in a motor vehicle. If it is, the child restraint will have a label saying that it meets federal motor vehicle safety standards.

The instruction manual that is provided with the child restraint states the weight and height limitations for that particular child restraint. In addition, there are many kinds of child restraints available for children with special needs.

⚠ **Warning**

To reduce the risk of neck and head injury in a crash, infants and toddlers should be secured in a rear-facing child restraint until age two, or until they reach the maximum height and weight limits of their child restraint.

⚠ **Warning**

A young child's hip bones are still so small that the vehicle seat belt may not remain low on the hip bones, as it should. Instead, it may settle up around the child's abdomen. In a crash, the belt would apply force on a body area that is unprotected by any bony structure. This alone could cause serious or fatal injuries. To reduce the risk of serious or fatal injuries during a crash, young children should always be secured in an appropriate child restraint.

## Child Restraint Systems



**Rear-Facing Infant Restraint**

A rear-facing child restraint provides restraint with the seating surface against the back of the infant.

The harness system holds the infant in place and, in a crash, acts to keep the infant positioned in the restraint.

**MJN1009**



### Forward-Facing Child Restraint

A forward-facing child restraint provides restraint for the child's body with the harness.



### Booster Seats

A belt-positioning booster seat is used for children who have outgrown their forward-facing child restraint. Boosters are designed to improve the fit of the vehicle's seat belt system until the child is large enough for the vehicle seat belts to fit properly without a booster seat. See the seat belt fit test in *Older Children* ⇨ 59.

### Securing an Add-On Child Restraint in the Vehicle

> ⚠ **Warning**
>
> A child can be seriously injured or killed in a crash if the child restraint is not properly secured in the vehicle. Secure the child restraint properly in the vehicle using the vehicle seat belt or LATCH system, following the instructions that came with that child restraint and the instructions in this manual.

To help reduce the chance of injury, the child restraint must be secured in the vehicle. Child restraints must be secured in vehicle seats by lap belts or the lap belt portion of a lap-shoulder belt, or by the LATCH system. See *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67 for more information. Children can be endangered in a crash if the child restraint is not properly secured in the vehicle.

**MJN1010**

When securing an add-on child restraint, refer to the following:

1. Instruction labels provided on the child restraint

2. Instruction manual provided with the child restraint

3. This vehicle owner's manual

The child restraint instructions are important, so if they are not available, obtain a replacement copy from the manufacturer.

Keep in mind that an unsecured child restraint can move around in a collision or sudden stop and injure people in the vehicle. Be sure to properly secure any child restraint in the vehicle — even when no child is in it.

In some areas Certified Child Passenger Safety Technicians (CPSTs) are available to inspect and demonstrate how to correctly use and install child restraints. In the U.S., refer to the National Highway Traffic Safety Administration (NHTSA) website to locate the nearest child safety seat inspection station. For CPST availability in Canada, check with Transport Canada or the Provincial Ministry of Transportation office.

### Securing the Child Within the Child Restraint

> ⚠ **Warning**
>
> A child can be seriously injured or killed in a crash if the child is not properly secured in the child restraint. Secure the child properly following the instructions that came with that child restraint.

## Where to Put the Restraint

According to accident statistics, children and infants are safer when properly restrained in an appropriate child restraint secured in a rear seating position.

Whenever possible, children aged 12 and under should be secured in a rear seating position.

Never put a rear-facing child restraint in the front. This is because the risk to the rear-facing child is so great if the airbag deploys.

**MJN1011**

### ⚠ Warning

A child in a rear-facing child restraint can be seriously injured or killed if the front passenger airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a forward-facing child restraint can be seriously injured or killed if the front passenger airbag inflates and the passenger seat is in a forward position.

Even if the passenger sensing system has turned off the front passenger frontal airbag, no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though it is turned off.

(Continued)

### Warning (Continued)

Secure rear-facing child restraints in a rear seat, even if the airbag is off. If you secure a forward-facing child restraint in the front seat, always move the front passenger seat as far back as it will go. It is better to secure the child restraint in a rear seat.

See *Passenger Sensing System* ⇨ 53 for additional information.

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

When securing a child restraint with the seat belts in a rear seat position, study the instructions that came with the child restraint to make sure it is compatible with this vehicle.

Child restraints and booster seats vary considerably in size, and some may fit in certain seating positions better than others.

Depending on where you place the child restraint and the size of the child restraint, you may not be able to access adjacent seat belts or LATCH anchors for additional passengers or child restraints. Adjacent seating positions should not be used if the child restraint prevents access to or interferes with the routing of the seat belt.

**MJN1012**

Wherever a child restraint is installed, be sure to follow the instructions that came with the child restraint and secure the child restraint properly.

Keep in mind that an unsecured child restraint can move around in a collision or sudden stop and injure people in the vehicle. Be sure to properly secure any child restraint in the vehicle — even when no child is in it.

## Lower Anchors and Tethers for Children (LATCH System)

The LATCH system secures a child restraint during driving or in a crash. LATCH attachments on the child restraint are used to attach the child restraint to the anchors in the vehicle. The LATCH system is designed to make installation of a child restraint easier.

In order to use the LATCH system in your vehicle, you need a child restraint that has LATCH attachments. LATCH-compatible rear-facing and forward-facing child seats can be properly installed using either the LATCH anchors or the vehicle's seat belts. Do not use both the seat belts and the LATCH anchorage system to secure a rear-facing or forward-facing child seat.

Booster seats use the vehicle's seat belts to secure the child and the booster seat. If the manufacturer recommends that the booster seat be secured with the LATCH system, this can be done as long as the booster seat can be positioned properly and there is no interference with the proper positioning of the lap-shoulder belt on the child.

Make sure to follow the instructions that came with the child restraint, and also the instructions in this manual.

When installing a child restraint with a top tether, you must also use either the lower anchors or the seat belts to properly secure the child restraint. A child restraint must never be installed using only the top tether and anchor.

For a forward-facing 5-pt harness child restraint where the combined weight of the child and restraint are up to 29.5 kg (65 lb), use either the lower LATCH anchorages with the top tether anchorage, or the seat belt with the top tether anchorage. Where the combined weight of the child and restraint are greater than 29.5 kg (65 lb), use the seat belt with the top tether anchorage only.

**MJN1013**

### Recommended Methods for Attaching Child Restraints

| Restraint Type | Combined Weight of the Child + Child Restraint | Use Only Approved Attachment Methods Shown with an X | | | |
|---|---|---|---|---|---|
| | | **LATCH** – Lower Anchors Only | **Seat Belt Only** | **LATCH** – Lower Anchors and Top Tether Anchor | **Seat Belt and Top Tether Anchor** |
| Rear-Facing Child Restraint | Up to 29.5 kg (65 lb) | X | X | | |
| Rear-Facing Child Restraint | Greater than 29.5 kg (65 lb) | | X | | |
| Forward-Facing Child Restraint | Up to 29.5 kg (65 lb) | | | X | X |
| Forward-Facing Child Restraint | Greater than 29.5 kg (65 lb) | | | | X |

See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 77 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 79.

Child restraints built after March 2014 will be labeled with the specific child weight up to which the LATCH system can be used to install the restraint.

The following explains how to attach a child restraint with these attachments in the vehicle.

Not all vehicle seating positions have lower anchors. In this case, the seat belt must be used (with top tether where available) to secure

the child restraint. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 77 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 79.

**MJN1014**

**Lower Anchors**



Lower anchors (1) are metal bars built into the vehicle. There are two lower anchors for each LATCH seating position that will accommodate a child restraint with lower attachments (2).

**Top Tether Anchor**



A top tether (3, 4) is used to secure the top of the child restraint to the vehicle. A top tether anchor is built into the vehicle. The top tether attachment hook (2) on the child restraint connects to the top tether anchor in the vehicle in order to reduce the forward movement and rotation of the child restraint during driving or in a crash.

The child restraint may have a single tether (3) or a dual tether (4). Either will have a single attachment hook (2) to secure the top tether to the anchor.

Some child restraints with top tether are designed for use with or without the top tether being attached. Others require the top tether always to be attached. In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached. Be sure to read and follow the instructions for your child restraint.

**Lower Anchor and Top Tether Anchor Locations**



**Rear Seat Delete Model**

# MJN1015



**Sedan Models**

 : Seating positions with top tether anchors.

: Seating positions with two lower anchors.

To assist in locating the lower anchors, each seating position with lower anchors has two labels, near the crease between the seatback and the seat cushion.



The outboard lower anchors are behind the vertical openings in the rear seat trim.



To assist in locating the top tether anchors on sedan models, the top tether anchor symbol is on the trim near the anchor.

For sedan models, the top tether anchors are behind the rear seats.



**Sedan Model**

**MJN1016**



**Rear Seat Delete Model**

For rear seat delete models, the top tether anchors (1, 2) are located on the rear floor behind the passenger seat.



To assist in locating the top tether anchors on rear seat delete models, the top tether anchor symbol is near the anchor. The top tether anchors

may be covered. If the top tether anchors are covered, the top tether anchor symbol is on the cover.



Do not attach the top tether to this location. Use only the approved top tether anchors identified previously in this section.

Be sure to use an anchor located directly behind the seating position where the child restraint will be placed.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be attached, or if

the instructions that come with the child restraint say that the top tether must be attached.

According to accident statistics, children and infants are safer when properly restrained in a child restraint system or infant restraint system secured in a rear seating position. See *Where to Put the Restraint* ⇨ *65* for additional information.

**Securing a Child Restraint Designed for the LATCH System**

⚠ **Warning**

A child could be seriously injured or killed in a crash if the child restraint is not properly attached to the vehicle using either the LATCH anchors or the vehicle seat belt. Follow the instructions that came with the child restraint and the instructions in this manual.

**MJN1017**

### ⚠ Warning

To reduce the risk of serious or fatal injuries during a crash, do not attach more than one child restraint to a single anchor. Attaching more than one child restraint to a single anchor could cause the anchor or attachment to come loose or even break during a crash. A child or others could be injured.

### ⚠ Warning

Children can be seriously injured or strangled if a shoulder belt is wrapped around their neck. The shoulder belt can tighten but cannot be loosened if it is locked. The shoulder belt locks when it is pulled all the way out of the retractor. It unlocks when the shoulder belt is allowed to go all the way back into the retractor,

(Continued)

### Warning (Continued)

but it cannot do this if it is wrapped around a child's neck. If the shoulder belt is locked and tightened around a child's neck, the only way to loosen the belt is to cut it.

Buckle any unused seat belts behind the child restraint so children cannot reach them. Pull the shoulder belt all the way out of the retractor to set the lock, and tighten the belt behind the child restraint after the child restraint has been installed.

### Caution

Do not let the LATCH attachments rub against the vehicle's seat belts. This may damage these parts. If necessary, move buckled seat belts to avoid rubbing the LATCH attachments.

(Continued)

### Caution (Continued)

Do not fold the rear seatback when the seat is occupied. Do not fold the empty rear seat with a seat belt buckled. This could damage the seat belt or the seat. Unbuckle and return the seat belt to its stowed position, before folding the seat.

If you need to secure more than one child restraint in the rear seat, see *Where to Put the Restraint* ⇨ 65 for additional information.

**Rear Seat Delete Model**

1. For models without a rear seat, forward-facing child restraints should only be installed in the right front seating position with the seat belt and a top tether. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 77 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 79.

**MJN1018**

If the child restraint manufacturer recommends that the top tether be attached, attach and tighten the top tether to the top tether anchor, if your vehicle has one. Refer to the child restraint instructions and the following steps:

1.1. Find the top tether anchor.

1.2. Route, attach, and tighten the top tether according to your child restraint instructions and the following instructions:



If the position you are using has an adjustable head restraint and you

are using a dual tether, route the tether around the head restraint.



If the position you are using has an adjustable head restraint and you are using a single tether, raise the head restraint and route the tether under the head restraint and in between the head restraint posts.

2. Secure the child restraint in the right front seating position with the vehicle belts. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 77 or

*Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 79.

3. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the belt path and attempt to move it side to side and back and forth. There should be no more than 2.5 cm (1 in) of movement for proper installation.

**Sedan Models**

1. Attach and tighten the lower attachments to the lower anchors. If the child restraint does not have lower attachments or the desired seating position does not have lower anchors, secure the child restraint with the top tether and the seat belt. Refer to the child restraint manufacturer instructions and the instructions in this manual.

**MJN1019**

1.1. Find the lower anchors for the desired seating position.

1.2. Put the child restraint on the seat.

For rear outboard seating positions, if the head restraint interferes with the proper installation of the child restraint, the head restraint may be removed. See "Head Restraint Removal and Reinstallation" at the end of this section.

When installing a rear-facing child restraint, it may be necessary to move the front seat forward to properly install the child restraint per the child restraint manufacturer instructions.

1.3. Attach and tighten the lower attachments on the child restraint to the lower anchors.

2. If the child restraint manufacturer recommends that the top tether be attached, attach and tighten the top tether to the top tether anchor, if equipped. Refer to the child restraint instructions and the following steps:

2.1. Find the top tether anchor.

2.2. Remove the cargo cover before installing the top tether. Place the cargo cover in its original location after installing your child restraint when the head restraint is removed.

2.3. Route, attach, and tighten the top tether according to your child restraint instructions and the following instructions:



If the position you are using does not have a headrest or head restraint and you are using a single tether, route the tether over the seatback.



If the position you are using does not have a headrest or head restraint

**MJN1020**

and you are using a dual tether, route the tether over the seatback.



If the position you are using has an adjustable headrest or head restraint and you are using a dual tether, raise the headrest or head restraint and route the tether under the headrest or head restraint and around the headrest or head restraint posts.



If the position you are using has an adjustable headrest or head restraint and you are using a single tether, raise the headrest or head restraint and route the tether under the headrest or head restraint and in between the headrest or head restraint posts.

3. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the LATCH path and attempt to move it side to side and back and forth. There should

be no more than 2.5 cm (1 in) of movement for proper installation.

**Head Restraint Removal and Reinstallation**

The rear outboard head restraints can be removed if they interfere with the proper installation of the child restraint.

To remove the head restraint:

1. Partially fold the seatback forward. See *Rear Seats* ⇨ *37* for additional information.



# MJN1021

2. Press both buttons on the head restraint posts at the same time, and pull up on the head restraint.

3. Store the head restraint in a secure place.

4. When the child restraint is removed, reinstall the head restraint before the seating position is used.

⚠ **Warning**

With head restraints that are not installed and adjusted properly, there is a greater chance that occupants will suffer a neck/spinal injury in a crash. Do not drive until the head restraints for all occupants are installed and adjusted properly.

To reinstall the head restraint:



1. Partially fold the seatback forward. See *Rear Seats* ⇨ *37*.

2. Insert the head restraint posts into the holes in the top of the seatback. The notches on the posts must face the driver side of the vehicle.

3. Push the head restraint down.

   If necessary, press the height adjustment release button to further lower the head restraint. See *Head Restraints* ⇨ *32*.



4. Return the head restraint to the full upright position if folded. Pull the head restraint up and forward until it locks into place.

5. Try to move the head restraint in all directions to make sure that it is locked in place.

   Always adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head. See *Head Restraints* ⇨ *32*.

**MJN1022**

## Replacing LATCH System Parts After a Crash

### ⚠ Warning

A crash can damage the LATCH system in the vehicle. A damaged LATCH system may not properly secure the child restraint, resulting in serious injury or even death in a crash. To help make sure the LATCH system is working properly after a crash, see your dealer to have the system inspected and any necessary replacements made as soon as possible.

If the vehicle has the LATCH system and it was being used during a crash, new LATCH system parts may be needed.

New parts and repairs may be necessary even if the LATCH system was not being used at the time of the crash.

## Securing Child Restraints (With the Seat Belt in the Rear Seat)

When securing a child restraint in a rear seating position, study the instructions that came with the child restraint to make sure it is compatible with this vehicle.

If the child restraint has the LATCH system, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67 for how and where to install the child restraint using LATCH. If a child restraint is secured in the vehicle using a seat belt and it uses a top tether, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67 for top tether anchor locations.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be anchored, or if the instructions that come with the child restraint say that the top tether must be anchored.

In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached.

If the child restraint or vehicle seat position does not have the LATCH system, you will be using the seat belt to secure the child restraint. Be sure to follow the instructions that came with the child restraint.

If more than one child restraint needs to be installed in the rear seat, be sure to read *Where to Put the Restraint* ⇨ 65.

1. Put the child restraint on the seat.

   If the head restraint interferes with the proper installation of the child restraint, the head restraint may be removed. See "Head Restraint Removal and Reinstallation" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67.

2. Pick up the latch plate, and run the lap and shoulder portions of the vehicle seat belt through

**MJN1023**

or around the restraint. The child restraint instructions will show you how.



3. Push the latch plate into the buckle until it clicks.

   Position the release button on the buckle, away from the child restraint, so that the seat belt could be quickly unbuckled if necessary.



4. Pull the shoulder belt all the way out of the retractor to set the lock. When the retractor lock is set, the belt can be tightened but not pulled out of the retractor.



5. To tighten the belt, push down on the child restraint, pull the shoulder portion of the belt to tighten the lap portion of the belt, and feed the shoulder belt back into the retractor. When installing a forward-facing child restraint, it may be helpful to use your knee to push down on the child restraint as you tighten the belt.

   Try to pull the belt out of the retractor to make sure the retractor is locked. If the retractor is not locked, repeat Steps 4 and 5.

**MJN1024**

6. If the child restraint has a top tether, follow the child restraint manufacturer's instructions regarding the use of the top tether. See *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67.

7. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the seat belt path and attempt to move it side to side and back and forth. When the child restraint is properly installed, there should be no more than 2.5 cm (1 in) of movement.

To remove the child restraint, unbuckle the vehicle seat belt and let it return to the stowed position. If the top tether is attached to a top tether anchor, disconnect it. If the head restraint was removed, reinstall it before the seating position is used. See "Head Restraint Removal and Reinstallation" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67 for additional information on installing the head restraint properly.

## Securing Child Restraints (With the Seat Belt in the Front Seat)

This vehicle has airbags. A rear seat is a safer place to secure a forward-facing child restraint. See *Where to Put the Restraint* ⇨ 65.

In addition, the vehicle has a passenger sensing system which is designed to turn off the front outboard passenger frontal airbag and knee airbag under certain conditions. See *Passenger Sensing System* ⇨ 53 and *Passenger Airbag Status Indicator* ⇨ 102 for more information, including important safety information.

Never put a rear-facing child seat in the front. This is because the risk to the rear-facing child is so great if the airbag deploys.

⚠ **Warning**

A child in a rear-facing child restraint can be seriously injured or killed if the front outboard passenger frontal airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a forward-facing child restraint can be seriously injured or killed if the front outboard passenger frontal airbag inflates and the passenger seat is in a forward position.

Even if the passenger sensing system has turned off the front outboard passenger airbag(s), no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though the airbag(s) are off.

Secure rear-facing child restraints in a rear seat, even if the airbag(s) are off. If you secure a

(Continued)

**MJN1025**

### Warning (Continued)

forward-facing child restraint in the front outboard passenger seat, always move the seat as far back as it will go. It is better to secure the child restraint in a rear seat.

See *Passenger Sensing System* ⇨ *53* for additional information.

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

If the child restraint uses a top tether, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ *67* for top tether anchor locations.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be anchored, or if

the instructions that come with the child restraint say that the top tether must be anchored.

In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached.

When using the lap-shoulder belt to secure the child restraint in this position, follow the instructions that came with the child restraint and the following instructions:

1. Move the seat as far back as it will go before securing the forward-facing child restraint. Move the seat upward or the seatback to an upright position, if needed, to get a tight installation of the child restraint.

   When the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag, the OFF indicator on the passenger airbag status indicator should light and stay

lit when you start the vehicle. See *Passenger Airbag Status Indicator* ⇨ *102*.

2. Put the child restraint on the seat.

3. Pick up the latch plate, and run the lap and shoulder portions of the vehicle seat belt through or around the restraint. The child restraint instructions will show you how.



4. Push the latch plate into the buckle until it clicks.

**MJN1026**

Position the release button on the buckle, away from the child restraint, so that the seat belt could be quickly unbuckled if necessary.



5. Pull the shoulder belt all the way out of the retractor to set the lock. When the retractor lock is set, the belt can be tightened but not pulled out of the retractor.



6. To tighten the belt, push down on the child restraint, pull the shoulder portion of the belt to tighten the lap portion of the belt, and feed the shoulder belt back into the retractor. When installing a forward-facing child restraint, it may be helpful to use your knee to push down on the child restraint as you tighten the belt.

Try to pull the belt out of the retractor to make sure the retractor is locked. If the retractor is not locked, repeat Steps 5 and 6.

7. If the vehicle does not have a rear seat and the child restraint manufacturer recommends using a top tether anchor, attach the top tether to the top tether anchor. Refer to the instructions that came with the child restraint and to *Lower Anchors and Tethers for Children (LATCH System)* ⇨ *67*.

8. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the seat belt path and attempt to move it side to side and back and forth. When the child restraint is properly installed, there should be no more than 2.5 cm (1 in) of movement.

If the airbags are off, the OFF indicator in the passenger airbag status indicator will come on and stay on when the vehicle is started.

**MJN1027**

If a child restraint has been installed and the ON indicator is lit, see "If the On Indicator Is Lit for a Child Restraint" under *Passenger Sensing System* ⇨ 53.

To remove the child restraint, unbuckle the vehicle seat belt and let it return to the stowed position. If the top tether is attached to a top tether anchor, disconnect it.

**MJN1028**

# Storage

## Storage Compartments

Storage Compartments ........ 83
Instrument Panel Storage ...... 83
Cupholders ..................... 83
Center Console Storage ....... 84

## Additional Storage Features

Cargo Cover ................... 84
Cargo Management System ... 85

## Storage Compartments

> ⚠ **Warning**
>
> Do not store heavy or sharp objects in storage compartments. In a crash, these objects may cause the cover to open and could result in injury.

## Instrument Panel Storage



The instrument panel storage is near the power outlet.

## Cupholders

The front cupholders are near the shift lever.



If equipped, lower the armrest to access the rear cupholders. The liner is removable for cleaning.

**MJN1029**

## Center Console Storage



There is storage in the center console. Pull up the latch and lift to open.

There may be a small tray and additional storage when the small tray is detached.

# Additional Storage Features

## Cargo Cover

⚠ **Warning**

An unsecured cargo cover could strike people in a sudden stop or turn, or in a crash. Store the cargo cover securely or remove it from the vehicle.

If equipped, the cargo cover can be used to cover items in the rear of the vehicle.



To remove the cargo cover:

1. Remove the cords from the hooks at the top of the liftgate (1).

2. Disconnect the loops from the hooks on the trim panel (2).

To install the cargo cover:

1. Attach the loops to the hooks on the trim panel (2).

2. Reconnect both of the cords to the hooks at the top of the liftgate (1).

**MJN1030**

## Cargo Management System



Pull up on the load floor cover to access the cargo management system, if equipped. There is a carpeted open storage area. Remove the carpet and the cover to access additional storage.

To close, lift the load floor cover and place it on the retainers. Push down on the load floor to secure it.

**MJN1031**

# Instruments and Controls

## Controls

Steering Wheel Adjustment .... 87
Steering Wheel Controls ....... 87
Heated Steering Wheel ........ 88
Horn .......................... 88
Pedestrian Safety Signal ....... 88
Windshield Wiper/Washer ...... 89
Rear Window Wiper/Washer ... 90
Compass ...................... 91
Clock ......................... 92
Power Outlets ................. 93
Wireless Charging ............. 93

## Warning Lights, Gauges, and Indicators

Warning Lights, Gauges, and
  Indicators ................... 96
Instrument Cluster ............. 96
Speedometer .................. 99
Odometer ..................... 99
Trip Odometer ................. 99
Battery Gauge (High
  Voltage) .................... 100
Driver Efficiency Gauge ... . . 100
Power Indicator Gauge ....... 101

Seat Belt Reminders ......... 101
Airbag Readiness Light ....... 102
Passenger Airbag Status
  Indicator ................... 102
Charging System Light (12-Volt
  Battery) .................... 103
Service Vehicle Soon Light ... 104
Brake System Warning
  Light ....................... 104
Electric Parking Brake
  Light ....................... 104
Service Electric Parking Brake
  Light ....................... 105
Antilock Brake System (ABS)
  Warning Light ............... 105
Sport Mode Light ............. 105
Lane Keep Assist (LKA)
  Light ....................... 105
Vehicle Ahead Indicator ... . . 106
Pedestrian Ahead Indicator ... 106
Traction Off Light ............. 106
StabiliTrak OFF Light ......... 107
Traction Control System (TCS)/
  StabiliTrak Light ............. 107
Tire Pressure Light ........... 107
Security Light ................. 108
Vehicle Ready Light .......... 108
High-Beam On Light .......... 108
Lamps On Reminder ......... 108
Cruise Control Light .......... 109

Door Ajar Light ............... 109

## Information Displays

Power Flows ................. 109
Programmable Charging ...... 109
Energy Information ........... 117
Charging Options ............. 119
Driver Information
  Center (DIC) ................ 120

## Vehicle Messages

Vehicle Messages ............ 122
Propulsion Power
  Messages ................... 122
Vehicle Speed Messages ..... 123

## Vehicle Personalization

Vehicle Personalization ....... 123

**MJN1032**

# Controls

## Steering Wheel Adjustment



To adjust the steering wheel:

1. Pull the lever down.

2. Move the steering wheel up or down.

3. Pull or push the steering wheel closer or away from you.

4. Pull the lever up to lock the steering wheel in place.

Do not adjust the steering wheel while driving.

## Steering Wheel Controls



If equipped, some audio controls can be adjusted at the steering wheel.

⟨⟩ : If equipped with OnStar or a Bluetooth system, press to interact with those systems. See *OnStar Overview* ⇨ *329* or *Bluetooth* ⇨ *155*.

⌒ : Press to decline an incoming call or end a current call. Press to mute or unmute the infotainment system when not on a call.

△ **or** ▽ : Press to go to the previous or next selection.

◁ **or** ▷ : Press to move between the interactive display zones in the cluster.

✓ : Press to select a highlighted menu option.

△ **FAV or FAV** ▽ : Press to display a list of favorites and select the next or previous favorite when listening to the radio.

**MJN1033**



The volume switches are on the right rear side of the steering wheel. Press to increase or decrease the volume.



There is a paddle on the left rear side of the steering wheel for regenerative braking. See *Regenerative Braking* ⇨ 196.

## Heated Steering Wheel



⟨image⟩ : If equipped, press to turn on or off. An indicator light on the button displays when the feature is turned on.

The steering wheel takes about three minutes to start heating.

If equipped with a remote start heated steering wheel, the heated steering wheel will turn on automatically in remote start along with the heated seats when it is cold outside. The heated steering wheel indicator light may not come on. See *Heated Front Seats* ⇨ 35.

## Horn

Press ⟨horn⟩ on the steering wheel pad to sound the horn.

## Pedestrian Safety Signal

The vehicle is equipped with automatic sound generation.

The automatic sound is generated to indicate the vehicle presence to pedestrians.

### United States

The sound changes if the vehicle is speeding up or slowing down. It is activated when the vehicle is shifted into a forward gear or R (Reverse), up to 33 km/h (20 mph).

**MJN1034**

**Canada**

The sound changes if the vehicle is speeding up or slowing down. It is activated when the vehicle is shifted into a forward gear or R (Reverse), up to 23 km/h (14 mph).

## Windshield Wiper/Washer



The windshield wiper/washer lever is on the side of the steering column. With the vehicle on or in Service Mode, move the windshield wiper lever to select the wiper speed.

**HI :** Use for fast wipes.

**LO :** Use for slow wipes.



**INT :** If equipped with intermittent wipes, move the windshield wiper lever to INT. Turn the band up for more frequent wipes or down for less frequent wipes.

**OFF :** Use to turn the wipers off.

**1X :** For a single wipe, briefly move the lever down. For multiple wipes, hold the lever down.

Clear snow and ice from the wiper blades and windshield before using them. If frozen to the windshield, carefully loosen or thaw them.

Damaged blades should be replaced. See *Wiper Blade Replacement* ⇨ 247.

Heavy snow or ice can overload the wiper motor. If the wiper motor overheats, the windshield wipers will stop until the motor cools and the wiper control is turned off. See *Electrical System Overload* ⇨ 252.

⚠ **Warning**

In freezing weather, do not use the washer until the windshield is warmed. Otherwise the washer fluid can form ice on the windshield, blocking your vision.

⚠ **Warning**

Before driving the vehicle, always clear snow and ice from the hood, windshield, roof, and rear of the vehicle, including all lamps and windows. Reduced visibility from snow and ice buildup could lead to a crash.

**MJN1035**

### Wiper Parking

If the vehicle Is turned off while the wipers are on LO, HI, or INT, they will immediately stop. If the windshield wiper lever is then moved to OFF before the driver door is opened or within 10 minutes, the wipers will restart and move to the base of the windshield. If the vehicle is turned off while the wipers are performing wipes due to windshield washing, the wipers continue to run until they reach the base of the windshield.

⌂🗇 : Pull the windshield wiper lever toward you to spray windshield washer fluid and activate the wipers.

The wipers will continue until the lever is released or the maximum wash time is reached. When the lever is released, additional wipes may occur depending on how long the windshield washer had been activated. See *Washer Fluid* ⇨ *242* for information on filling the windshield washer fluid reservoir.

## Rear Window Wiper/ Washer



The controls are on the end of the windshield wiper lever.

Move the control to:

**ON :** To turn on.

**OFF :** To turn off.

**INT :** To turn on intermittent rear wipes.



⌂🗇 : Push the windshield wiper lever forward to spray washer fluid on the rear window. If equipped with the rear camera mirror, the washer fluid is sprayed on the rear camera at the same time. The lever returns to its starting position when released.

**MJN1036**

## ⚠ Warning

In freezing weather, do not use the washer until the windshield is warmed. Otherwise the washer fluid can form ice on the windshield, blocking your vision.

**Auto Wipe in Reverse Gear**

If the rear wiper control is off, the rear wiper will automatically operate continuously when the vehicle is in R (Reverse), and the front windshield wiper is performing low or high speed wipes. If the rear wiper control is off, the vehicle is in R (Reverse), and the front windshield wiper is performing intermittent wipes, then the rear wiper automatically performs intermittent wipes.

This feature can be turned on or off. See *Vehicle Personalization* ⇨ *123*.

The windshield washer reservoir is used for the windshield and the rear window. Check the fluid level in the reservoir if either washer is not working.

**Rear Wiper Arm Assembly Protection**

Wiper operation returns to normal when the shift lever is no longer in N (Neutral) or the vehicle speed increases. The rear wiper will also stop when the liftgate is open.

When using an automatic car wash, move the rear wiper control to OFF to disable the rear wiper. If the shift lever is in N (Neutral) and the vehicle speed is very slow, the rear wiper will automatically stop at the base of the rear window.

## Compass

The vehicle has a compass display in the instrument cluster above the speedometer. The compass receives its heading and other information from the Global Positioning System (GPS) antenna and vehicle speed information.

The compass system has automatic calibration and zone adjustment features.

Avoid covering the GPS antenna for long periods of time with objects that may interfere with the antenna's ability to receive a satellite signal. The compass system is designed to operate for a certain number of miles or degrees of turn before needing a signal from the GPS satellites. The compass system will automatically determine when a GPS signal is restored and provide a heading.

# MJN1037

## Clock

The infotainment system controls are used to access the time and date settings through the menu. This can also be changed by touching the clock, then touch ✿ to go to the Time and Date Settings menu.

⌂ : Press to access the Home Page.

⊙ : Touch to access the Icon View.

▮ : Drag the scroll bar to navigate the list.

∧ or ∨ : Touch to set up items.

⬅ : Touch to exit or return to the previous screen or menu.

### Setting the Time

When Auto Set is enabled, the time cannot be manually set.

1. Press ⌂, then touch ⊙.

2. Touch Settings.

3. Touch Time and Date, then touch Set Time.

4. Touch + or − to adjust the value.

5. Touch ∧ or ∨ to adjust AM or PM for 12 hour format.

6. Touch ⬅.

### Setting the Date

1. Press ⌂, then touch ⊙.

2. Touch Settings.

3. Touch Time and Date, then touch Set Date.

4. Touch + or − to adjust the value.

5. Touch ⬅.

### Auto Set

1. Press ⌂, then touch ⊙.

2. Touch Settings.

3. Touch Time and Date, then touch Auto Set.

4. Select from the available options.

5. Touch ⬅.

### Setting the 12/24 Hour Format

1. Press ⌂, then touch ⊙.

2. Touch Settings.

3. Touch Time and Date, then touch Set Time.

4. Select 12 hr or 24 hr format.

5. Touch ⬅.

**MJN1038**

## Power Outlets

The accessory power outlet can be used to plug in electrical equipment, such as a mobile phone or MP3 player. The accessory power outlet only works with the vehicle turned on.

The vehicle has an accessory power outlet on the lower center stack below the climate control.

Open the cover to access and replace when not in use.

### Caution

Leaving electrical equipment plugged in for an extended period of time while the vehicle is off will drain the battery. Always unplug electrical equipment when not in use and do not plug in equipment that exceeds the maximum 20 amp rating.

Certain accessory power plugs may not be compatible with the accessory power outlet and could overload vehicle or adapter fuses. If a problem is experienced, see your dealer.

When adding electrical equipment, be sure to follow the proper installation instructions included with the equipment. See *Add-On Electrical Equipment* ⇨ 233.

### Caution

Hanging heavy equipment from the power outlet can cause damage not covered by the vehicle warranty. The power outlets are designed for accessory power plugs only, such as cell phone charge cords.

## Wireless Charging

The vehicle may have a wireless charging pocket outside the armrest of the center console. The system operates at 145 kHz and wirelessly charges one Qi compatible mobile device. The power output of the system is capable of charging at a rate up to 3 amp (19.5W), as requested by the compatible mobile device. See *Radio Frequency Statement* ⇨ 325.

### ⚠ Warning

Wireless charging can affect the operation of an implanted pacemaker or other medical devices. If you have one, it is recommended to consult with your doctor before using the wireless charging system.

**MJN1039**

The vehicle must be on, in Service Mode, or Retained Accessory Power (RAP) must be active. The wireless charging feature may not correctly indicate charging when the vehicle is in RAP. See *Retained Accessory Power (RAP)* ⇨ *186*.

The operating temperature is −20 °C (−4 °F) to 60 °C (140 °F) for the charging system and 0 °C (32 °F) to 35 °C (95 °F) for the mobile phone.

⚠ **Warning**

Remove all objects from the charging pocket before charging your mobile phone. Objects, such as coins, keys, rings, paper clips, or cards, between the mobile phone and the charger will become very hot. On the rare occasion that the charging system does not detect an object, and the object gets wedged between the mobile phone and the charger, remove the mobile phone and

(Continued)

**Warning (Continued)**

allow the object to cool before removing it from the charging pocket, to prevent burns.



To charge a mobile device:

1. Remove all objects from the charging pocket. The system may not charge if there are any objects between the mobile device and charging pocket.

2. With the mobile device screen facing the driver side, insert the device into the charging pocket and 📳 will appear on the infotainment display. This indicates that the mobile device is properly positioned and charging.

   To maximize the charge rate, ensure the smartphone is fully seated and centered in the holder with nothing under it. A thick smartphone case may prevent the wireless charger from working, or may reduce the charging performance. See your dealer for additional information.

   The smartphone may become warm during charging. This is normal. In warmer temperatures, the speed of charging may be reduced.

**MJN1040**

If ⓔ does not appear on the infotainment display:

1. Remove the mobile device from the pocket and wait three seconds.

2. Turn the mobile device 180 degrees and insert it back into the pocket with the screen facing the driver side.

**Software Acknowledgements**

Certain Wireless Charging Module product from LG Electronics, Inc. ("LGE") contains the open source software detailed below. Refer to the indicated open source licenses (as are included following this notice) for the terms and conditions of their use.

**OSS Notice Information**

To obtain the source code that is contained in this product, please visit http://opensource.lge.com. In addition to the source code, all referred license terms, warranty disclaimers and copyright notices are available for download. LG Electronics will also provide open source code to you on CD-ROM for a charge covering the cost of performing such distribution (such as the cost of media, shipping, and handling) upon email request to opensource@lge.com. This offer is valid for three (3) years from the date on which you purchased the product.

**Freescale-WCT library**

Copyright (c) 2012-2014 Freescale Semiconductor, Inc.. All rights reserved.

1. Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

2. Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

3. Neither the name of the copyright holder nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS

**MJN1041**

FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT HOLDER OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

# Warning Lights, Gauges, and Indicators

Warning lights and gauges can signal that something is wrong before it becomes serious enough to cause an expensive repair or replacement. Paying attention to the warning lights and gauges could prevent injury.

Some warning lights come on briefly when the propulsion system is started to indicate they are working. When one of the warning lights comes on and stays on while driving, or when one of the gauges shows there may be a problem, check the section that explains what to do. Waiting to do repairs can be costly and even dangerous.

## Instrument Cluster

The instrument cluster displays a preview of information that includes electric range, charging, odometer, and battery status. This happens upon entry when the driver door is opened, before starting the vehicle. This preview will dismiss after starting the vehicle or soon after closing the driver door.

**MJN1042**



**Modern English Cluster Shown, Others and Metric Similar**

MJN1043

### Reconfigurable Instrument Cluster

The cluster layout can be changed. There are three display configurations to choose from: Classic, Modern, and Enhanced. Use the steering wheel control to move between the different display zones and scroll through the different displays. See "Layout" under "Cluster Menu" following.

● Classic configuration displays the speedometer with a simplified battery gauge and efficiency light.

● Modern configuration displays the speedometer with a battery gauge and efficiency gauge.

● Enhanced configuration displays the speedometer with battery gauge, efficiency ring, and power gauge.

### Cluster Menu

There is an interactive display area in the center of the instrument cluster.



Use the right steering wheel control to open and scroll through the different items and displays.

Press ◁ to access the cluster applications. Use △ or ▽ to scroll through the list of available applications. Press ✓ to select the application, then press ▷ to enter the application menu. Exit the menu by pressing ◁.

Not all applications will be available on all vehicles.

### Cluster Menu Applications

● Vehicle info. This is where the Driver Information Center (DIC) displays can be viewed. See *Driver Information Center (DIC)* ⇨ *120*.

● Audio

● Phone

● Onstar Navigation

● Layout

● Options

### Audio

In the main view of the Audio application, press △ or ▽ to scroll through radio stations or move to the next/previous track of a USB/ Bluetooth device that is connected to the vehicle. Press ✓ to select the Audio app, then press ▷ to enter the Audio menu. In the Audio menu browse for music, select from the favorites, or change the audio source.

**MJN1044**

**Phone**

In the Phone menu, if there is no active phone call, view recent calls, scroll through contacts, or select from the favorites. If there is an active call, mute or unmute the phone or switch to handset or handsfree operation.

**Onstar Navigation**

This display is used for OnStar Turn-by-Turn guidance, if equipped.

**Layout**

Choose Classic, Modern, or Enhanced layout by pressing ✓ while the desired item is highlighted. Exit the Layout menu by pressing ◁.

**Options**

Press ✓ to select the Options app.

Use △ or ▽ to scroll through the items in the Options menu. Exit the Options menu by pressing ◁.

**Units :** Press ▷ while Units is displayed to enter the Units menu.

Use △ or ▽ to scroll through the items. Choose U.S., Metric, or Imperial by pressing ✓ while the desired item is highlighted.

**Speed Warning :** The speed warning display allows the driver to set a speed that they do not want to exceed. To set the speed warning, press ✓ when Speed Warning is displayed. Press △ or ▽ to adjust the value. Press ✓ to set the speed. Once set, this feature can be turned off by pressing ✓ while viewing this page. If the selected speed limit is exceeded, a pop-up warning is displayed and a chime may sound.

**Help :** Press ▷ while Help is displayed to enter the Help menu.

Use △ or ▽ to scroll through the items in the Help menu.

**Open Source Software :** Press ✓ while Open Source Software is highlighted to display open source software information.

**Speedometer**

The speedometer shows the vehicle's speed in either kilometers per hour (km/h) or miles per hour (mph).

**Odometer**

The odometer shows how far the vehicle has been driven, in either kilometers or miles.

**Trip Odometer**

The trip odometer shows how far the vehicle has been driven since the trip odometer was last reset.

The trip odometer is accessed and reset through the Driver Information Center (DIC). See *Driver Information Center (DIC)* ⇨ *120.*

**MJN1045**

## Battery Gauge (High Voltage)



**Enhanced Battery Gauge**

This displays the high voltage battery state of charge. The value in the center is an estimate of how far the vehicle can be driven on the remaining charge based on driving habits and conditions learned over several days.

The Max and Min values above and below the display indicate the longest and shortest possible range as estimated from current vehicle conditions and climate settings.

The mileage estimate and Max and Min numbers are affected by climate control system usage. Estimated range may increase or decrease based on changes in climate control energy consumption.

A trend bar on the far left estimates how recent driving habits, conditions, and climate settings are affecting the range prediction.

When the high voltage battery state of charge is very low, the estimated range value in the center will change to Low. Max and Min ranges will no longer be displayed. Additional alerts may display and a sound may also be heard at low state of charge.

## Driver Efficiency Gauge



**Modern Efficiency Gauge Shown, Classic Similar**

This gauge is a guide to driving in an efficient manner.

### Efficient Driving

- Classic layout: Keep the gauge and leaf green.
- Modern layout: Keep the ball green and in the center of the gauge.
- Enhanced layout: Keep the outer ring of the speedometer green.

**MJN1046**

### Inefficient Driving/Aggressive Braking

- Classic layout: The gauge and leaf turn yellow.
- Modern layout: When driving inefficiently, the ball turns yellow and moves above the center of the gauge. When braking aggressively, the ball turns yellow and moves below the center of the gauge.
- Enhanced layout: The outer ring of the speedometer turns yellow.

## Power Indicator Gauge



The power indicator gauge is on the right side of the display in the Enhanced layout.

This gauge displays the instantaneous charge and discharge power flowing either into or out of the high voltage battery. Maximum discharge power is available when the high voltage battery is fully charged. During normal operation, a slight reduction in discharge power may occur as the high voltage battery state of charge decreases. The power indicator gauge value shows the instantaneous power used by the battery.

### Regenerative Braking

When regenerative braking is active, the regen battery icon with arrows appears green. The power indicator gauge value shows the amount of instantaneous power being regenerated.

### Regenerative Power Limited

Regenerative power may be limited when the high voltage battery is near full charge or cold. The regen battery icon will appear gray when limited, and a horizontal bar may display on the gauge, at the level of the vehicle's maximum regenerative braking power.

## Seat Belt Reminders

### Driver Seat Belt Reminder Light

There is a driver seat belt reminder light on the instrument cluster.



When the vehicle is started, this light flashes and a chime may come on to remind the driver to fasten their seat belt. Then the light stays on solid until the belt is buckled. This cycle may continue several times if the driver remains or becomes unbuckled while the vehicle is moving.

**MJN1047**

If the driver seat belt is buckled, neither the light nor the chime comes on.

### Passenger Seat Belt Reminder Light

There is a passenger seat belt reminder light near the passenger airbag status indicator.



When the vehicle is started, this light flashes and a chime may come on to remind passengers to fasten their seat belt. Then the light stays on solid until the belt is buckled. This cycle continues several times if the passenger remains or becomes unbuckled while the vehicle is moving.

If the passenger seat belt is buckled, neither the chime nor the light comes on.

The front passenger seat belt reminder light and chime may turn on if an object is put on the seat such as a briefcase, handbag, grocery bag, or other electronic device. To turn off the reminder light and/or chime, remove the object from the seat or buckle the seat belt.

## Airbag Readiness Light

This light shows if there is an electrical problem with the airbag system. The system check includes the airbag sensor(s), passenger sensing system, the pretensioners (if equipped), the airbag modules, the wiring, and the crash sensing and diagnostic module.



The airbag readiness light comes on for several seconds when the vehicle is started. If the light does not come on then, have it fixed immediately.

> ### ⚠ Warning
>
> If the airbag readiness light stays on after the vehicle is started or comes on while driving, it means the airbag system might not be working properly. The airbags in the vehicle might not inflate in a crash, or they could even inflate without a crash. To help avoid injury, have the vehicle serviced right away.

If there is a problem with the airbag system, a Driver Information Center (DIC) message may also come on.

## Passenger Airbag Status Indicator

The vehicle has a passenger sensing system. See *Passenger Sensing System ⇨ 53* for important

**MJN1048**

safety information. The overhead console has a passenger airbag status indicator.



**United States**



**Canada**

When the vehicle is started, the passenger airbag status indicator will light ON and OFF, or the symbol for on and off, for several seconds as a system check. Then, after several seconds, the status indicator will light either ON or OFF, or the on or off symbol to let you know the status of the front outboard passenger frontal airbag and knee airbag.

If the word ON or the on symbol is lit on the passenger airbag status indicator, it means that the front outboard passenger frontal airbag and knee airbag are allowed to inflate.

If the word OFF or the off symbol is lit on the passenger airbag status indicator, it means that the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag.

If, after several seconds, both status indicator lights remain on, or if there are no lights at all, there may be a problem with the lights or the passenger sensing system. See your dealer for service.

⚠ **Warning**

If the airbag readiness light ever comes on and stays on, it means that something may be wrong with the airbag system. To help avoid injury to yourself or others,

(Continued)

**Warning (Continued)**

have the vehicle serviced right away. See *Airbag Readiness Light ⇨ 102* for more information, including important safety information.

## Charging System Light (12-Volt Battery)



The charging system light comes on briefly when the vehicle is started, as a check to show the light is working.

If the light stays on, or comes on while driving, there could be a problem with the electrical charging system. Have it checked by your dealer. Driving while this light is on could drain the 12-volt battery.

**MJN1049**

If a short distance must be driven with the light on, be sure to turn off all accessories, such as the radio.

## Service Vehicle Soon Light



This light comes on if a condition exists that may require the vehicle to be taken in for service.

If the light comes on, take the vehicle to your dealer for service as soon as possible.

## Brake System Warning Light

 

| Metric | English |
|--------|---------|

This light should come on briefly when the vehicle is turned on. If it does not come on then, have it fixed so it will be ready to warn you if there is a problem.

If the light comes on and stays on at start up, there is a brake problem. Have the brake system inspected right away.

If the light comes on while driving, pull off the road and stop carefully. The brake pedal might be harder to push, or the brake pedal may go closer to the floor. It could take longer to stop. If the light is still on, have the vehicle towed for service. See *Towing the Vehicle* ⇨ *290*.

> ⚠ **Warning**
>
> The brake system might not be working properly if the brake system warning light is on. Driving with the brake system warning light on can lead to a crash. If the light is still on after the vehicle has been pulled off the road and carefully stopped, have the vehicle towed for service.

## Electric Parking Brake Light

 

| Metric | English |
|--------|---------|

This light comes on when the parking brake is applied. If the light flashes and stays on after the

**MJN1050**

parking brake is released, or while driving, there is a problem with the Electric Parking Brake system.

If the light does not come on, or remains flashing, see your dealer.

## Service Electric Parking Brake Light



The Service Electric Parking brake light should come on briefly when starting the vehicle. If it does not come on, have the vehicle serviced by your dealer.

If this light stays on, there is a problem with a system on the vehicle that is causing the parking brake system to work at a reduced level. The vehicle can still be driven, but should be taken to a dealer as soon as possible. See *Electric Parking Brake ⇨ 194*. A message may also display in the Driver Information Center (DIC).

## Antilock Brake System (ABS) Warning Light



The ABS warning light will come on briefly when the vehicle is started. This is normal. If the light does not come on then, have it fixed so it will be ready to warn if there is a problem.

If the light stays on or comes on while driving, stop as soon as possible and turn the vehicle off. Then start the vehicle again to reset the system. If the light still stays on, or comes on again while driving, the vehicle needs service. See your dealer. If the regular brake system warning light is not on, the brakes will still work, but the antilock brakes will not work. If the regular brake system warning light is also on, the antilock brakes will not work and there is a problem with the regular brakes.

## Sport Mode Light

**SPORT**

This light comes on when Sport Mode is selected.

## Lane Keep Assist (LKA) Light



After the vehicle is started, this light turns off and stays off if LKA has not been turned on or is unavailable.

If available, this light is white if LKA is turned on, but not ready to assist. This light is green if LKA is turned on and is ready to assist.

LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. The LKA light is amber when assisting.

This light flashes amber as a Lane Departure Warning (LDW) alert, to indicate that the lane marking has been crossed.

LKA will not assist or alert if the turn signal is active in the direction of lane departure, or if LKA detects that you are accelerating, braking, or actively steering.

See *Lane Keep Assist (LKA)* ⇨ *213*.

## Vehicle Ahead Indicator



If equipped, this indicator will display green when a vehicle is detected ahead and amber when you are following a vehicle ahead much too closely.

## Pedestrian Ahead Indicator



If equipped, this indicator will display amber when a nearby pedestrian is detected in front of the vehicle.

See *Front Pedestrian Braking (FPB) System* ⇨ *209*.

## Traction Off Light



This light comes on briefly while starting the vehicle. If it does not, have the vehicle serviced by your dealer. If the system is working normally, the indicator light then turns off.

The traction off light comes on when the Traction Control System (TCS) has been turned off by pressing and releasing the TCS/StabiliTrak button.

This light and the StabiliTrak OFF light come on when StabiliTrak is turned off.

If the TCS is off, wheel spin is not limited. Adjust driving accordingly.

**MJN1052**

### StabiliTrak OFF Light



This light comes on briefly while starting the vehicle. If it does not, have the vehicle serviced by your dealer.

This light comes on when the StabiliTrak system is turned off. If StabiliTrak is off, the Traction Control System (TCS) is also off.

If StabiliTrak and TCS are off, the system does not assist in controlling the vehicle. Turn on the TCS and the StabiliTrak systems, and the warning light turns off.

See *Traction Control/Electronic Stability Control* ⇨ *197*.

### Traction Control System (TCS)/StabiliTrak Light



This light comes on briefly when the vehicle is started.

If the light does not come on, have the vehicle serviced by your dealer. If the system is working normally, the indicator light turns off.

If the light is on and not flashing, the TCS, and potentially the StabiliTrak/Electronic Stability Control system have been disabled.

If the indicator/warning light is on and flashing, the TCS and/or the StabiliTrak/ESC system is actively working.

### Tire Pressure Light



For vehicles with the Tire Pressure Monitor System (TPMS), this light comes on briefly when the vehicle is started. It provides information about tire pressures and the TPMS.

**When the Light is On Steady**

This indicates that one or more of the tires are significantly underinflated.

A message in the Driver Information Center (DIC) may also display. Stop as soon as possible, and inflate the tires to the pressure value shown on the Tire and Loading Information label.

**MJN1053**

### When the Light Flashes First and Then Is On Steady

This indicates that there may be a problem with the TPMS. The light flashes for about one minute and stays on steady until the vehicle is off. This sequence repeats each time the vehicle is started.

## Security Light



The security light should come on briefly as the vehicle is started. If it does not come on, have the vehicle serviced by your dealer. If the system is working normally, the indicator light turns off.

If the light stays on and the vehicle does not start, there could be a problem with the theft-deterrent system.

## Vehicle Ready Light



The vehicle ready light comes on whenever the vehicle is ready to be driven.

## High-Beam On Light



This light comes on when the high-beam headlamps are in use.

## IntelliBeam Light



This light comes on when the IntelliBeam system, if equipped, is enabled.

## Lamps On Reminder



This light comes on when the exterior lamps are in use.

**MJN1054**

### Cruise Control Light



The cruise control light is white when the cruise control is on and ready, and turns green when the cruise control is set and active.

The light turns off when the cruise control is turned off. See *Cruise Control ▷ 199*.

### Door Ajar Light



This light comes on when a door is open or not securely latched.

## Information Displays

### Power Flows

To view the Power Flow screen on the infotainment display, touch Energy and then touch Flow.



The Power Flow screen indicates the current operating condition. The screen shows energy flow to and from the high voltage battery while the vehicle is being driven. These components will be highlighted when they are active.

## Programmable Charging

**Important Information about Portable Electric Vehicle Charging**

- Charging an electric vehicle can stress a building's electrical system more than a typical household appliance.

- Before plugging in to any electrical outlet, have a qualified electrician inspect and verify the electrical system (electrical outlet, wiring, junctions, and protection devices) for heavy-duty service at a 10 amp continuous load.

- Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging.

- Check the electrical outlet/plug while charging and discontinue use if the electrical outlet/plug is hot, then have the electrical outlet serviced by a qualified electrician.

**MJN1055**

- When outdoors, plug into an electrical outlet that is weatherproof while in use.

- Mount the charge cord to reduce strain on the electrical outlet/plug.

- Do not place the charge cord in a position where it is expected to be submerged in water.

### ⚠ Danger

Improper use of portable electric vehicle charge cords may cause a fire, electrical shock, or burns, and may result in damage to property, serious injury, or death.

- Do not use extension cords, multi-outlet power strips, splitters, grounding adaptors, surge protectors, or similar devices.

- Do not use an electrical outlet that is worn or damaged, or will not hold the plug firmly in place.

(Continued)

### Danger  (Continued)

- Do not use an electrical outlet that is not properly grounded.

- Do not use an electrical outlet that is on a circuit with other electrical loads.

See *Plug-In Charging* ⇨ 216.

### Programmable Charging Modes

To view the current charge mode status in the infotainment display, touch Energy and then touch Charging.

The charge Start and Complete time estimations are also displayed. These estimates are most accurate when the vehicle is plugged in and in moderate temperature conditions. Also, to get an accurate time estimate, the vehicle uses an internal clock for Programmable Charging, not the clock in the center stack.

### Charge Mode Selection



**Immediate :** The vehicle starts charging as soon as it is connected to an electrical outlet. This is the only mode available at DC charging stations. See *Plug-In Charging* ⇨ 216.



**MJN1056**

**Departure :** The vehicle will schedule charging to complete by the programmed departure time. The vehicle estimates the charging schedule based on programmed departure times, charge rate limits, electric rate preference and schedule, and priority charging settings. If there is not sufficient time after the charge cord is plugged in, the vehicle will not be fully charged by the departure time.

**Departure Time Entry**

The Departure charge mode allows for the departure time to be entered to match your personal schedule.

1. With Departure charge mode selected, touch Edit.



2. The current programmed departure time is displayed on the tab with the day of the week. Select the tab for the day of the week to be edited.

3. Touch **+** or **-** to change the hours and minutes.

4. Touch ∧ or ∨ to change AM or PM.

5. Touch ⬑ to exit the screen.

**Portable Cord Limit Selection**

The Portable Cord Limit setting allows the vehicle's charge current to be selected so it matches the capability of the charging location. If the vehicle consistently stops charging after being plugged in, or if a circuit breaker continues to trip, reducing to a lower Portable Cord Limit setting may resolve the issue.

The Portable Cord Limit setting should be configured to match the electrical current rating for the electrical outlet that the charge cord is connected to. On the Charge Mode tab, toggle the Portable Cord Limit selection between:

- 12 amps
- 8 amps

Exact current levels may vary from the values shown in this manual. Check the vehicle for the current available levels. When the vehicle is plugged into a charging station, the Portable Cord Limit option on the Charge Mode tab will not be available.

The Portable Cord Limit can be changed and saved using Location Based Charging settings. The default value is the lower Portable Cord Limit. The Portable Cord Limit will reset to the lower value when the vehicle is shifted from P (Park) unless the Location Based Charging feature is active and set to retain this preference. See "Location Based Charging" later in this section.

**MJN1057**

### ⚠ Warning

Using a charge level that exceeds the electrical circuit or electrical outlet capacity may start a fire or damage the electrical circuit. Use the lowest charge level until a qualified electrician inspects the electrical circuit capacity. Use the lowest charge level if the electrical circuit or electrical outlet capacity is not known.

### Electric Rate Preference

The vehicle estimates the charging start time based on the utility rate schedule, utility rate preference, and programmed departure time for the current day of the week. The vehicle will charge during the least expensive rate periods to achieve a full battery charge by the departure time. Electrical rate information from the utility company for the charging location is required for this mode. If the selected charge mode is Departure, then electric rate preference selection will display.

### Electric Rate Preference Selection

From the Charge Mode tab on the Charging screen with Departure charge mode selected, touch More to select the Electric Rate Preference.



Touch one of the following options to select the Electric Rate Preference:

● Off: Delay charging based on departure.

● Off-Peak Only: Charge during Off-Peak Rates.

● Cost Optimized Off- and Mid-Peak: Charge during Mid-Peak and Off-Peak Rates.

● Cost Optimized All Rates: Charge during Peak, Mid-Peak, and Off-Peak Rates.

Charging begins at the start time and is complete by the departure time only if sufficient time is allowed after the charge cord is plugged in. For example, if the vehicle is plugged in for only one hour prior to the departure time, and the battery is completely discharged, the vehicle will not be fully charged by the departure time regardless of the rate selection.

Also, if the selected electric rate settings result in a very long charge completion time, the vehicle will start charging immediately upon plug-in. For example, if the electric rate table is set up with all Peak rates and the rate preference is to charge during Off-Peak rates only, then the vehicle will start charging immediately upon plug-in.

**MJN1058**

**Electric Rate Schedule**

From the Charge Mode tab on the Charging screen with Departure charge mode selected, touch Edit next to Electric Rate Preference.



Select one of the following for the Charge Completion option:

- Earliest Possible
- Latest Possible

**Edit Electric Rate Schedule**

Electric rates, or cost per unit, may vary based on time, weekday/weekend, and season. During the day when the demand for electricity is high, the rates are usually higher and called Peak rates. At night when the demand for electricity is

low, the rates are usually lower and are called Off-Peak rates. In some areas, a Mid-Peak rate is offered.

Contact the utility company to obtain the rate schedule for your area. The summer and winter start dates must be established to use a summer/winter schedule.



Touch Edit Electric Rate Schedule from the Electric Rate Schedule screen and select the desired schedule.

- Yearly
- Summer/Winter

**Edit Summer/Winter Schedule Start Date**

With Summer/Winter as the preferred rate schedule, touch Edit on the Summer tab next to the dates.



1. Touch **+** or **-** to change the month and day for the start of Summer.

2. Select the Winter tab.

3. Touch **+** or **-** to change the month and day for the start of Winter.

4. Touch ⬒ to exit the screen.

**MJN1059**

**Edit Electric Rate Schedule**

Electric rate information from the utility company for the charging location is required.

1. Touch Edit Electric Rate Schedule from the Electric Rate Schedule screen and select the desired schedule.



**Yearly Shown, Summer/Winter Similar**

2. Touch Edit in the lower right corner of the screen to edit the electric rate schedule.

   • Weekdays are Monday through Friday and use the same rate schedule.

   • Weekends are Saturday and Sunday and use the same rate schedule.

   Both weekday and weekend schedules must be set. The rate schedule only applies for a 24-hour period, starting at 12 AM and ending at 12 AM. There can be five rate changes for each day; not all must be used.

   Select Weekday or Weekend.

3. Touch Set next to the row to be edited.



**Yearly Shown, Summer/Winter Similar**

4. Select Peak, Mid-Peak, or Off-Peak. Use **+** or **-** to enter the time, and ∧ or ∨ to change AM or PM.

   The finish times must be consecutive. If a finish time does not follow a start time, an error message displays.

5. Touch OK.

**Priority Charging**

The priority charging feature will work when the Departure charge mode is selected. This feature is designed to ensure that the high voltage battery has a minimal amount of energy prior to delaying a charge. Upon completion of priority charging, the vehicle will return to normal Programmable Charging operation.

The feature can be enabled/ disabled by selecting On/Off from the Charge Mode tab on the Charging screen when the Departure charge mode is selected. When enabled, Priority Charging will only prevent Programmable

**MJN1060**

Charging while the high voltage battery is recharged from a depleted state to a 40% state of charge.

## Temporary Charge Mode Override and Cancel

Programmed delayed charge modes can be temporarily overridden to an immediate charge mode for one charge cycle. Also, the next planned departure time can be temporarily overridden for one charge cycle. In addition to the in-vehicle overrides via the programmable charging screens, there are other ways to temporarily override a delayed charge mode. See *Plug-In Charging* ⇨ *216*.

### Temporary Override of a Delayed Charge Mode

The Temporary Override provides the ability to set temporary charge items for the next charge cycle.

Touch the Temporary Override tab on the Charging screen.



Select:

- Immediate: Charge immediately at plug in.

- Temporary Departure: Set the temporary departure time.

- Off: Cancel Temporary Charge mode.



## Target Charge Level

This mode allows the charging range for the vehicle to be set based on what is needed. When at a public pay station and a full charge is not needed, the target charge level can be set to only get as much range as needed.

If driving on a hill, the target charge level can be set to stop the charge before the battery is full to allow space for energy from regenerative braking when going down a hill.

There is a minimum target charge level. Once this level is reached, – will be grayed out.

Target Charge Level can also be set separately for Location-Based Home and Away locations. If available, the Home and Away buttons will appear on the screen.

Touch the Target Charge Level tab on the Charging screen.

**MJN1061**



Touch + or − to increase or decrease the charge level.



A reminder will be displayed on the Instrument Cluster to show Target Charge Level set.



If the Target Charge Level is higher than 80%, fast charging on the instrument cluster will show a solid line to 80%, a shaded line up to the Target Charge Level, and the time to complete 80%.

If the Target Charge Level is less than 80%, fast charging on the instrument cluster will show a shaded line up to the Target Charge Level and the time to complete.

Target Charge Level defaults to 100% if the 12-volt battery becomes discharged.

### Location Based Charging

With Location Based Charging enabled, the Charge Mode and Portable Cord Limit Preference are saved and set back to the customer's preference every time the vehicle is returned to the saved home location. When the vehicle is not at the saved home location, then the vehicle will default to the lower limit of Portable Cord Limit Preference, and the Charge Mode will be set to Immediate. When Location Based Charging is on and the vehicle is away from the saved home location, then the selection for the delayed charge modes will be disabled and the selection will be grayed out.

After 90 days, a notification will display and the Portable Cord Limit Preference will need to be reset for the next 90 days. See "Important Information about Portable Electric Vehicle Charging" earlier in this section.

When the GPS location is not available, dashes will be displayed and Location Based Charging will be disabled until the GPS is restored.

**MJN1062**

**Using Location Based Charging**

To use Location Based Charging, a home location must first be stored. To store a home location:

1. From the Energy Home screen, touch Charging Options.

2. Touch Location Based Charging.

3. Touch Set Home Location ✧.

4. Touch OK.

5. Touch On to enable Location Based Charging.

To change the stored home location:

1. Touch Update Home Location ✧ on the Location Based Charging screen.

2. Touch Update, then OK to set the new home location.

   - Touch Cancel to make no changes.

   - Touch Remove to clear the location and turn Location Based Charging off.

**Charging Interrupted or Overridden Pop-Up**



The Charging Interrupted or Overridden pop-up will appear if any of the following conditions occur:

- The Charging Options have been updated via the mobile app. For example, the Departure Time Tables, the Rate Tables, or the Charge Mode were updated using the customer website (available in select regions). See KeyPass.

- There was an unintended loss of AC power during the plug-in charge event. For example, there was a power outage or the charge cord was unplugged from the wall.

See *Utility Interruption of Charging* ⇨ *231*.

**Programmable Charging Disabled**

When the Programmable Charging system is disabled, the Unable to Charge screen will display.

If the Programmable Charging system is consistently disabled, see your dealer.

## Energy Information

To view Energy Detail, Range Impacts, and Efficiency History, touch Energy on the infotainment display, and then touch Information. Touch 《 or 》 to go to the next screen.

**MJN1063**

**Energy Detail**



This screen displays how energy is being used since the last time the high voltage battery was fully charged. It includes Driving and Accessories, Climate Settings, and Battery Conditioning. The circle graph displays these percentages. Energy Used and Distance Traveled are also displayed.

**Range Impacts**



This screen provides an estimate of the factors that influence energy usage since the last full charge of the high voltage battery. Each factor is evaluated for energy gains or losses, and the total equivalent distance is indicated by the value on the right side of the screen. All values are reset after a complete charge.

- **Technique** includes speed, acceleration, and braking. Lower speeds will increase electric vehicle technique miles, while higher speeds will reduce them.

- **Terrain** includes road conditions, such as hills, rain, and snow. External factors like wind will also positively or negatively impact Terrain. Low tire pressure will worsen Terrain performance.

- **Climate Settings** includes how the heating and air conditioning are used. Using Fan Only settings will help reduce climate setting losses. See "Climate Controls".

- **Outside Temperature** includes the effect that hot or cold ambient temperature has on the battery performance and propulsion system efficiency.

The individual vehicle range impacts provide an understanding of how energy usage is different from day to day, even when traveling the same route.

**MJN1064**

### Efficiency History



This screen displays a graph showing the energy efficiency that has been used over the last 50 km (50 mi). The Present point provides the average energy efficiency for the current 5 km (5 mi).

Touch Reset to clear the history data.

## Charging Options



To view and change the Charging Options, touch Energy and then touch Charging Options. Use the arrows to scroll through the list, or hold and drag the list.

The following list of menu items may be available:

- **Portable Cord Limit:** Allows the vehicle's charge current to be selected so it matches the capability of the charging location when using the portable cord. See "Portable Cord Limit Selection" in *Programmable Charging* ⇨ *109*.

- **Displayed Charge Times:** Determines which charge times are displayed on the Charge Mode Status screen when the vehicle is unplugged. Select Portable Cord or Charge Station based on user preference.

- **Location Based Charging:** Allows the charging settings to be remembered at the saved GPS coordinates for the home location. See "Location Based Charging" in *Programmable Charging* ⇨ *109*.

- **Departure Charging:** Allows delayed charging to match a scheduled departure time. See "Departure Time Entry" in *Programmable Charging* ⇨ *109*.

- **Utility Rate Charging:** Allows charging during the least expensive rate periods to achieve a full battery charge by the departure time. The vehicle estimates the charging start time based on the utility rate schedule, utility rate preference, and programmed departure time

**MJN1065**

for the current day of the week. See "Electric Rate Schedule" in *Programmable Charging* ⇨ 109.

- **Energy Summary Pop-Up :** Allows the feature to be set to On or Off.

- **Charge Status Feedback :** Allows the feature to be set to Horn Chirps or Off.

- **Charge Cord Theft Alert :** Allows an alert to sound when the vehicle is locked and the charge cord is unplugged. Set the charge cord theft alert.

- **Charge Power Loss Alert :** Allows an alert to sound when the vehicle is charging and loses power at the electrical outlet. Set the feature to On or Off.

- **Radio Power Down :** Allows automatic conservation of high voltage battery power based on the level of battery charge. Select Off, 2%, 4%, 6%, 8%, or 10%. When the selected high voltage battery power level is reached, a message on the

infotainment display will ask if the radio should enter Low Power Mode. Touch Yes or No.

**Low Power Mode**

To enter Low Power Mode manually:

1. Press and hold ⏻. A message will show on the infotainment display asking if the radio should enter Low Power Mode.

2. Touch Yes. The screen will turn off.

3. Press ⏻ again to turn the radio on.

# Driver Information Center (DIC)

The DIC is displayed in the instrument cluster. It shows the status of many vehicle systems. The controls for the DIC are on the right steering wheel control. See *Instrument Cluster* ⇨ 96.



△ **or** ▽ **:** Press to move up or down in a list.

◁ **or** ▷ **:** Press to move between the interactive display zones in the cluster.

✓ **:** Press to open a menu or select a menu item. Press and hold to reset values on certain screens.

**DIC Info Page Options**

The info pages on the DIC can be turned on or off through the Options menu.

1. Press ◁ to access the cluster applications.

**MJN1066**

2. Press △ or ▽ to scroll to the Options application.

3. Press ✓ to enter the Options menu.

4. Scroll to Info Pages and press ▷.

5. Press △ or ▽ to move through the list of possible information displays.

6. Press ✓ while an item is highlighted to select or deselect that item. When an item is selected, a checkmark will appear next to it.

### DIC Info Pages

The following is the list of all possible DIC info page displays. Some may not be available for your particular vehicle. Some items may not be turned on by default but can be turned on through the Options app. See "DIC Info Page Options" earlier in this section.

**Trip and Average Electrical Energy Economy :** The Trip display shows the current distance traveled, in either kilometers (km) or miles (mi), since the trip odometer was last reset. The trip odometer can be reset by pressing and holding ✓ while this display is active.

The Average Electrical Energy Economy display shows the approximate average kWh per 100 kilometers (kWh/100 km) or miles per kWh. This number is calculated based on the number of kWh/100 km recorded since the last time this menu item was reset. This number reflects only the approximate average electrical energy economy that the vehicle has right now, and will change as driving conditions change. The Average Electrical Energy Economy can be reset along with the trip odometer by pressing and holding ✓ while this display is active.

**Tire Pressure :** Shows the approximate pressures of all four tires. Tire pressure is displayed in either kilopascal (kPa) or in pounds per square inch (psi). If the pressure is low, the value for that tire is shown in amber.

**Average Speed :** Shows the average speed of the vehicle in kilometers per hour (km/h) or miles per hour (mph). This average is calculated based on the various vehicle speeds recorded since the last reset of this value. The average speed can be reset by pressing and holding ✓ while this display is active.

**Timer :** This display can be used as a timer. To start the timer, press ✓ while this display is active. The display will show the amount of time that has passed since the timer was last reset. To stop the timer, press ✓ briefly while this display is active

**MJN1067**

and the timer is running. To reset the timer to zero, press and hold ✓ while this display is active.

**Follow Distance Indicator :** The current follow time to the vehicle ahead is displayed as a time value on this page.

**Blank Page :** The Blank Page display allows for no information to be displayed in the cluster info display areas.

# Vehicle Messages

Messages displayed on the DIC indicate the status of the vehicle or some action that may be needed to correct a condition. Multiple messages may appear one after another.

The messages that do not require immediate action can be acknowledged and cleared by pressing ✓. The messages that require immediate action cannot be cleared until that action is performed.

All messages should be taken seriously; clearing the message does not correct the problem.

If a SERVICE message appears, see your dealer.

Follow the instructions given in the messages. The system displays messages regarding the following topics:

- Service Messages
- Fluid Levels
- Vehicle Security

- Brakes
- Ride Control Systems
- Driver Assistance Systems
- Cruise Control
- Lighting and Bulb Replacement
- Wiper/Washer Systems
- Doors and Windows
- Seat Belts
- Airbag Systems
- Propulsion and Transmission
- Tire Pressure
- Battery

## Propulsion Power Messages

### PROPULSION POWER IS REDUCED

This message displays when the propulsion power is reduced and can affect the ability to accelerate. The vehicle may be driven at a reduced speed while this message is on, but maximum acceleration and speed may be reduced.

**MJN1068**

This message is most commonly displayed when the high voltage battery charge level is low. The vehicle is limiting power to maximize range.

This message can display after the vehicle is parked during extreme cold conditions without being plugged in. While driving the vehicle with this message displayed, the vehicle speed may be reduced until the high voltage battery is conditioned.

## Vehicle Speed Messages

### SPEED LIMITED TO XXX KM/H (MPH)

This message shows that the vehicle speed has been limited to the speed displayed. The limited speed is a protection for various propulsion and vehicle systems, such as lubrication, thermal, brakes, suspension, Teen Driver if equipped, or tires.

# Vehicle Personalization

Use the audio system controls to access the personalization menus for customizing vehicle features.

The following are all possible personalization features. Depending on the vehicle, some may not be available.

⌂ : Press to access the Home Page.

⊙ : Touch to access the Icon view.

❙ : Drag the scroll bar to navigate the list.

⤺ : Touch to exit or return to the previous screen or menu.

To access the menu:

1. Touch ⊙.
2. Touch Settings.
3. Touch the menu item to select it.

Each of the menus is detailed in the following information.

**Personalization Menu**

The following list of menu items may be available:

- Time and Date
- Rear Seat Reminder
- Language (Language)
- Teen Driver
- Radio Settings
- Vehicle
- Devices
- Device Remote Access
- Bluetooth Phone
- Apple CarPlay
- Android Auto
- KeyPass
- USB Auto Launch
- Wi-Fi
- Display Settings
- Rear Camera
- Return to Factory Settings
- Audible Touch Feedback

**MJN1069**

- Text Scroll
- Software Information

Each menu is detailed in the following information.

### Time and Date

Manually set the time and date. See *Clock* ⇨ *92.*

### Rear Seat Reminder

This message displays under certain conditions indicating there may be an item or passenger in the rear seat. Check before exiting the vehicle.

This feature allows for a chime and a message when the rear door has been opened before or during operation of the vehicle.

Select Off or On.

### Language (Language)

Select Language, then select from the available language(s).

### Teen Driver

See *Teen Driver* ⇨ *160.*

### Radio Settings

To manage the radio features, see "Radio Settings" under *Settings* ⇨ *159.*

### Vehicle

Select and the following may display:

- Climate and Air Quality
- Comfort and Convenience
- Collision / Detection Systems
- Lighting
- Power Door Locks
- Remote Lock / Unlock / Start

### Climate and Air Quality

Select and the following may display:

- Auto Fan Speed
- Auto Heated Seats
- Auto Defog

### Auto Fan Speed

This feature will set the maximum auto fan speed.

Select Low, Medium, or High.

### Auto Heated Seats

When set to On and it is cold outside, both the heated seats and the heated steering wheel will automatically turn on when the vehicle is started. See *Automatic Climate Control System* ⇨ *165.*

Select Off or On.

### Auto Defog

When set to On, the front defog will automatically come on when the vehicle is started. See *Automatic Climate Control System* ⇨ *165.*

Select Off or On.

### Comfort and Convenience

Select and the following may display:

- Chime Volume
- Auto Wipe in Reverse Gear

### Chime Volume

This allows the selection of the chime volume level.

Select + or − to adjust the volume.

**MJN1070**

**Auto Wipe in Reverse Gear**

This allows the feature to be turned on or off. See *Rear Window Wiper/ Washer* ⇨ *90*.

Select Off or On.

**Collision / Detection Systems**

Select and the following may display:

● Forward Collision System

● Front Pedestrian Detection

● Park Assist

● Rear Cross Traffic Alert

● Lane Change Alert

**Forward Collision System**

This setting controls the vehicle response when detecting a vehicle ahead of you. The Off setting disables all Forward Collision Alert (FCA) and Automatic Emergency Braking (AEB) functions. With the Alert and Brake setting, both FCA and AEB are available. The Alert setting disables AEB. See *Automatic Emergency Braking (AEB)* ⇨ *208*.

Select Off, Alert, or Alert and Brake.

**Front Pedestrian Detection**

This allows the feature's notification to be customized.

Select Off, Alert, or Alert and Brake.

**Park Assist**

This allows the feature to be turned on or off.

Select Off or On.

**Rear Cross Traffic Alert**

This allows the Rear Cross Traffic Alert feature to be turned on or off.

Select Off or On. See *Assistance Systems for Parking or Backing* ⇨ *202*.

**Lane Change Alert**

This allows the Lane Change Alert feature to be turned on or off.

Select Off or On. See *Lane Change Alert (LCA)* ⇨ *211*.

**Lighting**

Select and the following may display:

● Vehicle Locator Lights

● Exit Lighting

**Vehicle Locator Lights**

This feature will flash the exterior lamps and allows some of the exterior lamps and most of the interior lamps to turn on briefly when 🔒 on the Remote Keyless Entry (RKE) transmitter is pressed to locate the vehicle.

Select Off or On.

**Exit Lighting**

This allows the selection of how long the exterior lamps stay on when leaving the vehicle when it is dark outside.

Select Off, 30 Seconds, 60 Seconds, or 120 Seconds.

**Power Door Locks**

Select and the following may display:

● Unlocked Door Anti Lock Out

● Auto Door Unlock

● Delayed Door Lock

**MJN1071**

**Unlocked Door Anti Lock Out**

When on, this feature will keep the driver door from locking when the door is open. If Off is selected, the Delayed Door Lock menu will be available.

Select Off or On.

**Auto Door Unlock**

This allows selection of which of the doors will automatically unlock when the vehicle is shifted into P (Park).

Select Off, All Doors, or Driver Door.

**Delayed Door Lock**

When on, this feature will delay the locking of the doors. To override the delay, press the power door lock switch on the door.

Select Off or On.

**Remote Lock / Unlock / Start**

Select and the following may display:

- Remote Unlock Light Feedback
- Remote Lock Feedback
- Remote Door Unlock

- Remote Start Auto Heat Seats
- Passive Door Unlock
- Passive Door Lock
- Remote Left in Vehicle Alert

**Remote Unlock Light Feedback**

When on, the exterior lamps will flash when unlocking the vehicle with the RKE transmitter.

Select Off or Flash Lights.

**Remote Lock Feedback**

This allows selection of what type of feedback is given when locking the vehicle with the RKE transmitter.

Select Off, Lights and Horn, Lights Only, or Horn Only.

**Remote Door Unlock**

This allows selection of which doors will unlock when pressing 🔓 on the RKE transmitter.

Select All Doors or Driver Door.

**Remote Start Auto Heat Seats**

If equipped and turned on, this feature will turn the heated seats on when using remote start on cold days.

If equipped with auto heated steering wheel, this feature will turn on when the remote start auto heated seats turn on.

Select Off or On.

**Passive Door Unlock**

This allows the selection of what doors will unlock when using the button on the outside driver door handle to unlock the vehicle.

Select All Doors or Driver Door Only.

**Passive Door Lock**

This allows passive locking to be turned on or off and selects feedback.

Select Off, On with Horn Chirp, or On.

**MJN1072**

### Remote Left in Vehicle Alert

This feature sounds an alert when the RKE transmitter is left in the vehicle. This menu also enables Remote No Longer in Vehicle Alert.

Select Off or On.

### Devices

This shows status of the connected device.

Touch Add Device if a device needs to be added.

### Device Remote Access

This will allow devices to control system functionality and access data.

Select Off or On.

### Bluetooth Phone

This allows the connected Bluetooth phone to be configured. See "Bluetooth Phone" in *Settings* ⇨ *159*.

- My Number
- Privacy
- Sort Contacts
- Resync Device Contacts

### My Number

This displays the phone number of the connected Bluetooth device.

### Privacy

This allows call alerts to appear on the infotainment display.

Select Off or On.

### Sort Contacts

Touch to sort by first or last name.

### Resync Device Contacts

This resyncs the contacts on the phone.

### Apple CarPlay

This feature allows Apple devices to be connected to the infotainment system through a USB port.

Select Off or On.

### Android Auto

This feature allows Android devices to be connected to the infotainment system through a USB port.

Select Off or On.

### KeyPass (If Equipped)

Select and the following may display:

- KeyPass
- Manage KeyPass Devices

### KeyPass

This feature allows smartphones to be connected to the vehicle.

Select to turn Off or On.

### Manage KeyPass Devices

Select to manage smartphones. Smartphones must be on for this feature to be accessed.

### USB Auto Launch

This allows Android and Apple CarPlay devices to automatically connect when plugged into the USB port.

Select Off or On.

### Wi-Fi

Select and the following may display:

- Wi-Fi

**MJN1073**

- Manage Wi-Fi Networks

### Wi-Fi

This feature allows for a connection to available protected Wi-Fi networks in range of the vehicle to be turned off or on.

Select Off or On.

### Manage Wi-Fi Networks

Select to manage a list of available protected networks. Wi-Fi must be set to On for this feature to be accessed.

### Display Settings

Select and the following choices will display:

- Blue Sky
- Sunset Orange
- Black Eclipse

Choose one of these options to change the display settings.

### Rear Camera

Select and the following may display:

- Symbols
- Guidelines

### Symbols

Select to turn Off or On.

### Guidelines

Select to turn Off or On.

### Return to Factory Settings

Select and the following may display:

- Reset Vehicle Settings
- Clear All Private Data
- Restore Radio Settings

### Reset Vehicle Settings

This allows vehicle settings to be reset.

Select Continue or Cancel.

### Clear All Private Data

This allows all private information from the vehicle to be cleared.

Select Continue or Cancel.

### Restore Radio Settings

This allows radio settings preferences to be restored to the default.

Select Continue or Cancel.

### Audible Touch Feedback

Select to turn Off or On.

### Text Scroll

Select to turn Off or On.

### Software Information

Select and the following may display:

- Open Source
- Software Update
- Update Preference

### Open Source

Select to view the infotainment system current software information.

**MJN1074**

**Software Update**

This allows the ability to search for available vehicle software updates when Internet connectivity is available through the vehicle's built in OnStar connection, if equipped, or a secure Wi-Fi hotspot, such as a mobile hotspot, home or public network. Applicable data rates may apply.

**Update Preference**

Select to download new vehicle software updates in the background. Select Off or On. Software downloads require Internet connectivity through the vehicle's built-in OnStar connection, if equipped, or a secure Wi-Fi hotspot, such as a mobile hotspot, home or public network. Applicable data rates may apply.

**MJN1075**

# Lighting

## Exterior Lighting

Exterior Lamp Controls ....... 130
Exterior Lamps Off
  Reminder .................. 132
Headlamp High/Low-Beam
  Changer ................... 132
Flash-to-Pass ............... 132
Daytime Running
  Lamps (DRL) .............. 132
Automatic Headlamp
  System .................... 133
Hazard Warning Flashers ..... 133
Turn and Lane-Change
  Signals ................... 134

## Interior Lighting

Instrument Panel Illumination
  Control .................... 134
Courtesy Lamps ............. 135
Dome Lamps ................ 135
Reading Lamps ............. 135

## Lighting Features

Entry Lighting ............... 136
Exit Lighting ................ 136
Battery Power Protection .... 136
Exterior Lighting Battery
  Saver ..................... 136

# Exterior Lighting

## Exterior Lamp Controls



The exterior lamp control is on the instrument panel to the left of the steering column.

⏻ : Turns the exterior lamps off and deactivates the AUTO mode. Turn to ⏻ again to reactivate the AUTO mode.

In Canada, the headlamps will automatically reactivate when the vehicle is shifted out of P (Park).

**AUTO :** Turns the exterior lamps on and off automatically depending on outside lighting.

**MJN1076**

 : Turns on the parking lamps including all lamps, except the headlamps. The instrument panel lights also turn on.

: Turns on the headlamps together with the parking lamps and instrument panel lights.

## IntelliBeam System

If equipped, this system turns the vehicle's high-beam headlamps on and off according to surrounding traffic conditions.

The system turns the high-beam headlamps on when it is dark enough and there is no other traffic present.

This light comes on in the instrument cluster when the IntelliBeam system is enabled.

## Turning On and Enabling IntelliBeam



To enable the IntelliBeam system, press on the turn signal lever when the exterior lamp control is in the AUTO or position.

## Driving with IntelliBeam

The system only activates the high beams when driving over 40 km/h (25 mph).

The blue high-beam on light appears on the instrument cluster when the high beams are on.

There is a sensor near the top center of the windshield that automatically controls the system.

Keep this area of the windshield clear of debris to allow for best system performance.

The high-beam headlamps remain on, under the automatic control, until one of the following situations occurs:

- The system detects an approaching vehicle's headlamps.

- The system detects a preceding vehicle's taillamps.

- The outside light is bright enough that high-beam headlamps are not required.

- The vehicle's speed drops below 20 km/h (12 mph).

- The IntelliBeam system is disabled by the button on the turn signal lever. If this happens, press on the turn signal lever when the exterior lamp control is in the AUTO or position.

**MJN1077**

The instrument cluster light will come on to indicate the IntelliBeam system is reactivated.

The high beams may not turn off automatically if the system cannot detect another vehicle's lamps because of any of the following:

- The other vehicle's lamps are missing, damaged, obstructed from view, or otherwise undetected.
- The other vehicle's lamps are covered with dirt, snow, and/or road spray.
- The other vehicle's lamps cannot be detected due to dense exhaust, smoke, fog, snow, road spray, mist, or other airborne obstructions.
- The vehicle's windshield is dirty, cracked, or obstructed by something that blocks the view of the light sensor.

- The vehicle is loaded such that the front end points upward, causing the light sensor to aim high and not detect headlamps and taillamps.
- Driving on winding or hilly roads.

The IntelliBeam system may need to be disabled if any of the above conditions exist.

## Exterior Lamps Off Reminder

A warning chime sounds if the driver door is opened while the vehicle is off and the exterior lamps are on.

## Headlamp High/ Low-Beam Changer

Push the turn signal lever away from you and release, to turn the high beams on. To return to low beams, push the lever again or pull it toward you and release.



This indicator light turns on in the instrument cluster when the high-beam headlamps are on.

## Flash-to-Pass

To flash the high beams, pull the turn signal lever toward you, and release.

## Daytime Running Lamps (DRL)

DRL can make it easier for others to see the front of your vehicle during the day. Fully functional DRL are required on all vehicles first sold in Canada.

The DRL system comes on in daylight when the following conditions are met:

- The power button is on.

MJN1078

- The exterior lamp control is in AUTO.
- The light sensor determines it is daytime.
- The vehicle is not in P (Park).

When the DRL are on, the taillamps, sidemarker lamps, instrument panel lights, and other lamps will not be on.

The DRL turn off when the headlamps are turned to ⏻ or the vehicle is off.

For vehicles first sold in Canada, the DRL can only be turned off when the vehicle is parked.

## Automatic Headlamp System

The headlamps come on automatically when the exterior lamp control is set to AUTO and it is dark enough outside.



There is a light sensor on top of the instrument panel. Do not cover the sensor, otherwise the headlamps will come on when they are not needed.

The system may also turn on the headlamps when driving through a parking garage or tunnel.

When it is bright enough outside, the headlamps will turn off or may change to Daytime Running Lamps (DRL).

The automatic headlamp system turns off when the exterior lamp control is turned to ⏻ or the vehicle is off.

### Lights On with Wipers

If the windshield wipers are activated in daylight with the vehicle on, and the exterior lamp control is in AUTO, the headlamps, parking lamps, and other exterior lamps come on. The transition time for the lamps coming on varies based on wiper speed. When the wipers are not operating, these lamps turn off. Move the exterior lamp control to ⏻ or ☼ to disable this feature.

## Hazard Warning Flashers



**MJN1079**

The hazard warning flasher button is on the center stack.

⚠ : Press to make the front and rear turn signal lamps flash on and off. This warns others that you are having trouble. Press the button again to turn the flashers off.

When the hazard warning flashers are on, the turn signals will not work.

## Turn and Lane-Change Signals



Move the lever all the way up or down to signal a turn.

An arrow on the instrument cluster flashes in the direction of the turn or lane change.

Raise or lower the lever until the arrow starts to flash to signal a lane change. Hold it there until the lane change is completed.

If the lever is briefly pressed and released, the turn signal flashes three times.

The turn and lane-change signal can be turned off manually by moving the lever back to its original position.

If after signaling a turn or lane change, the arrow flashes rapidly or does not come on, a signal bulb may be burned out.

Replace any burned out bulbs. If a bulb is not burned out, check the fuse. See *Underhood Compartment Fuse Block* ⇨ *254*.

# Interior Lighting

## Instrument Panel Illumination Control



The brightness of the instrument cluster display, infotainment display and controls, steering wheel controls, and all other illuminated controls, as well as feature status indicators can be adjusted.

The knob for this feature is on the instrument panel beside the steering column.

**MJN1080**

## Courtesy Lamps

The courtesy lamps come on when any door is opened and the dome lamp is in the ⊖ position.

## Dome Lamps



The dome lamp controls are in the headliner above the front seats.

⌾ **OFF :** Press to turn the lamps off, even when a door is open.

⊖ **:** When the button is returned to the middle position, the lamps turn on automatically when a door is opened.

⌾ **ON :** Press to turn on the dome lamps.

## Reading Lamps

There are front and rear reading lamps.



The front reading lamps are in the overhead console.

Press the lamp lenses to turn the reading lamps on or off.



The rear reading lamps are in the headliner.

⌾ **OFF :** Press to turn the lamp off.

⌾ **ON :** Press to turn the lamp on.

**MJN1081**

# Lighting Features

## Entry Lighting

Some exterior lamps and the interior lamps turn on briefly at night when the Remote Keyless Entry (RKE) transmitter ⊟ is pressed. See *Remote Keyless Entry (RKE) System Operation ⇨ 8*. The lights turn off immediately when the vehicle is started or automatically after a brief period.

This feature can be turned on or off. See "Vehicle Locator Lights" under *Vehicle Personalization ⇨ 123*.

## Exit Lighting

Some exterior lamps come on at night when the vehicle is turned off and the driver door is opened. Some interior lamps also come on when the vehicle is turned off. The exterior lamps and interior lamps remain on after the door is closed for a brief period and then turn off.

This feature can be turned on or off. See *Vehicle Personalization ⇨ 123*.

## Battery Power Protection

The battery saver feature is designed to protect the vehicle's 12-volt battery.

If some interior lamps and/or the headlamps are left on and the vehicle is turned off, the battery rundown protection system automatically turns the lamp off after some time.

## Exterior Lighting Battery Saver

The exterior lamps turn off about 10 minutes after the ignition is turned off, if the parking lamps or headlamps have been manually left on. This protects against draining the battery. To restart the 10-minute timer, turn the exterior lamp control to the off position and then back to the parking lamp or headlamp position.

To keep the lamps on for more than 10 minutes, the ignition must be on.

**MJN1082**

# Infotainment System

## Introduction

Introduction . . . . . . . . . . . . . . . . . . 137
Theft-Deterrent Feature . . . . . . 138
Overview . . . . . . . . . . . . . . . . . . . . . 138
Operation . . . . . . . . . . . . . . . . . . . . 139
Software Updates . . . . . . . . . . . . 141

## Radio

AM-FM Radio . . . . . . . . . . . . . . . 142
Satellite Radio . . . . . . . . . . . . . . . 143
Multi-Band Antenna . . . . . . . . . . 145

## Audio Players

USB Port . . . . . . . . . . . . . . . . . . . . 145
Auxiliary Devices . . . . . . . . . . . . . 151
Bluetooth Audio . . . . . . . . . . . . . . 152

## OnStar System

OnStar System . . . . . . . . . . . . . . . 154

## Phone

Bluetooth . . . . . . . . . . . . . . . . . . . . 155
Apple CarPlay and
  Android Auto . . . . . . . . . . . . . . . 156
Hands-Free Phone . . . . . . . . . . . 157

## Settings

Settings . . . . . . . . . . . . . . . . . . . . . 159
Teen Driver . . . . . . . . . . . . . . . . . . 160

## Trademarks and License Agreements

Trademarks and License
  Agreements . . . . . . . . . . . . . . . . 163

## Introduction

Read the following pages to become familiar with the features.

### ⚠ Warning

Taking your eyes off the road for too long or too often while using any infotainment feature can cause a crash. You or others could be injured or killed. Do not give extended attention to infotainment tasks while driving. Limit your glances at the vehicle displays and focus your attention on driving. Use voice commands whenever possible.

The infotainment system has built-in features intended to help avoid distraction by disabling some functions when driving. These functions may gray out when they are unavailable. Many infotainment features are also available through the instrument cluster and steering wheel controls.

**MJN1083**

Before driving:

- Become familiar with the operation, center stack controls, and infotainment display controls.

- Set up the audio by presetting favorite stations, setting the tone, and adjusting the speakers.

- Set up phone numbers in advance so they can be called easily by pressing a single control or by using a single voice command if equipped with Bluetooth phone capability.

See *Defensive Driving* ⇨ *174*.

To play the infotainment system with the ignition off, see *Retained Accessory Power (RAP)* ⇨ *186*.

### Active Noise Cancellation (ANC)

If equipped, ANC reduces engine noise in the vehicle's interior. ANC requires the factory-installed audio system, radio, speakers, amplifier (if equipped), induction system, and exhaust system to work properly.

Deactivation is required by your dealer if related aftermarket equipment is installed.

## Theft-Deterrent Feature

The infotainment system has an electronic security system installed to prevent theft.

The infotainment system only works in the vehicle in which it was first installed, and cannot be used in another vehicle.

## Overview



1. Infotainment Display:

   - Display for Play/Reception/Menu information.

2. Volume Knob:

   - Turn the volume knob to adjust the volume.

3. ⏻ :

   - Press and hold to enter the Power Off Mode. The radio will be in a power off mode with the climate control and clock display.

   - Press to cancel the Power Off Mode or to mute/unmute the audio when the system is on.

4. ⌂ :

   - Press to go to the Home Page.

   - Press and hold to launch Apple CarPlay or Android Auto, if equipped.

**MJN1084**

5. ⏮ or ⏭ :

- Radio: Press to seek the previous or next strongest station or channel.
- USB/Music/Pictures: Press to go to the previous or next content. Press and hold to fast rewind or fast forward.

## Operation

### Turning On/Off Automatically

When the vehicle is on, the infotainment system turns on automatically.

When the vehicle is off and the driver door of the vehicle is opened, the infotainment system turns off automatically.

If ⏻ is pressed and held when the vehicle is off, the infotainment system will turn on. The system will turn off automatically after approximately 10 minutes.

### Full Screen Clock

- Touch the time display on the screen to display a full screen of the clock.
- Touch ⬋ to return to the previous screen.

### Volume Control

Turn the volume knob to adjust the volume. The current volume is indicated.

- If equipped, use the volume switches on the back of the steering wheel to adjust the volume. See *Steering Wheel Controls* ⇨ *87*.
- Turning on the infotainment system power will set the volume level to its previous selection if it is lower than the maximum starting volume level.
- If the volume level is louder than the maximum starting volume level when the infotainment system is turned on, the

infotainment system is adjusted automatically to the maximum starting volume level.

### Edit Home Page Layout

1. When the vehicle is stationary, touch ⌂ Edit on the Home Page.



2. Select the desired layout: Standard, Family, Eco, or Custom.

   If Custom is selected, the display will switch to custom layout editing. This allows the

**MJN1085**

changing of location and content of information displayed on the Home Page.

## Using Icon View



Touch ⊕.

Icon view may vary depending on vehicle options.

**Audio :** Touch to select AM, FM, SXM (if equipped), AUX, or USB/iPod/Bluetooth Audio.

**Phone :** Touch to activate the phone features. See *Bluetooth* ⇨ 155.

**Projection :** Touch to access supported devices when connected. See *USB Port* ⇨ 145.

**Settings :** Touch to access the Personalization menu. See *Vehicle Personalization* ⇨ 123.

**Gallery :** Touch to view a picture. See "Gallery" under "Selecting a Function" following.

**OnStar :** Touch to use the OnStar function. See *OnStar Overview* ⇨ 329.

**Camera :** Touch to access the camera application. See *Assistance Systems for Parking or Backing* ⇨ 202.

**Low Power Mode :** Touch to access the Low Power Mode. See "Low Power Mode" in *Charging Options* ⇨ 119.

## Selecting a Function

### Audio

1. Touch ⊕.

2. Touch Audio, then Source.

   ● Touch AM to select AM radio.

   ● Touch FM to select FM radio.

   ● Touch SXM to select SiriusXM radio (if equipped).

   ● Touch iPod to select iPod music.

   ● Touch USB1 to select USB1 music.

   ● Touch USB2 to select USB2 music.

   ● Touch Bluetooth to select Bluetooth music.

   ● Touch AUX to select auxiliary sound input.

If the playback source (iPod/USB/AUX/Bluetooth) is not connected to the infotainment system, this function is not available.

Audio source availability may vary depending on the region.

**MJN1086**

The infotainment system can only support two USB devices for the front USB ports.

**Phone**

To operate Bluetooth Hands-Free function, connect the Bluetooth phone to the infotainment system.

1. Touch ⊕.

2. Touch Phone, then touch 📞 on the infotainment display,
   or press ⼺ on the steering wheel controls.

**Settings**

1. Touch ⊕.

2. Touch Settings, then select an item from the menu and adjust the settings by selecting from the available options. See *Settings ⇨ 159*.

**Gallery**

1. Touch ⊕.

2. Touch Gallery, then touch 🗁 menu to view picture files contained in the USB storage device.

## Software Updates

### Over-the-Air Software Updates

If equipped, the infotainment system can download and install select software updates over a wireless connection. The system will prompt for certain updates to be downloaded and installed. There is also an option to check for updates manually.

To manually check for updates, touch Settings on the Home Page, followed by Software Information, and then System Update. Follow the on-screen prompts. Steps for downloading and installing updates may vary by vehicle.

Downloading Over-the-Air vehicle software updates requires Internet connectivity, which can be accessed through the vehicle's built-in OnStar 4G LTE connection, if equipped and active. If required, data plans are provided by a third party. Optionally, a secure Wi-Fi hotspot such as a compatible mobile device hotspot, home hotspot, or public hotspot can be used. Applicable data rates may apply.

To connect the infotainment system to a secured mobile device hotspot, home hotspot, or public hotspot, touch Settings on the Home Page, followed by Wi-Fi, and then Manage Wi-Fi Networks. Select the appropriate Wi-Fi network, and follow the on-screen prompts. Download speeds may vary.

On most compatible mobile devices, activation of the Wi-Fi hotspot is in the Settings menu under Mobile Network Sharing, Personal Hotspot, Mobile Hotspot, or similar.

Availability of Over-the-Air vehicle software updates varies by vehicle and country. For more information on this feature, see www.my.chevrolet.com/learn.

**MJN1087**

# Radio

## AM-FM Radio

### Listening to AM-FM Radio

1. Touch ⊙.

2. Touch Audio, then Source.

3. Touch FM or AM. The most recently listened to AM or FM radio station is displayed.

RDS (Radio Data System) function is only available in countries that support this function.

### Searching for Stations Automatically

Press |◀◀ or ▶▶| to automatically search for an available station with good reception.

If RDS is supported, it will tune to the station and may include additional information such as time, station identification, and program information.

### Searching for Stations Directly

1. Touch Tune.

2. Using the keypad, enter the desired station number.

Touching the period between digits is not necessary. The radio will add it automatically at the correct location.

### Favorite Preset Operation

#### Saving Favorites

1. Select the band.

2. Select the desired station.

3. Touch ★ or touch and hold the favorite in the Favorites list to overwrite.

4. To delete it from the Favorites list, touch ★, or swipe the station from the list on the right.

Up to 15 radio stations can be saved in the Favorites list.

#### Listening to Favorites Directly

1. Touch Favorites to see the list of favorites.

2. Touch the desired station.

The steering wheel controls can also be used to select favorites. See *Steering Wheel Controls* ⇨ 87.

### Using the AM or FM Radio Tab

#### Current Station Information

1. Touch Browse Audio.

2. Touch Current Station Information to display the station information.

#### AM or FM Stations

1. Touch Browse Audio.

2. Touch AM Stations or FM Stations. The AM List or FM List is displayed.

#### FM Categories

1. Touch Browse Audio.

2. Touch FM Categories.

3. Touch the desired category and station.

   The FM category list is only available for RDS (Radio Data System).

**MJN1088**

**Update AM or FM Stations**

1. Touch Browse Audio.

2. Touch Update AM Stations or Update FM Stations.

**Tone Settings**

1. Touch Audio Settings.



2. Touch Tone Settings to enter the sound setup mode. The Tone settings menu is displayed.

   - Bass : Touch - or + to adjust the bass level manually.

- Mid (Midrange) : Touch - or + to adjust the midrange level manually.

- Treble : Touch - or + to adjust the treble level manually.

- Fade : Adjust the front/rear speaker balance by dragging the dot in the vehicle interior image.

- Balance : Adjust the left/right speaker balance by dragging the dot in the vehicle interior image.

- EQ (Equalizer) : Select or turn off the sound style: Talk, Rock, Jazz, Pop, Country, Classical, or Custom. If equipped with Bose premium audio, only Talk and Custom are available.

3. Touch ◀ Now Playing to return to the previous menu.

**Auto Volume**

When Auto Volume is turned on, the volume will automatically be controlled according to the vehicle speed to offset the noise from outside.

1. Touch Audio Settings.

2. Touch Auto Volume.

3. Select the desired option: Off, Low, Medium-Low, Medium, Medium-High, or High.

**RDS**

The RDS function can be set for FM.

1. Touch Audio Settings.

2. Set RDS to On or Off.

## Satellite Radio

Vehicles equipped with a SiriusXM satellite radio tuner and a valid SiriusXM satellite radio subscription can receive SiriusXM programming.

**MJN1089**

## SiriusXM Satellite Radio Service

SiriusXM is a satellite radio service based in the 48 contiguous United States and 10 Canadian provinces. SiriusXM satellite radio has a wide variety of programming and commercial-free music, coast to coast, and in digital-quality sound. A fee is required to receive the SiriusXM service.

Refer to:

- www.siriusxm.com or call 1-888-601-6296 (U.S.).
- www.siriusxm.ca or call 1-877-438-9677 (Canada).

## Listening to SXM Radio

1. Touch ⊙.
2. Touch Audio, then Source.
3. Touch SXM. The most recently listened to SXM channel is displayed.

## Searching for Channels Automatically

Press ⏮ or ⏭ to automatically search for available channels.

## Searching for Channels Directly

1. Touch Tune.
2. Using the keypad, enter the desired channel.

## Searching for Channels Using Favorites

### Saving Favorites

1. Select the desired channel.
2. Touch ★ or touch and hold the favorite in the list to overwrite.
3. To delete a channel from Favorites, touch ★, or swipe the channel from the list on the right.

   Up to 15 channels can be saved in the Favorites list.

## Listening to Favorites Directly

1. Touch Favorites to see the list of favorites.
2. Touch the desired channel.

## Using the SXM Radio Tab

### Browse Audio

- Current Channel Information

  Touch Current Channel Information. The channel information is displayed.

- SXM Channels

  Touch SXM Channels. The SXM List is displayed.

- SXM Categories

  SXM categories are defined by the SiriusXM service provider.

  Touch SXM Categories, then touch the desired category and channel.

**MJN1090**

**Audio Settings**

- Tone Settings

  Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

- Auto Volume

  Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

- Explicit Content Filter

  Choose this menu item to turn On or Off the filtering of explicit channels from SXM. A list item can be set to On or Off. From the SXM Settings, touch Audio Settings. Set Explicit Content Filter feature to On or Off to allow for a filtered list of channels.

## Multi-Band Antenna

If equipped, the roof antenna is for AM, FM, and GPS (Global Positioning System). Keep clear of obstructions for clear reception.

**Mobile Phone Usage**

Mobile phone usage can cause interference with the vehicle's radio. Unplug the mobile phone or turn it off if this occurs.

### AM

The range for most AM stations is greater than for FM, especially at night. The longer range can cause station frequencies to interfere with each other. Static can occur when things like storms and power lines interfere with radio reception. When this happens, try reducing the treble on the radio.

### FM

FM signals only reach about 16 to 65 km (10 to 40 mi). Although the radio has a built-in electronic circuit that automatically works to reduce interference, some static can occur, especially around tall buildings or hills, causing the sound to fade in and out.

## Audio Players

## USB Port

The USB ports are in the center console and are for data and charging. If equipped, there are two USB charge ports in the rear of the center console. The infotainment system can play the music files contained in the USB storage device or a device that supports MTP or iPod/iPhone devices.

### Before Using the Audio System

**Supported Audio File Formats**

- MP3 (MPEG-1 Layer 3, MPEG-2 Layer 3)

  Constant Bit Rate (CBR) between 8 and 320 kbps

  Variable Bit Rate (VBR)

  Sampling frequencies of 8, 11.025, 12, 16, 22.05, 24, 32, 44.1, and 48 kHz

- Windows Media Audio

  Windows Media Audio 10

**MJN1091**

CBR between 32 and 768 kbps

VBR (Standard), Professional, Lossless, or higher according to Microsoft specifications

Sampling frequencies of 8, 12, 16, 22, 32, 44.1, and 48 kHz

- AAC (MPEG-4 AAC, Low Complexity Profile) and AAC+

CBR between 8 and 320 kbps

- OGG Vorbis
- Waveform (WAV – PCM Windows format)
- Audio Interchange File Format (AIFF)
- 3GPP (Generally used for mobile devices)
- Audio Books (MP3, WMA, AAC, AA)

**Guidelines for Using a USB Storage Device and iPod/iPhone**

- Operation cannot be guaranteed if the HDD built-in USB mass storage device or CF or SD memory card is connected by using a USB adaptor. Use a USB or flash memory type storage device.

- Avoid static electricity discharge when connecting or disconnecting the USB. If connection and disconnection are repeated many times in a short time, this may cause a problem in using the device.

- Operation is not guaranteed if the connecting terminal of the USB device is not metal.

- Connection with i-Stick Type USB storage devices may be faulty due to vehicle vibration.

- Do not touch the USB connecting terminal with an object or any part of your body.

- The USB storage device can only be recognized when it is formatted in FAT16/32, NTFS, HFS+. exFAT and other file systems cannot be recognized.

- According to the type and capacity of the USB storage device and the type of the stored file, the time it takes to recognize the files may differ.

- Files in some USB storage devices may not be recognized due to compatibility problems.

- Do not disconnect the USB storage device while it is being played. This may cause damage to the device or may affect the performance of the USB device.

- The infotainment system can only support two USB devices for the front USB ports.

- Disconnect the connected USB storage device when the vehicle is off.

- USB storage devices can only be connected to this device for the purpose of playing music, viewing photo files, or upgrading.

- The USB terminal of the device should not be used to charge USB accessory equipment since

**MJN1092**

the heat generation using the USB terminal may cause performance issues or damage to the device.

- When the logical drive is separated from a mass USB storage device, only the files from the top-level logical drive can be played for USB music files. For this reason, store music files to be played in the top-level drive of the device. Music files in a particular USB storage device may not play normally if an application is loaded by partitioning a separate drive inside the USB device.

- Music files to which DRM (Digital Right Management) is applied cannot be played.

- The infotainment system can support USB storage devices that are in capacity with a limit of 5,000 files (music and photo), and 15 stages of folder structure. Normal usage cannot be guaranteed for storage devices that exceed this limit.

The iPod/iPhone can play all music files supported. The music file lists display up to 5,000 files on the screen in alphabetical order.

- Some iPod/iPhone devices may not support the connectivity or functionality of the infotainment system.

- Only connect the iPod/iPhone with connection cables supported by iPod/iPhone devices. Other connection cables cannot be used.

- When the iPod/iPhone device is not being used, keep it disconnected from the USB port when the vehicle is off.

- Connect the iPod/iPhone to the USB port by using the iPod/iPhone cable to play the music files on the iPod/iPhone. When the iPod/iPhone is connected to the AUX port, the music files are played, but not controlled by MyLink.

- iPod/iPhone movie file playback is not supported.

- The playback functions and the information display items of the iPod/iPhone used with this infotainment system may be different from the iPod/iPhone in terms of play order, method, and information displayed.

- See the manufacturer for information related to the search function provided by the iPod/iPhone device.

### USB Player

#### Playing USB Storage Device Music Files

Connect the USB storage device containing the music files to the USB port.

**MJN1093**



- Once the infotainment system finishes reading the information on the USB storage device, play will begin automatically unless USB Auto Launch has been set to Off in Settings.

- If a non-readable USB storage device is connected, an error message will appear and the infotainment system will automatically switch to the previous audio function.

If the USB storage device is already connected, touch ⊕, Audio, Source, and USB to play the USB music files.

### Ending USB Music File Playback

1. Touch Source.

2. Select another function by touching AM, FM, AUX, or Bluetooth.

To remove the USB storage device, select another function, and then remove the USB storage device.

**Pause Touch ❚❚ during playback.**

Touch ▶ to resume playback.

### Playing the Next File

Touch ▶▶ to play the next file.

### Playing the Previous File

Touch ◀◀ within five seconds of playback time to play the previous file.

### Returning to the Beginning of the Current File

Touch ◀◀ after five seconds of playback time.

### Scanning Forward or Backward

Touch and hold ◀◀ or ▶▶ during playback to rewind or fast forward. Release ◀◀ or ▶▶ to resume playback at normal speed.

### Playing Files Randomly

Touch ⤨ during playback.

Touch ⤨ again to return to normal playback.

### Playing Files Repeatedly

1. Touch ⟳ during playback.

2. Touch the desired option.

   - Repeat All: Plays all files repeatedly.

   - Repeat Song: Plays a current file repeatedly.

   - Repeat Off: Cancels the repeat function.

### Searching for a File by Using the Favorites

### Saving Favorites

1. Select the desired file.

**MJN1094**

2. Touch ★, or touch and hold the favorite in the list to overwrite.

3. To delete it from the Favorites list, touch ★, or swipe the file from the list on the right.

   Up to 15 media files can be saved in the Favorites list.

**Listening to Favorites Directly**

1. Touch the Favorites menu to see the Favorites list.

2. Touch the desired favorite to listen.

**Browse Music**

1. Touch Browse Music.

2. Touch the desired item: Playlists, Folders, Artists, Songs, Albums, Genres, and Composers.

3. Touch the desired music to listen.

   The Infotainment Module will recognize playlist files by the extensions .asx, m3u, pls, wpl, b4s, and .xspf.

**Tone Settings**

Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

**Auto Volume**

See "Auto Volume" under "AM-FM Radio" previously in this section.

## MTP (Media Transfer Protocol) Player

**Playing Music from a Supported MTP Device**

Connect the supported MTP device containing music files to the USB port.

● Once the infotainment system finishes reading the information on the device that supports MTP (Media Transfer Protocol), it will be automatically played. If USB Auto Launch is set to Off in Settings, it will not be automatically played.

● If a non-readable device that supports MTP is connected, then an error message will appear

and the infotainment system will automatically switch to the previous audio function.

● Depending on the connected device, some files may not play.

● File loading may take a few minutes depending on the type of MTP device or the number of files/folders stored in the MTP device.

● When connecting the MTP device, the infotainment system scans audio files first, and then picture files. While scanning picture files, these files may not be available until the loading indicator on the audio screen disappears even if the audio file in the MTP device is playing.

● If connecting an MTP device that has external memory, it may be recognized as USB1/USB2.

● Other operations are the same as the USB player. See "USB Player" under "USB Port" previously in this section.

**MJN1095**

- The USB connection setting on the device may need to be changed to MTP.

### iPod/iPhone Player

This is limited to devices supporting the iPod/iPhone connection.

### Playing iPod/iPhone Music Files

Use an Apple certified cord to connect the iPod/iPhone containing the music files to the USB port.

- Once the infotainment system finishes reading the information on the iPod/iPhone, it will be automatically played from the previously played point. If Auto Launch in Settings is set to Off, it will not be automatically played.

If the iPod/iPhone is already connected, touch ⊙, Audio, Source, then iPod to play the iPod/iPhone.

### Ending iPod/iPhone Playback

1. Touch Source.

2. Select another function by touching AM, FM, AUX, or Bluetooth, or unplug the iPod/iPhone.

To remove the iPod/iPhone, select another function, and then remove the iPod/iPhone.

### Pause

Touch ❙❙ during playback.

Touch ▶ to resume playback.

### Playing the Next Song

Touch ▶▶❙ to play the next song.

### Playing the Previous Song

Touch ❙◀◀ within two seconds of playback time to play the previous song.

### Returning to the Beginning of the Current Song

Touch ❙◀◀ after two seconds of playback time.

### Scanning Forward or Backward

Hold ❙◀◀ or ▶▶❙ during playback to rewind or fast forward.

Release ❙◀◀ or ▶▶❙ to resume playback at normal speed.

### Playing Files Randomly

Touch ⤭ during playback.

Touch ⤭ again to return to normal playback.

### Browse Music

1. Touch Browse Music.

2. Touch the desired music.

### Tone Settings

Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

### Auto Volume

Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

### Gallery (Pictures)

The infotainment system can view picture files contained in the USB storage device.

**MJN1096**

### Before Using the Picture System

- Only the following file extensions are supported: *.jpg, *.bmp, *.png, *.gif.
- Animated GIF is not supported.
- Some files may not operate due to a different format or the condition of the file.

### Viewing a Picture

1. Connect the USB storage device containing the picture files to the USB port.
2. Press ⭐, then ⦂.
3. Touch Gallery, then select the desired picture folder.
4. Select the desired file.

- Touch the screen to hide the control bar. Touch the screen again to show the control bar.
- Some features are disabled while the vehicle is in motion.

### Viewing a Slide Show

- Touch ▣ from the picture screen and the slide show will play.
- Touch the screen to cancel the slide show during slide show playback.

### Viewing a Previous or Next Picture

From the picture screen, touch < or > to view the previous or next picture.

### Rotating a Picture

From the picture screen, touch ↻ to rotate the picture.

### Enlarging a Picture

From the picture screen, touch ⚲ to enlarge the picture.

### Using the USB Picture Menu

1. From the picture screen, touch Menu.

2. Touch the desired menu.

- Slide Show Time: Select the slide show interval.
- Clock/Temp Display: To display the clock and temperature on the full screen, select On or Off.
- Display Settings: Adjust the brightness and contrast.

3. After the setting is complete, touch ⬅.

## Auxiliary Devices

The AUX port is in the center console. The infotainment system can play auxiliary music connected by the auxiliary device.

### Playing Music from an Auxiliary Device

Connect the auxiliary device containing the music source to the AUX port. Once connected with the infotainment system, music can be played from the device.

# MJN1097

- If the auxiliary device is already connected, touch ⊙, Audio, Source, then AUX to play music from the auxiliary device.

- Use an AUX cable with a 3.5 mm (1/8 in) type connector.

### Tone Settings

From the AUX screen, touch Tone. See "Tone Settings" under "AM-FM Radio" previously in this section.

## Bluetooth Audio

### Bluetooth Music

If equipped, music may be played from a paired Bluetooth device. Refer to the Phone section for help pairing a device.

### Before Playing Bluetooth Music

- The paired bluetooth device must support Bluetooth profiles: A2DP or AVRCP.

- Bluetooth music may not be supported depending on the mobile phone or Bluetooth device.

- From the mobile phone or Bluetooth device, find the Bluetooth device type to set/connect the item.

- A ♪ will appear on the screen to indicate a successful Audio Bluetooth connection.

- The sound played by the Bluetooth device is delivered through the infotainment system.

- Bluetooth music can be played only when a Bluetooth device has been connected. To play Bluetooth music, connect the Bluetooth phone to the infotainment system.

- If the Bluetooth device is disconnected while playing music, the music is discontinued. The audio streaming function may not be supported in some Bluetooth phones. Only one function can be used at a time between the Bluetooth hands-free phone function or the Phone music function. For example, if switching to Bluetooth

hands-free phone mode while playing Phone music, the music streaming function will be discontinued.

- For Bluetooth music to play, the music must be played at least once from the music player mode of the mobile phone or Bluetooth device after connecting as a stereo headset. After being played at least once, the music player will be automatically played upon entering play mode, and it will be automatically stopped when the music player mode ends. If the mobile phone or Bluetooth device is not in the waiting screen mode, some devices may not automatically play in Bluetooth music play mode.

### Playing Bluetooth Music

1. Touch ⊙.

2. Touch Audio, then Source on the screen.

3.  Touch Bluetooth to select the connected Bluetooth device music play mode.

**Pause**

Touch ‖ during playback.

Touch ▶ again to resume playback.

**Playing the Next Music**

Touch ▶▶ to play the next music.

**Playing the Previous Music**

Touch ◀◀ within two seconds of playback time to play the previous music.

**Returning to the Beginning of the Current Music**

Touch ◀◀ after two seconds of playback time.

**Scanning Forward or Backward**

Hold ◀◀ or ▶▶ during playback to rewind or fast forward.

Release ◀◀ or ▶▶ to resume playback at normal speed.

**Playing Files Randomly**

Touch ⤨ during playback.

Touch ⤨ again to return to normal playback.

**Playing Files Repeatedly**

1.  Touch ⟳ during playback.

2.  Touch the desired option.

    ●  Repeat All: Plays all files repeatedly.

    ●  Repeat Song: Plays a current file repeatedly.

    ●  Repeat Off: Cancels repeat function.

**Browse Music**

This function may not be supported depending on the mobile phone.

1.  Touch Browse Music.

2.  Touch the desired item. The number of relevant songs is displayed.

3.  Touch the desired music to listen.

**Tone Settings**

From the Bluetooth music menu, sound features can be set up. See "Tone Settings" under "AM-FM Radio" previously in this section.

**Auto Volume**

Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

**Manage Bluetooth Devices**

1.  Touch Audio Settings.

2.  Touch Manage Bluetooth Devices.

3.  Select the desired device and then connect/disconnect or delete.

**Playing Bluetooth Music**

●  Do not change the track too quickly when playing Bluetooth music.

●  It takes some time to transmit data from the mobile phone or Bluetooth device to the infotainment system. The

**MJN1099**

infotainment system outputs the audio from the mobile phone or Bluetooth device as it is transmitted.

- If the mobile phone or Bluetooth device is not in the idle screen mode, it may not automatically play despite being carried out from the Bluetooth music play mode.

- The infotainment system transmits the order to play from the mobile phone in the Bluetooth music play mode. If this is done in a different mode, then the device transmits the order to stop. Depending on the mobile phone's options, this order to play/stop may take time to activate.

- If Bluetooth music playback is not functioning, then check to see if the mobile phone is in the idle screen mode.

- Sometimes, sounds may be cut off during Bluetooth music playback.

# OnStar System

### OnStar with 4G LTE



If equipped with OnStar 4G LTE, up to seven devices, such as smartphones, tablets, and laptops, can be connected to high-speed Internet through the vehicle's built-in Wi-Fi hotspot.

Call 1-888-4-ONSTAR (1-888-466-7827) to connect to an OnStar Advisor for assistance. See www.onstar.com for a detailed instruction guide, vehicle availability, details, and system limitations. Services and apps vary by make, model, year, carrier, availability, and conditions. 4G LTE service is available in select markets. 4G LTE performance is based on industry averages and vehicle systems design. Some services require a data plan.

**MJN1100**

# Phone

## Bluetooth

### Bluetooth Wireless Technology

Bluetooth wireless technology establishes a wireless link between two devices supported with Bluetooth. After the initial pairing, the two devices can connect automatically when turned on. Bluetooth allows wireless transmission of information among Bluetooth phones, PDAs, or other devices within close range by using 2.45 GHz frequency short-distance wireless telecommunication technologies. Within this vehicle, users can make hands-free calls, transmit hands-free data, and play audio streaming files by connecting a mobile phone with the system.

- There may be restrictions on using Bluetooth wireless technology in some locations.

- Due to the variety of Bluetooth devices and their firmware versions, the device may respond differently when performing over Bluetooth.

- See the device's user guide for questions about Bluetooth functionality.

- Multi-pairing is not supported.

### Pairing and Connecting Bluetooth

To use the Bluetooth feature, make sure the Bluetooth on the device is turned on and the device is in discoverable mode. See the Bluetooth device's user guide.

**When There Is no Paired Device on the Infotainment System**

1. Touch 😶.

2. Touch Phone, then Add Device.

3. From the device's Bluetooth settings list, select myChevrolet.

4. Touch Code Matches.

5. Verify phone matches.

When the Bluetooth device and infotainment system are successfully paired, the Phone screen appears on the infotainment display.

When the connection fails, a failure message appears on the infotainment display.

**When There Is a Paired Device on the Infotainment System**

1. Touch 😶.

2. Touch Settings, then Devices on the display.

3. Touch the device to pair from the list, and then follow Step 5.

   To add a device not in the list, touch Add Device.

4. From the device's Bluetooth settings list, select myChevrolet.

5. When the Bluetooth device and the infotainment system are successfully paired, ♪ / 📞 is displayed.

**MJN1101**

- The connected mobile phone is highlighted by a ☏ mark.

- The ♪ / ☏ mark indicates the hands-free and mobile phone music function are enabled.

- The ☏ mark indicates only Hands-Free function is enabled.

- The ♪ mark indicates only Bluetooth music is enabled.

- When the Bluetooth device and the infotainment system are successfully paired, the contact list downloads automatically, depending on the type of mobile phone. If the contact list does not download automatically, proceed with the download on the mobile phone. Always accept the contact list request on the initial pairing of the mobile phone.

- The infotainment system can register up to 10 Bluetooth devices.

- When the connection fails, the failure message displays on the infotainment system.

- If the contact list has more than 5,000 contacts, the infotainment system may not properly list the remaining entries.

- Depending on the number of contact entries, pairing time may vary.

### Checking the Connected Bluetooth Device

1. Touch 😳.

2. Touch Settings, then Devices.

3. The connected device will be displayed on the top of the list.

### Disconnecting the Bluetooth Device

1. Touch 😳.

2. Touch Settings, then Devices.

3. Touch the name of the device to disconnect.

4. Touch Disconnect Device.

### Connecting the Bluetooth Device

1. Touch 😳.

2. Touch Settings, then Devices.

3. Touch the device to connect.

### Deleting the Bluetooth Device

1. Touch 😳.

2. Touch Settings, then Devices.

3. Touch Delete next to the device to delete.

4. Touch Delete.

## Apple CarPlay and Android Auto

If equipped, Android Auto and/or Apple CarPlay capability may be available through a compatible smartphone. If available, Projection will appear on the Home Page of the infotainment display.

**MJN1102**

To use Android Auto or Apple CarPlay:

1. Download the Android Auto app to your phone from the Google Play store. No app is required for Apple CarPlay.

2. Connect an Android phone or iPhone by using the compatible phone USB cable and plugging into a USB data port. For best performance, use the device's factory-provided USB cable. Aftermarket or third-party cables may not work.

3. When the phone is first connected to activate Apple CarPlay or Android Auto, the message "Device Projection Privacy Consent" will appear.

   ● Select Continue to launch Apple CarPlay or Android Auto.

   ● Select Disable to remove Apple CarPlay and Android Auto capability from the vehicle Settings menu. Other functions may still work.

Projection on the Home Page will change to Android Auto or Apple CarPlay depending on the phone. Android Auto and/or Apple CarPlay may automatically launch upon USB connection. If not, touch the Android Auto and/or Apple CarPlay icon on the Home Page to launch.

Press ⌂ on the center stack to return to the Home Page.

For further information on how to set up Android Auto and Apple CarPlay in the vehicle, see www.my.chevrolet.com or see *Customer Assistance Offices* ⇨ *317*.

Android Auto is provided by Google and is subject to Google's terms and privacy policy. Apple CarPlay is provided by Apple and is subject to Apple's terms and privacy policy. Data plan rates apply. For Android Auto support see https://support.google.com/androidauto. For Apple CarPlay support see www.apple.com/ios/carplay/. Apple or Google may change or suspend availability at any time. Android Auto, Android, Google, Google Play,

and other marks are trademarks of Google Inc.; Apple CarPlay is a trademark of Apple Inc.

## Hands-Free Phone

### Making a Call by Entering the Phone Number

1. Touch ⊡.

2. Touch Phone.

3. Enter the phone number using the keypad on the Phone screen.

4. Touch 📞 on the display to call the phone number.

If the wrong number is entered, touch ✕ to delete the entered number one digit at a time. Or touch and hold ✕ to delete all entered numbers.

### Switching a Call to the Mobile Phone (Private Mode)

1. To switch the call to the mobile phone instead of the Bluetooth hands-free, touch 📱⁾.

**MJN1103**

2. To switch the call back to the Bluetooth hands-free, touch 📳 again.

### Switching the Microphone On/Off

Switch the microphone on/off by touching 🎤.

### Calling by Re-Dial

Touch 📞 on the display.

### Taking Calls

1. When a phone call comes through the Bluetooth connected mobile phone, the playing track will be cut off and the phone will ring with the relevant information displayed.

2. To talk on the phone, press 🗣 on the steering wheel control or touch 📞 on the display.

   To reject the call, press 📵 on the steering wheel control or touch ☎ on the display.

### Using the Contacts Menu

1. Touch the contacts menu on the Phone screen.

2. Select the contact entry to call.

   - To call another phone number in the same contacts, touch More in the Contacts screen and touch the desired phone number.

   - In the Contacts screen, touch ★ to add the contact to favorites. Touch ★ again to remove the contact from favorites.

### Making a Call from Favorites

1. Touch the favorites menu on the Phone screen.

2. Select the contact to call.

The Favorites list is not synchronized with the mobile phone and is stored separately.

### Making a Call from Call History

1. Touch 📞 RECENT on the Phone screen.

2. Select the contact to call.

   - 📞: Incoming call

   - 📞: Outgoing call

   - 📞: Missed call

### Making a Call with Speed Dial Numbers

Touch and hold a speed dial number using the keypad on the Phone screen.

Only speed dial numbers already stored on the mobile phone can be used for speed dial calls. Up to two-digit speed dial numbers are supported.

For two-digit speed dial numbers, touch and hold the second digit to make a call to the speed dial number.

**MJN1104**

### Voice Mail

The default voice mail number is the phone number of the currently connected mobile phone. The voice mail number can be changed in Bluetooth settings.

To dial a voice mail number:

1. Touch ⊕.
2. Touch Phone, then Voice Mail.

# Settings

## Operation of the Settings Menu

The infotainment system can be customized to make it easier to use.

1. Touch ⊕.
2. Touch Settings.
3. Touch the desired menu to select the item or to display the item's detailed menu.
4. Touch ⬅ to return to the previous menu.

Settings menus and functions may vary depending on vehicle options.

## Radio Settings

1. Touch ⊕.
2. Touch Settings, then touch Radio Settings.
   - Auto Volume: Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.
   - Maximum Start-Up Volume: Set the Maximum Start-Up Volume from 13 to 37.
   - Audio Cues: Set the Audio Cues feature to On or Off.
   - Audio Cues Volume: Set the Audio Cues Volume from 10 to 63.
   - Audio Volume Setting: Set all Audio Volume features.

Audio Cues Volume is only available when Audio Cues is set to On.

## Devices

1. Touch ⊕.
2. Touch Settings, then touch Devices.
3. Select the desired device and connect/disconnect or delete.

To add a new Bluetooth device, touch Add Device.

## Bluetooth Phone

1. Touch ⊕.

**MJN1105**

2. Touch Settings, then Bluetooth Phone and touch ▌ to scroll to the desired mobile phone. This is only available when the device is connected.

- My Number: Displays the current connected phone number.

- Privacy: Set whether or not incoming call alerts are shown on the infotainment display.

- Sort Contacts: Set to First name, surname or Surname, first name.

- Resync Device Contacts: Resync the contacts list for the current connected mobile phone.

### Apple CarPlay

1. Touch 😶.

2. Touch Settings and find Apple CarPlay.

3. Select On or Off.

### Android Auto

1. Touch 😶.

2. Touch Settings and find Android Auto.

3. Select On or Off.

Even if Projection is set to Off, connecting the device and touching Projection on the Home Page will display a pop-up message:

- For Apple CarPlay function: "While active, Apple CarPlay will be displayed on this screen."

- For Android Auto function: "While active, Android Auto will be displayed on this screen."

When the device is first connected, the device projection privacy consent pop-up message will be displayed.

- Touch Continue to activate the projection feature.

- Touch Disable and the device is charging only.

If Android Auto is not activated, make sure the mobile phone's USB connection mode is set to MTP.

If the device has not previously been paired, the consent pop-up will display when touching continue.

### Teen Driver

If equipped, this allows multiple keys to be registered for beginner drivers, to encourage safe driving habits. When the vehicle is started with a Teen Driver key, it will automatically activate certain safety systems, allow setting of some features, and limit the use of others. The Report Card will record vehicle data about driving behavior that can be viewed later. When the vehicle is started with a registered key, the Driver Information Center (DIC) displays a message that Teen Driver is active.

**To access:**

1. Touch Settings on the Home Page, then touch Teen Driver.

**MJN1106**

2. Create a Personal Identification Number (PIN) by choosing a four-digit PIN. Re-enter the PIN to confirm. To change the PIN, select Change PIN.

**The PIN is required to:**

- Register or unregister keys.
- Change Teen Driver settings.
- Change or clear the Teen Driver PIN.
- Access or delete Report Card data.

**Register keys to activate:**

Any vehicle key can be registered, up to a maximum of eight keys. Label the key to tell it apart from the other keys.

1. Start the vehicle.
2. The vehicle must be in P (Park).
3. From the Settings menu, select Teen Driver.
4. Enter the PIN.

5. Place the Remote Keyless Entry (RKE) transmitter key in the transmitter pocket. See *Remote Keyless Entry (RKE) System Operation ⇨ 8* for the transmitter pocket location.

6. From the Teen Driver Menu, select Key Registration.

- If the transmitter key is in the transmitter pocket, it will identify whether the transmitter key is registered or unregistered.

- If the transmitter key is not registered, the option to register displays. Select Register and a confirmation message displays.

- If the transmitter key is already registered, the option to unregister displays. If Unregister is selected, the transmitter key is no longer registered and a confirmation message displays.

If a Teen Driver transmitter key and a non-Teen Driver transmitter key are both present at start up, the vehicle will recognize the non-Teen Driver transmitter key to start the vehicle. The Teen Driver settings will not be active.

**Manage Settings**

Use the PIN to change the following settings:

**Audio Volume Limit :** Allows a maximum radio volume to be set. Turn the audio volume limit On or Off, and if equipped, choose the maximum level for the audio volume.

**Teen Driver Speed Warning :** Allows for setting a visual and audible warning when a certain speed is exceeded. The speed warning is selectable from 64 km/h (40 mph) to 120 km/h (75 mph). The speed warning does not limit the speed of the vehicle.

**Teen Driver Speed Limiter (If Equipped) :** Allows the maximum speed of the vehicle to be limited to 137 km/h (85 mph). When the speed

**MJN1107**

limiter is turned On and the vehicle is started with a Teen Driver key, the DIC displays a message that the top speed is limited to 137 km/h (85 mph).

When Teen Driver is Active:

- The radio will mute when the driver seat belt is not fastened, and in some vehicles, when the right front passenger seat belt is not fastened. The audio from any device paired to the vehicle will also be muted.

- Certain electronic devices placed on the front passenger seat could cause the passenger sensing system to falsely sense an unbuckled front passenger and mute the radio. See *Passenger Sensing System* ⇨ *53*.

- Some safety systems, such as Automatic Emergency Braking, if equipped and supported, cannot be turned off.

- The gap setting for the Forward Collision Alert, if equipped, cannot be changed.

**Report Card**

The vehicle owner must secure the driver's consent to record certain vehicle data when the vehicle is driven with a registered Teen Driver key. There is one Report Card per vehicle. Data is not recorded when Teen Driver is not active.

The Report Card data is collected from the time Teen Driver is activated or the last time the Report Card was reset. The following items may be recorded:

- Distance Driven – the total distance driven.

- Maximum Speed – the maximum vehicle speed recorded.

- Overspeed Warnings – the number of times the speed warning setting was exceeded.

- Forward Collision Alerts – the number of times the driver was notified when approaching a vehicle ahead too quickly and at potential risk for a crash.

- Forward Collision Avoidance Braking – the number of times the vehicle detected that a forward collision was imminent and applied the brakes. Also referred to as Automatic Emergency Braking.

- Stability Control – the number of events which required the use of electronic stability control.

- ABS Active – the number of Antilock Brake System activations.

- Tailgating Alerts – the number of times the driver was alerted for following the vehicle ahead too closely.

- Traction Control – the number of times the Traction Control System activated to reduce wheel spin or loss of traction.

- Wide Open Throttle – the number of times the accelerator pedal was pressed nearly all the way down.

**MJN1108**

### Delete Report Card Data

Data is saved for all trips until the data is deleted using the PIN or until the maximum count is exceeded. Each item will report a maximum of 1,000 counts. The distance driven will report a maximum of 64,374 km (40,000 mi).

To delete Report Card data, do one of the following:

● From the Report Card display, select Reset.

● Select Clear All Teen Keys/PIN from the Teen Driver menu. This will also unregister any Teen Driver keys and delete the PIN.

### Forgotten PIN

See your dealer to reset the PIN.

# Trademarks and License Agreements

### FCC Information

See *Radio Frequency Statement* ⇨ *325*.

### Bluetooth®

The Bluetooth word mark and logos are owned by the Bluetooth® SIG, Inc. and any use of such marks by General Motors is under license. Other trademarks and trade names are those of their respective owners.




Made for iPod  iPhone

"Made for iPod" and "Made for iPhone" mean that an electronic accessory has been designed to connect specifically to iPod or iPhone and has been certified by the developer to meet Apple performance standards.

iPod and iPhone are trademarks of Apple Computer, Inc., registered in the U.S. and other countries.



Fees and Taxes: Subscription fee, taxes, one time activation fee, and other fees may apply. Subscription fee is consumer only. All fees and programming subject to change. Subscriptions subject to Customer Agreement available at www.siriusxm.com or www.siriusxm.ca. SiriusXM® service only available in the 48 contiguous United States and Canada.

In Canada: Some deterioration of service may occur in extreme northern latitudes. This is beyond the control of SiriusXM® Satellite Radio.

**MJN1109**

It is prohibited to copy, decompile, disassemble, reverse engineer, hack, manipulate, or otherwise make available any technology or software incorporated in receivers compatible with the SiriusXM Satellite Radio System or that support the SiriusXM website, the Online Service or any of its content. Furthermore, the AMBER voice compression software included in this product is protected by intellectual property rights including patent rights, copyrights, and trade secrets of Digital Voice Systems, Inc.

General Requirements:

1.  A License Agreement from SiriusXM is required for any product that incorporates SiriusXM Technology and/or for use of any of the SiriusXM marks to be manufactured, distributed, or marketed in the SiriusXM Service Area.

2.  For products to be distributed, marketed, and/or sold in Canada, a separate agreement is required with Canadian Satellite Radio Inc. (operating as SiriusXM Canada).

**FreeType 2**

Portions of this software are copyright $^{®}$ 2007-2012 The FreeType Project (www.freetype.org). All rights reserved.

**Libjpeg**

The navigation software is based in part on the work of the independent JPEG Group.

**MJN1110**

# Climate Controls

## Climate Control Systems

Automatic Climate Control
  System . . . . . . . . . . . . . . . . . . . . . 165

## Air Vents

Air Vents . . . . . . . . . . . . . . . . . . . . 169

## Maintenance

Air Intake . . . . . . . . . . . . . . . . . . . . 170
Passenger Compartment Air
  Filter . . . . . . . . . . . . . . . . . . . . . . . 170
Air Conditioning Regular
  Operation . . . . . . . . . . . . . . . . . . 171
Service . . . . . . . . . . . . . . . . . . . . . . 171

# Climate Control Systems

## Automatic Climate Control System

The climate control buttons on the center stack and on the climate control display are used to adjust the heating, cooling, and ventilation.



**Center Stack Climate Controls**

1. Defrost/Defog
2. Air Delivery Mode Controls
3. Max Defrost
4. Manual Fan Control Buttons

5. Temperature Control Knob
6. AUTO (Automatic Operation)
7. Rear Window Defogger

### Climate Control Display



1. Driver and Passenger Heated Seats (If Equipped)
2. Climate On-Off
3. Recirculation
4. Heater Power
5. A/C (Air Conditioning) Power
6. Fan Speed and Temperature Status

**MJN1111**

The heated seats, if equipped, climate on/off, recirculation, heat, and air conditioning can be controlled by touching Climate Settings on the infotainment Home Page.

A selection can then be made on the climate settings page.

### Automatic Operation

The system automatically controls the fan speed, air delivery, air conditioning, electric heating, and recirculation to heat or cool the vehicle to the selected temperature.

When AUTO is lit, all five functions operate automatically. Each function can also be manually set and the selected setting is displayed or the indicator is lit. Functions not manually set will continue to be automatically controlled, even if the AUTO indicator is not lit.

For automatic operation:

1. Press AUTO.

2. Set the temperature. An initial setting of 22 °C (72 °F) is recommended. Allow the system time to stabilize. Adjust the temperature as needed.

### Manual Operation

**ON** : Touch to turn the climate control system on and off.

The climate control system will turn on when any climate control button is pressed on the center stack or touched on the climate control display. To turn the system off, touch ON again.

⮝ **or** ⮟ : Press the buttons to increase or decrease the fan speed. The fan speed setting appears on the climate control display. Manually adjusting the fan speed cancels automatic fan control. Press AUTO to return to automatic operation. Touch ON to turn off the fan and the climate control system.

**Temperature Control** : Turn the knob clockwise or counterclockwise to increase or decrease the temperature setting.

**Air Delivery Mode Control** : Press ⮕, ↗, or ⬚ on the center stack to change the direction of airflow. Any combination of the three buttons can be selected. The selected air delivery mode button indicator is lit.

Pressing any button cancels automatic air delivery control and the direction of the airflow can be controlled manually. Press AUTO to return to automatic operation.

⬚ : Air is directed to the windshield.

↗ : Air is directed to the instrument panel outlets.

⮕ : Air is directed to the floor outlets.

⬚ **MAX** : Air is directed to the windshield and the fan runs at a higher speed. Fog or frost is cleared from the windshield more quickly. When the button is pressed again, the system returns to the previous mode setting.

**MJN1112**

For best results, clear all snow and ice from the windshield before defrosting.

⟿ : Touch to turn on recirculation.

An indicator light comes on. Air is recirculated to quickly cool the inside of the vehicle or to reduce the entry of outside air and odors. Using the recirculation mode for extended periods may cause the windows to fog. If this happens, select the defrost mode.

Using air conditioning and recirculation together for long periods of time may cause the air inside the vehicle to become too dry. To prevent this from happening, after the air in the vehicle has cooled, turn the recirculation mode off.

Touching this button cancels automatic recirculation. Press AUTO to return to automatic operation; recirculation runs automatically as needed.

♨ **HEAT :** Touch to turn the heater on when the fan is on.

**A/C :** Touch to turn the air conditioning on when the fan is on.

**Auto Defog :** The system will monitor high humidity inside the vehicle. When high humidity is detected, the climate control system may adjust to outside air supply and turn on the air conditioner or the heater. The fan speed may slightly increase to help prevent fogging. When high humidity is no longer detected, the system will return to its prior operation. To turn Auto Defog off or on, see "Climate and Air Quality" under *Vehicle Personalization* ⇨ *123*.

**Auto Heated Seats :** If equipped, when the vehicle is on, this feature will automatically activate the heated seats at the level required by the vehicle's interior temperature. In auto mode, the indicators automatically show the level setting required.

Use the manual heated seat buttons on the infotainment display to turn auto heated seats off. Once this

feature is turned off, the auto heated seats will be activated the next time the vehicle is turned on.

In manual mode, the controls can be accessed while the vehicle is on by touching ⊌ or ⊎ with three level indicators high, medium, low or off on the climate control display. If the passenger seat is unoccupied, the auto heated seats feature will not activate that seat. See *Heated Front Seats* ⇨ *35* and *Vehicle Personalization* ⇨ *123*.

**Rear Window Defogger**

⊞ : Press to turn the rear window defogger on or off. An indicator light on the button comes on to show that the rear window defogger is on.

The defogger only works when the vehicle is on. The defogger will turn off if the vehicle is turned off.

**MJN1113**

---

**Caution**

Do not try to clear frost or other material from the inside of the front windshield and rear window with a razor blade or anything else that is sharp. This may damage the rear window defogger grid and affect the radio's ability to pick up stations clearly. The repairs would not be covered by the vehicle warranty.

---

**Remote Start :** The climate control system may be started by using the Remote Keyless Entry (RKE) transmitter. The climate control system will default to an appropriate heating or cooling mode. See *Remote Start* ⇨ *16.*

The rear window defogger turns on if it is cold outside.

**Mobile Application Feature**

If equipped, this feature allows a smartphone to set the start-up climate control settings. The following features can be set:

- Temperature
- Fan Speed
- Air Delivery Mode
- Climate Mode
- Recirculation

Once the settings are saved through the application, the vehicle will use these settings when turned on. After the vehicle is turned on, use the climate controls if additional adjustments are desired.

**Sensors**

**Indicator Light and Solar Sensor (ILSS)**

The ILSS is on top of the instrument panel, near the windshield, where it monitors solar intensity.

The climate control system uses the sensor information to adjust the temperature, fan speed, recirculation, and air delivery mode for best comfort.

Do not cover the sensor; otherwise the automatic climate control system may not work properly.

**Humidity Sensor**

The humidity sensor is near the base of the inside rearview mirror. The climate control system uses the sensor information to adjust the temperature and recirculation for best comfort.

**Outside Air Temperature Sensor**

The outside air temperature sensor is behind the front grille of the vehicle. The vehicle uses the sensor information to display outside air temperature. The climate control system uses the information to adjust the climate system operation.

**MJN1114**

# Air Vents

Adjustable air vents are in the center and on the side of the instrument panel.



Move the slats to change the direction of the airflow. The center air vent does not close completely.



Move the slats to change the direction of the airflow.

Additional air vents are located beneath the windshield and the driver and passenger side door windows, and in the footwells. These are fixed and cannot be adjusted.

**Operation Tips**

- Keep all outlets open whenever possible for best system performance.

- Clear snow off the hood to improve visibility and help decrease moisture drawn into the vehicle.

- Keep the path under all seats clear of objects to help circulate the air inside the vehicle more effectively.

- Use of non-GM approved hood deflectors can adversely affect the performance of the system.

- Do not attach any devices to the air vent slats. This restricts airflow and may cause damage to the air vents.

**MJN1115**

# Maintenance

## Air Intake



The air intake at the base of the windshield under the hood must be kept clear to allow the flow of air into the vehicle. Clear away any ice, snow, or leaves.

## Passenger Compartment Air Filter

The filter reduces the dust, pollen, and other airborne irritants from outside air that is pulled into the vehicle.

Replace the filter as part of routine scheduled maintenance.



1. Open the glove box.



2. Pull the damper and push the side wall to unlock the stopper.

3. Lower the glove box completely.



4. Hold the right side of the filter cover, and then pull and remove it.

5. Install the new air filter.

6. Reinstall the filter cover.

7. Reconnect the glove box damper.

8. Reinstall the glove box.

See your dealer if additional assistance is needed.

**MJN1116**

## Air Conditioning Regular Operation

To ensure continuous efficient performance, operate the air conditioning for a few minutes once a month. The air conditioning will not operate if the outside temperature is too low.

### Caution

Damage caused by improper refrigerant usage could lead to costly repairs and may not be covered by the vehicle warranty. Refrigerant systems should only be serviced by qualified personnel. Always use the correct refrigerant.

### ⚠ Warning

Performing service work to the climate control system could cause personal injury or damage to the vehicle. Climate control systems are serviced by qualified personnel only.

## Service

All vehicles have a label underhood that identifies the refrigerant used in the vehicle. The refrigerant system should only be serviced by trained and certified technicians. The air conditioning evaporator should never be repaired or replaced by one from a salvage vehicle.
It should only be replaced by a new evaporator to ensure proper and safe operation.

During service, all refrigerants should be reclaimed with proper equipment. Venting refrigerants directly to the atmosphere is harmful to the environment and may also create unsafe conditions based on inhalation, combustion, frostbite, or other health-based concerns.

The air conditioning system requires periodic maintenance. See *Maintenance Schedule* ⇨ *304*.

**MJN1117**

# Driving and Operating

## Driving Information
Driving for Better Energy
Efficiency . . . . . . . . . . . . . . . . . . 173
Distracted Driving . . . . . . . . . . . . 174
Defensive Driving . . . . . . . . . . . . . 174
Drunk Driving . . . . . . . . . . . . . . . . 174
Control of a Vehicle . . . . . . . . . . . 175
Braking . . . . . . . . . . . . . . . . . . . . . 175
Steering . . . . . . . . . . . . . . . . . . . . 175
Off-Road Recovery . . . . . . . . . . . 176
Loss of Control . . . . . . . . . . . . . . . 177
Driving on Wet Roads . . . . . . . . 177
Hill and Mountain Roads . . . . . 178
Winter Driving . . . . . . . . . . . . . . . . 179
If the Vehicle Is Stuck . . . . . . . . 179
Vehicle Load Limits . . . . . . . . . . . 180

## Starting and Operating
New Vehicle Break-In . . . . . . . . . 184
Power Button . . . . . . . . . . . . . . . . . 184
Starting and Stopping the
Vehicle . . . . . . . . . . . . . . . . . . . . . 185
Retained Accessory
Power (RAP) . . . . . . . . . . . . . . . . 186
Shifting Into Park . . . . . . . . . . . . . 186

Shifting out of Park . . . . . . . . . . . 187
Extended Parking . . . . . . . . . . . . 188

## Electric Vehicle Operating Modes
Driver Selected Operating
Modes . . . . . . . . . . . . . . . . . . . . . 188

## Electric Drive Unit
Electric Drive Unit . . . . . . . . . . . . 189
One-Pedal Driving . . . . . . . . . . . . 192

## Brakes
Antilock Brake
System (ABS) . . . . . . . . . . . . . . 193
Electric Parking Brake . . . . . . . . 194
Brake Assist . . . . . . . . . . . . . . . . . 195
Hill Start Assist (HSA) . . . . . . . . 195
Regenerative Braking . . . . . . . . 196

## Ride Control Systems
Traction Control/Electronic
Stability Control . . . . . . . . . . . . . 197

## Cruise Control
Cruise Control . . . . . . . . . . . . . . . 199

## Driver Assistance Systems
Driver Assistance Systems . . . 201
Assistance Systems for
Parking or Backing . . . . . . . . . 202

Assistance Systems for
Driving . . . . . . . . . . . . . . . . . . . . . 206
Forward Collision Alert (FCA)
System . . . . . . . . . . . . . . . . . . . . . 206
Automatic Emergency
Braking (AEB) . . . . . . . . . . . . . . 208
Front Pedestrian Braking
(FPB) System . . . . . . . . . . . . . . . 209
Side Blind Zone
Alert (SBZA) . . . . . . . . . . . . . . . . 211
Lane Change Alert (LCA) . . . . . 211
Lane Keep Assist (LKA) . . . . . . 213

## Charging
When to Charge . . . . . . . . . . . . . . 216
Plug-In Charging . . . . . . . . . . . . . 216
Delayed Charging Override . . . 220
Charging Status Feedback . . . 221
Charge Cord . . . . . . . . . . . . . . . . . 225
Utility Interruption of
Charging . . . . . . . . . . . . . . . . . . . . 231
Electrical Requirements for
Battery Charging . . . . . . . . . . . . 232

## Trailer Towing
General Towing
Information . . . . . . . . . . . . . . . . . 233

## Conversions and Add-Ons
Add-On Electrical
Equipment . . . . . . . . . . . . . . . . . 233

**MJN1118**

# Driving Information

## Driving for Better Energy Efficiency

Use the following tips to help maximize energy efficiency and range.

In colder temperatures, while these efficiency tips will help, the electric vehicle driving range may be lower due to higher energy usage.

### Acceleration/Braking/Coasting

Avoid unnecessary rapid accelerations and decelerations.

Electric range is maximized at 89 km/h (55 mph) and below. Higher speeds use more energy and can significantly reduce electric range.

Use cruise control when appropriate.

Plan ahead for decelerations and coast whenever possible. For example, do not rush to traffic signals.

Do not shift to N (Neutral) to coast. The vehicle recovers energy while coasting and braking in D (Drive) or L (Low).

### Climate Setting

Using the heat and air conditioning systems decreases the energy available for electric driving.

Optimal energy efficiency is achieved with the heat, air conditioning, and fan turned off.

Use the heated seat feature instead of climate settings. Heating the seat uses less energy than heating the vehicle interior.

Use remote start to heat or cool the interior when the vehicle is plugged in to maximize the electric range by utilizing electricity from the electrical outlet.

In hot weather, avoid parking in direct sunlight or use sunshades inside the vehicle.

Turn off the front and rear window defog/defrost when they are no longer needed.

Avoid driving with the windows open at highway speeds.

### Vehicle Charging/Maintenance

#### Charging

Keep the vehicle plugged in, even when fully charged, to keep the battery temperature ready for the next drive. This is important when outside temperatures are extremely hot or cold.

#### Maintenance

Always keep the tires properly inflated and the vehicle properly aligned.

The weight of excess cargo in the vehicle affects efficiency and range. Avoid carrying more than is needed.

Avoid unnecessary use of electrical accessories. Power used for functions other than propelling the vehicle will reduce EV range.

Using a rooftop carrier will reduce efficiency due to additional weight and drag.

**MJN1119**

## Distracted Driving

Distraction comes in many forms and can take your focus from the task of driving. Exercise good judgment and do not let other activities divert your attention away from the road. Many local governments have enacted laws regarding driver distraction. Become familiar with the local laws in your area.

To avoid distracted driving, keep your eyes on the road, keep your hands on the steering wheel, and focus your attention on driving.

- Do not use a mobile phone in demanding driving situations. Use a hands-free method to place or receive necessary phone calls.

- Watch the road. Do not read, take notes, or look up information on mobile phones or other electronic devices.

- Designate a front seat passenger to handle potential distractions.

- Become familiar with vehicle features before driving, such as programming favorite radio stations and adjusting climate control and seat settings. Program all trip information into any navigation device prior to driving.

- Wait until the vehicle is parked to retrieve items that have fallen to the floor.

- Stop or park the vehicle to tend to children.

- Keep pets in an appropriate carrier or restraint.

- Avoid stressful conversations while driving, whether with a passenger or on a mobile phone.

{ ⚠ **Warning** }

Taking your eyes off the road too long or too often could cause a crash resulting in injury or death. Focus your attention on driving.

Refer to the Infotainment section for more information on using that system, including pairing and using a mobile phone.

## Defensive Driving

Defensive driving means "always expect the unexpected." The first step in driving defensively is to wear the seat belt.

- Assume that other road users (pedestrians, bicyclists, and other drivers) are going to be careless and make mistakes. Anticipate what they might do and be ready.

- Allow enough following distance between you and the driver in front of you.

- Focus on the task of driving.

## Drunk Driving

Death and injury associated with drinking and driving is a global tragedy.

**MJN1120**

### ⚠ Warning

Drinking and then driving is very dangerous. Your reflexes, perceptions, attentiveness, and judgment can be affected by even a small amount of alcohol. You can have a serious — or even fatal — collision if you drive after drinking.

Do not drink and drive or ride with a driver who has been drinking. Ride home in a cab; or if you are with a group, designate a driver who will not drink.

## Control of a Vehicle

Braking, steering, and accelerating are important factors in helping to control a vehicle while driving.

## Braking

Braking action involves perception time and reaction time. Deciding to push the brake pedal is perception time. Actually doing it is reaction time.

Average driver reaction time is about three-quarters of a second. In that time, a vehicle moving at 100 km/h (60 mph) travels 20 m (66 ft), which could be a lot of distance in an emergency.

Helpful braking tips to keep in mind include:

- Keep enough distance between you and the vehicle in front of you.
- Avoid needless heavy braking.
- Keep pace with traffic.

## Steering

### Caution

To avoid damage to the steering system, do not drive over curbs, parking barriers, or similar objects at speeds greater than 3 km/h (1 mph). Use care when driving over other objects such as lane dividers and speed bumps. Damage caused by misuse of the vehicle is not covered by the vehicle warranty.



**MJN1121**

### Variable Effort Steering

The vehicle has a steering system that varies the amount of effort required to steer the vehicle in relation to the speed of the vehicle.

The amount of steering effort required is less at slower speeds to make the vehicle more maneuverable and easier to park. At faster speeds, the steering effort increases to provide a sport-like feel to the steering. This provides maximum control and stability.

### Electric Power Steering

The vehicle has electric power steering. It does not have power steering fluid. Regular maintenance is not required.

If power steering assist is lost due to a system malfunction, the vehicle can be steered, but may require increased effort.

If the steering wheel is turned until it reaches the end of its travel and is held against that position for an extended period of time, power steering assist may be reduced.

If the steering assist is used for an extended period of time while the vehicle is not moving, power assist may be reduced.

Normal use of the power steering assist should return when the system cools down.

See your dealer if there is a problem.

### Curve Tips

- Take curves at a reasonable speed.
- Reduce speed before entering a curve.
- Maintain a reasonable steady speed through the curve.
- Wait until the vehicle is out of the curve before accelerating gently into the straightaway.

### Steering in Emergencies

- There are some situations when steering around a problem may be more effective than braking.

- Holding both sides of the steering wheel allows you to turn 180 degrees without removing a hand.
- Antilock Brake System (ABS) allows steering while braking.

## Off-Road Recovery



The vehicle's right wheels can drop off the edge of a road onto the shoulder while driving. Follow these tips:

**MJN1122**

1. Ease off the accelerator and then, if there is nothing in the way, steer the vehicle so that it straddles the edge of the pavement.

2. Turn the steering wheel about one-eighth of a turn, until the right front tire contacts the pavement edge.

3. Turn the steering wheel to go straight down the roadway.

## Loss of Control

### Skidding

There are three types of skids that correspond to the vehicle's three control systems:

- Braking Skid — wheels are not rolling.
- Steering or Cornering Skid — too much speed or steering in a curve causes tires to slip and lose cornering force.
- Acceleration Skid — too much throttle causes the driving wheels to spin.

Defensive drivers avoid most skids by taking reasonable care suited to existing conditions, and by not overdriving those conditions. But skids are always possible.

If the vehicle starts to slide, follow these suggestions:

- Ease your foot off the accelerator pedal and steer the way you want the vehicle to go. The vehicle may straighten out. Be ready for a second skid if it occurs.

- Slow down and adjust your driving according to weather conditions. Stopping distance can be longer and vehicle control can be affected when traction is reduced by water, snow, ice, gravel, or other material on the road. Learn to recognize warning clues — such as enough water, ice, or packed snow on the road to make a mirrored surface — and slow down when you have any doubt.

- Try to avoid sudden steering, acceleration, or braking, including reducing vehicle speed by shifting to a lower gear. Any sudden changes could cause the tires to slide.

Remember: Antilock brakes help avoid only the braking skid.

## Driving on Wet Roads

Rain and wet roads can reduce vehicle traction and affect your ability to stop and accelerate. Always drive slower in these types of driving conditions and avoid driving through large puddles and deep-standing or flowing water.

> ⚠ **Warning**
>
> Wet brakes can cause crashes. They might not work as well in a quick stop and could cause pulling to one side. You could lose control of the vehicle.
>
> (Continued)

**MJN1123**

### Warning (Continued)

After driving through a large puddle of water or a car/vehicle wash, lightly apply the brake pedal until the brakes work normally.

Flowing or rushing water creates strong forces. Driving through flowing water could cause the vehicle to be carried away. If this happens, you and other vehicle occupants could drown. Do not ignore police warnings and be very cautious about trying to drive through flowing water.

### Hydroplaning

Hydroplaning is dangerous. Water can build up under the vehicle's tires so they actually ride on the water. This can happen if the road is wet enough and you are going fast enough. When the vehicle is hydroplaning, it has little or no contact with the road.

There is no hard and fast rule about hydroplaning. The best advice is to slow down when the road is wet.

### Other Rainy Weather Tips

Besides slowing down, other wet weather driving tips include:

- Allow extra following distance.
- Pass with caution.
- Keep windshield wiping equipment in good shape.
- Keep the windshield washer fluid reservoir filled.
- Have good tires with proper tread depth.
- Turn off cruise control.

## Hill and Mountain Roads

Driving on steep hills or through mountains is different than driving on flat or rolling terrain.

- Keep the vehicle serviced and in good shape.
- Check all fluid levels and brakes, tires, cooling system, and electric drive unit.

- Keep the vehicle in gear when going down steep or long hills.

### ⚠ Warning

Coasting downhill in N (Neutral) or with the vehicle turned off is dangerous. The brakes will have to do all the work of slowing down the vehicle and could become too hot. Hot brakes may not be able to slow the vehicle enough to maintain speed and control. You could crash. Always have the vehicle running and in gear when going downhill. This will allow the electric drive unit to assist in slowing and maintaining speed.

- Drive at speeds to keep the vehicle in its own lane. Do not swing wide or cross the center line.
- Be alert on top of hills. Something could be in your lane (e.g., stalled car, crash).

**MJN1124**

- Pay attention to special road signs (e.g., falling rocks area, winding roads, long grades, passing or no-passing zones) and take appropriate action.

## Winter Driving

### Driving on Snow or Ice

Snow or ice between the tires and the road creates less traction or grip, so drive carefully. Wet ice can occur at about 0 °C (32 °F) when freezing rain begins to fall. Avoid driving on wet ice or in freezing rain until roads can be treated.

### For Slippery Road Driving:

- Recommend using D (Drive) in slippery conditions.

- Accelerate gently. Accelerating too quickly causes the wheels to spin and makes the surface under the tires slick.

- Turn on the Traction Control System (TCS).

- The Antilock Brake System (ABS) improves vehicle stability during hard stops, but the brakes should be applied sooner than when on dry pavement.

- Allow greater following distance and watch for slippery spots. Icy patches can occur on otherwise clear roads in shaded areas. The surface of a curve or an overpass can remain icy when the surrounding roads are clear. Avoid sudden steering maneuvers and braking while on ice.

- Turn off cruise control.

- Avoid using Regen on Demand paddle.

### Blizzard Conditions

Being stuck in snow can be a serious situation. Stay with the vehicle unless there is help nearby. If possible, use Roadside Assistance. See *Roadside Assistance Program* ⇨ *319*. To get help and keep everyone in the vehicle safe:

- Turn on the hazard warning flashers.

- Tie a red cloth to an outside mirror.

To save energy, run the vehicle for only short periods as needed to warm the vehicle and then shut the vehicle off and partially close the window. Moving about to keep warm also helps.

## If the Vehicle Is Stuck

Slowly and cautiously spin the wheels to free the vehicle when stuck in sand, mud, ice, or snow.

The Traction Control System (TCS) must be turned off by pressing the TCS/ESC button. Traction control is not completely off, but will only engage if the maneuver can cause damage to the electric drive unit.

# MJN1125

> ⚠ **Warning**
>
> If the vehicle's tires spin at high speed, they can explode, and you or others could be injured. The vehicle can overheat, causing an underhood compartment fire or other damage. Spin the wheels as little as possible and avoid going above 56 km/h (35 mph).

### Rocking the Vehicle to Get it Out

Turn the steering wheel left and right to clear the area around the front wheels. Turn off TCS. Shift back and forth between R (Reverse) and a low forward gear, spinning the wheels as little as possible. To prevent electric drive unit wear, wait until the wheels stop spinning before shifting gears. Release the accelerator pedal while shifting, and press lightly on the accelerator pedal when the electric drive unit is in gear. Slowly spinning the wheels in the forward and reverse directions causes a rocking motion that could free the vehicle. If that does not get the vehicle out after a few tries, it might need to be towed out. See *Towing the Vehicle* ⇨ *290*.

### Vehicle Load Limits

It is very important to know how much weight the vehicle can carry. This weight is called the vehicle capacity weight and includes the weight of all occupants, cargo, and all nonfactory-installed options. Two labels on the vehicle may show how much weight it may properly carry: the Tire and Loading Information label and the Certification label.

> ⚠ **Warning**
>
> Do not load the vehicle any heavier than the Gross Vehicle Weight Rating (GVWR), or either the maximum front or rear Gross Axle Weight Rating (GAWR). This can cause systems to break and change the way the vehicle handles. This could cause loss of control and a crash. Overloading can also reduce stopping distance, damage the tires, and shorten the life of the vehicle.

**MJN1126**

**Tire and Loading Information Label**



**Label Example**

A vehicle-specific Tire and Loading Information label is attached to the vehicle's center pillar (B-pillar). The Tire and Loading Information label shows the number of occupant seating positions (1), and the maximum vehicle capacity weight (2) in kilograms and pounds.

The Tire and Loading Information label also shows the tire size of the original equipment tires (3) and the recommended cold tire inflation pressures (4). For more information on tires and inflation see *Tires* ⇨ *260* and *Tire Pressure* ⇨ *266*.

There is also important loading information on the Certification label. It may show the Gross Vehicle Weight Rating (GVWR) and the Gross Axle Weight Rating (GAWR) for the front and rear axle. See "Certification Label" later in this section.

**"Steps for Determining Correct Load Limit–**

1. Locate the statement "The combined weight of occupants and cargo should never exceed XXX kg or XXX lbs." on your vehicle's placard.

2. Determine the combined weight of the driver and passengers that will be riding in your vehicle.

3. Subtract the combined weight of the driver and passengers from XXX kg or XXX lbs.

4. The resulting figure equals the available amount of cargo and luggage load capacity. For example, if the "XXX" amount equals 1400 lbs. and there will be five 150 lb passengers in your vehicle, the amount of available cargo and luggage load capacity is 650 lbs. (1400-750 (5 x 150) = 650 lbs.)

5. Determine the combined weight of luggage and cargo being loaded on the vehicle. That weight may not safely

**MJN1127**

exceed the available cargo and luggage load capacity calculated in Step 4.

6. If your vehicle will be towing a trailer, load from your trailer will be transferred to your vehicle. Consult this manual to determine how this reduces the available cargo and luggage load capacity of your vehicle."

This vehicle is neither designed nor intended to tow a trailer.



**Example 1**

1. Vehicle Capacity Weight for Example 1 = 453 kg (1,000 lbs).
2. Subtract Occupant Weight @ 68 kg (150 lbs) × 2 = 136 kg (300 lbs).
3. Available Occupant and Cargo Weight = 317 kg (700 lbs).



**Example 2**

1. Vehicle Capacity Weight for Example 2 = 453 kg (1,000 lbs).

2. Subtract Occupant Weight @ 68 kg (150 lbs) × 5 = 340 kg (750 lbs).
3. Available Cargo Weight = 113 kg (250 lbs).



**Example 3**

1. Vehicle Capacity Weight for Example 3 = 453 kg (1,000 lbs).
2. Subtract Occupant Weight @ 91 kg (200 lbs) × 5 = 453 kg (1,000 lbs).
3. Available Cargo Weight = 0 kg (0 lbs).

**MJN1128**

Refer to the vehicle's Tire and Loading Information label for specific information about the vehicle's capacity weight and seating positions. The combined weight of the driver, passengers, and cargo should never exceed the vehicle's capacity weight.

**Certification Label**



**Label Example**

A vehicle-specific Certification label is attached to the vehicle's center pillar (B-pillar). The label may show the gross weight capacity of the vehicle, called the Gross Vehicle Weight Rating (GVWR). The GVWR includes the weight of the vehicle, all occupants, fuel, and cargo.

⚠ **Warning**

Things inside the vehicle can strike and injure people in a sudden stop or turn, or in a crash.

- Put things in the cargo area of the vehicle. In the cargo area, put them as far forward as possible. Try to spread the weight evenly.

(Continued)

**Warning (Continued)**

- Never stack heavier things, like suitcases, inside the vehicle so that some of them are above the tops of the seats.

- Do not leave an unsecured child restraint in the vehicle.

- Secure loose items in the vehicle.

- Do not leave a seat folded down unless needed.

**MJN1129**

# Starting and Operating

## New Vehicle Break-In

| Caution |
|---|
| Avoid making hard stops for the first 322 km (200 mi). During this time the new brake linings are not yet broken in. Hard stops with new linings can mean premature wear and earlier replacement. Follow this breaking-in guideline every time you get new brake linings. Following break-in, vehicle speed and load can be gradually increased. |

## Power Button



The vehicle has an electronic pushbutton start.

The Remote Keyless Entry (RKE) transmitter must be in the vehicle for the system to operate. If the vehicle will not start, place the RKE transmitter in the transmitter pocket, inside the center console.

**ON/RUN :** This position is for starting and driving. With the vehicle off, and the brake pedal applied, pressing POWER ⏻ once will place the vehicle in ON/RUN. When the vehicle ready light is on in the instrument cluster, the vehicle is ready to be driven. This could take up to 15 seconds at extremely cold temperatures.

**Service Mode**

This power mode is available for service and diagnostics, and to verify the proper operation of the service vehicle soon light as may be required for emission inspection purposes. With the vehicle off, and the brake pedal not applied, pressing and holding POWER ⏻ for more than five seconds will place the vehicle in Service Mode. The instruments and audio systems will operate as they do in ON/RUN, but the vehicle will not be able to be driven. The propulsion system will not start in Service Mode. Press POWER ⏻ again to turn the vehicle off.

**MJN1130**

---

### Caution

Placing the vehicle in Service Mode will use the 12-volt battery. Do not use Service Mode for an extended period, or the vehicle may not start.

**STOPPING THE VEHICLE/OFF :**
To turn the vehicle off, apply the brakes, press the button on top of the shift lever to shift to P (Park) and press POWER ⏻.

Alternatively, apply the brakes and press POWER ⏻. The electric drive unit will shift to P (Park) then shut off automatically.

Retained Accessory Power (RAP) will remain active until the driver door is opened.

If the vehicle must be shut off in an emergency:

1. Brake using a firm and steady pressure. Do not pump the brakes repeatedly. This may deplete power assist, requiring increased brake pedal force.

2. Shift the vehicle to N (Neutral). This can be done while the vehicle is moving. After shifting to N (Neutral), firmly apply the brakes and steer the vehicle to a safe location.

3. Come to a complete stop, shift to P (Park), and turn the vehicle off by pressing POWER ⏻.

4. Set the parking brake.

### ⚠ Warning

Turning off the vehicle while moving may disable the airbags. While driving, only shut the propulsion system off in an emergency.

If the vehicle cannot be pulled over, and must be shut off while driving, press and hold POWER ⏻ for longer than two seconds, or press twice in five seconds.

## Starting and Stopping the Vehicle

### Starting Procedure

Press the P (Park) button on the shift lever, or move the shift lever into N (Neutral). The propulsion system will not start in any other position.

### Caution

Do not try to shift to P (Park) if the vehicle is moving or the electric drive unit could be damaged. Shift to P (Park) only when the vehicle is stopped.

**MJN1131**

### Caution

If you add electrical parts or accessories, you could change the way the vehicle operates. Any resulting damage would not be covered by the vehicle warranty.

The Remote Keyless Entry (RKE) transmitter must be in the vehicle. Press the brake pedal, then press and release POWER ⏻.

If the RKE transmitter is not in the vehicle or something is interfering with the transmitter, a message displays in the Driver Information Center (DIC).

If the vehicle will not start due to a low RKE transmitter battery, the vehicle can still be driven. See *Remote Keyless Entry (RKE) System Operation* ⇨ *8*.



A vehicle ready light displays in the lower right corner of the instrument cluster when the vehicle is ready to be driven.

The instrument cluster also displays an active battery gauge when the vehicle is ready to be driven.

### Restarting Procedure

If the vehicle must be restarted while it is still moving, move the shift lever to N (Neutral) and press POWER ⏻ twice without pressing the brake pedal. The propulsion system will not restart in any other position.

A chime will sound if the driver door is opened while the vehicle is on. Always press POWER ⏻ to turn the vehicle off before exiting.

### Stopping Procedure

For information on how to turn the vehicle off, see *Power Button* ⇨ *184*.

## Retained Accessory Power (RAP)

The following features will operate for up to 10 minutes or until the driver door is opened:

- Audio System
- Accessory Power Outlets
- Power Windows

## Shifting Into Park

To shift into P (Park):

1. Hold the brake pedal down and set the parking brake. See *Electric Parking Brake* ⇨ *194*.

2. Press the button on top of the shift lever to shift into P (Park). See *Electric Drive Unit* ⇨ *189*.

3. The P indicator on the shift lever will turn red when the vehicle is in P (Park).

4. Turn the vehicle off.

**MJN1132**

### Leaving the Vehicle with the Propulsion System On

> ⚠ **Warning**
>
> It is dangerous to get out of the vehicle if the P (Park) button is not pressed with the parking brake set. The vehicle can roll.
>
> Do not leave the vehicle when the propulsion system is running. If you have left the propulsion system running, the vehicle can move suddenly. You or others could be injured. To be sure the vehicle will not move, even when you are on fairly level ground, always set the parking brake and press the P (Park) button.

If the vehicle must be left with the propulsion system on, be sure that the vehicle is in P (Park) with the parking brake set, before leaving the vehicle. After pressing the P (Park) button, hold down the regular brake pedal. If you cannot see the P (Park) indicator in instrument cluster, it means that the vehicle has not shifted to P (Park).

## Shifting out of Park

To shift out of P (Park), the vehicle must be on, the brake pedal must be applied, and the charge cord must be unplugged.



This vehicle is equipped with an electric drive unit. The shift lock release button is designed to prevent inadvertent shifting out of P (Park) unless the ignition is on, the brake pedal is applied, and the shift lock release button is pressed.

Parking the vehicle in extreme cold for several days without the charge cord connected may cause the vehicle not to start. The vehicle will need to be plugged in to allow the high voltage battery to be warmed sufficiently.

The shift lock is always functional except in the case of an uncharged or low charged 12-volt battery (less than 9 volts).

If the vehicle has an uncharged 12-volt battery or a 12-volt battery with low voltage, try charging or jump starting the 12-volt battery.

To shift out of P (Park):

1. Apply the brake pedal.

2. Press POWER ⏻ to start the vehicle.

3. Verify that the vehicle is unplugged and the vehicle ready light is on.

4. Press the shift lock release button on the side of the shift lever.

**MJN1133**

5. Move the shift lever into the desired position.

6. The P indicator will turn white and the gear indicator on the shift lever will turn red when the vehicle is no longer in P (Park).

7. After releasing the shift lever, it will return to the center position.

## Extended Parking

It is best not to park with the vehicle running. If the vehicle is left running, be sure it will not move and there is adequate ventilation.

See *Shifting Into Park ⇨ 186*.

If the vehicle is left parked and running with the RKE transmitter outside the vehicle, it will continue to run for up to an hour.

If the vehicle is left parked and running with the RKE transmitter inside the vehicle, it will continue to run for up to two hour.

The timer will reset if the vehicle is taken out of P (Park) while it is running.

# Electric Vehicle Operating Modes

## Driver Selected Operating Modes

### Sport Mode

Sport Mode provides more responsive acceleration than Normal Mode, but can reduce efficiency. When the SPORT indicator is not on, the vehicle is in Normal Mode.



**MJN1134**

Press SPORT to select Sport Mode.

Press SPORT again to return to Normal Mode.

An indicator will display in the instrument cluster.

Each time the vehicle is started, it will return to Normal Mode.

Sport Mode may be unavailable if the battery charge is too low.

# Electric Drive Unit



The vehicle uses an electric drive unit. The shift lever always starts from a center position. An amber dot is displayed on the shift pattern. After releasing the shift lever, it will return to the center position.

**P :** This position locks the drive wheels. Use P (Park) when starting the vehicle to ensure the vehicle does not move.

{ ! } Warning

It is dangerous to get out of the vehicle if the P (Park) button is not pressed with the parking brake set. The vehicle can roll.

Do not leave the vehicle when the propulsion system is running. If you have left the propulsion system running, the vehicle can move suddenly. You or others could be injured. To be sure the vehicle will not move, even when you are on fairly level ground, always set the parking brake and press the P (Park) button.

**MJN1135**



The shift lock release button is designed to prevent inadvertent shifting out of P (Park) unless the vehicle has been started, the brake pedal is applied, and the shift lock release button is pressed.

When the vehicle is stopped, apply the brakes and press the button on top of the shift lever to shift to P (Park).

The vehicle will not shift into P (Park) if it is moving too fast. Stop the vehicle and shift into P (Park).

To shift in and out of P (Park), see Shifting Into Park and Shifting out of Park.

**R :** Use this gear to back up.

If the vehicle is shifted from either R (Reverse) to D (Drive), or D (Drive) to R (Reverse) while the speed is too high, the vehicle will shift to N (Neutral). Reduce the vehicle speed and try the shift again.

To shift into R (Reverse):

1. Bring the vehicle to a complete stop.

2. Press the shift lock release button on the side of the shift lever.

3. From the center position, move the shift lever forward, and then to the left. R is illuminated in red.

4. After releasing the shift lever, it will return to the center position.

To shift out of R (Reverse):

1. Bring the vehicle to a complete stop.

2. Shift to the desired gear.

3. After releasing the shift lever, it will return to the center position.

At low vehicle speeds, R (Reverse) can be used to rock the vehicle back and forth to get out of snow, ice, or sand without damaging the electric drive unit.

**N :** In this position, the propulsion system does not connect with the wheels. To restart the propulsion system when the vehicle is already moving, use N (Neutral) only.

| **Caution** |
|---|
| The vehicle is not designed to stay in N (Neutral) for extended periods of time. It will automatically shift into P (Park). |

To shift into N (Neutral):

1. From the center position, move the shift lever forward. If the vehicle is in P (Park), apply the brake pedal and press the shift lock release button while

**MJN1136**

moving the shift lever forward. The shift lever indicator is illuminated in red.

2. After releasing the shift lever, it will return to the center position.

To shift out of N (Neutral):

1. Bring the vehicle to a complete stop.

2. Shift to the desired gear.

3. After releasing the shift lever, it will return to the center position.

## Car Wash Mode

This vehicle includes a Car Wash Mode that allows the vehicle to remain in N (Neutral) for use in automatic car washes.

**Car Wash Mode (Vehicle Off) - Driver In Vehicle**

To place the vehicle in N (Neutral) with the vehicle off and occupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Shift to N (Neutral).

4. Turn off the vehicle and release the brake pedal.

5. The indicator should continue to show N. If it does not, repeat Steps 2–4.

6. The vehicle is now ready for the car wash.

**Car Wash Mode (Vehicle Off) - Driver Out of Vehicle**

To place the vehicle in N (Neutral) with the vehicle off and unoccupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Open the door.

4. Shift to N (Neutral).

5. Turn off the vehicle and release the brake pedal.

6. The indicator should continue to show N. If it does not, repeat Steps 2–5.

7. Exit the vehicle and close the door. The vehicle is now ready for the car wash.

8. The vehicle may automatically shift into P (Park) upon reentry.

**Car Wash Mode (Vehicle On) - Driver In Vehicle**

To place the vehicle in N (Neutral) with the vehicle on and occupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Shift to N (Neutral).

4. Release the brake pedal.

5. The vehicle is now ready for the car wash.

**Car Wash Mode (Vehicle On) - Driver Out of Vehicle**

To place the vehicle in N (Neutral) with the vehicle on and unoccupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Open the door.

4. Shift to N (Neutral). Then release the brake pedal.

**MJN1137**

5. The indicator should continue to show N. If it does not, repeat Steps 2–4.

6. Exit the vehicle and close the door. The vehicle is now ready for the car wash.

7. The vehicle may automatically shift into P (Park) upon reentry.

**D :** This position is for normal driving. If more power is needed for passing, press the accelerator pedal down.

To shift into D (Drive):

1. Bring the vehicle to a complete stop.

2. From the center position, move the shift lever back. If the vehicle is in P (Park) press the shift lock release button on the side of the shift lever, while moving the shift lever back. D is illuminated in red.

3. After releasing the shift lever, it will return to the center position.

To shift out of D (Drive):

1. Bring the vehicle to a complete stop.

2. Shift to the desired gear.

3. After releasing the shift lever, it will return to the center position.

| Caution |
| --- |
| Spinning the tires excessively may damage the electric drive unit. The repair will not be covered by the vehicle warranty. If you are stuck, do not spin the tires. |

When stopping on a steep hill, use the brakes to hold the vehicle in place.

When shifting to P (Park) on a hill, use the brakes to hold the vehicle then shift to P (Park).

**L :** This position reduces vehicle speed without using the brakes. Use L (Low) on very steep hills and in stop-and-go traffic.

## One-Pedal Driving

With One-Pedal Driving, the accelerator pedal can be used to control the deceleration of the vehicle down to a complete stop.

Completely lifting off the accelerator pedal will result in aggressive deceleration. Partially lifting off the accelerator pedal will allow the deceleration of the vehicle to be adjusted as desired.

The amount of deceleration may vary under Regenerative Power Limited condition. See *Power Indicator Gauge* ⇨ *101*.

Use the brake pedal if emergency braking is required.

To use One-Pedal Driving, place the vehicle in L (Low). Press the accelerator pedal to the desired speed. The deceleration provided by One-Pedal Driving provides full regenerative braking and helps increase energy efficiency. The brake lamps may come on when the accelerator pedal is released or during substantial deceleration from regenerative braking.

**MJN1138**

While operating in One-Pedal Driving, the electric parking brake may apply in some circumstances. This can occur when:

- Driving on slopes.
- The driver's door is open.
- The vehicle has remained stationary for 5 minutes.
- There is a problem with the propulsion system.

To drive again, depress the accelerator pedal, and the electric parking brake will automatically disengage.

One-Pedal Driving may shift the car into P (Park) if the vehicle is pushed once it has been stopped or if a problem with the propulsion system develops.

# Brakes

## Antilock Brake System (ABS)

The Antilock Brake System (ABS) helps prevent a braking skid and maintain steering while braking hard.

ABS performs a system check when the vehicle is first driven. A momentary motor or clicking noise may be heard while this test is going on, and the brake pedal may move slightly. This is normal.



If there is a problem with ABS, this warning light stays on. See *Antilock Brake System (ABS) Warning Light* ⇨ *105.*

ABS does not change the time needed to get a foot on the brake pedal and does not always decrease stopping distance. If you get too close to the vehicle ahead, there will not be enough time to apply the brakes if that vehicle suddenly slows or stops. Always leave enough room ahead to stop, even with ABS.

### Using ABS

Do not pump the brakes. Just hold the brake pedal down firmly. Hearing or feeling ABS operate is normal.

### Braking in Emergencies

ABS allows steering and braking at the same time. In many emergencies, steering can help even more than braking.

**MJN1139**

## Electric Parking Brake



The vehicle has an Electric Parking Brake (EPB). The EPB can always be activated, even if the vehicle is off.

The system has a red parking brake status light and an amber parking brake warning light.

There are also parking brake-related Driver Information Center (DIC) messages.

In case of insufficient electrical power, the EPB cannot be applied or released.

Before leaving the vehicle, check the red parking brake status light to ensure that the parking brake is applied.

### EPB Apply

To apply the EPB:

1. Be sure the vehicle is at a complete stop.
2. Pull the EPB switch momentarily.

The red parking brake status light will flash and then stay on once the EPB is fully applied. If the red parking brake status light flashes continuously, then the EPB is only partially applied or there is a problem with the EPB. A DIC message will display. Release the EPB and try to apply it again. If the light does not come on, or keeps flashing, have the vehicle serviced. Do not drive the vehicle if the red parking brake status light is flashing. See your dealer.

If the amber parking brake warning light is on, lift up on the EPB switch and hold it up. Continue to hold the switch until the red parking brake status light remains on. If the amber parking brake warning light is still on, see your dealer.

If the EPB is applied while the vehicle is moving, the vehicle will decelerate as long as the switch is held up. If the switch is held up until the vehicle comes to a stop, the EPB will remain applied.

The vehicle may automatically apply the EPB in some situations when the vehicle is not moving. This is normal, and is done to periodically check the correct operation of the EPB system.

If the EPB fails to apply, block the rear wheels to prevent vehicle movement.

### EPB Release

To release the EPB:

1. Press POWER ⏻ to start the vehicle.
2. Apply and hold the brake pedal.

**MJN1140**

3. Press momentarily on the EPB switch.

The EPB is released when the red parking brake status light is off.

If the amber parking brake warning light is on, release the EPB by pressing down on the EPB switch and holding it down. Continue to hold the switch until the red parking brake status light is off. If either light stays on after release is attempted, see your dealer.

---

#### Caution

Driving with the parking brake on can overheat the brake system and cause premature wear or damage to brake system parts. Make sure that the parking brake is fully released and the brake warning light is off before driving.

---

### Automatic EPB Release

The EPB will automatically release if the vehicle is running, placed into gear, and an attempt is made to drive away. Avoid rapid acceleration when the EPB is applied, to preserve parking brake lining life.

## Brake Assist

Brake Assist detects rapid brake pedal applications due to emergency braking situations and provides additional braking to activate the Antilock Brake System (ABS) if the brake pedal is not pushed hard enough to activate ABS normally. Minor noise, brake pedal pulsation, and/or pedal movement during this time may occur. Continue to apply the brake pedal as the driving situation dictates. Brake Assist disengages when the brake pedal is released.

## Hill Start Assist (HSA)

---

#### ⚠ Warning

Do not rely on the HSA feature. HSA does not replace the need to pay attention and drive safely.

(Continued)

---

#### Warning (Continued)

You may not hear or feel alerts or warnings provided by this system. Failure to use proper care when driving may result in injury, death, or vehicle damage. See *Defensive Driving ⇨ 174*.

---

When the vehicle is stopped on a grade, Hill Start Assist (HSA) prevents the vehicle from rolling in an unintended direction during the transition from brake pedal release to accelerator pedal apply. The brakes release when the accelerator pedal is applied. If the accelerator pedal is not applied within a few minutes, the Electric Parking Brake will apply. The brakes may also release under other conditions. Do not rely on HSA to hold the vehicle.

HSA is available when the vehicle is facing uphill in a forward gear, or when facing downhill in R (Reverse). The vehicle must come to a complete stop on a grade for HSA to activate.

**MJN1141**

## Regenerative Braking

Some braking energy from the moving vehicle is turned back into electrical energy. This energy is then stored back into the high voltage battery system, increasing energy efficiency.

### Regen on Demand



Regen on Demand allows increased deceleration by pressing and holding the steering wheel paddle.

It works in D (Drive) and L (Low). The accelerator pedal can be used to manage deceleration while using Regen on Demand.

Cruise control will turn off and the brake lamps may come on when this feature is activated.

If the vehicle is in D (Drive) and is brought to a complete stop while the Regen on Demand paddle is held, the vehicle will not creep forward when the paddle is released. The accelerator pedal must be pressed to move the vehicle forward. See "One-Pedal Driving" under *Electric Drive Unit* ⇨ *189*.

If the vehicle is on a steep grade, the brake pedal must be used to hold the vehicle.

Regenerative power may be limited when the battery is near full charge or cold. The regen battery icon will appear gray when limited. The regen power limit is also displayed as a horizontal bar on the power indicator gauge.

Avoid using Regen On Demand under slippery road conditions. Under Regenerative Power Limited Condition, the amount of vehicle deceleration will be limited. Use the brake pedal as the primary braking device.

**MJN1142**

# Ride Control Systems

## Traction Control/ Electronic Stability Control

### System Operation

The vehicle has a Traction Control System (TCS) and StabiliTrak/ Electronic Stability Control (ESC), an electronic stability control system. These systems help limit wheel slip and assist the driver in maintaining control, especially on slippery road conditions.

TCS activates if it senses that any of the drive wheels are spinning or beginning to lose traction. When this happens, TCS applies the brakes to the spinning wheels and reduces propulsion system power to limit wheel spin.

StabiliTrak/ESC activates when the vehicle senses a difference between the intended path and the direction the vehicle is actually traveling. StabiliTrak/ESC selectively applies braking pressure to any one of the

vehicle wheel brakes to assist the driver in keeping the vehicle on the intended path.

If cruise control is being used and TCS or StabiliTrak/ESC begins to limit wheel spin, cruise control will disengage. Cruise control may be turned back on when road conditions allow.

Both systems come on automatically when the vehicle is started and begins to move. The systems may be heard or felt while they are operating or while performing diagnostic checks. This is normal and does not mean there is a problem with the vehicle.

It is recommended to leave both systems on for normal driving conditions, but it may be necessary to turn TCS off if the vehicle gets stuck in sand, mud, ice, or snow. See "Turning the Systems Off and On" later in this section.



The indicator light for both systems is in the instrument cluster. This light will:

- Flash when TCS is limiting wheel spin.
- Flash when StabiliTrak/ESC is activated.
- Turn on and stay on when either system is not working.

If either system fails to turn on or to activate, a message displays in the Driver Information Center (DIC), and ⚠ comes on and stays on to indicate that the system is inactive and is not assisting the driver in maintaining control. The vehicle is safe to drive, but driving should be adjusted accordingly.

**MJN1143**

If ⚙ comes on and stays on:

1. Stop the vehicle.
2. Turn the vehicle off and wait 15 seconds.
3. Start the vehicle.

Drive the vehicle. If ⚙ comes on and stays on, the vehicle may need more time to diagnose the problem. If the condition persists, see your dealer.

### Turning the Systems Off and On



### Caution

Do not repeatedly brake or accelerate heavily when TCS is off. The vehicle driveline could be damaged.

To turn off only TCS, press and release ⚙. The traction off light ⚙ displays in the instrument cluster.

To turn TCS on again, press and release ⚙. The traction off light ⚙ displayed in the instrument cluster will turn off.

If TCS is limiting wheel spin when ⚙ is pressed, the system will not turn off until the wheels stop spinning.

To turn off both TCS and StabiliTrak/ ESC, press and hold ⚙ until the traction off light ⚙ and StabiliTrak/ ESC OFF light ⚙ come on and stay on in the instrument cluster. StabiliTrak can only be disabled below 56 km/h (35 mph).

To turn TCS and StabiliTrak/ESC on again, press and release ⚙. The traction off light ⚙ and StabiliTrak/ ESC OFF light ⚙ in the instrument cluster turn off.

Adding accessories can affect the vehicle performance. See *Accessories and Modifications* ⇨ *237*.

**MJN1144**

# Cruise Control

The cruise control lets the vehicle maintain a speed of about 40 km/h (25 mph) or more without keeping your foot on the accelerator. Cruise control does not work at speeds below 40 km/h (25 mph).

⚠ **Warning**

Cruise control can be dangerous where you cannot drive safely at a steady speed. Do not use cruise control on winding roads or in heavy traffic.

Cruise control can be dangerous on slippery roads. On such roads, fast changes in tire traction can cause excessive wheel slip, and you could lose control. Do not use cruise control on slippery roads.

With the Traction Control System (TCS) or StabiliTrak/Electronic Stability Control (ESC), the system may begin to limit wheel spin while you are using cruise control. If this happens, the cruise control will automatically disengage. See *Traction Control/Electronic Stability Control ⇨ 197*. If a collision alert occurs when cruise control is activated, cruise control is disengaged. See *Forward Collision Alert (FCA) System ⇨ 206*. When road conditions allow you to safely use it again, cruise control can be turned back on.

If the brakes or the Regen on Demand paddle are applied, cruise control disengages.

Cruise control will disengage if either TCS or StabiliTrak/ESC is turned off.



✪ : Press to turn the cruise control system on and off. A white indicator comes on in the instrument cluster when cruise is turned on.

✪ : Press to disengage cruise control without erasing the set speed from memory.

**+RES :** If there is a set speed in memory, press briefly to resume that speed or press and hold to accelerate. If cruise control is already active, use to increase vehicle speed.

**−SET :** Press briefly to set the speed and activate cruise control. If cruise control is already active, use to decrease vehicle speed.

### Setting Cruise Control

If ✪ is on when not in use, −SET or +RES could get bumped and go into cruise when not desired. Keep ✪ off when cruise is not being used.

To set a speed:

1. Press ✪ to turn the cruise system on.

**MJN1145**

2. Get up to the desired speed.

3. Press and release −SET. The desired set speed briefly appears in the instrument cluster.

4. Remove foot from the accelerator pedal.

The cruise control indicator on the instrument cluster turns green after cruise control has been set to the desired speed. See *Instrument Cluster* ⇨ *96*.

### Resuming a Set Speed

If the cruise control is set at a desired speed and then the brakes are applied or ⊗ is pressed, the cruise control is disengaged without erasing the set speed from memory.

Once the vehicle speed reaches about 40 km/h (25 mph) or more, briefly press +RES. The vehicle returns to the previous set speed.

### Increasing Speed While Using Cruise Control

If the cruise control system is already activated:

- Press and hold +RES until the vehicle accelerates to the desired speed, then release it.

- To increase the speed in small increments, briefly press +RES. For each press, the vehicle goes about 1 km/h (1 mph) faster.

The speedometer reading can be displayed in either English or metric units. See *Instrument Cluster* ⇨ *96*. The increment value used depends on the units displayed.

### Reducing Speed While Using Cruise Control

If the cruise control system is already activated:

- Press and hold −SET until the desired lower speed is reached, then release it.

- To slow down in small increments, briefly press −SET. For each press, the vehicle goes about 1 km/h (1 mph) slower.

The speedometer reading can be displayed in either English or metric units. See *Instrument Cluster* ⇨ *96*. The increment value used depends on the units displayed.

### Passing Another Vehicle While Using Cruise Control

Use the accelerator pedal to increase the vehicle speed. When you take your foot off the pedal, the vehicle will slow down to the previous set cruise speed. While pressing the accelerator pedal or shortly following the release to override cruise control, briefly pressing −SET will result in cruise control set to the current vehicle speed.

### Using Cruise Control on Hills

How well the cruise control works on hills depends upon the vehicle speed, load, and the steepness of the hills. When going up steep hills, you might have to step on the accelerator pedal to maintain the vehicle speed. When going downhill, you might have to brake or shift to a lower gear to keep your

**MJN1146**

speed down. If the brake pedal is applied, cruise control will disengage.

### Ending Cruise Control

There are five ways to end cruise control:

- Step lightly on the brake pedal.
- Press ⊗.
- Shift the electric drive unit to N (Neutral).
- Press 🔆 to turn the cruise control system off completely.
- Activate Regen on Demand. See "Regen on Demand" under *Regenerative Braking* ⇨ *196*.

### Erasing Speed Memory

The cruise control set speed is erased from memory if 🔆 is pressed or if the vehicle is turned off.

# Driver Assistance Systems

This vehicle may have features that work together to help avoid crashes or reduce crash damage while driving, backing, and parking. Read this entire section before using these systems.

> ### ⚠ Warning
>
> Do not rely on the Driver Assistance Systems. These systems do not replace the need for paying attention and driving safely. You may not hear or see alerts or warnings provided by these systems. Failure to use proper care when driving may result in injury, death, or vehicle damage. See *Defensive Driving* ⇨ *174*.
>
> Under many conditions, these systems will not:
>
> (Continued)

> ### Warning (Continued)
>
> - Detect children, pedestrians, bicyclists, or animals.
> - Detect vehicles or objects outside the area monitored by the system.
> - Work at all driving speeds.
> - Warn you or provide you with enough time to avoid a crash.
> - Work under poor visibility or bad weather conditions.
> - Work if the detection sensor is not cleaned or is covered by ice, snow, mud, or dirt.
> - Work if the detection sensor is covered up, such as with a sticker, magnet, or metal plate.
> - Work if the area surrounding the detection sensor is damaged or not properly repaired.
>
> (Continued)

**MJN1147**

---

**Warning (Continued)**

Complete attention is always
required while driving, and you
should be ready to take action
and apply the brakes and/or steer
the vehicle to avoid crashes.

---

**Audible Alert**

Some driver assistance features
alert the driver of obstacles by
beeping. To change the volume of
the warning chime, see "Comfort
and Convenience" under *Vehicle
Personalization* ⇨ *123*.

**Cleaning**

Depending on vehicle options, keep
these areas of the vehicle clean to
ensure the best driver assistance
feature performance. Driver
Information Center (DIC) messages
may display when the systems are
unavailable or blocked.





- Front and rear bumpers and the
  area below the bumpers
- Front grille and headlamps

- Front camera lens in the front
  grille or near the front emblem
- Front side and rear side panels
- Outside of the windshield in front
  of the rearview mirror
- Side camera lens on the bottom
  of the outside mirrors
- Rear side corner bumpers
- Rear Vision Camera above the
  license plate

## Assistance Systems for Parking or Backing

If equipped, the Rear Vision Camera
(RVC), Rear Park Assist (RPA),
Surround Vision, and Rear Cross
Traffic Alert (RCTA) may help the
driver park or avoid objects. Always
check around the vehicle when
parking or backing.

### Rear Vision Camera (RVC)

When the vehicle is shifted into
R (Reverse), the RVC displays an
image of the area behind the vehicle
in the infotainment display. The
previous screen displays when the

**MJN1148**

vehicle is shifted out of R (Reverse) after a short delay. To return to the previous screen sooner, press ⌂ on the center stack, shift into P (Park), or reach a vehicle speed of approximately 12 km/h (8 mph).

Turn ☼ to adjust the display brightness while viewing the infotainment display.



1. View Displayed by the Camera



1. View Displayed by the Camera
2. Corners of the Rear Bumper

Displayed images may be farther or closer than they appear. The area displayed is limited and objects that are close to either corner of the bumper or under the bumper do not display.

A warning triangle may display to show that RPA has detected an object. This triangle changes from amber to red and increases in size the closer the object.

If ⬚ or a service message appears on the infotainment display, there may be a camera malfunction. See your dealer.

## Surround Vision

If equipped, Surround Vision displays an image of the area surrounding the vehicle, along with the front or rear camera views in the infotainment display. The front camera is in the grille or near the front emblem, the side cameras are on the bottom of the outside mirrors, and the rear camera is above the license plate.

The Surround Vision system can be accessed by selecting CAMERA in the infotainment display or when the vehicle is shifted into R (Reverse). To return to the previous screen sooner, press any button on the infotainment system, shift into P (Park), or reach a vehicle speed of approximately 12 km/h (8 mph).

> ⚠ **Warning**
>
> The Surround Vision Cameras have blind spots and will not display all objects near the corners of the vehicle. Folding
>
> (Continued)

# MJN1149

**Warning (Continued)**

side mirrors that are out of
position will not display surround
view correctly. Always check
around the vehicle when parking
or backing.



1. Views Displayed by the
   Surround Vision Cameras
2. Area Not Shown



1. Views Displayed by the
   Surround Vision Cameras
2. Area Not Shown

**Camera Views**



Touch the camera view buttons
along the bottom of the infotainment
display.

**Front/Rear Standard View :**
Displays an image of the area in
front or behind the vehicle. Touch
Front/Rear Standard View on the
infotainment display when a camera
view is active. Touching the button
multiple times will toggle between
front and rear camera views.

If equipped, the front view camera
also displays when the Park Assist
system detects an object within
30 cm (12 in).

**MJN1150**

**Front/Rear Overhead View :**

Displays a Front or Rear Overhead View of the vehicle. Touching the button will toggle between the two views.

**Side Forward/Rearward View :**

Displays a view that shows objects next to the front or rear sides of the vehicle. Touch Side Forward/ Rearward View on the infotainment display when a camera view is active. Touching the button multiple times will toggle between forward and rearward views. Park Assist and RCTA are not available when Side Forward/Rearward view is active.

## Park Assist

If equipped with Rear Park Assist (RPA), as the vehicle moves at speeds of less than 8 km/h (5 mph) the sensors on the bumpers may detect objects up to 2.3 m (7.5 ft) behind the vehicle within a zone of 25 cm (10 in) high off the ground and below bumper level. These detection distances may be shorter during warmer or humid weather.

Blocked sensors will not detect objects and can also cause false detections. Keep the sensors clean of mud, dirt, snow, ice, and slush; and clean sensors after a car wash in freezing temperatures.

⚠ **Warning**

The Park Assist system does not detect children, pedestrians, bicyclists, animals, or objects located below the bumper or that are too close or too far from the vehicle. It is not available at speeds greater than 8 km/h (5 mph). To prevent injury, death, or vehicle damage, even with Park Assist, always check the area around the vehicle and check all mirrors before moving forward or backing.



The instrument cluster may have a Park Assist display with bars that show "distance to object" and object location information for RPA. As the object gets closer, more bars light up and the bars change color from yellow to amber to red. When an object is first detected in the rear, one beep will be heard from the rear. When an object is very close, <0.6 m (2 ft) in the vehicle rear, five beeps will sound from the rear depending on object location.

**MJN1151**

### Rear Cross Traffic Alert (RCTA)

If equipped, when the vehicle is shifted into R (Reverse), RCTA uses a red warning triangle with a left or right pointing arrow on the infotainment display to warn of traffic coming from the left or right. This system detects objects coming from up to 20 m (65 ft) from the left or right side of the vehicle. When an object is detected, three beeps sound from the left or right, depending on the direction of the detected vehicle.

## Assistance Systems for Driving

If equipped, when driving the vehicle in a forward gear, Forward Collision Alert (FCA), Lane Departure Warning (LDW), Lane Keep Assist (LKA), Side Blind Zone Alert (SBZA), Lane Change Alert (LCA), Automatic Emergency Braking (AEB), and/or the Front Pedestrian Braking (FPB) System can help to avoid a crash or reduce crash damage.

## Forward Collision Alert (FCA) System

If equipped, the FCA system may help to avoid or reduce the harm caused by front-end crashes. When approaching a vehicle ahead too quickly, FCA provides a red flashing alert on the windshield and rapidly beeps. FCA also lights an amber visual alert if following another vehicle much too closely. FCA detects vehicles within a distance of approximately 60 m (197 ft) and operates at speeds above 8 km/h (5 mph).

### ⚠ Warning

FCA is a warning system and does not apply the brakes. When approaching a slower-moving or stopped vehicle ahead too rapidly, or when following a vehicle too closely, FCA may not provide a warning with enough time to help avoid a crash. It also may not provide any warning at all. FCA

(Continued)

### Warning (Continued)

does not warn of pedestrians, animals, signs, guardrails, bridges, construction barrels, or other objects. Be ready to take action and apply the brakes.

### Detecting the Vehicle Ahead



FCA warnings will not occur unless the FCA system detects a vehicle ahead. When a vehicle is detected, the vehicle ahead indicator will display green. Vehicles may not be detected on curves, highway exit ramps, or hills, due to poor visibility; or if a vehicle ahead is partially blocked by pedestrians or other objects. FCA will not detect another vehicle ahead until it is completely in the driving lane.

**MJN1152**

> ### ⚠ Warning
>
> FCA does not provide a warning to help avoid a crash, unless it detects a vehicle. FCA may not detect a vehicle ahead if the FCA sensor is blocked by dirt, snow, or ice, or if the windshield is damaged. It may also not detect a vehicle on winding or hilly roads, or in conditions that can limit visibility such as fog, rain, or snow, or if the headlamps or windshield are not cleaned or in proper condition. Keep the windshield, headlamps, and FCA sensors clean and in good repair.

### Collision Alert



When your vehicle approaches another detected vehicle too rapidly, the red FCA display will flash on the windshield. Also, eight rapid high-pitched beeps will sound from the front. When this Collision Alert occurs, the brake system may prepare for driver braking to occur more rapidly which can cause a brief, mild deceleration. Continue to apply the brake pedal as the driving situation dictates. Cruise control may be disengaged when the Collision Alert occurs.

### Tailgating Alert

The vehicle ahead indicator will display amber when you are following a detected vehicle ahead much too closely.

### Selecting the Alert Timing

The Collision Alert control is on the steering wheel. Press ⇲ to set the FCA timing to far, medium, near, or off. The first button press shows the current control setting on the DIC. Additional button presses will change this setting. The chosen setting will remain until it is changed and will affect the timing of both the Collision Alert and the Tailgating Alert features. The timing of both alerts will vary based on vehicle speed. The faster the vehicle speed, the farther away the alert will occur. Consider traffic and weather conditions when selecting the alert timing. The range of selectable alert timing may not be appropriate for all drivers and driving conditions.

### Following Distance Indication

The following distance to a moving vehicle you are following is indicated in following time in seconds on the Driver Information Center (DIC).

The minimum following time is 0.5 seconds away. If there is no vehicle detected ahead, or the vehicle ahead is out of sensor range, dashes will be displayed.

### Unnecessary Alerts

FCA may provide unnecessary alerts to turning vehicles, vehicles in other lanes, objects that are not

**MJN1153**

vehicles, or shadows. These alerts are normal operation and the vehicle does not need service.

### Cleaning the System

If the FCA system does not seem to operate properly, this may correct the issue:

- Clean the outside of the windshield in front of the rearview mirror.
- Clean the entire front of the vehicle.
- Clean the headlamps.

## Automatic Emergency Braking (AEB)

If the vehicle has Forward Collision Alert (FCA), it also has AEB, which includes Intelligent Brake Assist (IBA). When the system detects a vehicle ahead in your path that is traveling in the same direction that you may be about to crash into, it can provide a boost to braking or automatically brake the vehicle. This can help avoid or lessen the severity of crashes when driving in a forward gear. Depending on the situation, the vehicle may automatically brake moderately or hard. This automatic emergency braking can only occur if a vehicle is detected. This is shown by the FCA vehicle ahead indicator being lit. See *Forward Collision Alert (FCA) System* ⇨ 206.

The system works when driving in a forward gear between 8 km/h (5 mph) and 80 km/h (50 mph). It can detect vehicles up to approximately 60 m (197 ft).

### ⚠ Warning

AEB is an emergency crash preparation feature and is not designed to avoid crashes. Do not rely on AEB to brake the vehicle. AEB will not brake outside of its operating speed range and only responds to detected vehicles.

AEB may not:

(Continued)

### Warning (Continued)

- Detect a vehicle ahead on winding or hilly roads.
- Detect all vehicles, especially vehicles with a trailer, tractors, muddy vehicles, etc.
- Detect a vehicle when weather limits visibility, such as in fog, rain, or snow.
- Detect a vehicle ahead if it is partially blocked by pedestrians or other objects.

Complete attention is always required while driving, and you should be ready to take action and apply the brakes and/or steer the vehicle to avoid crashes.

AEB may slow the vehicle to a complete stop to try to avoid a potential crash. If this happens, AEB may engage the Electric Parking Brake (EPB) to hold the vehicle at a stop. Release the EPB or firmly press the accelerator pedal.

MJN1154

### ⚠ Warning

AEB may automatically brake the vehicle suddenly in situations where it is unexpected and undesired. It could respond to a turning vehicle ahead, guardrails, signs, and other non-moving objects. To override AEB, firmly press the accelerator pedal, if it is safe to do so.

### Intelligent Brake Assist (IBA)

IBA may activate when the brake pedal is applied quickly by providing a boost to braking based on the speed of approach and distance to a vehicle ahead.

Minor brake pedal pulsations or pedal movement during this time is normal and the brake pedal should continue to be applied as needed. IBA will automatically disengage only when the brake pedal is released.

### ⚠ Warning

IBA may increase vehicle braking in situations when it may not be necessary. You could block the flow of traffic. If this occurs, take your foot off the brake pedal and then apply the brakes as needed.

AEB and IBA can be disabled through vehicle personalization. See "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *123*.

A system unavailable message may display if:

- The front of the vehicle or windshield is not clean.
- Heavy rain or snow is interfering with object detection.
- There is a problem with the StabiliTrak system.

The AEB system does not need service.

## Front Pedestrian Braking (FPB) System

If equipped, the FPB system may help avoid or reduce the harm caused by front-end crashes with nearby pedestrians when driving in a forward gear. FPB displays an amber indicator, 🚶, when a pedestrian is detected ahead. When approaching a detected pedestrian too quickly, FPB provides a red flashing alert on the windshield and rapidly beeps. FPB can provide a boost to braking or automatically brake the vehicle. This system includes Intelligent Brake Assist (IBA), and the Automatic Emergency Braking (AEB) System may also respond to pedestrians. See *Automatic Emergency Braking (AEB)* ⇨ *208*.

The FPB system can detect and alert to pedestrians in a forward gear at speeds between 8 km/h (5 mph) and 80 km/h (50 mph). During daytime driving, the system detects pedestrians up to a distance

**MJN1155**

of approximately 40 m (131 ft). During nighttime driving, system performance is very limited.

### ⚠ Warning

FPB does not provide an alert or automatically brake the vehicle, unless it detects a pedestrian. FPB may not detect pedestrians, including children:

- When the pedestrian is not directly ahead, fully visible, or standing upright, or when part of a group.

- Due to poor visibility, including nighttime conditions, fog, rain, or snow.

- If the FPB sensor is blocked by dirt, snow, or ice.

- If the headlamps or windshield are not cleaned or in proper condition.

(Continued)

### Warning  (Continued)

Be ready to take action and apply the brakes. For more information, see *Defensive Driving* ⇨ *174*. Keep the windshield, headlamps, and FPB sensor clean and in good repair.

FPB can be set to Off, Alert, or Alert and Brake through vehicle personalization. See "Collision/ Detection Systems" under *Vehicle Personalization* ⇨ *123*.

### Detecting the Pedestrian Ahead



FPB alerts and automatic braking will not occur unless the FPB system detects a pedestrian. When a nearby pedestrian is detected in front of the vehicle, the pedestrian ahead indicator will display amber.

### Front Pedestrian Alert



When the vehicle approaches a pedestrian ahead too rapidly, the red FPB alert display will flash on the windshield. Eight rapid high-pitched beeps will sound from the front. When this Pedestrian Alert occurs, the brake system may prepare for driver braking to occur more rapidly which can cause a brief, mild deceleration. Continue to apply the brake pedal as needed. Cruise control may be disengaged when the Front Pedestrian Alert occurs.

**MJN1156**

**Automatic Braking**

If FPB detects it is about to crash into a pedestrian directly ahead, and the brakes have not been applied, FPB may automatically brake moderately or brake hard. This can help to avoid some very low speed pedestrian crashes or reduce pedestrian injury. FPB can automatically brake to detected pedestrians between 8 km/h (5 mph) and 80 km/h (50 mph). Automatic braking levels may be reduced under certain conditions, such as higher speeds.

If this happens, Automatic Braking may engage the Electric Parking Brake (EPB) to hold the vehicle at a stop. Release the EPB. A firm press of the accelerator pedal will also release Automatic Braking and the EPB.

---

⚠ **Warning**

FPB may alert or automatically brake the vehicle suddenly in situations where it is unexpected and undesired. It could falsely alert or brake for objects similar in shape or size to pedestrians, including shadows. This is normal operation and the vehicle does not need service. To override Automatic Braking, firmly press the accelerator pedal, if it is safe to do so.

---

Automatic Braking can be disabled through vehicle personalization. See "Front Pedestrian Detection" in "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *123.*

**Cleaning the System**

If FPB does not seem to operate properly, cleaning the outside of the windshield in front of the rearview mirror may correct the issue.

**Side Blind Zone Alert (SBZA)**

If equipped, the SBZA system is a lane-changing aid that assists drivers with avoiding crashes that occur with moving vehicles in the side blind zone (or spot) areas. When the vehicle is in a forward gear, the left or right side mirror display will light up if a moving vehicle is detected in that blind zone. If the turn signal is activated and a vehicle is also detected on the same side, the display will flash as an extra warning not to change lanes. Since this system is part of the Lane Change Alert (LCA) system, read the entire LCA section before using this feature.

**Lane Change Alert (LCA)**

If equipped, the LCA system is a lane-changing aid that assists drivers with avoiding lane change crashes that occur with moving vehicles in the side blind zone (or spot) areas or with vehicles rapidly approaching these areas from

**MJN1157**

behind. The LCA warning display will light up in the corresponding outside mirror and will flash if the turn signal is on.

> ⚠ **Warning**
>
> LCA does not alert the driver to vehicles outside of the system detection zones, pedestrians, bicyclists, or animals. It may not provide alerts when changing lanes under all driving conditions. Failure to use proper care when changing lanes may result in injury, death, or vehicle damage. Before making a lane change, always check mirrors, glance over your shoulder, and use the turn signals.

**LCA Detection Zones**



1. SBZA Detection Zone
2. LCA Detection Zone

The LCA sensor covers a zone of approximately one lane over from both sides of the vehicle, or 3.5 m (11 ft). The height of the zone is approximately between 0.5 m (1.5 ft) and 2 m (6 ft) off the ground. The Side Blind Zone Alert (SBZA) warning area starts at approximately the middle of the vehicle and goes back 5 m (16 ft). Drivers are also warned of vehicles rapidly approaching from up to 25 m (82 ft) behind the vehicle.

**How the System Works**

The LCA symbol lights up in the side mirrors when the system detects a moving vehicle in the next lane over that is in the side blind zone or rapidly approaching that zone from behind. A lit LCA symbol indicates it may be unsafe to change lanes. Before making a lane change, check the LCA display, check mirrors, glance over your shoulder, and use the turn signals.

 

**Left Side Mirror**     **Right Side Mirror**
**Display**              **Display**

When the vehicle is started, both outside mirror LCA displays will briefly come on to indicate the system is operating. When the vehicle is in a forward gear, the left or right side mirror display will light up if a moving vehicle is detected in the next lane over in that blind zone

**MJN1158**

or rapidly approaching that zone. If the turn signal is activated in the same direction as a detected vehicle, this display will flash as an extra warning not to change lanes.

LCA can be disabled through vehicle personalization. See "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *123*. If LCA is disabled by the driver, the LCA mirror displays will not light up.

### When the System Does Not Seem to Work Properly

The LCA system requires some driving for the system to calibrate to maximum performance. This calibration may occur more quickly if the vehicle is driven on a straight highway road with traffic and roadside objects (e.g., guardrails, barriers).

LCA displays may not come on when passing a vehicle quickly or for a stopped vehicle. LCA may alert to objects attached to the vehicle, such as a bicycle, or object extending out to either side of the vehicle. Attached objects may also

interfere with the detection of vehicles. This is normal system operation; the vehicle does not need service.

LCA may not always alert the driver to vehicles in the next lane over, especially in wet conditions or when driving on sharp curves. The system does not need to be serviced. The system may light up due to guardrails, signs, trees, shrubs, and other non-moving objects. This is normal system operation; the vehicle does not need service.

LCA may not operate when the LCA sensors in the left or right corners of the rear bumper are covered with mud, dirt, snow, ice, or slush, or in heavy rainstorms. For cleaning instructions, see "Washing the Vehicle" under *Exterior Care* ⇨ *294*. If the DIC still displays the system unavailable message after cleaning both sides of the vehicle toward the rear corners of the vehicle, see your dealer.

If the LCA displays do not light up when moving vehicles are in the side blind zone or rapidly

approaching this zone and the system is clean, the system may need service. Take the vehicle to your dealer.

## Lane Keep Assist (LKA)

If equipped, LKA may help avoid crashes due to unintentional lane departures. This system uses a camera to detect lane markings between 60 km/h (37 mph) and 180 km/h (112 mph). It may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. It may also provide a Lane Departure Warning (LDW) alert if the vehicle crosses a detected lane marking. LKA can be overriden by turning the steering wheel. This system is not intended to keep the vehicle centered in the lane. LKA will not assist and alert if the turn signal is active in the direction of lane departure, or if it detects that you are accelerating, braking or actively steering.

**MJN1159**

### ⚠ Warning

The LKA system does not continuously steer the vehicle. It may not keep the vehicle in the lane or give a Lane Departure Warning (LDW) alert, even if a lane marking is detected.

The LKA and LDW systems may not:

- Provide an alert or enough steering assist to avoid a lane departure or crash.
- Detect lane markings under poor weather or visibility conditions. This can occur if the windshield or headlamps are blocked by dirt, snow, or ice; if they are not in proper condition; or if the sun shines directly into the camera.
- Detect road edges.
- Detect lanes on winding or hilly roads.

(Continued)

### Warning (Continued)

If LKA only detects lane markings on one side of the road, it will only assist or provide an LDW alert when approaching the lane on the side where it has detected a lane marking. Even with LKA and LDW, you must steer the vehicle. Always keep your attention on the road and maintain proper vehicle position within the lane, or vehicle damage, injury, or death could occur. Always keep the windshield, headlamps, and camera sensors clean and in good repair. Do not use LKA in bad weather conditions or on roads with unclear lane markings, such as construction zones.

### ⚠ Warning

Using LKA while towing a trailer or on slippery roads could cause loss of control of the vehicle and a crash. Turn the system off.

### How the System Works

LKA uses a camera sensor installed on the windshield ahead of the rearview mirror to detect lane markings. It may provide brief steering assist if it detects an unintended lane departure. It may further provide an audible alert or the driver seat may pulse indicating that a lane marking has been crossed.

To turn LKA on and off, press on the steering wheel. If equipped, the indicator light on the button comes on when LKA is on and turns off when LKA is disabled.

**MJN1160**

When on, 🚗 is white, if equipped, indicating that the system is not ready to assist. 🚗 is green if LKA is ready to assist. LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. 🚗 is amber when assisting. It may also provide a Lane Departure Warning (LDW) alert by flashing 🚗 amber if the vehicle crosses a detected lane marking. Additionally, there may be three beeps, or the driver seat may pulse three times, on the right or left, depending on the lane departure direction.

**Take Steering**

The LKA system does not continuously steer the vehicle. If LKA does not detect active driver steering, an alert and chime may be provided. Steer the vehicle to dismiss. LKA may become temporarily unavailable after repeated take steering alerts.

**When the System Does Not Seem to Work Properly**

The system performance may be affected by:

- Close vehicles ahead.
- Sudden lighting changes, such as when driving through tunnels.
- Banked roads.
- Roads with poor lane markings, such as two-lane roads.

A system unavailable message may display if the camera is blocked. The LKA system does not need service.

A camera blocked message may display if the camera is blocked. Some driver assistance systems may have reduced performance or not work at all. An LKA or LDW unavailable message may display if the systems are temporarily

unavailable. This message could be due to a blocked camera. The LKA system does not need service. Clean the outside of the windshield behind the rearview mirror.

LKA assistance and/or LDW alerts may occur due to tar marks, shadows, cracks in the road, temporary or construction lane markings, or other road imperfections. This is normal system operation; the vehicle does not need service. Turn LKA off if these conditions continue.

**MJN1161**

# Charging

## When to Charge

When the high voltage battery is getting low, charging messages may display.

The CHARGE VEHICLE SOON message indicates that the driving range is low and the vehicle needs to be charged soon. As the charge level drops, the PROPULSION POWER IS REDUCED message is displayed and the accelerator pedal response is reduced. In addition, the remaining range value will change to LOW indicating the vehicle should be charged immediately.

When the energy is fully depleted, the OUT OF ENERGY, CHARGE VEHICLE NOW message displays and the vehicle slows to a stop. Brake and steering assist will still operate. Once the vehicle has stopped, turn the vehicle off.

## Plug-In Charging

This section explains the process for charging the high voltage battery. Do not allow the vehicle to remain in temperature extremes for long periods without being driven or plugged in. It is recommended that the vehicle be plugged in when temperatures are below 0 °C (32 °F) and above 32 °C (90 °F) to maximize high voltage battery life.

When using a 120-volt AC electrical outlet, it will take approximately 55 hours to charge the vehicle from a fully depleted battery with the 12 amp AC current setting, allowing approximately 6 km (4 mi) for every hour of charging.

When using a 240-volt charging station, it will take approximately 10 hours to charge the vehicle with the 32 amp setting, allowing approximately 40 km (25 mi) for every hour of charging.

Charge times will vary based on battery condition, charge level, and outside temperature. See *Programmable Charging* ⇨ 109 for charge mode selection.

If equipped, the vehicle can be charged using DC charging equipment typically found at service stations and other public locations.

When using a DC charging station with at least 80 kW of available power, it will take approximately 30 minutes to recharge from a depleted battery to an estimated 145 km (90 mi) of driving range. This time estimate is applicable to nominal temperature ranges. In extreme hot or cold conditions, this time may be lengthened. A full charge will take additional time.

The charging system may run fans and pumps that result in sounds from the vehicle while it is turned off. Additionally, clicking sounds may be caused by the electrical devices used while charging.

**MJN1162**

The vehicle does not require indoor charging area ventilation before, during, or after charging.

The vehicle cannot be driven while the charge cord is plugged into the vehicle.

### Charging Override

A CHARGING OVERRIDE/ INTERRUPTION OCCURRED message may display to indicate that a charging override or interruption has occurred due to one or more of the following events:

. Override of the charge settings by the owner.

. Unintended interruption of AC power at the vehicle's charge port.

. Interruption of charging by the utility company.

There are several screens that will display depending on the current charging status. See *Programmable Charging* ⇨ *109*.

A loss of AC power alert may sound for a short time if AC power is lost for over one minute. This sound alert can be turned off. See *Vehicle Personalization* ⇨ *123*.

### AC Charging



**AC Charge Cord Vehicle Plug**

**Start Charge**

1. Make sure the vehicle is parked.



2. Push the rearward edge of the charge port door and release to open the door.

   In cold weather conditions, ice may form around the charge port door. Remove ice from the area before attempting to open or close the charge port door.

**MJN1163**



3. Open the liftgate, lift the load floor cover, and remove the charge cord.

4. Plug the charge cord into the electrical outlet. Verify the charge cord status and select the appropriate charge level. See *Electrical Requirements for Battery Charging* ⇨ *232*. See *Charge Cord* ⇨ *225*. See "Portable Cord Limit Selection" under *Programmable Charging* ⇨ *109*.



5. Plug in the AC vehicle plug of the charge cord into the charge port on the vehicle. Make sure the AC vehicle plug is fully connected to the AC charge port. If it is not properly seated, the charge may not occur.

6. Verify that the Charging Status Indicator illuminates on top of the instrument panel and an audible chirp occurs. See *Charging Status Feedback* ⇨ *221*.

7. To arm the charge cord theft alert, lock the vehicle twice with the RKE transmitter. To disarm this feature, see *Charging Options* ⇨ *119*.

**End Charge**

1. Unlock the vehicle with the RKE transmitter to disarm the charge cord theft alert.

2. Unplug the vehicle plug of the charge cord from the vehicle. Unlock the vehicle plug of the charge cord from the vehicle by pressing the button on the top of the charge cord plug.

3. Close the charge port door by pressing firmly in the center until it latches.

4. Unplug the charge cord from the electrical outlet.

5. Place the charge cord into the storage compartment.

**MJN1164**

## DC Charging (If Equipped)

### DC Charging Station Hardware

Check the charge station DC vehicle plug for compatibility with the DC charge port on this vehicle. When recharging at a DC fast charge station, the power cable connected to the vehicle must be less than 10 m (33 ft) in length.

Follow the steps listed on the charging station to perform a DC vehicle charge.

If for any reason DC charging does not begin or is interrupted, check the DC charge station display for messages. Unplug to restart the DC charge process.

### Start Charge

1. Make sure the vehicle is parked.

2. Push the rearward edge of the charge port door and release to open the door.

   In cold weather conditions, ice may form around the charge port door. The charge port door may not open on the first attempt. Remove ice from the area and repeat attempting to open the charge port door.



3. Unlatch the DC charging dust cover and lower it fully.

4. Plug in the DC vehicle plug into the DC charge port on the vehicle. Make sure that the DC vehicle plug is fully connected to the DC charge port. If it is not properly seated then the charge may not occur. Proper plug connection can be checked by information on the DIC.

5. Follow the steps listed on the charging station to start charging.

6. Once charging, the DC vehicle plug will be locked to the DC charge port and cannot be disconnected while charging is active.

7. Verify that the Charging Status Indicator illuminates on top of the instrument panel and an audible chirp occurs. See *Charging Status Feedback* ⇨ *221*.

| Caution |
|---|
| Do not attempt to disconnect the DC vehicle plug while charging is active. This action may damage vehicle or charging station hardware. |

### Stop Charge

Controls on the charging station can be used to stop the charge process at any time.

**MJN1165**

To stop the charge when inside the vehicle, use the Stop button on the Charging screen, or press the button on top of the AC vehicle cord handle.

### Stop Charge — Automatic

When the vehicle no longer needs to use power from the charging station, it will stop charging and the DC vehicle plug will be unlocked from the DC charge port.

Energy can still be consumed from the charging station when the vehicle's displays and indicators show that the battery is fully charged. This is to ensure the battery is in optimal temperature operating range to maximize vehicle range. See *Programmable Charging* ⇨ *109*.

### End Charge

1. Wait until the charging process has been fully stopped, the vehicle plug is unlocked, and the Charging Status Indicator is solid green or off.

If the vehicle plug does not unlock from the vehicle charge port after a charge, contact Roadside Assistance for assistance. See *Roadside Assistance Program* ⇨ *319*.

2. Unplug the DC vehicle plug from the DC charge port on the vehicle and close the dust cover.

3. Close the charge port door by pressing firmly in the center until it latches.

4. The Electric Parking Brake should be manually disengaged before driving the vehicle.

5. To start another DC charge, remove the DC vehicle plug and reconnect.

# Delayed Charging Override

To temporarily override a delayed charge event, unplug the charge cord from the charge port and then plug it back in within five seconds. A single audible chirp will sound and charging will begin immediately.

To cancel a temporary override, unplug the charge cord, wait for 10 seconds, and then plug the charge cord back in. A double audible chirp will sound and charging will be delayed.

See *Programmable Charging* ⇨ *109* for advanced charge scheduling options.

**MJN1166**

## Charging Status Feedback



The vehicle has a Charging Status Indicator (CSI) at the center of the instrument panel near the windshield. When the vehicle is plugged in and vehicle power is off, the CSI indicates the following:

● Short Flashing Green – Vehicle is plugged in. Battery is not fully charged. Flash rate increases from one to four flashes as battery charges.

  - One Flash: 0–25% Charge

  - Two Flashes: 26–50% Charge

  - Three Flashes: 51–75% Charge

  - Four Flashes: 76–100% Charge

● Long Flashing Green – Vehicle is plugged in. Battery is not fully charged. Battery charging is delayed.

● Solid Green – Vehicle is plugged in. Battery is fully charged.

● Solid Yellow – Vehicle is plugged in. It is normal for the CSI to turn yellow for a few seconds after plugging in a compatible charge cord. The CSI may stay solid yellow longer depending on the vehicle and if there is a total utility interruption. See *Utility Interruption of Charging* ⇨ *231*.

This may also indicate that the charging system has detected a fault and will not charge the battery. See "Charge Cord Status Indicators" in *Charge Cord* ⇨ *225*.

If the vehicle is plugged in and vehicle power is on, the CSI will flash or will be solid green, depending on the charge level.

If the vehicle is plugged in and the CSI is off, a total utility interruption or a charging fault has been detected. See *Utility Interruption of Charging* ⇨ *231* or "Charge Cord Status Indicators" in *Charge Cord* ⇨ *225*.

A message displays if the vehicle is not able to charge.

Following is the vehicle feedback when the charge cord is plugged in.

**MJN1167**

| Charging Status Indicator | Sound | Action/Reason |
|---|---|---|
| Short Flashing Green (flash rate increases from one to four as the battery charges) | One audible chirp | Vehicle is charging. |
| Long Flashing Green | Two audible chirps | Charging is delayed by Programmable Charging or by a total utility interruption, if equipped. Charging will begin later. See *Utility Interruption of Charging* ⇨ *231*. |
| Short Flashing Green (one to four flashes depending on charge level) | Two audible chirps | Vehicle is charging but will be delayed by Programmable Charging at least once before the charge is complete. |
| Solid Green | None | Charging is complete. |
| Yellow (upon plug-in) | None | Charge cord is OK and the vehicle is preparing to charge. |

**MJN1168**

| Charging Status Indicator | Sound | Action/Reason |
|---|---|---|
| Yellow (for extended time period after plug-in) | None | Charge cord is OK, but the vehicle is not charging. This may be due to a total utility interruption, and charging will begin later. This may also occur if the vehicle has detected a high voltage charging system fault. See *Utility Interruption of Charging* ⇨ *231* or *Service Vehicle Soon Light* ⇨ *104*. |
| Short Flashing Green (from one to four flashes depending on charge level) or Long Flashing Green | Four audible chirps | Insufficient time to fully charge by departure time due to the selected rate preference. To increase the battery state of charge at the departure time, perform a delayed charging override. See *Delayed Charging Override* ⇨ *220*. |
| None (upon plug-in) | None | Check charge cord connection. |

**MJN1169**

| Charging Status Indicator | Sound | Action/Reason |
|---|---|---|
| None (after Green or Yellow CSI observed) | None | Check charge cord connection. If connection is good, this may be due to a power failure or a total utility interruption, and charging will begin later. This may also occur if the vehicle has detected a high voltage charging system fault. See *Utility Interruption of Charging* ⇨ *231* or *Service Vehicle Soon Light* ⇨ *104*. |
| None | Repeated audible chirps To disable this feature, see "Charge Power Loss Alert" in *Vehicle Personalization* ⇨ *123*. To stop this alert, do one of the following:<br><br>• Unplug the charge cord.<br><br>• Press 🔒 on the RKE transmitter.<br><br>• Press and hold 🚗 on the RKE transmitter, then press again to stop the panic alarm.<br><br>• Press the horn pad. | Electricity was interrupted before charging was complete. Repeated chirps will stop if power is restored within 90 seconds. |
| None | Three audible chirps | Charge port door is open. |

**MJN1170**

## Charge Cord

**IMPORTANT SAFETY INSTRUCTIONS**



This symbol indicates risk of electrical shock if misused.

See *Radio Frequency Statement* ⇨ *325*.

A portable charge cord used to charge the vehicle high voltage battery is stored under the load floor in the rear cargo area.



1. Wall Plug
2. Status Indicators
3. Vehicle Plug
4. Release Button

**Important Information about Portable Electric Vehicle Charging**

- Charging an electric vehicle can stress a building's electrical system more than a typical household appliance.

- Before plugging into any electrical outlet, have a qualified electrician inspect and verify the electrical system (electrical outlet, wiring, junctions, and protection devices) for heavy-duty service at a 12 amp continuous load.

- Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging.

# MJN1171

- Check the electrical outlet/plug while charging and discontinue use if the electrical outlet/plug is hot, then have the electrical outlet serviced by a qualified electrician.

- When outdoors, plug into an electrical outlet that is weatherproof while in use.

- Mount the charge cord to reduce strain on the electrical outlet/plug.

- Do not place the charge cord in a position where it is expected to be submerged in water.

## ⚠ Danger

Improper use of portable electric vehicle charge cords may cause a fire, electrical shock, or burns, and may result in damage to property, serious injury, or death.

(Continued)

## Danger (Continued)

- Do not use extension cords, multi-outlet power strips, splitters, grounding adaptors, surge protectors, or similar devices.

- Do not use an electrical outlet that is worn or damaged, or will not hold the plug firmly in place.

- Do not use an electrical outlet that is not properly grounded.

- Do not use an electrical outlet that is on a circuit with other electrical loads.

## ⚠ Warning

When using electric products, basic precautions should always be followed, including the following:

- Read all the safety warnings and instructions before using this product. Failure to follow the warnings and the instructions may result in electric shock, fire, and/or serious injury.

- Never leave children unattended near the vehicle while the vehicle is charging and never allow children to play with the charge cord.

- If the plug provided does not fit the electrical outlet, do not modify the plug. Arrange for a qualified electrician to inspect the electrical outlet.

- Do not put fingers into the electric vehicle connector.

# MJN1172

### ⚠ Warning

- To reduce the risk of fire, installations shall comply with the requirements of National Electric Code, ANSI/NFPA 70 (USA), Canadian Electrical Code CSA 22.1 and IEC 60364 – Electrical installations in buildings, depending on the region in which the unit is being installed. The installer shall comply with any additional local requirements mandated by the country and/or municipality.

- Do not use this product if the flexible power cord or the electric vehicle cable is frayed, has broken insulation, or shows any other signs of damage.

- For Canada only: Not for use in commercial garages.

(Continued)

### Warning (Continued)

- Do not use this product if the enclosure or the vehicle plug is broken, cracked, open, or shows any other indication of damage.

- The plug must be plugged into an appropriate electrical outlet that is properly installed in accordance with all local codes and ordinances. Do not modify the plug provided with the product. If the plug does not fit the electrical outlet, have a proper electrical outlet installed by a qualified electrician. If ground is missing, the charge cord indicators will indicate an electrical system fault and the vehicle may not charge.

### Charge Cord Status Indicators

After plugging in the charge cord, it will perform a quick self test.

Verify the charge cord status. When the ⚡ indicator is lit solid green, the charge cord is ready to charge the vehicle.

The charge cord utilizes a combination of the ⚡ and ⚠ indicators to display the status of the charge cord per the following table.

# MJN1173

| ⊘ | ◔ | Symbol | Fault/Condition/Event |
|---|---|---|---|
| ●<br>Solid Green | ○<br>Off (No Light) | ✓ | No Faults: The charge cord is receiving power from the electrical outlet and is ready to supply it to the vehicle. |
| ☀<br>Flashing Green | ●<br>Solid Red | X ⊡ F | Electrical Outlet/Plug Fault: The charge cord has detected that the electrical outlet/plug overheated. Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging. Do not use an electrical outlet that is worn, damaged, or one that will not hold the plug firmly in place. Use another electrical outlet or have the electrical outlet serviced by a qualified electrician. Reset the charge cord by unplugging the charge cord from the electrical outlet and re-plugging it. |
| ○<br>Off (No Light) | ●<br>Solid Red | X ⚡ | Electrical System Fault: The charge cord has detected a missing or improper ground within the building's electrical system. Do not use an electrical outlet that is not properly grounded. Use another electrical outlet or have a qualified electrician inspect and verify the building's electrical system. |

**MJN1174**

| ⊛ | ☉ | Symbol | Fault/Condition/Event |
|---|---|---|---|
| ○<br>Off (No Light) | ☀<br>Flashing Red | X ⌂ | Vehicle Fault: The charge cord ground-fault circuit interrupter (GFCI) has tripped. Ensure that there is no physical damage to the charge cord, and that the vehicle plug is seated completely and making a good connection. Reset the charge cord by unplugging it from the electrical outlet and re-plugging it. If the fault remains, see an authorized dealer for service. |
| ●<br>Solid Green | ☀<br>Flashing Red | X ⍭ | Charge Cord Fault: The charge cord has detected a potential problem with the charge cord. Reset the charge cord by unplugging it from the electrical outlet and re-plugging it. If the fault remains, see an authorized dealer for service. |

If no status indicators are lit, ensure the electrical outlet is powered.

**Charge Level Selection**

Charge level selection can be made using the Charge Mode tab on the Charging screen on the infotainment display. See "Portable Cord Limit Selection" under *Programmable Charging* ⇨ *109*.

⚠ **Warning**

Using a charge level that exceeds the electrical circuit or electrical outlet capacity may start a fire or damage the electrical circuit. Use the lowest charge level until a qualified electrician inspects the electrical circuit capacity. Use the

(Continued)

**Warning (Continued)**

lowest charge level if the electrical circuit or electrical outlet capacity is not known.

**Grounding Instructions**

The charge circuit must be grounded. If this charge circuit should malfunction or break down,

**MJN1175**

grounding provides a path of least resistance for electric current to reduce the risk of electric shock. This product is equipped with a cord that has an equipment grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

> ⚠ **Warning**
>
> Improper connection of the charge cord ground may cause electrical shock. Check with a qualified electrician if there is doubt as to whether the charge circuit is properly grounded. Do not modify the plug provided with the product. If it will not fit the electrical outlet, have a proper electrical outlet installed by a qualified electrician.

**Mounting Instructions**



1. Identify an appropriate location for the charge cord.
2. Locate a mounting support, such as a wall stud.

   The appropriate height for mounting the charge cord is 91 cm (36 in) from the floor.



3. Mark and drill the mounting holes in a wall stud or suitable structure. Stay away from any power source.

   Space the holes 18.7 cm (7 3/8 in) apart.

4. Install the mounting screws in the wall surface leaving the head of the screws 5 mm (3/16 in) from the surface.

**MJN1176**



5. Securely mount the charge cord on to the screws.

6. Connect the wall plug to the electrical outlet.

7. Connect the vehicle plug to the charge port.

### Lock Feature



A lock can be added to the vehicle plug for additional security.

### FCC Information

See *Radio Frequency Statement* ⇨ *325*.

## Utility Interruption of Charging

This vehicle will respond to requests through the utility company to limit or completely block electrical power grid usage. This feature is inactive during DC charging. A utility interruption of charging will lengthen the vehicle charge time.

When electrical grid power is completely blocked, the vehicle will delay charging until the utility interruption has expired. The vehicle should be left plugged in so that the vehicle can automatically begin charging.

Changing the charge mode to Immediate or performing a delayed charging override will not disable a utility interruption.

A pop-up will appear in the infotainment display while starting the vehicle following any utility interruption. See "Charging Interrupted or Overridden Pop-Up" under *Programmable Charging* ⇨ *109*.

A message will display on the instrument cluster indicating that a utility interruption has occurred.

**MJN1177**

### Charging Station Troubleshooting

If the vehicle does not charge after being plugged in to a residential 240-volt charging station:

1. Verify that the charge mode is set to Immediate.

2. Verify that the charging station's circuit breaker has not been tripped.

3. Plug the portable charge cord into the wall outlet, verify that the indicator light on the charge cord is solid green, and connect it to the vehicle. See "Charge Cord Status Indicators" in *Charge Cord* ⇨ *225*.

4. If the vehicle charges with the portable charge cord, there may be a problem with the charging station. Try to charge the vehicle with a different 240-volt charging station, such as a public station. If both attempts charge the vehicle, contact the charging station manufacturer.

## Electrical Requirements for Battery Charging

This vehicle is capable of being charged with most standard vehicle charging equipment that complies with one or more of the following:

- SAE J1772
- SAE J2847-2
- IEC 61851-1
- IEC 61851-22
- IEC 61851-23
- IEC 61851-24
- IEC 62196-1
- IEC 62196-2
- IEC 62196-3
- ISO 15118

The portable charge cord requires a minimum circuit capacity of 120 volts and 15 amps.

| Caution |
|---|
| Do not use portable or stationary backup generating equipment to charge the vehicle. This may cause damage to the vehicle's charging system. Only charge the vehicle from utility supplied power. |

**MJN1178**

# Trailer Towing

## General Towing Information

| ⚠ **Warning** |
|---|
| Never tow a trailer with your vehicle. It was not designed or intended to tow a trailer. |

# Conversions and Add-Ons

## Add-On Electrical Equipment

| ⚠ **Warning** |
|---|
| The Data Link Connector (DLC) is used for vehicle service and Emission Inspection/Maintenance testing. See *Service Vehicle Soon Light ⇨ 104*. A device connected to the DLC — such as an aftermarket fleet or driver-behavior tracking device — may interfere with vehicle systems. This could affect vehicle operation and cause a crash. Such devices may also access information stored in the vehicle's systems. |

| **Caution** |
|---|
| Some electrical equipment can damage the vehicle or cause components to not work and would not be covered by the vehicle warranty. Always check with your dealer before adding electrical equipment. |

Add-on equipment can drain the vehicle's 12-volt battery, even if the vehicle is not operating.

When adding electrical equipment, it should only be connected using the accessory power outlets. The maximum power that can be supplied by one accessory power outlet or spread across all three is 200 watts or 15 amps. Exceeding 200 watts or 15 amps may cause erratic vehicle operation.

**MJN1179**

The vehicle has an airbag system. Before attempting to add anything electrical to the vehicle, see *Servicing the Airbag-Equipped Vehicle* ⇨ 57 and *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ 58.

**MJN1180**

# Vehicle Care

## General Information

General Information . . . . . . . . . . 236
California Proposition
  65 Warning . . . . . . . . . . . . . . . . 236
California Perchlorate
  Materials Requirements . . . . . 237
Accessories and
  Modifications . . . . . . . . . . . . . . . 237

## Vehicle Checks

Doing Your Own
  Service Work . . . . . . . . . . . . . . . 237
Hood . . . . . . . . . . . . . . . . . . . . . . . 238
Underhood Compartment
  Overview . . . . . . . . . . . . . . . . . . . 240
Cooling System . . . . . . . . . . . . . . 241
Washer Fluid . . . . . . . . . . . . . . . . 242
Brakes . . . . . . . . . . . . . . . . . . . . . . 243
Brake Fluid . . . . . . . . . . . . . . . . . . 244
Battery - North America . . . . . . 245
Park Brake and P (Park)
  Mechanism Check . . . . . . . . . . 247
Wiper Blade Replacement . . . . 247
Windshield Replacement . . . . . 249
Gas Strut(s) . . . . . . . . . . . . . . . . . 249

## Headlamp Aiming

Front Headlamp Aiming . . . . . 250

## Bulb Replacement

Bulb Replacement . . . . . . . . . . . 250
Halogen Bulbs . . . . . . . . . . . . . . . 250
High Intensity Discharge (HID)
  Lighting . . . . . . . . . . . . . . . . . . . . 251
LED Lighting . . . . . . . . . . . . . . . . 251
Taillamps, Turn Signal,
  Stoplamps, and Back-Up
  Lamps . . . . . . . . . . . . . . . . . . . . . 251
License Plate Lamp . . . . . . . . . . 251

## Electrical System

High Voltage Devices and
  Wiring . . . . . . . . . . . . . . . . . . . . . 252
Electrical System Overload . . . 252
Fuses and Circuit Breakers . . . 253
Underhood Compartment Fuse
  Block . . . . . . . . . . . . . . . . . . . . . . 254
Instrument Panel Fuse
  Block . . . . . . . . . . . . . . . . . . . . . . 258

## Wheels and Tires

Tires . . . . . . . . . . . . . . . . . . . . . . . 260
All-Season Tires . . . . . . . . . . . . . 260
Winter Tires . . . . . . . . . . . . . . . . . 261
Self-Sealing Tires . . . . . . . . . . . 261
Tire Sidewall Labeling . . . . . . . . 262
Tire Designations . . . . . . . . . . . . 263

Tire Terminology and
  Definitions . . . . . . . . . . . . . . . . . 263
Tire Pressure . . . . . . . . . . . . . . . . 266
Tire Pressure Monitor
  System . . . . . . . . . . . . . . . . . . . . 267
Tire Pressure Monitor
  Operation . . . . . . . . . . . . . . . . . . 268
Tire Inspection . . . . . . . . . . . . . . . 272
Tire Rotation . . . . . . . . . . . . . . . . . 273
When It Is Time for New
  Tires . . . . . . . . . . . . . . . . . . . . . . . 274
Buying New Tires . . . . . . . . . . . . 274
Different Size Tires and
  Wheels . . . . . . . . . . . . . . . . . . . . 276
Uniform Tire Quality
  Grading . . . . . . . . . . . . . . . . . . . . 276
Wheel Alignment and Tire
  Balance . . . . . . . . . . . . . . . . . . . . 278
Wheel Replacement . . . . . . . . . . 278
Tire Chains . . . . . . . . . . . . . . . . . . 279
If a Tire Goes Flat . . . . . . . . . . . . 279
Tire Sealant and
  Compressor Kit . . . . . . . . . . . . . 280
Storing the Tire Sealant and
  Compressor Kit . . . . . . . . . . . . . 286

## Jump Starting

Jump Starting - North
  America . . . . . . . . . . . . . . . . . . . . 287

**MJN1181**

### Towing the Vehicle

Towing the Vehicle ........... 290
Recreational Vehicle
   Towing ...................... 292

### Appearance Care

Exterior Care ................. 294
Interior Care .................. 299
Floor Mats ................... 302

# General Information

For service and parts needs, visit your dealer. You will receive genuine GM parts and GM-trained and supported service people.

Genuine GM parts have one of these marks:



 GENUINE PARTS

 



ACCESSORIES

## California Proposition 65 Warning

> ⚠ **Warning**
>
> Most motor vehicles, including this one, as well as many of its service parts and fluids, contain and/or emit chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. Engine exhaust, many parts and systems, many fluids, and some component wear by-products contain and/or emit these chemicals. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

See *Battery - North America* ⇨ *245* and
*Jump Starting - North America* ⇨ *287* and the back cover.

**MJN1182**

## California Perchlorate Materials Requirements

Certain types of automotive applications, such as airbag initiators, seat belt pretensioners, and lithium batteries contained in electronic keys, may contain perchlorate materials. Perchlorate Material – special handling may apply. See www.dtsc.ca.gov/hazardouswaste/perchlorate.

## Accessories and Modifications

Adding non-dealer accessories or making modifications to the vehicle can affect vehicle performance and safety, including such things as airbags, braking, stability, ride and handling, emissions systems, aerodynamics, durability, and electronic systems like antilock brakes, traction control, and stability control. These accessories or modifications could even cause malfunction or damage not covered by the vehicle warranty.

Damage to suspension components caused by modifying vehicle height outside of factory settings will not be covered by the vehicle warranty.

Damage to vehicle components resulting from modifications or the installation or use of non-GM certified parts, including control module or software modifications, is not covered under the terms of the vehicle warranty and may affect remaining warranty coverage for affected parts.

GM Accessories are designed to complement and function with other systems on the vehicle. See your dealer to accessorize the vehicle using genuine GM Accessories installed by a dealer technician.

Also, see *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ 58.

# Vehicle Checks

## Doing Your Own Service Work

### ⚠ Warning

Never try to do your own service on high voltage battery components. You can be injured and the vehicle can be damaged if you try to do your own service work. Service and repair of these high voltage battery components should only be performed by a trained dealer technician with the proper knowledge and tools.

Exposure to high voltage can cause shock, burns, and even death. The high voltage components in the vehicle can only be serviced by technicians with special training.

(Continued)

**MJN1183**

### Warning (Continued)

High voltage components are identified by labels. Do not remove, open, take apart, or modify these components. High voltage cable or wiring has orange covering. Do not probe, tamper with, cut, or modify high voltage cable or wiring.

### ⚠ Warning

It can be dangerous to work on your vehicle if you do not have the proper knowledge, service manual, tools, or parts. Always follow owner's manual procedures and consult the service manual for your vehicle before doing any service work.

If doing some of your own service work, use the proper service manual. It tells you much more about how to service the vehicle than this manual can. To order the proper service manual, see *Publication Ordering Information* ⇨ *324*.

This vehicle has an airbag system. Before attempting to do your own service work, see *Servicing the Airbag-Equipped Vehicle* ⇨ *57*.

Keep a record with all parts receipts and list the mileage and the date of any service work performed. See *Maintenance Records* ⇨ *312*.

## Hood

### ⚠ Warning

For vehicles with auto engine stop/start, turn the vehicle off before opening the hood. If the vehicle is on, the engine will start when the hood is opened. You or others could be injured.

### ⚠ Warning

Components under the hood can get hot from running the engine. To help avoid the risk of burning unprotected skin, never touch these components until they have cooled, and always use a glove or towel to avoid direct skin contact.

Clear any snow from the hood before opening.

**To open the hood:**

1. Pull the hood release lever with the ⬟ symbol. It is on the lower left side of the instrument panel.

# MJN1184



2. Go to the front of the vehicle and locate the secondary release lever under the front center of the hood. Push the secondary hood release lever to the right to release.



3. Lift the hood and release the hood prop rod from its retainer, in the front of the engine compartment. Securely insert the rod end into the slot marked with an arrow, on the underside of the hood.

**To close the hood:**

1. Before closing the hood, be sure all filler caps are on properly, and all tools are removed.

2. Lift the hood and remove the hood prop rod from the underside of the hood. Return the prop rod to its retainer. The prop rod must click into place when returning it to the retainer to prevent hood damage.

3. Lower the hood 20 cm (8 in) above the vehicle and release it. Check to make sure the hood is latched completely. Repeat this process with additional force if necessary.

⚠ **Warning**

Do not drive the vehicle if the hood is not latched completely. The hood could open fully, block your vision, and cause a crash. You or others could be injured. Always close the hood completely before driving.

**MJN1185**

## Underhood Compartment Overview



**MJN1186**

1. Windshield Washer Fluid Reservoir. See *Washer Fluid* ⇨ *242*.

2. Cabin Heating Coolant Reservoir. See *Cooling System* ⇨ *241*.

3. High Voltage Battery Coolant Reservoir. See *Cooling System* ⇨ *241*.

4. HPDM (High Power Distribution Module).

5. APM (Accessory Power Module), OBCM (On-Board Charging Module).

6. Brake Fluid Reservoir. See *Brake Fluid* ⇨ *244*.

7. SPIM, APM, and Charger Module Coolant Reservoir. See *Cooling System* ⇨ *241*.

8. Battery. See *Battery - North America* ⇨ *245*.

9. Underhood Compartment Fuse Block. *Underhood Compartment Fuse Block* ⇨ *254*.

## Cooling System

It is not necessary to regularly check coolant unless a leak is suspected or an unusual noise is heard. A coolant loss could indicate a problem. Have it inspected and repaired by your dealer.

The following explains the cooling systems and how to check coolant levels.

- High Voltage Battery

- Single Power Inverter Module (SPIM), Accessory Power Module (APM), and Charger Module

- Cabin Heating

### High Voltage Battery

During vehicle operation and also during charging, the high voltage battery cells in the vehicle are kept within a normal operating temperature range. If the temperature rises above this temperature, the battery cooling system turns on the air conditioning compressor and cools the coolant until the correct temperature is reached. If the temperature falls below this temperature, a high voltage heater, located outside the battery on a cradle, heats the coolant until the correct temperature is reached.

### Single Power Inverter Module (SPIM), Accessory Power Module (APM), and Charger Module

The SPIM, APM, and charger module are cooled using a separate coolant loop. These modules are kept below a maximum temperature. If the temperature rises above this temperature, the electric cooling fan will turn on to cool the coolant.

### Cabin Heating

Cabin heating is maintained by coolant heated by the Coolant Heater Control Module (CHCM), separate from the power electronics and battery coolant loops. This module heats the coolant based on temperature inputs from the cabin climate control systems.

**MJN1187**

### Hybrid Cooling System Pressure Caps

The hybrid cooling system reservoirs have tamper resistant pressure caps. The coolant should only be serviced by a qualified technician.

### Checking Coolant

The coolant needs to be replaced at the appropriate interval. See *Maintenance Schedule* ⇨ 304.

The coolant reservoirs are in the underhood compartment. See *Underhood Compartment Overview* ⇨ 240.



1. Cabin Heating Coolant Reservoir
2. High Voltage Battery Coolant Reservoir
3. SPIM, APM, and Charger Module Coolant Reservoir

1. Park on a level surface and turn the vehicle off.

2. After the system has completely cooled, check that the coolant level is at the cold fill mark on the reservoirs.

3. If the coolant level is not visible or needs to be adjusted within the reservoirs, contact your dealer.

## Washer Fluid

### What to Use

When windshield washer fluid is needed, be sure to read the manufacturer's instructions before use. If operating the vehicle in an area where the temperature may fall below freezing, use a fluid that has sufficient protection against freezing.

### Adding Washer Fluid



Open the cap with the washer symbol on it. Add washer fluid until the tank is full. See *Underhood Compartment Overview* ⇨ 240 for reservoir location.

**MJN1188**

### Caution

- Do not use washer fluid that contains any type of water repellent coating. This can cause the wiper blades to chatter or skip.
- Do not use engine coolant (antifreeze) in the windshield washer. It can damage the windshield washer system and paint.
- Do not mix water with ready-to-use washer fluid. Water can cause the solution to freeze and damage the washer fluid tank and other parts of the washer system.
- When using concentrated washer fluid, follow the manufacturer instructions for adding water.
- Fill the washer fluid tank only three-quarters full when it is very cold. This allows

(Continued)

### Caution (Continued)

for fluid expansion if freezing occurs, which could damage the tank if it is completely full.

## Brakes

Disc brake pads have built-in wear indicators that make a high-pitched warning sound when the brake pads are worn and new pads are needed. The sound can come and go or can be heard all the time when the vehicle is moving, except when applying the brake pedal firmly.

### ⚠ Warning

The brake wear warning sound means that soon the brakes will not work well. That could lead to a crash. When the brake wear warning sound is heard, have the vehicle serviced.

### Caution

Continuing to drive with worn-out brake pads could result in costly brake repair.

Some driving conditions or climates can cause a brake squeal when the brakes are first applied or lightly applied. This does not mean something is wrong with the brakes.

Properly torqued wheel nuts are necessary to help prevent brake pulsation. When tires are rotated, inspect brake pads for wear and evenly tighten wheel nuts in the proper sequence to torque specifications. See *Capacities and Specifications* ⇨ 314.

Brake pads should be replaced as complete sets.

### Brake Pedal Travel

See your dealer if the brake pedal does not return to normal height, or if there is a rapid increase in pedal travel. This could be a sign that brake service may be required.

**MJN1189**

### Replacing Brake System Parts

Always replace brake system parts with new, approved replacement parts. If this is not done, the brakes may not work properly. The braking performance expected can change in many other ways if the wrong replacement brake parts are installed or if parts are improperly installed.

## Brake Fluid



The brake master cylinder reservoir is filled with GM approved DOT 3 brake fluid as indicated on the reservoir cap. See *Underhood Compartment Overview* ⇨ *240* for the location of the reservoir.

### Checking Brake Fluid

With the vehicle in P (Park) on a level surface, the brake fluid level should be between the minimum and maximum marks on the brake fluid reservoir.

There are only two reasons why the brake fluid level in the reservoir may go down:

- Normal brake lining wear. When new linings are installed, the fluid level goes back up.

- A fluid leak in the brake hydraulic system. Have the brake hydraulic system fixed. With a leak, the brakes will not work well.

Always clean the brake fluid reservoir cap and the area around the cap before removing it.

Do not top off the brake fluid. Adding fluid does not correct a leak. If fluid is added when the linings are worn, there will be too much fluid when new brake linings are

installed. Add or remove fluid, as necessary, only when work is done on the brake hydraulic system.

When the brake fluid falls to a low level, the brake warning light comes on. See *Brake System Warning Light* ⇨ *104*.

Brake fluid absorbs water over time which degrades the effectiveness of the brake fluid. Replace brake fluid at the specified intervals to prevent increased stopping distance. See *Maintenance Schedule* ⇨ *304*.

### What to Add

Use only GM approved DOT 3 brake fluid from a clean, sealed container. See *Recommended Fluids and Lubricants* ⇨ *310*.

{ ⚠ Warning }

The wrong or contaminated brake fluid could result in damage to the brake system. This could result in the loss of braking leading to a possible injury. Always use the proper GM approved brake fluid.

**MJN1190**

---

| **Caution** |
| --- |
| If brake fluid is spilled on the vehicle's painted surfaces, the paint finish can be damaged. Immediately wash off any painted surface. |

## Battery - North America

The original equipment battery is maintenance free. Do not remove the cap and do not add fluid.

This vehicle has a high voltage battery and a standard 12-volt battery.

| ⚠ **Warning** |
| --- |
| Damage to the high voltage battery or high voltage system can create a risk of electric shock, overheating, or fire. |
| If the vehicle is damaged from a moderate to severe crash, flood, fire, or other event, the vehicle *(Continued)* |

| **Warning  (Continued)** |
| --- |
| should be inspected as soon as possible. Until the vehicle has been inspected, store it outside at least 15 m (50 ft) from any structure or anything that can burn. Ventilate the vehicle by opening a window or a door. |
| Contact Customer Assistance as soon as possible to determine whether an inspection is needed. See *Customer Assistance Offices* ⇨ *317*. |

If the vehicle is in a crash, the sensing system may shut down the high voltage system. When this occurs, the high voltage battery is disconnected and the vehicle will not start. The SERVICE VEHICLE SOON message in the Driver Information Center (DIC) will be displayed. Before the vehicle can be operated again, it must be serviced at your dealer.

See "If a Crash Occurs" under *Collision Damage Repair* ⇨ *322* for additional information. If an airbag has inflated, see *What Will You See after an Airbag Inflates?* ⇨ *52*.

Only a trained service technician with the proper knowledge and tools should inspect, test, or replace the high voltage battery. See your dealer if either the 12-volt or high voltage battery needs service. The dealer has information on how to recycle the high voltage battery. There is also information available at http://www.recyclemybattery.com.

Keep the vehicle plugged in, even when fully charged, to keep the high voltage battery temperature ready for the next drive. This is important when outside temperatures are extremely hot or cold.

Propulsion power may be reduced in extremely cold temperatures, or if the high voltage battery is too cold. BATTERY TOO COLD, PLUG IN TO WARM will display.

**MJN1191**

A vehicle cover, which can reduce sun loading on the vehicle and improve high voltage battery life, is available from your dealer.

Refer to the replacement number shown on the original battery label when a new 12-volt battery is needed. The vehicle has an Absorbed Glass Mat (AGM) 12-volt battery. Installation of a standard 12-volt battery will result in reduced 12-volt battery life.

When using a 12-volt battery charger on the 12-volt AGM battery, some chargers have an AGM battery setting on the charger. If available, use the AGM setting on the charger, to limit charge voltage to 14.8 volts.

⚠ **Warning**

**WARNING:** Battery posts, terminals, and related accessories contain lead and lead compounds, chemicals known to the State of California to cause

(Continued)

**Warning (Continued)**

cancer and birth defects or other reproductive harm. Batteries also contain other chemicals known to the State of California to cause cancer. **WASH HANDS AFTER HANDLING.** For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

See *California Proposition 65 Warning* ⇨ 236 and the back cover.

### Vehicle Storage

⚠ **Warning**

Batteries have acid that can burn you and gas that can explode. You can be badly hurt if you are not careful. See *Jump Starting - North America* ⇨ 287 for tips on working around a battery without getting hurt.

**Up to Four Weeks**

● Plug in the charge cord.

**Four Weeks to 12 Months**

● Discharge the high voltage battery until two or three bars remain on the battery range indicator (Battery symbol) on the instrument cluster.

● Do not plug in the charge cord.

● Remove the black negative (−) cable from the 12-volt battery and attach a trickle charger to the battery terminals or keep the 12-volt battery cables connected and trickle charge from the underhood remote positive (+) and negative (−) terminals. See *Jump Starting - North America* ⇨ 287 for the location of these terminals.

**Caution**

The vehicle is equipped with an AGM/VRLA 12-volt battery, which can be damaged by using the

(Continued)

**MJN1192**

**Caution  (Continued)**

incorrect type of trickle charger.
An AGM/VRLA-compatible
charger must be used, with the
appropriate setting selected.
Follow the trickle charger
manufacturer instructions.

After the battery cable is
reconnected, it is possible that the
vehicle may not operate. If this
happens, the high voltage battery
may need to be charged.

## Park Brake and P (Park) Mechanism Check

### ⚠ Warning

When you are doing this check,
the vehicle could begin to move.
You or others could be injured
and property could be damaged.
Make sure there is room in front
of the vehicle in case it begins to

(Continued)

**Warning  (Continued)**

roll. Be ready to apply the regular
brake at once should the vehicle
begin to move.

Park on a fairly steep hill, with the
vehicle facing downhill. Keeping
your foot on the regular brake, set
the Electric Parking Brake (EPB).

● To check the EPB's holding
ability: With the propulsion
system active and the electric
drive unit in N (Neutral), slowly
remove foot pressure from the
regular brake pedal. Do this until
the vehicle is held by the
EPB only.

● To check the P (Park)
mechanism's holding ability:
With the propulsion system
active, shift to P (Park). Then
release the EPB followed by the
regular brake.

Contact your dealer if service is
required.

## Wiper Blade Replacement

### Front Wiper Blade Replacement

Windshield wiper blades should be
replaced periodically. See the
*Maintenance Schedule* ⇨ *304*.

Replacement blades come in
different types and are removed in
different ways. For proper type and
length, see *Maintenance
Replacement Parts* ⇨ *311*.

**Caution**

Allowing the wiper arm to touch
the windshield when no wiper
blade is installed could damage
the windshield. Any damage that
occurs would not be covered by
the vehicle warranty. Do not allow
the wiper arm to touch the
windshield.

**MJN1193**

## 248　Vehicle Care

To replace the windshield wiper blade:

1. Pull the windshield wiper assembly away from the windshield.



2. Press the button in the middle of the wiper arm connector, and pull the wiper blade away from the arm connector.

3. Remove the wiper blade.

4. Reverse Steps 1–3 for wiper blade replacement.

### Rear Wiper Blade Replacement

The rear wiper blade and wiper arm have a cover for protection. The cover must be removed before the wiper blade can be replaced.

To remove the cover:



1. Slide a plastic tool under the cover and push upward to unsnap.

2. Slide the cover toward the wiper blade tip to unhook it from the blade assembly.

3. Remove the cover.

4. After wiper blade replacement, ensure that the cover hook slides into the slot in the blade assembly.

5. Snap the cover down to secure.

To replace the wiper blade:

1. Lift the wiper arm away from the windshield.



2. Push the release lever (2) to disengage the hook and push the wiper arm (1) out of the blade assembly (3).

3. Push the new blade assembly securely on the wiper arm until the release lever clicks into place.

4. Replace the wiper cover.

**MJN1194**

## Windshield Replacement

### Driver Assistance Systems

If the windshield needs to be replaced and the vehicle is equipped with a front camera sensor for the Driver Assistance Systems, a GM replacement windshield is recommended. The replacement windshield must be installed according to GM specifications for proper alignment. If it is not, these systems may not work properly, they may display messages, or they may not work at all. See your dealer for proper windshield replacement.

## Gas Strut(s)

This vehicle is equipped with gas strut(s) to provide assistance in lifting and holding open the hood/trunk/liftgate system in full open position.

### ⚠ Warning

If the gas struts that hold open the hood, trunk, and/or liftgate fail, you or others could be seriously injured. Take the vehicle to your dealer for service immediately. Visually inspect the gas struts for signs of wear, cracks, or other damage periodically. Check to make sure the hood/trunk/liftgate is held open with enough force. If struts are failing to hold the hood/trunk/liftgate, do not operate. Have the vehicle serviced.

### Caution

Do not apply tape or hang any objects from gas struts. Also do not push down or pull on gas struts. This may cause damage to the vehicle.

See *Maintenance Schedule* ⇨ *304*.



Hood

Trunk

**MJN1195**



**Liftgate**

# Headlamp Aiming

## Front Headlamp Aiming

Headlamp aim has been preset and should need no further adjustment.

If the vehicle is damaged in a crash, the headlamp aim may be affected. If adjustment to the headlamps is necessary, see your dealer.

# Bulb Replacement

For the proper type of replacement bulbs, or any bulb changing procedure not listed in this section, contact your dealer.

| Caution |
|---|
| Do not replace incandescent bulbs with aftermarket LED replacement bulbs. This can cause damage to the vehicle electrical system. |

## Halogen Bulbs

| {!} Warning |
|---|
| Halogen bulbs have pressurized gas inside and can burst if you drop or scratch the bulb. You or others could be injured. Be sure to read and follow the instructions on the bulb package. |

**MJN1196**

## High Intensity Discharge (HID) Lighting

### ⚠ Warning

The High Intensity Discharge (HID) lighting system operates at a very high voltage. If you try to service any of the system components, you could be seriously injured. Have your dealer or a qualified technician service them.

This vehicle has several HID lamps.

For replacement of any HID lighting assembly, contact your dealer.

After an HID headlamp bulb has been replaced, the beam might be a slightly different shade than it was originally. This is normal.

## LED Lighting

This vehicle has several LED lamps.

For replacement of any LED lighting assembly, contact your dealer.

## Taillamps, Turn Signal, Stoplamps, and Back-Up Lamps



1. Back-up Lamp
2. Turn Signal Lamp
3. Stoplamp/Taillamp

To access the bulbs, reach up behind the rear bumper. To replace a back-up bulb, turn signal lamp, taillamp, or stoplamp:

1. Turn the bulb socket counterclockwise and remove it from the socket. The lamps are in the rear bumper.

2. Press the new bulb in and turn clockwise to install the bulb into the socket.

3. Turn the bulb socket clockwise to reinstall.

## License Plate Lamp



1. Press the spring clip on the right end of the lamp assembly to the left to unlock the lamp assembly.

2. Pull down on the lamp assembly to remove it from the fascia.

**MJN1197**



4. Turn the bulb socket (1) counterclockwise to remove it from the lamp assembly (3).

5. Pull the bulb (2) straight out of the bulb socket (1).

6. Push the replacement bulb straight into the bulb socket (1) and turn the bulb socket (1) clockwise to install it into the lamp assembly (3).

7. Reinstall the lamp assembly (3) into the fascia by inserting the left side first.

8. Push the spring clip into place.

# Electrical System

## High Voltage Devices and Wiring

### {Warning}

Exposure to high voltage can cause shock, burns, and even death. The high voltage components in the vehicle can only be serviced by technicians with special training.

High voltage components are identified by labels. Do not remove, open, take apart, or modify these components. High voltage cable or wiring has orange covering or labels. Do not probe, tamper with, cut, or modify high voltage cable or wiring.

## Electrical System Overload

The vehicle has fuses and circuit breakers to protect against an electrical system overload.

When the current electrical load is too heavy, the circuit breaker opens and closes, protecting the circuit until the current load returns to normal or the problem is fixed. This greatly reduces the chance of circuit overload and fire caused by electrical problems.

Fuses and circuit breakers protect the following in the vehicle:

- Headlamp wiring
- Windshield wiper motor
- Power windows and other power accessories

Replace a bad fuse with a new one of the identical size and rating.

**MJN1198**

If there is a problem on the road and a fuse needs to be replaced, the same amperage fuse can be borrowed. Choose some feature of the vehicle that is not needed to use and replace it as soon as possible.

### Headlamp Wiring

An electrical overload may cause the lamps to go on and off, or in some cases to remain off. Have the headlamp wiring checked right away if the lamps go on and off or remain off.

### Windshield Wipers

If the wiper motor overheats due to heavy snow or ice, the windshield wipers will stop until the motor cools and the wiper control is turned off. After removal of the blockage, the wiper motor will restart when the control is then moved to the desired operating position.

Although the circuit is protected from electrical overload, overload due to heavy snow or ice, may cause wiper damage. Always clear ice and heavy snow from the windshield before using the windshield wipers.

If the overload is caused by an electrical problem and not snow or ice, be sure to get it fixed.

## Fuses and Circuit Breakers

The wiring circuits in the vehicle are protected from short circuits by a combination of fuses and circuit breakers. This greatly reduces the chance of damage caused by electrical problems.

{ ⚠ **Danger** }

Fuses and circuit breakers are marked with their ampere rating. Do not exceed the specified amperage rating when replacing fuses and circuit breakers. Use of an oversized fuse or circuit breaker can result in a vehicle fire. You and others could be seriously injured or killed.

To check a fuse, look at the silver-colored band inside the fuse. If the band is broken or melted, replace the fuse. Be sure to replace a bad fuse with a new one of the identical size and rating.

**MJN1199**

Fuses of the same amperage can be temporarily borrowed from another fuse location, if a fuse goes out. Replace the fuse as soon as possible.

## Underhood Compartment Fuse Block



To open the fuse block cover, press the clips at the side and back and pull the cover up.

| Caution |
| --- |
| Spilling liquid on any electrical component on the vehicle may damage it. Always keep the covers on any electrical component. |

**MJN1200**



**MJN1201**

A fuse puller is in the underhood compartment fuse block.

The vehicle may not be equipped with all of the fuses, relays, and features shown.

| Fuses | Usage |
| --- | --- |
| 1 | – |
| 2 | Power window rear |
| 3 | – |
| 4 | Rechargeable energy storage system 1 |
| 5 | – |
| 7 | Left high-beam headlamp |
| 8 | Right high-beam headlamp |
| 9 | Left low-beam headlamp |
| 10 | Right low-beam headlamp |
| 11 | Horn |
| 12 | – |
| 13 | Front wiper motor driver |

| Fuses | Usage |
| --- | --- |
| 14 | Liftgate |
| 15 | Front wiper motor co-driver |
| 16 | Electronic brake control module supply electronics |
| 17 | Rear wiper |
| 18 | Liftgate |
| 19 | Seat module front |
| 20 | Washer |
| 22 | Linear power module |
| 23 | Electronic brake control module supply motor |
| 24 | Seat module rear |
| 26 | Transmission range control module |
| 27 | Aeroshutter |
| 28 | Auxiliary oil pump |
| 29 | Electric brake boost motor source |
| 30 | Front power windows |

| Fuses | Usage |
| --- | --- |
| 31 | In-panel bussed electrical center |
| 32 | Rear window defogger |
| 33 | Heated exterior rearview mirror |
| 34 | Pedestrian friendly alert function |
| 35 | – |
| 36 | – |
| 37 | Current sensor |
| 38 | Rain sensor |
| 39 | – |
| 40 | Electric brake boost (ECU) |
| 41 | Power line communication module |
| 42 | Automatic occupant sensing |
| 43 | Window switch |

**MJN1202**

| Fuses | Usage |
|-------|-------|
| 44 | Rechargeable energy storage system |
| 45 | Vehicle integration control module |
| 46 | Integrated chassis control module |
| 47 | Headlamp leveling |
| 48 | Integrated chassis control module |
| 49 | Interior rearview mirror |
| 50 | – |
| 51 | Electric brake boost |
| 52 | Rear camera |
| 54 | A/C control module |
| 55 | Rechargeable energy storage system coolant pump |
| 56 | – |
| 57 | Power electronics coolant pump |
| 58 | Engine control module |

| Fuses | Usage |
|-------|-------|
| 59 | Electric steering column lock |
| 60 | HVAC electric heater |
| 61 | On-board charging module |
| 62 | Transmission range control module 1 |
| 63 | Electric cooling fan |
| 64 | Engine control module |
| 65 | Auxiliary heater pump |
| 66 | Powertrain |
| 67 | Drive unit controller |
| 70 | A/C control module |
| 71 | – |
| 72 | Transmission range control module |
| 73 | Single power inverter module |
| 74 | – |

| Relays | Usage |
|--------|-------|
| 6 | Pedestrian friendly alert function |
| 21 | HID lamp |
| 25 | Powertrain |
| 53 | Run/Crank |
| 68 | Rear window defogger |
| 69 | Second run/Crank |

**MJN1203**

## Instrument Panel Fuse Block



The instrument panel fuse block is on the left side of the instrument panel. To access the fuses, open the fuse panel door by pulling out.

To reinstall the door, insert the top tab first, then push the door back into its original location.

| Fuses | Usage |
|-------|-------|
| F01 | Video processing module |
| F02 | Indicator light solar sensor |
| F03 | Side blind zone alert |
| F04 | Passive entry, passive start |
| F05 | CGM |
| F06 | Body control module 4 |
| F07 | Body control module 3 |
| F08 | Body control module 2 |
| F09 | Body control module 1 |
| F10 | Trailer interface module 1 |
| F11 | Amplifier |
| F12 | Body control module 8 |

| Fuses | Usage |
|-------|-------|
| F13 | Data link connector 1 |
| F14 | Automatic parking assist |
| F15 | - |
| F16 | Single power inverter module 1 |
| F17 | Body control module 6 |
| F18 | Body control module 5 |
| F19 | – |
| F20 | – |
| F21 | – |
| F22 | – |
| F23 | USB |
| F24 | Wireless charging module |
| F25 | Reflected LED alert display |
| F26 | Heated steering wheel |
| F27 | CGM 2 |
| F28 | Instrument cluster 2 |

**MJN1204**

| Fuses | Usage |
|-------|-------|
| F29 | Trailer interface module 2 |
| F30 | Headlamp leveling device |
| F31 | OnStar |
| F32 | Virtual keypass sensor |
| F33 | Heating, ventilation, and air conditioning module |
| F34 | Virtual keypass module |
| F35 | Instrument cluster 1 |
| F36 | Radio |
| F37 | – |
| F38 | – |
| F39 | – |
| F40 | – |
| F41 | – |
| F42 | – |
| F43 | Body control module 7 |

| Fuses | Usage |
|-------|-------|
| F44 | Sensing and diagnostic module |
| F45 | Front camera module |
| F46 | Vehicle integration control module |
| F47 | Single power inverter module 2 |
| F48 | Electric steering column lock |
| F49 | Auxiliary jack |
| F50 | Steering wheel controls |
| F51 | Steering wheel controls backlighting |
| F52 | Smartphone remote function module |
| F53 | Auxiliary power outlet |
| F54 | – |
| F55 | Logistic |

| Fuses | Usage |
|-------|-------|
| F56 | – |
| F57 | – |
| F59 | – |

| Relays | Usage |
|--------|-------|
| F58 | Logistics relay |
| F60 | Accessory/Retained accessory power relay |

**MJN1205**

# Wheels and Tires

## Tires

Every new GM vehicle has high-quality tires made by a leading tire manufacturer. See the warranty manual for information regarding the tire warranty and where to get service. For additional information refer to the tire manufacturer.

### ⚠ Warning

- Poorly maintained and improperly used tires are dangerous.

- Overloading the tires can cause overheating as a result of too much flexing. There could be a blowout and a serious crash. See *Vehicle Load Limits* ⇨ *180*.

(Continued)

### Warning (Continued)

- Underinflated tires pose the same danger as overloaded tires. The resulting crash could cause serious injury. Check all tires frequently to maintain the recommended pressure. Tire pressure should be checked when the tires are cold.

- Overinflated tires are more likely to be cut, punctured, or broken by a sudden impact — such as when hitting a pothole. Keep tires at the recommended pressure.

- Worn or old tires can cause a crash. If the tread is badly worn, replace them.

(Continued)

### Warning (Continued)

- Replace any tires that have been damaged by impacts with potholes, curbs, etc.

- Improperly repaired tires can cause a crash. Only the dealer or an authorized tire service center should repair, replace, dismount, and mount the tires.

- Do not spin the tires in excess of 56 km/h (35 mph) on slippery surfaces such as snow, mud, ice, etc. Excessive spinning may cause the tires to explode.

## All-Season Tires

This vehicle may come with all-season tires. These tires are designed to provide good overall

**MJN1206**

performance on most road surfaces and weather conditions. Original equipment tires designed to GM's specific tire performance criteria have a TPC specification code molded onto the sidewall. Original equipment all-season tires can be identified by the last two characters of this TPC code, which will be "MS."

Consider installing winter tires on the vehicle if frequent driving on snow or ice-covered roads is expected. All-season tires provide adequate performance for most winter driving conditions, but they may not offer the same level of traction or performance as winter tires on snow or ice-covered roads. See *Winter Tires* ⇨ *261*.

## Winter Tires

This vehicle was not originally equipped with winter tires. Winter tires are designed for increased traction on snow and ice-covered roads. Consider installing winter tires on the vehicle if frequent driving on ice or snow covered

roads is expected. See your dealer for details regarding winter tire availability and proper tire selection. Also, see *Buying New Tires* ⇨ *274.*

With winter tires, there may be decreased dry road traction, increased road noise, and shorter tread life. After changing to winter tires, be alert for changes in vehicle handling and braking.

If using winter tires:

- Use tires of the same brand and tread type on all four wheel positions.

- Use only radial ply tires of the same size, load range, and speed rating as the original equipment tires.

Winter tires with the same speed rating as the original equipment tires may not be available for H, V, W, Y, and ZR speed rated tires. If winter tires with a lower speed rating are chosen, never exceed the tire's maximum speed capability.

## Self-Sealing Tires

This vehicle may have self-sealing tires. These tires have a material inside that can seal punctures up to 6 mm (0.25 in) in the tread area. The tire may lose air pressure if the sidewall is damaged or the tread puncture is too large. If the Tire Pressure Monitor System indicates the tire pressure is low, inspect the tire for damage and inflate it to the recommended pressure. If the tire is unable to maintain the recommended pressure, contact the nearest authorized GM servicing facility immediately for inspection and repair or replacement. To locate the nearest GM servicing facility, call GM Customer Assistance.

| Caution |
|---|
| Do not drive on a deflated self-sealing tire as this could damage the tire. Make sure the tire is inflated to the recommended pressure or have it immediately repaired or replaced. |

**MJN1207**

When tire replacement is needed replace with a self-sealing tire, because the vehicle does not come with a spare tire or tire changing equipment.

## Tire Sidewall Labeling

Useful information about a tire is molded into its sidewall. The example shows a typical passenger tire sidewall.



**Passenger (P-Metric) Tire Example**

**(1) Tire Size :** The tire size is a combination of letters and numbers used to define a particular tire's width, height, aspect ratio, construction type, and service description. See the "Tire Size" illustration later in this section.

**(2) TPC Spec (Tire Performance Criteria Specification) :** Original equipment tires designed to GM's specific tire performance criteria have a TPC specification code molded onto the sidewall. GM's TPC specifications meet or exceed all federal safety guidelines.

**(3) DOT (Department of Transportation) :** The Department of Transportation (DOT) code indicates that the tire is in compliance with the U.S. Department of Transportation Motor Vehicle Safety Standards.

**DOT Tire Date of Manufacture :** The last four digits of the TIN indicate the tire manufactured date. The first two digits represent the week (01-52) and the last two digits, the year. For example, the third week of the year 2010 would have a four-digit DOT date of 0310.

**(4) Tire Identification Number (TIN) :** The letters and numbers following the DOT code are the Tire Identification Number (TIN). The TIN shows the manufacturer and plant code, tire size, and date the tire was manufactured. The TIN is molded onto both sides of the tire, although only one side may have the date of manufacture.

**(5) Tire Ply Material :** The type of cord and number of plies in the sidewall and under the tread.

**(6) Uniform Tire Quality Grading (UTQG) :** Tire manufacturers are required to grade tires based on three performance factors: treadwear,

**MJN1208**

traction, and temperature resistance. For more information see *Uniform Tire Quality Grading* ⇨ 276.

**(7) Maximum Cold Inflation Load Limit** : Maximum load that can be carried and the maximum pressure needed to support that load.

## Tire Designations

### Tire Size

The example shows a typical passenger vehicle tire size.



**(1) Passenger (P-Metric) Tire** : The United States version of a metric tire sizing system. The letter "P" as the first character in the tire size means a passenger vehicle tire engineered to standards set by the U.S. Tire and Rim Association.

**(2) Tire Width** : The three-digit number indicates the tire section width in millimeters from sidewall to sidewall.

**(3) Aspect Ratio** : A two-digit number that indicates the tire height-to-width measurements. For example, if the tire size aspect ratio is 60, as shown in item (3) of the illustration, it would mean that the tire's sidewall is 60 percent as high as it is wide.

**(4) Construction Code** : A letter code is used to indicate the type of ply construction in the tire. The letter "R" means radial ply construction; the letter "D" means diagonal or bias ply construction.

**(5) Rim Diameter** : Diameter of the wheel in inches.

**(6) Service Description** : These characters represent the load index and speed rating of the tire. The load index represents the load carrying capacity a tire is certified to carry. The speed rating is the maximum speed a tire is certified to carry a load.

## Tire Terminology and Definitions

**Air Pressure** : The amount of air inside the tire pressing outward on each square inch of the tire. Air pressure is expressed in kPa (kilopascal) or psi (pounds per square inch).

**Accessory Weight** : The combined weight of optional accessories. Some examples of optional accessories are, electric drive unit, power windows, power seats, and air conditioning.

**Aspect Ratio** : The relationship of a tire's height to its width.

**MJN1209**

**Belt** : A rubber coated layer of cords that is located between the plies and the tread. Cords may be made from steel or other reinforcing materials.

**Bead** : The tire bead contains steel wires wrapped by steel cords that hold the tire onto the rim.

**Bias Ply Tire** : A pneumatic tire in which the plies are laid at alternate angles less than 90 degrees to the centerline of the tread.

**Cold Tire Pressure** : The amount of air pressure in a tire, measured in kPa (kilopascal) or psi (pounds per square inch) before a tire has built up heat from driving. See *Tire Pressure* ⇨ *266*.

**Curb Weight** : The weight of a motor vehicle with standard and optional equipment including the maximum capacity of fuel, oil, and coolant, but without passengers and cargo.

**DOT Markings** : A code molded into the sidewall of a tire signifying that the tire is in compliance with the U.S. Department of Transportation (DOT) Motor Vehicle Safety Standards. The DOT code includes the Tire Identification Number (TIN), an alphanumeric designator which can also identify the tire manufacturer, production plant, brand, and date of production.

**GAWR FRT** : Gross Axle Weight Rating for the front axle. See *Vehicle Load Limits* ⇨ *180*.

**GAWR RR** : Gross Axle Weight Rating for the rear axle. See *Vehicle Load Limits* ⇨ *180*.

**GVWR** : Gross Vehicle Weight Rating. See *Vehicle Load Limits* ⇨ *180*.

**Intended Outboard Sidewall** : The side of an asymmetrical tire, that must always face outward when mounted on a vehicle.

**Kilopascal (kPa)** : The metric unit for air pressure.

**Light Truck (LT-Metric) Tire** : A tire used on light duty trucks and some multipurpose passenger vehicles.

**Load Index** : An assigned number ranging from 1 to 279 that corresponds to the load carrying capacity of a tire.

**Maximum Inflation Pressure** : The maximum air pressure to which a cold tire can be inflated. The maximum air pressure is molded onto the sidewall.

**Maximum Load Rating** : The load rating for a tire at the maximum permissible inflation pressure for that tire.

**MJN1210**

**Maximum Loaded Vehicle Weight** : The sum of curb weight, accessory weight, vehicle capacity weight, and production options weight.

**Normal Occupant Weight** : The number of occupants a vehicle is designed to seat multiplied by 68 kg (150 lbs). See *Vehicle Load Limits* ⇨ *180*.

**Occupant Distribution** : Designated seating positions.

**Outward Facing Sidewall** : The side of an asymmetrical tire that has a particular side that faces outward when mounted on a vehicle. The side of the tire that contains a whitewall, bears white lettering, or bears manufacturer, brand, and/or model name molding that is higher or deeper than the same moldings on the other sidewall of the tire.

**Passenger (P-Metric) Tire** : A tire used on passenger cars and some light duty trucks and multipurpose vehicles.

**Recommended Inflation Pressure** : Vehicle manufacturer's recommended tire inflation pressure as shown on the tire placard. See *Tire Pressure* ⇨ *266* and *Vehicle Load Limits* ⇨ *180*.

**Radial Ply Tire** : A pneumatic tire in which the ply cords that extend to the beads are laid at 90 degrees to the centerline of the tread.

**Rim** : A metal support for a tire and upon which the tire beads are seated.

**Sidewall** : The portion of a tire between the tread and the bead.

**Speed Rating** : An alphanumeric code assigned to a tire indicating the maximum speed at which a tire can operate.

**Traction** : The friction between the tire and the road surface. The amount of grip provided.

**Tread** : The portion of a tire that comes into contact with the road.

**Treadwear Indicators** : Narrow bands, sometimes called wear bars, that show across the tread of a tire when only 1.6 mm (1/16 in) of tread remains. See *When It Is Time for New Tires* ⇨ *274*.

**UTQGS (Uniform Tire Quality Grading Standards)** : A tire information system that provides consumers with ratings for a tire's traction, temperature, and treadwear. Ratings are determined by tire manufacturers using

**MJN1211**

government testing procedures. The ratings are molded into the sidewall of the tire. See *Uniform Tire Quality Grading* ⊳ *276*.

**Vehicle Capacity Weight :** The number of designated seating positions multiplied by 68 kg (150 lbs) plus the rated cargo load. See *Vehicle Load Limits* ⊳ *180*.

**Vehicle Maximum Load on the Tire :** Load on an individual tire due to curb weight, accessory weight, occupant weight, and cargo weight.

**Vehicle Placard :** A label permanently attached to a vehicle showing the vehicle's capacity weight and the original equipment tire size and recommended inflation pressure. See "Tire and Loading Information Label" under *Vehicle Load Limits* ⊳ *180*.

## Tire Pressure

Tires need the correct amount of air pressure to operate effectively.

{ **⚠ Warning** }

Neither tire underinflation nor overinflation is good. Underinflated tires, or tires that do not have enough air, can result in:

- Tire overloading and overheating which could lead to a blowout.
- Premature or irregular wear.
- Poor handling.
- Reduced battery-electric range.

(Continued)

**Warning (Continued)**

Overinflated tires, or tires that have too much air, can result in:

- Unusual wear.
- Poor handling.
- Rough ride.
- Needless damage from road hazards.

The Tire and Loading Information label on the vehicle indicates the original equipment tires and the correct cold tire inflation pressures. The recommended pressure is the minimum air pressure needed to support the vehicle's maximum load carrying capacity. See *Vehicle Load Limits* ⊳ *180*.

**MJN1212**

How the vehicle is loaded affects vehicle handling and ride comfort. Never load the vehicle with more weight than it was designed to carry.

**When to Check**

Check the pressure of the tires once a month or more.

**How to Check**

Use a good quality pocket-type gauge to check the tire pressure. Proper tire inflation cannot be determined by looking at the tire. Check the tire inflation pressure when the tires are cold, meaning the vehicle has not been driven for at least three hours or no more than 1.6 km (1 mi).

Remove the valve cap from the tire valve stem. Press the tire gauge firmly onto the valve to get the pressure measurement. If the cold tire inflation pressure matches the recommended

pressure on the Tire and Loading Information label, no further adjustment is necessary.

If the inflation pressure is low, add air until the recommended pressure is reached. If the inflation pressure in high, press on the metal stem in the center of the tire valve to release air. Re-check the tire pressure with the tire gauge.

Put the valve caps back on the valve stems to keep out dirt and moisture and prevent leaks. Use only valve caps designed for the vehicle by GM. TPMS sensors could be damaged and would not be covered by the vehicle warranty.

## Tire Pressure Monitor System

The Tire Pressure Monitor System (TPMS) uses radio and sensor technology to check tire pressure levels. The TPMS sensors monitor

the air pressure in your tires and transmit tire pressure readings to a receiver located in the vehicle.

Each tire, including the spare (if provided), should be checked monthly when cold and inflated to the inflation pressure recommended by the vehicle manufacturer on the vehicle placard or tire inflation pressure label. (If your vehicle has tires of a different size than the size indicated on the vehicle placard or tire inflation pressure label, you should determine the proper tire inflation pressure for those tires.)

As an added safety feature, your vehicle has been equipped with a tire pressure monitoring system (TPMS) that illuminates a low tire pressure telltale when one or more of your tires is significantly under-inflated.

Accordingly, when the low tire pressure telltale illuminates, you should stop and check your tires as soon as possible, and inflate them to the proper pressure. Driving on a significantly under-inflated tire causes the tire to overheat and can

**MJN1213**

lead to tire failure. Under-inflation also reduces fuel efficiency and tire tread life, and may affect the vehicle's handling and stopping ability.

Please note that the TPMS is not a substitute for proper tire maintenance, and it is the driver's responsibility to maintain correct tire pressure, even if under-inflation has not reached the level to trigger illumination of the TPMS low tire pressure telltale.

Your vehicle has also been equipped with a TPMS malfunction indicator to indicate when the system is not operating properly. The TPMS malfunction indicator is combined with the low tire pressure telltale. When the system detects a malfunction, the telltale will flash for approximately one minute and then remain continuously illuminated. This sequence will continue upon subsequent vehicle start-ups as long as the malfunction exists.

When the malfunction indicator is illuminated, the system may not be able to detect or signal low tire

pressure as intended. TPMS malfunctions may occur for a variety of reasons, including the installation of replacement or alternate tires or wheels on the vehicle that prevent the TPMS from functioning properly. Always check the TPMS malfunction telltale after replacing one or more tires or wheels on your vehicle to ensure that the replacement or alternate tires and wheels allow the TPMS to continue to function properly.

See *Tire Pressure Monitor Operation* ⇨ *268*.

See *Radio Frequency Statement* ⇨ *325*.

## Tire Pressure Monitor Operation

This vehicle may have a Tire Pressure Monitor System (TPMS). The TPMS is designed to warn the driver when a low tire pressure condition exists. TPMS sensors are mounted onto each tire and wheel assembly, excluding the spare tire and wheel assembly. The TPMS

sensors monitor the air pressure in the tires and transmits the tire pressure readings to a receiver located in the vehicle.



When a low tire pressure condition is detected, the TPMS illuminates the low tire pressure warning light located on the instrument cluster. If the warning light comes on, stop as soon as possible and inflate the tires to the recommended pressure shown on the Tire and Loading Information label. See *Vehicle Load Limits* ⇨ *180*.

A message to check the pressure in a specific tire displays in the Driver Information Center (DIC). The low tire pressure warning light and the DIC warning message come on at each ignition cycle using POWER ⏻ until the tires are inflated to the correct inflation pressure. Using the

**MJN1214**

DIC, tire pressure levels can be viewed. For additional information and details about the DIC operation and displays see *Driver Information Center (DIC)* ⇨ *120*.

The low tire pressure warning light may come on in cool weather when the vehicle is first started, and then turn off as the vehicle is driven. This could be an early indicator that the air pressure is getting low and needs to be inflated to the proper pressure.

A Tire and Loading Information label, attached to your vehicle, shows the size of the original equipment tires and the correct inflation pressure for the tires when they are cold. See *Vehicle Load Limits* ⇨ *180*, for an example of the Tire and Loading Information label and its location. Also see *Tire Pressure* ⇨ *266*.

The TPMS can warn about a low tire pressure condition but it does not replace normal tire maintenance. See *Tire Inspection* ⇨ *272*, *Tire Rotation* ⇨ *273* and *Tires* ⇨ *260*.

---

### Caution

Tire sealant materials are not all the same. A non-approved tire sealant could damage the TPMS sensors. TPMS sensor damage caused by using an incorrect tire sealant is not covered by the vehicle warranty. Always use only the GM approved tire sealant available through your dealer or included in the vehicle.

---

Factory-installed Tire Inflator Kits use a GM-approved liquid tire sealant. Using non-approved tire sealants could damage the TPMS sensors. See *Tire Sealant and Compressor Kit* ⇨ *280* for information regarding the inflator kit materials and instructions.

### TPMS Malfunction Light and Message

The TPMS will not function properly if one or more of the TPMS sensors are missing or inoperable. When the system detects a malfunction, the low tire warning light flashes for about one minute and then stays on for the remainder of the ignition cycle using POWER ⏻. A DIC warning message also displays. The malfunction light and DIC warning message come on at each ignition cycle using POWER ⏻ until the problem is corrected. Some of the conditions that can cause these to come on are:

- One of the road tires has been replaced with the spare tire. The spare tire does not have a TPMS sensor. The malfunction light and DIC message should go off after the road tire is replaced and the sensor matching process is performed successfully. See "TPMS Sensor Matching Process" later in this section.

- The TPMS sensor matching process was not done or not completed successfully after rotating the tires. The malfunction light and the DIC message should go off after successfully completing the

# MJN1215

sensor matching process. See "TPMS Sensor Matching Process" later in this section.

● One or more TPMS sensors are missing or damaged. The malfunction light and the DIC message should go off when the TPMS sensors are installed and the sensor matching process is performed successfully. See your dealer for service.

● Replacement tires or wheels do not match the original equipment tires or wheels. Tires and wheels other than those recommended could prevent the TPMS from functioning properly. See *Buying New Tires ⇨ 274*.

● Operating electronic devices or being near facilities using radio wave frequencies similar to the TPMS could cause the TPMS sensors to malfunction.

If the TPMS is not functioning properly it cannot detect or signal a low tire condition. See your dealer for service if the TPMS malfunction light and DIC message come on and stay on.

### Tire Fill Alert (If Equipped)

This feature provides visual and audible alerts outside the vehicle to help when inflating an underinflated tire to the recommended cold tire pressure.

When the low tire pressure warning light comes on:

1. Park the vehicle in a safe, level place.

2. Set the parking brake firmly.

3. Place the vehicle in P (Park).

4. Add air to the tire that is underinflated. The turn signal lamp will flash.

   When the recommended pressure is reached, the horn sounds once and the turn signal lamp will stop flashing and briefly turn solid.

Repeat these steps for all underinflated tires that have illuminated the low tire pressure warning light.

> ⚠ **Warning**
>
> Overinflating a tire could cause the tire to rupture and you or others could be injured. Do not exceed the maximum pressure listed on the tire sidewall. See *Tire Sidewall Labeling ⇨ 262* and *Vehicle Load Limits ⇨ 180*.

If the tire is overinflated by more than 35 kPa (5 psi), the horn will sound multiple times and the turn signal lamp will continue to flash for several seconds after filling stops. To release and correct the pressure, while the turn signal lamp is still flashing, briefly press the center of the valve stem. When the recommended pressure is reached, the horn sounds once.

**MJN1216**

If the turn signal lamp does not flash within 15 seconds after starting to inflate the tire, the tire fill alert has not been activated or is not working.

If the hazard warning flashers are on, the tire fill alert visual feedback will not work properly.

The TPMS will not activate the tire fill alert properly under the following conditions:

- There is interference from an external device or transmitter.
- The air pressure from the inflation device is not sufficient to inflate the tire.
- There is a malfunction in the TPMS.
- There is a malfunction in the horn or turn signal lamps.
- The identification code of the TPMS sensor is not registered to the system.
- The battery of the TPMS sensor is low.

If the tire fill alert does not operate due to TPMS interference, move the vehicle about 1 m (3 ft) back or forward and try again. If the tire fill alert feature is not working, use a tire pressure gauge.

**TPMS Sensor Matching Process**

Each TPMS sensor has a unique identification code. The identification code needs to be matched to a new tire/wheel position after rotating the vehicle's tires or replacing one or more of the TPMS sensors. The TPMS sensor matching process should also be performed after replacing a spare tire with a road tire containing the TPMS sensor. The malfunction light and the DIC message should go off at the next ignition cycle using POWER ⏻. The sensors are matched to the tire/wheel positions, using a TPMS relearn tool, in the following order: driver side front tire, passenger side front tire, passenger side rear tire, and driver side rear. See your dealer for service or to purchase a

relearn tool. A TPMS relearn tool can also be purchased. See Tire Pressure Monitor Sensor Activation Tool at www.gmtoolsandequipment.com or call 1-800-GM TOOLS (1-800-468-6657).

There are two minutes to match the first tire/wheel position, and five minutes overall to match all four tire/wheel positions. If it takes longer, the matching process stops and must be restarted.

The TPMS sensor matching process is:

1. Set the parking brake.

2. Press POWER ⏻ to start the vehicle. See *Power Button* ⇨ *184*.

3. Make sure the Tire Pressure info page option is turned on. The info pages on the DIC can be turned on and off through the Options menu. See *Driver Information Center (DIC)* ⇨ *120*.

**MJN1217**

4. Use the DIC controls on the right side of the steering wheel to scroll to the Tire Pressure screen under the DIC info page.

5. Press and hold ✓ in the center of the DIC controls.

   A message requesting acceptance of the process may display.

   The horn sounds twice to signal the receiver is in relearn mode and the TIRE LEARNING ACTIVE message displays on the DIC screen.

6. Start with the driver side front tire.

7. Place the relearn tool against the tire sidewall, near the valve stem. Then press the button to activate the TPMS sensor. A horn chirp confirms that the sensor identification code has been matched to this tire and wheel position.

8. Proceed to the passenger side front tire, and repeat the procedure in Step 7.

9. Proceed to the passenger side rear tire, and repeat the procedure in Step 7.

10. Proceed to the driver side rear tire, and repeat the procedure in Step 7. The horn sounds two times to indicate the sensor identification code has been matched to the driver side rear tire, and the TPMS sensor matching process is no longer active. The TIRE LEARNING ACTIVE message on the DIC display screen goes off.

11. Turn the vehicle off.

12. Set all four tires to the recommended air pressure level as indicated on the Tire and Loading Information label.

## Tire Inspection

We recommend that the tires, including the spare tire, if the vehicle has one, be inspected for signs of wear or damage at least once a month.

Replace the tire if:

- The indicators at three or more places around the tire can be seen.

- There is cord or fabric showing through the tire's rubber.

- The tread or sidewall is cracked, cut, or snagged deep enough to show cord or fabric.

- The tire has a bump, bulge, or split.

- The tire has a puncture, cut, or other damage that cannot be repaired well because of the size or location of the damage.

**MJN1218**

## Tire Rotation

Tires should be rotated every 12 000 km (7,500 mi). See *Maintenance Schedule* ⇨ *304*.

Tires are rotated to achieve a uniform wear for all tires. The first rotation is the most important.

Anytime unusual wear is noticed, rotate the tires as soon as possible, check for proper tire inflation pressure, and check for damaged tires or wheels. If the unusual wear continues after the rotation, check the wheel alignment. See *When It Is Time for New Tires* ⇨ *274* and *Wheel Replacement* ⇨ *278*.



Use this rotation pattern when rotating the tires.

If the vehicle has a compact spare tire, do not include it in the tire rotation.

Adjust the front and rear tires to the recommended inflation pressure on the Tire and Loading Information label after the tires have been rotated. See *Tire Pressure* ⇨ *266* and *Vehicle Load Limits* ⇨ *180*.

Reset the Tire Pressure Monitor System. See *Tire Pressure Monitor Operation* ⇨ *268*.

Check that all wheel nuts are properly tightened. See "Wheel Nut Torque" under *Capacities and Specifications* ⇨ *314*.

⚠ **Warning**

Rust or dirt on a wheel, or on the parts to which it is fastened, can make wheel nuts become loose after time. The wheel could come off and cause a crash. When changing a wheel, remove any rust or dirt from places where the wheel attaches to the vehicle. In an emergency, a cloth or a paper towel can be used; however, use a scraper or wire brush later to remove all rust or dirt.

Lightly coat the inner diameter of the wheel hub opening with wheel bearing grease after a wheel change or tire rotation to prevent corrosion or rust build-up. Do not get grease on the wheel mounting surface or on the wheel nuts or bolts.

**MJN1219**

## When It Is Time for New Tires

Factors such as maintenance, temperatures, driving speeds, vehicle loading, and road conditions affect the wear rate of the tires.



Treadwear indicators are one way to tell when it is time for new tires. Treadwear indicators appear when the tires have only 1.6 mm (1/16 in) or less of tread remaining. See *Tire Inspection* ⇨ *272* and *Tire Rotation* ⇨ *273*.

The rubber in tires ages over time. This also applies to the spare tire, if the vehicle has one, even if it is never used. Multiple factors including temperatures, loading conditions, and inflation pressure maintenance affect how fast aging takes place. GM recommends that tires, including the spare if equipped, be replaced after six years, regardless of tread wear. To identify the age of a tire, use the tire manufacture date which is the last four digits of the DOT Tire Identification Number (TIN) which is molded into one side of the tire sidewall. The first two digits represent the week (01–52) and the last two digits, the year. For example, the third week of the year 2010 would have a four-digit DOT date of 0310.

### Vehicle Storage

Tires age when stored normally mounted on a parked vehicle. Park a vehicle that will be stored for at least a month in a cool, dry, clean area away from direct sunlight to slow aging. This area should be free of grease, gasoline, or other substances that can deteriorate rubber.

Parking for an extended period can cause flat spots on the tires that may result in vibrations while driving. When storing a vehicle for at least a month, remove the tires or raise the vehicle to reduce the weight from the tires.

## Buying New Tires

GM has developed and matched specific tires for the vehicle. The original equipment tires installed were designed to meet General Motors Tire Performance Criteria Specification (TPC Spec) system rating. When replacement tires are needed, GM strongly recommends buying tires with the same TPC Spec rating.

GM's exclusive TPC Spec system considers over a dozen critical specifications that impact the overall performance of the

**MJN1220**

vehicle, including brake system performance, ride and handling, traction control, and tire pressure monitoring performance. GM's TPC Spec number is molded onto the tire's sidewall near the tire size. If the tires have an all-season tread design, the TPC Spec number will be followed by MS for mud and snow. See *Tire Sidewall Labeling ⇨ 262*, for additional information.

GM recommends replacing worn tires in complete sets of four. Uniform tread depth on all tires will help to maintain the performance of the vehicle. Braking and handling performance may be adversely affected if all the tires are not replaced at the same time. If proper rotation and maintenance have been done, all four tires should wear out at about the same time. See *Tire Rotation ⇨ 273* for information

on proper tire rotation. However, if it is necessary to replace only one axle set of worn tires, place the new tires on the rear axle.

Winter tires with the same speed rating as the original equipment tires may not be available for H, V, W, and ZR speed rated tires. Never exceed the winter tire's maximum speed capability when using winter tires with a lower speed rating.

### ⚠ Warning

Tires could explode during improper service. Attempting to mount or dismount a tire could cause injury or death. Only your dealer or authorized tire service center should mount or dismount the tires.

### ⚠ Warning

Mixing tires of different sizes (other than those originally installed on the vehicle), brands, or types may cause loss of control of the vehicle, resulting in a crash or other vehicle damage. Use the same size, load range, and type of tires as the original tires.

### ⚠ Warning

Using bias-ply tires on the vehicle may cause the wheel rim flanges to develop cracks after many miles of driving. A tire and/or wheel could fail suddenly and cause a crash. Use only radial-ply tires with the wheels on the vehicle.

If the vehicle tires must be replaced with a tire that does not have a TPC Spec number, make

**MJN1221**

sure they are the same size, load range, speed rating, and construction (radial) as the original tires.

Vehicles that have a tire pressure monitoring system could give an inaccurate low-pressure warning if non-TPC Spec rated tires are installed. See *Tire Pressure Monitor Operation* ⇨ *268*.

The Tire and Loading Information label indicates the original equipment tires on the vehicle. See *Vehicle Load Limits* ⇨ *180*.

## Different Size Tires and Wheels

If wheels or tires are installed that are a different size than the original equipment wheels and tires, vehicle performance, including its braking, ride and handling characteristics, stability, and resistance to rollover may be affected. If the vehicle has electronic systems such as antilock

brakes, rollover airbags, traction control, electronic stability control, or All-Wheel Drive, the performance of these systems can also be affected.

### { ⚠ Warning }

If different sized wheels are used, there may not be an acceptable level of performance and safety if tires not recommended for those wheels are selected. This increases the chance of a crash and serious injury. Only use GM specific wheel and tire systems developed for the vehicle, and have them properly installed by a GM certified technician.

See *Buying New Tires* ⇨ *274* and *Accessories and Modifications* ⇨ *237*.

## Uniform Tire Quality Grading

The following information relates to the system developed by the United States National Highway Traffic Safety Administration (NHTSA), which grades tires by treadwear, traction, and temperature performance. This applies only to vehicles sold in the United States. The grades are molded on the sidewalls of most passenger car tires. The Uniform Tire Quality Grading (UTQG) system does not apply to deep tread, winter tires, compact spare tires, tires with nominal rim diameters of 10 to 12 inches (25 to 30 cm), or to some limited-production tires.

While the tires available on General Motors passenger cars and light trucks may vary with respect to these grades, they must also conform to federal

**MJN1222**

safety requirements and additional General Motors Tire Performance Criteria (TPC) standards.

Quality grades can be found where applicable on the tire sidewall between tread shoulder and maximum section width. For example:

**Treadwear 200 Traction AA Temperature A**

All Passenger Car Tires Must Conform to Federal Safety Requirements In Addition To These Grades.

**Treadwear**

The treadwear grade is a comparative rating based on the wear rate of the tire when tested under controlled conditions on a specified government test course. For example, a tire graded 150 would wear one and one-half (1½) times as well on the government course as a tire

graded 100. The relative performance of tires depends upon the actual conditions of their use, however, and may depart significantly from the norm due to variations in driving habits, service practices and differences in road characteristics and climate.

**Traction**

The traction grades, from highest to lowest, are AA, A, B, and C. Those grades represent the tire's ability to stop on wet pavement as measured under controlled conditions on specified government test surfaces of asphalt and concrete. A tire marked C may have poor traction performance. Warning: The traction grade assigned to this tire is based on straight-ahead braking traction tests, and does not include

acceleration, cornering, hydroplaning, or peak traction characteristics.

**Temperature**

The temperature grades are A (the highest), B, and C, representing the tire's resistance to the generation of heat and its ability to dissipate heat when tested under controlled conditions on a specified indoor laboratory test wheel. Sustained high temperature can cause the material of the tire to degenerate and reduce tire life, and excessive temperature can lead to sudden tire failure. The grade C corresponds to a level of performance which all passenger car tires must meet under the Federal Motor Safety Standard No. 109. Grades B and A represent higher levels of performance on the laboratory test wheel than the minimum required by law. Warning: The

**MJN1223**

temperature grade for this tire is established for a tire that is properly inflated and not overloaded. Excessive speed, underinflation, or excessive loading, either separately or in combination, can cause heat buildup and possible tire failure.

## Wheel Alignment and Tire Balance

The tires and wheels were aligned and balanced at the factory to provide the longest tire life and best overall performance. Adjustments to wheel alignment and tire balancing are not necessary on a regular basis. Consider an alignment check if there is unusual tire wear or the vehicle is significantly pulling to one side or the other. Some slight pull to the left or right, depending on the crown of the road and/or other road surface variations such as troughs or ruts, is normal. If the vehicle is vibrating when driving on a smooth road, the tires and wheels may need to be rebalanced. See your dealer for proper diagnosis.

## Wheel Replacement

Replace any wheel that is bent, cracked, or badly rusted or corroded. If wheel nuts keep coming loose, the wheel, wheel bolts, and wheel nuts should be replaced. If the wheel leaks air, replace it. Some aluminum wheels can be repaired. See your dealer if any of these conditions exist.

Your dealer will know the kind of wheel that is needed.

Each new wheel should have the same load-carrying capacity, diameter, width, offset, and be mounted the same way as the one it replaces.

Replace wheels, wheel bolts, wheel nuts, or Tire Pressure Monitor System (TPMS) sensors with new GM original equipment parts.

### ⚠ Warning

Using the wrong replacement wheels, wheel bolts, or wheel nuts can be dangerous. It could affect the braking and handling of the vehicle. Tires can lose air, and cause loss of control, causing a crash. Always use the correct wheel, wheel bolts, and wheel nuts for replacement.

### Caution

The wrong wheel can also cause problems with bearing life, brake cooling, speedometer or odometer calibration, headlamp aim, bumper height, vehicle ground clearance, and tire or tire chain clearance to the body and chassis.

**MJN1224**

### Used Replacement Wheels

> ⚠ **Warning**
>
> Replacing a wheel with a used one is dangerous. How it has been used or how far it has been driven may be unknown. It could fail suddenly and cause a crash. When replacing wheels, use a new GM original equipment wheel.

## Tire Chains

> ⚠ **Warning**
>
> Do not use tire chains. There is not enough clearance. Tire chains used on a vehicle without the proper amount of clearance can cause damage to the brakes, suspension, or other vehicle parts. The area damaged by the tire chains could cause loss of control and a crash.
>
> (Continued)

> **Warning (Continued)**
>
> Use another type of traction device only if its manufacturer recommends it for the vehicle's tire size combination and road conditions. Follow that manufacturer's instructions. To avoid vehicle damage, drive slow and readjust or remove the traction device if it contacts the vehicle. Do not spin the wheels. If traction devices are used, install them on the front tires.

## If a Tire Goes Flat

This vehicle has self-sealing tires. See *Self-Sealing Tires* ⇨ 261. Tread punctures typically will not cause tires to lose air. However, if the vehicle does get a flat tire, there is no spare tire, tire changing equipment, or place to store a tire. Contact Roadside Assistance for help.

It is unusual for a tire to blow out, especially if the tires are maintained properly. If air goes out of a tire, it is much more likely to leak out slowly. See *Tires* ⇨ 260. But if there is ever a blowout, here are a few tips about what to expect and what to do.

If a front tire fails, the flat tire will create a drag that pulls the vehicle toward that side. Take your foot off the accelerator pedal and grip the steering wheel firmly. Steer to maintain lane position, and then gently brake to a stop, well off the road, if possible.

A rear blowout, particularly on a curve, acts much like a skid and may require the same correction as used in a skid. Stop pressing the accelerator pedal and steer to straighten the vehicle. It may be very bumpy and noisy. Gently brake to a stop, well off the road, if possible.

# MJN1225

### ⚠ Warning

Lifting a vehicle and getting under it to do maintenance or repairs is dangerous without the appropriate safety equipment and training. If a jack is provided with the vehicle, it is designed only for changing a flat tire. If it is used for anything else, you or others could be badly injured or killed if the vehicle slips off the jack. If a jack is provided with the vehicle, only use it for changing a flat tire.

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place, well off the road, if possible.

1. Turn on the hazard warning flashers. See *Hazard Warning Flashers ⇨ 133*.

2. Set the parking brake firmly.

3. Put an automatic transmission in P (Park) or a manual transmission in 1 (First) or R (Reverse).

4. Turn off the ignition.

5. Inspect the flat tire.

### ⚠ Warning

Driving on a flat tire will cause permanent damage to the tire. Re-inflating a tire after it has been driven on while severely underinflated or flat may cause a blowout and a serious crash. Never attempt to re-inflate a tire that has been driven on while severely underinflated or flat. Have your dealer or an authorized tire service center repair or replace the flat tire as soon as possible.

If this vehicle has a tire sealant kit and the tire has been separated from the wheel, has damaged sidewalls, or has a puncture larger than 6 mm (0.25 in), the tire is too severely damaged for the tire sealant and compressor kit to be effective. If the tire has a puncture

less than 6 mm (0.25 in) in the tread area of the tire, see *Tire Sealant and Compressor Kit ⇨ 280*.

## Tire Sealant and Compressor Kit

### ⚠ Warning

Overinflating a tire could cause the tire to rupture and you or others could be injured. Be sure to read and follow the tire sealant and compressor kit instructions and inflate the tire to its recommended pressure. Do not exceed the recommended pressure.

### ⚠ Warning

Storing the tire sealant and compressor kit or other equipment in the passenger compartment of the vehicle could

(Continued)

**MJN1226**

**Warning (Continued)**

cause injury. In a sudden stop or collision, loose equipment could strike someone. Store the tire sealant and compressor kit in its original location.

If this vehicle has a tire sealant and compressor kit, there may not be a spare tire or tire changing equipment, and on some vehicles there may not be a place to store a tire.

The tire sealant and compressor can be used to temporarily seal punctures up to 6 mm (0.25 in) in the tread area of the tire. It can also be used to inflate an underinflated tire.

For vehicles with self-sealing tires, try to inflate the tire without sealant first. See "Using the Tire Sealant and Compressor Kit without Sealant to Inflate a Tire (Not Punctured)" below.

If the tire has been separated from the wheel, has damaged sidewalls, or has a large puncture, the tire is too severely damaged for the tire sealant and compressor kit to be effective. See *Roadside Assistance Program* ⇨ *319*.

Read and follow all of the tire sealant and compressor kit instructions.

The kit includes:



1. Sealant Canister Inlet Valve
2. Sealant/Air Hose
3. Base of Sealant Canister
4. Tire Sealant Canister

5. On/Off Button
6. Slot on Top of Compressor
7. Pressure Deflation Button
8. Pressure Gauge



9. Power Plug
10. Air Only Hose

### Tire Sealant

Read and follow the safe handling instructions on the label adhered to the tire sealant canister (4).

Check the tire sealant expiration date on the tire sealant canister. The tire sealant canister (4) should be replaced before its expiration

**MJN1227**

date. Replacement tire sealant canisters are available at your local dealer.

There is only enough sealant to seal one tire. After usage, the tire sealant canister must be replaced.

### Using the Tire Sealant and Compressor Kit to Temporarily Seal and Inflate a Punctured Tire

When using the tire sealant and compressor kit during cold temperatures, warm the kit in a heated environment for five minutes. This will help to inflate the tire faster.

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place. Turn on the hazard warning flashers. See *Hazard Warning Flashers* ⇨ *133*.

See *If a Tire Goes Flat* ⇨ *279* for other important safety warnings.

Do not remove any objects that have penetrated the tire.

1. Remove the tire sealant canister (4) and compressor from its storage location. See *Storing the Tire Sealant and Compressor Kit* ⇨ *286*.

2. Remove the air only hose (10) and the power plug (9) from the bottom of the compressor.

3. Place the compressor on the ground near the flat tire.



4. Attach the air only hose (10) to the sealant canister inlet valve (1) by turning it clockwise until tight.



5. Slide the base of the tire sealant canister (3) into the slot on the top of the compressor (6) to hold it upright.

   Make sure the tire valve stem is positioned close to the ground so the hose will reach it.

6. Remove the valve stem cap from the flat tire by turning it counterclockwise.

**MJN1228**



7. Attach the sealant/air hose (2) to the tire valve stem by turning it clockwise until tight.

8. Plug the power plug (9) into the accessory power outlet in the vehicle. Unplug all items from other accessory power outlets. See *Power Outlets* ⇨ *93*.

   If the vehicle has an accessory power outlet, do not use the cigarette lighter.

   If the vehicle only has a cigarette lighter, use the cigarette lighter.

   Do not pinch the power plug cord in the door or window.

9. Start the vehicle. The vehicle must be running while using the air compressor.

10. Press the on/off button (5) to turn the tire sealant and compressor kit on.

    The compressor will inject sealant and air into the tire.

    The pressure gauge (8) will initially show a high pressure while the compressor pushes the sealant into the tire. Once the sealant is completely dispersed into the tire, the pressure will quickly drop and start to rise again as the tire inflates with air only.

11. Inflate the tire to the recommended inflation pressure using the pressure gauge (8). The recommended inflation pressure can be found on the Tire and Loading Information label. See *Tire Pressure* ⇨ *266*.

    The pressure gauge (8) may read higher than the actual tire pressure while the compressor

is on. Turn the compressor off to get an accurate pressure reading. The compressor may be turned on/off until the correct pressure is reached.

### Caution

If the recommended pressure cannot be reached after approximately 25 minutes, the vehicle should not be driven farther. The tire is too severely damaged and the tire sealant and compressor kit cannot inflate the tire. Remove the power plug from the accessory power outlet and unscrew the inflating hose from the tire valve. See *Roadside Assistance Program* ⇨ *319*.

12. Press the on/off button (5) to turn the tire sealant and compressor kit off.

    The tire is not sealed and will continue to leak air until the vehicle is driven and the sealant is distributed in the tire.

**MJN1229**

Therefore, Steps 13–21 must be done immediately after Step 12.

Be careful while handling the tire sealant and compressor kit as it could be warm after usage.

13. Unplug the power plug (9) from the accessory power outlet in the vehicle.

14. Turn the sealant/air hose (2) counterclockwise to remove it from the tire valve stem.

15. Replace the tire valve stem cap.

16. Remove the tire sealant canister (4) from the slot on top of the compressor (6).

17. Turn the air only hose (10) counterclockwise to remove it from the tire sealant canister inlet valve (1).

18. Turn the sealant/air hose (2) clockwise onto the sealant canister inlet valve (1) to prevent sealant leakage.

19. Return the air only hose (10) and power plug (9) back to their original storage location.



20. If the flat tire was able to inflate to the recommended inflation pressure, remove the maximum speed label from the sealant canister and place it in a highly visible location.

Do not exceed the speed on this label until the damaged tire is repaired or replaced.

21. Return the equipment to its original storage location in the vehicle.

22. Immediately drive the vehicle 8 km (5 mi) to distribute the sealant in the tire.

23. Stop at a safe location and check the tire pressure. Refer to Steps 1–10 under "Using the Tire Sealant and Compressor Kit without Sealant to Inflate a Tire (Not Punctured)."

If the tire pressure has fallen more than 68 kPa (10 psi) below the recommended inflation pressure, stop driving the vehicle. The tire is too severely damaged and the tire sealant cannot seal the tire. See *Roadside Assistance Program* ⇨ *319*.

If the tire pressure has not dropped more than 68 kPa (10 psi) from the recommended inflation pressure, inflate the tire to the recommended inflation pressure.

24. Wipe off any sealant from the wheel, tire, or vehicle.

25. Dispose of the used tire sealant canister (4) at a local dealer or in accordance with local state codes and practices.

26. Replace it with a new canister available from your dealer.

**MJN1230**

27. After temporarily sealing a tire using the tire sealant and compressor kit, take the vehicle to an authorized dealer to have the tire replaced.

### Using the Tire Sealant and Compressor Kit without Sealant to Inflate a Tire (Not Punctured)

The kit includes:



1. Sealant Canister Inlet Valve
2. Sealant/Air Hose
3. Base of Sealant Canister
4. Tire Sealant Canister

5. On/Off Button
6. Slot on Top of Compressor
7. Pressure Deflation Button
8. Pressure Gauge



9. Power Plug
10. Air Only Hose

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place. Turn on the hazard warning flashers. See *Hazard Warning Flashers ⇨ 133*.

See *If a Tire Goes Flat ⇨ 279* for other important safety warnings.

1. Remove the compressor from its storage location. See *Storing the Tire Sealant and Compressor Kit ⇨ 286*.

2. Remove the air only hose (10) and the power plug (9) from the bottom of the compressor.

3. Place the compressor on the ground near the flat tire.

   Make sure the tire valve stem is positioned close to the ground so the hose will reach it.

4. Remove the valve stem cap from the flat tire by turning it counterclockwise.

5. Attach the air only hose (10) to the tire valve stem by turning it clockwise until tight.

6. Plug the power plug (9) into the accessory power outlet in the vehicle. Unplug all items from other accessory power outlets. See *Power Outlets ⇨ 93*.

   If the vehicle has an accessory power outlet, do not use the cigarette lighter.

**MJN1231**

If the vehicle only has a cigarette lighter, use the cigarette lighter.

Do not pinch the power plug cord in the door or window.

7. Start the vehicle. The vehicle must be running while using the air compressor.

8. Press the on/off button (5) to turn the tire sealant and compressor kit on.

   The compressor will inflate the tire with air only.

9. Inflate the tire to the recommended inflation pressure using the pressure gauge (8). The recommended inflation pressure can be found on the Tire and Loading Information label. See *Tire Pressure* ⇨ *266*.

   The pressure gauge (8) may read higher than the actual tire pressure while the compressor is on. Turn the compressor off to get an accurate pressure

reading. The compressor may be turned on/off until the correct pressure is reached.

### Caution

If the recommended pressure cannot be reached after approximately 25 minutes, the vehicle should not be driven farther. The tire is too severely damaged and the tire sealant and compressor kit cannot inflate the tire. Remove the power plug from the accessory power outlet and unscrew the inflating hose from the tire valve. See *Roadside Assistance Program* ⇨ *319*.

10. Press the on/off button (5) to turn the tire sealant and compressor kit off.

    Be careful while handling the compressor as it could be warm after usage.

11. Unplug the power plug (9) from the accessory power outlet in the vehicle.

12. Turn the air only hose (10) counterclockwise to remove it from the tire valve stem.

13. Replace the tire valve stem cap.

14. Return the air only hose (10) and power plug (9) back to their original storage location.

15. Return the equipment to its original storage location in the vehicle.

The tire sealant and compressor kit has accessory adapters located in a compartment on the bottom of its housing that can be used to inflate air mattresses, balls, etc.

## Storing the Tire Sealant and Compressor Kit

To access the tire sealant and compressor kit:

1. Open the liftgate. See *Liftgate* ⇨ *21*.

2. Remove the load floor.

**MJN1232**



3. Remove the tire sealant canister (1) and the compressor (2).

To store the tire sealant canister and the compressor, reverse the steps.

# Jump Starting

## Jump Starting - North America

For more information about the vehicle battery, see *Battery - North America* ⇨ *245*.

If the 12-volt battery has run down, try to use another vehicle and some jumper cables to start your vehicle. Be sure to use the following steps to do it safely.

> ⚠ **Warning**
>
> The high voltage battery cannot be jump started either with another vehicle or battery charger. Personal injury, death, or damage to the vehicle could result.

> ⚠ **Warning**
>
> **WARNING:** Battery posts, terminals, and related accessories contain lead and lead compounds, chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. Batteries also contain other chemicals known to the State of California to cause cancer. **WASH HANDS AFTER HANDLING.** For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

See *California Proposition 65 Warning* ⇨ *236* and the back cover.

> ⚠ **Warning**
>
> Batteries can hurt you. They can be dangerous because:
>
> - They contain acid that can burn you.
>
> (Continued)

**MJN1233**

### Warning (Continued)

- They contain gas that can explode or ignite.
- They contain enough electricity to burn you.

If you do not follow these steps exactly, some or all of these things can hurt you.

### Caution

Ignoring these steps could result in costly damage to the vehicle that would not be covered by the vehicle warranty. Trying to start the vehicle by pushing or pulling it will not work, and it could damage the vehicle.



**Discharged Battery Positive Terminal**

The jump start positive terminal is on the discharged battery on the driver side of the vehicle.



**Discharged Battery Negative Terminal**

The jump start negative grounding point is a stud on a bracket located near the Accessory Power Module (APM).

The jump start positive terminal and jump start negative terminal are on the battery of the vehicle providing the jump start.

The positive jump start connection for the discharged battery is under a trim cover. Open the cover to expose the terminal.

**MJN1234**

1. Check the other vehicle.
   It must have a 12-volt battery
   with a negative ground system.

## Caution

If the other vehicle does not have
a 12-volt system with a negative
ground, both vehicles can be
damaged. Only use a vehicle that
has a 12-volt system with a
negative ground for jump starting.

2. Position the two vehicles so
   that they are not touching.
3. Set the parking brake and shift
   into P (Park). See *Shifting Into
   Park* ⇨ 186.

## Caution

If any accessories are left on or
plugged in during the jump
starting procedure, they could be
damaged. The repairs would not
be covered by the vehicle

(Continued)

## Caution (Continued)

warranty. Whenever possible, turn
off or unplug all accessories on
either vehicle when jump starting.

4. Turn the vehicle off. Turn off all
   lights and accessories in both
   vehicles, except the hazard
   warning flashers if needed.

## ⚠ Warning

An electric fan can start up even
when the propulsion system is not
operating and can injure you.
Keep hands, clothing and tools
away from any underhood
electric fan.

## ⚠ Warning

Using a match near a battery can
cause battery gas to explode.
People have been hurt doing this,

(Continued)

## Warning (Continued)

and some have been blinded.
Use a flashlight if you need more
light.

Battery fluid contains acid that
can burn you. Do not get it on
you. If you accidentally get it in
your eyes or on your skin, flush
the place with water and get
medical help immediately.

## ⚠ Warning

Fans or other moving propulsion
system parts can injure you badly.
Keep your hands away from
moving parts once the propulsion
system is operating.

5. Connect one end of the red
   positive (+) cable to the
   positive (+) terminal on the
   discharged battery.

# MJN1235

6. Connect the other end of the red positive (+) cable to the positive (+) terminal of the good battery.

7. Connect one end of the black negative (–) cable to the negative (–) terminal of the good battery.

8. Connect the other end of the black negative (–) cable to the negative (–) grounding point for the discharged battery.

9. Start the vehicle with the good battery.

10. Try to start the vehicle with the dead battery. If it will not start after a few tries, it probably needs service.

---

### Caution

If the jumper cables are connected or removed in the wrong order, electrical shorting may occur and damage the vehicle. The repairs would not be covered by the vehicle warranty. Always connect and remove the jumper cables in the correct order, making sure that the cables do not touch each other or other metal.

---

**Jumper Cable Removal**

Reverse the sequence exactly when removing the jumper cables.

# Towing the Vehicle

---

### Caution

Incorrectly towing a disabled vehicle may cause damage. The damage would not be covered by the vehicle warranty. Do not lash or hook to suspension components. Use the proper straps around the tires to secure the vehicle. Do not drag a locked wheel/tire. Use tire skates or dollies under any locked wheel/tire while loading the vehicle. Do not use a sling type lift to tow the vehicle. This could damage the vehicle.

---

### Caution

If the vehicle cannot be shifted into Neutral (N), do not use the tow eye to tow the vehicle. Vehicle damage may occur.

---

**MJN1236**

GM recommends a flatbed tow truck to transport a disabled vehicle. Use ramps to help reduce approach angles, if necessary. A towed vehicle should have its drive wheels off the ground. Contact Roadside Assistance or a professional towing service if the disabled vehicle must be towed.

| Caution |
| --- |
| Improper use of the tow eye can cause vehicle damage. Use caution and low speeds to prevent damage to the vehicle. |

If the vehicle is equipped with a tow eye, only use the tow eye to pull the vehicle onto a flatbed car carrier from a flat road surface. Do not use the tow eye to pull the vehicle from snow, mud, or sand.

The tow eye is located underneath the load floor, near the spare tire or the compressor kit, if equipped.

**Front Tow Eye Attachment Point**



Carefully open the cover in the fascia by using the small notch that conceals the tow eye socket.



Install the tow eye into the socket and turn it until it is fully tightened. When the tow eye is removed, reinstall the cover with the notch in the original position.

**MJN1237**

### Rear Tow Eye Attachment Point



Carefully open the cover in the fascia by using the small notch that conceals the tow eye socket.



Install the tow eye into the socket and turn it until it is fully tightened. When the tow eye is removed, reinstall the cover with the notch in the original position.

## Recreational Vehicle Towing

Recreational vehicle towing means towing the vehicle behind another vehicle, such as behind a motor home. The two most common types of recreational vehicle towing are known as dinghy towing and dolly towing. Dinghy towing is towing the vehicle with all four wheels on the ground. Dolly towing is towing the vehicle with two wheels on the ground and two wheels up on a device known as a dolly.

Here are some important things to consider before recreational vehicle towing:

- Before towing the vehicle, become familiar with the local laws that apply to recreational vehicle towing. These laws may vary by region..

- What is the towing capacity of the towing vehicle? Be sure to read the tow vehicle manufacturer's recommendations.

- How far will the vehicle be towed? Some vehicles have restrictions on how far and how long they can tow.

- Does the vehicle have the proper towing equipment? See your dealer or trailering professional for additional advice and equipment recommendations.

**MJN1238**

- Is the vehicle ready to be towed? Just as preparing the vehicle for a long trip, make sure the vehicle is prepared to be towed.

### Caution

Use of a shield mounted in front of the vehicle grille could restrict airflow and cause damage to the electric drive unit. The repairs would not be covered by the vehicle warranty. If using a shield, only use one that attaches to the towing vehicle.

### Dinghy Towing



### Caution

If the vehicle is towed with all four wheels on the ground, the drivetrain components could be damaged. The repairs would not be covered by the vehicle warranty. Do not tow the vehicle with all four wheels on the ground.

The vehicle was not designed to be towed with all four wheels on the ground. If the vehicle must be towed, a dolly should be used. See "Dolly Towing" following.

### Dolly Towing



Tow the vehicle with the two rear wheels on the ground and the front wheels on a dolly.

To tow the vehicle from the front with the rear wheels on the ground:

1. Put the front wheels on the dolly.

**MJN1239**

2. Shift the transmission to
   P (Park). See *Shifting Into Park*
   ⇨ *186*.

3. Set the parking brake.

4. Secure the vehicle to the dolly.

5. Follow the dolly manufacturer's
   instructions for preparing the
   vehicle and dolly for towing.

6. Release the parking brake.

7. Turn the vehicle off.

8. Open the hood.

9. Wait two minutes.

10. Disconnect the negative (-)
    terminal connector from the
    12-volt battery.

11. Close and latch the hood.



### Caution

Towing the vehicle from the rear
could damage it. Also, repairs
would not be covered by the
vehicle warranty. Never have the
vehicle towed from the rear.

# Appearance Care

## Exterior Care

### Locks

Locks are lubricated at the factory.
Use a de-icing agent only when
absolutely necessary, and have the
locks greased after using.

### Washing the Vehicle

To preserve the vehicle's finish,
wash it often and out of direct
sunlight.

### Caution

Do not use petroleum-based,
acidic, or abrasive cleaning
agents as they can damage the
vehicle's paint, metal, or plastic
parts. If damage occurs, it would
not be covered by the vehicle
warranty. Approved cleaning
products can be obtained from
your dealer. Follow all
manufacturer directions regarding

(Continued)

**MJN1240**

---

**Caution (Continued)**

---

correct product usage, necessary safety precautions, and appropriate disposal of any vehicle care product.

---

**Caution**

---

Avoid using high-pressure washes closer than 30 cm (12 in) to the surface of the vehicle. Use of power washers exceeding 8 274 kPa (1,200 psi) can result in damage or removal of paint and decals.

---

**Caution**

---

Do not power wash any component under the hood that has this symbol.

(Continued)

---

**Caution (Continued)**

---

This could cause damage that would not be covered by the vehicle warranty.

---

If using an automatic car wash, follow the car wash instructions. The windshield wiper and rear window wiper, if equipped, must be off. Remove any accessories that may be damaged or interfere with the car wash equipment.

Rinse the vehicle well, before washing and after, to remove all cleaning agents completely. If they are allowed to dry on the surface, they could stain.

Dry the finish with a soft, clean chamois or an all-cotton towel to avoid surface scratches and water spotting.

**Finish Care**

Application of aftermarket clearcoat sealant/wax materials is not recommended. If painted surfaces are damaged, see your dealer to

have the damage assessed and repaired. Foreign materials such as calcium chloride and other salts, ice melting agents, road oil and tar, tree sap, bird droppings, chemicals from industrial chimneys, etc., can damage the vehicle's finish if they remain on painted surfaces. Wash the vehicle as soon as possible. If necessary, use non-abrasive cleaners that are marked safe for painted surfaces to remove foreign matter.

Occasional hand waxing or mild polishing should be done to remove residue from the paint finish. See your dealer for approved cleaning products.

Do not apply waxes or polishes to uncoated plastic, vinyl, rubber, decals, simulated wood, or flat paint as damage can occur.

**MJN1241**

**Caution**

Machine compounding or aggressive polishing on a basecoat/clearcoat paint finish may damage it. Use only non-abrasive waxes and polishes that are made for a basecoat/ clearcoat paint finish on the vehicle.

To keep the paint finish looking new, keep the vehicle garaged or covered whenever possible.

**Protecting Exterior Bright Metal Moldings**

**Caution**

Failure to clean and protect the bright metal moldings can result in a hazy white finish or pitting. This damage would not be covered by the vehicle warranty.

The bright metal moldings on the vehicle are aluminum or stainless steel. To prevent damage always follow these cleaning instructions:

- Be sure the molding is cool to the touch before applying any cleaning solution.

- Use a cleaning solution approved for aluminum or stainless steel. Some cleaners are highly acidic or contain alkaline substances and can damage the moldings.

- Always dilute a concentrated cleaner according to the manufacturer's instructions.

- Do not use chrome cleaners.

- Do not use cleaners that are not intended for automotive use.

- Use a nonabrasive wax on the vehicle after washing to protect and extend the molding finish.

**Cleaning Exterior Lamps/ Lenses, Emblems, Decals, and Stripes**

Use only lukewarm or cold water, a soft cloth, and a car washing soap to clean exterior lamps, lenses, emblems, decals and stripes. Follow instructions under "Washing the Vehicle" previously in this section.

Lamp covers are made of plastic, and some have a UV protective coating. Do not clean or wipe them while they are dry.

Do not use any of the following on lamp covers:

- Abrasive or caustic agents.

- Washer fluids and other cleaning agents in higher concentrations than suggested by the manufacturer.

- Solvents, alcohols, fuels, or other harsh cleaners.

- Ice scrapers or other hard items.

**MJN1242**

- Aftermarket appearance caps or covers while the lamps are illuminated, due to excessive heat generated.

### Caution

Failure to clean lamps properly can cause damage to the lamp cover that would not be covered by the vehicle warranty.

### Caution

Using wax on low gloss black finish stripes can increase the gloss level and create a non-uniform finish. Clean low gloss stripes with soap and water only.

## Air Intakes

Clear debris from the air intakes, between the hood and windshield, when washing the vehicle.

## Windshield and Wiper Blades

Clean the outside of the windshield with glass cleaner.

Clean rubber blades using a lint-free cloth or paper towel soaked with windshield washer fluid or a mild detergent. Wash the windshield thoroughly when cleaning the blades. Bugs, road grime, sap, and a buildup of vehicle wash/wax treatments may cause wiper streaking.

Replace the wiper blades if they are worn or damaged. Damage can be caused by extreme dusty conditions, sand, salt, heat, sun, snow, and ice.

## Weatherstrips

Apply weatherstrip lubricant on weatherstrips to make them last longer, seal better, and not stick or squeak. Lubricate weatherstrips at least once a year. Hot, dry climates may require more frequent application. Black marks from rubber material on painted surfaces can be removed by rubbing with a clean cloth.

## Tires

Use a stiff brush with tire cleaner to clean the tires.

### Caution

Using petroleum-based tire dressing products on the vehicle may damage the paint finish and/or tires. When applying a tire dressing, always wipe off any overspray from all painted surfaces on the vehicle.

## Wheels and Wheel Trim

Use a soft, clean cloth with mild soap and water to clean the wheels. After rinsing thoroughly with clean water, dry with a soft, clean towel. A wax may then be applied.

### Caution

Chrome wheels and chrome wheel trim may be damaged if the vehicle is not washed after driving

(Continued)

**MJN1243**

---

### Caution  (Continued)

on roads that have been sprayed with magnesium chloride or calcium chloride. These are used on roads for conditions such as dust and ice. Always wash the chrome with soap and water after exposure.

---

### Caution

To avoid surface damage on wheels and wheel trim, do not use strong soaps, chemicals, abrasive polishes, cleaners, or brushes. Use only GM approved cleaners. Do not drive the vehicle through an automatic car wash that uses silicon carbide tire/wheel cleaning brushes. Damage could occur and the repairs would not be covered by the vehicle warranty.

---

### Brake System

Visually inspect brake lines and hoses for proper hook-up, binding, leaks, cracks, chafing, etc. Inspect disc brake pads for wear and rotors for surface condition. Inspect drum brake linings/shoes for wear or cracks. Inspect all other brake parts.

### Steering, Suspension, and Chassis Components

Visually inspect steering, suspension, and chassis components for damaged, loose, or missing parts or signs of wear at least once a year.

Inspect power steering for proper attachment, connections, binding, leaks, cracks, chafing, etc.

Visually check constant velocity joint boots and axle seals for leaks.

### Body Component Lubrication

Lubricate all key lock cylinders, hood hinges, liftgate hinges, steel charge port door, and power assist step hinges, unless the components are plastic. Applying silicone grease

on weatherstrips with a clean cloth will make them last longer, seal better, and not stick or squeak.

### Underbody Maintenance

At least twice a year, spring and fall, use plain water to flush any corrosive materials from the underbody. Take care to thoroughly clean any areas where mud and other debris can collect.

### Sheet Metal Damage

If the vehicle is damaged and requires sheet metal repair or replacement, make sure the body repair shop applies anti-corrosion material to parts repaired or replaced to restore corrosion protection.

Original manufacturer replacement parts will provide the corrosion protection while maintaining the vehicle warranty.

### Finish Damage

Quickly repair minor chips and scratches with touch-up materials available from your dealer to avoid

**MJN1244**

corrosion. Larger areas of finish damage can be corrected in your dealer's body and paint shop.

### Chemical Paint Spotting

Airborne pollutants can fall upon and attack painted vehicle surfaces causing blotchy, ring-shaped discolorations, and small, irregular dark spots etched into the paint surface. See "Finish Care" previously in this section.

## Interior Care

To prevent dirt particle abrasions, regularly clean the vehicle's interior. Immediately remove any soils. Newspapers or dark garments can transfer color to the vehicle's interior.

Use a soft bristle brush to remove dust from knobs and crevices on the instrument cluster. Using a mild soap solution, immediately remove hand lotions, sunscreen, and insect repellent from all interior surfaces or permanent damage may result.

Use cleaners specifically designed for the surfaces being cleaned to prevent permanent damage. Apply all cleaners directly to the cleaning cloth. Do not spray cleaners on any switches or controls. Remove cleaners quickly.

Before using cleaners, read and follow all safety instructions on the label. While cleaning the interior, open the doors and windows to get proper ventilation.

To prevent damage, do not clean the interior using the following cleaners or techniques:

- Never use a razor or any other sharp object to remove soil from any interior surface.
- Never use a brush with stiff bristles.
- Never rub any surface aggressively or with too much pressure.
- Do not use laundry detergents or dishwashing soaps with degreasers. For liquid cleaners, use approximately 20 drops per

3.8 L (1 gal) of water. A concentrated soap solution will create streaks and attract dirt. Do not use solutions that contain strong or caustic soap.

- Do not heavily saturate the upholstery when cleaning.
- Do not use solvents or cleaners containing solvents.

### Interior Glass

To clean, use a terry cloth fabric dampened with water. Wipe droplets left behind with a clean dry cloth. If necessary, use a commercial glass cleaner after cleaning with plain water.

| Caution |
|---|
| To prevent scratching, never use abrasive cleaners on automotive glass. Abrasive cleaners or aggressive cleaning may damage the rear window defogger. |

**MJN1245**

Cleaning the windshield with water during the first three to six months of ownership will reduce tendency to fog.

### Speaker Covers

Vacuum around a speaker cover gently, so that the speaker will not be damaged. Clean spots with water and mild soap.

### Coated Moldings

Coated moldings should be cleaned.

- When lightly soiled, wipe with a sponge or soft, lint-free cloth dampened with water.
- When heavily soiled, use warm soapy water.

### Fabric/Carpet/Suede

Start by vacuuming the surface using a soft brush attachment. If a rotating vacuum brush attachment is being used, only use it on the floor carpet. Before cleaning, gently remove as much of the soil as possible:

- Gently blot liquids with a paper towel. Continue blotting until no more soil can be removed.
- For solid soils, remove as much as possible prior to vacuuming.

To clean:

1. Saturate a clean, lint-free colorfast cloth with water. Microfiber cloth is recommended to prevent lint transfer to the fabric or carpet.

2. Remove excess moisture by gently wringing until water does not drip from the cleaning cloth.

3. Start on the outside edge of the soil and gently rub toward the center. Fold the cleaning cloth to a clean area frequently to prevent forcing the soil in to the fabric.

4. Continue gently rubbing the soiled area until there is no longer any color transfer from the soil to the cleaning cloth.

5. If the soil is not completely removed, use a mild soap solution followed only by plain water.

If the soil is not completely removed, it may be necessary to use a commercial upholstery cleaner or spot lifter. Test a small hidden area for colorfastness before using a commercial upholstery cleaner or spot lifter. If ring formation occurs, clean the entire fabric or carpet.

After cleaning, use a paper towel to blot excess moisture.

### Cleaning High Gloss Surfaces and Vehicle Information and Radio Displays

Use a microfiber cloth on high gloss surfaces or vehicle displays. First, use a soft bristle brush to remove dirt that can scratch the surface. Then gently clean by rubbing with a microfiber cloth. Never use window cleaners or solvents. Periodically hand wash the microfiber cloth separately, using mild soap. Do not

**MJN1246**

use bleach or fabric softener. Rinse thoroughly and air dry before next use.

### Caution

Do not attach a device with a suction cup to the display. This may cause damage and would not be covered by the vehicle warranty.

**Instrument Panel, Leather, Vinyl, Other Plastic Surfaces, Low Gloss Paint Surfaces, and Natural Open Pore Wood Surfaces**

Use a soft microfiber cloth dampened with water to remove dust and loose dirt. For a more thorough cleaning, use a soft microfiber cloth dampened with a mild soap solution.

### Caution

Soaking or saturating leather, especially perforated leather, as well as other interior surfaces, may cause permanent damage. Wipe excess moisture from these surfaces after cleaning and allow them to dry naturally. Never use heat, steam, or spot removers. Do not use cleaners that contain silicone or wax-based products. Cleaners containing these solvents can permanently change the appearance and feel of leather or soft trim, and are not recommended.

Do not use cleaners that increase gloss, especially on the instrument panel. Reflected glare can decrease visibility through the windshield under certain conditions.

### Caution

Use of air fresheners may cause permanent damage to plastics and painted surfaces. If an air freshener comes in contact with any plastic or painted surface in the vehicle, blot immediately and clean with a soft cloth dampened with a mild soap solution. Damage caused by air fresheners would not be covered by the vehicle warranty.

**Cargo Cover and Convenience Net**

If equipped, wash with warm water and mild detergent. Do not use chlorine bleach. Rinse with cold water, and then dry completely.

**Care of Seat Belts**

Keep belts clean and dry.

**MJN1247**

### ⚠ Warning

Do not bleach or dye seat belt webbing. It may severely weaken the webbing. In a crash, they might not be able to provide adequate protection. Clean and rinse seat belt webbing only with mild soap and lukewarm water. Allow the webbing to dry.

## Floor Mats

### ⚠ Warning

If a floor mat is the wrong size or is not properly installed, it can interfere with the pedals. Interference with the pedals can cause unintended acceleration and/or increased stopping distance which can cause a crash and injury. Make sure the floor mat does not interfere with the pedals.

Use the following guidelines for proper floor mat usage:

- The original equipment floor mats were designed for your vehicle. If the floor mats need replacing, it is recommended that GM certified floor mats be purchased. Non-GM floor mats may not fit properly and may interfere with the pedals. Always check that the floor mats do not interfere with the pedals.

- Do not use a floor mat if the vehicle is not equipped with a floor mat retainer on the driver side floor.

- Use the floor mat with the correct side up. Do not turn it over.

- Do not place anything on top of the driver side floor mat.

- Use only a single floor mat on the driver side.

- Do not place one floor mat on top of another.

### Removing and Replacing the Floor Mats

Pull up on the rear of the floor mat to unlock each retainer and remove.



Reinstall by lining up the floor mat retainer openings over the carpet retainers and snap into position.

Make sure the floor mat is properly secured in place.

Verify the floor mat does not interfere with the pedals.

**MJN1248**

# Service and Maintenance

## General Information
General Information . . . . . . . . . . 303

## Maintenance Schedule
Maintenance Schedule . . . . . . . 304

## Owner Checks and Services
Owner Checks and
Services . . . . . . . . . . . . . . . . . . . . 307

## Additional Maintenance and Care
Additional Maintenance
and Care . . . . . . . . . . . . . . . . . . . . 307

## Recommended Fluids, Lubricants, and Parts
Recommended Fluids and
Lubricants . . . . . . . . . . . . . . . . . . 310
Maintenance Replacement
Parts . . . . . . . . . . . . . . . . . . . . . . . . 311

## Maintenance Records
Maintenance Records . . . . . . . . 312

# General Information

Your vehicle is an important investment. This section describes the required maintenance for the vehicle. Follow this schedule to help protect against major repair expenses resulting from neglect or inadequate maintenance. It may also help to maintain the value of the vehicle if it is sold. It is the responsibility of the owner to have all required maintenance performed.

Your dealer has trained technicians who can perform required maintenance using genuine replacement parts. They have up-to-date tools and equipment for fast and accurate diagnostics. Many dealers have extended evening and Saturday hours, courtesy transportation, and online scheduling to assist with service needs.

Your dealer recognizes the importance of providing competitively priced maintenance and repair services. With trained technicians, the dealer is the place

for routine maintenance such as tire rotations and additional maintenance items like tires, brakes, batteries, and wiper blades.

| Caution |
|---|
| Damage caused by improper maintenance can lead to costly repairs and may not be covered by the vehicle warranty. Maintenance intervals, checks, inspections, recommended fluids, and lubricants are important to keep the vehicle in good working condition. |
| Do not have chemical flushes that are not approved by GM performed on the vehicle. The use of flushes, solvents, cleaners, or lubricants that are not approved by GM could damage the vehicle, requiring expensive repairs that are not covered by the vehicle warranty. |

**MJN1249**

The Tire Rotation and Required Services are the responsibility of the vehicle owner. It is recommended to have your dealer perform these services every 12 000 km/7,500 mi. Proper vehicle maintenance helps to keep the vehicle in good working condition.

The Additional Required Services are for vehicles that:

- Carry passengers and cargo within recommended limits on the Tire and Loading Information label. See *Vehicle Load Limits* ▷ *180*.

- Are driven on reasonable road surfaces within legal driving limits.

Refer to the information in the Maintenance Schedule Additional Required Services chart.

⚠ **Warning**

Performing maintenance work can be dangerous and can cause serious injury. Perform maintenance work only if the required information, proper tools, and equipment are available. If they are not, see your dealer to have a trained technician do the work. See *Doing Your Own Service Work* ▷ *237*.

# Maintenance Schedule

## Owner Checks and Services

### Once a Month

- Check the tire inflation pressures. See *Tire Pressure* ▷ *266*.

- Inspect the tires for wear. See *Tire Inspection* ▷ *272*.

- Check the windshield washer fluid level. See *Washer Fluid* ▷ *242*.

## Air Conditioning Desiccant (Replace Every Seven Years)

The air conditioning system requires maintenance every seven years. This service requires replacement of the desiccant to help the longevity and efficient operation of the air conditioning system. This service can be complex. See your dealer.

**MJN1250**

**Tire Rotation and Required Services Every 12 000 km/ 7,500 mi**

Rotate the tires, if recommended for the vehicle, and perform the following services. See *Tire Rotation* ⇨ *273*.

- Check coolant level. See *Cooling System* ⇨ *241*.
- Check windshield washer fluid level. See *Washer Fluid* ⇨ *242*.
- Check tire inflation pressures. See *Tire Pressure* ⇨ *266*.
- Inspect tire wear. See *Tire Inspection* ⇨ *272*.
- Visually check for fluid leaks.
- Inspect brake system. See *Exterior Care* ⇨ *294*.
- Visually inspect steering, suspension, and chassis components for damage, including cracks or tears in the rubber boots, loose or missing parts, or signs of wear at least once a year. See *Exterior Care* ⇨ *294*.

- Inspect power steering for proper attachment, connections, binding, leaks, cracks, chafing, etc.
- Visually inspect halfshafts and drive shafts for excessive wear, lubricant leaks, and/or damage including: tube dents or cracks, constant velocity joint or universal joint looseness, cracked or missing boots, loose or missing boot clamps, center bearing excessive looseness, loose or missing fasteners, and axle seal leaks.
- Check restraint system components. See *Safety System Check* ⇨ *45*.
- Lubricate body components. See *Exterior Care* ⇨ *294*.

- Check accelerator pedal for damage, high effort, or binding. Replace if needed.
- Visually inspect gas strut for signs of wear, cracks, or other damage. Check the hold open ability of the strut. If the hold open ability is low, service the gas strut. See *Gas Strut(s)* ⇨ *249*.
- Check tire sealant expiration date, if equipped. See *Tire Sealant and Compressor Kit* ⇨ *280*.

**MJN1251**

| Maintenance Schedule Additional Required Services | 12 000 km/7,500 mi | 24 000 km/15,000 mi | 36 000 km/22,500 mi | 48 000 km/30,000 mi | 60 000 km/37,500 mi | 72 000 km/45,000 mi | 84 000 km/52,500 mi | 96 000 km/60,000 mi | 108 000 km/67,500 mi | 120 000 km/75,000 mi | 132 000 km/82,500 mi | 144 000 km/90,000 mi | 156 000 km/97,500 mi | 168 000 km/105,000 mi | 180 000 km/112,500 mi | 192 000 km/120,000 mi | 204 000 km/127,500 mi | 216 000 km/135,000 mi | 228 000 km/142,500 mi | 240 000 km/150,000 mi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rotate tires and perform Required Services. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace passenger compartment air filter. (1) | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | |
| Drain and fill vehicle coolant circuits. (2) | | | | | | | | | | | | | | | | | | | | ✓ |
| Replace brake fluid. (3) | | | | | | | | | | | | | | | | | | | | |
| Replace windshield wiper blades. (4) | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| Replace hood and/or body lift support gas struts. (5) | | | | | | | | | | ✓ | | | | | | | | | | ✓ |
| Replace air conditioning desiccant. (6) | | | | | | | | | | | | | | | | | | | | |

## Footnotes — Maintenance Schedule Additional Required Services

**(1)** Or every two years, whichever comes first. More frequent passenger compartment air filter replacement may be needed if driving in areas with heavy traffic, poor air quality, high dust levels, or environmental allergens. Passenger compartment air filter replacement may also be needed if there is reduced airflow, window fogging, or odors. Your GM dealer can help determine when to replace the filter.

**(2)** Or every five years, whichever comes first. See *Cooling System* ⇨ 241.

**(3)** Replace brake fluid every five years. See *Brake Fluid* ⇨ 244.

**(4)** Or every 12 months, whichever comes first. See *Wiper Blade Replacement* ⇨ 247.

**(5)** Or every 10 years, whichever comes first. See *Gas Strut(s)* ⇨ 249.

**(6)** Replace air conditioning desiccant every seven years.

**MJN1252**

## Owner Checks and Services

- At least twice a year, have underbody flushing service performed. See "Underbody Maintenance" in *Exterior Care* ⇨ *294*.

## Additional Maintenance and Care

Your vehicle is an important investment and caring for it properly may help to avoid future costly repairs. To maintain vehicle performance, additional maintenance services may be required. It is recommended that your dealer perform these services — their trained dealer technicians know your vehicle best. Your dealer can also perform a thorough assessment with a multi-point inspection to recommend when your vehicle may need attention. The following list is intended to explain the services and conditions to look for that may indicate services are required.

### Battery

The battery supplies power to operate any additional electrical accessories.

- To avoid break-down or failure, maintain a battery with full power.
- Trained dealer technicians have the diagnostic equipment to test the battery and ensure that the connections and cables are corrosion-free.

### Brakes

Brakes stop the vehicle and are crucial to safe driving.

- Signs of brake wear may include chirping, grinding, or squealing noises, or difficulty stopping.
- Trained dealer technicians have access to tools and equipment to inspect the brakes and recommend quality parts engineered for the vehicle.

**MJN1253**

**Fluids**

Proper fluid levels and approved fluids protect the vehicle's systems and components. See *Recommended Fluids and Lubricants* ⇨ *310* for GM approved fluids.

- Keep the windshield washer fluid reservoir filled.
- Instrument cluster lights may come on to indicate that fluids may be low and need to be filled.

**Hoses**

Hoses transport fluids and should be regularly inspected to ensure that there are no cracks or leaks. With a multi-point inspection, your dealer can inspect the hoses and advise if replacement is needed.

**Lamps**

Properly working headlamps, taillamps, and brake lamps are important to see and be seen on the road.

- Signs that the headlamps need attention include dimming, failure to light, cracking, or damage. The brake lamps need to be checked periodically to ensure that they light when braking.
- With a multi-point inspection, your dealer can check the lamps and note any concerns.

**Shocks and Struts**

Shocks and struts help aid in control for a smoother ride.

- Signs of wear may include steering wheel vibration, bounce/ sway while braking, longer stopping distance, or uneven tire wear.
- As part of the multi-point inspection, trained dealer technicians can visually inspect the shocks and struts for signs of leaking, blown seals, or damage, and can advise when service is needed.

**Tires**

Tires need to be properly inflated, rotated, and balanced. Maintaining the tires can save money and reduce the risk of tire failure.

- Signs that the tires need to be replaced include three or more visible treadwear indicators; cord or fabric showing through the rubber; cracks or cuts in the tread or sidewall; or a bulge or split in the tire.
- Trained dealer technicians can inspect and recommend the right tires. Your dealer can also provide tire/wheel balancing services to ensure smooth vehicle operation at all speeds. Your dealer sells and services name brand tires.

**MJN1254**

### Vehicle Care

To help keep the vehicle looking like new, vehicle care products are available from your dealer. For information on how to clean and protect the vehicle's interior and exterior, see *Interior Care* ⇨ *299* and *Exterior Care* ⇨ *294*.

### Wheel Alignment

Wheel alignment is critical for ensuring that the tires deliver optimal wear and performance.

- Signs that the alignment may need to be adjusted include pulling, improper vehicle handling, or unusual tire wear.

- Your dealer has the required equipment to ensure proper wheel alignment.

### Windshield

For safety, appearance, and the best viewing, keep the windshield clean and clear.

- Signs of damage include scratches, cracks, and chips.

- Trained dealer technicians can inspect the windshield and recommend proper replacement if needed.

### Wiper Blades

Wiper blades need to be cleaned and kept in good condition to provide a clear view.

- Signs of wear include streaking, skipping across the windshield, and worn or split rubber.

- Trained dealer technicians can check the wiper blades and replace them when needed.

**MJN1255**

# Recommended Fluids, Lubricants, and Parts

## Recommended Fluids and Lubricants

| Usage | Fluid/Lubricant |
|---|---|
| Electric Drive Unit | See your dealer. |
| Hydraulic Brake System | DOT 3 Hydraulic Brake Fluid (GM Part No. 19353126, in Canada 19353127). |
| Key Lock Cylinders, Hood and Liftgate Hinges | Multi-Purpose Lubricant, Superlube (GM Part No. 12346241, in Canada 10953474). |
| Vehicle Coolant Circuits | Use Only Premix DEX-COOL Coolant (GM Part No. 12378390, in Canada 10953456). See *Cooling System* ⇨ *241*. |
| Weatherstrip Conditioning | Weatherstrip lubricant (GM Part No. 3634770, in Canada 10953518) or equivalent. |
| Windshield Washer | Automotive windshield washer fluid that meets regional freeze protection requirements. |

**MJN1256**

## Maintenance Replacement Parts

Replacement parts identified below by name, part number, or specification can be obtained from your dealer.

| Part | GM Part Number | ACDelco Part Number |
|---|---|---|
| Passenger Compartment Air Filter | 13508023 | CF185 |
| Wiper Blades | | |
| Driver Side – 68 cm (26.8 in) | 42341754 | — |
| Passenger Side – 68 cm (26.8 in) | 42341756 | — |
| Rear – 30 cm (11.8 in) | 84215609 | — |

**MJN1257**

# Maintenance Records

After the scheduled services are performed, record the date, odometer reading, who performed the service, and the type of services performed in the boxes provided. Retain all maintenance receipts.

| Date | Odometer Reading | Serviced By | Services Performed |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**MJN1258**

# Technical Data

**Vehicle Identification**
Vehicle Identification
Number (VIN) .............. 313
Service Parts Identification ... 313

**Vehicle Data**
Capacities and
Specifications .............. 314

# Vehicle Identification

## Vehicle Identification Number (VIN)



This legal identifier is in the front corner of the instrument panel, on the driver side of the vehicle. It can be seen through the windshield from outside. The Vehicle Identification Number (VIN) also appears on the Vehicle Certification and Service Parts labels and certificates of title and registration.

### Engine Identification

The eighth character in the VIN is the engine code. This code identifies the vehicle's engine, specifications, and replacement

parts. See "Engine Specifications" under *Capacities and Specifications* ⇨ *314* for the vehicle's engine code.

## Service Parts Identification

There may be a large barcode on the certification label on the center pillar that you can scan for the following information:

- Vehicle Identification Number (VIN)
- Model designation
- Paint information
- Production options

If there is not a large barcode on this label, then you will find this same information on a label inside of the trunk.

**MJN1259**

# Vehicle Data

## Capacities and Specifications

The following approximate capacities are given in metric and English conversions.

Refer to *Recommended Fluids and Lubricants* ⇨ *310* for more information.

| Application | Capacities | |
|---|---|---|
| | **Metric** | **English** |
| Air Conditioning Refrigerant | For the air conditioning system refrigerant charge type and amount, see the refrigerant label under the hood. See your dealer for more information. | |
| Cooling Systems* | | |
| High Voltage Battery | 7.0 L | 7.4 qt |
| Power Electronics | 3.8 L | 4.0 qt |
| Heater | 2.0 L | 2.1 qt |
| Wheel Nut Torque | 140 N•m | 100 lb ft |
| All capacities are approximate. When adding, be sure to fill to the approximate level, as recommended in this manual. Recheck fluid level after filling. | | |
| *Cooling systems capacity values are based on the individual cooling system and its components. | | |

**MJN1260**

# Customer Information

## Customer Information

Customer Satisfaction
Procedure . . . . . . . . . . . . . . . . . . 315
Customer Assistance
Offices . . . . . . . . . . . . . . . . . . . . . 317
Customer Assistance for Text
Telephone (TTY) Users . . . . . 318
Online Owner Center . . . . . . . . . 318
GM Mobility Reimbursement
Program . . . . . . . . . . . . . . . . . . . 319
Roadside Assistance
Program . . . . . . . . . . . . . . . . . . . 319
Scheduling Service
Appointments . . . . . . . . . . . . . . 321
Courtesy Transportation
Program . . . . . . . . . . . . . . . . . . . 321
Collision Damage Repair . . . . . 322
Publication Ordering
Information . . . . . . . . . . . . . . . . . 324
Radio Frequency
Statement . . . . . . . . . . . . . . . . . . 325

## Reporting Safety Defects

Reporting Safety Defects to
the United States
Government . . . . . . . . . . . . . . . . 325
Reporting Safety Defects to
the Canadian
Government . . . . . . . . . . . . . . . . 326
Reporting Safety Defects to
General Motors . . . . . . . . . . . . . 326

## Vehicle Data Recording and Privacy

Vehicle Data Recording and
Privacy . . . . . . . . . . . . . . . . . . . . . 327
Cybersecurity . . . . . . . . . . . . . . . . 327
Event Data Recorders . . . . . . . . 327
OnStar . . . . . . . . . . . . . . . . . . . . . . 328

# Customer Information

## Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of the vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE :** Discuss your concern with a member of dealership management. Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, contact the owner of your dealership or the general manager.

**STEP TWO :** If after contacting a member of dealership management, it appears your concern cannot be

# MJN1261

resolved by your dealership without further help, in the U.S., call the Chevrolet Customer Assistance Center at 1-877-486-5846. In Canada, call General Motors of Canada Customer Care Centre at 1-800-263-3777 (English), or 1-800-263-7854 (French).

We encourage you to call the toll-free number in order to give the inquiry prompt attention. Have the following information available to give the Customer Assistance representative:

- Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate at the top left of the instrument panel and visible through the windshield.
- Dealership name and location.
- Vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest following Step One first.

**STEP THREE — U.S. Owners :** Both General Motors and your dealer are committed to making sure you are completely satisfied with the new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce your rights.

The BBB Auto Line Program is an out-of-court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

You may contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600 , Arlington, VA 22201
Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. General Motors reserves the right to change eligibility limitations and/or discontinue its participation in this program.

**MJN1262**

**STEP THREE — Canadian Owners :** In the event that you do not feel your concerns have been addressed after following the procedure outlined in Steps One and Two, General Motors of Canada Company wants you to be aware of its participation in a no-charge Mediation/Arbitration Program. General Motors of Canada Company has committed to binding arbitration of owner disputes involving factory-related vehicle service claims. The program provides for the review of the facts involved by an impartial third party arbiter, and may include an informal hearing before the arbiter. The program is designed so that the entire dispute settlement process, from the time you file your complaint to the final decision, should be completed in about 70 days. We believe our impartial program offers advantages over courts in most jurisdictions because it is informal, quick, and free of charge.

For further information concerning eligibility in the Canadian Motor Vehicle Arbitration Plan (CAMVAP), call toll-free 1-800-207-0685, or call the General Motors Customer Care Centre, 1-800-263-3777 (English), 1-800-263-7854 (French), or write to:

The Mediation/Arbitration Program
c/o Customer Care Centre
General Motors of Canada
Company
Mail Code: CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7

The inquiry should be accompanied by the Vehicle Identification Number (VIN).

# Customer Assistance Offices

Chevrolet encourages customers to call the toll-free number for assistance. However, if a customer wishes to write or e-mail Chevrolet, the letter should be addressed to:

## United States and Puerto Rico

Chevrolet Motor Division
Chevrolet Customer Assistance
Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-877-486-5846
1-800-833-2438 (For Text
Telephone Devices (TTYs))
Roadside Assistance:
1-888-811-1926

From U.S. Virgin Islands:

1-800-496-9994

**MJN1263**

## Canada

General Motors of Canada
Company
Customer Care Centre, Mail Code:
CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text
Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

## Overseas

Please contact the local General
Motors Business Unit.

## Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf,
hard of hearing, or speech-impaired
and who use Text Telephones
(TTYs), Chevrolet has TTY
equipment available at its Customer
Assistance Center. Any TTY user in

the U.S. can communicate with
Chevrolet by dialing:
1-800-833-2438. TTY users in
Canada can dial 1-800-263-3830.

## Online Owner Center

### Online Owner Experience (U.S.) my.chevrolet.com

The Chevrolet online owner
experience allows access to videos,
articles, and vehicle health specific
to your Chevrolet as well as your
OnStar Account information all in
one place.

### Membership Benefits

🚗 : Download owner's manuals
and view vehicle-specific how-to
videos.

🔧 : View maintenance schedules,
alerts, and Vehicle Diagnostic
Information. Schedule service
appointments.

📄 : View and print dealer-recorded
service records and self-recorded
service records.

◈ : Select a preferred dealer and
view locations, maps, phone
numbers, and hours.

◉ : Track your vehicle's warranty
information.

🏳 : View active recalls by Vehicle
Identification Number (VIN). See
*Vehicle Identification Number (VIN)*
▷ *313*.

🛒 : Compare and shop for
Chevrolet and OnStar plans and
Services. View GM Card and
SiriusXM information (if equipped).

💬 : Chat with online help
representatives.

See my.chevrolet.com to register
your vehicle.

### Chevrolet Owner Centre (Canada) mychevrolet.ca

Visit the Chevrolet Owner Centre at
mychevrolet.ca (English) or
my.chevrolet.ca (French) to access
similar benefits to the U.S. site.

**MJN1264**

## GM Mobility Reimbursement Program



This program is available to qualified applicants for cost reimbursement, up to certain limits, of eligible aftermarket adaptive equipment required for the vehicle, such as hand controls or a wheelchair/scooter lift for the vehicle.

To learn about the GM Mobility program, see www.gmmobility.com or call the GM Mobility Assistance Center at 1-800-323-9935. Text Telephone (TTY) users, call 1-800-833-9935.

General Motors of Canada also has a Mobility program. See www.gm.ca or call 1-800-GM-DRIVE (800-463-7483) for details. TTY users call 1-800-263-3830.

## Roadside Assistance Program

From the U.S., call 1-888-811-1926; Text Telephone (TTY): 1-888-889-2438.

From Canada, call 1-800-268-6800.

Service is available 24 hours a day, 365 days a year.

### Calling for Assistance

When calling Roadside Assistance, have the following information ready:

- Your name, home address, and home telephone number.
- Telephone number of your location.
- Location of the vehicle.
- Model, year, color, and license plate number of the vehicle.
- Odometer reading, Vehicle Identification Number (VIN), and delivery date of the vehicle.
- Description of the problem.

### Coverage

Services are provided for the duration of the vehicle's powertrain warranty.

In the U.S., anyone driving the vehicle is covered. In Canada, a person driving the vehicle without permission from the owner is not covered.

Roadside Assistance is not a part of the New Vehicle Limited Warranty. General Motors North America and Chevrolet reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

General Motors North America and Chevrolet reserve the right to limit services or payment to an owner or driver if they decide the claims are made too often, or the same type of claim is made many times.

### Services Provided

- **Lock-Out Service:** Service to unlock the vehicle if you are locked out. A remote unlock may be available if you have OnStar.

**MJN1265**

For security reasons, the driver must present identification before this service is given.

- **Emergency Tow from a Public Road or Highway:** Tow to the nearest certified Bolt EV dealer for warranty service, or if the vehicle was in a crash and cannot be driven. Assistance is not given when the vehicle is stuck in the sand, mud, or snow.

  Emergency towing may be covered during the Extended Vehicle (EV) warranty.

- **Flat Tire Change:** If the tire has been separated from the wheel, has damaged sidewalls, or has a large puncture, the tire is too severely damaged for the self sealing tire to be effective and the vehicle will have to be towed. It is the owner's responsibility for the repair or replacement of the tire if it is not covered by the warranty.

- **Battery Jump Start:** Service to jump start a dead battery.

- **Trip Interruption Benefits and Assistance:** If your trip is interrupted due to a warranty event, incidental expenses may be reimbursed within the Powertrain warranty period. Items considered are reasonable and customary hotel, meals, rental car, or a vehicle being delivered back to the customer, up to 500 miles.

### Services Not Included in Roadside Assistance

- Impound towing caused by violation of any laws.

- Legal fines.

- Mounting, dismounting, or changing of snow tires, chains, or other traction devices.

Service is not provided if a vehicle is in an area that is not accessible to the service vehicle or is not a regularly traveled or maintained public road, which includes ice and winter roads. Off-road use is not covered.

### Services Specific to Canadian Vehicles

- **Lock-Out Service:** Vehicle registration is required.

- **Trip Interruption Benefits and Assistance:** Must be over 150 km (93 mi) from where the trip was started to qualify. Pre-authorization, original detailed receipts, and a copy of the repair orders are required. Once authorization has been received, the Roadside Assistance advisor will help to make arrangements and explain how to receive payment.

- **Alternative Service:** If assistance cannot be provided right away, the Roadside Assistance advisor may give permission to get local emergency road service. You will receive payment, up to $100, after sending the original receipt to Roadside Assistance. Mechanical failures may be covered, however any cost for

**MJN1266**

parts and labor for repairs not covered by the warranty are the owner's responsibility.

## Scheduling Service Appointments

When the vehicle requires warranty service, contact your dealer and request an appointment. By scheduling a service appointment and advising the service consultant of your transportation needs, your dealer can help minimize your inconvenience.

If the vehicle cannot be scheduled into the service department immediately, keep driving it until it can be scheduled for service, unless, of course, the problem is safety related. If it is, please call your dealership, let them know this, and ask for instructions.

If your dealer requests you to bring the vehicle for service, you are urged to do so as early in the work day as possible to allow for same-day repair.

## Courtesy Transportation Program

To enhance your ownership experience, we and our participating dealers are proud to offer Courtesy Transportation, a customer support program for vehicles with the Bumper-to-Bumper (Base Warranty Coverage period in Canada), extended powertrain, and/or hybrid-specific warranties in both the U.S. and Canada.

Several Courtesy Transportation options are available to assist in reducing inconvenience when warranty repairs are required.

Courtesy Transportation is not a part of the New Vehicle Limited Warranty. A separate booklet entitled "Limited Warranty and Owner Assistance Information" furnished with each new vehicle provides detailed warranty coverage information.

### Transportation Options

Warranty service can generally be completed while you wait. However, if you are unable to do so, your dealer may offer the following transportation options:

**Shuttle Service**

This includes one-way or round-trip shuttle service within reasonable time and distance parameters of your dealer's area.

**Public Transportation or Fuel Reimbursement**

If overnight warranty repairs are needed, and public transportation is used, the expense must be supported by original receipts and within the maximum amount allowed by GM. If U.S. customers arrange their own transportation, limited reimbursement for reasonable fuel expenses may be available. Claim amounts should reflect actual costs and be supported by original receipts. See your dealer for information.

# MJN1267

### Courtesy Rental Vehicle

For an overnight warranty repair, the dealer may provide an available courtesy rental vehicle or provide for reimbursement of a rental vehicle. Reimbursement is limited and must be supported by original receipts as well as a signed and completed rental agreement and meet state/provincial, local, and rental vehicle provider requirements. Requirements vary and may include minimum age requirements, insurance coverage, credit card, etc. Additional fees such as fuel, rental vehicle insurance, taxes, levies, usage fees, excessive mileage, or rental usage beyond the completion of the repair are also your responsibility.

It may not be possible to provide a like vehicle as a courtesy rental.

### Additional Program Information

All program options, such as shuttle service, may not be available at every dealer. Contact your dealer for specific availability.

General Motors reserves the right to unilaterally modify, change, or discontinue Courtesy Transportation at any time and to resolve all questions of claim eligibility pursuant to the terms and conditions described herein at its sole discretion.

## Collision Damage Repair

If the vehicle is involved in a collision and it is damaged, have the damage repaired by a qualified technician using the proper equipment and quality replacement parts. Poorly performed collision repairs diminish the vehicle resale value, and safety performance can be compromised in subsequent collisions.

### Collision Parts

Genuine GM Collision parts are new parts made with the same materials and construction methods as the parts with which the vehicle was originally built. Genuine GM Collision parts are the best choice to ensure that the vehicle's designed

appearance, durability, and safety are preserved. The use of Genuine GM parts can help maintain the GM New Vehicle Limited Warranty.

Recycled original equipment parts may also be used for repair. These parts are typically removed from vehicles that were total losses in prior crashes. In most cases, the parts being recycled are from undamaged sections of the vehicle. A recycled original equipment GM part may be an acceptable choice to maintain the vehicle's originally designed appearance and safety performance; however, the history of these parts is not known. Such parts are not covered by the GM New Vehicle Limited Warranty, and any related failures are not covered by that warranty.

Aftermarket collision parts are also available. These are made by companies other than GM and may not have been tested for the vehicle. As a result, these parts may fit poorly, exhibit premature durability/corrosion problems, and may not perform properly in subsequent

**MJN1268**

collisions. Aftermarket parts are not covered by the GM New Vehicle Limited Warranty, and any vehicle failure related to such parts is not covered by that warranty.

### Repair Facility

GM also recommends that you choose a collision repair facility that meets your needs before you ever need collision repairs. Your dealer may have a collision repair center with GM-trained technicians and state-of-the-art equipment, or be able to recommend a collision repair center that has GM-trained technicians and comparable equipment.

### Insuring the Vehicle

Protect your investment in the GM vehicle with comprehensive and collision insurance coverage. There are significant differences in the quality of coverage afforded by various insurance policy terms. Many insurance policies provide reduced protection to the GM vehicle by limiting compensation for damage repairs by using

aftermarket collision parts. Some insurance companies will not specify aftermarket collision parts. When purchasing insurance, we recommend that you ensure that the vehicle will be repaired with GM original equipment collision parts. If such insurance coverage is not available from your current insurance carrier, consider switching to another insurance carrier.

If the vehicle is leased, the leasing company may require you to have insurance that ensures repairs with Genuine GM Original Equipment Manufacturer (OEM) parts or Genuine Manufacturer replacement parts. Read the lease carefully, as you may be charged at the end of the lease for poor quality repairs.

### If a Crash Occurs

If there has been an injury, call emergency services for help. Do not leave the scene of a crash until all matters have been taken care of. Move the vehicle only if its position

puts you in danger, or you are instructed to move it by a police officer.

Give only the necessary information to police and other parties involved in the crash.

For emergency towing see *Roadside Assistance Program* ⇨ *319*.

Gather the following information:

- Driver name, address, and telephone number
- Driver license number
- Owner name, address, and telephone number
- Vehicle license plate number
- Vehicle make, model, and model year
- Vehicle Identification Number (VIN)
- Insurance company and policy number
- General description of the damage to the other vehicle

**MJN1269**

Choose a reputable repair facility that uses quality replacement parts. See "Collision Parts" earlier in this section.

In a crash, the sensing system may shut down the high voltage system. See *Battery - North America* ⇨ *245* for important safety information. If an airbag has inflated, see *What Will You See after an Airbag Inflates?* ⇨ *52*.

If the vehicle is damaged from a crash, flood, fire, or other event it may be necessary to have the vehicle inspected. See *Battery - North America* ⇨ *245* for important safety information.

### Managing the Vehicle Damage Repair Process

In the event that the vehicle requires damage repairs, GM recommends that you take an active role in its repair. If you have a pre-determined repair facility of choice, take the vehicle there, or have it towed there. Specify to the facility that any required replacement collision parts be original equipment parts, either

new Genuine GM parts or recycled original GM parts. Remember, recycled parts will not be covered by the GM vehicle warranty.

Insurance pays the bill for the repair, but you must live with the repair. Depending on your policy limits, your insurance company may initially value the repair using aftermarket parts. Discuss this with the repair professional, and insist on Genuine GM parts. Remember, if the vehicle is leased, you may be obligated to have the vehicle repaired with Genuine GM parts, even if your insurance coverage does not pay the full cost.

If another party's insurance company is paying for the repairs, you are not obligated to accept a repair valuation based on that insurance company's collision policy repair limits, as you have no contractual limits with that company. In such cases, you can have control of the repair and parts choices as long as the cost stays within reasonable limits.

## Publication Ordering Information

### Service Manuals

Service manuals have the diagnosis and repair information on the engine, transmission, axle, suspension, brakes, electrical system, steering system, body, etc.

### Customer Literature

Owner's manuals are written specifically for owners and are intended to provide basic operational information about the vehicle. The owner's manual includes the Maintenance Schedule for all models.

Customer literature publications available for purchase include owner's manuals, warranty manuals, infotainment manuals, and portfolios. Portfolios include an owner's manual, warranty manual, infotainment manual, if applicable, and zip lock bag or pouch.

**MJN1270**

### Current and Past Models

Service manuals and customer literature are available for many current and past model year GM vehicles.

To order, call 1-800-551-4123 Monday–Friday, 8:00 a.m.–6:00 p.m. eastern time

For credit card orders only (VISA, MasterCard, or Discover), see Helm, Inc. at: www.helminc.com.

To order by mail, write to:

Helm, Incorporated
Attention: Customer Service
47911 Halyard Drive
Plymouth, MI 48170

Make checks payable in U.S. funds.

## Radio Frequency Statement

This vehicle has systems that operate on a radio frequency that complies with Part 15/Part 18 of the Federal Communications Commission (FCC) rules and with Innovation, Science and Economic Development (ISED) Canada's RSP-100 / ICES-GEN.

Operation is subject to the following two conditions:

1. The device may not cause harmful interference.
2. The device must accept any interference received, including interference that may cause undesired operation of the device.

Changes or modifications to any of these systems by other than an authorized service facility could void authorization to use this equipment.

# Reporting Safety Defects

## Reporting Safety Defects to the United States Government

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying General Motors.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or General Motors.

**MJN1271**

To contact NHTSA, you may call the Vehicle Safety Hotline toll-free at 1-888-327-4236 (TTY: 1-800-424-9153); go to *http://www.safercar.gov;* or write to:

Administrator, NHTSA
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

You can also obtain other information about motor vehicle safety from *http://www.safercar.gov.*

## Reporting Safety Defects to the Canadian Government

If you live in Canada, and you believe that the vehicle has a safety defect, notify Transport Canada immediately, and notify General Motors of Canada Company. Call Transport Canada at 1-800-333-0510; go to:

www.tc.gc.ca/recalls (English)

www.tc.gc.ca/rappels (French)

or write to:

Transport Canada
Motor Vehicle Safety Directorate
Defect Investigations and
Recalls Division
80 Noel Street
Gatineau, QC J8Z 0A1

## Reporting Safety Defects to General Motors

In addition to notifying NHTSA (or Transport Canada) in a situation like this, notify General Motors.

In the U.S., call 1-800-222-1020, or write:

Chevrolet Motor Division
Chevrolet Customer Assistance
Center
P.O. Box 33170
Detroit, MI 48232-5170

In Canada, call 1-800-263-3777 (English) or 1-800-263-7854 (French), or write:

General Motors of Canada
Company
Customer Care Centre, Mail Code:
CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7

In Mexico, call 01-800-466-0811 or 01-800-508-0000.

In other Central America and Caribbean Countries, call 52-722-236-0680.

**MJN1272**

# Vehicle Data Recording and Privacy

The vehicle has a number of computers that record information about the vehicle's performance and how it is driven or used. For example, the vehicle uses computer modules to monitor and control electric drive unit performance, to monitor the conditions for airbag deployment and to deploy them in a crash, and, if equipped, to provide antilock braking to help the driver control the vehicle. These modules may store data to help the dealer technician service the vehicle or to help GM improve safety or features. Some modules may also store data about how the vehicle is operated, such as rate of energy consumption or average speed. These modules may retain personal preferences, such as radio presets, seat positions, and temperature settings.

# Cybersecurity

GM collects information about the use of your vehicle including operational and safety related information. We collect this information to provide, evaluate, improve, and troubleshoot our products and services and to develop new products and services. The protection of vehicle electronics systems and customer data from unauthorized outside electronic access or control is important to GM. GM maintains appropriate security standards, practices, guidelines and controls aimed at defending the vehicle and the vehicle service ecosystem against unauthorized electronic access, detecting possible malicious activity in related networks, and responding to suspected cybersecurity incidents in a timely, coordinated and effective manner. Security incidents could impact your safety or compromise your private data. To minimize security risks, please do not connect your vehicle electronic systems to unauthorized devices or connect your vehicle to any unknown or untrusted networks (such as Bluetooth, WIFI or similar technology). In the event you suspect any security incident impacting your data or the safe operation of your vehicle, please stop operating your vehicle and contact your dealer.

# Event Data Recorders

This vehicle is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, such as an air bag deployment or hitting a road obstacle, data that will assist in understanding how a vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less. The EDR in this vehicle is designed to record such data as:

- How various systems in your vehicle were operating;

**MJN1273**

- Whether or not the driver and passenger safety belts were buckled/fastened;

- How far (if at all) the driver was depressing the accelerator and/or brake pedal; and,

- How fast the vehicle was traveling.

These data can help provide a better understanding of the circumstances in which crashes and injuries occur.

**Note**

EDR data are recorded by your vehicle only if a non-trivial crash situation occurs; no data are recorded by the EDR under normal driving conditions and no personal data (e.g., name, gender, age, and crash location) are recorded. However, other parties, such as law enforcement, could combine the EDR data with the type of personally identifying data routinely acquired during a crash investigation.

To read data recorded by an EDR, special equipment is required, and access to the vehicle or the EDR is needed. In addition to the vehicle manufacturer, other parties, such as law enforcement, that have the special equipment, can read the information if they have access to the vehicle or the EDR.

GM will not access these data or share it with others except: with the consent of the vehicle owner or, if the vehicle is leased, with the consent of the lessee; in response to an official request by police or similar government office; as part of GM's defense of litigation through the discovery process; or, as required by law. Data that GM collects or receives may also be used for GM research needs or may be made available to others for research purposes, where a need is shown and the data is not tied to a specific vehicle or vehicle owner.

## OnStar

If the vehicle is equipped with OnStar and has an active service plan, additional data may be collected and transmitted through the OnStar system. This includes information about the vehicle's operation; collisions involving the vehicle; the use of the vehicle and its features, including infotainment; and the location and approximate GPS speed of the vehicle. Refer to the OnStar Terms and Conditions and Privacy Statement on the OnStar website.

See *OnStar Additional Information* ⇨ *331*.

**MJN1274**

# OnStar

## OnStar Overview
OnStar Overview . . . . . . . . . . . . . 329

## OnStar Services
Emergency . . . . . . . . . . . . . . . . . . . 330
Security . . . . . . . . . . . . . . . . . . . . . . 331

## OnStar Additional Information
OnStar Additional
  Information . . . . . . . . . . . . . . . . . 331

# OnStar Overview

  

 Voice Command Button

 Blue OnStar Button

 Red Emergency Button

This vehicle may be equipped with a comprehensive, in-vehicle system that can connect to an OnStar Advisor for Emergency, Security, Navigation, Connections, and Diagnostics Services. OnStar services may require a paid service plan and data plan. OnStar requires the vehicle battery and electrical system, cellular service, and GPS satellite signals to be available and operating. OnStar acts as a link to existing emergency service providers. OnStar may collect information about you and your vehicle, including location information. See OnStar User Terms, Privacy Statement, and Software Terms for more details including system limitations at www.onstar.com (U.S.) or www.onstar.ca (Canada).

The OnStar system status light is next to the OnStar buttons. If the status light is:

- Solid Green: System is ready.
- Flashing Green: On a call.
- Red: Indicates a problem.
- Off: System is off. Press  twice to speak with an OnStar Advisor.

Press  or call 1-888-4ONSTAR (1-888-466-7827) to speak to an Advisor.

Functionality of the Voice Command button may vary by vehicle and region.

**MJN1275**

Press ⬤ to:

- Open the OnStar app on the infotainment display. See the infotainment manual for information on how to use the OnStar app.

Or

- Give OnStar Turn-by-Turn Navigation voice commands.
- Obtain and customize the Wi-Fi hotspot name or SSID and password, if equipped.

Press ⬤ to connect to an Advisor to:

- Verify account information or update contact information.
- Get driving directions.

- Receive a Diagnostic check of the vehicle's key operating systems.
- Receive Roadside Assistance.
- Manage Wi-Fi Settings, if equipped.

Press ⬤ to get a priority connection to an OnStar Advisor available 24/7 to:

- Get help for an emergency.
- Be a Good Samaritan or respond to an AMBER Alert.
- Get assistance in severe weather or other crisis situations and find evacuation routes.

# OnStar Services

## Emergency

Emergency Services require an active safety and security plan. With Automatic Crash Response, built-in sensors can automatically alert a specially trained OnStar Advisor who is immediately connected in to the vehicle to help.

Press ⬤ for a priority connection to an OnStar Advisor who can contact emergency service providers, direct them to your exact location, and relay important information.

With OnStar Crisis Assist, specially trained Advisors are available 24 hours a day, 7 days a week, to provide a central point of contact, assistance, and information during a crisis.

With Roadside Assistance, Advisors can locate a nearby service provider to help with a flat tire, a battery jump, or an empty gas tank.

**MJN1276**

## Security

If equipped, OnStar provides these services:

- With Stolen Vehicle Assistance, OnStar Advisors can use GPS to pinpoint the vehicle and help authorities quickly recover it.

- With Remote Ignition Block, if equipped, OnStar can block the vehicle from being restarted.

- With Stolen Vehicle Slowdown, if equipped, OnStar can work with law enforcement to gradually slow the vehicle down.

### Theft Alarm Notification

If equipped, if the doors are locked and the vehicle alarm sounds, a notification by text, e-mail, or phone call will be sent. If the vehicle is stolen, an OnStar Advisor can work with authorities to recover the vehicle.

# OnStar Additional Information

### In-Vehicle Audio Messages

Audio messages may play important information at the following times:

- Prior to vehicle purchase. Press ⓞ to set up an account.

- After change in ownership and at 90 days.

### Transferring Service

Press ⓞ to request account transfer eligibility information. The Advisor can cancel or change account information.

### Selling/Transferring the Vehicle

Call 1-888-4ONSTAR (1-888-466-7827) immediately to terminate your OnStar or connected services if the vehicle is disposed of, sold, transferred, or if the lease ends.

### Reactivation for Subsequent Owners

Press ⓞ and follow the prompts to speak to an Advisor as soon as possible. The Advisor will update vehicle records and explain OnStar or connected service options.

### How OnStar Service Works

Automatic Crash Response, Emergency Services, Crisis Assist, Stolen Vehicle Assistance, Remote Services, and Roadside Assistance are available on most vehicles. Not all OnStar services are available everywhere or on all vehicles. For more information, a full description of OnStar services, system limitations, and OnStar User Terms, Privacy Statement, and Software Terms:

- Call 1-888-4ONSTAR (1-888-466-7827).

- See www.onstar.com (U.S.).

- See www.onstar.ca (Canada).

- Call TTY 1-877-248-2080.

**MJN1277**

- Press ☺ to speak with an Advisor.

OnStar or connected services cannot work unless the vehicle is in a place where OnStar has an agreement with a wireless service provider for service in that area. The wireless service provider must also have coverage, network capacity, reception, and technology compatible with OnStar or connected services. Service involving location information about the vehicle cannot work unless GPS signals are available, unobstructed, and compatible with the OnStar hardware. OnStar or connected services may not work if the OnStar equipment is not properly installed or it has not been properly maintained. If equipment or software is added, connected, or modified, OnStar or connected services may not work. Other problems beyond the control of OnStar — such as hills, tall buildings, tunnels, weather, electrical system design and architecture of the vehicle, damage

to the vehicle in a crash, or wireless phone network congestion or jamming — may prevent service.

See *Radio Frequency Statement* ⇨ *325*.

## Services for People with Disabilities

Advisors provide services to help with physical disabilities and medical conditions.

Press ☺ to help:

- Locate a gas station with an attendant to pump gas.

- Find a hotel, restaurant, etc., that meets accessibility needs.

- Provide directions to the closest hospital or pharmacy in urgent situations.

## TTY Users

OnStar has the ability to communicate to deaf, hard-of-hearing, or speech-impaired customers while in the vehicle. The available dealer-installed TTY system can provide in-vehicle

access to all OnStar services, except Virtual Advisor and OnStar Turn-by-Turn Navigation.

If equipped, TTY mode can be turned on or off by touching Settings, then Apps, and then Phone. When TTY mode is on, phone calls can be made or received with OnStar using the infotainment display.

## OnStar Personal Identification Number (PIN)

A PIN is needed to access some OnStar services. The PIN will need to be changed the first time when speaking with an Advisor. To change the OnStar PIN, contact an OnStar Advisor by pressing ☺ or calling 1-888-4ONSTAR.

## Warranty

OnStar equipment may be warranted as part of the vehicle warranty.

**MJN1278**

### Languages

The vehicle can be programmed to respond in multiple languages.

Press ⊙ and ask for an Advisor. Advisors are available in English, Spanish, and French. Available languages may vary by country.

### Potential Issues

OnStar cannot perform Remote Door Unlock or Stolen Vehicle Assistance after the vehicle has been off continuously for 10 days without an ignition cycle. If the vehicle has not been started for 10 days, OnStar can contact Roadside Assistance or a locksmith to help gain access to the vehicle.

### Global Positioning System (GPS)

- Obstruction of the GPS can occur in a large city with tall buildings; in parking garages; around airports; in tunnels and underpasses; or in an area with very dense trees. If GPS signals are not available, the OnStar system should still operate to call OnStar. However, OnStar could have difficulty identifying the exact location.

- In emergency situations, OnStar can use the last stored GPS location to send to emergency responders.

A temporary loss of GPS can cause loss of the ability to send a Turn-by-Turn Navigation route. The Advisor may give a verbal route or may ask for a call back after the vehicle is driven into an open area.

### Cellular and GPS Antennas

Cellular reception is required for OnStar to send remote signals to the vehicle. Do not place items over or near the antenna to prevent blocking cellular and GPS signal reception.

### Unable to Connect to OnStar Message

If there is limited cellular coverage or the cellular network has reached maximum capacity, this message may come on. Press ⊙ to try the call again or try again after driving a few miles into another cellular area.

### Vehicle and Power Issues

OnStar services require a vehicle electrical system, wireless service, and GPS satellite technologies to be available and operating for features to function properly. These systems may not operate if the battery is discharged or disconnected.

### Add-on Electrical Equipment

The OnStar system is integrated into the electrical architecture of the vehicle. Do not add any electrical equipment. See *Add-On Electrical Equipment* ⇨ *233*. Added electrical equipment may interfere with the operation of the OnStar system and cause it to not operate.

### Vehicle Software Updates

OnStar or GM may remotely deliver software updates or changes to the vehicle without further notice or consent. These updates or changes may enhance or maintain safety,

**MJN1279**

security, or the operation of the vehicle or the vehicle systems. Software updates or changes may affect or erase data or settings that are stored in the vehicle, such as saved navigation destinations or pre-set radio stations. Neither OnStar nor GM is responsible for any affected or erased data or settings. These updates or changes may also collect personal information. Such collection is described in the OnStar privacy statement or separately disclosed at the time of installation. These updates or changes may also cause a system to automatically communicate with GM servers to collect information about vehicle system status, identify whether updates or changes are available, or deliver updates or changes. An active OnStar agreement constitutes consent to these software updates or changes and agreement that either OnStar or GM may remotely deliver them to the vehicle.

## Privacy

The complete OnStar Privacy Statement may be found at www.onstar.com (U.S.), or www.onstar.ca (Canada). We recommend that you review it. If you have any questions, call 1-888-4ONSTAR (1-888-466-7827) or press 🔵 to speak with an Advisor. Users of wireless communications are cautioned that the privacy of any information sent via wireless cellular communications cannot be assured. Third parties may unlawfully intercept or access transmissions and private communications without consent.

## OnStar - Software Acknowledgements

Certain OnStar components include libcurl and unzip software and other third party software. Below are the notices and licenses associated with libcurl and unzip and for other third party software please see http://opensource.lge.com/index

www.onstar.com/us/en/

**libcurl:**

COPYRIGHT AND PERMISSION NOTICE

Copyright (c) 1996 - 2010, Daniel Stenberg, <daniel@haxx.se>.

All rights reserved.

Permission to use, copy, modify, and distribute this software for any purpose with or without fee is hereby granted, provided that the above copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS," WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT OF THIRD PARTY RIGHTS. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR

**MJN1280**

OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

Except as contained in this notice, the name of a copyright holder shall not be used in advertising or otherwise to promote the sale, use or other dealings in this Software without prior written authorization of the copyright holder.

**unzip:**

This is version 2005-Feb-10 of the Info-ZIP copyright and license. T he definitive version of this document should be available at ftp://ftp.info-zip.org/pub/infozip/ license.html indefinitely.

Copyright (c) 1990-2005 Info-ZIP. All rights reserved.

For the purposes of this copyright and license, "Info-ZIP" is defined as the following set of individuals:

Mark Adler, John Bush, Karl Davis, Harald Denker, Jean-Michel Dubois, Jean-loup Gailly, Hunter Goatley, Ed

Gordon, Ian Gorman, Chris Herborth, Dirk Haase, Greg Hartwig, Robert Heath, Jonathan Hudson, Paul Kienitz, David Kirschbaum, Johnny Lee, Onno van der Linden, Igor Mandrichenko, Steve P. Miller, Sergio Monesi, Keith Owens, George Petrov, Greg Roelofs, Kai Uwe Rommel, Steve Salisbury, Dave Smith, Steven M. Schweda, Christian Spieler, Cosmin Truta, Antoine Verheijen, Paul von Behren, Rich Wales, Mike White.

This software is provided "as is," without warranty of any kind, express or implied. In no event shall Info-ZIP or its contributors be held liable for any direct, indirect, incidental, special or consequential damages arising out of the use of or inability to use this software.

Permission is granted to anyone to use this software for any purpose, including commercial applications, and to alter it and redistribute it freely, subject to the following restrictions:

1. Redistributions of source code must retain the above copyright notice, definition, disclaimer, and this list of conditions.

2. Redistributions in binary form (compiled executables) must reproduce the above copyright notice, definition, disclaimer, and this list of conditions in documentation and/or other materials provided with the distribution. The sole exception to this condition is redistribution of a standard UnZipSFX binary (including SFXWiz) as part of a self-extracting archive; that is permitted without inclusion of this license, as long as the normal SFX banner has not been removed from the binary or disabled.

3. Altered versions–including, but not limited to, ports to new operating systems, existing ports with new graphical interfaces, and dynamic, shared, or static library versions–must be plainly marked as such and must not

**MJN1281**

be misrepresented as being the original source. Such altered versions also must not be misrepresented as being Info-ZIP releases–including, but not limited to, labeling of the altered versions with the names "Info-ZIP" (or any variation thereof, including, but not limited to, different capitalizations), "Pocket UnZip," "WiZ" or "MacZip" without the explicit permission of Info-ZIP. Such altered versions are further prohibited from misrepresentative use of the Zip-Bugs or Info-ZIP e-mail addresses or of the Info-ZIP URL(s).

4. Info-ZIP retains the right to use the names "Info-ZIP," "Zip," "UnZip," "UnZipSFX," "WiZ," "Pocket UnZip," "Pocket Zip," and "MacZip" for its own source and binary releases.

**MJN1282**

# Connected Services

## Connected Services

Navigation . . . . . . . . . . . . . . . . . . . . 337
Connections . . . . . . . . . . . . . . . . . . 338
Diagnostics . . . . . . . . . . . . . . . . . . . 339

# Connected Services

## Navigation

Navigation requires a specific OnStar or connected service plan.

Press 🔘 to receive Turn-by-Turn directions or have them sent to the vehicle's navigation screen, if equipped.

### Turn-by-Turn Navigation

1. Press 🔘 to connect to an Advisor.

2. Request directions to be downloaded to the vehicle.

3. Follow the voice-guided commands.

### Using Voice Commands During a Planned Route

Functionality of the Voice Command button, if equipped, may vary by vehicle and region. For some vehicles, press 🔘 to open the

OnStar app on the infotainment display. For other vehicles press 🔘 as follows.

### Cancel Route

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Cancel route." System responds: "Do you want to cancel directions?"

3. Say "Yes." System responds: "OK, request completed, thank you, goodbye."

### Route Preview

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Route preview." System responds with the next three maneuvers.

### Repeat

1. Press 🔘. System responds: "OnStar ready," then a tone.

**MJN1283**

2. Say "Repeat." System responds with the last direction given, then responds with "OnStar ready," then a tone.

### Get My Destination

1. Press 🔵. System responds: "OnStar ready," then a tone.

2. Say "Get my destination." System responds with the address and distance to the destination, then responds with "OnStar ready," then a tone.

### Send Destination to Vehicle

Directions can be sent to the vehicle's navigation screen, if equipped.

Press 🔵, then ask the Advisor to download directions to the vehicle's navigation system, if equipped. After the call ends, the navigation screen will provide prompts to begin driving directions. Routes that are sent to the navigation screen can only be canceled through the navigation system.

See www.onstar.com (U.S.) or www.onstar.ca (Canada).

## Connections

The following services help with staying connected.

For coverage maps, see www.onstar.com (U.S.) or www.onstar.ca (Canada).

### Ensuring Security

- Change the default passwords for the Wi-Fi hotspot and myChevrolet mobile app. Make these passwords different from each other and use a combination of letters, numbers, and symbols to increase the security.

- Change the default name of the SSID (Service Set Identifier). This is your network's name that is visible to other wireless devices. Choose a unique name and avoid family names or vehicle descriptions.

### Wi-Fi Hotspot (If Equipped)

The vehicle may have a built-in Wi-Fi hotspot that provides access to the Internet and web content at 4G LTE speed. Up to seven mobile devices can be connected. A data plan is required. Use the in-vehicle controls only when it is safe to do so.

1. To retrieve Wi-Fi hotspot information, press 🔵 to open the OnStar app on the infotainment display, then select Wi-Fi Hotspot. On some vehicles, touch Wi-Fi or Wi-Fi Settings on the screen.

2. The Wi-Fi settings will display the Wi-Fi hotspot name (SSID), password, and on some vehicles, the connection type (no Internet connection, 3G, 4G, 4G LTE), and signal quality (poor, good, excellent).

3. To change the SSID or password, press 🔵 or call 1-888-4ONSTAR to connect with an Advisor. On some

**MJN1284**

vehicles, the SSID and password can be changed in the Wi-Fi Hotspot menu.

After initial set-up, your vehicle's Wi-Fi hotspot will connect automatically to your mobile devices. Manage data usage by turning Wi-Fi on or off on your mobile device, using the myChevrolet mobile app, or by contacting an OnStar Advisor. On some vehicles, Wi-Fi can also be managed from the Wi-Fi Hotspot menu.

**myChevrolet Mobile App (If Available)**

Download the myChevrolet mobile app to compatible Apple and Android smartphones. Chevrolet users can access the following services from a smartphone:

- Remotely start/stop the vehicle, if factory-equipped.
- Lock/unlock doors, if equipped with automatic locks.
- Activate the horn and lamps.

- Check the vehicle's energy level, range or tire pressure, if factory-equipped with the Tire Pressure Monitor System.
- Send destinations to the vehicle.
- Locate the vehicle on a map (U.S. market only).
- Turn the vehicle's Wi-Fi hotspot on/off, manage settings, and monitor data consumption, if equipped.
- Locate a dealer and schedule service.
- Request roadside assistance.
- Set a parking reminder with pin drop, take a photo, make a note, and set a timer.
- Connect with Chevrolet on social media.

Features are subject to change. For myChevrolet mobile app information and compatibility, see my.chevrolet.com.

An active OnStar or connected service plan may be required. A compatible device,

factory-installed remote start, and power locks are required. Data rates apply. See www.onstar.com for details and system limitations.

**Remote Services**

Contact an OnStar Advisor to unlock the doors or sound the horn and flash the lamps.

**Marketplace**

OnStar Advisors can provide offers from restaurants and retailers on your route, help locate hotels, or book a room. These services vary by market.

## Diagnostics

By monitoring and reporting on the vehicle's key systems, OnStar Advanced Diagnostics, if equipped, provides a way to keep up on maintenance. Capabilities vary by model. See www.onstar.com for details and system limitations. Features are subject to change. For updates on feature capabilities, see my.chevrolet.com. Message and data rates may apply.

**MJN1285**

# Index

**A**

Accessories and
Modifications ................. 237
Accessory Power .............. 186
Add-On Electrical Equipment ... 233
Additional Information
OnStar ...................... 331
Additional Maintenance
and Care ..................... 307
Agreements
Trademarks and License ..... 163
Air Conditioning ............... 165
Air Conditioning Regular
Operation .................... 171
Air Filter, Passenger
Compartment ................. 170
Air Intake ...................... 170
Air Vents ...................... 169
Airbag System
Check ........................ 59
How Does an Airbag
Restrain? .................... 51
Passenger Sensing System .... 53
What Makes an Airbag
Inflate? ....................... 51
What Will You See after an
Airbag Inflates? .............. 52

Airbag System (cont'd)
When Should an Airbag
Inflate? ....................... 50
Where Are the Airbags? ....... 49
Airbags
Adding Equipment to the
Vehicle ...................... 58
Passenger Status Indicator ... 102
Readiness Light ............. 102
Servicing Airbag-Equipped
Vehicles ..................... 57
System Check ................. 47
Alarm
Vehicle Security ............... 22
Alert
Lane Change ................. 211
Side Blind Zone (SBZA) ...... 211
All-Season Tires ............... 260
AM-FM Radio ................... 142
Antenna
Multi-band ................... 145
Antilock Brake System (ABS) ... 193
Warning Light ................ 105
Appearance Care
Exterior ...................... 294
Interior ....................... 299
Apple CarPlay and
Android Auto ................. 156

**MJN1286**

Armrest
  Rear Seat ....................... 39
Assistance Program,
  Roadside ...................... 319
Assistance Systems for
  Driving ........................ 206
Assistance Systems for
  Parking and Backing .......... 202
Audio
  Bluetooth ..................... 152
  Theft-Deterrent Feature ....... 138
Automatic
  Climate Control System ....... 165
  Door Locks .................... 19
  Emergency Braking (AEB) .... 208
  Headlamp System ............ 133
Auxiliary
  Devices ....................... 151

**B**

Battery ......................... 100
  Exterior Lighting Battery
    Saver ....................... 136
  Power Protection ............. 136
Battery - North America .... 245, 287
Battery Gauge
  High Voltage .................. 100
Blade Replacement, Wiper ..... 247

Bluetooth
  Overview ..................... 155
Bluetooth Audio ............... 152
Brake
  Parking, Electric .............. 194
  System Warning Light ........ 104
Brakes .......................... 243
  Antilock ...................... 193
  Assist ........................ 195
  Fluid ......................... 244
  Regenerative Braking ......... 196
Braking ......................... 175
  Automatic
    Emergency (AEB) ........... 208
Braking System
  Front Pedestrian (FPB) ....... 209
Break-In, New Vehicle .......... 184
Bulb Replacement
  Halogen Bulbs ............... 250
  Headlamp Aiming ............. 250
  Headlamps ................... 250
  High Intensity Discharge
    (HID) Lighting ............... 251
  License Plate Lamps ......... 251
  Taillamps, Turn Signal,
    Stoplamps, and Back-up
    Lamps ...................... 251
Buying New Tires ............... 274

**C**

Calibration ...................... 91
California
  Perchlorate Materials
    Requirements .............. 237
California
  Proposition
  65 Warning ........ 236, 245, 287,
                         Back Cover
Canadian Vehicle Owners ........ 2
Capacities and
  Specifications ................ 314
Carbon Monoxide
  Liftgate ....................... 21
  Winter Driving ............... 179
Cargo
  Cover ........................ 84
  Management System .......... 85
Caution, Danger, and Warning .... 3
Center Console Storage ......... 84
Chains, Tire .................... 279
Charge Cord .................... 225
Charging
  Delay Override .............. 220
  Electrical Requirements ...... 232
  Plug-In ...................... 216
  Programmable ............... 109
  Utility Interruption ........... 231

**MJN1287**

Charging (cont'd)
Wireless ........................93
Charging Options ...............119
Charging Status Screens .......221
Charging System Light .........103
Child Restraints
Infants and Young Children .....61
Lower Anchors and Tethers
for Children ...................67
Older Children .................59
Securing ...................77, 79
Systems .......................63
Circuit Breakers ...............253
Cleaning
Exterior Care ................. 294
Interior Care ................. 299
Climate Control Systems
Automatic..................... 165
Clock .......................... 92
Cluster, Instrument ............. 96
Collision Damage Repair .......322
Compartment
Underhood .................. 240
Compartments
Storage .......................83
Compass ....................... 91
Compressor Kit, Tire Sealant ...280

Connected Services
Connections .................. 338
Diagnostics .................. 339
Navigation ................... 337
Connections
Connected Services .......... 338
Control
Traction and Electronic
Stability .................... 197
Control of a Vehicle ............175
Convex Mirrors ................. 24
Cooling ........................165
Cooling System................241
Courtesy Lamps ................135
Courtesy Transportation
Program.......................321
Cover
Cargo..........................84
Cruise Control .................199
Light .......................... 109
Cupholders ..................... 83
Customer Assistance ...........318
Offices ....................... 317
Text Telephone (TTY)
Users ...................... 318
Customer Information
Publications Ordering
Information .................. 324

Customer Satisfaction
Procedure .....................315
Cybersecurity ..................327

**D**
Damage Repair, Collision .......322
Danger, Warning, and Caution .... 3
Data Collection
OnStar ...................... 328
Data Recorders, Event .........327
Daytime Running
Lamps (DRL)..................132
Defensive Driving ..............174
Delayed Charging Override .....220
Delayed Locking ................ 19
Devices
Auxiliary ..................... 151
Diagnostics
Connected Services .......... 339
Distracted Driving ..............174
Dome Lamps ...................135
Door
Ajar Light ..................... 109
Delayed Locking ...............19
Locks ..........................17
Power Locks....................19
Drive Unit
Electric ....................... 189

MJN1288

Driver
  Teen . . . . . . . . . . . . . . . . . . . . . . . . . 160
Driver Assistance Systems . . . . . 201
Driver Efficiency Gauge . . . . . . . . 100
Driver Information
  Center (DIC) . . . . . . . . . . . . . . . . . 120
Driver Selected Operating
  Modes . . . . . . . . . . . . . . . . . . . . . . . 188
Driving
  Assistance Systems . . . . . . . . . . 206
  Defensive . . . . . . . . . . . . . . . . . . . . 174
  Drunk . . . . . . . . . . . . . . . . . . . . . . . . 174
  Hill and Mountain Roads . . . . . . 178
  If the Vehicle is Stuck . . . . . . . . 179
  Loss of Control . . . . . . . . . . . . . . 177
  Off-Road Recovery . . . . . . . . . . . 176
  One-Pedal . . . . . . . . . . . . . . . . . . . 192
  Vehicle Load Limits . . . . . . . . . . . 180
  Wet Roads . . . . . . . . . . . . . . . . . . 177
  Winter . . . . . . . . . . . . . . . . . . . . . . . 179
Driving for Better Energy
  Efficiency . . . . . . . . . . . . . . . . . . . . 173

**E**
Electric Drive Unit . . . . . . . . . . . . . 189
Electric Parking Brake . . . . . . . . . . 194

Electric Parking Brake Light . . . . 104
Electrical Equipment,
  Add-On . . . . . . . . . . . . . . . . . . . . . . 233
Electrical Requirements for
  Battery Charging . . . . . . . . . . . . . 232
Electrical System
  Fuses and Circuit Breakers . . . 253
  Instrument Panel Fuse
    Block . . . . . . . . . . . . . . . . . . . . . . . 258
  Overload . . . . . . . . . . . . . . . . . . . . 252
Emergency
  OnStar . . . . . . . . . . . . . . . . . . . . . . 330
Energy Efficiency
  Driving . . . . . . . . . . . . . . . . . . . . . . . 173
Energy Information . . . . . . . . . . . . . 117
Engine
  Cooling System . . . . . . . . . . . . . . 241
Entry Lighting . . . . . . . . . . . . . . . . . . 136
Event Data Recorders . . . . . . . . . . 327
Exit Lighting . . . . . . . . . . . . . . . . . . . 136
Extended Parking . . . . . . . . . . . . . . . 188
Extender, Seat Belt . . . . . . . . . . . . . 45
Exterior Lamp Controls . . . . . . . . . 130
Exterior Lamps Off Reminder . . . 132
Exterior Lighting Battery
  Saver . . . . . . . . . . . . . . . . . . . . . . . . 136

**F**
Flash-to-Pass . . . . . . . . . . . . . . . . . . 132
Flashers, Hazard Warning . . . . . . 133
Flat Tire . . . . . . . . . . . . . . . . . . . . . . . 279
Floor Mats . . . . . . . . . . . . . . . . . . . . . 302
Fluid
  Brakes . . . . . . . . . . . . . . . . . . . . . . . 244
  Washer . . . . . . . . . . . . . . . . . . . . . . 242
Folding Mirrors . . . . . . . . . . . . . . . . . 24
Forward Collision Alert
  (FCA) System . . . . . . . . . . . . . . . . 206
Frequency Statement
  Radio . . . . . . . . . . . . . . . . . . . . . . . . 325
Front Pedestrian Braking
  (FPB) System . . . . . . . . . . . . . . . . 209
Front Seats
  Adjustment . . . . . . . . . . . . . . . . . . . 34
  Heated . . . . . . . . . . . . . . . . . . . . . . . 35
Fuses
  Fuses and Circuit Breakers . . . 253
  Instrument Panel Fuse
    Block . . . . . . . . . . . . . . . . . . . . . . . 258
  Underhood Compartment . . . . . 254

**G**
Gas Strut(s) . . . . . . . . . . . . . . . . . . . 249
Gauges
  Battery . . . . . . . . . . . . . . . . . . . . . . . 100

**MJN1289**

Gauges (cont'd)
Driver Efficiency .............. 100
Odometer ........................99
Power Indicator ............... 101
Speedometer ...................99
Trip Odometer .................99
Warning Lights and
Indicators ....................96
General Information
Service and Maintenance ..... 303
Towing ........................ 233
Vehicle Care ................. 236
GM Mobility Reimbursement
Program ......................319

**H**
Halogen Bulbs ..................250
Hands-Free Phone .............157
Hazard Warning Flashers .......133
Head Restraints ................. 32
Headlamps
Aiming ....................... 250
Automatic..................... 133
Bulb Replacement ............ 250
Daytime Running
Lamps (DRL)................ 132
Flash-to-Pass ................ 132

Headlamps (cont'd)
High Intensity Discharge
(HID) Lighting ............... 251
High-Beam On Light .......... 108
High/Low Beam Changer ..... 132
Lamps On Reminder ......... 108
Heated
Rear Seats .....................39
Steering Wheel ................88
Heated Front Seats .............. 35
Heated Mirrors ................... 25
Heating ........................165
High Voltage Battery Gauge ....100
High Voltage Devices and
Wiring ........................252
High-Beam On Light ...........108
Hill and Mountain Roads ........178
Hill Start Assist (HSA) ..........195
Hood ..........................238
Horn ........................... 88
How to Wear Seat Belts
Properly ....................... 41
HVAC...........................165

**I**
Immobilizer ...................... 22
Indicator
Pedestrian Ahead ............ 106

Indicator (cont'd)
Vehicle Ahead ................ 106
Infants and Young Children,
Restraints ...................... 61
Information
Energy ........................117
Publication Ordering .......... 324
Instrument Cluster ............... 96
Instrument Panel
Storage Area ...................83
Instrument Panel Overview ....... 5
Interior Rearview Mirrors ......... 25
Introduction .................. 2, 137

**J**
Jump Starting - North
America ......................287

**K**
Keyless Entry
Remote (RKE) System ..........8
Keys .............................. 7

**L**
Labeling, Tire Sidewall ..........262
Lamps
Courtesy ...................... 135
Daytime Running (DRL) ...... 132
Dome ......................... 135

**MJN1290**

Lamps (cont'd)
Exterior Controls . . . . . . . . . . . . . . 130
Exterior Lamps Off
Reminder . . . . . . . . . . . . . . . . . . . 132
Exterior Lighting Battery
Saver . . . . . . . . . . . . . . . . . . . . . . 136
License Plate . . . . . . . . . . . . . . . . 251
On Reminder . . . . . . . . . . . . . . . . 108
Reading . . . . . . . . . . . . . . . . . . . . 135
Lane Change Alert (LCA) . . . . . . . 211
Lane Keep Assist (LKA) . . . . . . . . 213
Lane Keep Assist Light . . . . . . . . . 105
Lap-Shoulder Belt . . . . . . . . . . . . . . 43
LATCH System
Replacing Parts after a
Crash . . . . . . . . . . . . . . . . . . . . . . 77
LATCH, Lower Anchors and
Tethers for Children . . . . . . . . . . . 67
LED Lighting . . . . . . . . . . . . . . . . . . . 251
Liftgate . . . . . . . . . . . . . . . . . . . . . . . . 21
Lighting
Entry . . . . . . . . . . . . . . . . . . . . . . . 136
Exit . . . . . . . . . . . . . . . . . . . . . . . . . 136
Illumination Control . . . . . . . . . . . 134
LED . . . . . . . . . . . . . . . . . . . . . . . . . 251
Lights
Airbag Readiness . . . . . . . . . . . . . 102

Lights (cont'd)
Antilock Brake System
(ABS) Warning . . . . . . . . . . . . . . 105
Brake System Warning . . . . . . . 104
Charging System . . . . . . . . . . . . . 103
Cruise Control . . . . . . . . . . . . . . . . 109
Door Ajar . . . . . . . . . . . . . . . . . . . . 109
Electric Parking Brake . . . . . . . . 104
Flash-to-Pass . . . . . . . . . . . . . . . . . 132
High-Beam On . . . . . . . . . . . . . . . . 108
High/Low Beam Changer . . . . . 132
Lane Keep Assist . . . . . . . . . . . . . 105
Seat Belt Reminders . . . . . . . . . . 101
Security . . . . . . . . . . . . . . . . . . . . . . 108
Service Electric Parking
Brake . . . . . . . . . . . . . . . . . . . . . . . 105
Service Vehicle Soon . . . . . . . . . 104
Sport Mode . . . . . . . . . . . . . . . . . . . 105
StabiliTrak OFF . . . . . . . . . . . . . . . 107
Tire Pressure . . . . . . . . . . . . . . . . . 107
Traction Control System
(TCS)/StabiliTrak . . . . . . . . . . . . 107
Traction Off . . . . . . . . . . . . . . . . . . . 106
Vehicle Ready . . . . . . . . . . . . . . . . 108
Locks
Automatic Door . . . . . . . . . . . . . . . . 19
Delayed Locking . . . . . . . . . . . . . . . 19
Door . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Locks (cont'd)
Lockout Protection . . . . . . . . . . . . . . 20
Power Door . . . . . . . . . . . . . . . . . . . . . 19
Safety . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Loss of Control . . . . . . . . . . . . . . . . . 177
Lower Anchors and Tethers
for Children (LATCH
System) . . . . . . . . . . . . . . . . . . . . . . . . 67

**M**
Maintenance
Air Conditioning Regular
Operation . . . . . . . . . . . . . . . . . . . 171
Records . . . . . . . . . . . . . . . . . . . . . . 312
Maintenance and Care
Additional . . . . . . . . . . . . . . . . . . . . 307
Maintenance Schedule . . . . . . . . . 304
Recommended Fluids and
Lubricants . . . . . . . . . . . . . . . . . . . 310
Messages
Propulsion Power . . . . . . . . . . . . . 122
Vehicle . . . . . . . . . . . . . . . . . . . . . . . 122
Vehicle Speed . . . . . . . . . . . . . . . . 123
Mirror
Rear Camera . . . . . . . . . . . . . . . . . . . 25
Mirrors
Automatic Dimming
Rearview . . . . . . . . . . . . . . . . . . . . . . 25

**MJN1291**

Mirrors (cont'd)
Convex .........................24
Folding .........................24
Heated .........................25
Manual Rearview ...............25
Power .........................24
Mirrors, Interior Rearview ........ 25
Modes
Driver Selected ............... 188
Monitor System, Tire
Pressure .....................267
Multi-band Antenna .............145

**N**
Navigation
Connected Services .......... 337
New Vehicle Break-In ...........184

**O**
Odometer........................ 99
Trip ...........................99
Off-Road
Recovery ..................... 176
Older Children, Restraints ....... 59
One-Pedal Driving ..............192
Online Owner Center ...........318
OnStar .........................328
OnStar Additional
Information ...................331

OnStar Emergency .............330
OnStar Overview ...............329
OnStar Security ................331
OnStar System .................154
Operation
Infotainment System .......... 139
Options
Charging .....................119
Outlets
Power .........................93
Overview .......................138
Instrument Panel ................5
Underhood Compartment ..... 240
Owner Checks and Services ....307

**P**
Park
Shifting Out of ............... 187
Park Assist .....................202
Parking
Brake and P (Park)
Mechanism Check .......... 247
Extended .................... 188
Parking or Backing
Assistance Systems .......... 202
Passenger Airbag Status
Indicator .....................102

Passenger Compartment Air
Filter ..........................170
Passenger Sensing System ..... 53
Pedestrian Ahead Indicator .....106
Pedestrian Safety Signal ........ 88
Perchlorate Materials
Requirements, California ......237
Personalization
Vehicle ....................... 123
Phone
Apple CarPlay and
Android Auto ................ 156
Bluetooth ..................... 155
Hands-Free ................... 157
Plug-In Charging ..............216
Port
USB .......................... 145
Power
Button ........................ 184
Door Locks ....................19
Flows ......................... 109
Indicator Gauge .............. 101
Mirrors .........................24
Outlets .........................93
Protection, Battery ............ 136
Retained Accessory (RAP) ... 186
Windows .......................28
Pregnancy, Using Seat Belts .... 45

**MJN1292**

Privacy
  Vehicle Data Recording . . . . . . . 327
Program
  Courtesy Transportation . . . . . . 321
Programmable Charging . . . . . . . . 109
Proposition
  65 Warning,
  California . . . . . . . . . . 236, 245, 287,
                          Back Cover
Propulsion Power Messages . . . 122
Publication Ordering
  Information . . . . . . . . . . . . . . . . . . . 324

**R**
Radio Frequency Statement . . . . 325
Radios
  AM-FM Radio . . . . . . . . . . . . . . . . 142
  Satellite . . . . . . . . . . . . . . . . . . . . . . 143
Reading Lamps . . . . . . . . . . . . . . . . 135
Ready Indicator . . . . . . . . . . . . . . . . 108
Rear Camera Mirror . . . . . . . . . . . . 25
Rear Seat Armrest . . . . . . . . . . . . . . 39
Rear Seats . . . . . . . . . . . . . . . . . . . . . 37
  Heated . . . . . . . . . . . . . . . . . . . . . . . 39
Rear Vision Camera (RVC) . . . . . 202
Rear Window Washer/Wiper . . . . . 90
Rearview Mirrors . . . . . . . . . . . . . . . 25
  Automatic Dimming . . . . . . . . . . . . 25

Reclining Seatbacks . . . . . . . . . . . . . 34
Recommended Fluids and
  Lubricants . . . . . . . . . . . . . . . . . . . . 310
Records
  Maintenance . . . . . . . . . . . . . . . . . 312
Recreational Vehicle Towing . . . . 292
Regenerative Braking . . . . . . . . . . . 196
Reimbursement Program,
  GM Mobility . . . . . . . . . . . . . . . . . . 319
Remote Keyless Entry (RKE)
  System . . . . . . . . . . . . . . . . . . . . . . . . . 8
Remote Start . . . . . . . . . . . . . . . . . . . 16
Replacement Parts
  Airbags . . . . . . . . . . . . . . . . . . . . . . . 59
  Maintenance . . . . . . . . . . . . . . . . . 311
Replacing Airbag System . . . . . . . . 59
Replacing LATCH System
  Parts after a Crash . . . . . . . . . . . . 77
Replacing Seat Belt System
  Parts after a Crash . . . . . . . . . . . . 46
Reporting Safety Defects
  Canadian Government . . . . . . . . 326
  General Motors . . . . . . . . . . . . . . . 326
  U.S. Government . . . . . . . . . . . . . 325
Requirements
  Electrical Battery Charging . . . 232
Restraints
  Where to Put . . . . . . . . . . . . . . . . . . 65

Retained Accessory
  Power (RAP) . . . . . . . . . . . . . . . . . . 186
Roads
  Driving, Wet . . . . . . . . . . . . . . . . . . 177
Roadside Assistance
  Program . . . . . . . . . . . . . . . . . . . . . . 319
Rotation, Tires . . . . . . . . . . . . . . . . . 273

**S**
Safety Defects Reporting
  Canadian Government . . . . . . . . 326
  General Motors . . . . . . . . . . . . . . . 326
  U.S. Government . . . . . . . . . . . . . 325
Safety Locks . . . . . . . . . . . . . . . . . . . . 20
Safety Signal
  Pedestrian . . . . . . . . . . . . . . . . . . . . 88
Safety System Check . . . . . . . . . . . . 45
Satellite Radio . . . . . . . . . . . . . . . . . 143
Scheduling Appointments . . . . . . . 321
Sealant Kit, Tire . . . . . . . . . . . . . . . . 280
Seat Belts . . . . . . . . . . . . . . . . . . . . . . 40
  Care . . . . . . . . . . . . . . . . . . . . . . . . . . 46
  Extender . . . . . . . . . . . . . . . . . . . . . . 45
  How to Wear Seat Belts
    Properly . . . . . . . . . . . . . . . . . . . . . 41
  Lap-Shoulder Belt . . . . . . . . . . . . . 43
  Reminders . . . . . . . . . . . . . . . . . . . 101
  Replacing after a Crash . . . . . . . . 46

**MJN1293**

## 348 Index

Seat Belts (cont'd)
Use During Pregnancy..........45
Seats
Adjustment, Front...............34
Head Restraints ................32
Heated Front ...................35
Heated, Rear ...................39
Rear ...........................37
Reclining Seatbacks ............34
Securing Child Restraints .... 77, 79
Security
Light ......................... 108
OnStar ....................... 331
Vehicle ........................22
Vehicle Alarm ..................22
Self-Sealing Tires ..............261
Service .........................171
Accessories and
Modifications ............... 237
Doing Your Own Work ........ 237
Maintenance Records ........ 312
Maintenance, General
Information ................. 303
Parts Identification ............ 313
Scheduling Appointments ..... 321
Vehicle Soon Light............ 104
Service Electric Parking
Brake Light ....................105

Servicing the Airbag ............ 57
Settings .......................159
Shifting
Into Park...................... 186
Out of Park ................... 187
Side Blind Zone Alert (SBZA) ... 211
Signals, Turn and
Lane-Change ................134
Software Updates ..............141
Specifications and
Capacities.....................314
Speedometer .................... 99
Sport Mode Light ..............105
StabiliTrak
OFF Light..................... 107
Start
Remote ........................16
Start Assist, Hill................195
Starting and Stopping the
Vehicle .......................185
Status Screens
Charging ..................... 221
Steering .......................175
Heated Wheel ..................88
Wheel Adjustment ..............87
Wheel Controls ................87
Stoplamps and Back-up Lamps
Bulb Replacement ............ 251

Storage Areas
Cargo Cover ....................84
Cargo Management System ....85
Center Console .................84
Instrument Panel ...............83
Storage Compartments .......... 83
Storing the Tire Sealant and
Compressor Kit ...............286
Struts
Gas ........................... 249
Stuck Vehicle ...................179
Sun Visors ...................... 30
Symbols ......................... 3
System
Forward Collision
Alert (FCA) .................. 206
Systems
Driver Assistance ............. 201

### T
Taillamps
Bulb Replacement ............ 251
Teen Driver .....................160
Text Telephone (TTY) Users ....318
Theft-Deterrent Systems ......... 23
Immobilizer .....................22
Time .............................. 92
Tires ............................260

**MJN1294**

Tires (cont'd)
All-Season . . . . . . . . . . . . . . . . . . . . 260
Buying New Tires . . . . . . . . . . . . . 274
Chains . . . . . . . . . . . . . . . . . . . . . . . . 279
Designations . . . . . . . . . . . . . . . . 263
Different Size . . . . . . . . . . . . . . . . 276
If a Tire Goes Flat . . . . . . . . . . . . 279
Inspection . . . . . . . . . . . . . . . . . . . . 272
Pressure . . . . . . . . . . . . . . . . . . . . . . 266
Pressure Light . . . . . . . . . . . . . . . . 107
Pressure Monitor Operation . . 268
Pressure Monitor System . . . . . 267
Rotation . . . . . . . . . . . . . . . . . . . . . . 273
Sealant and
  Compressor Kit . . . . . . . . . . . . . 280
Sealant and Compressor
  Kit, Storing . . . . . . . . . . . . . . . . . 286
Self-Sealing . . . . . . . . . . . . . . . . . . 261
Sidewall Labeling . . . . . . . . . . . . . 262
Terminology and Definitions . . 263
Uniform Tire Quality
  Grading . . . . . . . . . . . . . . . . . . . . 276
Wheel Alignment and Tire
  Balance . . . . . . . . . . . . . . . . . . . . . 278
Wheel Replacement . . . . . . . . . . 278
When It Is Time for New
  Tires . . . . . . . . . . . . . . . . . . . . . . . 274
Winter . . . . . . . . . . . . . . . . . . . . . . . 261

Towing
General Information . . . . . . . . . . 233
Recreational Vehicle . . . . . . . . . 292
Vehicle . . . . . . . . . . . . . . . . . . . . . . . 290
Traction
Control System
  (TCS)/StabiliTrak Light . . . . . . 107
Off Light . . . . . . . . . . . . . . . . . . . . . 106
Traction Control/Electronic
Stability Control . . . . . . . . . . . . . . . 197
Trademarks and License
Agreements . . . . . . . . . . . . . . . . . . 163
Transportation Program,
Courtesy . . . . . . . . . . . . . . . . . . . . . 321
Trip Odometer . . . . . . . . . . . . . . . . . . 99
Turn and Lane-Change
Signals . . . . . . . . . . . . . . . . . . . . . . . 134
Turn Signal
Bulb Replacement . . . . . . . . . . . 251

U
Underhood Compartment
Fuse Block . . . . . . . . . . . . . . . . . . . 254
Underhood Compartment
Overview . . . . . . . . . . . . . . . . . . . . . 240
Uniform Tire Quality Grading . . . 276
Updates
Software . . . . . . . . . . . . . . . . . . . . . 141

USB Port . . . . . . . . . . . . . . . . . . . . . . . 145
Using This Manual . . . . . . . . . . . . . . . . 2
Utility Interruption of
Charging . . . . . . . . . . . . . . . . . . . . . 231

V
Vehicle
Alarm System . . . . . . . . . . . . . . . . . 22
Canadian Owners . . . . . . . . . . . . . . . 2
Control . . . . . . . . . . . . . . . . . . . . . . . 175
Identification Number (VIN) . . . 313
Load Limits . . . . . . . . . . . . . . . . . . . 180
Messages . . . . . . . . . . . . . . . . . . . . 122
Personalization . . . . . . . . . . . . . . . 123
Security . . . . . . . . . . . . . . . . . . . . . . . 22
Service Soon Light . . . . . . . . . . . 104
Speed Messages . . . . . . . . . . . . . 123
Starting and Stopping . . . . . . . . 185
Towing . . . . . . . . . . . . . . . . . . . . . . . 290
Vehicle Ahead Indicator . . . . . . . . 106
Vehicle Care
Storing the Tire Sealant
  and Compressor Kit . . . . . . . . . 286
Tire Pressure . . . . . . . . . . . . . . . . . 266
Vehicle Data Recording and
Privacy . . . . . . . . . . . . . . . . . . . . . . . 327
Vehicle Ready Light . . . . . . . . . . . . 108
Ventilation, Air . . . . . . . . . . . . . . . . . 169

**MJN1295**

Visors .......................... 30
Voltage Devices and Wiring ....252

**W**
Warning
 Brake System Light ........... 104
 Caution and Danger .............3
Warning Lights, Gauges, and
 Indicators ...................... 96
Warnings
 Hazard Flashers .............. 133
Washer Fluid ...................242
Wheels
 Alignment and Tire Balance .. 278
 Different Size ................. 276
 Replacement ................. 278
When It Is Time for New
 Tires ..........................274
When to Charge ................216
Where to Put the Restraint ...... 65
Windows ........................ 28
 Power ..........................28
Windshield
 Replacement ................. 249
 Wiper/Washer ..................89
Winter
 Driving........................ 179
Winter Tires ....................261

Wiper Blade Replacement ......247
Wipers
 Rear Washer ...................90
Wireless Charging .............. 93
Wiring, High Voltage Devices ...252

**MJN1296**

## ⚠ WARNING

Operating, servicing and maintaining a passenger vehicle or off-highway motor vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.



Certified Service



84406525 A

 

**MJN1297**

# Exhibit 18

MJN1298

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
e-mail: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff VICTOR FERNANDEZ

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

APR 21 2022

BY _____
CHRIS GOLDSTEIN, DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| VICTOR FERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: **CIV SB 2 2 0 8 1 5 2**<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

MJN1299



# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF SAN BERNARDINO
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Fernandez -v - General Motors LLCetal | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number<br>CIVSB2208152 |

Strategic Legal Practices, APC
1888 Century Park East 19th Floor
Los Angeles CA 90067

This case has been assigned to: Janet M Frangie in Department S29 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date: 11/07/2022 at 8:30 AM in Department S29 - SBJC

The Trial Setting Conference will be held in chambers without the appearance of the parties – except for good cause shown. (Local Rule 411.1).

Parties shall file and serve no later than 10 days prior to the trial setting conference the mandatory Initial Trial Setting Conference Statement form (local form #13-09001-360) included with this notice. Prior to the date of the initial trial setting conference, the court may entertain a written stipulation by all appearing parties to continue the initial trial setting conference if filed at least 30 days prior to the conference. In the event an At Issue Memorandum shall be filed and served no later than 15 days prior to the trial setting conference.

Date: 5/11/2022

Nancy CS Eberhardt, Court Executive Officer

By: *Chris Goldstein*

Christopher Goldstein, Deputy Clerk

------------------------------------------------------------

## CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

☐ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐ A copy of this notice was given to the filing party at the counter.

☒ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing: 5/11/2022

I declare under penalty of perjury that the forgoing is true and correct. Executed on 5/11/2022 at San Bernardino, CA.

By: *Chris Goldstein*

Christopher Goldstein, Deputy Clerk

**MJN1300**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

VICTOR FERNANDEZ

Case No.: **CIV SB 2 2 0 8 1 5 2**

vs.

**CERTIFICATE OF ASSIGNMENT**

GENERAL MOTORS, LLC, et al.

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
San Bernardino _____ District of the Superior Court under Rule131 and General Order
of this court for the checked reason:

■ General ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other _____ | _____ |
| ☒ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Diamond Chevrolet

900 W. 21st Street

NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | ADDRESS

San Bernardino

CA

92405

CITY | STATE | ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was
executed on 03092022 _____ at Los Angeles _____,
California.

_____
*Signature of Attorney/Party*

Form # 13-16503-360
Mandatory Use

CERTIFICATE OF ASSIGNMENT

Rev. June 2019



FAXED    ORIGINAL

**MJN1301**



## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**MJN1302**

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff VICTOR FERNANDEZ.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in San Bernardino County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## TOLLING OF THE STATUTES OF LIMITATION

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

1

COMPLAINT; JURY TRIAL DEMANDED

MJN1303

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

**FACTUAL BACKGROUND**

9. On or about April 26, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2017 Chevrolet Bolt EV vehicle identification number 1G1FW6S00H4178206 (hereafter "Subject Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

2

COMPLAINT; JURY TRIAL DEMANDED

**MJN1304**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1305**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

24. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

4
COMPLAINT; JURY TRIAL DEMANDED

**MJN1306**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

34. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

**MJN1307**

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1308**

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery

**MJN1309**

installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his/her passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

48. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN1310**

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the battery defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1311**

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

56. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

    a. For general, special and Plaintiff's actual damages according to proof;

    b. For restitution;

    c. Plaintiff's any consequential and incidental damages;

    d. For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

    e. For diminution in value;

    f. For punitive damages;

    g. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    h. For prejudgment interest at the legal rate;

    i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

    j. For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 06, 2022      STRATEGIC LEGAL PRACTICES, APC

BY: _____

Debora Rabieian
Attorney for Plaintiff
VICTOR FERNANDEZ

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

MJN1312

# Exhibit A

MJN1313



Chevrolet Limited Warranty and Owner Assistance Information

2017

chevrolet.com

**MJN1314**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

MJN1315

© 2016 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23452969 B Second Printing

MJN1316

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ...................... 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States, Canada, and Mexico ........... 1
**Warranty Coverage at a Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ...................... 2
**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Spark EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14
What Is Not Covered .......... 14
Chevrolet Silverado eAssist® Coverage ................... 15

**Things to Know About the New Vehicle Limited Warranty** .... 16
Warranty Repairs – Component Exchanges ................... 16
Warranty Repairs – Recycled Materials ..................... 16
Tire Service ................... 16
Aftermarket Engine Performance Enhancement Products and Modifications ... 16
After-Manufacture "Rustproofing" ................ 17
Paint, Trim, and Appearance Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty Service Records ............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage – Extensions ................... 18
Warranty Service — Foreign Countries ..................... 18
Permanent Relocation ......... 18
Original Equipment Alterations .................... 19

Recreation Vehicle and Special Body or Equipment Alterations ................... 19
Pre-Delivery Service .......... 19
Production Changes ........... 20
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 20
**Emission Control Systems Warranty** ...................... 21
What Is Covered .............. 21
How to Determine the Applicable Emissions Control System Warranty ............. 21
Federal Emission Control System Warranty ............. 21
California Emission Control System Warranty ............. 22
**Emission Warranty Parts List** ...25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure .............. 29

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction
Procedure** .................... 31

**State Warranty
Enforcement Laws** ........... 33

**Warranty Information for
California Only** .............. 34

**Special Coverage Adjustment
Programs Beyond the Warranty
Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text
Telephone (TTY) Users** ....... 37

**Roadside Assistance
Program** ...................... 38

**Courtesy Transportation
Program** ...................... 39

MJN1318

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States, Canada, and Mexico

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN1319

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *21* for more information.

### Federal

- Gaseline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered fer the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission cantral systems are covered for the first 5 years er 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

### California

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty er medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

MJN1320

- Specified components fer cars er light duty trucks equipped with light duty or medium duty truck emissien control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emissien control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, wh'chever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 21.

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN1321

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, er other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except fer other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 66L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated companents required in the timing belt service

MJN1322

replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain er belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coelant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensers, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Alse covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensers, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and

MJN1323

universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN1324

**2017 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN1325

**Tire Companies**

| Company | Website | Toll-Free Number |
| --- | --- | --- |
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

MJN1326

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

**Caution**

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and

broaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fadlng. Refer to the Owner's Manœal for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

● Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

● Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

● Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

● Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

● Installation of non-GM (General Motors) parts

● Water or fluid contamination

● Damage resulting from hail, floods, windstorms, lightning, and ether environmental conditions

● Alteration of glass parts by application of tinting films

**Important:** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or ether materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint

MJN1328

Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *16*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel,

operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a

result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use

MJN1329

of the vehicle. In addition, this Warranty does not apply: (a) to consumeble parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions ef external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is net covered as part of the New Vebicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement er repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a**

MJN1330

**particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Spark EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Spark EV,

and Malibu Hybrid for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Company will warrant certain components for Chevrolet Volt, Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Spark EV, and Malibu Hybrid vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this

Chevrolet Volt, Spark EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160 000 kilometers) term for the following:

**Towing**

During the 8 year or 8 years or 100,000 miles (160 000 kilometers) Hybrid warranty period, towing is

MJN1331

covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Readside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Spark EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Spark EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control

Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty does not cover the following items:

**Wear Items**

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty.

MJN1332

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100.000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty and Owner Assistance booklet, General Metors of Canada Company will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle,

against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

MJN1333

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephene numbers are listed under *Customer Assistance Offices* ⇨ *36*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifisations promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allisen Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

MJN1334

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

## After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

## Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

## Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

## Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

## Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN1335

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under

MJN1336

the warranty authorized for vehicles genorally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the

warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies Installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the

disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the

MJN1337

dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN1338

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to

conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle

Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*\* Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Partial Zero Emission Vehicles (PZEV) have extended coverage on all emission-related parts.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Vermont have PZEV Emission Warranty Coverage. (Oregon has PZEV Hybrid battery 10 years/150,000 mile coverage only).

### Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine

computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

### California Emission Defect and Emission Performance Warranty Coverage

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspectlon. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is

your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Partial Zero Emission Vehicle (PZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your (PZEV) Emission Control System Defects Warranty.

* PZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. Spark EV call 855-4-SPARK-INFO (855-477-2754 For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN1342

The emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 21 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California PZEV (NU6) vehicles registered in a PZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Coolant Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Control Module (VCM) **

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

MJN1343

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Electronic Transmission Range Selector**

Chassis Control Module (CHCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Selenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Temperature and Pressure Sensors

Diesel Exhaust (DPF) Indirect Fuel Injector

Diesel Exhaust Emission Reduction Fluid Injector

Diesel Exhaust Emission Reduction Fluid Tank

Diesel Exhaust NOx Sensors

Diesel Particulate Filter (DPF) *

Diesel Particulate Matter Sensor

Exhaust Manifold

Exhaust Manifold Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

MJN1344

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperatuer Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

DC Voltage Bidirectional Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM Hood Switch

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Temperature Sensors
Battery Coolant Pump
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **
Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

MJN1345

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for**

**maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

MJN1346

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based en Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

MJN1347

The ohly exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *31.*

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehlcle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN1348

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Spark EV call 855-4-SPARK-INFO (855-477-2754). For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

● The Vehicle Identification Number (VIN). This is available from the vehicle registration er title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

● The dealer name and location.

● The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN1349

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

MJN1350

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices ⇨ 36*.

MJN1351

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN1352

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1353**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Spark EV 855-4-SPARK-INFO
(855-477-2754).
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Spark EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN1354

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN1355

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Spark EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN1356

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transpertation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transpertation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

MJN1357

✍ NOTES

MJN1358

✍ NOTES

MJN1359

42

✍ **NOTES**

MJN1360

✍ **NOTES**

MJN1361

## ✍ NOTES

# Exhibit 19

MJN1363

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

|  | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

BETH GREGORIAN

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Los Angeles Superior Court - Stanley Mosk<br>111 North Hill St.<br>Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):*<br>22STCV11789 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067; Phone: 310-929-4900

| DATE:<br>*(Fecha)* 04/06/2022 | Clerk, by Sherri R. Carter Executive Officer / Clerk of Court , Deputy<br>*(Secretario)* D. Williams *(Adjunto)* |
|---|---|

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|

**MJN1364**

Electronically FILED by Superior Court of California, County of Los Angeles on 04/06/2022 06:19 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Williams,Deputy Clerk
22STCV11789

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Tionna Dolin (SBN 299010); Debora Rabieian (SBN 315022)<br>STRATEGIC LEGAL PRACTICES, APC<br>1888 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>TELEPHONE NO.: 310-929-4900　　FAX NO.: 310-943-3838<br>ATTORNEY FOR *(Name):* Beth Gregorian | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Los Angeles**
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
Beth Gregorian v. General Motors, LLC., et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER:<br>22STCV11789 |
|---|---|---|---|
| ✓ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter　☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46) | ✓ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09)<br>☐ Other collections (09)<br>☐ Insurance coverage (18)<br>☐ Other contract (37) | ☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10)<br>☐ Mass tort (40)<br>☐ Securities litigation (28)<br>☐ Environmental/Toxic tort (30) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☐ Other PI/PD/WD (23) | **Real Property**<br>☐ Eminent domain/Inverse condemnation (14)<br>☐ Wrongful eviction (33)<br>☐ Other real property (26) | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Non-PI/PD/WD (Other) Tort**<br>☐ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35) | **Unlawful Detainer**<br>☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05)<br>☐ Petition re: arbitration award (11)<br>☐ Writ of mandate (02)<br>☐ Other judicial review (39) | **Enforcement of Judgment**<br>☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21)<br>☐ Other petition *(not specified above)* (43) |
| **Employment**<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | | |

2. This case ☐ is ✓ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ✓ monetary　b. ☐ nonmonetary; declaratory or injunctive relief　c. ✓ punitive
4. Number of causes of action *(specify):* 5 (five)
5. This case ☐ is ✓ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 04/06/2022
Debora Rabieian
_____　　　　　▶　_____
(TYPE OR PRINT NAME)　　　　　　　　　　　　　(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

**MJN1365**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

MJN1366

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

**MJN1367**

| **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
| --- | --- | --- |
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | | |
| Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | | |
| Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | ☑ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation         Number of parcels_____ | 2, 6 |
| Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | ☐ A6032  Quiet Title | 2, 6 |
| | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | | |
| Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 2 of 4

**MJN1368**

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| **Judicial Review** | | |
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153 Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | | |
| Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007 Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | | |
| Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2, 5, 11 |
| | ☐ A6160 Abstract of Judgment | 2, 6 |
| | ☐ A6107 Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | | |
| RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | | |
| Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment With Damages | 2, 3, 9 |
| | ☐ A6123 Workplace Harassment With Damages | 2, 3, 9 |
| | ☐ A6124 Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | ☐ A6190 Election Contest | 2 |
| | ☐ A6110 Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100 Other Civil Petition | 2, 9 |

**MJN1369**

**Step 4: Statement of Reason and Address**: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br><br>□ 1. ☑ 2. □ 3. □ 4. ☑ 5. □ 6. □ 7. □ 8. □ 9. □ 10. □ 11. | ADDRESS:<br><br>2401 S. Atlantic Blvd. |
|---|---|

| CITY:<br>Monterey Park | STATE:<br>CA | ZIP CODE:<br>91754 | |
|---|---|---|---|

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the __Central__ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 04/06/2022

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

**MJN1370**

Electronically FILED by Superior Court of California, County of Los Angeles on 04/06/2022 06:19 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Williams, Deputy Clerk
22STCV11789
Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Armen Tamzarian

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
Email: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff: BETH GREGORIAN

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| BETH GREGORIAN, | Case No.: 22STCV11789 |
|---|---|
| Plaintiff, | Hon. |
| vs. | Dept. |
| GENERAL MOTORS LLC; and DOES 1 through 10, inclusive, | **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** |
| Defendants. | JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1371**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

Plaintiff alleges as follows:

**PARTIES**

1.     As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff BETH GREGORIAN.

2.     Plaintiff is a resident of Los Angeles, California.

3.     As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4.     Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5.     Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTES OF LIMITATION**

6.     To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty, implied warranty and fraudulent inducement concealment– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7.     Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1372**

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FACTUAL BACKGROUND

9. On or about October 30, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt EV vehicle identification number 1G1FY6S08L4141228 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1373**

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

**MJN1374**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

24.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25.     Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.  Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26.     Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28.     Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29.     Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

COMPLAINT; JURY TRIAL DEMANDED

**MJN1375**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

34. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1376**

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

6

**MJN1377**

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

### FIFTH CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### (Fraudulent Inducement - Concealment)

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the

7

MJN1378

time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his/her passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

48. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1379**

a. Defendant GM acquired its knowledge of the battery defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

9

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1380**

56. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAY for judgment against Defendants as follows:

    a. For general, special and Plaintiff 'actual damages according to proof;

    b. For restitution;

    c. Plaintiff's any consequential and incidental damages;

    d. Plaintiff'sFor revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

    e. For diminution in value;

    f. For punitive damages;

    g. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    h. For prejudgment interest at the legal rate;

    i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

    j. For such other relief as the Court may deem proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demand a jury trial on all causes of action asserted herein.

Dated: April 06, 2022        STRATEGIC LEGAL PRACTICES, APC

BY: _____
        Debora Rabieian
        Attorney for Plaintiff BETH GREGORIAN

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

**MJN1381**

# Exhibit A

MJN1382



2022

Limited Warranty and
Owner Assistance
Information

MJN1383

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84570568 A First Printing

**MJN1384**

MJN1385

# 2022 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to Owners... .......... 1
GM's Commitment ....................... 1
Owner Assistance ....................... 1
GM Participation in an Alternative Dispute
   Resolution Program .................... 1
Warranty Service– United States ......... 1
Warranty Coverage at a Glance .......... 2
New Vehicle Limited Warranty .......... 2
Emission Control System Warranty ...... 3
New Vehicle Limited Warranty .......... 5
What Is Covered ........................ 5
What Is Not Covered ................... 10
Electric Vehicle Warranty Coverage ..... 13
Things to Know About the New Vehicle
   Limited Warranty ...................... 15
Warranty Repairs – Component
   Exchanges ............................ 15
Warranty Repairs – Recycled
   Materials .............................. 15
Tire Service ............................. 15
Aftermarket Engine Performance
   Enhancement Products and
   Modifications ......................... 15

Paint, Trim, and Appearance Items ...... 15
Vehicle Operation and Care ............. 16
Maintenance and Warranty Service
   Records ............................... 16
Chemical Paint Spotting ................ 16
Warranty Coverage – Extensions ....... 16
Warranty Service — Foreign
   Countries ............................. 16
Permanent Relocation ................... 17
Original Equipment Alterations ......... 17
Recreation Vehicle and Special Body or
   Equipment Alterations ................ 17
Pre-Delivery Service ..................... 17
Production Changes ..................... 18
Noise Emissions Warranty for Light Duty
   Trucks Over 10,000 Lbs Gross Vehicle
   Weight Rating (GVWR) Only ........... 18
Emission Control Systems Warranty ..... 19
How to Determine the Applicable
   Emissions Warranty ................... 19
Federal Emission Control System
   Warranty ............................. 19

California Emission Control System
   Warranty ............................. 20
Emission Warranty Parts List ............ 22
Replacement Parts ...................... 23
Maintenance and Repairs ............... 24
Claims Procedure ....................... 24
Customer Satisfaction Procedure ......... 26
State Warranty Enforcement Laws ....... 28
Warranty Information for
   California Only ......................... 29
Special Coverage Adjustment Programs
   Beyond the Warranty Period .......... 30
Customer Assistance Offices .............. 31
Customer Assistance for Text Telephone
   (TTY) Users ............................. 32
Roadside Assistance Program ............ 33
Courtesy Transportation Program ........ 34
Chevrolet Protection ..................... 35
We're Behind You On All The Roads
   Ahead ................................. 35

**MJN1386**

MJN1387

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ 26.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ 26 for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ 31. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN1388**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty



**NEW VEHICLE LIMITED WARRANTY**

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bumper to Bumper (including tires) | 3 years/36,000 miles[1] | | | | | | | | | | |
| Electric Vehicle Specific Components | | | | | | | | | | 8 years/100,000 miles[1] | |
| **Powertrain** | | | | | | | | | | | |
| Gasoline and Diesel (other than 3.0L and 6.6L) Engines | | | | | | 5 years/60,000 miles[1] | | | | | |
| 3.0L and 6.6L Duramax Diesel | | | | | | | | | | 5 years/100,000 miles[1] | |
| Certain Commercial/Government Fleet Vehicles | | | | | | | | | | 5 years/100,000 miles[1] | |
| Restraint Systems | | | | | | | 6 years/72,000 miles[1] | | | | |
| **Sheet Metal** | | | | | | | | | | | |
| Corrosion Coverage | 3 years/36,000 miles[1] | | | | | | | | | | |
| Rust-through Coverage | | | | | | | | | | 6 years/100,000 miles[1] | |

[1] Whichever comes first

**MJN1389**

**Emission Control System Warranty**

| EMISSION CONTROL SYSTEM WARRANTY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
| **Federal Light-Duty Cars & Trucks** (under 8,500 lbs Gross Vehicle Weight Rating [GVWR]) | | | | | | | | | | | |
| Defect / Performance | 2 years / 24,000 miles[1] | | | | | | | | | | |
| Specified Major Components | 8 years / 80,000 miles[1] | | | | | | | | | | |
| **Federal Heavy-Duty Trucks** (8,501 to 19,500 lbs GVWR, gas & diesel) | | | | | | | | | | | |
| Defect / Performance | 5 years / 50,000 miles[1] | | | | | | | | | | |
| **California**[2] (under 14,000 lbs GVWR) | | | | | | | | | | | |
| Performance | 3 years / 50,000 miles[1] | | | | | | | | | | |
| Short-Term Defect | 3 years / 50,000 miles[1] | | | | | | | | | | |
| Long-Term Defect (High Cost Parts) | 7 years / 70,000 miles[1] | | | | | | | | | | |

[1] Whichever comes first

[2] Also applies to Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington vehicles equipped with a California Certified Emission Control System. These vehicles are also covered by the Federal Emission Control System Warranty.

**MJN1390**

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN1391**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 22.

**Engine Coverage includes:** Cylinder block and heads and all internally lubricated parts, timing gears, timing chain/belt and cover, valve covers, oil pump assembly, oil pan, engine oil cooling hoses and lines, seals, gaskets, manifolds, flywheel, water pump, engine mount, turbocharger and supercharger, actuators and electrical components internal to the engine. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose.

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, heater core, starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line).

**MJN1392**

**Diesel Components Coverage includes:**
Cylinder block and heads and all internally lubricated parts, intake and exhaust manifolds, timing gears, timing chain/belt and cover, flywheel, valve covers, oil pump assembly, oil pan, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor.

**Transmission/Transaxle Coverage includes:**
All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain component coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g.,front differential actuator).

*Exclusions:* Excluded from the powertrain component coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Restraint Systems Warranty**

Provides repair or replacement needed to correct defects in materials or workmanship of any seatbelt or airbag system, supplied by General Motors. Coverage is for 6 years or 72,000 miles, whichever comes first. This warranty is subject to the exceptions indicated in the "What Is Not Covered" section or cosmetic appearance defects such as color fade.

**MJN1393**

**Sheet Metal Coverage**

Body sheet metal panels are covered against corrosion and rust-through as follows:

**Surface Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

*Important:* Surface rust resulting from accidents, stone chips or scratches in the paint is not included in sheet metal coverage.

**Rust-Through:** Any body sheet metal panel that rusts through — that develop an actual hole in the sheet metal — is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Your vehicle was designed and built to resist corrosion. Application of additional rust inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products. Application of after manufacture rust proofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN1394**

**2022 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer.

Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN1395**

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone/Firestone | www.bridgestonetire.com<br>www.firestonetire.com | 1-800-847-3272 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear | www.goodyeartires.com | 1-800-321-2136 |
| Michelin/BF Goodrich | www.michelinman.com<br>www.bfgoodrichtires.com | 1-866-866-6605<br>1-877-788-8899 |
| Hankook | www.hankooktire.com | 1-800-426-5665 |
| Kumho | www.kumhotire.com | 1-800-445-8646 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**MJN1396**

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

**Caution**

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered.

Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**MJN1397**

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 15.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

**MJN1398**

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**MJN1399**

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

**Electric Vehicle Warranty Coverage**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Electric Component Warranty.

**What Is Covered**

This warranty covers repairs to Electric specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles (160 000 kilometers) Electric warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Electric specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**MJN1400**

**Propulsion Battery Warranty Coverage**

Like all batteries, the amount of energy that the high voltage propulsion battery can store will decrease with time and miles driven. The battery will be replaced/repaired if the capacity falls below 60% of its original value during the warranty period, as determined by a certified dealer, with a battery appropriate for the age and mileage of the vehicle.

**Propulsion Battery Service**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric vehicle battery packs. If the Propulsion Battery requires service due to a defect in materials or workmanship, Chevrolet will either repair or replace the Propulsion Battery with new or refurbished components at Chevrolet's discretion.

**Electric Vehicle Specific Components**

The following components are covered under the Electric Vehicle component warranty:

- Propulsion battery pack and all internal components
- Electric drive unit(s) and all internal components

**Note**

The portable charge cord is covered under the Bumper to Bumper Warranty.

**MJN1401**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *31*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission*, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

**MJN1402**

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

MJN1403

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**MJN1404**

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN1405

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations. All vehicles are eligible for Federal Emissions Control Warranty Coverage. The California Emission Control System Warranty section of this manual gives the requirements for that warranty.

Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. The warranty with the broadest coverage applies

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Federal Emission Control System Warranty

All vehicles are eligible for Federal Emission Control System Warranty. This warranty is issued in accordance with the U.S. Federal Clean Air Act. The Emission related parts covered under the Federal Warranty are listed under the Emission Warranty Parts List.

#### Federal Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

- 2 years or 24,000 miles, whichever comes first for Emissions related parts
- 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.

For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

- 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

#### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for

**MJN1406**

Emission Performance Warranty coverage when all three of the following conditions are met:

1. The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

2. The vehicle fails an EPA-approved I/M test during the emission warranty period.

3. The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 22 which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

## California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty. The Emission related parts covered under the California Warranty are listed under the Emission Warranty Parts List.

### California Emissions Warranty Requirements

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other state adopting California emission and warranty regulations. These states include Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington.

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

### Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**MJN1407**

**California Emission Defect and Emission Performance Warranty Coverage**

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspections. This is your Emission Control System Performance Warranty.
  - If any emission related part on the Emission Warranty Parts List is defective, GM will repair or replace it. This is your Short-Term Emission Control System Defect Warranty.
- 7 years or 70,000 miles, whichever comes first for Emissions related parts
  - If any emission related part specially noted on the Emission Warranty Parts List is defective or if its failure causes

your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-Term Emission Control System Defect Warranty.

For Heavy Duty Vehicles with a GVWR greater than 14,000 lbs.

- 5 years or 50,000 miles for gasoline engines, whichever comes first for emission related parts
- 5 years or 100,000 miles for diesel engines, whichever comes first for emission related parts

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for

presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions related.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1408**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *19* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

- Diagnostic Emissions Critical - Electronic Control Units (8/80)
- Engine Control Module (8/80)
- Transmission Control Module (8/80)
- Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
  Supercharger Assembly*

Throttle Body

Turbocharger System
  Turbocharger Assembly*
  Turbocharger Oil Feed Pipe (Diesel)*
  Turbocharger Exhaust Pipe (Diesel)*
  Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
  Turbocharger Vane Position Sensor*
  Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**MJN1409**

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

**MJN1410**

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not

being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⬦ 26.

**MJN1411**

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1412**

## 26 Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program a Division of BBB National Programs, Inc.
1676 International Drive
Suite 550
McLean, VA 22102

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

MJN1413

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN1414**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *31*.

**MJN1415**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.
- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.
- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1416**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1417**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

**MJN1418**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN1419**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN1420**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper, Federal Emission, Limited Extended Powertrain, or Electric-specific warranties, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN1421**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/ summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN1422**

✐ **NOTES**

MJN1423





Certified Service



84570568 A



**MJN1424**

<table>
<tr><td colspan="2">

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

**NOTICE OF CASE ASSIGNMENT**

**UNLIMITED CIVIL CASE**

</td><td>

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
04/06/2022
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ D. Williams _____ Deputy

</td></tr>
</table>

| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER: 22STCV11789 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | Armen Tamzarian | 52 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 04/07/2022
   (Date)

LACIV 190 (Rev 6/18)
LASC Approved 05/06

Sherri R. Carter, Executive Officer / Clerk of Court

By D. Williams _____, Deputy Clerk

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN1425**

# INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

## APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

## PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

## CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

## TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

## COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

## CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

## STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

## FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

## SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN1426**



# Superior Court of California, County of Los Angeles

<div>

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

</div>

## What is ADR?

ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

## Advantages of ADR

- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

## Disadvantages of ADR

- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

## Main Types of ADR

1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

    **Mediation may be appropriate when the parties**
    - want to work out a solution but need help from a neutral person.
    - have communication problems or strong emotions that interfere with resolution.

    **Mediation may not be appropriate when the parties**
    - want a public trial and want a judge or jury to decide the outcome.
    - lack equal bargaining power or have a history of physical/emotional abuse.

**MJN1427**

# How to Arrange Mediation in Los Angeles County

Mediation for **civil cases** is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
   If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

   - **ADR Services, Inc.** Case Manager Elizabeth Sanchez, elizabeth@adrservices.com (949) 863-9800
   - **JAMS, Inc.** Assistant Manager Reggie Joseph, RJoseph@jamsadr.com (310) 309-6209
   - **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

**These organizations cannot accept every case and they may decline cases at their discretion**. They may offer online mediation by video conference for cases they accept. Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

**NOTE: The Civil Mediation Vendor Resource List program does not accept family law, probate or small claims cases.**

b. **Los Angeles County Dispute Resolution Programs**
   https://hrc.lacounty.gov/wp-content/uploads/2020/05/DRP-Fact-Sheet-23October19-Current-as-of-October-2019-1.pdf

   Day of trial mediation programs have been paused until further notice.

   **Online Dispute Resolution (ODR).** Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.

c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration**: Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit http://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC)**: MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit http://www.lacourt.org/division/civil/C10047.aspx

Los Angeles Superior Court ADR website: http://www.lacourt.org/division/civil/C10109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

**MJN1428**

# VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

LACIV 230 (NEW)
LASC Approved 4-11
For Optional Use

**MJN1429**

TELEPHONE NO.:      FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

**This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.**

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following*:

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

**MJN1430**

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at **www.lacourt.org** under "*Civil*" and then under "*General Information*").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
                 (INSERT DATE)                             (INSERT DATE)
   complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at www.lacourt.org under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR PLAINTIFF)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR _____)

➢ _____
(ATTORNEY FOR _____)

➢ _____
(ATTORNEY FOR _____)

| Print | Save | | Clear |
|---|---|---|---|

**MJN1431**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:  FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – DISCOVERY RESOLUTION | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.**

**The parties agree that:**

1.  Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2.  At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally.  Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3.  Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a.  The party requesting the Informal Discovery Conference will:

        i.  File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

        ii.  Include a brief summary of the dispute and specify the relief requested; and

        iii.  Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b.  Any Answer to a Request for Informal Discovery Conference must:

        i.  Also be filed on the approved form (copy attached);

        ii.  Include a brief summary of why the requested relief should be denied;

MJN1432

    iii.   Be filed within two (2) court days of receipt of the Request; and

    iv.   Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

  c.  No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

  d.  If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied.  If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

  e.  If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.  If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.  The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.  Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.  Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.  References to "days" mean calendar days, unless otherwise noted.  If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

**MJN1433**

**The following parties stipulate:**

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR PLAINTIFF)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ (ATTORNEY FOR _____ )

Date:

_____
(TYPE OR PRINT NAME)

➤ (ATTORNEY FOR _____ )

Date:

_____
(TYPE OR PRINT NAME)

➤ (ATTORNEY FOR _____ )

[ Print ]   [ Save ]                              [ Clear ]

**MJN1434**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:       FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INFORMAL DISCOVERY CONFERENCE**<br>(pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:

   ☐      Request for Informal Discovery Conference
   ☐      Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. **For a Request for Informal Discovery Conference, <u>briefly</u> describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, <u>briefly</u> describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

| Print | Save | | Clear |
|---|---|---|---|

**MJN1435**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

### STIPULATION AND ORDER – MOTIONS IN LIMINE

CASE NUMBER:

---

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

---

**MJN1436**

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR PLAINTIFF)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR _____)

➢ _____
(ATTORNEY FOR _____)

➢ _____
(ATTORNEY FOR _____)

## THE COURT SO ORDERS.

Date: _____

_____
JUDICIAL OFFICER

| Print | Save | | Clear |
|---|---|---|---|

**MJN1437**

FILED
LOS ANGELES SUPERIOR COURT

MAY 11 2011

JOHN A. CLARKE, CLERK
*N. Navarro*
BY NANCY NAVARRO, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| General Order Re<br>Use of Voluntary Efficient Litigation<br>Stipulations | ) ORDER PURSUANT TO CCP 1054(a),<br>) EXTENDING TIME TO RESPOND BY<br>) 30 DAYS WHEN PARTIES AGREE<br>) TO EARLY ORGANIZATIONAL<br>) MEETING STIPULATION<br>) |

Whereas the Los Angeles Superior Court and the Executive Committee of the Litigation Section of the Los Angeles County Bar Association have cooperated in drafting "Voluntary Efficient Litigation Stipulations" and in proposing the stipulations for use in general jurisdiction civil litigation in Los Angeles County;

Whereas the Los Angeles County Bar Association Litigation Section; the Los Angeles County Bar Association Labor and Employment Law Section; the Consumer Attorneys Association of Los Angeles; the Association of Southern California Defense Counsel; the Association of Business Trial Lawyers of Los Angeles; and the California Employment Lawyers Association all "endorse the goal of promoting efficiency in litigation, and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases;"

-1-

ORDER PURSUANT TO CCP 1054(a)

**MJN1438**

Whereas the Early Organizational Meeting Stipulation is intended to encourage cooperation among the parties at an early stage in litigation in order to achieve litigation efficiencies;

Whereas it is intended that use of the Early Organizational Meeting Stipulation will promote economic case resolution and judicial efficiency;

Whereas, in order to promote a meaningful discussion of pleading issues at the Early Organizational Meeting and potentially to reduce the need for motions to challenge the pleadings, it is necessary to allow additional time to conduct the Early Organizational Meeting before the time to respond to a complaint or cross complaint has expired;

Whereas Code of Civil Procedure section 1054(a) allows a judge of the court in which an action is pending to extend for not more than 30 days the time to respond to a pleading "upon good cause shown";

Now, therefore, this Court hereby finds that there is good cause to extend for 30 days the time to respond to a complaint or to a cross complaint in any action in which the parties have entered into the Early Organizational Meeting Stipulation. This finding of good cause is based on the anticipated judicial efficiency and benefits of economic case resolution that the Early Organizational Meeting Stipulation is intended to promote.

IT IS HEREBY ORDERED that, in any case in which the parties have entered into an Early Organizational Meeting Stipulation, the time for a defending party to respond to a complaint or cross complaint shall be extended by the 30 days permitted

-2-

ORDER PURSUANT TO CCP 1054(a)

**MJN1439**

by Code of Civil Procedure section 1054(a) without further need of a specific court order.

DATED: *May 11, 2011*                    _Carolyn B. Kuhl_
                                          Carolyn B. Kuhl, Supervising Judge of the
                                          Civil Departments, Los Angeles Superior Court

-3-

ORDER PURSUANT TO CCP 1054(a)

**MJN1440**

2019-GEN-014-00

**FILED**
Superior Court of California
County of Los Angeles

**MAY 0 3 2019**

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN RE LOS ANGELES SUPERIOR COURT ) FIRST AMENDED GENERAL ORDER
— MANDATORY ELECTRONIC FILING )
FOR CIVIL )
)
)
)
_____ )

On December 3, 2018, the Los Angeles County Superior Court mandated electronic filing of all documents in Limited Civil cases by litigants represented by attorneys. On January 2, 2019, the Los Angeles County Superior Court mandated electronic filing of all documents filed in Non-Complex Unlimited Civil cases by litigants represented by attorneys. (California Rules of Court, rule 2.253(b).) All electronically filed documents in Limited and Non-Complex Unlimited cases are subject to the following:

1) DEFINITIONS

   a) **"Bookmark"** A bookmark is a PDF document navigational tool that allows the reader to quickly locate and navigate to a designated point of interest within a document.

   b) **"Efiling Portal"** The official court website includes a webpage, referred to as the efiling portal, that gives litigants access to the approved Electronic Filing Service Providers.

   c) **"Electronic Envelope"** A transaction through the electronic service provider for submission of documents to the Court for processing which may contain one or more PDF documents attached.

   d) **"Electronic Filing"** Electronic Filing (eFiling) is the electronic transmission to a Court of a document in electronic form. (California Rules of Court, rule 2.250(b)(7).)

**MJN1441**

e) **"Electronic Filing Service Provider"** An Electronic Filing Service Provider (EFSP) is a person or entity that receives an electronic filing from a party for retransmission to the Court. In the submission of filings, the EFSP does so on behalf of the electronic filer and not as an agent of the Court. (California Rules of Court, rule 2.250(b)(8).)

f) **"Electronic Signature"** For purposes of these local rules and in conformity with Code of Civil Procedure section 17, subdivision (b)(3), section 34, and section 1010.6, subdivision (b)(2), Government Code section 68150, subdivision (g), and California Rules of Court, rule 2.257, the term "Electronic Signature" is generally defined as an electronic sound, symbol, or process attached to or logically associated with an electronic record and executed or adopted by a person with the intent to sign the electronic record.

g) **"Hyperlink"** An electronic link providing direct access from one distinctively marked place in a hypertext or hypermedia document to another in the same or different document.

h) **"Portable Document Format"** A digital document format that preserves all fonts, formatting, colors and graphics of the original source document, regardless of the application platform used.

2) MANDATORY ELECTRONIC FILING

a) Trial Court Records

Pursuant to Government Code section 68150, trial court records may be created, maintained, and preserved in electronic format. Any document that the Court receives electronically must be clerically processed and must satisfy all legal filing requirements in order to be filed as an official court record (California Rules of Court, rules 2.100, et seq. and 2.253(b)(6)).

b) Represented Litigants

Pursuant to California Rules of Court, rule 2.253(b), represented litigants are required to electronically file documents with the Court through an approved EFSP.

c) Public Notice

The Court has issued a Public Notice with effective dates the Court required parties to electronically file documents through one or more approved EFSPs. Public Notices containing effective dates and the list of EFSPs are available on the Court's website, at www.lacourt.org.

**MJN1442**

d) Documents in Related Cases

Documents in related cases must be electronically filed in the eFiling portal for that case type if electronic filing has been implemented in that case type, regardless of whether the case has been related to a Civil case.

3) EXEMPT LITIGANTS

a) Pursuant to California Rules of Court, rule 2.253(b)(2), self-represented litigants are exempt from mandatory electronic filing requirements.

b) Pursuant to Code of Civil Procedure section 1010.6, subdivision (d)(3) and California Rules of Court, rule 2.253(b)(4), any party may make application to the Court requesting to be excused from filing documents electronically and be permitted to file documents by conventional means if the party shows undue hardship or significant prejudice.

4) EXEMPT FILINGS

a) The following documents shall not be filed electronically:

i) Peremptory Challenges or Challenges for Cause of a Judicial Officer pursuant to Code of Civil Procedure sections 170.6 or 170.3;

ii) Bonds/Undertaking documents;

iii) Trial and Evidentiary Hearing Exhibits

iv) Any ex parte application that is filed concurrently with a new complaint including those that will be handled by a Writs and Receivers department in the Mosk courthouse; and

v) Documents submitted conditionally under seal. The actual motion or application shall be electronically filed. A courtesy copy of the electronically filed motion or application to submit documents conditionally under seal must be provided with the documents submitted conditionally under seal.

b) Lodgments

Documents attached to a Notice of Lodgment shall be lodged and/or served conventionally in paper form. The actual document entitled, "Notice of Lodgment," shall be filed electronically.

//

//

MJN1443

5) ELECTRONIC FILING SYSTEM WORKING PROCEDURES

Electronic filing service providers must obtain and manage registration information for persons and entities electronically filing with the court.

6) TECHNICAL REQUIREMENTS

a) Electronic documents must be electronically filed in PDF, text searchable format **when** technologically feasible without impairment of the document's image.

b) The table of contents for any filing must be bookmarked.

c) Electronic documents, including but not limited to, declarations, proofs of service, and exhibits, must be bookmarked within the document pursuant to California Rules of Court, rule 3.1110(f)(4). Electronic bookmarks must include links to the first page of each bookmarked item (e.g. exhibits, declarations, deposition excerpts) and with bookmark titles that identify the bookedmarked item and briefly describe the item.

d) Attachments to primary documents must be bookmarked. Examples include, but are not limited to, the following:

    i) Depositions;

    ii) Declarations;

    iii) Exhibits (including exhibits to declarations);

    iv) Transcripts (including excerpts within transcripts);

    v) Points and Authorities;

    vi) Citations; and

    vii) Supporting Briefs.

e) Use of hyperlinks within documents (including attachments and exhibits) is strongly encouraged.

f) Accompanying Documents

Each document acompanying a single pleading must be electronically filed as a **separate** digital PDF document.

g) Multiple Documents

Multiple documents relating to one case can be uploaded in one envelope transaction.

**MJN1444**

h) Writs and Abstracts

Writs and Abstracts must be submitted as a separate electronic envelope.

i) Sealed Documents

If and when a judicial officer orders documents to be filed under seal, those documents must be filed electronically (unless exempted under paragraph 4); the burden of accurately designating the documents as sealed at the time of electronic submission is the submitting party's responsibility.

j) Redaction

Pursuant to California Rules of Court, rule 1.201, it is the submitting party's responsibility to redact confidential information (such as using initials for names of minors, using the last four digits of a social security number, and using the year for date of birth) so that the information shall not be publicly displayed.

7) ELECTRONIC FILING SCHEDULE

a) Filed Date

i) Any document received electronically by the court between 12:00 am and 11:59:59 pm shall be deemed to have been effectively filed on that court day if accepted for filing. Any document received electronically on a non-court day, is deemed to have been effectively filed on the next court day if accepted. (California Rules of Court, rule 2.253(b)(6); Code Civ. Proc. § 1010.6(b)(3).)

ii) Notwithstanding any other provision of this order, if a digital document is not filed in due course because of: (1) an interruption in service; (2) a transmission error that is not the fault of the transmitter; or (3) a processing failure that occurs after receipt, the Court may order, either on its own motion or by noticed motion submitted with a declaration for Court consideration, that the document be deemed filed and/or that the document's filing date conform to the attempted transmission date.

8) EX PARTE APPLICATIONS

a) Ex parte applications and all documents in support thereof must be electronically filed no later than 10:00 a.m. the court day before the ex parte hearing.

5

**MJN1445**

b) Any written opposition to an ex parte application must be electronically filed by 8:30 a.m. the day of the ex parte hearing. A printed courtesy copy of any opposition to an ex parte application must be provided to the court the day of the ex parte hearing.

9) PRINTED COURTESY COPIES

a) For any filing electronically filed two or fewer days before the hearing, a courtesy copy must be delivered to the courtroom by 4:30 p.m. the same business day the document is efiled. If the efiling is submitted after 4:30 p.m., the courtesy copy must be delivered to the courtroom by 10:00 a.m. the next business day.

b) Regardless of the time of electronic filing, a printed courtesy copy (along with proof of electronic submission) is required for the following documents:

   i) Any printed document required pursuant to a Standing or General Order;

   ii) Pleadings and motions (including attachments such as declarations and exhibits) of 26 pages or more;

   iii) Pleadings and motions that include points and authorities;

   iv) Demurrers;

   v) Anti-SLAPP filings, pursuant to Code of Civil Procedure section 425.16;

   vi) Motions for Summary Judgment/Adjudication; and

   vii) Motions to Compel Further Discovery.

c) Nothing in this General Order precludes a Judicial Officer from requesting a courtesy copy of additional documents. Courtroom specific courtesy copy guidelines can be found at www.lacourt.org on the Civil webpage under "Courtroom Information."

10) WAIVER OF FEES AND COSTS FOR ELECTRONICALLY FILED DOCUMENTS

a) Fees and costs associated with electronic filing must be waived for any litigant who has received a fee waiver. (California Rules of Court, rules 2.253(b)(), 2.258(b), Code Civ. Proc. § 1010.6(d)(2).)

b) Fee waiver applications for waiver of court fees and costs pursuant to Code of Civil Procedure section 1010.6, subdivision (b)(6), and California Rules of Court, rule 2.252(f), may be electronically filed in any authorized action or proceeding.

MJN1446

## 1) SIGNATURES ON ELECTRONIC FILING

For purposes of this General Order, all electronic filings must be in compliance with California Rules of Court, rule 2.257. This General Order applies to documents filed within the Civil Division of the Los Angeles County Superior Court.

This First Amended General Order supersedes any previous order related to electronic filing, and is effective immediately, and is to remain in effect until otherwise ordered by the Civil Supervising Judge and/or Presiding Judge.

DATED: May 3, 2019



KEVIN C. BRAZILE
Presiding Judge

**MJN1447**

Superior Court of California
County of Los Angeles
'

**Receipt**    EFM-2022-4593603.1

**Date:**    4/7/22 10:09 AM
**Time:**    4/7/22 10:09 AM

CASE # 22STCV11789
BETH GREGORIAN vs GENERAL MOTORS

| | |
|---|---|
| Unlimited Civil- Compt/UD/Pet filed >25k - GC70611,70602.5,70602.6_Defendant | 435.00 |
| Court Transaction Fee | 2.25 |
| **Case Total:** | 437.25 |

| | |
|---|---|
| **Total Paid:** | 437.25 |

22LA00428119

**MJN1448**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>**Branch Name:** Stanley Mosk Courthouse<br>**Mailing Address:** 111 North Hill Street<br>**City, State and Zip Code:** Los Angeles CA 90012 | |
|---|---|
| **SHORT TITLE:** BETH GREGORIAN vs GENERAL MOTORS LLC<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | **CASE NUMBER:**<br>22STCV11789 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

## Electronic Filing Summary Data

Electronically Submitted By:   Legal Connect
Reference Number: 5587231_2022_04_06_18_15_08_085_6
Submission Number: 22LA00428119
Court Received Date: 04/06/2022
Court Received Time: 6:19 pm
Case Number: 22STCV11789
Case Title: BETH GREGORIAN vs GENERAL MOTORS LLC
Location: Stanley Mosk Courthouse
Case Type: Civil Unlimited
Case Category: Other Breach of Contract/Warranty (not fraud or negligence)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 04/07/2022
Notice Generated Time: 10:08 am

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Complaint | Accepted |
| Summons | Accepted |
| Civil Case Cover Sheet | Accepted |

## Comments
Submitter's Comments:

Clerk's Comments:

**NOTICE OF CONFIRMATION OF FILING**

**MJN1449**

**Electronic Filing Service Provider Information**
Service Provider: Legal Connect
Contact: Legal Connect
Phone: (800) 909-6859

**MJN1450**

# Exhibit 20

MJN1451

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
Email: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs,
GABRIELA JOHNSON and JACOB JOHNSON

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

| | |
|---|---|
| GABRIELA JOHNSON and JACOB JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 30-2022-01253766-CU-BC-CJC <br> **Assigned for All Purposes** <br> Hon. Judge John C. Gastelum <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1452**

Plaintiffs allege as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiffs" shall refer to Plaintiffs GABRIELA JOHNSON and JACOB JOHNSON.

2. Plaintiffs are residents of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Orange County, California.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

**TOLLING OF THE STATUTES OF LIMITATION**

6. To the extent there are any statutes of limitation applicable to Plaintiffs' claims- including, without limitation, the express warranty, implied warranty and fraudulent inducement concealment– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiffs discovered Defendants' wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following

Media Access Portal

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN1453**

GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

8. By filing this Complaint, Plaintiffs hereby revoke acceptance of the Subject Vehicle yet again.

**FACTUAL BACKGROUND**

9. On or about December 17, 2017, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2017 Chevrolet Bolt EV vehicle identification number 1G1FW6S00H4190260 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiffs justifiably revoke acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

2

**MJN1454**

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiffs are entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

23. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334*,* 270 Cal. Rptr. 3d 335 (2020).

3

**COMPLAINT; JURY TRIAL DEMANDED**

Media Access Portal

**MJN1455**

STRATEGIC LEGAL PRACTICES, APC

1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**FIRST CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

24.     Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

25.     Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.  Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26.     Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution.  Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

28.     Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22.  Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

29.     Plaintiffs seek civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1456**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30.     Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

31.     Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).  Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

32.     Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33.     Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase.  By serving this Complaint, Plaintiffs do so again.  Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price.  In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects.  Plaintiffs believes that, at the present time, the Vehicle's value is *de minimis.*

34.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so.  Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

///

///

5

MJN1457

## THIRD CAUSE OF ACTION

### BY PLAINTIFFS AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

### BY PLAINTIFFS AGAINST DEFENDANT GM

### BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

6

MJN1458

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

43. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiffs purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiffs the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiffs are informed, believe, and thereon allege that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiffs

<div align="center">

7

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN1459**

at the time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the electrical system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

48. Plaintiffs are informed, believe and thereon allege that GM acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiffs are informed, believes and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiffs known that the subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiffs allege that Defendant GM knew that the Vehicle and its lithium ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiffs to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

Media Access Portal

8

MJN1460

a. Defendant GM acquired its knowledge of the electrical defect and its potential consequences prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffs leased and/or purchased the Vehicle.

52. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53. The facts concealed or not disclosed by Defendant GM to Plaintiffs are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiffs known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54. Plaintiffs are reasonable consumers who did not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

9

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1461**

56. As a result of Defendant GM's misconduct, Plaintiffs has suffered and will continue to suffer actual damages. Plaintiffs was harmed by purchasing a vehicle that Plaintiffs would not have purchased, or would have paid less for, had Plaintiffs known the true facts about the Battery Defect. Furthermore, Plaintiffs unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFFS PRAY for judgment against Defendants as follows:

a. For general, special and Plaintiffs 'actual damages according to proof;

b. For restitution;

c. Plaintiffs' any consequential and incidental damages;

d. Plaintiffs'For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

e. For diminution in value;

f. For punitive damages;

g. For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

h. For prejudgment interest at the legal rate;

i. For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

j. For such other relief as the Court may deem proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: April 06, 2022      STRATEGIC LEGAL PRACTICES, APC

BY: _____

Debora Rabieian
Attorney for Plaintiffs GABRIELA
JOHNSON and JACOB JOHNSON

Media Access Portal

10

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1462**

# Exhibit A

MJN1463

MJN1464

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| | |
|---|---|
| Owner's Name: | |
| Phone Number: | |
| Street Address: | |
| City & State: | |
| Vehicle Identification Number (VIN): | |
| Date Vehicle First Delivered or Put In Use: | |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: | |

MJN1465

© 2016 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23452969 B Second Printing

Media Access Portal

MJN1466

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** .......................... 1
GM's Commitment ............... 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States, Canada, and Mexico ........... 1

**Warranty Coverage at a Glance** .......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ............ 9
Chevrolet Volt, Spark EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage ..................... 14
What Is Not Covered .......... 14
Chevrolet Silverado eAssist® Coverage .................... 15

**Things to Know About the New Vehicle Limited Warranty** ..... 16
Warranty Repairs – Component Exchanges .................... 16
Warranty Repairs – Recycled Materials ..................... 16
Tire Service .................... 16
Aftermarket Engine Performance Enhancement Products and Modifications ... 16
After-Manufacture "Rustproofing" ................ 17
Paint, Trim, and Appearance Items ......................... 17
Vehicle Operation and Care ... 17
Maintenance and Warranty Service Records .............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage – Extensions ................... 18
Warranty Service — Foreign Countries .................... 18
Permanent Relocation ......... 18
Original Equipment Alterations .................... 19

Recreation Vehicle and Special Body or Equipment Alterations .................... 19
Pre-Delivery Service .......... 19
Production Changes ........... 20
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 20

**Emission Control Systems Warranty** ...................... 21
What Is Covered ............... 21
How to Determine the Applicable Emissions Control System Warranty ............. 21
Federal Emission Control System Warranty ............. 21
California Emission Control System Warranty ............. 22

**Emission Warranty Parts List** ...25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure ............. 29

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction Procedure** .................... 31

**State Warranty Enforcement Laws** ........... 33

**Warranty Information for California Only** .............. 34

**Special Coverage Adjustment Programs Beyond the Warranty Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text Telephone (TTY) Users** ....... 37

**Roadside Assistance Program** ..................... 38

**Courtesy Transportation Program** ..................... 39

MJN1468

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States, Canada, and Mexico

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 21 for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

MJN1470

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

***Important:*** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *21.*

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN1471**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 66L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service

**MJN1472**

replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

***Important:*** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *25*

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and

universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN1474

**2017 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

MJN1476

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| **Caution** |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and

breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**Important:** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint

Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 16.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel,

operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a

result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use

of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a**

MJN1480

**particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Spark EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Company will warrant certain components for Chevrolet Volt, Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Spark EV, and Malibu Hybrid vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this

Chevrolet Volt, Spark EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160 000 kilometers) term for the following:

**Towing**

During the 8 year or 8 years or 100,000 miles (160 000 kilometers) Hybrid warranty period, towing is

MJN1481

covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Spark EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Spark EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty does not cover the following items:

**Wear Items**

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty.

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100.000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty and Owner Assistance booklet, General Motors of Canada Company will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

MJN1483

**Warranty Repairs –
Component Exchanges**

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

**Warranty Repairs – Recycled Materials**

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

**Tire Service**

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

**Aftermarket Engine Performance Enhancement Products and Modifications**

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN1485

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Warranty Service — Foreign Countries

### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under

**MJN1486**

the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the

warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the

disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the

MJN1487

dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN1488

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

**What Is Covered**

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

**How to Determine the Applicable Emissions Control System Warranty**

State and Federal agencies may require a different emission control system warranty depending on:

● Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

● Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

**Federal Emission Control System Warranty**

**Federal Warranty Coverage**

● Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

● Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

● Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

**Federal Emission Defect Warranty**

GM warrants to the owner the following:

● The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

● The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to

conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle

Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.\***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**\* Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Partial Zero Emission Vehicles (PZEV) have extended coverage on all emission-related parts.

**Important:** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Vermont have PZEV Emission Warranty Coverage. (Oregon has PZEV Hybrid battery 10 years/150,000 mile coverage only).

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine

computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is

your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be defective, GM will repair or replace it under the Federal Emission Control System Warranty.

MJN1491

- For 15 years or 150,000 miles, whichever comes first for a Partial Zero Emission Vehicle (PZEV):

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your (PZEV) Emission Control System Defects Warranty.

* PZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. Spark EV call 855-4-SPARK-INFO (855-477-2754 For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1492**

The emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *21* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/150,000 miles, whichever comes first, on California PZEV (NU6) vehicles registered in a PZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Coolant Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Control Module (VCM) **

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Electronic Transmission Range Selector**

Chassis Control Module (CHCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Temperature and Pressure Sensors

Diesel Exhaust (DPF) Indirect Fuel Injector

Diesel Exhaust Emission Reduction Fluid Injector

Diesel Exhaust Emission Reduction Fluid Tank

Diesel Exhaust NOx Sensors

Diesel Particulate Filter (DPF) *

Diesel Particulate Matter Sensor

Exhaust Manifold

Exhaust Manifold Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

MJN1494

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperatuer Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

DC Voltage Bidirectional Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM Hood Switch

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Temperature Sensors
Battery Coolant Pump
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **
Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

MJN1495

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

MJN1496

## Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being

completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of

maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *31*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN1498

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Spark EV call 855-4-SPARK-INFO (855-477-2754). For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN1499

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36*.

**MJN1501**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

● The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

● The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

● The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN1502

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1503**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Spark EV 855-4-SPARK-INFO (855-477-2754).
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Spark EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN1504**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN1505**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Spark EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN1506

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN1507**

**40**

✍ **NOTES**

MJN1508

# ✍ NOTES

**MJN1509**

## ✍ NOTES

MJN1510

✍ **NOTES**



✎ **NOTES**

44

**MJN1512**

# Exhibit 21

MJN1513

Electronically FILED by Superior Court of California, County of Los Angeles on 10/28/2022 12:18 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Salcedo,Deputy Clerk
22VECV01792
Assigned for all purposes to: Van Nuys Courthouse East, Judicial Officer: Virginia Keeny

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
SEYED-SHAHAB AMINI

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

SEYED-SHAHAB AMINI,

      Plaintiff,

    vs.

GENERAL MOTORS, LLC.; AND DOES
1 through 10, inclusive,

      Defendants.

Case No.:

Hon.
Dept.

**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**

JURY TRIAL DEMANDED

**PAGE 1**

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1514**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to SEYED-SHAHAB AMINI.

2. Plaintiff is a resident of Los Angeles County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about July 13, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2022 Chevrolet Bolt, vehicle identification number 1G1FW6S00N4101380 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

COMPLAINT; JURY TRIAL DEMANDED

MJN1515

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

PAGE 3

COMPLAINT; JURY TRIAL DEMANDED

**MJN1516**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

18. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

COMPLAINT; JURY TRIAL DEMANDED

**MJN1517**

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

PAGE 5

COMPLAINT; JURY TRIAL DEMANDED

**MJN1518**

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<p style="text-align:center"><strong>THIRD CAUSE OF ACTION</strong></p>

<p style="text-align:center"><strong>BY PLAINTIFF AGAINST DEFENDANT GM</strong></p>

<p style="text-align:center"><strong>VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2</strong></p>

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<p style="text-align:center"><strong>COMPLAINT; JURY TRIAL DEMANDED</strong></p>

MJN1519

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

COMPLAINT; JURY TRIAL DEMANDED

**MJN1520**

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

COMPLAINT; JURY TRIAL DEMANDED

**MJN1521**

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

COMPLAINT; JURY TRIAL DEMANDED

MJN1522

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

COMPLAINT; JURY TRIAL DEMANDED

MJN1523

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

c.    For any consequential and incidental damages;

d.    For diminution in value;

e.    For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.    For prejudgment interest at the legal rate;

g.    For punitive damages;

h.    For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.    For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: October 10, 2022           **STRATEGIC LEGAL PRACTICES, APC**

By    _____

TIONNA G. DOLIN
Attorneys for Plaintiff
SEYED-SHAHAB AMINI

COMPLAINT; JURY TRIAL DEMANDED

MJN1524

# Exhibit A

MJN1525



2022

Limited Warranty and
Owner Assistance
Information

**MJN1526**

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84570568 A First Printing

**MJN1527**

# 2022 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to Owners... .......... 1
GM's Commitment ....................... 1
Owner Assistance ....................... 1
GM Participation in an Alternative Dispute
    Resolution Program .................... 1
Warranty Service– United States ......... 1

Warranty Coverage at a Glance .......... 2
New Vehicle Limited Warranty .......... 2
Emission Control System Warranty ...... 3

New Vehicle Limited Warranty ........... 5
What Is Covered ........................ 5
What Is Not Covered ................... 10
Electric Vehicle Warranty Coverage ..... 13

Things to Know About the New Vehicle
    Limited Warranty ...................... 15
Warranty Repairs – Component
    Exchanges ............................ 15
Warranty Repairs – Recycled
    Materials ............................. 15
Tire Service ............................. 15
Aftermarket Engine Performance
    Enhancement Products and
    Modifications ......................... 15

Paint, Trim, and Appearance Items ...... 15
Vehicle Operation and Care ............. 16
Maintenance and Warranty Service
    Records ............................... 16
Chemical Paint Spotting ................ 16
Warranty Coverage – Extensions ....... 16
Warranty Service — Foreign
    Countries ............................. 16
Permanent Relocation ................... 17
Original Equipment Alterations ......... 17
Recreation Vehicle and Special Body or
    Equipment Alterations ................ 17
Pre-Delivery Service .................... 17
Production Changes ..................... 18
Noise Emissions Warranty for Light Duty
    Trucks Over 10,000 Lbs Gross Vehicle
    Weight Rating (GVWR) Only ........... 18

Emission Control Systems Warranty ..... 19
How to Determine the Applicable
    Emissions Warranty ................... 19
Federal Emission Control System
    Warranty ............................. 19

California Emission Control System
    Warranty ............................. 20

Emission Warranty Parts List ............ 22
Replacement Parts ...................... 23
Maintenance and Repairs ............... 24
Claims Procedure ....................... 24

Customer Satisfaction Procedure ......... 26

State Warranty Enforcement Laws ....... 28

Warranty Information for
    California Only ......................... 29

Special Coverage Adjustment Programs
    Beyond the Warranty Period .......... 30

Customer Assistance Offices .............. 31

Customer Assistance for Text Telephone
    (TTY) Users ............................ 32

Roadside Assistance Program ............ 33

Courtesy Transportation Program ........ 34

Chevrolet Protection ..................... 35
We're Behind You On All The Roads
    Ahead ................................. 35

**MJN1528**

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *26*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *26* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *31*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN1529**

## 2    Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty



**NEW VEHICLE LIMITED WARRANTY**

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bumper to Bumper (including tires)** | | | 3 years/36,000 miles[1] | | | | | | | | |
| **Electric Vehicle Specific Components** | | | | | | | | | | 8 years/100,000 miles[1] | |
| **Powertrain** | | | | | | | | | | | |
| Gasoline and Diesel (other than 3.0L and 6.6L) Engines | | | | | | 5 years/60,000 miles[1] | | | | | |
| 3.0L and 6.6L Duramax Diesel | | | | | | | | | | 5 years/100,000 miles[1] | |
| Certain Commercial/Government Fleet Vehicles | | | | | | | | | | 5 years/100,000 miles[1] | |
| **Restraint Systems** | | | | | | | 6 years/72,000 miles[1] | | | | |
| **Sheet Metal** | | | | | | | | | | | |
| Corrosion Coverage | | | 3 years/36,000 miles[1] | | | | | | | | |
| Rust-through Coverage | | | | | | | | | | 6 years/100,000 miles[1] | |

[1] Whichever comes first

**MJN1530**

## Emission Control System Warranty

### EMISSION CONTROL SYSTEM WARRANTY

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal Light-Duty Cars & Trucks** (under 8,500 lbs Gross Vehicle Weight Rating [GVWR]) | | | | | | | | | | | |
| Defect / Performance | 2 years / 24,000 miles[1] | | | | | | | | | | |
| Specified Major Components | 8 years / 80,000 miles[1] | | | | | | | | | | |
| **Federal Heavy-Duty Trucks** (8,501 to 19,500 lbs GVWR, gas & diesel) | | | | | | | | | | | |
| Defect / Performance | 5 years / 50,000 miles[1] | | | | | | | | | | |
| **California[2]** (under 14,000 lbs GVWR) | | | | | | | | | | | |
| Performance | 3 years / 50,000 miles[1] | | | | | | | | | | |
| Short-Term Defect | 3 years / 50,000 miles[1] | | | | | | | | | | |
| Long-Term Defect (High Cost Parts) | 7 years / 70,000 miles[1] | | | | | | | | | | |

[1] Whichever comes first

[2] Also applies to Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington vehicles equipped with a California Certified Emission Control System. These vehicles are also covered by the Federal Emission Control System Warranty.

**MJN1531**

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN1532

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 22.

**Engine Coverage includes:** Cylinder block and heads and all internally lubricated parts, timing gears, timing chain/belt and cover, valve covers, oil pump assembly, oil pan, engine oil cooling hoses and lines, seals, gaskets, manifolds, flywheel, water pump, engine mount, turbocharger and supercharger, actuators and electrical components internal to the engine. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose.

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, heater core, starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line).

**MJN1533**

**Diesel Components Coverage includes:**
Cylinder block and heads and all internally lubricated parts, intake and exhaust manifolds, timing gears, timing chain/belt and cover, flywheel, valve covers, oil pump assembly, oil pan, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor.

**Transmission/Transaxle Coverage includes:**
All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain component coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g.,front differential actuator).

*Exclusions:* Excluded from the powertrain component coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Restraint Systems Warranty**

Provides repair or replacement needed to correct defects in materials or workmanship of any seatbelt or airbag system, supplied by General Motors. Coverage is for 6 years or 72,000 miles, whichever comes first. This warranty is subject to the exceptions indicated in the "What Is Not Covered" section or cosmetic appearance defects such as color fade.

**MJN1534**

**Sheet Metal Coverage**

Body sheet metal panels are covered against corrosion and rust-through as follows:

**Surface Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Important:** Surface rust resulting from accidents, stone chips or scratches in the paint is not included in sheet metal coverage.

**Rust-Through:** Any body sheet metal panel that rusts through — that develop an actual hole in the sheet metal — is covered for up to 6 years or 100,000 miles, whichever comes first.

**Important:** Your vehicle was designed and built to resist corrosion. Application of additional rust inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products. Application of after manufacture rust proofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN1535**

**2022 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer.

Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN1536**

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone/Firestone | www.bridgestonetire.com<br>www.firestonetire.com | 1-800-847-3272 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear | www.goodyeartires.com | 1-800-321-2136 |
| Michelin/BF Goodrich | www.michelinman.com<br>www.bfgoodrichtires.com | 1-866-866-6605<br>1-877-788-8899 |
| Hankook | www.hankooktire.com | 1-800-426-5665 |
| Kumho | www.kumhotire.com | 1-800-445-8646 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential

damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**MJN1537**

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered.

Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**MJN1538**

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15.*

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

**MJN1539**

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**MJN1540**

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:
- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

**Electric Vehicle Warranty Coverage**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Electric Component Warranty.

**What Is Covered**

This warranty covers repairs to Electric specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles (160 000 kilometers) Electric warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Electric specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**MJN1541**

**Propulsion Battery Warranty Coverage**

Like all batteries, the amount of energy that the high voltage propulsion battery can store will decrease with time and miles driven. The battery will be replaced/repaired if the capacity falls below 60% of its original value during the warranty period, as determined by a certified dealer, with a battery appropriate for the age and mileage of the vehicle.

**Propulsion Battery Service**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric vehicle battery packs. If the Propulsion Battery requires service due to a defect in materials or workmanship, Chevrolet will either repair or replace the Propulsion Battery with new or refurbished components at Chevrolet's discretion.

**Electric Vehicle Specific Components**

The following components are covered under the Electric Vehicle component warranty:

- Propulsion battery pack and all internal components
- Electric drive unit(s) and all internal components

**Note**

The portable charge cord is covered under the Bumper to Bumper Warranty.

**MJN1542**

**Warranty Repairs – Component Exchanges**

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission

assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

**Warranty Repairs – Recycled Materials**

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

**Tire Service**

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *31*.

**Aftermarket Engine Performance Enhancement Products and Modifications**

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You

should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission*, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

**Paint, Trim, and Appearance Items**

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

MJN1543

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

MJN1544

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

MJN1545

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN1546

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations. All vehicles are eligible for Federal Emissions Control Warranty Coverage. The California Emission Control System Warranty section of this manual gives the requirements for that warranty.

Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. The warranty with the broadest coverage applies

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Federal Emission Control System Warranty

All vehicles are eligible for Federal Emission Control System Warranty. This warranty is issued in accordance with the U.S. Federal Clean Air Act. The Emission related parts covered under the Federal Warranty are listed under the Emission Warranty Parts List.

#### Federal Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

- 2 years or 24,000 miles, whichever comes first for Emissions related parts
- 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.

For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

- 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

#### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for

MJN1547

Emission Performance Warranty coverage when all three of the following conditions are met:

1. The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

2. The vehicle fails an EPA-approved I/M test during the emission warranty period.

3. The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 22 which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty. The Emission related parts covered under the California Warranty are listed under the Emission Warranty Parts List.

**California Emissions Warranty Requirements**

This warranty applies if your vehicle meets both of the following requirements:

● Your vehicle is registered in California or other state adopting California emission and warranty regulations. These states include Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington.

● Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**MJN1548**

**California Emission Defect and Emission Performance Warranty Coverage**

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspections. This is your Emission Control System Performance Warranty.
  - If any emission related part on the Emission Warranty Parts List is defective, GM will repair or replace it. This is your Short-Term Emission Control System Defect Warranty.
- 7 years or 70,000 miles, whichever comes first for Emissions related parts
  - If any emission related part specially noted on the Emission Warranty Parts List is defective or if its failure causes

your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-Term Emission Control System Defect Warranty.

For Heavy Duty Vehicles with a GVWR greater than 14,000 lbs.

- 5 years or 50,000 miles for gasoline engines, whichever comes first for emission related parts
- 5 years or 100,000 miles for diesel engines, whichever comes first for emission related parts

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for

presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions related.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN1549

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty ⇨ 19* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

● Diagnostic Emissions Critical - Electronic Control Units (8/80)
● Engine Control Module (8/80)
● Transmission Control Module (8/80)
● Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
   Supercharger Assembly*

Throttle Body

Turbocharger System
   Turbocharger Assembly*
   Turbocharger Oil Feed Pipe (Diesel)*
   Turbocharger Exhaust Pipe (Diesel)*
   Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
   Turbocharger Vane Position Sensor*
   Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**MJN1550**

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/ herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

**MJN1551**

\* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not

being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⟡ *26.*

**MJN1552**

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle
Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1553**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program a Division of BBB National Programs, Inc.
1676 International Drive
Suite 550
McLean, VA 22102

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

**MJN1554**

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN1555**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *31*.

**MJN1556**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.
- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1557**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1558**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

# MJN1559

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN1560**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN1561**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper, Federal Emission, Limited Extended Powertrain, or Electric-specific warranties, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN1562**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN1563**

# ✎ NOTES





Certified Service



84570568 A



**MJN1565**

# Exhibit 22

MJN1566

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
ERIC BRADLE

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

# COUNTY OF VENTURA

ERIC BRADLE,

        Plaintiff,

    vs.

GENERAL MOTORS, LLC.; AND DOES
1 through 10, inclusive,

        Defendants.

Case No.:

Hon.
Dept.

**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**

JURY TRIAL DEMANDED

PAGE 1

COMPLAINT; JURY TRIAL DEMANDED

**MJN1567**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to ERIC BRADLE.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Ventura County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about November 14, 2018, Plaintiff entered into a warranty contract with Defendant GM regarding a 2018 Chevrolet Bolt EV, vehicle identification number 1G1FX6S03J4138754 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

COMPLAINT; JURY TRIAL DEMANDED

**MJN1568**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, electrical defects, battery defects, among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN1569

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

18. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

**TOLLING OF THE STATUTES OF LIMITATION**

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims- the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

COMPLAINT; JURY TRIAL DEMANDED

MJN1570

Strategic Legal Practices

A PROFESSIONAL CORPORATION

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<p style="text-align:center"><strong>SECOND CAUSE OF ACTION</strong></p>

<p style="text-align:center"><strong>BY PLAINTIFF AGAINST DEFENDANT GM</strong></p>

<p style="text-align:center"><strong>VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2</strong></p>

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN1571

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

MJN1572

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

<div align="center">

PAGE 7

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

MJN1573

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<center>

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</center>

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

<center>

PAGE 8

COMPLAINT; JURY TRIAL DEMANDED

</center>

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

**MJN1574**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

COMPLAINT; JURY TRIAL DEMANDED

MJN1575

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

COMPLAINT; JURY TRIAL DEMANDED

MJN1576

c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: August 29, 2022                                 STRATEGIC LEGAL PRACTICES, APC

By _____
TIONNA G. DOLIN
Attorneys for Plaintiff
ERIC BRADLE

COMPLAINT; JURY TRIAL DEMANDED

MJN1577

# Exhibit A

MJN1578



# 2018

## Limited Warranty and
## Owner Assistance Information



chevrolet.com

MJN1579

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| | |
|---|---|
| Owner's Name: | |
| Phone Number: | |
| Street Address: | |
| City & State: | |
| Vehicle Identification Number (VIN): | |
| Date Vehicle First Delivered or Put In Use: | |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: | |

© 2017 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23168735 C Third Printing

**MJN1580**

MJN1581

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to**
**Owners...** ....................... 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
  Dispute Resolution Program ... 1
Warranty Service– United
  States ......................... 1

**Warranty Coverage at a**
**Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System
  Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Chevrolet Volt, Bolt EV, and
  Malibu Hybrid ................ 13
Drive Motor Battery
  Coverage .................... 14
Chevrolet Silverado eAssist®
  Coverage .................... 15
What Is Not Covered .......... 15

**Things to Know About the New**
**Vehicle Limited Warranty** .... 16
Warranty Repairs – Component
  Exchanges ................... 16
Warranty Repairs – Recycled
  Materials ..................... 16
Tire Service ................... 16
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 16
After-Manufacture
  "Rustproofing" ............... 17
Paint, Trim, and Appearance
  Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty
  Service Records ............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage –
  Extensions .................. 18
Warranty Service — Foreign
  Countries .................... 18
Permanent Relocation ......... 18
Original Equipment
  Alterations ................... 19

Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 19
Pre-Delivery Service ........... 19
Production Changes ........... 20
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only .......... 20
**Emission Control Systems**
**Warranty** ...................... 21
What Is Covered ............... 21
How to Determine the
  Applicable Emissions Control
  System Warranty ............. 21
Federal Emission Control
  System Warranty ............. 21
California Emission Control
  System Warranty ............. 22
**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure ............. 29

**MJN1582**

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction
Procedure** .................... 31

**State Warranty
Enforcement Laws** ........... 33

**Warranty Information for
California Only** ............... 34

**Special Coverage Adjustment
Programs Beyond the Warranty
Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text
Telephone (TTY) Users** ....... 37

**Roadside Assistance
Program** ..................... 38

**Courtesy Transportation
Program** ..................... 39

**Chevrolet Protection** .......... 40
We're Behind You On All The
Roads Ahead ................ 40

**MJN1583**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN1584**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *21* for more information.

### Federal

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

### California

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN1585**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *21.*

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN1586**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN1587**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**MJN1588**

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN1589**

**2018 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN1590**

## 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN1591**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

# MJN1592

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

#### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

#### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

MJN1593

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *16*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**MJN1594**

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to

damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Navigation Map Data Updates
- Clutch Linings

- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**MJN1595**

### Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**MJN1596**

## 14　New Vehicle Limited Warranty

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**Drive Motor Battery Coverage**

**Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN1597**

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

### eAssist Components

The Hybrid Powertrain Control Modules and components including eAssist battery, eAssist battery disconnect, powerpack assembly, the eAssist battery cooling fan, the starter generator unit, starter generator cooling pump, high voltage 3–phase cables assembly, HVDC cables, and the transmission fluid accumulator and solenoid.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranties do not cover the following items:

### Wear Items

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranty.

**MJN1598**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN1599**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN1600**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

**MJN1601**

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN1602**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN1603**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN1604**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

***Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN1605**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

**Important:** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:
  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:
  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN1606**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1607**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 21 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

**MJN1608**

## 26 Emission Warranty Parts List

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**MJN1609**

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **
Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

**MJN1610**

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**MJN1611**

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available

within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent

owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed

**MJN1612**

30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 31.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1613**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN1614**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN1615**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36*.

**MJN1616**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1617**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1618**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN1619**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN1620**

## 38   Roadside Assistance Program

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN1621**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN1622**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN1623**

# ✎ NOTES

MJN1624

✍ **NOTES**

**MJN1625**

✍ **NOTES**

**MJN1626**

✍ **NOTES**

MJN1627





U.S. Only



23168735 C



**MJN1628**

# Page Intentionally Left Blank

MJN1629

# Page Intentionally Left Blank

MJN1630

# Exhibit 23

MJN1631

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Debora Rabieian (SBN 315022)
Email: drabieian@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff: DAVID ZIMMERMANN

ORIGINAL

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

APR 2022

LEANNE M. LANDEROS

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| DAVID ZIMMERMANN, | Case No.: **CIV SB 2208150** |
| Plaintiff, | Hon. |
| vs. | Dept. |
| GENERAL MOTORS LLC; and DOES 1 through 10, inclusive, | **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** |
| Defendants. | **JURY TRIAL DEMANDED** |

$435
SC 2022-28220

---

**COMPLAINT; JURY TRIAL DEMANDED**

MJN1632

RECEIVED
APR 21 2022
SUPERIOR COURT
SAN BERNARDINO COUNTY

MJN1633

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff DAVID ZIMMERMANN.

2. Plaintiff is a resident of San Bernardino County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in San Bernardino County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## TOLLING OF THE STATUTES OF LIMITATION

6. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty, implied warranty and fraudulent inducement concealment– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

1

CIV SB 2 2 0 8 1 5 0

STRATEGIC LEGAL PRACTICES, APC
18888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN1634**

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

**FACTUAL BACKGROUND**

9. On or about November 11, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt EV vehicle identification number 1G1FZ6S03L4126195 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN1635

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC*, 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

# FIRST CAUSE OF ACTION
## BY PLAINTIFF AGAINST DEFENDANT GM
## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

24. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

25. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

26. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

27. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

28. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

29. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN1637

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

30. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

31. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

32. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

33. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis.*

34. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN1638**

## THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

35. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

36. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

37. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### (CIV. CODE, § 1791.1; § 1794; § 1795.5)

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

6

MJN1639

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

40. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

41. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

42. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

### (Fraudulent Inducement - Concealment)

43. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

44. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

45. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

46. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN1640

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

time of sale and thereafter.

47. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his/her passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

48. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

49. Plaintiff is informed, believes and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the subject vehicle.

50. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

51. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

MJN1641

a.    Defendant GM acquired its knowledge of the battery defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b.    Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c.    Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

52.    In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

53.    The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, they would not have purchased the Vehicle.

54.    Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

55.    All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

MJN1642

56. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAY for judgment against Defendants as follows:

a. For general, special and Plaintiff 'actual damages according to proof;

b. For restitution;

c. Plaintiff's any consequential and incidental damages;

d. Plaintiff'sFor revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

e. For diminution in value;

f. For punitive damages;

g. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

h. For prejudgment interest at the legal rate;

i. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

j. For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demand a jury trial on all causes of action asserted herein.

Dated: April 19, 2022          STRATEGIC LEGAL PRACTICES, APC

BY: _____
    Debora Rabieian
    Attorney for Plaintiff DAVID
    ZIMMERMANN

**COMPLAINT; JURY TRIAL DEMANDED**

MJN1643

# Exhibit A

MJN1644



2020

Limited Warranty and Owner
Assistance Information

chevrolet.com

MJN1645

| |
|---|
| **IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.** Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information. |
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2019 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84168948 B Second Printing

MJN1646

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to
  Owners... ...................... 1
  GM's Commitment .............. 1
  Owner Assistance .............. 1
  GM Participation in an Alternative
    Dispute Resolution Program ... 1
  Warranty Service– United
    States ....................... 1

Warranty Coverage at a
  Glance ...................... 2
  New Vehicle Limited Warranty ... 2
  Emission Control System
    Warranty ..................... 2

New Vehicle Limited Warranty ...4
  What Is Covered ................ 4
  What Is Not Covered .......... 10
  Electric and Hybrid Vehicle
    Warranty Coverage .......... 13
  Drive Motor Battery
    Coverage ................... 14

Things to Know About the New
  Vehicle Limited Warranty .... 15
  Warranty Repairs – Component
    Exchanges .................. 15

Warranty Repairs – Recycled
  Materials .................... 15
Tire Service ................... 15
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 15
After-Manufacture
  "Rustproofing" ............... 16
Paint, Trim, and Appearance
  Items ....................... 16
Vehicle Operation and Care ... 16
Maintenance and Warranty
  Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage –
  Extensions .................. 17
Warranty Service — Foreign
  Countries ................... 17
Permanent Relocation ......... 18
Original Equipment
  Alterations ................... 18
Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 18
Pre-Delivery Service .......... 19

Production Changes .......... 19
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only ......... 19

Emission Control Systems
  Warranty .................... 20
  What Is Covered .............. 20
  How to Determine the
    Applicable Emissions Control
    System Warranty ........... 20
  Federal Emission Control
    System Warranty ........... 20
  California Emission Control
    System Warranty ........... 21

Emission Warranty Parts List ..24
  Replacement Parts ........... 28
  Maintenance and Repairs ..... 28
  Claims Procedure ............ 29

Customer Satisfaction
  Procedure ................... 30

State Warranty
  Enforcement Laws .......... 32

**MJN1647**

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** .......... 39
  We're Behind You On All The Roads Ahead ............... 39

**MJN1648**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

  - Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20.*

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN1651**

## 4    New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

**Warranty Applies**

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

**Repairs Covered**

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

**No Charge**

Warranty repairs, including towing, parts, and labor, will be made at no charge.

**Obtaining Repairs**

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

**Warranty Period**

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

**Bumper-to-Bumper Coverage**

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

**Powertrain Component Warranty Coverage**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

MJN1652

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System

such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *24*

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure

lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

## 6　New Vehicle Limited Warranty

**Transfer Case Coverage includes:**
All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

### 2020 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN1655**

## 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyai/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East) 1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pireili | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

MJN1657

## 10    New Vehicle Limited Warranty

### What Is Not Covered

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

MJN1658

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15.*

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if

## 12 New Vehicle Limited Warranty

integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs

- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms** : This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Electric and Hybrid Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at

no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect.

## 14 New Vehicle Limited Warranty

Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Hybrid Vehicles)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35.*

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN1663**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN1664**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Warranty Service — Foreign Countries

### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

**MJN1665**

**Permanent Relocation**

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

**Original Equipment Alterations**

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

**Recreation Vehicle and Special Body or Equipment Alterations**

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

**MJN1666**

**Pre-Delivery Service**

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN1667

## 20 Emission Control Systems Warranty

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

**Federal Warranty Coverage**

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.
- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.
- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

**Federal Emission Defect Warranty**

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN1668

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*\* Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN1669**

## 22    Emission Control Systems Warranty

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:
  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:
  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Electric Vehicle call 1-877-486-5846 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1671**

## 24    Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM)**

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module**

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM)**

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Driver Mode Select Switch

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Eboost Brake Control Module**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Electric Compressor Recirculation Valve (eCRV)

Electric Waste Gate Actuator

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN1673**

## 26    Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Fuel Tank Zone Module

Purge Pump

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Active Thermal Management**

Block Rotary Valve

Body Control Module (BCM)**

Electric Coolant Pump

Engine Block Coolant Temperature Sensor

Engine Cylinder Head Coolant Temperature Sensor

Engine Inlet Coolant Temperature Sensor

Evaporator Air Temperature Sensor (EAT)

HVAC Front Blower Motor

HVAC Front Face Plate (FFP)

HVAC Front Mode/Temperature LIN Actuators

Main Rotary Valve

Radiator Outlet Coolant Temperature Sensor

Temperature/Humidity LIN Sensor

**Hybrid**

A/C Compressor

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

**MJN1674**

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Sensors
    Battery Coolant Pumps and Cooling Fans
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30.*

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1677**

## 30 Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846.

In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN1679**

## 32    State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

MJN1680

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1681**

## 34    Special Coverage Adjustment Programs Beyond the Warranty Period

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN1683**

## 36  Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN1684

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

## 38    Courtesy Transportation Program

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN1687**

**40**

✍ **NOTES**

MJN1688

# ✍ NOTES

# ✍ NOTES

# ✍ NOTES

**44**

✍ **NOTES**





Certified Service



84168948 B



**MJN1693**

# Exhibit 24

MJN1694

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
HRATCHIA TOM ZARIAN

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
**10/06/2022** at 12:48:40 PM
Clerk of the Superior Court
By Emily Schilawski,Deputy Clerk

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

HRATCHIA TOM ZARIAN,

　　　　Plaintiff,

　　vs.

GENERAL MOTORS, LLC.; AND DOES
1 through 10, inclusive,

　　　　Defendants.

Case No.: 37-2022-00040178-CU-BC-CTL

Hon.
Dept.

**COMPLAINT FOR VIOLATION OF
STATUTORY OBLIGATIONS**

JURY TRIAL DEMANDED

COMPLAINT; JURY TRIAL DEMANDED

**MJN1695**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to HRATCHIA TOM ZARIAN.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in San Diego, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about September 15, 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt, vehicle identification number 1G1FY6S08K4133080 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

**MJN1696**

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to; Battery Defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

PAGE 3

COMPLAINT; JURY TRIAL DEMANDED

**MJN1697**

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

18. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims- the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

**MJN1698**

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

PAGE 5

COMPLAINT; JURY TRIAL DEMANDED

MJN1699

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

MJN1700

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## CODE, § 1791.1; § 1794; § 1795.5)

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

COMPLAINT; JURY TRIAL DEMANDED

**MJN1701**

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

<div align="center">

PAGE 8

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

**MJN1702**

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

COMPLAINT; JURY TRIAL DEMANDED

MJN1703

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

PAGE 10

COMPLAINT; JURY TRIAL DEMANDED

**MJN1704**

Strategic Legal Practices
A PROFESSIONAL CORPORATION

c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: August 29, 2022

STRATEGIC LEGAL PRACTICES, APC

By _____
TIONNA G. DOLIN
Attorneys for Plaintiff
HRATCHIA TOM ZARIAN

COMPLAINT; JURY TRIAL DEMANDED

MJN1705

# Exhibit A

MJN1706



2019

Limited Warranty and
Owner Assistance Information

chevrolet.com

MJN1707

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

**MJN1708**

MJN1709

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
   Dispute Resolution Program ... 1
Warranty Service– United
   States ......................... 1

**Warranty Coverage at a Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System
   Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Bolt EV, and
   Malibu Hybrid ................ 13
Drive Motor Battery
   Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component
   Exchanges ................... 15
Warranty Repairs – Recycled
   Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine
   Performance Enhancement
   Products and Modifications ... 15
After-Manufacture
   "Rustproofing" ................ 16
Paint, Trim, and Appearance
   Items ......................... 16
Vehicle Operation and Care ...  16
Maintenance and Warranty
   Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage –
   Extensions ................... 17
Warranty Service — Foreign
   Countries .................... 17
Permanent Relocation ......... 17
Original Equipment
   Alterations ................... 18
Recreation Vehicle and Special
   Body or Equipment
   Alterations ................... 18
Pre-Delivery Service ........... 18

Production Changes .......... 19
Noise Emissions Warranty for
   Light Duty Trucks Over
   10,000 Lbs Gross Vehicle
   Weight
   Rating (GVWR) Only ......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered .............. 20
How to Determine the
   Applicable Emissions Control
   System Warranty ............. 20
Federal Emission Control
   System Warranty ............. 20
California Emission Control
   System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 27
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** ..................... 30

**State Warranty Enforcement Laws** ........... 32

**MJN1710**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ...................... 37

**Courtesy Transportation Program** ...................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ................ 39

MJN1711

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or

workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be

made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN1712**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN1713**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 20.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN1714**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

**Important:** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

**MJN1716**

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN1717**

**2019 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN1718**

## 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
| --- | --- | --- |
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN1719**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

**MJN1720**

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any

damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain,

driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**MJN1721**

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

**MJN1722**

## 12 New Vehicle Limited Warranty

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

**MJN1723**

- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

**MJN1724**

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN1725**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN1726**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN1727**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

**MJN1728**

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

**Important:** Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN1729**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN1730**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** *Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN1732**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

**Important:** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN1733**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

● For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):

- If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1734**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN1735**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN1736**

## 26 Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Sensors
    Battery Coolant Pumps and Cooling Fans
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **

**MJN1737**

Power Electronics Coolant Pump Port Valves Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of

**MJN1738**

## 28 Emission Warranty Parts List

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**MJN1739**

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure ⇨ 30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1740**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

● The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

● The dealer name and location.

● The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN1741**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN1742**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

**MJN1743**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI 48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1744**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1745**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN1746**

## 36 Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN1747**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN1748**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN1749**

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN1750**

40

✍ **NOTES**

**MJN1751**

✐ **NOTES**

**MJN1752**

✍ **NOTES**

MJN1753

# ✍ NOTES

**MJN1754**

**44**

✍ **NOTES**

MJN1755





U.S. Only



23295643 C



**MJN1756**

# Exhibit 25

MJN1757

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
Strategic Legal Practices, APC
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
LAURIE NOE

Per local Rule, This case is assigned to
Judge Douglas, Danielle K, for all purposes.

SUMMONS ISSUED

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF CONTRA COSTA**

LAURIE NOE,

      Plaintiff,

   vs.

GENERAL MOTORS, LLC.; AND DOES
1 through 10, inclusive,

      Defendants.

Case No.: C22-02313

Hon.
Dept.

**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**

JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

PAGE 1

COMPLAINT; JURY TRIAL DEMANDED

MJN1758

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to LAURIE NOE.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Sacramento County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about January 24 , 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt EV , vehicle identification number 1G1FZ6S00K4113497 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

///

PAGE 2

COMPLAINT; JURY TRIAL DEMANDED

MJN1759

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, electrical defects, battery defects, among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

///

_____

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC*, 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN1760

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

18. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

COMPLAINT; JURY TRIAL DEMANDED

MJN1761

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN1762

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

MJN1763

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<center>

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</center>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

<center>

PAGE 7

COMPLAINT; JURY TRIAL DEMANDED

</center>

**MJN1764**

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

### (Fraudulent Inducement - Concealment)

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

///

COMPLAINT; JURY TRIAL DEMANDED

MJN1765

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

    a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///

PAGE 9

COMPLAINT; JURY TRIAL DEMANDED

MJN1766

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

### PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

    a. For general, special and Plaintiff's actual damages according to proof;

    b. For restitution;

PAGE 10

COMPLAINT; JURY TRIAL DEMANDED

MJN1767



c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: August 29, 2022                    STRATEGIC LEGAL PRACTICES, APC

By _____
   TIONNA G. DOLIN
   Attorneys for Plaintiff
   LAURIE NOE

MJN1768

# Exhibit A

MJN1769



2019

Limited Warranty and
Owner Assistance Information

chevrolet.com

MJN1770

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

**MJN1771**

MJN1772

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ........................ 1

**Warranty Coverage at a Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Bolt EV, and Malibu Hybrid ............... 13
Drive Motor Battery Coverage ................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15
Warranty Repairs – Recycled Materials .................... 15
Tire Service ................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ........................ 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries ................... 17
Permanent Relocation ........ 17
Original Equipment Alterations ................... 18
Recreation Vehicle and Special Body or Equipment Alterations ................... 18
Pre-Delivery Service ........... 18

Production Changes .......... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered .............. 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 27
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** ..................... 30

**State Warranty Enforcement Laws** ........... 32

**MJN1773**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** . .35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ...................... 37

**Courtesy Transportation Program** ...................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ............... 39

**MJN1774**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN1775**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 20 for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN1776**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 20.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN1777**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

#### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

#### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

#### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

#### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

#### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

#### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

#### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN1778**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

**MJN1779**

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN1780**

### 2019 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN1781**

## 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN1782**

\*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

**MJN1783**

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

***Important:*** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**MJN1784**

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 15.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

**MJN1785**

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

**MJN1786**

- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in

this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

**MJN1787**

## 14 New Vehicle Limited Warranty

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN1788**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN1789**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN1790**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

**MJN1791**

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

MJN1792

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN1793**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN1794**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List ⇨ 24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.\***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**\* Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN1795**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:
  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:
  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN1796**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1797**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN1798**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN1799**

## 26　Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **

**MJN1800**

Power Electronics Coolant Pump

Port Valves

Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of

**MJN1801**

## 28 Emission Warranty Parts List

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**MJN1802**

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN1804**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN1805**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35.*

**MJN1806**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1807**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1808**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN1809**

## 36   Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN1810**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN1811**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN1812**

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN1813**

✍ NOTES

MJN1814

# ✐ NOTES

✍ **NOTES**

**MJN1816**

✎ **NOTES**

**MJN1817**

## ✍ NOTES

**MJN1818**





U.S. Only



23295643 C



**MJN1819**

# Exhibit 26

MJN1820

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
WILLIAM ZIMMERMAN

Electronically FILED by
Superior Court of California,
County of Los Angeles
3/27/2024 12:49 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By S. Ruiz, Deputy Clerk

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| WILLIAM ZIMMERMAN, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 24STCV07710 <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

PAGE 1

COMPLAINT; JURY TRIAL DEMANDED

MJN1821

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to WILLIAM ZIMMERMAN.

2. Plaintiff is a resident of Los Angeles County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## FACTUAL BACKGROUND

6. On or about November 9, 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt Ev, vehicle identification number 1G1FY6S07K4133104 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN1822**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

**MJN1823**

et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## TOLLING OF THE STATUTES OF LIMITATION

25. To the extent there are any statutes of limitation applicable to Plaintiff's claims including, without limitation, the express warranty, implied warranty, and negligent repair – the running of the limitation periods have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., the American Pipe rule).

26. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before the filing of the complaint, as the Vehicle continued to exhibit symptoms of defects following Defendant's

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

**MJN1824**

unsuccessful attempts to repair them. However, Defendant failed to provide restitution pursuant to the Song – Beverly Consumer Warranty Act.

**A.      Class Action Tolling**

27.      Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles*, 237 Cal. App. 4th 1454, 1464 (2015).

28.      The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B.      Discovery Rule Tolling**

29.      Plaintiff had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

30.      Within the time period of any applicable statutes of limitation, Plaintiff could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

31.      Defendant was under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

32.      Plaintiff did not discover, and did not know of, facts that would have caused a reasonable

COMPLAINT; JURY TRIAL DEMANDED

**MJN1825**

person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiff shortly prior to the filing of this Complaint.

**C.      The Repair Doctrine**

33.     The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[1]

34.     Additionally, the limitations period for warranty claims is tolled against a defendant whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[2]

35.     Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiff that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D.      Fraudulent Concealment Tolling (Estoppel)**

36.     Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[3]

37.     Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains.

38.     By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

<div align="center">

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

</div>

39.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40.     Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as

COMPLAINT; JURY TRIAL DEMANDED

**MJN1826**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

41. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

42. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

43. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

44. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<div align="center">

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</div>

45. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

46. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

47. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations

<div align="center">COMPLAINT; JURY TRIAL DEMANDED</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN1827**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

48. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

49. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

50. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

51. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

52. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code

COMPLAINT; JURY TRIAL DEMANDED

MJN1828

section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

53. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

54. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

55. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

56. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

57. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN1829**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

58. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

59. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

60. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

61. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

62. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

63. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

64. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about

COMPLAINT; JURY TRIAL DEMANDED

**MJN1830**

the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

65. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

66. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

67. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

68. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN1831**

purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

69. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

70. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

71. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center">

**PRAYER**

</div>

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

COMPLAINT; JURY TRIAL DEMANDED

**MJN1832**

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: March 26, 2024         STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
WILLIAM ZIMMERMAN

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN1833

# Exhibit A

MJN1834



2019

Limited Warranty and
Owner Assistance Information

chevrolet.com

**MJN1835**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| Owner's Name: |
| --- |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

**MJN1836**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to
   **Owners...** ........................ 1
   GM's Commitment .............. 1
   Owner Assistance ............... 1
   GM Participation in an Alternative
      Dispute Resolution Program ... 1
   Warranty Service– United
      States ........................ 1

**Warranty Coverage at a**
   **Glance** ........................ 2
   New Vehicle Limited Warranty ... 2
   Emission Control System
      Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
   What Is Covered ................ 4
   What Is Not Covered ........... 9
   Chevrolet Volt, Bolt EV, and
      Malibu Hybrid ................ 13
   Drive Motor Battery
      Coverage .................... 14

**Things to Know About the New**
   **Vehicle Limited Warranty** .... 15
   Warranty Repairs – Component
      Exchanges ................... 15

Warranty Repairs – Recycled
   Materials .................... 15
Tire Service ................... 15
Aftermarket Engine
   Performance Enhancement
   Products and Modifications ... 15
After-Manufacture
   "Rustproofing" ............... 16
Paint, Trim, and Appearance
   Items ....................... 16
Vehicle Operation and Care ... 16
Maintenance and Warranty
   Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage –
   Extensions .................. 17
Warranty Service — Foreign
   Countries ................... 17
Permanent Relocation ......... 17
Original Equipment
   Alterations .................. 18
Recreation Vehicle and Special
   Body or Equipment
   Alterations .................. 18
Pre-Delivery Service .......... 18

Production Changes .......... 19
Noise Emissions Warranty for
   Light Duty Trucks Over
   10,000 Lbs Gross Vehicle
   Weight
   Rating (GVWR) Only ......... 19
**Emission Control Systems**
   **Warranty** ..................... 20
   What Is Covered .............. 20
   How to Determine the
      Applicable Emissions Control
      System Warranty ............ 20
   Federal Emission Control
      System Warranty ............ 20
   California Emission Control
      System Warranty ............ 21
**Emission Warranty Parts List** ..24
   Replacement Parts ........... 27
   Maintenance and Repairs ..... 28
   Claims Procedure ............. 29
**Customer Satisfaction**
   **Procedure** .................... 30
**State Warranty**
   **Enforcement Laws** .......... 32

**MJN1837**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ...................... 37

**Courtesy Transportation Program** ...................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ............... 39

**MJN1838**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN1839**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 20 for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN1840**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20.*

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN1841**

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN1842**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *24*

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

**MJN1843**

## 6　New Vehicle Limited Warranty

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN1844**

**2019 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN1845**

# 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN1846**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

**MJN1847**

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**Important:** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**MJN1848**

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

**MJN1849**

## 12    New Vehicle Limited Warranty

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after

7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

**MJN1850**

- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

**MJN1851**

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN1852**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN1853**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN1854**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

**MJN1855**

## 18 Things to Know About the New Vehicle Limited Warranty

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN1856**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN1857**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN1858**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

***Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN1859**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

**Important:** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN1860**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1861**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN1862**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN1863**

## 26 Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **

**MJN1864**

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of

**MJN1865**

## 28 Emission Warranty Parts List

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**MJN1866**

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN1867**

## 30 Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

● The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

● The dealer name and location.

● The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN1868**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN1869**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

**MJN1870**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1871**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN1872**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN1873**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN1874**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN1875**

## 38    Courtesy Transportation Program

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN1876**

## We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN1877**





U.S. Only



23295643 C



**MJN1878**

Exhibit 27

MJN1879

Electronically FILED by Superior Court of California, County of Los Angeles on 07/05/2022 05:25 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Husen,Deputy Clerk 22TRCV00549

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

GENERAL MOTORS LLC; and DOES 1 through 10 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ELLEN RUDOLPH

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
| --- | --- |
| The name and address of the court is: *(El nombre y dirección de la corte es):* Torrance Courthouse<br>825 Maple Ave.<br>Torrance, California 90503 | CASE NUMBER:<br>*(Número del Caso):*<br>**22TRCV00549** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067; Tel: (310) 929-4900

Sherri R. Carter Executive Officer / Clerk of Court

| DATE:<br>*(Fecha)* 07/05/2022 | Clerk, by<br>*(Secretario)* Y. Husen | , Deputy<br>*(Adjunto)* |
| --- | --- | --- |

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

| | | |
| --- | --- | --- |
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |

**MJN1880**

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | *FOR COURT USE ONLY* |
|---|---|
| TIONNA DOLIN (SBN 299010)<br>Strategic Legal Practices, APC<br>1888 Century Park East, 19th Floor<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 929-4900   FAX NO.: (310) 943-3838<br>ATTORNEY FOR *(Name)*: Plaintiff ELLEN RUDOLPH | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS: 825 Maple Ave.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Torrance, CA 90503
BRANCH NAME: Torrance Courthouse

CASE NAME:
Ellen Rudolph v. General Motors, LLC

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER:<br>22TRCV00549 |
|---|---|---|
| ☑ Unlimited   ☐ Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | ☐ **Counter**   ☐ **Joinder**<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| ☐ Auto (22) | ☑ Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties     d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel     e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve        in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence     f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action *(specify):*  five (5)
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 06/22/2022
TIONNA DOLIN
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

**MJN1881**

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) (*if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto*)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability (*not asbestos or
toxic/environmental*) (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) (*not civil
harassment*) (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
(*not medical or legal*)
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract (*not unlawful detainer
or wrongful eviction*)
Contract/Warranty Breach–Seller
Plaintiff (*not fraud or negligence*)
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage (*not provisionally
complex*) (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property (*not eminent
domain, landlord/tenant, or
foreclosure*)
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential*)
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
(*arising from provisionally complex
case type listed above*) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment (*non-
domestic relations*)
Sister State Judgment
Administrative Agency Award
(*not unpaid taxes*)
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
above*) (42)
Declaratory Relief Only
Injunctive Relief Only (*non-
harassment*)
Mechanics Lien
Other Commercial Complaint
Case (*non-tort/non-complex*)
Other Civil Complaint
(*non-tort/non-complex*)
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition (*not specified
above*) (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

MJN1882

| SHORT TITLE: Rudolph v. General Motors, LLC | CASE NUMBER |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons –<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070 Asbestos Property Damage | 1, 11 |
| | | ☐ A7221 Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240 Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270 Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

**MJN1883**

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons – See Step 3<br>Above |
|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | | |
| Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1, 2, 3 |
| Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1, 2, 3 |
| Fraud (16) | ☐ A6013 Fraud (no contract) | 1, 2, 3 |
| Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1, 2, 3 |
| | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1, 2, 3 |
| Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1, 2, 3 |
| | ☐ A6109 Labor Commissioner Appeals | 10 |
| **Contract** | | |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | ☑ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 5, 6, 11 |
| | ☐ A6012 Other Promissory Note/Collections Case | 5, 11 |
| | ☐ A6034 Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1, 2, 5, 8 |
| Other Contract (37) | ☐ A6009 Contractual Fraud | 1, 2, 3, 5 |
| | ☐ A6031 Tortious Interference | 1, 2, 3, 5 |
| | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation    Number of parcels_____ | 2, 6 |
| Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2, 6 |
| Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2, 6 |
| | ☐ A6032 Quiet Title | 2, 6 |
| | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | | |
| Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2, 6, 11 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 2 of 4

**MJN1884**

| **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons – See Step 3<br>Above |
|---|---|---|
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153 Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2, 8 |
| Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007 Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2, 5, 11 |
| | ☐ A6160 Abstract of Judgment | 2, 6 |
| | ☐ A6107 Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112 Other Enforcement of Judgment Case | 2, 8, 9 |
| RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment | 2, 3, 9 |
| | ☐ A6123 Workplace Harassment | 2, 3, 9 |
| | ☐ A6124 Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | ☐ A6190 Election Contest | 2 |
| | ☐ A6110 Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100 Other Civil Petition | 2, 9 |

Row labels (left margin): Judicial Review; Provisionally Complex Litigation; Enforcement of Judgment; Miscellaneous Civil Complaints; Miscellaneous Civil Petitions

**MJN1885**

**Step 4: Statement of Reason and Address**: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: ☐ 1. ☑ 2. ☐ 3. ☐ 4. ☑ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS: 23505 Hawthorne Blvd. |
|---|---|
| CITY: Torrance    STATE: CA    ZIP CODE: 90505 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the <u>Central</u> District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 06/22/2022

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

MJN1886

Electronically FILED by Superior Court of California, County of Los Angeles on 07/05/2022 05:25 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Husen,Deputy Clerk
22TRCV00549

Assigned for all purposes to: Torrance Courthouse, Judicial Officer: Deirdre Hill

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Mark Gibson (SBN 258216)
Email: mgibson@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff ELLEN RUDOLPH

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| ELLEN RUDOLPH,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 22TRCV00549<br><br>Hon.<br>Dept.:<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1887**

Plaintiff alleges as follows:

<p style="text-align:center"><strong>PARTIES</strong></p>

1.    As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff ELLEN RUDOLPH.

2.    Plaintiff is a resident of Los Angeles County, California.

3.    As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4.    Defendant GENERAL MOTORS, LLC ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County.

5.    Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

<p style="text-align:center"><strong>TOLLING OF THE STATUTES OF LIMITATION</strong></p>

6.    To the extent there are any statutes of limitation applicable to Plaintiff's claims-including, without limitation, the express warranty, implied warranty, and negligent repair – the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7.    Plaintiff discovered Defendants' wrongful conduct alleged herein on or about May 2022 when she requested a buyback and/or restitution of the Subject Vehicle from FCA, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

<p style="text-align:center">1</p>
<p style="text-align:center"><strong>COMPLAINT; JURY TRIAL DEMANDED</strong></p>

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

<p style="text-align:right"><strong>MJN1888</strong></p>

8. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

**FACTUAL BACKGROUND**

9. On or about September 23, 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt EV vehicle identification number 1G1FY6S0XK4117026 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the battery system; the electrical system; among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

///

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN1889**

16. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

23. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

_____

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

COMPLAINT; JURY TRIAL DEMANDED

MJN1890

Strategic Legal Practices, APC
1840 Century Park East, Suite 430, Los Angeles, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**The Battery Defect**

24. GM knew since 2016 that the model year 2017 or newer Chevrolet Bolt EV vehicles, including 2019 Chevrolet Bolt EV vehicles such as the Subject Vehicle (hereinafter "Chevy Vehicles"), contained one or more design and/or manufacturing defects in the battery (*i.e.*, the "Battery Defect") that causes the high voltage battery to overheat when charged to full capacity and results in in overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion.

25. Upon information and belief, Chevy Vehicles have a serious manufacturing defect that, *inter alia*, causes the battery system to overheat when the battery is charged to full or nearly full capacity, putting the battery at risk of catching fire or exploding. This can result in catastrophic damage to these vehicles and the surrounding property or persons. As is evident from the repair history for the Subject Vehicle, Plaintiffs experienced symptoms of the Battery Defect.

26. Thus, the Battery Defect, is a safety hazard and are unreasonably dangerous to consumers because it can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

27. Plaintiff is informed, believes, and thereon alleges that, prior to her acquiring the Subject Vehicle, GM was well aware and knew that the lithium-ion battery installed on the Subject Vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter. Indeed, GM and its dealerships, \failed to disclose the existence of the Battery Defect to Plaintiff during successive repair visits as the symptoms, issues, or problems associated with the Battery System Defect arose and persisted.

28. Specifically, GM knew (or should have known) that Chevy Vehicles had the Battery Defect.

29. Plaintiff is informed, believes, and thereon alleges that Chevy Vehicles affected by the Battery Defect, including the Subject Vehicle, are part of the same generation of vehicles.

MJN1891

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

30. Plaintiff is informed, believes, and thereon alleges that model year 2017 through 2022 Chevrolet Bolt vehicles, which includes Chevy Vehicles as herein described, share common battery system components and the lithium-ion battery.

31. Plaintiff is informed and believes that GM acquired its knowledge of the Battery Defect in 2016, prior to Plaintiff acquiring the Subject Vehicle, through sources not available to consumers such as Plaintiff, including (but not limited to) pre-production and post-production testing data; early consumer complaints about the Battery Defect made directly to GM and its network of dealers; aggregate warranty data compiled from GM's network of dealers; testing conducted by GM in response to these complaints; as well as warranty repair and part replacements data received by GM from GM's network of dealers, among other sources of internal information.

32. Since 2016, GM has made several communications to the National Highway Traffic Safety Administration ("NHTSA") relating to the "battery" components in Chevrolet Bolt EV vehicles.

33. GM had superior and exclusive knowledge of the Battery Defect and knew or should have known that the defect was not known to or reasonably discoverable by Plaintiff and before they purchased or leased the Subject Vehicle.

34. While it has been fully aware of the Battery Defect, GM actively concealed the existence and nature of the alleged defect from Plaintiff at the time of purchase, repair, and thereafter.

35. GM was inundated with complaints regarding the Battery Defect but rather than repair the problem under warranty, GM dealers either inform consumers that their vehicles are functioning properly or conduct repairs that merely mask the defect.

36. Plaintiff is informed and believes that while GM knew about the Battery Defect, and its safety risks since 2016, if not before, GM and its authorized dealerships, nevertheless concealed and failed to disclose the defective nature of the Subject Vehicle and its defective battery to its sales representatives and to Plaintiff at the time of sale and thereafter, including during successive repair visits to GM's dealerships as the symptoms, issues, or problems

**MJN1892**

associated with the Battery Defect arose and persisted. GM omitted mention of the Battery Defect in its sales materials, advertisements, publications, online marketing, television, radio, and other marketing campaigns for Chevy Vehicles. GM also concealed the existence, nature, extent, and scope of the Defect with ineffective repair procedures published directly to its dealerships and not consumers, such as Plaintiff.

37. Plaintiff is further informed and believes that GM distributes the motor vehicles it manufactures for sale to certain dealerships. Said dealerships have purchased a license from GM to utilize, display, and profit from GM's branding and trademarks; are recognized as GM retailers; and are supplied directly by GM with literature and parts to repair vehicles manufactured by GM. By distributing Chevy Vehicles to such dealerships, including the Subject Vehicle, and thus placing Chevy Vehicles into the stream of commerce,[2] GM had a duty to disclose the existence, nature, and scope of the Cooling System, a material safety defect, to Plaintiff as herein described.

38. Plaintiff is a reasonable consumer who interacted with sales representatives, considered GM's advertisement, and/or other marketing materials concerning Chevy Vehicles prior to purchasing the Subject Vehicle. Had GM and its dealership(s) revealed the Battery Defect, Plaintiff would have been aware of it and would not have purchased the Subject Vehicle.

39. GM has known since 2016, if not before, about the Battery Defect as herein described. Despite growing numbers of customer complaints, warranty claims, and GM's own investigations confirming the Battery Defect, GM failed to provide an adequate repair to consumers or disclose the defect to potential buyers. As the number of complaints about the Battery Defect increased, on November 13, 2020, GM issued NHTSA Recall No. 20V-701/GM Recall No. N202311730, as an interim remedy. The repair procedure calls for dealers to program the hybrid propulsion control module 2 (HPCM2) to limit full charge of the battery to 90%. The revised software is intended to limit the vehicle's full charge to 90% of the battery capacity. Ultimately, this software fix cannot resolve the defect in the battery that leads to fire and or

---

[2] See *OCM Principle Opportunities Fund v. CIBC World Markets Corp.* (2007) 157 Cal.App.4th 835, 859-860 (under California law, a vendor has a duty to disclose material facts, not only to immediate purchasers, but also to subsequent purchasers when the vendor has reason to expect that the item will be resold). See also *Barnhouse v. City of Pinole* (1982) 133 Cal.App.3d 171, 191-193 ("an action for deceit does not require privity of contract").

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1893**

explosion of the battery. This left consumers with vehicles that had less range than advertised by GM, which is a key consideration for purchasers/lessees of electric vehicles.

40. GM knew the Chevy Vehicles were dangerous. On July 14, 2021, even for those that had the Recall performed, GM instructed owners and lessees of these Chevy Vehicles to "park their vehicles outside away from homes and other structures immediately after charging and…not leave their vehicles charging overnight." Despite the software update remedy, Chevy Bolt vehicles still continued to catch on catastrophic fire and cause serious harm to people and property. The problem was not resolved, and the Bolt vehicles remained unsafe and serious safety hazards.

41. Moreover, instead of offering restitution pursuant to the Song-Beverly Consumer Warranty Act for its failure to repair the Subject Vehicle after a reasonable number of repair attempts[3], GM released a recall which has been updated multiple times. These measures have been insufficient to repair the Battery Defect.

42. Plaintiff discovered GM's wrongful conduct alleged shortly before filing this complaint, following numerous unsuccessful attempts to repair the Subject Vehicle as the symptoms, issues, or problems associated with the Battery Defect persisted. Throughout this period, GM continued to conceal from Plaintiff the existence, nature, and scope of the Battery Defect.

<div align="center">

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

</div>

43. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

44. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable

---

[3] See e.g. *Lukather v. General Motors*, 181 Cal.App.4th 1041, 1050 (2010) (citing *Krotin v. Porsche Cars N. Am., Inc.*, 38 Cal.App.4th 294 (affirming "the manufacturer has an affirmative duty to replace a vehicle or make restitution to the buyer if the manufacturer is unable to repair the new vehicle after a reasonable number of repair attempts."))

<div align="center">

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN1894**

number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

45. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

46. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

47. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

48. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

49. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

50. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs

**MJN1895**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

51. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

52. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle, and has exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

53. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

## THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

54. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

55. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil

9

**MJN1896**

Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

56. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; § 1795.5)**

</div>

57. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

58. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

59. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

60. At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

<div align="center">10

**COMPLAINT; JURY TRIAL DEMANDED**</div>

**MJN1897**

description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

61. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

62. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

63. Plaintiff purchased the Vehicle as manufactured with Defendant GM's cooling system.

64. Defendant General Motors, LLC committed fraud by allowing the Vehicle to be sold to Plaintiff without disclosing that the Vehicle and its lithium-ion battery were defective and susceptible to sudden and premature failure.

65. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the Vehicle, GM was well aware and knew that the lithium-ion battery installed on the Vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.[4]

66. Specifically, GM knew that the lithium-ion battery had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous

---

[4] Indeed, Defendant has issued various internal technical bulletins to its dealers (not consumers) concerning the Battery Defect.

<div align="center">

11

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN1898**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and her passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

67. Plaintiff is informed, believes and thereon alleges that Defendant acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the Vehicle, through sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data; early consumer complaints about the Battery Defect made directly to GM and its network of dealers; aggregate warranty data compiled from GM's network of dealers; testing conducted by GM in response to these complaints; as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

68. Plaintiff is informed, believes, and thereon alleges that while Defendant knew about the Battery Defect, and its safety risks since 2016, if not before, GM and its directors, officers, employees, affiliates, and/or agents nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale, and thereafter, including during successive repair visits to GM's authorized dealership. Plaintiff alleges that GM failed to disclose the existence of the Battery Defect at GM's authorized dealership and during direct calls to Defendant. Had Plaintiff known that the Vehicle suffered from the Battery Defect, she would not have purchased the Vehicle.

69. Indeed, Plaintiff alleges that prior to the sale of the Vehicle to Plaintiff, Defendant knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

70. Defendant was under a duty to Plaintiff to disclose the defective nature of the Vehicle, its battery, its safety consequences and/or the associated repair costs because:

a. Plaintiff is informed, believes, and thereon alleges that Defendant General Motors, LLC acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

12

COMPLAINT; JURY TRIAL DEMANDED

**MJN1899**

Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant General Motors, LLC was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff purchased the Vehicle.

71. In failing to disclose the defects in the Vehicle's lithium-ion battery, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

72. The facts concealed or not disclosed by Defendant General Motors, LLC (and its directors, officers, employees, affiliates, and/or agents) to Plaintiff is material in that a reasonable person would have considered them to be important in deciding whether or not to purchase the Vehicle. Had Plaintiff known that the Vehicle, its lithium-ion battery were defective at the time of sale, Plaintiff would not have purchased the Vehicle.

73. Plaintiff is a reasonable consumer who does not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

74. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

75. As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiffs were harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**MJN1900**

Defect. Furthermore, Plaintiff unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

     a.  For general, special and actual damages according to proof;

     b.  For restitution;

     c.  For any consequential and incidental damages;

     d.  For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

     e.  For diminution in value;

     f.  For punitive damages;

     g.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

     h.  For prejudgment interest at the legal rate;

     i.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

     j.  For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: June 22, 2022        STRATEGIC LEGAL PRACTICES, APC

BY: _____
                      Tionna Dolin
                      Attorney for Plaintiff ELLEN RUDOLPH

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN1901**

# Exhibit A

MJN1902



2019

Limited Warranty and
Owner Assistance Information

chevrolet.com

MJN1903

| |
|---|
| ***IMPORTANT:*** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**<br><br>Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information. |
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

MJN1904

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to
  Owners... ....................... 1
  GM's Commitment .............. 1
  Owner Assistance ............... 1
  GM Participation in an Alternative
    Dispute Resolution Program ... 1
  Warranty Service– United
    States ......................... 1
Warranty Coverage at a
  Glance ......................... 2
  New Vehicle Limited Warranty ... 2
  Emission Control System
    Warranty ...................... 2
New Vehicle Limited Warranty ...4
  What Is Covered ................ 4
  What Is Not Covered ........... 9
  Chevrolet Volt, Bolt EV, and
    Malibu Hybrid ................ 13
  Drive Motor Battery
    Coverage ................... 14
Things to Know About the New
  Vehicle Limited Warranty .... 15
  Warranty Repairs – Component
    Exchanges ................... 15

Warranty Repairs – Recycled
  Materials ..................... 15
Tire Service ................... 15
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 15
After-Manufacture
  "Rustproofing" ................ 16
Paint, Trim, and Appearance
  Items ........................ 16
Vehicle Operation and Care ... 16
Maintenance and Warranty
  Service Records .............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage –
  Extensions ................... 17
Warranty Service — Foreign
  Countries .................... 17
Permanent Relocation ......... 17
Original Equipment
  Alterations ................... 18
Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 18
Pre-Delivery Service .......... 18

Production Changes ........... 19
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only .......... 19
Emission Control Systems
  Warranty ..................... 20
  What Is Covered .............. 20
  How to Determine the
    Applicable Emissions Control
    System Warranty ............. 20
  Federal Emission Control
    System Warranty ............. 20
  California Emission Control
    System Warranty ............. 21
Emission Warranty Parts List ..24
  Replacement Parts ............ 27
  Maintenance and Repairs ...... 28
  Claims Procedure ............. 29
Customer Satisfaction
  Procedure .................... 30
State Warranty
  Enforcement Laws .......... 32

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ........................ 34

**Customer Assistance Offices** .. 35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** ......... 39
We're Behind You On All The Roads Ahead ............... 39

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or

workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be

made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN1907

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

MJN1908

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20.*

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN1909

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

MJN1911

## 6 New Vehicle Limited Warranty

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

### 2019 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
| --- | --- | --- |
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires enly. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN1913

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com www.continentaltire.com | 1-800-847-3349 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East) 1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powortrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes: Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**What Is Not Covered**

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any

damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, er tampering to the vehicle, including, but not limited to the body, chassis, powertrain,

driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 15.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

MJN1917

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

MJN1918

- State or local taxes required on warranty repairs

- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

**Chevrolet Volt, Bolt EV, and Malibu Hybrid**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in

this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

MJN1919

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Modulo (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**Warranty Repairs –
Component Exchanges**

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

**Warranty Repairs – Recycled Materials**

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

**Tire Service**

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35.*

**Aftermarket Engine Performance Enhancement Products and Modifications**

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

## After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

## Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

## Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have thoir maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

## Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

## Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN1922

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Warranty Service — Foreign Countries

### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

MJN1923

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

MJN1924

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN1925

## 20    Emission Control Systems Warranty

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the Instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 24, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other enboard emissions diagnostic device, including emission-related software, is found to be

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN1929

## 24   Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid

A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbooharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

## 26 Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
 Air and Coolant Sensors
 Battery Coolant Pumps and Cooling Fans
 Battery High Voltage Heater
 Battery Temperature Sensors
 E-compressor * **

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Gremmets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Rolays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacment are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever ccmes first. If failure of onc of theso parts

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these omission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of

MJN1933

## 28   Emission Warranty Parts List

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a

warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN1935

## 30 Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN1936

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

MJN1937

## 32    State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

MJN1938

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

● The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

● The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

● The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI 48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

## 34   Special Coverage Adjustment Programs Beyond the Warranty Period

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any speaial coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN1940

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN1941

## 36    Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

MJN1942

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN1943

## 38    Courtesy Transportation Program

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

## We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

## ✍ NOTES

 NOTES

**42**

## ✍ NOTES

✍ **NOTES**

# ✍ NOTES







23295643 C



U.S. Only

**MJN1951**

Reserved for Clerk's File Stamp

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:
Torrance Courthouse
825 Maple Avenue, Torrance, CA 90503

### NOTICE OF CASE ASSIGNMENT
### UNLIMITED CIVIL CASE

**FILED**
Superior Court of California
County of Los Angeles
**07/05/2022**
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ Y. Husen _____ Deputy

**Your case is assigned for all purposes to the judicial officer indicated below.**

CASE NUMBER:
22TRCV00549

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | Deirdre Hill | M | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 07/06/2022
(Date)

LACIV 190 (Rev 6/18)
LASC Approved 05/06

Sherri R. Carter, Executive Officer / Clerk of Court

By Y. Husen , Deputy Clerk

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN1952**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

**APPLICATION**
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

**PRIORITY OVER OTHER RULES**
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

**CHALLENGE TO ASSIGNED JUDGE**
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

**TIME STANDARDS**
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

**COMPLAINTS**
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

**CROSS-COMPLAINTS**
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

**STATUS CONFERENCE**
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

**FINAL STATUS CONFERENCE**
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

**SANCTIONS**
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

**Class Actions**
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

**\*Provisionally Complex Cases**
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**MJN1953**

 # Superior Court of California, County of Los Angeles

> ## ALTERNATIVE DISPUTE RESOLUTION (ADR)
> ## INFORMATION PACKAGE
>
> **THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**
>
> **CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

### What is ADR?
ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR and litigation and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

### Main Types of ADR:

1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   **Mediation may not be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

**MJN1954**

| |
|---|
| **How to arrange mediation in Los Angeles County**<br><br>Mediation for civil cases is voluntary and parties may select any mediator they wish. Options include:<br><br>   a.  **The Civil Mediation Vendor Resource List**<br>      If all parties agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases):<br><br>      •  **ADR Services, Inc.** Case Manager patricia@adrservices.com (310) 201-0010 (Ext. 261)<br>      •  **JAMS, Inc.** Senior Case Manager mbinder@jamsadr.com (310) 309-6204<br>      •  **Mediation Center of Los Angeles (MCLA)** Program Manager info@mediationLA.org (833) 476-9145<br>         ○  Only MCLA provides mediation in person, by phone and by videoconference.<br><br>      **These organizations cannot accept every case and they may decline cases at their discretion.**<br>      Visit www.lacourt.org/ADR.Res.List for important information and FAQs before contacting them.<br>      NOTE:  This program does not accept family law, probate, or small claims cases.<br><br>   b.  **Los Angeles County Dispute Resolution Programs**<br>      https://wdacs.lacounty.gov/programs/drp/<br>      •  Small claims, unlawful detainers (evictions) and, at the Spring Street Courthouse, limited civil:<br>         ○  Free, day- of- trial mediations at the courthouse. No appointment needed.<br>         ○  Free or low-cost mediations before the day of trial.<br>         ○  For free or low-cost Online Dispute Resolution (ODR) by phone or computer before the day of trial visit<br>            http://www.lacourt.org/division/smallclaims/pdf/OnlineDisputeResolutionFlyer-EngSpan.pdf<br><br>   c.  **Mediators and ADR and Bar organizations** that provide mediation may be found on the internet. |

3.  **Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit  **http://www.courts.ca.gov/programs-adr.htm**

4.  **Mandatory Settlement Conferences (MSC):**  MSCs are ordered by the Court and are often held close to the trial date or on the day of trial.  The parties and their attorneys meet with a judge or settlement officer who does not make a decision but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement.  For information about the Court's MSC programs for civil cases, visit **http://www.lacourt.org/division/civil/CI0047.aspx**

**Los Angeles Superior Court ADR website:  http://www.lacourt.org/division/civil/CI0109.aspx**
**For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm**

LASC CIV 271 Rev. 01/20
For Mandatory Use

**MJN1955**

  **dcba.lacounty.gov**

# Resolve your lawsuit online before your trial date

 

**Use Online Dispute Resolution from the County of Los Angeles Department of Consumer and Business Affairs. Our mediation services are available at no cost and can help you resolve your case from the comfort of your own home.**

## How We Can Help:

**Efficient and effective:** With Online Dispute Resolution, you are in control, not the courts. You decide whether a settlement is right for you. You save time and money, and avoid the inconvenience of going to Small Claims Court.

**Flexible:** You can select the schedule and type of Online Dispute Resolution that works best for you. You can live chat with a mediator, submit an offer to settle, or participate in a video mediation.

**Experienced:** Our trained mediators are neutral third parties who can help you reach a reasonable settlement.

## How to get started with Online Dispute Resolution:

### Visit our website

dcba.lacounty.gov

### Email us at

mediation@dcba.lacounty.gov

### Or call

(213) 974-0826

**MJN1956**

 

**dcba.lacounty.gov**

# Resuelva su demanda por Internet antes de la fecha de su juicio

 

**Use el servicio virtual de resolución de disputas (Online Dispute Resolution) del Departamento de Servicios Para Consumidores y Negocios del Condado de Los Ángeles. Nuestros servicios son gratuitos y pueden ayudarle a resolver su caso desde la comodidad de su hogar.**

## Podemos ayudarle. Nuestro servicio es:

**Eficiente y Eficaz:** Con el servicio de resolución de disputas, usted está en control, no la corte. Usted decide si está satisfecho con el acuerdo logrado. Este método le puede ahorrar tiempo, dinero y evitarle la inconveniencia de ir a corte.

**Flexible:** Puede utilizar nuestro sistema virtual para seleccionar la fecha y el método más conveniente para usted. También podrá elegir la opción de comunicarse con su mediador por "chat", proponer su propio acuerdo, o participar en sesiones de mediación por videoconferencia.

**Profesional:** Nuestros mediadores están capacitados, son imparciales, y podrán ayudarle en llegar a un acuerdo razonable.

## Como iniciar una resolución con nuestro servicio:

### Visite Nuestra Sitio Web

dcba.lacounty.gov

### Envié un Correo Electrónico

mediation@dcba.lacounty.gov

### O Llame

(213) 974-0826

**MJN1957**

# VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

**MJN1958**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER |
|---|---|

This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.

The parties agree that:

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following:*

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

**MJN1959**

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see Information at *www.lasuperiorcourt.org* under "*Civil*" and then under "*General Information*").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
(INSERT DATE)                                    (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation.

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

\> _____
_____
(TYPE OR PRINT NAME)                (ATTORNEY FOR PLAINTIFF)

Date:

\> _____
_____
(TYPE OR PRINT NAME)                (ATTORNEY FOR DEFENDANT)

Date:

\> _____
_____
(TYPE OR PRINT NAME)                (ATTORNEY FOR DEFENDANT)

Date:

\> _____
_____
(TYPE OR PRINT NAME)                (ATTORNEY FOR DEFENDANT)

Date:

\> _____
_____
(TYPE OR PRINT NAME)                (ATTORNEY FOR _____ )

Date:

\> _____
_____
(TYPE OR PRINT NAME)                (ATTORNEY FOR _____ )

Date:

\> _____
_____
(TYPE OR PRINT NAME)                (ATTORNEY FOR _____ )

**MJN1960**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FAX NO. (Optional):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – DISCOVERY RESOLUTION | CASE NUMBER |
|---|---|

This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.

The parties agree that:

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a. The party requesting the Informal Discovery Conference will:

        i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

        ii. Include a brief summary of the dispute and specify the relief requested; and

        iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b. Any Answer to a Request for Informal Discovery Conference must:

        i. Also be filed on the approved form (copy attached);

        ii. Include a brief summary of why the requested relief should be denied;

**MJN1961**

iii. Be filed within two (2) court days of receipt of the Request; and

iv. Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c. No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d. If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e. If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4. If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5. The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6. Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7. Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

**MJN1962**

**The following parties stipulate:**

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)                         (ATTORNEY FOR PLAINTIFF)

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)                         (ATTORNEY FOR DEFENDANT)

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)                         (ATTORNEY FOR DEFENDANT)

Date:

_____     ➤ _____
(TYPE OR PRINT NAME)                         (ATTORNEY FOR DEFENDANT)

Date:

_____     ➤ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

Date:

_____     ➤ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

Date:

_____     ➤ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

**MJN1963**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER |
|---|---|

This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.

The parties agree that:

1. At least ____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

MJN1964

**The following parties stipulate:**

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR PLAINTIFF)

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR DEFENDANT)

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR _____ )

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR _____ )

Date:

_____  
(TYPE OR PRINT NAME)

➤ _____  
(ATTORNEY FOR _____ )

## THE COURT SO ORDERS.

Date: _____

_____  
JUDICIAL OFFICER

**MJN1965**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.: FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INFORMAL DISCOVERY CONFERENCE (pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER |
|---|---|

1. This document relates to:
   - ☐ Request for Informal Discovery Conference
   - ☐ Answer to Request for Informal Discovery Conference
2. Deadline for Court to decide on Request: _____ (Insert date 10 calendar days following filing of the Request).
3. Deadline for Court to hold Informal Discovery Conference: _____ (Insert date 20 calendar days following filing of the Request).
4. For a Request for Informal Discovery Conference, <u>briefly</u> describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, <u>briefly</u> describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.

MJN1966

Superior Court of California
County of Los Angeles
,

**Receipt**   EFM-2022-4954653.1

**Date:**   7/6/22 2:53 PM
**Time:**   7/6/22 2:53 PM

CASE # 22TRCV00549
ELLEN RUDOLPH vs GENERAL MOTORS,

| | |
|---|---|
| Unlimited Civil- Compt/UD/Pet filed >25k - GC70611,70602.5,70602.6_Defendant | 435.00 |
| Court Transaction Fee | 2.25 |
| **Case Total:** | 437.25 |

| | |
|---|---|
| **Total Paid:** | 437.25 |

22LA00818213

**MJN1967**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>**Branch Name:** Torrance Courthouse<br>**Mailing Address:** 825 Maple Avenue<br>**City, State and Zip Code:** Torrance CA 90503 | |
|---|---|
| **SHORT TITLE:** ELLEN RUDOLPH vs GENERAL MOTORS, LLC<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | **CASE NUMBER:**<br>22TRCV00549 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:  Legal Connect
Reference Number: 5993529_2022_07_05_17_22_34_863_2
Submission Number: 22LA00818213
Court Received Date: 07/05/2022
Court Received Time: 5:25 pm
Case Number: 22TRCV00549
Case Title: ELLEN RUDOLPH vs GENERAL MOTORS, LLC
Location: Torrance Courthouse
Case Type: Civil Unlimited
Case Category: Other Breach of Contract/Warranty (not fraud or negligence)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 07/06/2022
Notice Generated Time: 2:53 pm

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Complaint | Accepted |
| Summons | Accepted |
| Civil Case Cover Sheet | Accepted |
| Notice (name extension) | Accepted |

---

**NOTICE OF CONFIRMATION OF FILING**

**MJN1968**

**Comments**
Submitter's Comments:

Clerk's Comments:

**Electronic Filing Service Provider Information**
Service Provider: Legal Connect
Contact: Legal Connect
Phone: (800) 909-6859

---

**MJN1969**

# Exhibit 28

MJN1970

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
MASAKI KOBAYASHI

E-FILED
9/26/2022 12:00 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
22CV404795
Reviewed By: R. Cachux

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| MASAKI KOBAYASHI,<br><br>      Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC.; AND DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 22CV404795<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

**MJN1971**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to MASAKI KOBAYASHI.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Santa Clara County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about March 14, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2021 Chevrolet Bolt EV, vehicle identification number 1G1FY6S03M4104296 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

MJN1972

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, engine defects, a/c defects, battery defects, among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

///

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

PAGE 3

COMPLAINT; JURY TRIAL DEMANDED

MJN1973

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION



17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

18. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

MJN1974

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN1975

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

</div>

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

PAGE 6

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN1976**

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

### FOURTH CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### CODE, § 1791.1; § 1794; § 1795.5)

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

MJN1977

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## (Fraudulent Inducement - Concealment)

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

///

COMPLAINT; JURY TRIAL DEMANDED

MJN1978

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

    a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///

COMPLAINT; JURY TRIAL DEMANDED

MJN1979

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

**MJN1980**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

c.   For any consequential and incidental damages;

d.   For diminution in value;

e.   For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.   For prejudgment interest at the legal rate;

g.   For punitive damages;

h.   For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.   For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: August 29, 2022          STRATEGIC LEGAL PRACTICES, APC

By _____
TIONNA G. DOLIN
Attorneys for Plaintiff
MASAKI KOBAYASHI

COMPLAINT; JURY TRIAL DEMANDED

MJN1981

# Exhibit A

MJN1982

2021

Bolt EV
Owner's Manual

 chevrolet.com (U.S.)
chevrolet.ca (Canada)

**MJN1983**

# Contents

Introduction ............................ 1

Keys, Doors, and Windows .............. 6

Seats and Restraints .................... 26

Storage ................................ 69

Instruments and Controls ............... 71

Lighting ............................... 107

Infotainment System ................... 113

Climate Controls ...................... 140

Driving and Operating ................. 146

Vehicle Care .......................... 196

Service and Maintenance .............. 252

Technical Data ........................ 261

Customer Information ................. 263

Reporting Safety Defects ............. 271

OnStar ............................... 274

Connected Services ................... 279

Index........................... 282

Litho in U.S.A.
Part No. 84486651 A First Printing

# Introduction

 

**CHEVROLET**

The names, logos, emblems, slogans, vehicle model names, and vehicle body designs appearing in this manual including, but not limited to, GM, the GM logo, CHEVROLET, the CHEVROLET Emblem, and BOLT are trademarks and/or service marks of General Motors LLC, its subsidiaries, affiliates, or licensors.

For vehicles first sold in Canada, substitute the name "General Motors of Canada Company" for Chevrolet Motor Division wherever it appears in this manual.

This manual describes features that may or may not be on the vehicle because of optional equipment that was not purchased on the vehicle, model variants, country specifications, features/applications that may not be available in your region, or changes subsequent to the printing of this owner's manual.

Refer to the purchase documentation relating to your specific vehicle to confirm the features.

Keep this manual in the vehicle for quick reference.

## Canadian Vehicle Owners

A French language manual can be obtained from your dealer, at www.helminc.com, or from:

### Propriétaires Canadiens

On peut obtenir un exemplaire de ce guide en français auprès du concessionnaire ou à l'adresse suivante:

Helm, Incorporated
Attention: Customer Service
47911 Halyard Drive
Plymouth, MI 48170
USA

©2020 General Motors LLC. All Rights Reserved.

**MJN1984**

## Using this Manual

To quickly locate information about the vehicle, use the Index in the back of the manual. It is an alphabetical list of what is in the manual and the page number where it can be found.

## Danger, Warning, and Caution

Warning messages found on vehicle labels and in this manual describe hazards and what to do to avoid or reduce them.

### ⚠ Danger

Danger indicates a hazard with a high level of risk which will result in serious injury or death.

### ⚠ Warning

Warning indicates a hazard that could result in injury or death.

### Caution

Caution indicates a hazard that could result in property or vehicle damage.



A circle with a slash through it is a safety symbol which means "Do not," "Do not do this," or "Do not let this happen."

## Symbols

The vehicle has components and labels that use symbols instead of text. Symbols are shown along with the text describing the operation or information relating to a specific component, control, message, gauge, or indicator.

📖 : Shown when the owner's manual has additional instructions or information.

🗐 : Shown when the service manual has additional instructions or information.

⇨ : Shown when there is more information on another page — "see page."

### Vehicle Symbol Chart

Here are some additional symbols that may be found on the vehicle and what they mean. See the features in this manual for information.

✿ : Air Conditioning System

❄ : Air Conditioning Refrigerant Oil

❅ : Airbag Readiness Light

(ABS) : Antilock Brake System (ABS)

(!) : Brake System Warning Light

🔋 : Dispose of Used Components Properly

⚡✕ : Do Not Apply High Pressure Water

⚡ : Energy Usage and Charge Mode Selection

🔥 : Flame/Fire Prohibited

🔥 : Flammable

⛑ : First Responder

🚗 : Forward Collision Alert

🔒⇨ : Fuse Block Cover Lock Location

🔲 : Fuses

**MJN1985**

⚠ : High Voltage

⊘ : ISOFIX/LATCH System Child Restraints

⊟ : Keep Fuse Block Covers Properly Installed

⊟✕ : Lane Change Alert

⟋⊿ : Lane Departure Warning

⟋⊟⟍ : Lane Keep Assist

P⊿ : Park Assist

⚠ : Pedestrian Ahead Indicator

⏻ : Power

⚠➜ : Rear Cross Traffic Alert

⚒ : Registered Technician

Ω : Remote Vehicle Start

⊞ : Risk of Electrical Fire

⚱ : Seat Belt Reminders

◀▶ : Service Vehicle Soon

ᴿᴺᴮ : Side Blind Zone Alert

⚠ : Tire Pressure Monitor

⚙ : Traction Control/StabiliTrak/Electronic Stability Control (ESC)

⚠ : Under Pressure

⊟ : Vehicle Ahead Indicator

⊟ READY : Vehicle Ready

# MJN1986

## Instrument Panel Overview



MJN1987

1. *Air Vents* ⇨ *143*.

2. *Turn and Lane-Change Signals* ⇨ *110*.

   IntelliBeam System Button (If Equipped). See *Exterior Lamp Controls* ⇨ *107*.

3. *Instrument Cluster* ⇨ *79*.

   *Driver Information Center (DIC)* ⇨ *99*.

4. *Windshield Wiper/Washer* ⇨ *74*.

5. *Charging Status Feedback* ⇨ *186*.

   *Automatic Headlamp System* ⇨ *109*.

   Indicator Light and Solar Sensor (ILSS). See "Sensors" under *Automatic Climate Control System* ⇨ *140*.

6. Infotainment System. See *AM-FM Radio* ⇨ *117*.

   *Heated Front Seats* ⇨ *29* (If Equipped).

7. *Automatic Climate Control System* ⇨ *140*.

8. *Storage Compartments* ⇨ *69*.

9. Shift Lever. See *Electric Drive Unit* ⇨ *160*.

10. *Electric Parking Brake* ⇨ *164*.

11. *Power Outlets* ⇨ *76*.

12. *Hazard Warning Flashers* ⇨ *110*.

    *Traction Control/Electronic Stability Control* ⇨ *166*.

    *Driver Selected Operating Modes* ⇨ *159*.

13. *Power Button* ⇨ *156*.

14. *Steering Wheel Controls* ⇨ *72* (If Equipped).

15. *Horn* ⇨ *73*.

16. *Steering Wheel Adjustment* ⇨ *72* (Out of View).

17. *Steering Wheel Controls* ⇨ *72* (If Equipped).

18. Regen on Demand (Out of View). See *Regenerative Braking* ⇨ *165*.

19. *Cruise Control* ⇨ *167*.

    *Heated Steering Wheel* ⇨ *73* (If Equipped).

    *Forward Collision Alert (FCA) System* ⇨ *174* (If Equipped).

    *Lane Keep Assist (LKA)* ⇨ *179* (If Equipped).

20. *Instrument Panel Fuse Block* ⇨ *214*.

21. Data Link Connector (DLC) (Out of View). See *Service Vehicle Soon Light* ⇨ *85*.

22. *Exterior Lamp Controls* ⇨ *107*.

23. *Instrument Panel Illumination Control* ⇨ *110*.

**MJN1988**

# Keys, Doors, and Windows

## Keys and Locks

Keys ...................................... 6
Remote Keyless Entry (RKE) System .... 7
Remote Keyless Entry (RKE) System
  Operation .............................. 7
Remote Start ........................... 13
Door Locks ............................. 14
Power Door Locks ...................... 16
Delayed Locking ........................ 16
Automatic Door Locks .................. 17
Lockout Protection ..................... 17
Safety Locks ........................... 17

## Doors

Liftgate ................................. 18

## Vehicle Security

Vehicle Security ........................ 18
Vehicle Alarm System .................. 18
Immobilizer ............................. 19
Immobilizer Operation ................. 19

## Exterior Mirrors

Convex Mirrors ......................... 20
Power Mirrors .......................... 20
Folding Mirrors ........................ 20
Heated Mirrors ........................ 21

## Interior Mirrors

Interior Rearview Mirrors ............... 21
Manual Rearview Mirror ................ 21
Automatic Dimming Rearview Mirror ... 21
Rear Camera Mirror .................... 21

## Windows

Windows ............................... 23
Power Windows ........................ 23
Sun Visors ............................. 25

# Keys and Locks

## Keys

### ⚠ Warning

Leaving children in a vehicle with a Remote Keyless Entry (RKE) transmitter is dangerous and children or others could be seriously injured or killed. They could operate the power windows or other controls or make the vehicle move. The windows will function with the RKE transmitter in the vehicle, and children or others could be caught in the path of a closing window. Do not leave children in a vehicle with an RKE transmitter.

**MJN1989**



The key that is part of the Remote Keyless Entry (RKE) transmitter can be used for all locks.



To remove the key, press the button near the bottom of the transmitter, and pull the key out. Never pull the key out without pressing the button.

If it becomes difficult to turn the key, inspect the key blade for debris. Periodically, clean the key with a brush or a pick.

See your dealer if a new key is needed.

If locked out of the vehicle, see *Roadside Assistance Program* ⇨ *266*.

With an active OnStar or connected service plan, an OnStar Advisor may remotely unlock the vehicle. See *OnStar Overview* ⇨ *274*.

### Remote Keyless Entry (RKE) System

See *Radio Frequency Statement* ⇨ *271*.

If there is a decrease in the Remote Keyless Entry (RKE) operating range:

- Check the distance. The transmitter may be too far from the vehicle.
- Check the location. Other vehicles or objects may be blocking the signal.
- Check the transmitter's battery. See "Battery Replacement" later in this section.

- If the transmitter is still not working correctly, see your dealer or a qualified technician for service.

### Remote Keyless Entry (RKE) System Operation

The Keyless Access system allows for vehicle entry when the Remote Keyless Entry (RKE) transmitter is within 1 m (3 ft). See "Keyless Access Operation" following.

The transmitter functions may work up to 60 m (197 ft) away from the vehicle.

Other conditions can impact the performance of the transmitter. See *Remote Keyless Entry (RKE) System* ⇨ *7*.



**MJN1990**

J : Press to lock all doors.

The turn signal indicators may flash and/or the horn may sound on the second press to indicate locking. See *Vehicle Personalization* ⇨ 101.

If the driver door is open when J is pressed, all doors will lock and the driver door will immediately unlock, if enabled. See *Vehicle Personalization* ⇨ 101.

If the passenger door is open when J is pressed, all doors lock.

Pressing J may also arm the alarm system. See *Vehicle Alarm System* ⇨ 18.

K : Press to unlock the driver door. Press unlock again within five seconds to unlock all doors. The RKE transmitter can be programmed to unlock all doors on the first button press. See *Vehicle Personalization* ⇨ 101.

The turn signal indicators may flash to indicate unlocking. See *Vehicle Personalization* ⇨ 101.

Pressing K will disarm the alarm system. See *Vehicle Alarm System* ⇨ 18.

⚑ : Press and release one time to initiate vehicle locator. The exterior lamps flash and the horn chirps three times.

Press and hold ⚑ for at least three seconds to sound the panic alarm. The horn sounds and the turn signals flash for about 30 seconds or until ⚑ is pressed again or the vehicle is started.

⟳ : Press and release J and then immediately press and hold ⟳ for at least four seconds to start the vehicle's heating or air conditioning systems and rear window defogger from outside the vehicle using the RKE transmitter. See *Remote Start* ⇨ 13.

### Keyless Access Operation

The Keyless Access system allows the doors and liftgate to be locked and unlocked without pressing the RKE transmitter button. The RKE transmitter must be within 1 m (3 ft) of the liftgate or door being opened. If the vehicle has this feature, there will be a button on both outside front door handles.

Keyless Access can be programmed to unlock all doors on the first unlock/lock button press from the driver door. See *Vehicle Personalization* ⇨ 101.

### Keyless Unlocking/Locking from the Driver Door

When the doors are locked and the RKE transmitter is within 1 m (3 ft) of the driver door handle, pressing the lock/unlock button on the driver door handle will unlock the driver door. If the lock/unlock button is pressed again within five seconds, all passenger doors will unlock. Pull the door handle to unlatch the door.



Pressing the lock/unlock button will cause all doors to lock if any of the following occur:

- It has been more than five seconds since the first lock/unlock button press.

**MJN1991**

- Two lock/unlock button presses were used to unlock all doors.
- Any vehicle door has opened and all doors are now closed.

See *Vehicle Personalization* ⇨ *101*.

### Keyless Unlocking/Locking from Passenger Doors

When the doors are locked and the RKE transmitter is within 1 m (3 ft) of the door handle, pressing the lock/unlock button on that door handle will unlock all doors.

Pressing the lock/unlock button will cause all doors to lock if any of the following occur:

- The lock/unlock button was used to unlock all doors.
- Any vehicle door has opened and all doors are now closed.

### Disable/Enable Keyless Unlocking of Exterior Door Handles and Liftgate

If equipped, keyless unlocking of the exterior door handles and liftgate can be disabled and enabled.

### Disabling Keyless Unlocking:

With the vehicle off, press and hold 🔒 and 🔓 on the RKE transmitter at the same time for approximately three seconds. The turn signal lamps will flash four times quickly to indicate access is disabled. Using any exterior handle to unlock the doors or open the liftgate will cause the turn signal lamps to flash four times quickly, indicating access is disabled. If disabled, disarm the alarm system before starting the vehicle.

### Enabling Keyless Unlocking:

With the vehicle off, press and hold 🔒 and 🔓 on the RKE transmitter at the same time for approximately three seconds. The turn signal lamps will flash twice quickly to indicate access is enabled.

For an alternate way to disable/enable keyless unlocking, see *Vehicle Personalization* ⇨ *101*.

### Passive Locking

The Keyless Access system will lock the vehicle several seconds after all doors are closed, if the vehicle is off and at least one RKE transmitter has been removed from the interior or none remain in the interior.

If other electronic devices interfere with the RKE transmitter signal, the vehicle may not detect the RKE transmitter inside the vehicle.

If passive locking is enabled, the doors may lock with the RKE transmitter inside the vehicle. Do not leave the RKE transmitter in an unattended vehicle.

To customize doors to automatically lock when exiting the vehicle, see *Vehicle Personalization* ⇨ *101*.

### Temporary Disable of Passive Locking

Temporarily disable passive locking by pressing and holding 🔒 on the interior door switch with a door open for at least four seconds, or until three chimes are heard. Passive locking will then remain disabled until 🔒 on the interior door is pressed, or until the vehicle is started.

### Remote Left In Vehicle Alert

When the vehicle is turned off and an RKE transmitter is left in the vehicle, the horn will chirp three times after all doors are closed.

To turn on or off see *Vehicle Personalization* ⇨ *101*.

**MJN1992**

### Remote No Longer In Vehicle Alert

If the vehicle is on with a door open, and then all doors are closed, the vehicle will check for RKE transmitters inside. If an RKE transmitter is not detected, the Driver Information Center (DIC) will display NO REMOTE DETECTED and the horn will chirp three times.

This occurs only once each time the vehicle is driven.

See *Vehicle Personalization* ⇨ 101.

### Keyless Liftgate Opening

Press the touch pad on the underside of the liftgate glass and lift up to open if the RKE transmitter is within 1 m (3 ft) and the doors are locked. If the doors are unlocked, the transmitter is not required to open the liftgate. See *Liftgate* ⇨ 18.

### Key Access

To access a vehicle with a weak transmitter battery, see *Door Locks* ⇨ 14.

### Programming Transmitters to the Vehicle

Only RKE transmitters programmed to the vehicle will work. If a transmitter is lost or stolen, a replacement can be purchased and programmed through your dealer. The vehicle can be reprogrammed so that lost or stolen transmitters no longer work. Any remaining transmitters will need to be reprogrammed. Each vehicle can have up to eight transmitters matched to it.

### Programming with Two Recognized Transmitters

A new transmitter can be programmed to the vehicle when there are two recognized transmitters. To program, the vehicle must be off and all of the transmitters, both currently recognized and new, must be with you.



1. Open the center console and take out the small tray, if equipped. Place the two recognized transmitters in the backup location with the buttons facing down.

2. Remove the key lock cylinder cover on the driver door handle. See *Door Locks* ⇨ 14. Insert the vehicle key of the new transmitter into the key lock cylinder on the driver door handle and turn the key to the unlock position five times within 10 seconds.

   The DIC displays READY FOR REMOTE # 3, 4, 5, 6, 7, or 8.

3. Place the transmitter to be programmed in the backup location with the buttons facing down.

4. Press POWER ⏻ to start the vehicle. When the transmitter is learned, the DIC will show that it is ready to program the next transmitter.

5. Remove the transmitter from the backup location and press 🔒 or 🔓.

   To program additional transmitters, repeat Steps 3–5.

   When all additional transmitters are programmed, press and hold POWER ⏻ for 12 seconds to exit programming mode.

MJN1993

6. Put the key back into the RKE transmitter.

7. Replace the key lock cylinder cap. See *Door Locks* ⇨ *14*.

**Programming without Two Recognized Transmitters**

If two currently recognized transmitters are not available, follow this procedure to program up to eight transmitters. This feature is not available in Canada. This procedure will take approximately 30 minutes to complete. The vehicle must be off and all of the transmitters to be programmed must be with you.

1. Remove the key lock cylinder cover on the driver door handle. See *Door Locks* ⇨ *14*. Insert the vehicle key of the transmitter into the key lock cylinder on the driver door handle and turn the key to the unlock position five times within 10 seconds.

   The DIC displays REMOTE LEARN PENDING, PLEASE WAIT.

2. Wait for 10 minutes until the DIC displays PRESS ENGINE START BUTTON TO LEARN and then press POWER ⏻.

   The DIC will again show REMOTE LEARN PENDING, PLEASE WAIT.

3. Repeat Step 2 two additional times. After the third time, all previously known transmitters will no longer work with the vehicle. Remaining transmitters can be relearned during the next steps.

   The DIC should now show READY FOR REMOTE # 1.



4. Open the center console and take out the small tray, if equipped. Place the transmitter in the backup location with the buttons facing down.

5. Press POWER ⏻ to start the vehicle. When the transmitter is learned, the DIC will show that it is ready to program the next transmitter.

6. Remove the transmitter from the backup location and press 🔒 or 🔓.

   To program additional transmitters, repeat Steps 4–6.

   When all additional transmitters are programmed, press and hold POWER ⏻ for 12 seconds to exit programming mode.

7. Put the key back into the RKE transmitter.

8. Replace the key lock cylinder cap. See *Door Locks* ⇨ *14*.

**Starting the Vehicle with a Low Transmitter Battery**

While trying to start the vehicle, if the transmitter battery is weak or if there is interference with the signal, the DIC may display NO REMOTE DETECTED or USE TRANSMITTER POCKET TO START. The DIC may also display REPLACE BATTERY IN REMOTE KEY.

For improved vehicle security, the transmitter is equipped with a motion sensor. When starting the vehicle, if the transmitter has been idle for a while, move the transmitter slightly and then try to start the vehicle.

**MJN1994**

## 12 Keys, Doors, and Windows

To start the vehicle:



1. Open the center console and take out the small tray, if equipped. Place the transmitter in the backup location with the buttons facing down.

2. With the vehicle in P (Park) or N (Neutral), press the brake pedal and press POWER ⏻. Replace the transmitter battery as soon as possible.

### Battery Replacement

> ⚠ **Warning**
>
> Never allow children to play with the RKE transmitter. The transmitter contains a small battery, which can be a choking
> (Continued)

> **Warning (Continued)**
>
> hazard. If swallowed, internal burns can occur, resulting in severe injury or death. Seek medical attention immediately if a battery is swallowed.

> ⚠ **Warning**
>
> To avoid personal injury, do not touch metal surfaces on the RKE transmitter when it has been exposed to extreme heat. These surfaces can be hot to the touch at temperatures above 59 °C (138 °F).

> **Caution**
>
> When replacing the battery, do not touch any of the circuitry on the transmitter. Static from your body could damage the transmitter.

> **Caution**
>
> Always replace the battery with the correct type. Replacing the battery with an incorrect type could potentially create a risk of battery explosion. Dispose of used batteries according to instructions and local laws. Do not attempt to burn, crush, or cut the used battery, and avoid exposing the battery to environments with extremely low air pressures or high temperatures.

Replace the battery if the DIC displays REPLACE BATTERY IN REMOTE KEY.

The battery is not rechargeable. To replace the battery:

**MJN1995**



1. Press the button on the side of the transmitter near the bottom and pull the key out. Never pull the key out without pressing the button.



2. Separate the two halves of the transmitter using a flat tool inserted into the area near the key slot.



3. Remove the battery by pushing on the battery and sliding it toward the bottom of the transmitter.

4. Insert the new battery, positive side facing the back cover. Push the battery down until it is held in place. Replace with a CR2032 or equivalent battery.

5. Snap the battery cover back on to the transmitter.

6. Reinsert key into the transmitter.

## Remote Start

This feature starts the heating or air conditioning systems and the rear window defogger from outside the vehicle.

Use remote start to heat or cool the interior when the vehicle is plugged in to maximize electric range by utilizing electricity from the electrical outlet. Normal operation of the system will return after the vehicle has been turned on.

⟳ : This button is on the RKE transmitter.

The climate control system will use the previous settings during a remote start. The rear defog may come on during remote start based on cold ambient conditions. The rear defog indicator light does not come on during a remote start.

Laws in some local communities may restrict the use of remote starters. For example, some laws require a person using remote start to have the vehicle in view. Check local regulations for any requirements.

If the vehicle is low on energy, do not use the remote start feature. The vehicle may run out of energy.

The RKE transmitter range may be less while the vehicle is running.

**MJN1996**

Other conditions can affect the performance of the transmitter. See *Remote Keyless Entry (RKE) System* ⋄ 7.

### Remote Starting the Vehicle

To remote start the vehicle:

1. Press and release 🔒 on the RKE transmitter.

2. Immediately press and hold ⏼ for at least four seconds or until the turn signal lamps flash.

3. After entering the vehicle during a remote start, press POWER ⏻ with the brake pedal applied to start the vehicle and operate as normal.

Remote start will automatically shut off after 20 minutes unless a time extension is done.

When the vehicle starts, the parking lamps will turn on. Remote start run time can be extended.

### Extending Vehicle Run Time

The vehicle run time can also be extended by another 20 minutes, if after 30 seconds and during the first 20 minutes Steps 1 and 2 are repeated while the vehicle is running. This provides a total of 40 minutes.

The remote start can only be extended once.

A maximum of two remote starts, or a single start with an extension, are allowed between ignition cycles using POWER ⏻.

For additional remote starts, turn the vehicle on with the transmitter in the vehicle.

### Canceling Remote Start

To cancel a remote start, do any of the following:

- Press and hold ⏼ until the parking lamps turn off.
- Turn on the hazard warning flashers.
- Press POWER ⏻ with the brake pedal applied, then press POWER ⏻ again to turn the vehicle off.

### Conditions in Which Remote Start Will Not Work

The remote vehicle start feature will not operate if:

- The RKE transmitter is in the vehicle.
- The ignition is on.
- The hood is not closed.
- The hazard warning flashers are on.
- The electric drive unit coolant temperature is too high.

- Two remote vehicle starts, or a single remote start with an extension, have already been used.
- The vehicle is not in P (Park).

## Door Locks

⚠ **Warning**

Unlocked doors can be dangerous.

- Passengers, especially children, can easily open the doors and fall out of a moving vehicle. The doors can be unlocked and opened while the vehicle is moving. The chance of being thrown out of the vehicle in a crash is increased if the doors are not locked. So, all passengers should wear seat belts properly and the doors should be locked whenever the vehicle is driven.

- Young children who get into unlocked vehicles may be unable to get out. A child can be overcome by extreme heat and can suffer permanent injuries or even death from heat stroke. Always lock the vehicle whenever leaving it.

(Continued)

MJN1997

---

**Warning (Continued)**

- Outsiders can easily enter through an unlocked door when you slow down or stop the vehicle. Locking the doors can help prevent this from happening.

To lock or unlock the doors from outside the vehicle:

- Use the key in the driver door to lock and unlock the door without the Remote Keyless Entry (RKE) transmitter. The key cylinder is covered with a cap. See "Driver Door Key Lock Cylinder Access (In Case of Dead Battery)" later in this section.

- Press 🔒 or 🔓 on the RKE transmitter to lock and unlock the doors.



To lock or unlock the doors from inside the vehicle:

- Press 🔒 or 🔓 on the power door lock switch.

- Pull the door handle. Pulling an interior door handle will unlock the door. Pulling the door handle again unlatches it.

### Keyless Access

The RKE transmitter must be within 1 m (3 ft) of the liftgate or door being opened. Press the button on the door handle to open. See "Keyless Access Operation" under *Remote Keyless Entry (RKE) System Operation* ⇨ 7.

### Driver Door Key Lock Cylinder Access (In Case of Dead Battery)



To access the driver door key lock cylinder:

1. Insert the key into the slot on the bottom of the cap.

2. Lift the key upward to remove the cap.

3. Insert the key into the cylinder and turn to unlock.

**MJN1998**



To replace the cap:

1. Position the bottom edge of the cap under the lower edge of the metal piece (2). The tabs (3) attach to the metal piece (2) at the positions (1).



2. Rotate the cap upward and install into place.

3. Check that the cap is secure.

### Free-Turning Locks

The door key lock cylinder turns freely when either the wrong key is used, or the correct key is not fully inserted. The free-turning door lock feature prevents the lock from being forced open. To reset the lock, turn it to the vertical position with the correct key fully inserted. Remove the key and insert it again. If this does not reset the lock, turn the key halfway around in the cylinder and repeat the reset procedure.

## Power Door Locks



🔓 : Press to unlock the doors.

🔒 : Press to lock the doors.

Locking and unlocking the doors will also unlock the liftgate. See *Liftgate* ⇨ 18.

## Delayed Locking

This feature delays the actual locking of the doors until five seconds after all doors are closed.

Delayed locking can only be turned on when the Unlocked Door Anti Lockout feature has been turned off.

**MJN1999**

Press 🔒 on the power door lock switch with the door open.

The doors will then lock automatically five seconds after all doors are closed. If a door is reopened before five seconds have elapsed, the five-second timer will reset once all the doors are closed again.

Press 🔒 on the door lock switch again or press 🔒 on the RKE transmitter to override this feature and lock the doors immediately.

Delayed locking can be programmed. See *Vehicle Personalization* ⇨ *101.*

### Automatic Door Locks

The doors will lock automatically when all doors are closed, the vehicle is on, and the shift lever is out of P (Park).

If a vehicle door is unlocked and then opened and closed, the doors will lock either when your foot is removed from the brake or the vehicle speed becomes faster than 13 km/h (8 mph).

To unlock the doors:

● Press 🔓 on a door.

● Shift the vehicle into P (Park).

Automatic door unlocking can be programmed. See *Vehicle Personalization* ⇨ *101.*

### Lockout Protection

If the vehicle is on or in Service Mode and the power door lock switch is pressed with the driver door open, all the doors will lock and only the driver door will unlock.

If the vehicle is off and locking is requested while a door is open, when all doors are closed the vehicle will check for RKE transmitters inside. If an RKE transmitter is detected and the number of RKE transmitters inside has not reduced, the driver door will unlock and the horn will chirp three times.

Lockout Protection can be manually overridden with the driver door open by pressing and holding 🔒 on the power door lock switch.

If Unlocked Door Anti Lockout is turned on and the vehicle is off, the driver door is open, and locking is requested, all the doors will lock and only the driver door will unlock. The Unlocked Door Anti Lockout feature can be turned on or off. See *Vehicle Personalization* ⇨ *101.*

### Safety Locks



If equipped, the safety lock is on the inside edge of the rear doors. To use the safety lock:

1. Move the lever forward to the lock position.

2. Close the door.

3. Do the same for the other rear door.

To open a rear door when the safety lock is on:

1. Unlock the door by using the inside handle, the power door lock switch, or the Remote Keyless Entry (RKE) transmitter.

2. Open the door from the outside.

**MJN2000**

When the safety lock is enabled, adults and older children will not be able to open the rear door from the inside. Cancel the safety locks to enable the doors to open from the inside.

To cancel the safety lock:

1. Unlock the door and open it from the outside.
2. Move the lever rearward to unlock. Do the same for the other door.

## Doors

### Liftgate

| Caution |
| --- |
| To avoid damage to the liftgate or liftgate glass, make sure the area above and behind the liftgate is clear before opening it. |

To lock or unlock the liftgate from the outside, press 🔓 or 🔒 on the RKE transmitter.



To lock or unlock the liftgate from the inside, press 🔓 or 🔒.



To open the liftgate, press the touch pad and lift up.

When closing the liftgate, use the pull cup.

**Keyless Liftgate Opening**

Press the touch pad on the underside of the liftgate glass and lift up to open if the RKE transmitter is within 1 m (3 ft) and the doors are locked. If the doors are unlocked, the transmitter is not required to open the liftgate.

## Vehicle Security

This vehicle has theft-deterrent features; however, they do not make the vehicle impossible to steal.

### Vehicle Alarm System

This vehicle has an anti-theft alarm system.

**Arming the Alarm System**

1. Close the liftgate, then turn off the vehicle.
2. Lock the vehicle in one of three ways:
   - Use the RKE transmitter.
   - Use the Keyless Access system.
   - With a door open, press the inside 🔒.

MJN2001

3. After 30 seconds the alarm system will arm. Pressing 🔒 on the RKE transmitter a second time will bypass the 30-second delay and immediately arm the alarm system.

The vehicle alarm system will not arm if the doors are locked with the key.

If the driver door is opened without first unlocking with the RKE transmitter, the horn will chirp and the lights will flash to indicate pre-alarm. If the vehicle is not started, or the door is not unlocked by pressing 🔒 on the RKE transmitter during the 10-second pre-alarm, the alarm will be activated.

If a door or the liftgate is opened without first disarming the system, the turn signals will flash and the horn will sound for about 30 seconds. The alarm system will then re-arm to monitor for the next unauthorized event.

### Disarming the System

Do one of the following to disarm the alarm system or turn off the alarm if it has been activated:

- Press 🔒 on the RKE transmitter.
- Unlock the vehicle using the Keyless Access system.

- Start the vehicle.

To avoid setting off the alarm by accident:

- Lock the vehicle after all occupants have left the vehicle.
- Always unlock a door with the RKE transmitter.

Unlocking the driver door with the key will not disarm the system or turn off the alarm.

### How to Detect a Tamper Condition

If 🔒 is pressed on the RKE transmitter and the horn chirps and the lights flash three times, an alarm occurred previously while the alarm system was armed.

If the alarm has been activated, a message will appear on the DIC.

## Immobilizer

See *Radio Frequency Statement* ⇨ 271.

## Immobilizer Operation

This vehicle has a passive theft-deterrent system.

The system does not have to be manually armed or disarmed.

The vehicle is automatically immobilized when the transmitter leaves the vehicle.

The immobilization system is disarmed when POWER⏻ is pressed and a valid transmitter is found in the vehicle.



The security light on the instrument cluster comes on when there is a problem with arming or disarming the theft-deterrent system.

The system has one or more transmitters matched to an immobilizer control unit in the vehicle. Only a correctly matched transmitter will start the vehicle. If the transmitter is damaged, you may not be able to start the vehicle.

When trying to start the vehicle, the security light comes on briefly when the vehicle is turned on.

If the vehicle does not start and the security light stays on, there is a problem with the system. Turn the vehicle off and try again.

If the RKE transmitter appears to be undamaged, try another transmitter, or place the transmitter in the transmitter pocket.

See "Starting the Vehicle with a Low Transmitter Battery" under *Remote Keyless Entry (RKE) System Operation* ⇨ 7.

If the vehicle does not start with the other transmitter or with the transmitter placed in the transmitter pocket, the vehicle needs service.

See your dealer who can service the theft-deterrent system and have a new transmitter programmed to the vehicle.

Do not leave the transmitter or device that disarms or deactivates the theft-deterrent system in the vehicle.

## Exterior Mirrors

### Convex Mirrors

⚠ **Warning**

A convex mirror can make things, like other vehicles, look farther away than they really are. If you cut too sharply

(Continued)

**Warning (Continued)**

into the right lane, you could hit a vehicle on the right. Check the inside mirror or glance over your shoulder before changing lanes.

The passenger side mirror is convex shaped. A convex mirror's surface is curved so more can be seen from the driver seat.

### Power Mirrors



To adjust the mirrors:

1. Press ⊡ or ⊡ to select the driver or passenger mirror. The indicator light will illuminate.

2. Press the arrows on the control pad to move the mirror in the desired position.

3. Adjust each outside mirror so that a little of the vehicle and the area behind it can be seen.

4. Press ⊡ or ⊡ again to deselect the mirror.

### Folding Mirrors

#### Manual Folding Mirrors

The vehicle has manual folding mirrors. These mirrors can be folded inward to prevent damage when going through an automatic car wash. To fold, pull the mirror toward the vehicle. Push the mirror outward to return it to the original position.

#### Turn Signal Indicator

The vehicle may have a turn signal indicator lamp built into the mirror housing. The turn signal lamp flashes when the turn signals or hazard flashers are used.

#### Lane Change Alert (LCA)

The vehicle may have LCA. See *Lane Change Alert (LCA)* ⇨ 178.

**MJN2003**

### Side Blind Zone Alert

The vehicle may have Side Blind Zone Alert. See *Side Blind Zone Alert (SBZA)* ⇨ *178*.

### Heated Mirrors

The rear window defogger also heats the outside mirrors, if equipped.

⚏ : Press to heat the outside rearview mirrors. See "Rear Window Defogger" under *Automatic Climate Control System* ⇨ *140*.

## Interior Mirrors

### Interior Rearview Mirrors

Adjust the rearview mirror for a clear view of the area behind your vehicle.

Do not spray glass cleaner directly on the mirror. Use a soft towel dampened with water.

### Manual Rearview Mirror

Push the tab forward for daytime use and pull it rearward for nighttime use to avoid glare of the headlamps from behind.

## Automatic Dimming Rearview Mirror

If equipped, automatic dimming reduces the glare of headlamps from behind. The dimming feature comes on when the vehicle is started.

### Rear Camera Mirror

If equipped, this automatic dimming mirror provides a wide angle camera view of the area behind the vehicle.



Pull the tab to turn on the display. Push the tab to turn it off. When off, the mirror is automatic dimming. Adjust the mirror for a clear view of the area behind the vehicle while the display is off.



Press ✓ to scroll through the adjustment options.

Press ◄ and ► to adjust the settings using the indicators on the mirror. The indicators will remain visible for five seconds after the last button activation, and the settings will remain saved.

The adjustment options are:

**MJN2004**



● Brightness



● Zoom



● Tilt



⚠ **Warning**

The Rear Camera Mirror (RCM) has a limited view. Portions of the road, vehicles, and other objects may not be seen. Do not drive or park the vehicle using only this camera. Objects may appear closer than they are. Check the outside mirrors or glance over your shoulder when making lane changes or merging. Failure to use proper care may result in injury, death, or vehicle damage.

**Troubleshooting**



**MJN2005**

See your dealer for service if a blue screen and  are displayed in the mirror, and the display shuts off. Also, push the tab as indicated to return to the automatic dimming mode.

The Rear Camera Mirror may not work properly or display a clear image if:

- There is glare from the sun or headlamps. This may obstruct objects from view. If needed, push the tab to turn off the display.
- Dirt, snow, or other debris blocks the camera lens. Clean the lens with a soft damp cloth.

- The camera's mounting on the vehicle has been damaged, and/or the position or the mounting angle of the camera has changed.

## Windows



**⚠ Warning**

Never leave a child, a helpless adult, or a pet alone in a vehicle, especially with the windows closed in warm or hot weather.

They can be overcome by the extreme heat and suffer permanent injuries or even death from heat stroke.

The vehicle aerodynamics are designed to improve electric range performance. This may result in a pulsing sound when either rear window is down and the front windows are up. To reduce the sound, open a front window.

### Power Windows

**⚠ Warning**

Leaving children in a vehicle with the RKE transmitter is dangerous for many reasons; children or others could be badly injured or even killed. They could operate the power windows or other controls or even make the vehicle move. The windows will function with the RKE transmitter in the vehicle and they could be seriously injured or killed if caught in the path of a closing window. Do not leave the RKE transmitter in a vehicle with children.

When there are children in the rear seat, use the window lockout switch to prevent unintentional operation of the windows.

**MJN2006**



Press the switch to open the window. Pull the front of the switch up to close it.

The window switches on the driver door control all windows.

The power windows only operate with the vehicle on or in Service Mode, or when Retained Accessory Power (RAP) is active.

### Express Window Operation

The driver window has an express feature which allows the window to be lowered or raised without holding the switch. To automatically raise or lower the window, pull the driver window switch up or press it down all the way and release. Stop the window by pressing or pulling the switch in the same direction a second time, or by briefly operating the switch to the first position in either direction. The front and rear passenger windows have express open only.

### Safety Function

This is for vehicles with the express-up feature. If any object is in the path of the window when the express-up feature is active, the window will stop and auto-reverse to a preset position. Weather conditions may cause the window to auto-reverse. The window switch may be held up to the second position to close the window. The window will return to normal operation once the obstruction or condition is removed.

### Safety Function Override

This is for vehicles with the express-up feature. If the battery on the vehicle has been recharged or disconnected, or is not working, the windows will need to be reprogrammed for the express-up feature to work. Before reprogramming, replace or recharge the vehicle's battery.

To program the driver window:

1. Close all doors with the vehicle on or in Service Mode.

2. Press and hold the power window switch until the window is fully open.

3. Pull the power window switch up until the window is fully closed.

4. Continue holding the switch up for approximately two seconds after the window is completely closed.

### Window Lockout

This feature prevents the rear passenger windows from operating, except from the driver position.



Press the image on the driver door to activate the window lockout. The indicator light in the switch will illuminate when activated.

MJN2007

Press  again to deactivate the window lockout.

## Sun Visors



Pull the sun visor down to block glare. Detach the sun visor from the center mount to pivot to the side window or, if equipped, extend along the rod.

### Visor Vanity Mirror

The vehicle may have vanity mirrors and card holders on the back of the sun visors. Swing down the sun visor to expose the vanity mirror.

**MJN2008**

# Seats and Restraints

## Head Restraints
Head Restraints ......................... 26

## Front Seats
Seat Adjustment ........................ 28
Reclining Seatbacks ..................... 29
Heated Front Seats ..................... 29

## Rear Seats
Rear Seats ............................. 31
Rear Seat Armrest ..................... 32
Heated Rear Seats ..................... 32

## Seat Belts
Seat Belts .............................. 32
How to Wear Seat Belts Properly ....... 33
Lap-Shoulder Belt ....................... 35
Seat Belt Use During Pregnancy ........ 37
Seat Belt Extender ...................... 37
Safety System Check ................... 38
Seat Belt Care .......................... 38
Replacing Seat Belt System Parts after a
Crash ................................. 38

## Airbag System
Airbag System .......................... 38
Where Are the Airbags? ................ 40
When Should an Airbag Inflate? ........ 41
What Makes an Airbag Inflate? ......... 42

How Does an Airbag Restrain? ......... 42
What Will You See after an Airbag
Inflates? .............................. 42
Passenger Sensing System ............. 44
Servicing the Airbag-Equipped
Vehicle ............................... 47
Adding Equipment to the
Airbag-Equipped Vehicle .............. 47
Airbag System Check ................... 48
Replacing Airbag System Parts after a
Crash ................................. 48

## Child Restraints
Older Children .......................... 49
Infants and Young Children ............ 50
Child Restraint Systems ................ 52
Where to Put the Restraint ............. 54
Lower Anchors and Tethers for Children
(LATCH System) ....................... 55
Replacing LATCH System Parts After a
Crash ................................. 63
Securing Child Restraints (With the Seat
Belt in the Rear Seat) ................ 64
Securing Child Restraints (With the Seat
Belt in the Front Seat) ............... 66

## Head Restraints

The vehicle's front and rear seats have adjustable head restraints in the outboard seating positions.

### ⚠ Warning

With head restraints that are not installed and adjusted properly, there is a greater chance that occupants will suffer a neck/spinal injury in a crash. Do not drive until the head restraints for all occupants are installed and adjusted properly.



Adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head. This position reduces the chance of a neck injury in a crash.

### Front Seats



The height of the head restraint can be adjusted. To raise or lower the head restraint, press the button located on the side of the head restraint, and pull up or push the head restraint down, and release the button. Pull and push on the head restraint after the button is released to make sure that it is locked in place.

The front seat outboard head restraints are not removable.

### Rear Seats

The vehicle's rear seats have adjustable head restraints in the outboard seating positions.

The height of the head restraint can be adjusted.

Pull the head restraint up to raise it. Try to move the head restraint to make sure it is locked in place.



To lower the head restraint, press the button on the top of the seatback and push the head restraint down. Try to move the head restraint after the button is released to make sure it is locked in place.

If installing a child restraint in the rear seat, see "Securing a Child Restraint Designed for the LATCH System" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 55.

### Folding the Rear Head Restraint

The head restraint can be folded rearward to allow for better visibility when the rear seat is unoccupied.



To fold the head restraint, press the button on the side of the head restraint.

**MJN2010**



The head restraint will fold rearward automatically.

When an occupant or child restraint is in the seat, always return the head restraint to the full upright position. Pull the head restraint up and forward until it locks into place. Push and pull on the head restraint to make sure that it is locked.

Always adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head.

## Front Seats

### Seat Adjustment

#### Manual Seats

> ⚠ **Warning**
>
> You can lose control of the vehicle if you try to adjust a driver seat while the vehicle is moving. Adjust the driver seat only when the vehicle is not moving.

#### Seat Position



To adjust the seat:

1. Pull the handle at the front of the seat.

2. Slide the seat to the desired position and release the handle.

3. Try to move the seat back and forth to be sure it is locked in place.

### Seat Height Adjuster



Move the lever on the outboard side of the seat up or down to manually adjust the seat height.

**MJN2011**

## Reclining Seatbacks

⚠ **Warning**

If either seatback is not locked, it could move forward in a sudden stop or crash. That could cause injury to the person sitting there. Always push and pull on the seatbacks to be sure they are locked.



To recline the seatback:

1. Lift the lever.

2. Move the seatback to the desired position, and then release the lever to lock the seatback in place.

3. Push and pull on the seatback to make sure it is locked.

To return the seatback to the upright position:

1. Lift the lever fully without applying pressure to the seatback, and the seatback will return to the upright position.

2. Push and pull on the seatback to make sure it is locked.

⚠ **Warning**

Sitting in a reclined position when the vehicle is in motion can be dangerous. Even when buckled up, the seat belts cannot do their job.

The shoulder belt will not be against your body. Instead, it will be in front of you. In a crash, you could go into it, receiving neck or other injuries.

The lap belt could go up over your abdomen. The belt forces would be there, not at your pelvic bones. This could cause serious internal injuries.

For proper protection when the vehicle is in motion, have the seatback upright. Then sit well back in the seat and wear the seat belt properly.



Do not have a seatback reclined if the vehicle is moving.

## Heated Front Seats

⚠ **Warning**

If temperature change or pain to the skin cannot be felt, the seat heater may cause burns. To reduce the risk of burns, use care when using the seat heater, especially for long periods of time. Do not place anything on the seat that insulates against heat, such as a blanket, cushion, cover, or similar item. This may

(Continued)

**MJN2012**

## Warning (Continued)

cause the seat heater to overheat. An overheated seat heater may cause a burn or may damage the seat.



If equipped, the heated seat controls are on the infotainment display. To operate, the vehicle must be on.

Touch ⧊ or ⧊ to heat the driver or passenger seat cushion. Indicator lights on the infotainment display show the current setting with three level indicators for high, medium, or low.

Touch the screen once for the highest setting. With each touch of the screen, the heated seat will change to the next lower setting, and then to the off setting. The lights indicate three for the highest setting and one for the lowest.

If the front heated seats are on high, the level may automatically be lowered after approximately 30 minutes. The passenger seat may take longer to heat up.

### Auto Heated Seats

When the vehicle is on, this feature will automatically activate the heated seats at the level required by the vehicle's interior temperature. In auto mode, the indicators automatically show the level setting required.

Use the manual heated seat buttons to turn auto heated seats off. Once this feature is turned off, the auto heated seats will be activated the next time the vehicle is started. In manual mode, the controls can be accessed while the vehicle is on by touching ⧊ or ⧊.

If the passenger seat is unoccupied, the auto heated seats feature will not activate that seat.

The auto heated seats feature can be programmed to always be enabled when the vehicle is on. See *Vehicle Personalization* ⇨ *101*.

### Remote Start Heated Seats

When it is cold outside, the heated seats can be turned on automatically during a remote vehicle start.

The heated seats will be canceled when the vehicle is started. If the auto heated seats are enabled in vehicle personalization, the seat heating level will automatically change to the level required by the vehicle's interior temperature when the vehicle is on.

The temperature performance of an unoccupied seat may be reduced. This is normal.

The heated seats will not turn on during a remote start unless the heated seat feature is enabled. See *Vehicle Personalization* ⇨ *101*.

If equipped, the heated steering wheel will turn on automatically during a remote start if it is cold outside. The heated seat indicators and heated steering wheel indicator may not come on during this operation.

# Rear Seats

### Rear Seat Reminder

If equipped, the message REAR SEAT REMINDER LOOK IN REAR SEAT displays under certain conditions indicating there may be an item or passenger in the rear seat. Check before exiting the vehicle.

This feature will activate when a second row door is opened while the vehicle is on or up to 10 minutes before the vehicle is turned on. There will be an alert when the vehicle is turned off. The alert does not directly detect objects in the rear seat; instead, under certain conditions, it detects when a rear door is opened and closed, indicating that there may be something in the rear seat.

The feature is active only once each time the vehicle is turned on and off, and will require reactivation by opening and closing the second row doors. There may be an alert even when there is nothing in the rear seat; for example, if a child entered the vehicle through the rear door and left the vehicle without the vehicle being shut off.

The feature can be turned on or off. See *Vehicle Personalization* ⇨ *101*.

### Folding the Seatback

Either side of the seatback can be folded down for more cargo space. Fold a seatback only when the vehicle is not moving.

| Caution |
| --- |
| Folding a rear seat with the seat belts still fastened may cause damage to the seat or the seat belts. Always unbuckle the seat belts and return them to their normal stowed position before folding a rear seat. |

To fold the seatback down:



1. Make sure the seat belt is in the retainer hook.



2. Pull the lever on top of the seatback to unlock the seatback.

   A red indicator near the seatback lever is exposed when the seatback is unlocked.

3. Fold the seatback down.

   Repeat Steps 1–3 for the other seatback, if desired.

### Raising the Seatback

| ⚠ Warning |
| --- |
| If either seatback is not locked, it could move forward in a sudden stop or crash. That could cause injury to the person sitting there. Always push and pull on the seatbacks to be sure they are locked. |

**MJN2014**

### ⚠ Warning

A seat belt that is improperly routed, not properly attached, or twisted will not provide the protection needed in a crash. The person wearing the belt could be seriously injured. After raising the rear seatback, always check to be sure that the seat belts are properly routed and attached, and are not twisted.

To raise a seatback:

1. Lift the seatback up and push it rearward to lock it in place. Make sure the seat belt is in the retainer hook and is not twisted or caught in the seatback.

   A tab near the seatback lever retracts when the seatback is locked in place.

   The center rear seat belt may lock when you raise the seatback. If this happens, let the belt go back all the way and start again.

2. Push and pull the top of the seatback to be sure it is locked into position.

3. Repeat Steps 1 and 2 for the other seatback, if necessary.

When the seat is not in use, it should be kept in the upright, locked position.

## Rear Seat Armrest



The rear seat has an armrest in the center of the seatback. Lower the armrest to access the two cupholders.

To fold, lift the armrest up and push it rearward until it is flush with the seatback.

## Heated Rear Seats

### ⚠ Warning

If temperature change or pain to the skin cannot be felt, the seat heater may cause burns. See the Warning under *Heated Front Seats* ⇨ 29.



If equipped, the rear heated seat buttons are on the rear doors.

Press ⬯ or ⬯ to heat the left outboard or right outboard seat cushion.

## Seat Belts

This section describes how to use seat belts properly, and some things not to do.

### ⚠ Warning

Do not let anyone ride where a seat belt cannot be worn properly. In a crash, if you or your passenger(s) are not wearing seat belts, injuries can be much

(Continued)

**MJN2015**

| **Warning (Continued)** |
| --- |

worse than if you are wearing seat belts. You can be seriously injured or killed by hitting things inside the vehicle harder or by being ejected from the vehicle. In addition, anyone who is not buckled up can strike other passengers in the vehicle.

It is extremely dangerous to ride in a cargo area, inside or outside of a vehicle. In a collision, passengers riding in these areas are more likely to be seriously injured or killed. Do not allow passengers to ride in any area of the vehicle that is not equipped with seats and seat belts.

Always wear a seat belt, and check that all passenger(s) are restrained properly too.

This vehicle has indicators as a reminder to buckle the seat belts. See *Seat Belt Reminders* ⇨ *83*.

## Why Seat Belts Work



When riding in a vehicle, you travel as fast as the vehicle does. If the vehicle stops suddenly, you keep going until something stops you. It could be the windshield, the instrument panel, or the seat belts!

When you wear a seat belt, you and the vehicle slow down together. There is more time to stop because you stop over a longer distance and, when worn properly, your strongest bones take the forces from the seat belts. That is why wearing seat belts makes such good sense.

## Questions and Answers About Seat Belts

**Q: Will I be trapped in the vehicle after a crash if I am wearing a seat belt?**

**A:** You *could* be — whether you are wearing a seat belt or not. Your chance of being conscious during and after a crash, so you *can* unbuckle and get out, is *much* greater if you are belted.

**Q: If my vehicle has airbags, why should I have to wear seat belts?**

**A:** Airbags are supplemental systems only. They work *with* seat belts — not instead of them. Whether or not an airbag is provided, all occupants still have to buckle up to get the most protection.

Also, in nearly all states and in all Canadian provinces, the law requires wearing seat belts.

## How to Wear Seat Belts Properly

Follow these rules for everyone's protection.

There are additional things to know about seat belts and children, including smaller children and infants. If a child will be riding in the vehicle, see *Older Children* ⇨ *49* or

**MJN2016**

*Infants and Young Children* ⇨ 50. Review and follow the rules for children in addition to the following rules.

It is very important for all occupants to buckle up. Statistics show that unbelted people are hurt more often in crashes than those who are wearing seat belts.

There are important things to know about wearing a seat belt properly.



● Sit up straight and always keep your feet on the floor in front of you (if possible).
● Always use the correct buckle for your seating position.
● Wear the lap part of the belt low and snug on the hips, just touching the thighs. In a crash, this applies force to the

strong pelvic bones and you would be less likely to slide under the lap belt. If you slid under it, the belt would apply force on your abdomen. This could cause serious or even fatal injuries.
● Wear the shoulder belt over the shoulder and across the chest. These parts of the body are best able to take belt restraining forces. The shoulder belt locks if there is a sudden stop or crash.

⚠ **Warning**

You can be seriously injured, or even killed, by not wearing your seat belt properly.





Never allow the lap or shoulder belt to become loose or twisted.



**MJN2017**



Never wear the shoulder belt under both arms or behind your back.



Always use the correct buckle for your seating position.



Never route the lap or shoulder belt over an armrest.

> ### ⚠ Warning
>
> The seat belt can be pinched if it is routed under plastic trim on the seat, such as trim around the rear seatback folding handle or side airbag. In a crash, pinched seat belts might not be able to provide adequate protection. Never allow seat belts to be routed under plastic trim pieces.

## Lap-Shoulder Belt

All seating positions in the vehicle have a lap-shoulder belt.

The following instructions explain how to wear a lap-shoulder belt properly.

1. Adjust the seat, if the seat is adjustable, so you can sit up straight. To see how, see "Seats" in the Index.



2. Pick up the latch plate and pull the belt across you. Do not let it get twisted.

   The lap-shoulder belt may lock if you pull the belt across you very quickly. If this happens, let the belt go back slightly to unlock it. Then pull the belt across you more slowly.

   If the shoulder portion of a passenger belt is pulled out all the way, the child restraint locking feature may be

engaged. See *Child Restraint Systems* ⇨ 52. If this occurs, let the belt go back all the way and start again. If the locking feature stays engaged after letting the belt go back to stowed position on the seat, move the seat rearward or recline the seat until the shoulder belt retractor lock releases.

Engaging the child restraint locking feature in the front outboard seating position may affect the passenger sensing system. See *Passenger Sensing System* ⇨ 44.



3. Push the latch plate into the buckle until it clicks.

Pull up on the latch plate to make sure it is secure. If the belt is not long enough, see *Seat Belt Extender* ⇨ 37.

Position the release button on the buckle so that the seat belt could be quickly unbuckled if necessary.



4. To make the lap part tight, pull up on the shoulder belt.



To unlatch the belt, push the button on the buckle. The belt should return to its stowed position.

Always stow the seat belt slowly. If the seat belt webbing returns quickly to the stowed position, the retractor may lock and cannot be pulled out. If this happens, pull the seat belt straight out firmly to unlock the webbing, and then release it. If the webbing is still locked in the retractor, see your dealer.

Before a door is closed, be sure the belt is out of the way. If a door is slammed against a seat belt, damage can occur to both the seat belt and the vehicle.

**MJN2019**

### Seat Belt Pretensioners

This vehicle has seat belt pretensioners for the front outboard occupants. Although the seat belt pretensioners cannot be seen, they are part of the seat belt assembly. They can help tighten the seat belts during the early stages of a moderate to severe frontal, near frontal, or rear crash if the threshold conditions for pretensioner activation are met. Seat belt pretensioners can also help tighten the seat belts in a side crash or a rollover event.

Pretensioners work only once. If the pretensioners activate in a crash, the pretensioners and probably other parts of the vehicle's seat belt system will need to be replaced. See *Replacing Seat Belt System Parts after a Crash* ⇨ *38*.

Do not sit on the outboard seat belt while entering or exiting the vehicle or at any time while sitting in the seat. Sitting on the seat belt can damage the webbing and hardware.

### Rear Seat Belt Comfort Guides

Rear seat belt comfort guides may provide added seat belt comfort for older children who have outgrown booster seats and for some adults. When installed on a shoulder belt, the comfort guide positions the shoulder belt away from the neck and head.

Comfort guides are available through your dealer for the rear outboard seating positions. Instructions are included with the guides.

## Seat Belt Use During Pregnancy

Seat belts work for everyone, including pregnant women. Like all occupants, they are more likely to be seriously injured if they do not wear seat belts.



A pregnant woman should wear a lap-shoulder belt, and the lap portion should be worn as low as possible, below the rounding, throughout the pregnancy.

The best way to protect the fetus is to protect the mother. When a seat belt is worn properly, it is more likely that the fetus will not be hurt in a crash. For pregnant women, as for anyone, the key to making seat belts effective is wearing them properly.

## Seat Belt Extender

If the vehicle's seat belt will fasten around you, you should use it.

But if a seat belt is not long enough, your dealer will order you an extender. When you go in to order it, take the heaviest coat you will wear, so the extender will be long enough for you. To help avoid personal injury, do not let someone else use it, and use it only for the seat it is made to fit. The extender has been designed for adults. Never use it for securing child restraints. For more information on the proper use and fit of seat belt extenders see the instruction sheet that comes with the extender.

**MJN2020**

### Safety System Check

Periodically check the seat belt reminder, seat belts, buckles, latch plates, retractors, shoulder belt height adjusters (if equipped), and seat belt anchorages to make sure they are all in working order. Look for any other loose or damaged seat belt system parts that might keep a seat belt system from performing properly. See your dealer to have it repaired. Torn, frayed, or twisted seat belts may not protect you in a crash. Torn or frayed seat belts can rip apart under impact forces. If a belt is torn or frayed, have it replaced immediately. If a belt is twisted, it may be possible to untwist by reversing the latch plate on the webbing. If the twist cannot be corrected, ask your dealer to fix it.

Make sure the seat belt reminder light is working. See *Seat Belt Reminders* ⇨ *83*.

Keep seat belts clean and dry. See *Seat Belt Care* ⇨ *38*.

### Seat Belt Care

Keep belts clean and dry.

Seat belts should be properly cared for and maintained.

Seat belt hardware should be kept dry and free of dust or debris. As necessary, exterior hard surfaces and seat belt webbing may be lightly cleaned with mild soap and water. Ensure there is not excessive dust or debris in the mechanism. If dust or debris exists in the system please see the dealer. Parts may need to be replaced to ensure proper functionality of the system.

### ⚠ Warning

Do not bleach or dye seat belt webbing. It may severely weaken the webbing. In a crash, they might not be able to provide adequate protection. Clean and rinse seat belt webbing only with mild soap and lukewarm water. Allow the webbing to dry.

### Replacing Seat Belt System Parts after a Crash

### ⚠ Warning

A crash can damage the seat belt system in the vehicle. A damaged seat belt system may not properly protect the person using it, resulting in serious injury

(Continued)

### Warning (Continued)

or even death in a crash. To help make sure the seat belt systems are working properly after a crash, have them inspected and any necessary replacements made as soon as possible.

After a minor crash, replacement of seat belts may not be necessary. But the seat belt assemblies that were used during any crash may have been stressed or damaged. See your dealer to have the seat belt assemblies inspected or replaced.

New parts and repairs may be necessary even if the seat belt system was not being used at the time of the crash.

Have the seat belt pretensioners checked if the vehicle has been in a crash, or if the airbag readiness light stays on after you start the vehicle or while you are driving. See *Airbag Readiness Light* ⇨ *84*.

## Airbag System

The vehicle has the following airbags:

- A frontal airbag for the driver
- A frontal airbag for the front outboard passenger

MJN2021

- A knee airbag for the driver
- A knee airbag for the front outboard passenger
- A seat-mounted side impact airbag for the driver
- A seat-mounted side impact airbag for the front outboard passenger
- A roof-rail airbag for the driver and the area directly behind the driver
- A roof-rail airbag for the front outboard passenger and the area directly behind the front outboard passenger

Sedan models may have the following airbags:

- Seat-mounted side impact airbags for the second row outboard passengers

All vehicle airbags have the word AIRBAG on the trim or on a label near the deployment opening.

For frontal airbags, the word AIRBAG is on the center of the steering wheel for the driver and on the instrument panel for the front outboard passenger.

For knee airbags, the word AIRBAG is on the lower part of the instrument panel.

For seat-mounted side impact airbags, the word AIRBAG is on the side of the seatback or side of the seat closest to the door.

For roof-rail airbags, the word AIRBAG is on the ceiling or trim.

Airbags are designed to supplement the protection provided by seat belts. Even though today's airbags are also designed to help reduce the risk of injury from the force of an inflating bag, all airbags must inflate very quickly to do their job.

Here are the most important things to know about the airbag system:

⚠ **Warning**

You can be severely injured or killed in a crash if you are not wearing your seat belt, even with airbags. Airbags are designed to work with seat belts, not replace them. Also, airbags are not designed to inflate in every crash. In some crashes seat belts are the only restraint. See *When Should an Airbag Inflate?* ⇨ *41*.

(Continued)

**Warning (Continued)**

Wearing your seat belt during a crash helps reduce your chance of hitting things inside the vehicle or being ejected from it. Airbags are "supplemental restraints" to the seat belts. Everyone in the vehicle should wear a seat belt properly, whether or not there is an airbag for that person.

⚠ **Warning**

Because airbags inflate with great force and faster than the blink of an eye, anyone who is up against, or very close to, any airbag when it inflates can be seriously injured or killed. Do not sit unnecessarily close to any airbag, as you would be if sitting on the edge of the seat or leaning forward. Seat belts help keep you in position before and during a crash. Always wear a seat belt, even with airbags. The driver should sit as far back as possible while still maintaining control of the vehicle. The seat belts and the front outboard passenger airbags are

(Continued)

**MJN2022**

**Warning (Continued)**

most effective when you are sitting well back and upright in the seat with both feet on the floor.

Occupants should not lean on or sleep against the door or side windows in seating positions with seat-mounted side impact airbags and/or roof-rail airbags.

⚠ **Warning**

Children who are up against, or very close to, any airbag when it inflates can be seriously injured or killed. Always secure children properly in the vehicle. To read how, see *Older Children* ⇨ *49* or *Infants and Young Children* ⇨ *50*.



There is an airbag readiness light on the instrument cluster, which shows the airbag symbol. The system checks the airbag

electrical system for malfunctions. The light tells you if there is an electrical problem. See *Airbag Readiness Light* ⇨ *84* for more information.

## Where Are the Airbags?



The driver frontal airbag is in the center of the steering wheel.

The front outboard passenger frontal airbag is in the passenger side instrument panel.



The driver knee airbag is below the steering column. The front outboard passenger knee airbag is below the glove box.



**Driver Side Shown, Passenger Side Similar**

**MJN2023**

The driver and front outboard passenger seat-mounted side impact airbags are in the side of the seatbacks closest to the door.

The roof-rail airbags for the driver, front outboard passenger, and second row outboard passengers are in the ceiling above the side windows.



**Rear Seat Driver Side Shown, Passenger Side Similar**

On vehicles with second row seat-mounted side impact airbags, they are in the sides of the seatback closest to the door.

⚠ **Warning**

If something is between an occupant and an airbag, the airbag might not inflate properly or it might force the object into that person causing severe injury or even death. The path of an inflating airbag must be kept clear. Do not put anything between an occupant and an airbag, and do not attach or put anything on the steering wheel hub or on or near any other airbag covering.

Do not use seat accessories that block the inflation path of a seat-mounted side impact airbag.

Never secure anything to the roof of a vehicle with roof-rail airbags by routing a rope or tie-down through any door or window opening. If you do, the path of an inflating roof-rail airbag will be blocked.

## When Should an Airbag Inflate?

This vehicle is equipped with airbags. Airbags are designed to inflate if the impact exceeds the specific airbag system's deployment threshold. Deployment

thresholds are used to predict how severe a crash is likely to be in time for the airbags to inflate and help restrain the occupants. The vehicle has electronic sensors that help the airbag system determine the severity of the impact. Deployment thresholds can vary with specific vehicle design.

Frontal airbags are designed to inflate in moderate to severe frontal or near frontal crashes to help reduce the potential for severe injuries, mainly to the driver's or front outboard passenger's head and chest.

Whether the frontal airbags will or should inflate is not based primarily on how fast the vehicle is traveling. It depends on what is hit, the direction of the impact, and how quickly the vehicle slows down.

Frontal airbags may inflate at different crash speeds depending on whether the vehicle hits an object straight on or at an angle, and whether the object is fixed or moving, rigid or deformable, narrow or wide.

Frontal airbags are not intended to inflate during vehicle rollovers, rear impacts, or in many side impacts.

**MJN2024**

In addition, the vehicle has advanced technology frontal airbags. Advanced technology frontal airbags adjust the restraint according to crash severity.

Knee airbags are designed to inflate in moderate to severe frontal or near frontal impacts. Knee airbags are not designed to inflate during vehicle rollovers, in rear impacts, or in many side impacts.

Seat-mounted side impact airbags are designed to inflate in moderate to severe side crashes depending on the location of the impact. Seat-mounted side impact airbags are not designed to inflate in frontal impacts, near frontal impacts, rollovers, or rear impacts. A seat-mounted side impact airbag is designed to inflate on the side of the vehicle that is struck.

Roof-rail airbags are designed to inflate in moderate to severe side crashes depending on the location of the impact. In addition, these roof-rail airbags are designed to inflate during a rollover or in a severe frontal impact. Roof-rail airbags are not designed to inflate in rear impacts. Both roof-rail airbags will inflate when either side of the vehicle is struck or if the sensing system predicts that the vehicle is about to roll over on its side, or in a severe frontal impact.

In any particular crash, no one can say whether an airbag should have inflated simply because of the vehicle damage or repair costs.

## What Makes an Airbag Inflate?

In a deployment event, the sensing system sends an electrical signal triggering a release of gas from the inflator. Gas from the inflator fills the airbag causing the bag to break out of the cover. The inflator, the airbag, and related hardware are all part of the airbag module.

For airbag locations, see *Where Are the Airbags?* ⇨ *40*.

## How Does an Airbag Restrain?

In moderate to severe frontal or near frontal collisions, even belted occupants can contact the steering wheel or the instrument panel. In moderate to severe side collisions, even belted occupants can contact the inside of the vehicle.

Airbags supplement the protection provided by seat belts by distributing the force of the impact more evenly over the occupant's body.

Rollover capable roof-rail airbags are designed to help contain the head and chest of occupants in the outboard seating positions in the first and second rows. The rollover capable roof-rail airbags are designed to help reduce the risk of full or partial ejection in rollover events, although no system can prevent all such ejections.

But airbags would not help in many types of collisions, primarily because the occupant's motion is not toward those airbags. See *When Should an Airbag Inflate?* ⇨ *41*.

Airbags should never be regarded as anything more than a supplement to seat belts.

## What Will You See after an Airbag Inflates?

After the frontal, knee, and seat-mounted side impact airbags inflate, they quickly deflate, so quickly that some people may not even realize the airbags inflated. Roof-rail airbags may still be at least partially inflated for some time after they inflate. Some components of the airbag module may be hot for several minutes. For location of the airbags, see *Where Are the Airbags?* ⇨ *40*.

MJN2025

The parts of the airbag that come into contact with you may be warm, but not too hot to touch. There may be some smoke and dust coming from the vents in the deflated airbags. Airbag inflation does not prevent the driver from seeing out of the windshield or being able to steer the vehicle, nor does it prevent people from leaving the vehicle.

### ⚠ Warning

When an airbag inflates, there may be dust in the air. This dust could cause breathing problems for people with a history of asthma or other breathing trouble. To avoid this, everyone in the vehicle should get out as soon as it is safe to do so. If you have breathing problems but cannot get out of the vehicle after an airbag inflates, then get fresh air by opening a window or a door. If you experience breathing problems following an airbag deployment, you should seek medical attention.

The vehicle has a feature that may automatically unlock the doors, turn on the interior lamps and hazard warning flashers after the airbags inflate. The feature may also activate, without airbag inflation, after an event that exceeds a predetermined threshold. After turning the ignition off and then on again, the doors can be locked, the interior lamps can be turned off, and hazard warning flashers can be turned off using the controls for those features. If any of these systems are damaged in the crash they may not operate as normal.

### ⚠ Warning

A crash severe enough to inflate the airbags may have also damaged important functions in the vehicle, such as the brake and steering systems, etc. Even if the vehicle appears to be drivable after a moderate crash, there may be concealed damage that could make it difficult to safely operate the vehicle.

Use caution if attempting to restart the vehicle after a crash has occurred.

If an airbag inflates or the vehicle has been in a crash, the sensing system may shut down the high voltage system. When this occurs, the high voltage battery is disconnected and the vehicle will not start. Before the vehicle can be operated again, it must be serviced at your dealer.

In many crashes severe enough to inflate the airbag, windshields are broken by vehicle deformation. Additional windshield breakage may also occur from the front outboard passenger airbag.

- Airbags are designed to inflate only once. After an airbag inflates, you will need some new parts for the airbag system. If you do not get them, the airbag system will not be there to help protect you in another crash. A new system will include airbag modules and possibly other parts. The service manual for the vehicle covers the need to replace other parts.

- The vehicle has a crash sensing and diagnostic module which records information after a crash. See *Vehicle Data Recording and Privacy* ⇨ *272* and *Event Data Recorders* ⇨ *272*.

- Let only qualified technicians work on the airbag systems. Improper service can mean that an airbag system will not work properly. See your dealer for service.

**MJN2026**

## Passenger Sensing System

The vehicle has a passenger sensing system for the front outboard passenger position. The passenger airbag status indicator will light on the overhead console when the vehicle is started.



**United States**



**Canada**

The words ON and OFF, or the symbols for on and off, will be visible during the system check. When the system check is complete, either the word ON or OFF, or the symbol for on or off, will be visible. See *Passenger Airbag Status Indicator* ⇨ *84*.

The passenger sensing system turns off the front outboard passenger frontal airbag and knee airbag under certain conditions. No other airbag is affected by the passenger sensing system.

The passenger sensing system works with sensors that are part of the front outboard passenger seat and seat belt. The sensors are designed to detect the presence of a properly seated occupant and determine if the front outboard passenger frontal airbag and knee airbag should be allowed to inflate or not.

According to accident statistics, children are safer when properly secured in a rear seat in the correct child restraint for their weight and size.

Whenever possible, children aged 12 and under should be secured in a rear seating position.

Never put a rear-facing child seat in the front. This is because the risk to the rear-facing child is so great, if the airbag inflates.

> ⚠ **Warning**
>
> A child in a rear-facing child restraint can be seriously injured or killed if the passenger frontal airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a forward-facing child restraint can be seriously injured or killed if the passenger frontal airbag inflates and the passenger seat is in a forward position.
>
> Even if the passenger sensing system has turned off the front outboard passenger airbag(s), no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though the airbag(s) are off.
>
> Never put a rear-facing child restraint in the front seat, even if the airbag is off. If securing a forward-facing child restraint in the front outboard passenger seat, always move the seat as far back as it will go. It is better to secure child restraints in the rear seat. Consider using another vehicle to transport the child when a rear seat is not available.

**MJN2027**

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

The passenger sensing system is designed to turn off the front outboard passenger frontal airbag and knee airbag if:

- The front outboard passenger seat is unoccupied.
- The system determines an infant is present in a child restraint.
- A front outboard passenger takes his/her weight off of the seat for a period of time.
- There is a critical problem with the airbag system or the passenger sensing system.

When the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag, the OFF indicator will light and stay lit as a reminder that the airbags are off. See *Passenger Airbag Status Indicator* ⇨ *84*.

The passenger sensing system is designed to turn on the front outboard passenger frontal airbag and knee airbag anytime the system senses that a person of adult size is sitting properly in the front outboard passenger

seat. When the passenger sensing system has allowed the airbags to be enabled, the ON indicator will light and stay lit as a reminder that the airbags are active.

For some children, including children in child restraints, and for very small adults, the passenger sensing system may or may not turn off the front outboard passenger frontal airbag and knee airbag, depending upon the person's seating posture and body build. Everyone in the vehicle who has outgrown child restraints should wear a seat belt properly — whether or not there is an airbag for that person.

⚠ **Warning**

If the airbag readiness light ever comes on and stays on, it means that something may be wrong with the airbag system. To help avoid injury to yourself or others, have the vehicle serviced right away. See *Airbag Readiness Light* ⇨ *84* for more information, including important safety information.

### If the On Indicator Is Lit for a Child Restraint

The passenger sensing system is designed to turn off the front outboard passenger frontal airbag and knee airbag if the system determines that an infant is present in a child restraint. If a child restraint has been installed and the ON indicator is lit:

1. Turn the vehicle off.

2. Remove the child restraint from the vehicle.

3. Remove any additional items from the seat such as blankets, cushions, seat covers, seat heaters, or seat massagers.

4. Reinstall the child restraint following the directions provided by the child restraint manufacturer and refer to *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ *64* or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ *66*.

   Make sure the seat belt retractor is locked by pulling the shoulder belt all the way out of the retractor when installing the child restraint, even if the child restraint is equipped with a seat

**MJN2028**

belt lock off. When the retractor lock is set, the belt can be tightened but not pulled out of the retractor.

5. If, after reinstalling the child restraint and restarting the vehicle, the ON indicator is still lit, turn the vehicle off. Then slightly recline the vehicle seatback and adjust the seat cushion, if adjustable, to make sure that the vehicle seatback is not pushing the child restraint into the seat cushion. Also make sure the child restraint is not trapped under the vehicle head restraint. If this happens, adjust the head restraint. See *Head Restraints* ⇨ 26.

6. Restart the vehicle.

The passenger sensing system may or may not turn off the airbags for a child in a child restraint depending upon the child's size. It is better to secure the child restraint in a rear seat. Consider using another vehicle to transport the child when a rear seat is not available. Never put a rear-facing child restraint in the front seat, even if the ON indicator is not lit.

**If the Off Indicator Is Lit for an Adult-Sized Occupant**



If a person of adult size is sitting in the front outboard passenger seat, but the OFF indicator is lit, it could be because that person is not sitting properly in the seat or that the child restraint locking feature is engaged. Use the following steps to allow the system to detect that person and enable the front outboard passenger frontal airbag and knee airbag:

1. Turn the vehicle off.

2. Remove any additional material from the seat, such as blankets, cushions, seat covers, seat heaters, or seat massagers.

3. Place the seatback in the fully upright position.

4. Have the person sit upright in the seat, centered on the seat cushion, with legs comfortably extended.

5. If the shoulder portion of the belt is pulled out all the way, the child restraint locking feature will be engaged. This may unintentionally cause the passenger sensing system to turn the airbag off for some adult-sized occupants. If this happens, unbuckle the belt and let the belt go back all the way, and then buckle the belt again without pulling the belt out all the way.

6. Restart the vehicle and have the person remain in this position for two to three minutes after the ON indicator is lit.

{ **⚠ Warning**

If the front outboard passenger airbag is turned off for an adult-sized occupant, the airbag will not be able to inflate and help protect that person in a crash, resulting in an increased risk of serious injury or even death. An adult-sized

(Continued)

MJN2029

**Warning (Continued)**

occupant should not ride in the front outboard passenger seat, if the passenger airbag OFF indicator is lit.

### Additional Factors Affecting System Operation

Seat belts help keep the passenger in position on the seat during vehicle maneuvers and braking, which helps the passenger sensing system maintain the passenger airbag status. See "Seat Belts" and "Child Restraints" in the Index for additional information about the importance of proper restraint use.

A thick layer of additional material, such as a blanket or cushion, or aftermarket equipment such as seat covers, seat heaters, and seat massagers can affect how well the passenger sensing system operates. We recommend that you not use seat covers or other aftermarket equipment except when approved by GM for your specific vehicle. See *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ *47* for more information about modifications that can affect how the system operates.

The ON indicator may be lit if an object, such as a briefcase, handbag, grocery bag, laptop, or other electronic device is put on an unoccupied seat. If this is not desired, remove the object from the seat.

⚠ **Warning**

Stowing articles under the passenger seat or between the passenger seat cushion and seatback may interfere with the proper operation of the passenger sensing system.

### Servicing the Airbag-Equipped Vehicle

Airbags affect how the vehicle should be serviced. There are parts of the airbag system in several places around the vehicle. Your dealer and the service manual have information about servicing the vehicle and the airbag system. To purchase a service manual, see *Publication Ordering Information* ⇨ *270*.

⚠ **Warning**

For up to 10 seconds after the vehicle is turned off and the 12-volt battery is disconnected, an airbag can still inflate during improper service. You can be injured if you are close to an airbag when it inflates. Avoid yellow connectors. They are probably part of the airbag system. Be sure to follow proper service procedures, and make sure the person performing work for you is qualified to do so.

### Adding Equipment to the Airbag-Equipped Vehicle

Adding accessories that change the vehicle's frame, bumper system, height, front end, or side sheet metal may keep the airbag system from working properly.

The operation of the airbag system can also be affected by changing, including improperly repairing or replacing, any parts of the following:

- Airbag system, including airbag modules, front or side impact sensors, sensing and diagnostic module, or airbag wiring

**MJN2030**

- Front seats, including stitching, seams or zippers
- Seat belts
- Steering wheel, instrument panel, overhead console, ceiling trim, or pillar garnish trim
- Inner door seals, including speakers

Your dealer and the service manual have information about the location of the airbag modules and sensors, sensing and diagnostic module, and airbag wiring along with the proper replacement procedures.

In addition, the vehicle has a passenger sensing system for the front outboard passenger position, which includes sensors that are part of the passenger seat. The passenger sensing system may not operate properly if the original seat trim is replaced with non-GM covers, upholstery, or trim; or with GM covers, upholstery, or trim designed for a different vehicle. Any object, such as an aftermarket seat heater or a comfort-enhancing pad or device, installed under or on top of the seat fabric, could also interfere with the operation of the passenger sensing system. This could either prevent proper deployment of the passenger airbag(s) or prevent the passenger sensing

system from properly turning off the passenger airbag(s). See *Passenger Sensing System* ⇨ *44*.

If the vehicle has rollover roof-rail airbags, see *Different Size Tires and Wheels* ⇨ *229* for additional important information.

If the vehicle must be modified because you have a disability and have questions about whether the modifications will affect the vehicle's airbag system, or if you have questions about whether the airbag system will be affected if the vehicle is modified for any other reason, call Customer Assistance. See *Customer Assistance Offices* ⇨ *264*.

## Airbag System Check

The airbag system does not need regularly scheduled maintenance or replacement. Make sure the airbag readiness light is working. See *Airbag Readiness Light* ⇨ *84*.

| Caution |
|---|
| If an airbag covering is damaged, opened, or broken, the airbag may not work properly. Do not open or break the airbag coverings. If there are any opened or broken airbag coverings, have the airbag (Continued) |

| Caution  (Continued) |
|---|
| covering and/or airbag module replaced. For the location of the airbags, see *Where Are the Airbags?* ⇨ *40*. See your dealer for service. |

## Replacing Airbag System Parts after a Crash

| ⚠ Warning |
|---|
| A crash can damage the airbag systems in the vehicle. A damaged airbag system may not properly protect you and your passenger(s) in a crash, resulting in serious injury or even death. To help make sure the airbag systems are working properly after a crash, have them inspected and any necessary replacements made as soon as possible. |

If an airbag inflates, you will need to replace airbag system parts. See your dealer for service.

**MJN2031**

If the airbag readiness light stays on after the vehicle is started or comes on when you are driving, the airbag system may not work properly. Have the vehicle serviced right away. See *Airbag Readiness Light* ⇨ *84*.

## Child Restraints

### Older Children



Older children who have outgrown booster seats should wear the vehicle's seat belts.

The manufacturer instructions that come with the booster seat state the weight and height limitations for that booster. Use a booster seat with a lap-shoulder belt until the child passes the fit test below:

- Sit all the way back on the seat. Do the knees bend at the seat edge? If yes, continue. If no, return to the booster seat.

- Buckle the lap-shoulder belt. Does the shoulder belt rest on the shoulder? If yes, continue. If no, try using the rear seat belt comfort guide, if available. See "Rear Seat Belt Comfort Guides" under *Lap-Shoulder Belt* ⇨ *35*. If a comfort guide is not available, or if the shoulder belt still does not rest on the shoulder, then return to the booster seat.

- Does the lap belt fit low and snug on the hips, touching the thighs? If yes, continue. If no, return to the booster seat.

- Can proper seat belt fit be maintained for the length of the trip? If yes, continue. If no, return to the booster seat.

Q: **What is the proper way to wear seat belts?**

A: An older child should wear a lap-shoulder belt and get the additional restraint a shoulder belt can provide. The shoulder belt should not cross the face or neck. The lap belt should fit snugly below the hips, just touching the top of the thighs. This applies belt force to the child's pelvic bones in a crash. It should never

be worn over the abdomen, which could cause severe or even fatal internal injuries in a crash.

Also see "Rear Seat Belt Comfort Guides" under *Lap-Shoulder Belt* ⇨ *35*.

According to accident statistics, children are safer when properly restrained in a rear seating position.

In a crash, children who are not buckled up can strike other people who are buckled up, or can be thrown out of the vehicle. Older children need to use seat belts properly.

| ⚠ Warning |
|---|
| Never allow more than one child to wear the same seat belt. The seat belt cannot properly spread the impact forces. In a crash, they can be crushed together and seriously injured. A seat belt must be used by only one person at a time. |

**MJN2032**





### ⚠ Warning

Never allow a child to wear the seat belt shoulder belt under both arms or behind their back. A child can be seriously injured by not wearing the lap-shoulder belt properly. In a crash, the child would not be restrained by the shoulder belt. The child could move too far forward increasing the chance of head and neck injury. The child might also slide under the lap belt. The belt force would then be applied right on the abdomen. That could cause serious or fatal injuries. The shoulder belt should go over the shoulder and across the chest.

## Infants and Young Children

Everyone in a vehicle needs protection! This includes infants and all other children. Neither the distance traveled nor the age and size of the traveler changes the need, for everyone, to use safety restraints. In fact, the law in every state in the United States and in every Canadian province says children up to some age must be restrained while in a vehicle.

### ⚠ Warning

Children can be seriously injured or strangled if a shoulder belt is wrapped around their neck. The shoulder belt can

(Continued)

### Warning (Continued)

tighten but cannot be loosened if it is locked. The shoulder belt locks when it is pulled all the way out of the retractor. It unlocks when the shoulder belt is allowed to go all the way back into the retractor, but it cannot do this if it is wrapped around a child's neck. If the shoulder belt is locked and tightened around a child's neck, the only way to loosen the belt is to cut it.

Never leave children unattended in a vehicle and never allow children to play with the seat belts.

Every time infants and young children ride in vehicles, they should have the protection provided by appropriate child restraints. Neither the vehicle's seat belt system nor its airbag system is designed for them.

Children who are not restrained properly can strike other people, or can be thrown out of the vehicle.

⚠ **Warning**

Never hold an infant or a child while riding in a vehicle. Due to crash forces, an infant or a child will become so heavy it is not possible to hold it during a crash. For example, in a crash at only 40 km/h (25 mph), a 5.5 kg (12 lb) infant will suddenly become a 110 kg (240 lb) force on a person's arms. An infant or child should be secured in an appropriate child restraint.



⚠ **Warning**

Children who are up against, or very close to, any airbag when it inflates can be seriously injured or killed. Never put a rear-facing child restraint in the front outboard seat. Secure a rear-facing child restraint in a rear seat. It is also better to secure a forward-facing child restraint in a rear seat. If you must secure a forward-facing child restraint in the front outboard seat, always move the front passenger seat as far back as it will go.



Child restraints are devices used to restrain, seat, or position children in the vehicle and are sometimes called child seats or car seats.

**There are three basic types of child restraints:**

- Forward-facing child restraints
- Rear-facing child restraints
- Belt-positioning booster seats

The proper child restraint for your child depends on their size, weight, and age, and also on whether the child restraint is compatible with the vehicle in which it will be used.

For each type of child restraint, there are many different models available. When purchasing a child restraint, be sure it is designed to be used in a motor vehicle. If it is, the child restraint will have a label saying that it meets federal motor vehicle safety standards.

The instruction manual that is provided with the child restraint states the weight and height limitations for that particular child restraint. In addition, there are many kinds of child restraints available for children with special needs.

**MJN2034**

> ⚠ **Warning**
>
> To reduce the risk of neck and head injury in a crash, infants and toddlers should be secured in a rear-facing child restraint until age two, or until they reach the maximum height and weight limits of their child restraint.

> ⚠ **Warning**
>
> A young child's hip bones are still so small that the vehicle seat belt may not remain low on the hip bones, as it should. Instead, it may settle up around the child's abdomen. In a crash, the belt would apply force on a body area that is unprotected by any bony structure. This alone could cause serious or fatal injuries. To reduce the risk of serious or fatal injuries during a crash, young children should always be secured in an appropriate child restraint.

## Child Restraint Systems



**Rear-Facing Infant Restraint**

A rear-facing child restraint provides restraint with the seating surface against the back of the infant.

The harness system holds the infant in place and, in a crash, acts to keep the infant positioned in the restraint.



**Forward-Facing Child Restraint**

A forward-facing child restraint provides restraint for the child's body with the harness.

MJN2035



**Booster Seats**

A belt-positioning booster seat is used for children who have outgrown their forward-facing child restraint. Boosters are designed to improve the fit of the vehicle's seat belt system until the child is large enough for the vehicle seat belts to fit properly without a booster seat. See the seat belt fit test in *Older Children* ⇨ 49.

### Securing an Add-On Child Restraint in the Vehicle

> ⚠ **Warning**
>
> A child can be seriously injured or killed in a crash if the child restraint is not properly secured in the vehicle. Secure the child restraint properly in the vehicle using the vehicle seat belt or LATCH system, following the instructions that came with that child restraint and the instructions in this manual.

To help reduce the chance of injury, the child restraint must be secured in the vehicle. Child restraints must be secured in vehicle seats by lap belts or the lap belt portion of a lap-shoulder belt, or by the LATCH system. See *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 55 for more information. Children can be endangered in a crash if the child restraint is not properly secured in the vehicle.

When securing an add-on child restraint, refer to the following:

1. Instruction labels provided on the child restraint

2. Instruction manual provided with the child restraint

3. This vehicle owner's manual

The child restraint instructions are important, so if they are not available, obtain a replacement copy from the manufacturer.

Keep in mind that an unsecured child restraint can move around in a collision or sudden stop and injure people in the vehicle. Be sure to properly secure any child restraint in the vehicle — even when no child is in it.

In some areas Certified Child Passenger Safety Technicians (CPSTs) are available to inspect and demonstrate how to correctly use and install child restraints. In the U.S., refer to the National Highway Traffic Safety Administration (NHTSA) website to locate the nearest child safety seat inspection station. For CPST availability in Canada, check with Transport Canada or the Provincial Ministry of Transportation office.

MJN2036

### Securing the Child Within the Child Restraint

⚠ **Warning**

A child can be seriously injured or killed in a crash if the child is not properly secured in the child restraint. Secure the child properly following the instructions that came with that child restraint.

## Where to Put the Restraint

According to accident statistics, children and infants are safer when properly restrained in an appropriate child restraint secured in a rear seating position.

Whenever possible, children aged 12 and under should be secured in a rear seating position.

Never put a rear-facing child restraint in the front. This is because the risk to the rear-facing child is so great if the airbag deploys.

⚠ **Warning**

A child in a rear-facing child restraint can be seriously injured or killed if the front passenger airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a forward-facing child restraint can be seriously injured or killed if the front passenger airbag inflates and the passenger seat is in a forward position.

Even if the passenger sensing system has turned off the front passenger frontal airbag, no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though it is turned off.

Secure rear-facing child restraints in a rear seat, even if the airbag is off. If you secure a forward-facing child restraint in the front seat, always move the front passenger seat as far back as it will go. It is better to secure the child restraint in a rear seat.

See *Passenger Sensing System ⇨ 44* for additional information.

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

When securing a child restraint with the seat belts in a rear seat position, study the instructions that came with the child restraint to make sure it is compatible with this vehicle.

Child restraints and booster seats vary considerably in size, and some may fit in certain seating positions better than others. Do not install a child restraint in any rear seating position where it cannot be installed securely.

Depending on where you place the child restraint and the size of the child restraint, you may not be able to access adjacent seat belts or LATCH anchors for additional passengers or child restraints. Adjacent seating positions should not be used if the child restraint prevents access to or interferes with the routing of the seat belt.

The seat in front of an installed child restraint should be adjusted to ensure proper installation according to the child restraint manual.

MJN2037

Wherever a child restraint is installed, be sure to follow the instructions that came with the child restraint and secure the child restraint properly.

Keep in mind that an unsecured child restraint can move around in a collision or sudden stop and injure people in the vehicle. Be sure to properly secure any child restraint in the vehicle — even when no child is in it.

### Lower Anchors and Tethers for Children (LATCH System)

The LATCH system secures a child restraint during driving or in a crash. LATCH attachments on the child restraint are used to attach the child restraint to the anchors in the vehicle. The LATCH system is designed to make installation of a child restraint easier.

In order to use the LATCH system in your vehicle, you need a child restraint that has LATCH attachments. LATCH-compatible rear-facing and forward-facing child seats can be properly installed using either the LATCH anchors or the vehicle's seat belts. Do not use both the seat belts and the LATCH anchorage system to secure a rear-facing or forward-facing child seat.

Booster seats use the vehicle's seat belts to secure the child and the booster seat. If the manufacturer recommends that the booster seat be secured with the LATCH system, this can be done as long as the booster seat can be positioned properly and there is no interference with the proper positioning of the lap-shoulder belt on the child.

Make sure to follow the instructions that came with the child restraint, and also the instructions in this manual.

When installing a child restraint with a top tether, you must also use either the lower anchors or the seat belts to properly secure the child restraint. A child restraint must never be installed using only the top tether and anchor.

For a forward-facing 5-pt harness child restraint where the combined weight of the child and restraint are up to 29.5 kg (65 lb), use either the lower LATCH anchorages with the top tether anchorage, or the seat belt with the top tether anchorage. Where the combined weight of the child and restraint are greater than 29.5 kg (65 lb), use the seat belt with the top tether anchorage only.

**MJN2038**

### Recommended Methods for Attaching Child Restraints

| Restraint Type | Combined Weight of the Child + Child Restraint | Use Only Approved Attachment Methods Shown with an X | | | |
|---|---|---|---|---|---|
| | | LATCH − Lower Anchors Only | Seat Belt Only | LATCH − Lower Anchors and Top Tether Anchor | Seat Belt and Top Tether Anchor |
| Rear-Facing Child Restraint | Up to 29.5 kg (65 lb) | X | X | | |
| Rear-Facing Child Restraint | Greater than 29.5 kg (65 lb) | | X | | |
| Forward-Facing Child Restraint | Up to 29.5 kg (65 lb) | | | X | X |
| Forward-Facing Child Restraint | Greater than 29.5 kg (65 lb) | | | | X |

See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 64 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 66.

Child restraints built after March 2014 will be labeled with the specific child weight up to which the LATCH system can be used to install the restraint.

The following explains how to attach a child restraint with these attachments in the vehicle.

Not all vehicle seating positions have lower anchors. In this case, the seat belt must be used (with top tether where available) to secure the child restraint. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 64 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 66.

**MJN2039**

**Lower Anchors**



Lower anchors (1) are metal bars built into the vehicle. There are two lower anchors for each LATCH seating position that will accommodate a child restraint with lower attachments (2).

**Top Tether Anchor**



A top tether (3, 4) is used to secure the top of the child restraint to the vehicle. A top tether anchor is built into the vehicle. The top tether attachment hook (2) on the child restraint connects to the top tether anchor in the vehicle in order to reduce the forward movement and rotation of the child restraint during driving or in a crash.

The child restraint may have a single tether (3) or a dual tether (4). Either will have a single attachment hook (2) to secure the top tether to the anchor.

Some child restraints with top tether are designed for use with or without the top tether being attached. Others require the

top tether always to be attached. In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached. Be sure to read and follow the instructions for your child restraint.

**Lower Anchor and Top Tether Anchor Locations**



**Rear Seat Delete Model**

**MJN2040**



**Sedan Models**

 : Seating positions with top tether anchors.

: Seating positions with two lower anchors.

To assist in locating the lower anchors, each seating position with lower anchors has two labels, near the crease between the seatback and the seat cushion.



The outboard lower anchors are behind the vertical openings in the rear seat trim.



To assist in locating the top tether anchors on sedan models, the top tether anchor symbol is on the trim near the anchor.

For sedan models, the top tether anchors are behind the rear seats.



**Sedan Model**



**Rear Seat Delete Model**

# MJN2041

For rear seat delete models, the top tether anchors (1, 2) are located on the rear floor behind the passenger seat.



To assist in locating the top tether anchors on rear seat delete models, the top tether anchor symbol is near the anchor. The top tether anchors may be covered. If the top tether anchors are covered, the top tether anchor symbol is on the cover.



Do not attach the top tether to this location. Use only the approved top tether anchors identified previously in this section.

Be sure to use an anchor located directly behind the seating position where the child restraint will be placed.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be attached, or if the instructions that come with the child restraint say that the top tether must be attached.

According to accident statistics, children and infants are safer when properly restrained in a child restraint system or infant restraint system secured in a rear seating position. See *Where to Put the Restraint* ⇨ *54* for additional information.

**Securing a Child Restraint Designed for the LATCH System**

⚠ **Warning**

A child could be seriously injured or killed in a crash if the child restraint is not properly attached to the vehicle using either the LATCH anchors or the vehicle
(Continued)

**Warning (Continued)**

seat belt. Follow the instructions that came with the child restraint and the instructions in this manual.

⚠ **Warning**

To reduce the risk of serious or fatal injuries during a crash, do not attach more than one child restraint to a single anchor. Attaching more than one child restraint to a single anchor could cause the anchor or attachment to come loose or even break during a crash. A child or others could be injured.

⚠ **Warning**

Children can be seriously injured or strangled if a shoulder belt is wrapped around their neck. The shoulder belt can tighten but cannot be loosened if it is locked. The shoulder belt locks when it is pulled all the way out of the retractor. It unlocks when the shoulder belt is allowed to go all the way back into the
(Continued)

**MJN2042**

**Warning (Continued)**

retractor, but it cannot do this if it is wrapped around a child's neck. If the shoulder belt is locked and tightened around a child's neck, the only way to loosen the belt is to cut it.

Buckle any unused seat belts behind the child restraint so children cannot reach them. Pull the shoulder belt all the way out of the retractor to set the lock, and tighten the belt behind the child restraint after the child restraint has been installed.

**Caution**

Do not let the LATCH attachments rub against the vehicle's seat belts. This may damage these parts. If necessary, move buckled seat belts to avoid rubbing the LATCH attachments.

Do not fold the rear seatback when the seat is occupied. Do not fold the empty rear seat with a seat belt buckled. This

(Continued)

**Caution (Continued)**

could damage the seat belt or the seat. Unbuckle and return the seat belt to its stowed position, before folding the seat.

If you need to secure more than one child restraint in the rear seat, see *Where to Put the Restraint* ⇨ 54 for additional information.

**Rear Seat Delete Model**

1. For models without a rear seat, forward-facing child restraints should only be installed in the right front seating position with the seat belt and a top tether. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 64 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 66.

   If the child restraint manufacturer recommends that the top tether be attached, attach and tighten the top tether to the top tether anchor, if your vehicle has one. Refer to the child restraint instructions and the following steps:

   1.1.   Find the top tether anchor.

1.2.   Route, attach, and tighten the top tether according to your child restraint instructions and the following instructions:



If the position you are using has an adjustable head restraint and you are using a dual tether, route the tether around the head restraint.



If the position you are using has an adjustable head restraint and you are using a single tether, raise the

MJN2043

head restraint and route the tether under the head restraint and in between the head restraint posts.

2. Secure the child restraint in the right front seating position with the vehicle belts. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 64 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 66.

3. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the belt path and attempt to move it side to side and back and forth. There should be no more than 2.5 cm (1 in) of movement for proper installation.

**Sedan Models**

1. Attach and tighten the lower attachments to the lower anchors. If the child restraint does not have lower attachments or the desired seating position does not have lower anchors, secure the child restraint with the top tether and the seat belt. Refer to the child restraint manufacturer instructions and the instructions in this manual.

    1.1. Find the lower anchors for the desired seating position.

    1.2. Put the child restraint on the seat.

    For rear outboard seating positions, if the head restraint interferes with the proper installation of the child restraint, the head restraint may be removed. See "Head Restraint Removal and Reinstallation" at the end of this section.

    When installing a rear-facing child restraint, it may be necessary to move the front seat forward to properly install the child restraint per the child restraint manufacturer instructions.

    1.3. Attach and tighten the lower attachments on the child restraint to the lower anchors.

2. If the child restraint manufacturer recommends that the top tether be attached, attach and tighten the top tether to the top tether anchor, if equipped. Refer to the child restraint instructions and the following steps:

    2.1. Find the top tether anchor.

    2.2. Remove the cargo cover before installing the top tether. Place the cargo cover in its original location after installing your child restraint when the head restraint is removed.

    2.3. Route, attach, and tighten the top tether according to your child restraint instructions and the following instructions:



If the position you are using does not have a headrest or head restraint and you are using a single tether, route the tether over the seatback.



**MJN2044**

If the position you are using does not have a headrest or head restraint and you are using a dual tether, route the tether over the seatback.



If the position you are using has an adjustable headrest or head restraint and you are using a dual tether, raise the headrest or head restraint and route the tether under the headrest or head restraint and around the headrest or head restraint posts.

If the child restraint is installed next to a center seat, make sure the top tether does not interfere with the center seating position shoulder belt/retractor. If it does, find another suitable seating position to install the child restraint.



If the position you are using has an adjustable headrest or head restraint and you are using a single tether, raise the headrest or head restraint and route the tether under the headrest or head restraint and in between the headrest or head restraint posts.

3. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the LATCH path and attempt to move it side to side and back and forth. There should be no more than 2.5 cm (1 in) of movement for proper installation.

### Head Restraint Removal and Reinstallation

The rear outboard head restraints can be removed if they interfere with the proper installation of the child restraint.

To remove the head restraint:

1. Partially fold the seatback forward. See *Rear Seats* ⇨ *31* for additional information.



2. Press both buttons on the head restraint posts at the same time, and pull up on the head restraint.

3. Store the head restraint in a secure place.

4. When the child restraint is removed, reinstall the head restraint before the seating position is used.

⚠ **Warning**

With head restraints that are not installed and adjusted properly, there is a greater chance that occupants will suffer a neck/spinal injury in a crash. Do not drive until the head restraints for all occupants are installed and adjusted properly.

To reinstall the head restraint:



1. Partially fold the seatback forward. See *Rear Seats* ⇨ *31*.

2. Insert the head restraint posts into the holes in the top of the seatback. The notches on the posts must face the driver side of the vehicle.

3. Push the head restraint down.

If necessary, press the height adjustment release button to further lower the head restraint. See *Head Restraints* ⇨ *26*.



4. Return the head restraint to the full upright position if folded. Pull the head restraint up and forward until it locks into place.

5. Try to move the head restraint in all directions to make sure that it is locked in place.

Always adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head. See *Head Restraints* ⇨ *26*.

## Replacing LATCH System Parts After a Crash

⚠ **Warning**

A crash can damage the LATCH system in the vehicle. A damaged LATCH system may not properly secure the child restraint, resulting in serious injury or even death in a crash. To help make sure the LATCH system is working properly after a crash, see your dealer to have the system inspected and any necessary replacements made as soon as possible.

If the vehicle has the LATCH system and it was being used during a crash, new LATCH system parts may be needed.

New parts and repairs may be necessary even if the LATCH system was not being used at the time of the crash.

**MJN2046**

## Securing Child Restraints (With the Seat Belt in the Rear Seat)

When securing a child restraint in a rear seating position, study the instructions that came with the child restraint to make sure it is compatible with this vehicle.

If the child restraint has the LATCH system, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 55 for how and where to install the child restraint using LATCH. If a child restraint is secured in the vehicle using a seat belt and it uses a top tether, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 55 for top tether anchor locations.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be anchored, or if the instructions that come with the child restraint say that the top tether must be anchored.

In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached.

If the child restraint or vehicle seat position does not have the LATCH system, you will be using the seat belt to secure the child restraint. Be sure to follow the instructions that came with the child restraint.

If more than one child restraint needs to be installed in the rear seat, be sure to read *Where to Put the Restraint* ⇨ 54.

1. Put the child restraint on the seat.

   If the head restraint interferes with the proper installation of the child restraint, the head restraint may be removed. See "Head Restraint Removal and Reinstallation" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 55.

2. Pick up the latch plate, and run the lap and shoulder portions of the vehicle seat belt through or around the restraint. The child restraint instructions will show you how.



3. Push the latch plate into the buckle until it clicks.

   Position the release button on the buckle, away from the child restraint, so that the seat belt could be quickly unbuckled if necessary.

**MJN2047**





4. Pull the shoulder belt all the way out of the retractor to set the lock. When the retractor lock is set, the belt can be tightened but not pulled out of the retractor.

5. To tighten the belt, push down on the child restraint, pull the shoulder portion of the belt to tighten the lap portion of the belt, and feed the shoulder belt back into the retractor. When installing a forward-facing child restraint, it may be helpful to use your knee to push down on the child restraint as you tighten the belt.

   Try to pull the belt out of the retractor to make sure the retractor is locked. If the retractor is not locked, repeat Steps 4 and 5.

6. If the child restraint has a top tether, follow the child restraint manufacturer's instructions regarding the use of the top tether. See *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 55.

7. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the seat belt path and attempt to move it side to side and back and forth. When the child restraint is properly installed, there should be no more than 2.5 cm (1 in) of movement.

To remove the child restraint, unbuckle the vehicle seat belt and let it return to the stowed position. If the top tether is attached to a top tether anchor, disconnect it. If the head restraint was removed, reinstall it before the seating position is used. See "Head Restraint Removal and Reinstallation" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 55 for additional information on installing the head restraint properly.

**MJN2048**

## Securing Child Restraints (With the Seat Belt in the Front Seat)

This vehicle has airbags. A rear seat is a safer place to secure a forward-facing child restraint. See *Where to Put the Restraint* ⇨ *54*.

In addition, the vehicle has a passenger sensing system which is designed to turn off the front outboard passenger frontal airbag and knee airbag under certain conditions. See *Passenger Sensing System* ⇨ *44* and *Passenger Airbag Status Indicator* ⇨ *84* for more information, including important safety information.

Never put a rear-facing child seat in the front. This is because the risk to the rear-facing child is so great if the airbag deploys.

{ **⚠ Warning**

A child in a rear-facing child restraint can be seriously injured or killed if the front outboard passenger frontal airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a

(Continued)

**Warning (Continued)**

forward-facing child restraint can be seriously injured or killed if the front outboard passenger frontal airbag inflates and the passenger seat is in a forward position.

Even if the passenger sensing system has turned off the front outboard passenger airbag(s), no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though the airbag(s) are off.

Secure rear-facing child restraints in a rear seat, even if the airbag(s) are off. If you secure a forward-facing child restraint in the front outboard passenger seat, always move the seat as far back as it will go. It is better to secure the child restraint in a rear seat.

See *Passenger Sensing System* ⇨ *44* for additional information.

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

If the child restraint uses a top tether, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ *55* for top tether anchor locations.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be anchored, or if the instructions that come with the child restraint say that the top tether must be anchored.

In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached.

When using the lap-shoulder belt to secure the child restraint in this position, follow the instructions that came with the child restraint and the following instructions:

1. Move the seat as far back as it will go before securing the forward-facing child restraint. Move the seat upward or the seatback to an upright position, if needed, to get a tight installation of the child restraint.

   When the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag, the OFF indicator on the passenger airbag status

**MJN2049**

indicator should light and stay lit when you start the vehicle. See *Passenger Airbag Status Indicator* ⇨ *84*.

2. Put the child restraint on the seat.

3. Pick up the latch plate, and run the lap and shoulder portions of the vehicle seat belt through or around the restraint. The child restraint instructions will show you how.



4. Push the latch plate into the buckle until it clicks.

   Position the release button on the buckle, away from the child restraint, so that the seat belt could be quickly unbuckled if necessary.



5. Pull the shoulder belt all the way out of the retractor to set the lock. When the retractor lock is set, the belt can be tightened but not pulled out of the retractor.



6. To tighten the belt, push down on the child restraint, pull the shoulder portion of the belt to tighten the lap portion of the belt, and feed the shoulder belt back into the retractor. When installing a forward-facing child restraint, it may be helpful to use your knee to push down on the child restraint as you tighten the belt.

   Try to pull the belt out of the retractor to make sure the retractor is locked. If the retractor is not locked, repeat Steps 5 and 6.

7. If the vehicle does not have a rear seat and the child restraint manufacturer recommends using a top tether anchor, attach the top tether to the top tether

MJN2050

anchor. Refer to the instructions that came with the child restraint and to *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 55.

8. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the seat belt path and attempt to move it side to side and back and forth. When the child restraint is properly installed, there should be no more than 2.5 cm (1 in) of movement.

If the airbags are off, the OFF indicator in the passenger airbag status indicator will come on and stay on when the vehicle is started.

If a child restraint has been installed and the ON indicator is lit, see "If the On Indicator Is Lit for a Child Restraint" under *Passenger Sensing System* ⇨ 44.

To remove the child restraint, unbuckle the vehicle seat belt and let it return to the stowed position. If the top tether is attached to a top tether anchor, disconnect it.

**MJN2051**

# Storage

## Storage Compartments

Storage Compartments ................. 69
Instrument Panel Storage .............. 69
Cupholders ............................. 69
Center Console Storage ................ 70

## Additional Storage Features

Cargo Cover ........................... 70
Cargo Management System ............ 70

## Storage Compartments

> ⚠ **Warning**
>
> Do not store heavy or sharp objects in storage compartments. In a crash, these objects may cause the cover to open and could result in injury.

## Instrument Panel Storage



The instrument panel storage is near the power outlet.

## Cupholders

The front cupholders are near the shift lever.



If equipped, lower the armrest to access the rear cupholders. The liner is removable for cleaning.

**MJN2052**

### Center Console Storage



There is storage in the center console. Pull up the latch and lift to open.

There may be a small tray and additional storage when the small tray is detached.

## Additional Storage Features

### Cargo Cover

> ⚠ **Warning**
>
> An unsecured cargo cover could strike people in a sudden stop or turn, or in a crash. Store the cargo cover securely or remove it from the vehicle.

If equipped, the cargo cover can be used to cover items in the rear of the vehicle.



To remove the cargo cover:

1. Remove the cords from the hooks at the top of the liftgate (1).
2. Disconnect the loops from the hooks on the trim panel (2).

To install the cargo cover:

1. Attach the loops to the hooks on the trim panel (2).
2. Reconnect both of the cords to the hooks at the top of the liftgate (1).

### Cargo Management System



Pull up on the load floor cover to access the cargo management system, if equipped. There is a carpeted open storage area. Remove the carpet and the cover to access additional storage.

To close, lift the load floor cover and place it on the retainers. Push down on the load floor to secure it.

**MJN2053**

# Instruments and Controls

## Controls

Steering Wheel Adjustment ............. 72
Steering Wheel Controls ................ 72
Heated Steering Wheel ................. 73
Horn .................................... 73
Pedestrian Safety Signal ................ 73
Windshield Wiper/Washer .............. 74
Rear Window Wiper/Washer ........... 75
Compass ................................ 76
Clock ................................... 76
Power Outlets .......................... 76
Wireless Charging ...................... 77

## Warning Lights, Gauges, and Indicators

Warning Lights, Gauges, and
 Indicators ............................ 79
Instrument Cluster ..................... 79
Speedometer ........................... 81
Odometer ............................... 81
Trip Odometer .......................... 82
Battery Gauge (High Voltage) .......... 82
Driver Efficiency Gauge ................. 82
Power Indicator Gauge ................. 83
Seat Belt Reminders .................... 83
Airbag Readiness Light ................. 84
Passenger Airbag Status Indicator ...... 84
Charging System Light (12-Volt
 Battery) .............................. 85

Service Vehicle Soon Light .............. 85
Brake System Warning Light ........... 85
Electric Parking Brake Light ............ 86
Service Electric Parking Brake Light ..... 86
Antilock Brake System (ABS) Warning
 Light .................................. 86
Sport Mode Light ....................... 87
Lane Keep Assist (LKA) Light ........... 87
Vehicle Ahead Indicator ................ 87
Pedestrian Ahead Indicator ............. 87
Traction Off Light ...................... 87
StabiliTrak OFF Light ................... 88
Traction Control System (TCS)/StabiliTrak
 Light .................................. 88
Tire Pressure Light ..................... 88
Security Light ........................... 89
Vehicle Ready Light .................... 89
High-Beam On Light .................... 89
Lamps On Reminder .................... 89
Cruise Control Light .................... 89
Door Ajar Light ......................... 89

## Information Displays

Power Flows ............................ 90
Programmable Charging ................ 90
Energy Information ..................... 97
Charging Options ....................... 98
Driver Information Center (DIC) ........ 99

## Vehicle Messages

Vehicle Messages ..................... 100

Propulsion Power Messages ........... 100
Vehicle Speed Messages .............. 101

## Vehicle Personalization

Vehicle Personalization ................ 101

**MJN2054**

## Controls

### Steering Wheel Adjustment



To adjust the steering wheel:

1. Pull the lever down.

2. Move the steering wheel up or down.

3. Pull or push the steering wheel closer or away from you.

4. Pull the lever up to lock the steering wheel in place.

Do not adjust the steering wheel while driving.

## Steering Wheel Controls



If equipped, some audio controls can be adjusted at the steering wheel.

$\mathbb{K}$ : If equipped with OnStar or a Bluetooth system, press to interact with those systems. See *OnStar Overview* ⇨ *274* or *Bluetooth* ⇨ *127*.

$\curvearrowleft$ : Press to decline an incoming call or end a current call. Press to mute or unmute the infotainment system when not on a call.

$\triangle$ **or** $\triangledown$ : Press to go to the previous or next selection.

$\triangleleft$ **or** $\triangleright$ : Press to move between the interactive display zones in the cluster.

$\checkmark$ : Press to select a highlighted menu option.

$\wedge$ **FAV or FAV** $\vee$ : Press to display a list of favorites and select the next or previous favorite when listening to the radio.



The volume switches are on the right rear side of the steering wheel. Press to increase or decrease the volume.

**MJN2055**



There is a paddle on the left rear side of the steering wheel for regenerative braking. See *Regenerative Braking* ⇨ *165.*

## Heated Steering Wheel



⚙ : If equipped, press to turn on or off. An indicator light on the button displays when the feature is turned on.

The steering wheel takes about three minutes to start heating.

If equipped with a remote start heated steering wheel, the heated steering wheel will turn on automatically in remote start along with the heated seats when it is cold outside. The heated steering wheel indicator light may not come on. See *Heated Front Seats* ⇨ *29.*

## Horn

Press ⌐ on the steering wheel pad to sound the horn.

## Pedestrian Safety Signal

The vehicle is equipped with automatic sound generation.

The automatic sound is generated to indicate the vehicle presence to pedestrians.

### United States

The sound changes if the vehicle is speeding up or slowing down. It is activated when the vehicle is shifted into a forward gear or R (Reverse), up to 33 km/h (20 mph).

### Canada

The sound changes if the vehicle is speeding up or slowing down. It is activated when the vehicle is shifted into a forward gear or R (Reverse), up to 23 km/h (14 mph).

**MJN2056**

## Windshield Wiper/Washer



The windshield wiper/washer lever is on the side of the steering column. With the vehicle on or in Service Mode, move the windshield wiper lever to select the wiper speed.

**HI :** Use for fast wipes.

**LO :** Use for slow wipes.



**INT :** If equipped with intermittent wipes, move the windshield wiper lever to INT. Turn the band up for more frequent wipes or down for less frequent wipes.

**OFF :** Use to turn the wipers off.

**1X :** For a single wipe, briefly move the lever down. For multiple wipes, hold the lever down.

Clear snow and ice from the wiper blades and windshield before using them. If frozen to the windshield, carefully loosen or thaw them. Damaged blades should be replaced. See *Wiper Blade Replacement* ⇨ *206*.

Heavy snow or ice can overload the wiper motor. If the wiper motor overheats, the windshield wipers will stop until the motor cools and the wiper control is turned off. See *Electrical System Overload* ⇨ *210*.

⚠ **Warning**

In freezing weather, do not use the washer until the windshield is warmed. Otherwise the washer fluid can form ice on the windshield, blocking your vision.

⚠ **Warning**

Before driving the vehicle, always clear snow and ice from the hood, windshield, roof, and rear of the vehicle, including all lamps and windows. Reduced visibility from snow and ice buildup could lead to a crash.

**Wiper Parking**

If the vehicle Is turned off while the wipers are on LO, HI, or INT, they will immediately stop. If the windshield wiper lever is then moved to OFF before the driver door is opened or within 10 minutes, the wipers will restart and move to the base of the windshield. If the vehicle is turned off while the wipers are performing wipes due to windshield washing, the wipers continue to run until they reach the base of the windshield.

⚝ **:** Pull the windshield wiper lever toward you to spray windshield washer fluid and activate the wipers.

The wipers will continue until the lever is released or the maximum wash time is reached. When the lever is released, additional wipes may occur depending on

**MJN2057**

how long the windshield washer had been activated. See *Washer Fluid* ⇨ *202* for information on filling the windshield washer fluid reservoir.

## Rear Window Wiper/Washer



The controls are on the end of the windshield wiper lever.

Move the control to:

**ON** : To turn on.

**OFF** : To turn off.

**INT** : To turn on intermittent rear wipes.



⌂⟱ : Push the windshield wiper lever forward to spray washer fluid on the rear window. If equipped with the rear camera mirror, the washer fluid is sprayed on the rear camera at the same time. The lever returns to its starting position when released.

| ⚠ Warning |
| --- |
| In freezing weather, do not use the washer until the windshield is warmed. Otherwise the washer fluid can form ice on the windshield, blocking your vision. |

### Auto Wipe in Reverse Gear

If the rear wiper control is off, the rear wiper will automatically operate continuously when the vehicle is in R (Reverse), and the front windshield wiper is performing low or high speed wipes. If the rear wiper control is off, the vehicle is in R (Reverse), and the front windshield wiper is performing intermittent wipes, then the rear wiper automatically performs intermittent wipes.

This feature can be turned on or off. See *Vehicle Personalization* ⇨ *101*.

The windshield washer reservoir is used for the windshield and the rear window. Check the fluid level in the reservoir if either washer is not working.

### Rear Wiper Arm Assembly Protection

Wiper operation returns to normal when the shift lever is no longer in N (Neutral) or the vehicle speed increases. The rear wiper will also stop when the liftgate is open.

When using an automatic car wash, move the rear wiper control to OFF to disable the rear wiper. If the shift lever is in N (Neutral) and the vehicle speed is very slow, the rear wiper will automatically stop at the base of the rear window.

MJN2058

## Compass

The vehicle has a compass display in the instrument cluster above the speedometer. The compass receives its heading and other information from the Global Positioning System (GPS) antenna and vehicle speed information.

The compass system has automatic calibration and zone adjustment features.

Avoid covering the GPS antenna for long periods of time with objects that may interfere with the antenna's ability to receive a satellite signal. The compass system is designed to operate for a certain number of miles or degrees of turn before needing a signal from the GPS satellites. The compass system will automatically determine when a GPS signal is restored and provide a heading.

## Clock

The infotainment system controls are used to access the time and date settings through the menu. This can also be changed by touching the clock, then touch ✿ to go to the Time and Date Settings menu.

⌂ : Press to access the Home Page.

⸬ : Touch to access the Icon View.

▯ : Drag the scroll bar to navigate the list.

∧ or ∨ : Touch to set up items.

⤺ : Touch to exit or return to the previous screen or menu.

### Setting the Time

When Auto Set is enabled, the time cannot be manually set.

1. Press ⌂, then touch ⸬.
2. Touch Settings.
3. Touch Time and Date, then touch Set Time.
4. Touch + or − to adjust the value.
5. Touch ∧ or ∨ to adjust AM or PM for 12 hour format.
6. Touch ⤺.

### Setting the Date

1. Press ⌂, then touch ⸬.
2. Touch Settings.
3. Touch Time and Date, then touch Set Date.
4. Touch + or − to adjust the value.

5. Touch ⤺.

### Auto Set

1. Press ⌂, then touch ⸬.
2. Touch Settings.
3. Touch Time and Date, then touch Auto Set.
4. Select from the available options.
5. Touch ⤺.

### Setting the 12/24 Hour Format

1. Press ⌂, then touch ⸬.
2. Touch Settings.
3. Touch Time and Date, then touch Set Time.
4. Select 12 hr or 24 hr format.
5. Touch ⤺.

## Power Outlets

The accessory power outlet can be used to plug in electrical equipment, such as a mobile phone or MP3 player. The accessory power outlet only works with the vehicle turned on.

**MJN2059**



The vehicle has an accessory power outlet on the lower center stack below the climate control.

Open the cover to access and replace when not in use.

> ### Caution
>
> Leaving electrical equipment plugged in for an extended period of time while the vehicle is off will drain the battery. Always unplug electrical equipment when not in use and do not plug in equipment that exceeds the maximum 20 amp rating.

Certain accessory power plugs may not be compatible with the accessory power outlet and could overload vehicle or adapter fuses. If a problem is experienced, see your dealer.

When adding electrical equipment, be sure to follow the proper installation instructions included with the equipment. See *Add-On Electrical Equipment* ⇨ *195*.

> ### Caution
>
> Hanging heavy equipment from the power outlet can cause damage not covered by the vehicle warranty. The power outlets are designed for accessory power plugs only, such as cell phone charge cords.

## Wireless Charging

The vehicle may have a wireless charging pocket outside the armrest of the center console. The system operates at 145 kHz and wirelessly charges one Qi compatible mobile device. The power output of the system is capable of charging at a rate up to 3 amp (15W), as requested by the compatible mobile device. See *Radio Frequency Statement* ⇨ *271*.

> ### ⚠ Warning
>
> Wireless charging can affect the operation of an implanted pacemaker or other medical devices. If you have one, it is recommended to consult with your doctor before using the wireless charging system.

The vehicle must be on, in Service Mode, or Retained Accessory Power (RAP) must be active. The wireless charging feature may not correctly indicate charging when the vehicle is in RAP, or during Bluetooth phone calls. See *Retained Accessory Power (RAP)* ⇨ *158*.

The operating temperature is −20 °C (−4 °F) to 60 °C (140 °F) for the charging system and 0 °C (32 °F) to 35 °C (95 °F) for the mobile phone.

> ### ⚠ Warning
>
> Remove all objects from the charging pocket before charging your mobile phone. Objects, such as coins, keys, rings, paper clips, or cards, between the mobile phone and the charger will become very hot. On the rare occasion that the
>
> (Continued)

**MJN2060**

---

**Warning (Continued)**

charging system does not detect an object, and the object gets wedged between the mobile phone and the charger, remove the mobile phone and allow the object to cool before removing it from the charging pocket, to prevent burns.

---



To charge a mobile device:

1. Remove all objects from the charging pocket. The system may not charge if there are any objects between the mobile device and charging pocket.

2. With the mobile device screen facing the driver side, insert the device into the charging pocket and ✆ will appear on the infotainment display. This indicates that the mobile device is properly positioned and charging.

To maximize the charge rate, ensure the smartphone is fully seated and centered in the holder with nothing under it. A thick smartphone case may prevent the wireless charger from working, or may reduce the charging performance. See your dealer for additional information.

The smartphone may become warm during charging. This is normal. In warmer temperatures, the speed of charging may be reduced.

If ✆ does not appear on the infotainment display:

1. Remove the mobile device from the pocket and wait three seconds.

2. Turn the mobile device 180 degrees and insert it back into the pocket with the screen facing the driver side.

**Software Acknowledgements**

Certain Wireless Charging Module product from LG Electronics, Inc. ("LGE") contains the open source software detailed below. Refer to the indicated open source licenses (as are included following this notice) for the terms and conditions of their use.

**OSS Notice Information**

To obtain the source code that is contained in this product, please visit http://opensource.lge.com. In addition to the source code, all referred license terms, warranty disclaimers and copyright notices are available for download. LG Electronics will also provide open source code to you on CD-ROM for a charge covering the cost of performing such distribution (such as the cost of media, shipping, and handling) upon email request to opensource@lge.com. This offer is valid for three (3) years from the date on which you purchased the product.

**Freescale-WCT library**

Copyright (c) 2012-2014 Freescale Semiconductor, Inc.. All rights reserved.

1. Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

**MJN2061**

2. Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

3. Neither the name of the copyright holder nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT HOLDER OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

# Warning Lights, Gauges, and Indicators

Warning lights and gauges can signal that something is wrong before it becomes serious enough to cause an expensive repair or replacement. Paying attention to the warning lights and gauges could prevent injury.

Some warning lights come on briefly when the propulsion system is started to indicate they are working. When one of the warning lights comes on and stays on while driving, or when one of the gauges shows there may be a problem, check the section that explains what to do. Waiting to do repairs can be costly and even dangerous.

## Instrument Cluster

The instrument cluster displays a preview of information that includes electric range, charging, odometer, and battery status. This happens upon entry when the driver door is opened, before starting the vehicle. This preview will dismiss after starting the vehicle or soon after closing the driver door.

MJN2062



**Modern English Cluster Shown, Others and Metric Similar**

1. *Speedometer* ⇨ *81*
2. *Driver Efficiency Gauge* ⇨ *82*
3. *Driver Information Center (DIC)* ⇨ *99*
4. *Battery Gauge (High Voltage)* ⇨ *82*

### Reconfigurable Instrument Cluster

The cluster layout can be changed. There are three display configurations to choose from: Classic, Modern, and Enhanced. Use the steering wheel control to move between the different display zones and scroll through the different displays. See "Layout" under "Cluster Menu" following.

- Classic configuration displays the speedometer with a simplified battery gauge and efficiency light.
- Modern configuration displays the speedometer with a battery gauge and efficiency gauge.
- Enhanced configuration displays the speedometer with battery gauge, efficiency ring, and power gauge.

### Cluster Menu

There is an interactive display area in the center of the instrument cluster.



Use the right steering wheel control to open and scroll through the different items and displays.

Press ◁ to access the cluster applications. Use △ or ▽ to scroll through the list of available applications. Press ✓ to select the application, then press ▷ to enter the application menu. Exit the menu by pressing ◁.

MJN2063

Not all applications will be available on all vehicles.

### Cluster Menu Applications

- Vehicle info. This is where the Driver Information Center (DIC) displays can be viewed. See *Driver Information Center (DIC)* ⇨ *99*.
- Audio
- Phone
- Onstar Navigation
- Layout
- Options

### Audio

In the main view of the Audio application, press △ or ▽ to scroll through radio stations or move to the next/previous track of a USB/Bluetooth device that is connected to the vehicle. Press ✓ to select the Audio app, then press ▷ to enter the Audio menu. In the Audio menu browse for music, select from the favorites, or change the audio source.

### Phone

In the Phone menu, if there is no active phone call, view recent calls, scroll through contacts, or select from the favorites.

If there is an active call, mute or unmute the phone or switch to handset or handsfree operation.

### Onstar Navigation

This display is used for OnStar Turn-by-Turn guidance, if equipped.

### Layout

Choose Classic, Modern, or Enhanced layout by pressing ✓ while the desired item is highlighted. Exit the Layout menu by pressing ◁.

### Options

Press ✓ to select the Options app.

Use △ or ▽ to scroll through the items in the Options menu. Exit the Options menu by pressing ◁.

**Units :** Press ▷ while Units is displayed to enter the Units menu. Use △ or ▽ to scroll through the items. Choose U.S., Metric, or Imperial by pressing ✓ while the desired item is highlighted.

**Speed Warning :** The speed warning display allows the driver to set a speed that they do not want to exceed. To set the speed

warning, press ✓ when Speed Warning is displayed. Press ▷ while Speed Warning is displayed to Adjust speed. Press △ or ▽ to adjust the value. Press ✓ to set the speed. Once set, this feature can be turned off by pressing ✓ while viewing this page. If the selected speed limit is exceeded, a pop-up warning is displayed and a chime may sound.

**Help :** Press ▷ while Help is displayed to enter the Help menu. Use △ or ▽ to scroll through the items in the Help menu.

**Open Source Software :** Press ✓ while Open Source Software is highlighted to display open source software information.

### Speedometer

The speedometer shows the vehicle's speed in either kilometers per hour (km/h) or miles per hour (mph).

### Odometer

The odometer shows how far the vehicle has been driven, in either kilometers or miles.

**MJN2064**

## Trip Odometer

The trip odometer shows how far the vehicle has been driven since the trip odometer was last reset.

The trip odometer is accessed and reset through the Driver Information Center (DIC). See *Driver Information Center (DIC)* ⇨ *99*.

## Battery Gauge (High Voltage)



Max 192

Min 163

**Enhanced Battery Gauge**

This displays the high voltage battery state of charge. The value in the center is an estimate of how far the vehicle can be driven on the remaining charge based on driving habits and conditions learned over several days.

The Max and Min values above and below the display indicate the longest and shortest possible range as estimated from current vehicle conditions and climate settings.

The mileage estimate and Max and Min numbers are affected by climate control system usage. Estimated range may increase or decrease based on changes in climate control energy consumption.

A trend bar on the far left estimates how recent driving habits, conditions, and climate settings are affecting the range prediction.

When the high voltage battery state of charge is very low, the estimated range value in the center will change to Low. Max and Min ranges will no longer be displayed. Additional alerts may display and a sound may also be heard at low state of charge.

## Driver Efficiency Gauge



**Modern Efficiency Gauge Shown, Classic Similar**

This gauge is a guide to driving in an efficient manner.

### Efficient Driving

- Classic layout: Keep the gauge and leaf green.
- Modern layout: Keep the ball green and in the center of the gauge.
- Enhanced layout: Keep the outer ring of the speedometer green.

### Inefficient Driving/Aggressive Braking

- Classic layout: The gauge and leaf turn yellow.

MJN2065

- Modern layout: When driving inefficiently, the ball turns yellow and moves above the center of the gauge. When braking aggressively, the ball turns yellow and moves below the center of the gauge.

- Enhanced layout: The outer ring of the speedometer turns yellow.

## Power Indicator Gauge



The power indicator gauge is on the right side of the display in the Enhanced layout.

This gauge displays the instantaneous charge and discharge power flowing either into or out of the high voltage battery. Maximum discharge power is available when the high voltage battery is fully charged. During normal operation, a slight reduction

in discharge power may occur as the high voltage battery state of charge decreases. The power indicator gauge value shows the instantaneous power used by the battery.

### Regenerative Braking

When regenerative braking is active, the regen battery icon with arrows appears green. The power indicator gauge value shows the amount of instantaneous power being regenerated.

### Regenerative Power Limited

Regenerative power may be limited when the high voltage battery is near full charge or cold. The regen battery icon will appear gray when limited, and a horizontal bar may display on the gauge, at the level of the vehicle's maximum regenerative braking power.

## Seat Belt Reminders

### Driver Seat Belt Reminder Light

There is a driver seat belt reminder light on the instrument cluster.



When the vehicle is started, this light flashes and a chime may come on to remind the driver to fasten their seat belt. Then the light stays on solid until the belt is buckled. This cycle may continue several times if the driver remains or becomes unbuckled while the vehicle is moving.

If the driver seat belt is buckled, neither the light nor the chime comes on.

### Passenger Seat Belt Reminder Light

There is a passenger seat belt reminder light near the passenger airbag status indicator.



When the vehicle is started, this light flashes and a chime may come on to remind passengers to fasten their seat belt. Then

**MJN2066**

the light stays on solid until the belt is buckled. This cycle continues several times if the passenger remains or becomes unbuckled while the vehicle is moving.

If the passenger seat belt is buckled, neither the chime nor the light comes on.

The front passenger seat belt reminder light and chime may turn on if an object is put on the seat such as a briefcase, handbag, grocery bag, or other electronic device. To turn off the reminder light and/or chime, remove the object from the seat or buckle the seat belt.

### Airbag Readiness Light

This light shows if there is an electrical problem with the airbag system. The system check includes the airbag sensor(s), passenger sensing system, the pretensioners (if equipped), the airbag modules, the wiring, and the crash sensing and diagnostic module.



The airbag readiness light comes on for several seconds when the vehicle is started. If the light does not come on then, have it fixed immediately.

⚠ **Warning**

If the airbag readiness light stays on after the vehicle is started or comes on while driving, it means the airbag system might not be working properly. The airbags in the vehicle might not inflate in a crash, or they could even inflate without a crash. To help avoid injury, have the vehicle serviced right away.

If there is a problem with the airbag system, a Driver Information Center (DIC) message may also come on.

### Passenger Airbag Status Indicator

The vehicle has a passenger sensing system. See *Passenger Sensing System* ⇨ 44 for important safety information. The overhead console has a passenger airbag status indicator.



**United States**

**Canada**

When the vehicle is started, the passenger airbag status indicator will light ON and OFF, or the symbol for on and off, for several seconds as a system check. Then, after several seconds, the status indicator will light either ON or OFF, or the on or off symbol to let you know the status of the front outboard passenger frontal airbag and knee airbag.

If the word ON or the on symbol is lit on the passenger airbag status indicator, it means that the front outboard passenger frontal airbag and knee airbag are allowed to inflate.

MJN2067

If the word OFF or the off symbol is lit on the passenger airbag status indicator, it means that the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag.

If, after several seconds, both status indicator lights remain on, or if there are no lights at all, there may be a problem with the lights or the passenger sensing system. See your dealer for service.

⚠ **Warning**

If the airbag readiness light ever comes on and stays on, it means that something may be wrong with the airbag system. To help avoid injury to yourself or others, have the vehicle serviced right away. See *Airbag Readiness Light ⇨ 84* for more information, including important safety information.

## Charging System Light (12-Volt Battery)



The charging system light comes on briefly when the vehicle is started, as a check to show the light is working.

If the light stays on, or comes on while driving, there could be a problem with the electrical charging system. Have it checked by your dealer. Driving while this light is on could drain the 12-volt battery.

If a short distance must be driven with the light on, be sure to turn off all accessories, such as the radio.

## Service Vehicle Soon Light



This light comes on if a condition exists that may require the vehicle to be taken in for service.

If the light comes on, take the vehicle to your dealer for service as soon as possible.

## Brake System Warning Light

 

BRAKE

**Metric**          **English**

This light should come on briefly when the vehicle is turned on. If it does not come on then, have it fixed so it will be ready to warn you if there is a problem.

If the light comes on and stays on at start up, there is a brake problem. Have the brake system inspected right away.

If the light comes on while driving, pull off the road and stop carefully. The brake pedal might be harder to push, or the brake pedal may go closer to the floor. It could take longer to stop. If the light is still on, have the vehicle towed for service. See *Towing the Vehicle ⇨ 240.*

MJN2068

> ⚠ **Warning**
>
> The brake system might not be working properly if the brake system warning light is on. Driving with the brake system warning light on can lead to a crash. If the light is still on after the vehicle has been pulled off the road and carefully stopped, have the vehicle towed for service.

### Electric Parking Brake Light

 

PARK

**Metric**          **English**

This light comes on when the parking brake is applied. If the light continues flashing after the parking brake is released, or while driving, there is a problem with the Electric Parking Brake system. A message may also display in the Driver Information Center (DIC).

If the light does not come on, or remains flashing, see your dealer.

### Service Electric Parking Brake Light



The Service Electric Parking brake light should come on briefly when starting the vehicle. If it does not come on, have the vehicle serviced by your dealer.

If this light stays on, there is a problem with a system on the vehicle that is causing the parking brake system to work at a reduced level. The vehicle can still be driven, but should be taken to a dealer as soon as possible. See *Electric Parking Brake* ⇨ *164*. A message may also display in the Driver Information Center (DIC).

### Antilock Brake System (ABS) Warning Light



The ABS warning light will come on briefly when the vehicle is started. This is normal. If the light does not come on then, have it fixed so it will be ready to warn if there is a problem.

If the light stays on or comes on while driving, stop as soon as possible and turn the vehicle off. Then start the vehicle again to reset the system. If the light still stays on, or comes on again while driving, the vehicle needs service. See your dealer. If the regular brake system warning light is not on, the brakes will still work, but the antilock brakes will not work. If the regular brake system warning light is also on, the antilock brakes will not work and there is a problem with the regular brakes.

MJN2069

### Sport Mode Light

**SPORT**

This light comes on when Sport Mode is selected.

### Lane Keep Assist (LKA) Light



After the vehicle is started, this light turns off and stays off if LKA has not been turned on or is unavailable.

If equipped, this light is white if LKA is turned on, but not ready to assist. This light is green if LKA is turned on and is ready to assist.

LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. The LKA light is amber when assisting.

This light flashes amber as a Lane Departure Warning (LDW) alert, to indicate that the lane marking has been crossed.

LKA will not assist or alert if the turn signal is active in the direction of lane departure, or if LKA detects that you are accelerating, braking, or actively steering.

See *Lane Keep Assist (LKA)* ⇨ *179*.

### Vehicle Ahead Indicator



If equipped, this indicator will display green when a vehicle is detected ahead and amber when you are following a vehicle ahead much too closely.

### Pedestrian Ahead Indicator



If equipped, this indicator will display amber when a nearby pedestrian is detected in front of the vehicle.

See *Front Pedestrian Braking (FPB) System* ⇨ *176*.

### Traction Off Light



This light comes on briefly while starting the vehicle. If it does not, have the vehicle serviced by your dealer. If the system is working normally, the indicator light then turns off.

**MJN2070**

The traction off light comes on when the Traction Control System (TCS) has been turned off by pressing and releasing the TCS/StabiliTrak button.

This light and the StabiliTrak OFF light come on when StabiliTrak is turned off.

If the TCS is off, wheel spin is not limited. Adjust driving accordingly.

### StabiliTrak OFF Light



This light comes on briefly while starting the vehicle. If it does not, have the vehicle serviced by your dealer.

This light comes on when the StabiliTrak system is turned off. If StabiliTrak is off, the Traction Control System (TCS) is also off.

If StabiliTrak and TCS are off, the system does not assist in controlling the vehicle. Turn on the TCS and the StabiliTrak systems, and the warning light turns off.

See *Traction Control/Electronic Stability Control* ⇨ *166*.

### Traction Control System (TCS)/ StabiliTrak Light



This light comes on briefly when the vehicle is started.

If the light does not come on, have the vehicle serviced by your dealer. If the system is working normally, the indicator light turns off.

If the light is on and not flashing, the TCS, and potentially the StabiliTrak/Electronic Stability Control system have been disabled.

If the indicator/warning light is on and flashing, the TCS and/or the StabiliTrak/ESC system is actively working.

### Tire Pressure Light



For vehicles with the Tire Pressure Monitor System (TPMS), this light comes on briefly when the vehicle is started. It provides information about tire pressures and the TPMS.

#### When the Light is On Steady

This indicates that one or more of the tires are significantly underinflated.

A message in the Driver Information Center (DIC) may also display. Stop as soon as possible, and inflate the tires to the pressure value shown on the Tire and Loading Information label.

#### When the Light Flashes First and Then Is On Steady

This indicates that there may be a problem with the TPMS. The light flashes for about one minute and stays on steady until the vehicle is off. This sequence repeats each time the vehicle is started.

MJN2071

## Security Light



The security light should come on briefly as the vehicle is started. If it does not come on, have the vehicle serviced by your dealer. If the system is working normally, the indicator light turns off.

If the light stays on and the vehicle does not start, there could be a problem with the theft-deterrent system.

## Vehicle Ready Light



The vehicle ready light comes on whenever the vehicle is ready to be driven.

## High-Beam On Light



This light comes on when the high-beam headlamps are in use.

### IntelliBeam Light



This light comes on when the IntelliBeam system, if equipped, is enabled.

## Lamps On Reminder



This light comes on when the exterior lamps are in use.

## Cruise Control Light



The cruise control light is white when the cruise control is on and ready, and turns green when the cruise control is set and active.

The light turns off when the cruise control is turned off. See *Cruise Control* ⇨ *167*.

## Door Ajar Light



This light comes on when a door is open or not securely latched. Before driving, check that all doors are properly closed.

**MJN2072**

# Information Displays

## Power Flows

To view the Power Flow screen on the infotainment display, touch Energy and then touch Flow.



The Power Flow screen indicates the current operating condition. The screen shows energy flow to and from the high voltage battery while the vehicle is being driven. These components will be highlighted when they are active.

## Programmable Charging

### Important Information about Portable Electric Vehicle Charging

● Charging an electric vehicle can stress a building's electrical system more than a typical household appliance.

● Before plugging into any electrical outlet, have a qualified electrician inspect and verify the electrical system (electrical outlet, wiring, junctions, and protection devices) for heavy-duty service at a 10 amp continuous load.

● Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging.

● Check the electrical outlet/plug while charging and discontinue use if the electrical outlet/plug is hot, then have the electrical outlet serviced by a qualified electrician.

● When outdoors, plug into an electrical outlet that is weatherproof while in use.

● Mount the charge cord to reduce strain on the electrical outlet/plug.

● Do not place the charge cord in a position where it is expected to be submerged in water.

### ⚠ Danger

Improper use of portable electric vehicle charge cords may cause a fire, electrical shock, or burns, and may result in damage to property, serious injury, or death.

● Do not use extension cords, multi-outlet power strips, splitters, grounding adaptors, surge protectors, or similar devices.

● Do not use an electrical outlet that is worn or damaged, or will not hold the plug firmly in place.

● Do not use an electrical outlet that is not properly grounded.

● Do not use an electrical outlet that is on a circuit with other electrical loads.

See *Plug-In Charging* ⇨ 181.

### Programmable Charging Modes

To view the current charge mode status in the infotainment display, touch Energy and then touch Charging.

The charge Start and Complete time estimates are also displayed. These estimates are most accurate when the

**MJN2073**

vehicle is plugged in and in moderate temperature conditions. Also, to get an accurate time estimate, the vehicle uses an internal clock for Programmable Charging, not the clock in the center stack.

### Charge Mode Selection



**Immediate :** The vehicle starts charging as soon as it is connected to an electrical outlet. This is the only mode available at DC charging stations. See *Plug-In Charging* ⇨ *181*.



**Departure :** The vehicle will schedule charging to complete by the programmed departure time. The vehicle estimates the charging schedule based on programmed departure times, charge rate limits, electric rate preference and schedule, and priority charging settings. If there is not sufficient time after the charge cord is plugged in, the vehicle will not be fully charged by the departure time.

### Departure Time Entry

The Departure charge mode allows for the departure time to be entered to match your personal schedule.

1. With Departure charge mode selected, touch Edit.



2. The current programmed departure time is displayed on the tab with the day of the week. Select the tab for the day of the week to be edited.

3. Touch + or - to change the hours and minutes.

4. Touch ∧ or ∨ to change AM or PM.

5. Touch ⏎ to exit the screen.

### Portable Cord Limit Selection

The Portable Cord Limit setting allows the vehicle's charge current to be selected so it matches the capability of the charging location. If the vehicle consistently stops charging after being plugged in, or if a circuit breaker continues to trip, reducing to a lower Portable Cord Limit setting may resolve the issue.

MJN2074

The Portable Cord Limit setting should be configured to match the electrical current rating for the electrical outlet that the charge cord is connected to. On the Charge Mode tab, toggle the Portable Cord Limit selection between:

- 12 amps
- 8 amps

Exact current levels may vary from the values shown in this manual. Check the vehicle for the current available levels. When the vehicle is plugged into a charging station, the Portable Cord Limit option on the Charge Mode tab will not be available.

The Portable Cord Limit can be changed and saved using Location Based Charging settings. The default value is the lower Portable Cord Limit. The Portable Cord Limit will reset to the lower value when the vehicle is shifted from P (Park) unless the Location Based Charging feature is active and set to retain this preference. See "Location Based Charging" later in this section.

⚠ **Warning**

Using a charge level that exceeds the electrical circuit or electrical outlet capacity may start a fire or damage the electrical circuit. Use the lowest charge level until a qualified electrician inspects the electrical circuit capacity. Use the lowest charge level if the electrical circuit or electrical outlet capacity is not known.

**Electric Rate Preference**

The vehicle estimates the charging start time based on the utility rate schedule, utility rate preference, and programmed departure time for the current day of the week. The vehicle will charge during the least expensive rate periods to achieve a full battery charge by the departure time. Electrical rate information from the utility company for the charging location is required for this mode. If the selected charge mode is Departure, then electric rate preference selection will display.

**Electric Rate Preference Selection**

From the Charge Mode tab on the Charging screen with Departure charge mode selected, touch More to select the Electric Rate Preference.



Touch one of the following options to select the Electric Rate Preference:

- Off: Delay charging based on departure.
- Off-Peak Only: Charge during Off-Peak Rates.
- Cost Optimized Off- and Mid-Peak: Charge during Mid-Peak and Off-Peak Rates.
- Cost Optimized All Rates: Charge during Peak, Mid-Peak, and Off-Peak Rates.

Charging begins at the start time and is complete by the departure time only if sufficient time is allowed after the charge cord is plugged in. For example, if the vehicle is plugged in for only one hour prior

**MJN2075**

to the departure time, and the battery is completely discharged, the vehicle will not be fully charged by the departure time regardless of the rate selection.

Also, if the selected electric rate settings result in a very long charge completion time, the vehicle will start charging immediately upon plug-in. For example, if the electric rate table is set up with all Peak rates and the rate preference is to charge during Off-Peak rates only, then the vehicle will start charging immediately upon plug-in.

### Electric Rate Schedule

From the Charge Mode tab on the Charging screen with Departure charge mode selected, touch Edit next to Electric Rate Preference.



Select one of the following for the Charge Completion option:

- Earliest Possible
- Latest Possible

### Edit Electric Rate Schedule

Electric rates, or cost per unit, may vary based on time, weekday/weekend, and season. During the day when the demand for electricity is high, the rates are usually higher and called Peak rates. At night when the demand for electricity is low, the rates are usually lower and are called Off-Peak rates. In some areas, a Mid-Peak rate is offered.

Contact the utility company to obtain the rate schedule for your area. The summer and winter start dates must be established to use a summer/winter schedule.



Touch Edit Electric Rate Schedule from the Electric Rate Schedule screen and select the desired schedule.

- Yearly
- Summer/Winter

### Edit Summer/Winter Schedule Start Date

With Summer/Winter as the preferred rate schedule, touch Edit on the Summer tab next to the dates.



1. Touch + or - to change the month and day for the start of Summer.

2. Select the Winter tab.

3. Touch + or - to change the month and day for the start of Winter.

4. Touch ⬑ to exit the screen.

### Edit Electric Rate Schedule

Electric rate information from the utility company for the charging location is required.

**MJN2076**

1. Touch Edit Electric Rate Schedule from the Electric Rate Schedule screen and select the desired schedule.



**Yearly Shown, Summer/Winter Similar**

2. Touch Edit in the lower right corner of the screen to edit the electric rate schedule.

   - Weekdays are Monday through Friday and use the same rate schedule.

   - Weekends are Saturday and Sunday and use the same rate schedule.

     Both weekday and weekend schedules must be set. The rate schedule only applies for a 24-hour period, starting at 12 AM and ending at 12 AM. There can be five rate changes for each day; not all must be used.

Select Weekday or Weekend.

3. Touch Set next to the row to be edited.



**Yearly Shown, Summer/Winter Similar**

4. Select Peak, Mid-Peak, or Off-Peak. Use + or - to enter the time, and ∧ or ∨ to change AM or PM.

   The finish times must be consecutive. If a finish time does not follow a start time, an error message displays.

5. Touch OK.

**Priority Charging**

The priority charging feature will work when the Departure charge mode is selected. This feature is designed to ensure that the high voltage battery has a minimal amount of energy prior to delaying a charge. Upon

completion of priority charging, the vehicle will return to normal Programmable Charging operation.

The feature can be enabled/disabled by selecting On/Off from the Charge Mode tab on the Charging screen when the Departure charge mode is selected. When enabled, Priority Charging will only prevent Programmable Charging while the high voltage battery is recharged from a depleted state to a 40% state of charge.

**Temporary Charge Mode Override and Cancel**

Programmed delayed charge modes can be temporarily overridden to an immediate charge mode for one charge cycle. Also, the next planned departure time can be temporarily overridden for one charge cycle. In addition to the in-vehicle overrides via the programmable charging screens, there are other ways to temporarily override a delayed charge mode. See *Plug-In Charging* ⇨ *181*.

**Temporary Override of a Delayed Charge Mode**

The Temporary Override provides the ability to set temporary charge items for the next charge cycle.

MJN2077

Touch the Temporary Override tab on the Charging screen.



Select:

- Immediate: Charge immediately at plug in.
- Temporary Departure: Set the temporary departure time.
- Off: Cancel Temporary Charge mode.



**Target Charge Level**

This mode allows the charging range for the vehicle to be set based on what is needed. When at a public pay station and a full charge is not needed, the target charge level can be set to only get as much range as needed.

If driving on a hill, the target charge level can be set to stop the charge before the battery is full to allow space for energy from regenerative braking when going down a hill.

There is a minimum target charge level. Once this level is reached, − will be grayed out.

Target Charge Level can also be set separately for Location-Based Home and Away locations. If available, the Home and Away buttons will appear on the screen.

Touch the Target Charge Level tab on the Charging screen.



Touch + or − to increase or decrease the charge level.



A reminder will be displayed on the Instrument Cluster to show Target Charge Level set.

**MJN2078**



If the Target Charge Level is higher than 80%, fast charging on the instrument cluster will show a solid line to 80%, a shaded line up to the Target Charge Level, and the time to complete 80%.

If the Target Charge Level is less than 80%, fast charging on the instrument cluster will show a shaded line up to the Target Charge Level and the time to complete.

Target Charge Level defaults to 100% if the 12-volt battery becomes discharged.

### Location Based Charging

With Location Based Charging enabled, the Charge Mode and Portable Cord Limit Preference are saved and set back to the customer's preference every time the vehicle is returned to the saved home location. When the vehicle is not at the saved home location, then the vehicle will default to the lower limit of Portable Cord Limit Preference, and the Charge Mode will be set to Immediate. When Location Based Charging is on and the vehicle is away from the saved home location, then the selection for the delayed charge modes will be disabled and the selection will be grayed out.

After 90 days, a notification will display and the Portable Cord Limit Preference will need to be reset for the next 90 days. See "Important Information about Portable Electric Vehicle Charging" earlier in this section.

When the GPS location is not available, dashes will be displayed and Location Based Charging will be disabled until the GPS is restored.

### Using Location Based Charging

To use Location Based Charging, a home location must first be stored. To store a home location:

1. From the Energy Home screen, touch Charging Options.

2. Touch Location Based Charging.

3. Touch Set Home Location ⬦.

4. Touch OK.

5. Touch On to enable Location Based Charging.

To change the stored home location:

1. Touch Update Home Location ⬦ on the Location Based Charging screen.

2. Touch Update, then OK to set the new home location.

   • Touch Cancel to make no changes.

   • Touch Remove to clear the location and turn Location Based Charging off.

### Charging Interrupted or Overridden Pop-Up



The Charging Interrupted or Overridden pop-up will appear if there was an unintended loss of AC power during the plug-in charge event. For example, there was a power outage or the charge cord was unplugged from the wall.

See *Utility Interruption of Charging* ⇨ *194*.

### Programmable Charging Disabled

When the Programmable Charging system is disabled, the Unable to Charge screen will display.

If the Programmable Charging system is consistently disabled, see your dealer.

## Energy Information

To view Energy Detail, Range Impacts, and Efficiency History, touch Energy on the infotainment display, and then touch Information. Touch ⟨ or ⟩ to go to the next screen.

### Energy Detail



This screen displays how energy is being used since the last time the high voltage battery was fully charged. It includes Driving and Accessories, Climate Settings, and Battery Conditioning. The circle graph displays these percentages. Energy Used and Distance Traveled are also displayed.

### Range Impacts



This screen provides an estimate of the factors that influence energy usage since the last full charge of the high voltage battery. Each factor is evaluated for energy gains or losses, and the total equivalent distance is indicated by the value on the right side of the screen. All values are reset after a complete charge.

- **Technique** includes speed, acceleration, and braking. Lower speeds will increase electric vehicle technique miles, while higher speeds will reduce them.

- **Terrain** includes road conditions, such as hills, rain, and snow. External factors like wind will also positively or negatively impact Terrain. Low tire pressure will worsen Terrain performance.

- **Climate Settings** includes how the heating and air conditioning are used. Using Fan Only settings will help reduce climate setting losses. See "Climate Controls".

- **Outside Temperature** includes the effect that hot or cold ambient temperature has on the battery performance and propulsion system efficiency.

The individual factors provide an understanding of how energy usage is different from day to day, even when traveling the same route.

### Efficiency History



**MJN2080**

This screen displays a graph showing the energy efficiency that has been used over the last 50 km (50 mi). The Present point provides the average energy efficiency for the current 5 km (5 mi).

Touch Reset to clear the history data.

## Charging Options



To view and change the Charging Options, touch Energy and then touch Charging Options. Use the arrows to scroll through the list, or hold and drag the list.

The following list of menu items may be available:

- **Portable Cord Limit:** Allows the vehicle's charge current to be selected so it matches the capability of the charging

location when using the portable cord. See "Portable Cord Limit Selection" under *Programmable Charging* ⇨ 90.

- **Displayed Charge Times:** Determines which charge times are displayed on the Charge Mode Status screen when the vehicle is unplugged. Select Portable Cord or Charge Station based on user preference.

- **Location Based Charging:** Allows the charging settings to be remembered at the saved GPS coordinates for the home location. See "Location Based Charging" under *Programmable Charging* ⇨ 90.

- **Departure Charging:** Allows delayed charging to match a scheduled departure time. See "Departure Time Entry" under *Programmable Charging* ⇨ 90.

- **Utility Rate Charging:** Allows charging during the least expensive rate periods to achieve a full battery charge by the departure time. The vehicle estimates the charging start time based on the utility rate schedule, utility rate preference, and programmed departure time for the current day of the week. See "Electric Rate Schedule" under *Programmable Charging* ⇨ 90.

- **Energy Summary Pop-Up :** Allows the feature to be set to On or Off.

- **Charge Status Feedback :** Allows the feature to be set to Horn Chirps or Off.

- **Charge Cord Theft Alert :** Allows an alert to sound when the vehicle is locked and the charge cord is unplugged. Set the charge cord theft alert.

- **Charge Power Loss Alert :** Allows an alert to sound when the vehicle is charging and loses power at the electrical outlet. Set the feature to On or Off.

- **Radio Power Down :** Allows automatic conservation of high voltage battery power based on the level of battery charge. Select Off, 2%, 4%, 6%, 8%, or 10%. When the selected high voltage battery power level is reached, a message on the infotainment display will ask if the radio should enter Low Power Mode. Touch Yes or No.

**Low Power Mode**

To enter Low Power Mode manually:

1. Press and hold ⏻. A message will show on the infotainment display asking if the radio should enter Low Power Mode.

2. Touch Yes. The screen will turn off.

MJN2081

3. Press ⏻ again to turn the radio on.

## Driver Information Center (DIC)

The DIC is displayed in the instrument cluster. It shows the status of many vehicle systems. The controls for the DIC are on the right steering wheel control. See *Instrument Cluster* ⇨ *79*.



△ **or** ▽ : Press to move up or down in a list.

◁ **or** ▷ : Press to move between the interactive display zones in the cluster.

✓ : Press to open a menu or select a menu item. Press and hold to reset values on certain screens.

### DIC Info Page Options

The info pages on the DIC can be turned on or off through the Options menu.

1. Press ◁ to access the cluster applications.

2. Press △ or ▽ to scroll to the Options application.

3. Press ✓ to enter the Options menu.

4. Scroll to Info Pages and press ▷.

5. Press △ or ▽ to move through the list of possible information displays.

6. Press ✓ while an item is highlighted to select or deselect that item. When an item is selected, a checkmark will appear next to it.

### DIC Info Pages

The following is the list of all possible DIC info page displays. Some may not be available for your particular vehicle. Some items may not be turned on by default but can be turned on through the Options app. See "DIC Info Page Options" earlier in this section.

**Trip and Average Electrical Energy Economy :** The Trip display shows the current distance traveled, in either kilometers (km) or miles (mi), since the trip odometer was last reset. The trip odometer can be reset by pressing and holding ✓ while this display is active.

The Average Electrical Energy Economy display shows the approximate average kWh per 100 kilometers (kWh/100 km) or miles per kWh. This number is calculated based on the number of kWh/100 km recorded since the last time this menu item was reset. This number reflects only the approximate average electrical energy economy that the vehicle has right now, and will change as driving conditions change. The Average Electrical Energy Economy can be reset along with the trip odometer by pressing and holding ✓ while this display is active.

**Tire Pressure :** Shows the approximate pressures of all four tires. Tire pressure is displayed in either kilopascal (kPa) or in pounds per square inch (psi). If the pressure is low, the value for that tire is shown in amber.

**Average Speed :** Shows the average speed of the vehicle in kilometers per hour (km/h) or miles per hour (mph). This average is

**MJN2082**

calculated based on the various vehicle speeds recorded since the last reset of this value. The average speed can be reset by pressing and holding ✓ while this display is active.

**Timer :** This display can be used as a timer. To start the timer, press ✓ while this display is active. The display will show the amount of time that has passed since the timer was last reset. To stop the timer, press ✓ briefly while this display is active and the timer is running. To reset the timer to zero, press and hold ✓ while this display is active.

**Follow Distance Indicator :** The current follow time to the vehicle ahead is displayed as a time value on this page.

**Blank Page :** The Blank Page display allows for no information to be displayed in the cluster info display areas.

## Vehicle Messages

Messages displayed on the DIC indicate the status of the vehicle or some action that may be needed to correct a condition. Multiple messages may appear one after another.

The messages that do not require immediate action can be acknowledged and cleared by pressing ✓. The messages that require immediate action cannot be cleared until that action is performed.

All messages should be taken seriously; clearing the message does not correct the problem.

If a SERVICE message appears, see your dealer.

Follow the instructions given in the messages. The system displays messages regarding the following topics:

- Service Messages
- Fluid Levels
- Vehicle Security
- Brakes
- Ride Control Systems
- Driver Assistance Systems
- Cruise Control
- Lighting and Bulb Replacement
- Wiper/Washer Systems
- Doors and Windows
- Seat Belts
- Airbag Systems
- Propulsion and Transmission

- Tire Pressure
- Battery

## Propulsion Power Messages

### PROPULSION POWER IS REDUCED

This message displays when the vehicle's propulsion power is reduced. A reduction in propulsion power can affect the vehicle's ability to accelerate. If this message is on, but there is no observed reduction in performance, proceed to your destination. Under certain conditions the performance may be reduced the next time the vehicle is driven. The vehicle may be driven while this message is on, but maximum acceleration and speed may be reduced. Anytime this message stays on, or displays repeatedly, the vehicle should be taken to your dealer for service as soon as possible.

This message is commonly displayed when the high voltage battery charge level is low. The vehicle is limiting power to maximize range.

This message can display when the vehicle is parked during extreme cold conditions without being plugged in. While driving the

**MJN2083**

vehicle with this message displayed, the vehicle speed may be reduced until the high voltage battery is conditioned.

Under certain operating conditions, propulsion will be disabled. Try restarting after the ignition has been off for 30 seconds.

### Vehicle Speed Messages

#### SPEED LIMITED TO XXX KM/H (MPH)

This message shows that the vehicle speed has been limited to the speed displayed. The limited speed is a protection for various propulsion and vehicle systems, such as lubrication, thermal, brakes, suspension, Teen Driver if equipped, or tires.

## Vehicle Personalization

Use the audio system controls to access the personalization menus for customizing vehicle features.

The following are all possible personalization features. Depending on the vehicle, some may not be available.

⌂ : Press to access the Home Page.

⦂ : Touch to access the Icon view.

▯ : Drag the scroll bar to navigate the list.

⬑ : Touch to exit or return to the previous screen or menu.

To access the menu:

1. Touch ⦂.
2. Touch Settings.
3. Touch the menu item to select it.

Each of the menus is detailed in the following information.

### Personalization Menu

The following list of menu items may be available:

- Time and Date
- Rear Seat Reminder
- Language (Language)
- Teen Driver
- Radio Settings
- Vehicle
- Devices
- Device Remote Access
- Bluetooth Phone
- Apple CarPlay
- Android Auto
- USB Auto Launch

- Wi-Fi
- Display Settings
- Rear Camera
- Return to Factory Settings
- Audible Touch Feedback
- Text Scroll
- Software Information

Each menu is detailed in the following information.

### Time and Date

Manually set the time and date. See *Clock* ⇨ *76*.

### Rear Seat Reminder

This message displays under certain conditions indicating there may be an item or passenger in the rear seat. Check before exiting the vehicle.

This feature allows for a chime and a message when the rear door has been opened before or during operation of the vehicle.

Select Off or On.

### Language (Language)

Select Language, then select from the available language(s).

**MJN2084**

### Teen Driver

See *Teen Driver* ⇨ 132.

### Radio Settings

To manage the radio features, see "Radio Settings" under *Settings* ⇨ 131.

### Vehicle

Select and the following may display:

- Climate and Air Quality
- Comfort and Convenience
- Collision / Detection Systems
- Lighting
- Power Door Locks
- Remote Lock / Unlock / Start

### Climate and Air Quality

Select and the following may display:

- Auto Fan Speed
- Auto Heated Seats
- Auto Defog

### Auto Fan Speed

This feature will set the maximum auto fan speed.

Select Low, Medium, or High.

### Auto Heated Seats

When set to On and it is cold outside, both the heated seats and the heated steering wheel will automatically turn on when the vehicle is started. See *Automatic Climate Control System* ⇨ 140.

Select Off or On.

### Auto Defog

When set to On, the front defog will automatically come on when the vehicle is started. See *Automatic Climate Control System* ⇨ 140.

Select Off or On.

### Comfort and Convenience

Select and the following may display:

- Chime Volume
- Auto Wipe in Reverse Gear

### Chime Volume

This allows the selection of the chime volume level.

Select + or – to adjust the volume.

### Auto Wipe in Reverse Gear

This allows the feature to be turned on or off. See *Rear Window Wiper/Washer* ⇨ 75.

Select Off or On.

### Collision / Detection Systems

Select and the following may display:

- Forward Collision System
- Front Pedestrian Detection
- Park Assist
- Rear Cross Traffic Alert
- Lane Change Alert

### Forward Collision System

This setting controls the vehicle response when detecting a vehicle ahead of you. The Off setting disables all Forward Collision Alert (FCA) and Automatic Emergency Braking (AEB) functions. With the Alert and Brake setting, both FCA and AEB are available. The Alert setting disables AEB. See *Automatic Emergency Braking (AEB)* ⇨ 175.

Select Off, Alert, or Alert and Brake.

### Front Pedestrian Detection

This allows the feature's notification to be customized.

Select Off, Alert, or Alert and Brake.

### Park Assist

This allows the feature to be turned on or off.

MJN2085

Select Off or On.

**Rear Cross Traffic Alert**

This allows the Rear Cross Traffic Alert feature to be turned on or off.

Select Off or On. See *Assistance Systems for Parking or Backing* ⇨ *171*.

**Lane Change Alert**

This allows the Lane Change Alert feature to be turned on or off.

Select Off or On. See *Lane Change Alert (LCA)* ⇨ *178*.

**Lighting**

Select and the following may display:

• Vehicle Locator Lights

• Exit Lighting

**Vehicle Locator Lights**

This feature will flash the exterior lamps and allows some of the exterior lamps and most of the interior lamps to turn on briefly when ⬚ on the Remote Keyless Entry (RKE) transmitter is pressed to locate the vehicle.

Select Off or On.

**Exit Lighting**

This allows the selection of how long the exterior lamps stay on when leaving the vehicle when it is dark outside.

Select Off, 30 Seconds, 60 Seconds, or 120 Seconds.

**Power Door Locks**

Select and the following may display:

• Unlocked Door Anti Lock Out

• Auto Door Unlock

• Delayed Door Lock

**Unlocked Door Anti Lock Out**

When on, this feature will keep the driver door from locking when the door is open. If Off is selected, the Delayed Door Lock menu will be available.

Select Off or On.

**Auto Door Unlock**

This allows selection of which of the doors will automatically unlock when the vehicle is shifted into P (Park).

Select Off, All Doors, or Driver Door.

**Delayed Door Lock**

When on, this feature will delay the locking of the doors. To override the delay, press the power door lock switch on the door.

Select Off or On.

**Remote Lock / Unlock / Start**

Select and the following may display:

• Remote Unlock Light Feedback

• Remote Lock Feedback

• Remote Door Unlock

• Remote Start Auto Heat Seats

• Passive Door Unlock

• Passive Door Lock

• Remote Left in Vehicle Alert

**Remote Unlock Light Feedback**

When on, the exterior lamps will flash when unlocking the vehicle with the RKE transmitter.

Select Off or Flash Lights.

**Remote Lock Feedback**

This allows selection of what type of feedback is given when locking the vehicle with the RKE transmitter.

Select Off, Lights and Horn, Lights Only, or Horn Only.

MJN2086

### Remote Door Unlock

This allows selection of which doors will unlock when pressing 🔓 on the RKE transmitter.

Select All Doors or Driver Door.

### Remote Start Auto Heat Seats

If equipped and turned on, this feature will turn the heated seats on when using remote start on cold days.

If equipped with auto heated steering wheel, this feature will turn on when the remote start auto heated seats turn on.

Select Off or On.

### Passive Door Unlock

This allows the selection of what doors will unlock when using the button on the outside driver door handle to unlock the vehicle.

Select All Doors or Driver Door Only.

### Passive Door Lock

This allows passive locking to be turned on or off and selects feedback.

Select Off, On with Horn Chirp, or On.

### Remote Left in Vehicle Alert

This feature sounds an alert when the RKE transmitter is left in the vehicle. This menu also enables Remote No Longer in Vehicle Alert.

Select Off or On.

### Devices

This shows status of the connected device.

Touch Add Device if a device needs to be added.

### Device Remote Access

This will allow devices to control system functionality and access data.

Select Off or On.

### Bluetooth Phone

This allows the connected Bluetooth phone to be configured. See "Bluetooth Phone" under *Settings* ⇨ *131*.

- My Number
- Privacy
- Sort Contacts
- Resync Device Contacts

### My Number

This displays the phone number of the connected Bluetooth device.

### Privacy

This allows call alerts to appear on the infotainment display.

Select Off or On.

### Sort Contacts

Touch to sort by first or last name.

### Resync Device Contacts

This resyncs the contacts on the phone.

### Apple CarPlay

This feature allows Apple devices to be connected to the infotainment system through a USB port.

Select Off or On.

### Android Auto

This feature allows Android devices to be connected to the infotainment system through a USB port.

Select Off or On.

MJN2087

### USB Auto Launch

This allows Android and Apple CarPlay devices to automatically connect when plugged into the USB port.

Select Off or On.

### Wi-Fi

Select and the following may display:
- Wi-Fi
- Manage Wi-Fi Networks

#### Wi-Fi

This feature allows for a connection to available protected Wi-Fi networks in range of the vehicle to be turned off or on.

Select Off or On.

#### Manage Wi-Fi Networks

Select to manage a list of available protected networks. Wi-Fi must be set to On for this feature to be accessed.

### Display Settings

Select and the following choices will display:
- Blue Sky
- Sunset Orange
- Black Eclipse

Choose one of these options to change the display settings.

### Rear Camera

Select and the following may display:
- Symbols
- Guidelines

#### Symbols

Select to turn Off or On.

#### Guidelines

Select to turn Off or On.

### Return to Factory Settings

Select and the following may display:
- Reset Vehicle Settings
- Clear All Private Data
- Restore Radio Settings

#### Reset Vehicle Settings

This allows vehicle settings to be reset.

Select Continue or Cancel.

#### Clear All Private Data

This allows all private information from the vehicle to be cleared.

Select Continue or Cancel.

#### Restore Radio Settings

This allows radio settings preferences to be restored to the default.

Select Continue or Cancel.

### Audible Touch Feedback

Select to turn Off or On.

### Text Scroll

Select to turn Off or On.

### Software Information

Select and the following may display:
- Open Source
- Software Update
- Update Preference

#### Open Source

Select to view the infotainment system current software information.

#### Software Update

This allows the ability to search for available vehicle software updates when Internet connectivity is available through the vehicle's built in OnStar connection, if equipped, or a secure Wi-Fi hotspot, such as a mobile hotspot, home or public network. Applicable data rates may apply.

MJN2088

**Update Preference**

Select to download new vehicle software updates in the background. Select Off or On. Software downloads require Internet connectivity through the vehicle's built-in OnStar connection, if equipped, or a secure Wi-Fi hotspot, such as a mobile hotspot, home or public network. Applicable data rates may apply.

MJN2089

# Lighting

## Exterior Lighting

Exterior Lamp Controls ................ 107
Exterior Lamps Off Reminder .......... 108
Headlamp High/Low-Beam Changer ... 108
Flash-to-Pass ........................... 109
Daytime Running Lamps (DRL) ........ 109
Automatic Headlamp System .......... 109
Hazard Warning Flashers .............. 110
Turn and Lane-Change Signals ........ 110

## Interior Lighting

Instrument Panel Illumination
  Control ................................ 110
Courtesy Lamps ........................ 111
Dome Lamps ............................ 111
Reading Lamps ......................... 111

## Lighting Features

Entry Lighting .......................... 111
Exit Lighting ........................... 112
Battery Power Protection .............. 112
Exterior Lighting Battery Saver ........ 112

## Exterior Lighting

### Exterior Lamp Controls



The exterior lamp control is on the instrument panel to the left of the steering column.

⏻ : Turns the exterior lamps off and deactivates the AUTO mode. Turn to ⏻ again to reactivate the AUTO mode.

In Canada, the headlamps will automatically reactivate when the vehicle is shifted out of P (Park).

**AUTO** : Turns the exterior lamps on and off automatically depending on outside lighting.

⋙ : Turns on the parking lamps including all lamps, except the headlamps. The instrument panel lights also turn on.

⋙ : Turns on the headlamps together with the parking lamps and instrument panel lights.

### IntelliBeam System

If equipped, this system turns the vehicle's high-beam headlamps on and off according to surrounding traffic conditions.

The system turns the high-beam headlamps on when it is dark enough and there is no other traffic present.



This light comes on in the instrument cluster when the IntelliBeam system is enabled.

**MJN2090**

### Turning On and Enabling IntelliBeam



To enable the IntelliBeam system, press ☰Ⓐ on the turn signal lever when the exterior lamp control is in the AUTO or ☾ position.

### Driving with IntelliBeam

The system only activates the high beams when driving over 40 km/h (25 mph).

The blue high-beam on light appears on the instrument cluster when the high beams are on.

There is a sensor near the top center of the windshield that automatically controls the system.

Keep this area of the windshield clear of debris to allow for best system performance.

The high-beam headlamps remain on, under the automatic control, until one of the following situations occurs:

- The system detects an approaching vehicle's headlamps.
- The system detects a preceding vehicle's taillamps.
- The outside light is bright enough that high-beam headlamps are not required.
- The vehicle's speed drops below 20 km/h (12 mph).
- The IntelliBeam system is disabled by the button on the turn signal lever. If this happens, press ☰Ⓐ on the turn signal lever when the exterior lamp control is in the AUTO or ☾ position.

The instrument cluster light will come on to indicate the IntelliBeam system is reactivated.

The high beams may not turn off automatically if the system cannot detect another vehicle's lamps because of any of the following:

- The other vehicle's lamps are missing, damaged, obstructed from view, or otherwise undetected.
- The other vehicle's lamps are covered with dirt, snow, and/or road spray.

- The other vehicle's lamps cannot be detected due to dense exhaust, smoke, fog, snow, road spray, mist, or other airborne obstructions.
- The vehicle's windshield is dirty, cracked, or obstructed by something that blocks the view of the light sensor.
- The vehicle is loaded such that the front end points upward, causing the light sensor to aim high and not detect headlamps and taillamps.
- Driving on winding or hilly roads.

The IntelliBeam system may need to be disabled if any of the above conditions exist.

### Exterior Lamps Off Reminder

A warning chime sounds if the driver door is opened while the vehicle is off and the exterior lamps are on.

### Headlamp High/Low-Beam Changer

Push the turn signal lever away from you and release, to turn the high beams on. To return to low beams, push the lever again or pull it toward you and release.



This indicator light turns on in the instrument cluster when the high-beam headlamps are on.

### Flash-to-Pass

To flash the high beams, pull the turn signal lever toward you, and release.

### Daytime Running Lamps (DRL)

DRL can make it easier for others to see the front of your vehicle during the day. Fully functional DRL are required on all vehicles first sold in Canada.

The DRL system comes on in daylight when the following conditions are met:

• The power button is on.

• The exterior lamp control is in AUTO.

• The light sensor determines it is daytime.

• The vehicle is not in P (Park).

When the DRL are on, the taillamps, sidemarker lamps, instrument panel lights, and other lamps will not be on.

The DRL turn off when the headlamps are turned to ⏻ or the vehicle is off.

For vehicles first sold in Canada, the DRL can only be turned off when the vehicle is parked.

## Automatic Headlamp System

The headlamps come on automatically when the exterior lamp control is set to AUTO and it is dark enough outside.



There is a light sensor on top of the instrument panel. Do not cover the sensor, otherwise the headlamps will come on when they are not needed.

The system may also turn on the headlamps when driving through a parking garage or tunnel.

When it is bright enough outside, the headlamps will turn off or may change to Daytime Running Lamps (DRL).

The automatic headlamp system turns off when the exterior lamp control is turned to ⏻ or the vehicle is off.

### Lights On with Wipers

If the windshield wipers are activated in daylight with the vehicle on, and the exterior lamp control is in AUTO, the headlamps, parking lamps, and other exterior lamps come on. The transition time for the lamps coming on varies based on wiper speed. When the wipers are not operating, these lamps turn off. Move the exterior lamp control to ⏻ or ☀ to disable this feature.

**MJN2092**

### Hazard Warning Flashers



The hazard warning flasher button is on the center stack.

⚠ : Press to make the front and rear turn signal lamps flash on and off. This warns others that you are having trouble. Press the button again to turn the flashers off.

When the hazard warning flashers are on, the turn signals will not work.

### Turn and Lane-Change Signals



Move the lever all the way up or down to signal a turn.

An arrow on the instrument cluster flashes in the direction of the turn or lane change.

Raise or lower the lever until the arrow starts to flash to signal a lane change. Hold it there until the lane change is completed.

If the lever is briefly pressed and released, the turn signal flashes three times.

The turn and lane-change signal can be turned off manually by moving the lever back to its original position.

If after signaling a turn or lane change, the arrow flashes rapidly or does not come on, a signal bulb may be burned out.

Replace any burned out bulbs. If a bulb is not burned out, check the fuse. See *Underhood Compartment Fuse Block* ⇨ *211.*

## Interior Lighting

### Instrument Panel Illumination Control



This feature adjusts the brightness of all illuminated controls. The instrument panel illumination control is next to the exterior lamp control.

Push the knob in all the way until it extends out and then turn the knob clockwise or counterclockwise to brighten or dim the lights. Push the knob back in when finished.

The knob is functional at night, or when the headlamps or parking lamps are ON.

**MJN2093**

### Courtesy Lamps

The courtesy lamps come on when any door is opened, ⬡ on the RKE transmitter is pressed, or when the ignition is switched off. See *Dome Lamps* ⇨ *111*.

### Dome Lamps



The dome lamp controls are in the headliner above the front seats.

⬗ **OFF :** Press to turn the lamps off, even when any door is opened, ⬡ on the RKE transmitter is pressed, or when the ignition is switched off.

⬛ **:** When the button is returned to the middle position, the lamps turn on automatically when any door is opened, ⬡ on the RKE transmitter is pressed, or when the ignition is switched off.

⬖ **ON :** Press to turn on the dome lamps.

### Reading Lamps

There are front and rear reading lamps.



The front reading lamps are in the overhead console.

Press the lamp lenses to turn the reading lamps on or off.



The rear reading lamps are in the headliner.

⬗ **OFF :** Press to turn the lamp off.

⬖ **ON :** Press to turn the lamp on.

## Lighting Features

### Entry Lighting

Some exterior lamps and the interior lamps turn on briefly at night, or in areas with limited lighting, when ⬡ is pressed on the Remote Keyless Entry (RKE) transmitter. When a door is opened, the interior lamps come on if the dome lamp control is in the DOOR position. After about 30 seconds the exterior lamps turn off. Entry lighting can be disabled manually by changing the ignition out of the OFF position, or by pressing the RKE transmitter ⬡ button.

**MJN2094**

This feature can be changed. See "Vehicle Locator Lights" under *Vehicle Personalization* ⇨ *101*.

## Exit Lighting

Some exterior lamps and interior lamps come on at night, or in areas with limited lighting, when the driver door is opened after the ignition is turned off. The exterior lamps and interior lamps remain on for a set amount of time, then automatically turn off.

The exterior lamps turn off immediately by turning the exterior lamp control off.

This feature can be changed. See *Vehicle Personalization* ⇨ *101*.

## Battery Power Protection

The battery saver feature is designed to protect the vehicle's 12-volt battery.

If some interior lamps and/or the headlamps are left on and the vehicle is turned off, the battery rundown protection system automatically turns the lamp off after some time.

## Exterior Lighting Battery Saver

The exterior lamps turn off about 10 minutes after the ignition is turned off, if the parking lamps or headlamps have been manually left on. This protects against draining the battery. To restart the 10-minute timer, turn the exterior lamp control to the off position and then back to the parking lamp or headlamp position.

To keep the lamps on for more than 10 minutes, the ignition must be on.

**MJN2095**

# Infotainment System

## Introduction

Introduction ............................. 113
Theft-Deterrent Feature ................ 114
Overview .............................. 114
Operation .............................. 114
Software Updates ..................... 116

## Radio

AM-FM Radio ........................... 117
Satellite Radio ......................... 118
Radio Reception ....................... 119
Multi-Band Antenna ................... 120

## Audio Players

USB Port .............................. 120
Auxiliary Devices ...................... 125
Bluetooth Audio ....................... 125

## OnStar System

OnStar System ......................... 127

## Phone

Bluetooth .............................. 127
Apple CarPlay and Android Auto ....... 129
Hands-Free Phone ..................... 130

## Settings

Settings ............................... 131
Teen Driver ........................... 132

## Trademarks and License Agreements

Trademarks and License
    Agreements ......................... 134

# Introduction

Read the following pages to become familiar with the features.

> ⚠ **Warning**
>
> Taking your eyes off the road for too long or too often while using any infotainment feature can cause a crash. You or others could be injured or killed. Do not give extended attention to infotainment tasks while driving. Limit your glances at the vehicle displays and focus your attention on driving. Use voice commands whenever possible.

The infotainment system has built-in features intended to help avoid distraction by disabling some functions when driving. These functions may gray out when they are unavailable. Many infotainment features are also available through the instrument cluster and steering wheel controls.

Before driving:

- Become familiar with the operation, center stack controls, and infotainment display controls.

**MJN2096**

- Set up the audio by presetting favorite stations, setting the tone, and adjusting the speakers.
- Set up phone numbers in advance so they can be called easily by pressing a single control or by using a single voice command if equipped with Bluetooth phone capability.

See *Defensive Driving* ⇨ *148*.

To play the infotainment system with the ignition off, see *Retained Accessory Power (RAP)* ⇨ *158*.

### Active Noise Cancellation (ANC)

If equipped, ANC reduces engine noise in the vehicle's interior. ANC requires the factory-installed audio system, radio, speakers, amplifier (if equipped), induction system, and exhaust system to work properly. Deactivation is required by your dealer if related aftermarket equipment is installed.

## Theft-Deterrent Feature

The infotainment system has an electronic security system installed to prevent theft.

The infotainment system only works in the vehicle in which it was first installed, and cannot be used in another vehicle.

## Overview



1. Infotainment Display:
   - Display for Play/Reception/Menu information.
2. Volume Knob:
   - Turn the volume knob to adjust the volume.
3. ⏻ :
   - Press and hold to enter the Power Off Mode. The radio will be in a power off mode with the climate control and clock display.
   - Press to cancel the Power Off Mode or to mute/unmute the audio when the system is on.

4. ⌂ :
   - Press to go to the Home Page.
   - Press and hold to launch Apple CarPlay or Android Auto, if equipped.

5. ⏮ or ⏭ :
   - Radio: Press to seek the previous or next strongest station or channel.
   - USB/Music/Pictures: Press to go to the previous or next content. Press and hold to fast rewind or fast forward.

## Operation

### Turning On/Off Automatically

When the vehicle is on, the infotainment system turns on automatically.

When the vehicle is off and the driver door of the vehicle is opened, the infotainment system turns off automatically.

If ⏻ is pressed and held when the vehicle is off, the infotainment system will turn on. The system will turn off automatically after approximately 10 minutes.

### Full Screen Clock

- Touch the time display on the screen to display a full screen of the clock.

**MJN2097**

• Touch ⬏ to return to the previous screen.

### Volume Control

Turn the volume knob to adjust the volume. The current volume is indicated.

• If equipped, use the volume switches on the back of the steering wheel to adjust the volume. See *Steering Wheel Controls* ⇨ 72.

• Turning on the infotainment system power will set the volume level to its previous selection if it is lower than the maximum starting volume level.

• If the volume level is louder than the maximum starting volume level when the infotainment system is turned on, the infotainment system is adjusted automatically to the maximum starting volume level.

### Edit Home Page Layout

1. When the vehicle is stationary, touch ⌂ Edit on the Home Page.



2. Select the desired layout: Standard, Family, Eco, or Custom.

If Custom is selected, the display will switch to custom layout editing. This allows the changing of location and content of information displayed on the Home Page.

### Using Icon View



Touch ⊕.

Icon view may vary depending on vehicle options.

**Audio :** Touch to select AM, FM, SXM (if equipped), AUX, or USB/iPod/Bluetooth Audio.

**Phone :** Touch to activate the phone features. See *Bluetooth* ⇨ 127.

**Projection :** Touch to access supported devices when connected. See *USB Port* ⇨ 120.

**Settings :** Touch to access the Personalization menu. See *Vehicle Personalization* ⇨ 101.

**MJN2098**

**Gallery :** Touch to view a picture. See "Gallery" under "Selecting a Function" following.

**OnStar :** Touch to use the OnStar function. See *OnStar Overview* ⇨ *274*.

**Camera :** Touch to access the camera application. See *Assistance Systems for Parking or Backing* ⇨ *171*.

**Low Power Mode :** Touch to access the Low Power Mode. See "Low Power Mode" under *Charging Options* ⇨ *98*.

### Selecting a Function

#### Audio

1. Touch 😳.

2. Touch Audio, then Source.

   - Touch AM to select AM radio.
   - Touch FM to select FM radio.
   - Touch SXM to select SiriusXM radio (if equipped).
   - Touch iPod to select iPod music.
   - Touch USB1 to select USB1 music.
   - Touch USB2 to select USB2 music.
   - Touch Bluetooth to select Bluetooth music.
   - Touch AUX to select auxiliary sound input.

If the playback source (iPod/USB/AUX/ Bluetooth) is not connected to the infotainment system, this function is not available.

Audio source availability may vary depending on the region.

The infotainment system can only support two USB devices for the front USB ports.

#### Phone

To operate Bluetooth Hands-Free function, connect the Bluetooth phone to the infotainment system.

1. Touch 😳.

2. Touch Phone, then touch 📞 on the infotainment display, or press 📞 on the steering wheel controls.

#### Settings

1. Touch 😳.

2. Touch Settings, then select an item from the menu and adjust the settings by selecting from the available options. See *Settings* ⇨ *131*.

#### Gallery

1. Touch 😳.

2. Touch Gallery, then touch 🗁 menu to view picture files contained in the USB storage device.

## Software Updates

### Over-the-Air Software Updates

If equipped, the infotainment system can download and install select software updates over a wireless connection. The system will prompt for certain updates to be downloaded and installed. There is also an option to check for updates manually.

To manually check for updates, touch Settings on the Home Page, followed by Software Information, and then System Update. Follow the on-screen prompts. Steps for downloading and installing updates may vary by vehicle.

Downloading Over-the-Air vehicle software updates requires Internet connectivity, which can be accessed through the vehicle's built-in OnStar 4G LTE connection, if equipped and active. If required, data plans are provided by a third party. Optionally, a secure Wi-Fi hotspot such as a compatible mobile device hotspot, home hotspot, or public hotspot can be used. Applicable data rates may apply.

**MJN2099**

To connect the infotainment system to a secured mobile device hotspot, home hotspot, or public hotspot, touch Settings on the Home Page, followed by Wi-Fi, and then Manage Wi-Fi Networks. Select the appropriate Wi-Fi network, and follow the on-screen prompts. Download speeds may vary.

On most compatible mobile devices, activation of the Wi-Fi hotspot is in the Settings menu under Mobile Network Sharing, Personal Hotspot, Mobile Hotspot, or similar.

Availability of Over-the-Air vehicle software updates varies by vehicle and country. For more information on this feature, see www.my.chevrolet.com/learn.

# Radio

## AM-FM Radio

### Listening to AM-FM Radio

1. Touch ⊙.

2. Touch Audio, then Source.

3. Touch FM or AM. The most recently listened to AM or FM radio station is displayed.

RDS (Radio Data System) function is only available in countries that support this function.

### Searching for Stations Automatically

Press ◄◄ or ►► to automatically search for an available station with good reception.

If RDS is supported, it will tune to the station and may include additional information such as time, station identification, and program information.

### Searching for Stations Directly

1. Touch Tune.

2. Using the keypad, enter the desired station number.

Touching the period between digits is not necessary. The radio will add it automatically at the correct location.

### Favorite Preset Operation

#### Saving Favorites

1. Select the band.

2. Select the desired station.

3. Touch ★ or touch and hold the favorite in the Favorites list to overwrite.

4. To delete it from the Favorites list, touch ★, or swipe the station from the list on the right.

Up to 15 radio stations can be saved in the Favorites list.

#### Listening to Favorites Directly

1. Touch Favorites to see the list of favorites.

2. Touch the desired station.

The steering wheel controls can also be used to select favorites. See *Steering Wheel Controls* ⇨ 72.

### Using the AM or FM Radio Tab

#### Current Station Information

1. Touch Browse Audio.

2. Touch Current Station Information to display the station information.

#### AM or FM Stations

1. Touch Browse Audio.

2. Touch AM Stations or FM Stations. The AM List or FM List is displayed.

#### FM Categories

1. Touch Browse Audio.

2. Touch FM Categories.

MJN2100

3. Touch the desired category and station.

   The FM category list is only available for RDS (Radio Data System).

### Update AM or FM Stations

1. Touch Browse Audio.

2. Touch Update AM Stations or Update FM Stations.

### Tone Settings

1. Touch Audio Settings.



2. Touch Tone Settings to enter the sound setup mode. The Tone settings menu is displayed.

   - Bass : Touch - or + to adjust the bass level manually.

   - Mid (Midrange) : Touch - or + to adjust the midrange level manually.

   - Treble : Touch - or + to adjust the treble level manually.

   - Fade : Adjust the front/rear speaker balance by dragging the dot in the vehicle interior image.

   - Balance : Adjust the left/right speaker balance by dragging the dot in the vehicle interior image.

   - EQ (Equalizer) : Select or turn off the sound style: Talk, Rock, Jazz, Pop, Country, Classical, or Custom. If equipped with Bose premium audio, only Talk and Custom are available.

3. Touch ◄ Now Playing to return to the previous menu.

### Auto Volume

When Auto Volume is turned on, the volume will automatically be controlled according to the vehicle speed to offset the noise from outside.

1. Touch Audio Settings.

2. Touch Auto Volume.

3. Select the desired option: Off, Low, Medium-Low, Medium, Medium-High, or High.

### RDS

The RDS function can be set for FM.

1. Touch Audio Settings.

2. Set RDS to On or Off.

## Satellite Radio

Vehicles equipped with a SiriusXM satellite radio tuner and a valid SiriusXM satellite radio subscription can receive SiriusXM programming.

### SiriusXM Satellite Radio Service

SiriusXM is a satellite radio service based in the 48 contiguous United States and 10 Canadian provinces. SiriusXM satellite radio has a wide variety of programming and commercial-free music, coast to coast, and in digital-quality sound. A fee is required to receive the SiriusXM service.

Refer to:

- www.siriusxm.com or call 1-888-601-6296 (U.S.).

- www.siriusxm.ca or call 1-877-438-9677 (Canada).

MJN2101

### Listening to SXM Radio

1. Touch ⊕.
2. Touch Audio, then Source.
3. Touch SXM. The most recently listened to SXM channel is displayed.

### Searching for Channels Automatically

Press |◀◀ or ▶▶| to automatically search for available channels.

### Searching for Channels Directly

1. Touch Tune.
2. Using the keypad, enter the desired channel.

### Searching for Channels Using Favorites

#### Saving Favorites

1. Select the desired channel.
2. Touch ★ or touch and hold the favorite in the list to overwrite.
3. To delete a channel from Favorites, touch ★, or swipe the channel from the list on the right.

   Up to 15 channels can be saved in the Favorites list.

#### Listening to Favorites Directly

1. Touch Favorites to see the list of favorites.
2. Touch the desired channel.

### Using the SXM Radio Tab

#### Browse Audio

- Current Channel Information

  Touch Current Channel Information. The channel information is displayed.

- SXM Channels

  Touch SXM Channels. The SXM List is displayed.

- SXM Categories

  SXM categories are defined by the SiriusXM service provider.

  Touch SXM Categories, then touch the desired category and channel.

#### Audio Settings

- Tone Settings

  Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

- Auto Volume

  Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

- Explicit Content Filter

  Choose this menu item to turn On or Off the filtering of explicit channels from SXM. A list item can be set to On or Off. From the SXM Settings, touch Audio Settings. Set Explicit Content Filter feature to On or Off to allow for a filtered list of channels.

## Radio Reception

Unplug electronic devices from the accessory power outlets if there is interference or static in the radio.

### FM

FM signals only reach about 16 to 65 km (10 to 40 mi). Although the radio has a built-in electronic circuit that automatically works to reduce interference, some static can occur, especially around tall buildings or hills, causing the sound to fade in and out.

### AM

The range for most AM stations is greater than for FM, especially at night. The longer range can cause station frequencies to

MJN2102

interfere with each other. Static can also occur when things like storms and power lines interfere with radio reception. When this happens, try reducing the treble on the radio.

### SiriusXM Satellite Radio Service

If equipped, SiriusXM Satellite Radio Service provides digital radio reception. Tall buildings or hills can interfere with satellite radio signals, causing the sound to fade in and out. In addition, traveling or standing under heavy foliage, bridges, garages, or tunnels may cause loss of the SiriusXM signal for a period of time. Some cellular services may interfere with SXM reception causing loss of signal.

### Mobile Device Usage

Mobile device usage, such as making or receiving calls, charging, or just having the mobile device on may cause static interference in the radio. Unplug the mobile device or turn it off if this happens.

### Multi-Band Antenna

The roof antenna may be used for radio, navigation, and OnStar, depending on the equipped options. Keep clear of obstructions for clear reception. If the vehicle has a sunroof, and it is open, reception can also be affected.

## Audio Players

### USB Port

The USB ports are in the center console and are for data and charging. If equipped, there are two USB charge ports in the rear of the center console. The infotainment system can play the music files contained in the USB storage device or a device that supports MTP or iPod/iPhone devices.

| Caution |
| --- |
| To avoid vehicle damage, unplug all accessories and disconnect all accessory cables from the vehicle when not in use. Accessory cables left plugged into the vehicle, unconnected to a device, could be damaged or cause an electrical short if the unconnected end comes in contact with liquids or another power source such as the accessory power outlet. |

### Before Using the Audio System

#### Supported Audio File Formats

- MP3 (MPEG-1 Layer 3, MPEG-2 Layer 3)

    Constant Bit Rate (CBR) between 8 and 320 kbps

    Variable Bit Rate (VBR)

    Sampling frequencies of 8, 11.025, 12, 16, 22.05, 24, 32, 44.1, and 48 kHz

- Windows Media Audio

    Windows Media Audio 10

    CBR between 32 and 768 kbps

    VBR (Standard), Professional, Lossless, or higher according to Microsoft specifications

    Sampling frequencies of 8, 12, 16, 22, 32, 44.1, and 48 kHz

- AAC (MPEG-4 AAC, Low Complexity Profile) and AAC+

    CBR between 8 and 320 kbps

- OGG Vorbis
- Waveform (WAV – PCM Windows format)
- Audio Interchange File Format (AIFF)
- 3GPP (Generally used for mobile devices)
- Audio Books (MP3, AAC, AA)

MJN2103

**Guidelines for Using a USB Storage Device and iPod/iPhone**

- Operation cannot be guaranteed if the HDD built-in USB mass storage device or CF or SD memory card is connected by using a USB adaptor. Use a USB or flash memory type storage device.

- Avoid static electricity discharge when connecting or disconnecting the USB. If connection and disconnection are repeated many times in a short time, this may cause a problem in using the device.

- Operation is not guaranteed if the connecting terminal of the USB device is not metal.

- Connection with i-Stick Type USB storage devices may be faulty due to vehicle vibration.

- Do not touch the USB connecting terminal with an object or any part of your body.

- The USB storage device can only be recognized when it is formatted in FAT16/ 32, NTFS, HFS+. exFAT and other file systems cannot be recognized.

- According to the type and capacity of the USB storage device and the type of the stored file, the time it takes to recognize the files may differ.

- Files in some USB storage devices may not be recognized due to compatibility problems.

- Do not disconnect the USB storage device while it is being played. This may cause damage to the device or may affect the performance of the USB device.

- The infotainment system can only support two USB devices for the front USB ports.

- Disconnect the connected USB storage device when the vehicle is off.

- USB storage devices can only be connected to this device for the purpose of playing music, viewing photo files, or upgrading.

- The USB terminal of the device should not be used to charge USB accessory equipment since the heat generation using the USB terminal may cause performance issues or damage to the device.

- When the logical drive is separated from a mass USB storage device, only the files from the top-level logical drive can be played for USB music files. For this reason, store music files to be played in the top-level drive of the device. Music

files in a particular USB storage device may not play normally if an application is loaded by partitioning a separate drive inside the USB device.

- Music files to which DRM (Digital Right Management) is applied cannot be played.

- The infotainment system can support USB storage devices that are in capacity with a limit of 5,000 files (music and photo), and 15 stages of folder structure. Normal usage cannot be guaranteed for storage devices that exceed this limit.

The iPod/iPhone can play all music files supported. The music file lists display up to 5,000 files on the screen in alphabetical order.

- Some iPod/iPhone devices may not support the connectivity or functionality of the infotainment system.

- Only connect the iPod/iPhone with connection cables supported by iPod/ iPhone devices. Other connection cables cannot be used.

- When the iPod/iPhone device is not being used, keep it disconnected from the USB port when the vehicle is off.

MJN2104

- Connect the iPod/iPhone to the USB port by using the iPod/iPhone cable to play the music files on the iPod/iPhone. When the iPod/iPhone is connected to the AUX port, the music files are played, but not controlled by MyLink.
- iPod/iPhone movie file playback is not supported.
- The playback functions and the information display items of the iPod/iPhone used with this infotainment system may be different from the iPod/iPhone in terms of play order, method, and information displayed.
- See the manufacturer for information related to the search function provided by the iPod/iPhone device.

### USB Player

#### Playing USB Storage Device Music Files

Connect the USB storage device containing the music files to the USB port.



- Once the infotainment system finishes reading the information on the USB storage device, play will begin automatically unless USB Auto Launch has been set to Off in Settings.
- If a non-readable USB storage device is connected, an error message will appear and the infotainment system will automatically switch to the previous audio function.

If the USB storage device is already connected, touch ⊙, Audio, Source, and USB to play the USB music files.

#### Ending USB Music File Playback

1. Touch Source.

2. Select another function by touching AM, FM, AUX, or Bluetooth.

To remove the USB storage device, select another function, and then remove the USB storage device.

#### Pause

Touch II during playback.

Touch ▶ to resume playback.

#### Playing the Next File

Touch ▶▶I to play the next file.

#### Playing the Previous File

Touch I◀◀ within five seconds of playback time to play the previous file.

#### Returning to the Beginning of the Current File

Touch I◀◀ after five seconds of playback time.

#### Scanning Forward or Backward

Touch and hold I◀◀ or ▶▶I during playback to rewind or fast forward. Release I◀◀ or ▶▶I to resume playback at normal speed.

MJN2105

**Playing Files Randomly**

Touch ⤫ during playback.

Touch ⤫ again to return to normal playback.

**Playing Files Repeatedly**

1. Touch ⟳ during playback.

2. Touch the desired option.

   ● Repeat All: Plays all files repeatedly.

   ● Repeat Song: Plays a current file repeatedly.

   ● Repeat Off: Cancels the repeat function.

**Searching for a File by Using the Favorites**

**Saving Favorites**

1. Select the desired file.

2. Touch ★, or touch and hold the favorite in the list to overwrite.

3. To delete it from the Favorites list, touch ★, or swipe the file from the list on the right.

   Up to 15 media files can be saved in the Favorites list.

**Listening to Favorites Directly**

1. Touch the Favorites menu to see the Favorites list.

2. Touch the desired favorite to listen.

**Browse Music**

1. Touch Browse Music.

2. Touch the desired item: Playlists, Folders, Artists, Songs, Albums, Genres, and Composers.

3. Touch the desired music to listen.

   The Infotainment Module will recognize playlist files by the extensions .asx, m3u, pls, wpl, b4s, and .xspf.

**Tone Settings**

Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

**Auto Volume**

See "Auto Volume" under "AM-FM Radio" previously in this section.

## MTP (Media Transfer Protocol) Player

**Playing Music from a Supported MTP Device**

Connect the supported MTP device containing music files to the USB port.

● Once the infotainment system finishes reading the information on the device that supports MTP (Media Transfer Protocol), it will be automatically played. If USB Auto Launch is set to Off in Settings, it will not be automatically played.

● If a non-readable device that supports MTP is connected, then an error message will appear and the infotainment system will automatically switch to the previous audio function.

● Depending on the connected device, some files may not play.

● File loading may take a few minutes depending on the type of MTP device or the number of files/folders stored in the MTP device.

● When connecting the MTP device, the infotainment system scans audio files first, and then picture files. While scanning picture files, these files may not be available until the loading indicator on the audio screen disappears even if the audio file in the MTP device is playing.

● If connecting an MTP device that has external memory, it may be recognized as USB1/USB2.

**MJN2106**

- Other operations are the same as the USB player. See "USB Player" under "USB Port" previously in this section.
- The USB connection setting on the device may need to be changed to MTP.

### iPod/iPhone Player

This is limited to devices supporting the iPod/iPhone connection.

#### Playing iPod/iPhone Music Files

Use an Apple certified cord to connect the iPod/iPhone containing the music files to the USB port.

- Once the infotainment system finishes reading the information on the iPod/ iPhone, it will be automatically played from the previously played point. If Auto Launch in Settings is set to Off, it will not be automatically played.

If the iPod/iPhone is already connected, touch ☺, Audio, Source, then iPod to play the iPod/iPhone.

#### Ending iPod/iPhone Playback

1. Touch Source.
2. Select another function by touching AM, FM, AUX, or Bluetooth, or unplug the iPod/iPhone.

To remove the iPod/iPhone, select another function, and then remove the iPod/iPhone.

#### Pause

Touch ‖ during playback.

Touch ▶ to resume playback.

#### Playing the Next Song

Touch ▶▶| to play the next song.

#### Playing the Previous Song

Touch |◀◀ within two seconds of playback time to play the previous song.

#### Returning to the Beginning of the Current Song

Touch |◀◀ after two seconds of playback time.

#### Scanning Forward or Backward

Hold |◀◀ or ▶▶| during playback to rewind or fast forward. Release |◀◀ or ▶▶| to resume playback at normal speed.

#### Playing Files Randomly

Touch ⤨ during playback.

Touch ⤨ again to return to normal playback.

#### Browse Music

1. Touch Browse Music.
2. Touch the desired music.

#### Tone Settings

Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

#### Auto Volume

Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

### Gallery (Pictures)

The infotainment system can view picture files contained in the USB storage device.

#### Before Using the Picture System

- Only the following file extensions are supported: *.jpg, *.bmp, *.png, *.gif.
- Animated GIF is not supported.

MJN2107

- Some files may not operate due to a different format or the condition of the file.

### Viewing a Picture

1. Connect the USB storage device containing the picture files to the USB port.

2. Press ⌂, then ⊕.

3. Touch Gallery, then select the desired picture folder.

4. Select the desired file.

- Touch the screen to hide the control bar. Touch the screen again to show the control bar.
- Some features are disabled while the vehicle is in motion.

### Viewing a Slide Show

- Touch ▷ from the picture screen and the slide show will play.
- Touch the screen to cancel the slide show during slide show playback.

### Viewing a Previous or Next Picture

From the picture screen, touch ⟨ or ⟩ to view the previous or next picture.

### Rotating a Picture

From the picture screen, touch ↻ to rotate the picture.

### Enlarging a Picture

From the picture screen, touch ⊕ to enlarge the picture.

### Using the USB Picture Menu

1. From the picture screen, touch Menu.

2. Touch the desired menu.

- Slide Show Time: Select the slide show interval.
- Clock/Temp Display: To display the clock and temperature on the full screen, select On or Off.
- Display Settings: Adjust the brightness and contrast.

3. After the setting is complete, touch ⟵.

## Auxiliary Devices

The AUX port is in the center console. The infotainment system can play auxiliary music connected by the auxiliary device.

### Playing Music from an Auxiliary Device

Connect the auxiliary device containing the music source to the AUX port. Once connected with the infotainment system, music can be played from the device.

- If the auxiliary device is already connected, touch ⊕, Audio, Source, then AUX to play music from the auxiliary device.
- Use an AUX cable with a 3.5 mm (1/8 in) type connector.

### Tone Settings

From the AUX screen, touch Tone. See "Tone Settings" under "AM-FM Radio" previously in this section.

## Bluetooth Audio

### Bluetooth Music

If equipped, music may be played from a paired Bluetooth device. Refer to the Phone section for help pairing a device.

### Before Playing Bluetooth Music

- The paired bluetooth device must support Bluetooth profiles: A2DP or AVRCP.

**MJN2108**

- Bluetooth music may not be supported depending on the mobile phone or Bluetooth device.
- From the mobile phone or Bluetooth device, find the Bluetooth device type to set/connect the item.
- A ♪ will appear on the screen to indicate a successful Audio Bluetooth connection.
- The sound played by the Bluetooth device is delivered through the infotainment system.
- Bluetooth music can be played only when a Bluetooth device has been connected. To play Bluetooth music, connect the Bluetooth phone to the infotainment system.
- If the Bluetooth device is disconnected while playing music, the music is discontinued. The audio streaming function may not be supported in some Bluetooth phones. Only one function can be used at a time between the Bluetooth hands-free phone function or the Phone music function. For example, if switching to Bluetooth hands-free phone mode while playing Phone music, the music streaming function will be discontinued.

- For Bluetooth music to play, the music must be played at least once from the music player mode of the mobile phone or Bluetooth device after connecting as a stereo headset. After being played at least once, the music player will be automatically played upon entering play mode, and it will be automatically stopped when the music player mode ends. If the mobile phone or Bluetooth device is not in the waiting screen mode, some devices may not automatically play in Bluetooth music play mode.

**Playing Bluetooth Music**

1. Touch ⊕.
2. Touch Audio, then Source on the screen.
3. Touch Bluetooth to select the connected Bluetooth device music play mode.

**Pause**

Touch ‖ during playback.

Touch ▶ again to resume playback.

**Playing the Next Music**

Touch ▶▶| to play the next music.

**Playing the Previous Music**

Touch |◀◀ within two seconds of playback time to play the previous music.

**Returning to the Beginning of the Current Music**

Touch |◀◀ after two seconds of playback time.

**Scanning Forward or Backward**

Hold |◀◀ or ▶▶| during playback to rewind or fast forward. Release |◀◀ or ▶▶| to resume playback at normal speed.

**Playing Files Randomly**

Touch ⤬ during playback.

Touch ⤬ again to return to normal playback.

**Playing Files Repeatedly**

1. Touch ⟲ during playback.
2. Touch the desired option.
   - Repeat All: Plays all files repeatedly.
   - Repeat Song: Plays a current file repeatedly.
   - Repeat Off: Cancels repeat function.

MJN2109

**Browse Music**

This function may not be supported depending on the mobile phone.

1. Touch Browse Music.

2. Touch the desired item. The number of relevant songs is displayed.

3. Touch the desired music to listen.

**Tone Settings**

From the Bluetooth music menu, sound features can be set up. See "Tone Settings" under "AM-FM Radio" previously in this section.

**Auto Volume**

Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

**Manage Bluetooth Devices**

1. Touch Audio Settings.

2. Touch Manage Bluetooth Devices.

3. Select the desired device and then connect/disconnect or delete.

**Playing Bluetooth Music**

- Do not change the track too quickly when playing Bluetooth music.

- It takes some time to transmit data from the mobile phone or Bluetooth device to the infotainment system. The infotainment system outputs the audio from the mobile phone or Bluetooth device as it is transmitted.

- If the mobile phone or Bluetooth device is not in the idle screen mode, it may not automatically play despite being carried out from the Bluetooth music play mode.

- The infotainment system transmits the order to play from the mobile phone in the Bluetooth music play mode. If this is done in a different mode, then the device transmits the order to stop. Depending on the mobile phone's options, this order to play/stop may take time to activate.

- If Bluetooth music playback is not functioning, then check to see if the mobile phone is in the idle screen mode.

- Sometimes, sounds may be cut off during Bluetooth music playback.

## OnStar System

### OnStar with 4G LTE

If equipped with OnStar 4G LTE, up to seven devices, such as smartphones, tablets, and laptops, can be connected to high-speed Internet through the vehicle's built-in Wi-Fi hotspot.

Call 1-888-4-ONSTAR (1-888-466-7827) to connect to an OnStar Advisor for assistance. See www.onstar.com for a detailed instruction guide, vehicle availability, details, and system limitations. Services and apps vary by make, model, year, carrier, availability, and conditions. 4G LTE service is available in select markets. 4G LTE performance is based on industry averages and vehicle systems design. Some services require a data plan.

## Phone

### Bluetooth

#### Bluetooth Wireless Technology

Bluetooth wireless technology establishes a wireless link between two devices supported with Bluetooth. After the initial pairing, the two devices can connect automatically when

MJN2110

turned on. Bluetooth allows wireless transmission of information among Bluetooth phones, PDAs, or other devices within close range by using 2.45 GHz frequency short-distance wireless telecommunication technologies. Within this vehicle, users can make hands-free calls, transmit hands-free data, and play audio streaming files by connecting a mobile phone with the system.

- There may be restrictions on using Bluetooth wireless technology in some locations.
- Due to the variety of Bluetooth devices and their firmware versions, the device may respond differently when performing over Bluetooth.
- See the device's user guide for questions about Bluetooth functionality.
- Multi-pairing is not supported.

**Pairing and Connecting Bluetooth**

To use the Bluetooth feature, make sure the Bluetooth on the device is turned on and the device is in discoverable mode. See the Bluetooth device's user guide.

**When There Is no Paired Device on the Infotainment System**

1. Touch ⊙.
2. Touch Phone, then Add Device.
3. From the device's Bluetooth settings list, select myChevrolet.
4. Touch Code Matches.
5. Verify phone matches.

When the Bluetooth device and infotainment system are successfully paired, the Phone screen appears on the infotainment display.

When the connection fails, a failure message appears on the infotainment display.

**When There Is a Paired Device on the Infotainment System**

1. Touch ⊙.
2. Touch Settings, then Devices on the display.
3. Touch the device to pair from the list, and then follow Step 5.

   To add a device not in the list, touch Add Device.
4. From the device's Bluetooth settings list, select myChevrolet.

5. When the Bluetooth device and the infotainment system are successfully paired, ♪ / ☎ is displayed.
   - The connected mobile phone is highlighted by a ☎ mark.
   - The ♪ / ☎ mark indicates the hands-free and mobile phone music function are enabled.
   - The ☎ mark indicates only Hands-Free function is enabled.
   - The ♪ mark indicates only Bluetooth music is enabled.
- When the Bluetooth device and the infotainment system are successfully paired, the contact list downloads automatically, depending on the type of mobile phone. If the contact list does not download automatically, proceed with the download on the mobile phone. Always accept the contact list request on the initial pairing of the mobile phone.
- The infotainment system can register up to 10 Bluetooth devices.
- When the connection fails, the failure message displays on the infotainment system.

**MJN2111**

- If the contact list has more than 5,000 contacts, the infotainment system may not properly list the remaining entries.
- Depending on the number of contact entries, pairing time may vary.

### Checking the Connected Bluetooth Device

1. Touch 😀.
2. Touch Settings, then Devices.
3. The connected device will be displayed on the top of the list.

### Disconnecting the Bluetooth Device

1. Touch 😀.
2. Touch Settings, then Devices.
3. Touch the name of the device to disconnect.
4. Touch Disconnect Device.

### Connecting the Bluetooth Device

1. Touch 😀.
2. Touch Settings, then Devices.
3. Touch the device to connect.

### Deleting the Bluetooth Device

1. Touch 😀.

2. Touch Settings, then Devices.
3. Touch Delete next to the device to delete.
4. Touch Delete.

## Apple CarPlay and Android Auto

If equipped, Android Auto and/or Apple CarPlay capability may be available through a compatible smartphone. If available, Projection will appear on the Home Page of the infotainment display.

To use Android Auto or Apple CarPlay:

1. Download the Android Auto app to your phone from the Google Play store. No app is required for Apple CarPlay.
2. Connect an Android phone or iPhone by using the compatible phone USB cable and plugging into a USB data port. For best performance, use the device's factory-provided USB cable. Aftermarket or third-party cables may not work.
3. When the phone is first connected to activate Apple CarPlay or Android Auto, the message "Device Projection Privacy Consent" will appear.
   - Select Continue to launch Apple CarPlay or Android Auto.

- Select Disable to remove Apple CarPlay and Android Auto capability from the vehicle Settings menu. Other functions may still work.

Projection on the Home Page will change to Android Auto or Apple CarPlay depending on the phone. Android Auto and/or Apple CarPlay may automatically launch upon USB connection. If not, touch the Android Auto and/or Apple CarPlay icon on the Home Page to launch.

Press ⌂ on the center stack to return to the Home Page.

For further information on how to set up Android Auto and Apple CarPlay in the vehicle, see www.my.chevrolet.com or see *Customer Assistance Offices* ⇨ 264.

Android Auto is provided by Google and is subject to Google's terms and privacy policy. Apple CarPlay is provided by Apple and is subject to Apple's terms and privacy policy. Data plan rates apply. For Android Auto support see https://support.google.com/androidauto. For Apple CarPlay support see www.apple.com/ios/carplay/. Apple or Google may change or suspend availability at any time. Android Auto, Android, Google,

**MJN2112**

Google Play, and other marks are trademarks of Google Inc.; Apple CarPlay is a trademark of Apple Inc.

## Hands-Free Phone

### Making a Call by Entering the Phone Number

1. Touch ⊙.
2. Touch Phone.
3. Enter the phone number using the keypad on the Phone screen.
4. Touch 📞 on the display to call the phone number.

If the wrong number is entered, touch ✕ to delete the entered number one digit at a time. Or touch and hold ✕ to delete all entered numbers.

### Switching a Call to the Mobile Phone (Private Mode)

1. To switch the call to the mobile phone instead of the Bluetooth hands-free, touch 📱.
2. To switch the call back to the Bluetooth hands-free, touch 📱 again.

### Switching the Microphone On/Off

Switch the microphone on/off by touching 🎙.

### Calling by Re-Dial

Touch 📞 on the display.

### Taking Calls

1. When a phone call comes through the Bluetooth connected mobile phone, the playing track will be cut off and the phone will ring with the relevant information displayed.
2. To talk on the phone, press 📞 on the steering wheel control or touch 📞 on the display.

    To reject the call, press 📵 on the steering wheel control or touch 📵 on the display.

### Using the Contacts Menu

1. Touch the contacts menu on the Phone screen.

2. Select the contact entry to call.
   - To call another phone number in the same contacts, touch More in the Contacts screen and touch the desired phone number.
   - In the Contacts screen, touch ★ to add the contact to favorites. Touch ★ again to remove the contact from favorites.

### Making a Call from Favorites

1. Touch the favorites menu on the Phone screen.
2. Select the contact to call.

The Favorites list is not synchronized with the mobile phone and is stored separately.

### Making a Call from Call History

1. Touch 📞 RECENT on the Phone screen.
2. Select the contact to call.
   - 📞: Incoming call
   - 📞: Outgoing call
   - 📞: Missed call

### Making a Call with Speed Dial Numbers

Touch and hold a speed dial number using the keypad on the Phone screen.

**MJN2113**

Only speed dial numbers already stored on the mobile phone can be used for speed dial calls. Up to two-digit speed dial numbers are supported.

For two-digit speed dial numbers, touch and hold the second digit to make a call to the speed dial number.

### Voice Mail

The default voice mail number is the phone number of the currently connected mobile phone. The voice mail number can be changed in Bluetooth settings.

To dial a voice mail number:

1. Touch ⊕.
2. Touch Phone, then Voice Mail.

## Settings

### Operation of the Settings Menu

The infotainment system can be customized to make it easier to use.

1. Touch ⊕.
2. Touch Settings.
3. Touch the desired menu to select the item or to display the item's detailed menu.

4. Touch ⬋ to return to the previous menu.

Settings menus and functions may vary depending on vehicle options.

### Radio Settings

1. Touch ⊕.
2. Touch Settings, then touch Radio Settings.
   - Auto Volume: Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.
   - Maximum Start-Up Volume: Set the Maximum Start-Up Volume from 13 to 37.
   - Audio Cues: Set the Audio Cues feature to On or Off.
   - Audio Cues Volume: Set the Audio Cues Volume from 10 to 63.
   - Audio Volume Setting: Set all Audio Volume features.

Audio Cues Volume is only available when Audio Cues is set to On.

### Devices

1. Touch ⊕.

2. Touch Settings, then touch Devices.
3. Select the desired device and connect/disconnect or delete.

To add a new Bluetooth device, touch Add Device.

### Bluetooth Phone

1. Touch ⊕.
2. Touch Settings, then Bluetooth Phone and touch ⬍ to scroll to the desired mobile phone. This is only available when the device is connected.
   - My Number: Displays the current connected phone number.
   - Privacy: Set whether or not incoming call alerts are shown on the infotainment display.
   - Sort Contacts: Set to First name, surname or Surname, first name.
   - Resync Device Contacts: Resync the contacts list for the current connected mobile phone.

### Apple CarPlay

1. Touch ⊕.
2. Touch Settings and find Apple CarPlay.
3. Select On or Off.

**MJN2114**

### Android Auto

1. Touch ⊙.
2. Touch Settings and find Android Auto.
3. Select On or Off.

Even if Projection is set to Off, connecting the device and touching Projection on the Home Page will display a pop-up message:

- For Apple CarPlay function: "While active, Apple CarPlay will be displayed on this screen."
- For Android Auto function: "While active, Android Auto will be displayed on this screen."

When the device is first connected, the device projection privacy consent pop-up message will be displayed.

- Touch Continue to activate the projection feature.
- Touch Disable and the device is charging only.

If Android Auto is not activated, make sure the mobile phone's USB connection mode is set to MTP.

If the device has not previously been paired, the consent pop-up will display when touching continue.

## Teen Driver

If equipped, this allows multiple keys to be registered for beginner drivers, to encourage safe driving habits. When the vehicle is started with a Teen Driver key, it will automatically activate certain safety systems, allow setting of some features, and limit the use of others. The Report Card will record vehicle data about driving behavior that can be viewed later. When the vehicle is started with a registered key, the Driver Information Center (DIC) displays a message that Teen Driver is active.

**To access:**

1. Touch Settings on the Home Page, then touch Teen Driver.
2. Create a Personal Identification Number (PIN) by choosing a four-digit PIN. Re-enter the PIN to confirm. To change the PIN, select Change PIN.

**The PIN is required to:**
- Register or unregister keys.
- Change Teen Driver settings.
- Change or clear the Teen Driver PIN.
- Access or delete Report Card data.

**Register keys to activate:**

Any vehicle key can be registered, up to a maximum of eight keys. Label the key to tell it apart from the other keys.

1. Start the vehicle.
2. The vehicle must be in P (Park).
3. From the Settings menu, select Teen Driver.
4. Enter the PIN.
5. Place the Remote Keyless Entry (RKE) transmitter key in the transmitter pocket. See *Remote Keyless Entry (RKE) System Operation* ⇨ 7 for the transmitter pocket location.
6. From the Teen Driver Menu, select Key Registration.
   - If the transmitter key is in the transmitter pocket, it will identify whether the transmitter key is registered or unregistered.
   - If the transmitter key is not registered, the option to register displays. Select Register and a confirmation message displays.
   - If the transmitter key is already registered, the option to unregister displays. If Unregister is selected, the

transmitter key is no longer registered and a confirmation message displays.

If a Teen Driver transmitter key and a non-Teen Driver transmitter key are both present at start up, the vehicle will recognize the non-Teen Driver transmitter key to start the vehicle. The Teen Driver settings will not be active.

**Manage Settings**

Use the PIN to change the following settings:

**Audio Volume Limit :** Allows a maximum radio volume to be set. Turn the audio volume limit On or Off, and if equipped, choose the maximum level for the audio volume.

**Teen Driver Speed Warning :** Allows for setting a visual and audible warning when a certain speed is exceeded. The speed warning is selectable from 64 km/h (40 mph) to 120 km/h (75 mph). The speed warning does not limit the speed of the vehicle.

**Teen Driver Speed Limiter (If Equipped) :** Allows the maximum speed of the vehicle to be limited to 137 km/h (85 mph). When the speed limiter is turned On and the vehicle is

started with a Teen Driver key, the DIC displays a message that the top speed is limited to 137 km/h (85 mph).

When Teen Driver is Active:

- The radio will mute when the driver seat belt is not fastened, and in some vehicles, when the right front passenger seat belt is not fastened. The audio from any device paired to the vehicle will also be muted.

- Certain electronic devices placed on the front passenger seat could cause the passenger sensing system to falsely sense an unbuckled front passenger and mute the radio. See *Passenger Sensing System* ⇨ *44*.

- Some safety systems, such as Automatic Emergency Braking, if equipped and supported, cannot be turned off.

- The gap setting for the Forward Collision Alert, if equipped, cannot be changed.

**Report Card**

The vehicle owner must secure the driver's consent to record certain vehicle data when the vehicle is driven with a registered Teen Driver key. There is one Report Card per vehicle. Data is not recorded when Teen Driver is not active.

The Report Card data is collected from the time Teen Driver is activated or the last time the Report Card was reset. The following items may be recorded:

- Distance Driven – the total distance driven.

- Maximum Speed – the maximum vehicle speed recorded.

- Overspeed Warnings – the number of times the speed warning setting was exceeded.

- Forward Collision Alerts – the number of times the driver was notified when approaching a vehicle ahead too quickly and at potential risk for a crash.

- Forward Collision Avoidance Braking – the number of times the vehicle detected that a forward collision was imminent and applied the brakes. Also referred to as Automatic Emergency Braking.

- Stability Control – the number of events which required the use of electronic stability control.

- ABS Active – the number of Antilock Brake System activations.

- Tailgating Alerts – the number of times the driver was alerted for following the vehicle ahead too closely.

**MJN2116**

- Traction Control – the number of times the Traction Control System activated to reduce wheel spin or loss of traction.
- Wide Open Throttle – the number of times the accelerator pedal was pressed nearly all the way down.

**Delete Report Card Data**

Data is saved for all trips until the data is deleted using the PIN or until the maximum count is exceeded. Each item will report a maximum of 1,000 counts. The distance driven will report a maximum of 64,374 km (40,000 mi).

To delete Report Card data, do one of the following:

- From the Report Card display, select Reset.
- Select Clear All Teen Keys/PIN from the Teen Driver menu. This will also unregister any Teen Driver keys and delete the PIN.

**Forgotten PIN**

See your dealer to reset the PIN.

## Trademarks and License Agreements

### FCC Information

See *Radio Frequency Statement* ⇨ 271.



"Made for iPod," and "Made for iPhone," mean that an electronic accessory has been designed to connect specifically to iPod or iPhone, respectively, and has been certified by the developer to meet Apple performance standards. Apple is not responsible for the operation of this device or its compliance with safety and regulatory standards. Please note that the use of this accessory with iPod or iPhone may affect wireless performance. iPhone, iPod, iPod classic, iPod nano, iPod shuffle, and iPod touch are trademarks of Apple Inc., registered in the U.S. and other countries.

If you decide to continue service after your trial, your selected subscription plan will automatically renew thereafter. You will be charged at then-current rates. Fees and taxes apply. Please see the SiriusXM Customer Agreement at siriusxm.com for complete terms and how to cancel, which includes calling SiriusXM at 1-866-635-2349. All fees and programming are subject to change.

Fees and Taxes: Subscription fee, taxes, one time activation fee, and other fees may apply. Subscription fee is consumer only. All fees and programming subject to change. Subscriptions subject to Customer Agreement available at www.siriusxm.com. SiriusXM service is only available in the 48 contiguous United States and Canada.

In Canada: Some deterioration of service may occur in extreme northern latitudes. This is beyond the control of SiriusXM Satellite Radio.

Explicit Language Notice: Channels with frequent explicit language are indicated with an "XL" preceding the channel name. Channel blocking is available for SiriusXM Satellite Radio receivers by notifying SiriusXM:

- USA Customers — See www.siriusxm.com or call 1-888-601-6296.
- Canada Customers — See www.siriusxm.ca or call 1-877-438-9677.

It is prohibited to copy, decompile, disassemble, reverse engineer, hack, manipulate, or otherwise make available any technology or software incorporated in receivers compatible with the SiriusXM Satellite Radio System or that support the SiriusXM website, the Online Service or any of its content. Furthermore, the AMBER voice compression software included in this product is protected by intellectual property rights including patent rights, copyrights, and trade secrets of Digital Voice Systems, Inc.

General Requirements:

1. A License Agreement from SiriusXM is required for any product that incorporates SiriusXM Technology and/or for use of any of the SiriusXM marks to be manufactured, distributed, or marketed in the SiriusXM Service Area.

2. For products to be distributed, marketed, and/or sold in Canada, a separate agreement is required with Canadian Satellite Radio Inc. (operating as SiriusXM Canada).



TouchSense Technology and TouchSense System 1000 Series Licensed from Immersion Corporation. TouchSense System 1000 protected under one or more of the U.S. Patents at the following address www.immersion.com/patent-marking.html and other patents pending.

**Bose**

Bose AudioPilot and Bose Centerpoint surround are registered trademarks of Bose Corporation in the U.S. and other countries.

**HD Radio Technology**



HD Radio Technology manufactured under license from iBiquity Digital Corporation. U.S. and Foreign Patents. For patents see http://dts.com/patents. HD Radio and the HD, HD Radio, and "ARC" logos are registered trademarks or trademarks of iBiquity Digital Corporation in the United States and/or other countries.

**Bluetooth**

The Bluetooth word mark and logos are owned by the Bluetooth SIG, Inc. and any use of such marks by General Motors is under license. Other trademarks and trade names are those of their respective owners.

**Java**

Java is a registered trademark of Oracle and/or its affiliates.

**MJN2118**

### Schedule I: Gracenote EULA



Music recognition technology and related data are provided by Gracenote. Gracenote is the industry standard in music recognition technology and related content delivery. For more information see www.gracenote.com.

Music-related data from Gracenote, Inc., copyright © 2000 to present Gracenote. Gracenote Software, copyright © 2000 to present Gracenote. One or more patents owned by Gracenote may apply to this product and service. See the Gracenote website for a non-exhaustive list of applicable Gracenote patents. Gracenote, CDDB, MusicID, MediaVOCS, the Gracenote logo and logotype, and the "Powered by Gracenote" logo are either registered trademarks or trademarks of Gracenote in the United States and/or other countries.

**Gracenote Terms of Use**

This application or device contains software from Gracenote, Inc. of Emeryville, California ("Gracenote"). The software from Gracenote (the "Gracenote Software") enables this application to do disc or file identification and obtain music-related information, including name, artist, track, and title information ("Gracenote Data") from online servers or embedded databases (collectively, "Gracenote Servers") and to perform other functions. You may use Gracenote Data only by means of the intended End-User functions of this application or device.

This application or device may contain content belonging to Gracenote's providers. If so, all of the restrictions set forth herein with respect to Gracenote Data shall also apply to such content and such content providers shall be entitled to all of the benefits and protections set forth herein that are available to Gracenote.

You agree that you will use Gracenote Data, the Gracenote Software, and Gracenote Servers for your own personal non-commercial use only. You agree not to assign, copy, transfer or transmit the Gracenote Software or any Gracenote Data to any third party. YOU AGREE NOT TO USE OR EXPLOIT GRACENOTE DATA, THE GRACENOTE SOFTWARE, OR GRACENOTE SERVERS, EXCEPT AS EXPRESSLY PERMITTED HEREIN.

You agree that your non-exclusive license to use the Gracenote Data, the Gracenote Software, and Gracenote Servers will terminate if you violate these restrictions. If your license terminates, you agree to cease any and all use of the Gracenote Data, the Gracenote Software, and Gracenote Servers. Gracenote reserves all rights in Gracenote Data, the Gracenote Software, and the Gracenote Servers, including all ownership rights. Under no circumstances will Gracenote become liable for any payment to you for any information that you provide. You agree that Gracenote may enforce its rights under this Agreement against you directly in its own name.

The Gracenote service uses a unique identifier to track queries for statistical purposes. The purpose of a randomly assigned numeric identifier is to allow the Gracenote service to count queries without knowing anything about who you are. For more information, see the web page for the Gracenote Privacy Policy for the Gracenote service.

MJN2119

The Gracenote Software and each item of Gracenote Data are licensed to you "AS IS." Gracenote makes no representations or warranties, express or implied, regarding the accuracy of any Gracenote Data. Gracenote reserves the right to delete data from the Gracenote Servers or to change data categories for any cause that Gracenote deems sufficient. No warranty is made that the Gracenote Software or Gracenote Servers are error-free or that functioning of Gracenote Software or Gracenote Servers will be uninterrupted. Gracenote is not obligated to provide you with new enhanced or additional data types or categories that Gracenote may provide in the future and is free to discontinue its services at any time.

GRACENOTE DISCLAIMS ALL WARRANTIES EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT. GRACENOTE DOES NOT WARRANT THE RESULTS THAT WILL BE OBTAINED BY YOUR USE OF THE GRACENOTE SOFTWARE OR ANY GRACENOTE SERVER. IN NO CASE WILL GRACENOTE BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES OR FOR ANY LOST PROFITS OR LOST REVENUES.

© 2014. Gracenote, Inc. All Rights Reserved.

**MPEG4–AVC (H.264)**

THIS PRODUCT IS LICENSED UNDER THE AVC PATENT PORTFOLIO LICENSE FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE AVC STANDARD ("AVC VIDEO") AND/OR (ii) DECODE AVC VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE AVC VIDEO. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, LLC. SEE HTTP://WWW.MPEGLA.COM.

**VC-1**

THIS PRODUCT IS LICENSED UNDER THE VC-1 PATENT PORTFOLIO LICENSE FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE VC-1 STANDARD ("VC-1 VIDEO") AND/OR (ii) DECODE VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER

LICENSED TO PROVIDE VC-1 VIDEO. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, LLC. SEE HTTP://WWW.MPEGLA.COM.

**MPEG4–Visual**

USE OF THIS PRODUCT IN ANY MANNER THAT COMPLIES WITH THE MPEG-4 VISUAL STANDARD IS PROHIBITED, EXCEPT FOR USE BY A CONSUMER ENGAGING IN PERSONAL AND NON-COMMERCIAL ACTIVITIES.

**MP3**

MPEG Layer-3 audio coding technology licensed from Fraunhofer IIS and Thomson.

**WMV/WMA**

This product includes technology owned by Microsoft Corporation and under a license from Microsoft Licensing, GP. Use or distribution of such technology outside of this product is prohibited without a license from Microsoft Corporation and/or Microsoft Licensing, GP as applicable.

**MJN2120**

**Unicode**

Copyright © 1991-2010 Unicode, Inc. All rights reserved. Distributed under the Terms of Use in http://www.unicode.org/copyright.html.

**Free Type Project**

Portions of this software are copyright © 2010 The FreeType Project (http://www.freetype.org). All rights reserved.

**Open Source SW**

Further information concerning the OSS licenses is shown in the infotainment display.

**QNX**

Portions of this software are copyright © 2008-2011, QNX Software Systems. All rights reserved.

**Part C – EULA**

Copyright © 2011, Software Systems GmbH & Co. KG. All Rights Reserved.

The product you have purchased ("Product") contains Software (Runtime Configuration No. 505962; "Software") which is distributed by or on behalf of the Product manufacturer "Manufacturer") under license from Software

Systems Co. ("QSSC"). You may only use the Software in the Product and in compliance with the license terms below.

Subject to the terms and conditions of this License, QSSC hereby grants you a limited, non-exclusive, non-transferable license to use the Software in the Product for the purpose intended by the Manufacturer. If permitted by the Manufacturer, or by applicable law, you may make one backup copy of the Software as part of the Product software. QSSC and its licensors reserve all license+C31 rights not expressly granted herein, and retain all right, title and interest in and to all copies of the Software, including all intellectual property rights therein. Unless required by applicable law you may not reproduce, distribute or transfer, or de-compile, disassemble or otherwise attempt to unbundle, reverse engineer, modify or create derivative works of, the Software. You agree: (1) not to remove, cover or alter any proprietary notices, labels or marks in or on the Software, and to ensure that all copies bear any notice contained on the original; and (2) not to export the Product or the Software in contravention of applicable export control laws.

EXCEPT TO THE EXTENT OTHERWISE REQUIRED BY APPLICABLE LAW, QSSC AND ITS LICENSORS PROVIDE THE SOFTWARE ON AN "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, EITHER EXPRESS OR IMPLIED INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OR CONDITIONS OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. ANY WARRANTIES OR OTHER PROVISIONS OFFERED BY THE MANUFACTURER OR ITS DISTRIBUTOR(S) THAT DIFFER FROM THIS LICENSE ARE OFFERED BY THE MANUFACTURER OR ITS DISTRIBUTOR(S) ALONE AND NOT BY QSSC, ITS AFFILIATES OR THEIR LICENSORS. YOU ASSUME ANY RISKS ASSOCIATED WITH YOUR USE OF THE SOFTWARE UNDER THIS LICENSE.

EXCEPT TO THE EXTENT OTHERWISE REQUIRED BY APPLICABLE LAW (SUCH AS IN THE CASE OF DELIBERATE OR GROSSLY NEGLIGENT ACTS), IN NO EVENT SHALL QSSC, ITS AFFILIATES OR THEIR LICENSORS BE LIABLE TO YOU UNDER ANY LEGAL THEORY, WHETHER IN TORT (INCLUDING NEGLIGENCE), CONTRACT OR OTHERWISE, FOR DAMAGES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY CHARACTER ARISING AS A RESULT OF THIS LICENSE OR OUT OF THE USE OR

**MJN2121**

INABILITY TO USE THE PRODUCT (INCLUDING BUT NOT LIMITED TO DAMAGES FOR LOSS OF GOODWILL, WORK STOPPAGE, PRODUCT FAILURE OR MALFUNCTION, OR ANY AND ALL OTHER COMMERCIAL DAMAGES OR LOSSES), EVEN IF QSSC, ITS AFFILIATES OR THEIR LICENSORS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**WMA**

This product is protected by certain intellectual property rights of Microsoft. Use or distribution of such technology outside of this product is prohibited without a license from Microsoft.

For more information on the Software, including any open source software license terms (and available source code) as well as copyright attributions applicable to the Runtime Configuration indicated above, please contact the Manufacturer or contact QSSC at 175 Terence Matthews Crescent, Kanata, Ontario, Canada K2M 1W8 (licensing@qnx.com).

**Linotype**

Helvetica is a trademark of Linotype Corp. registered in the U.S. Patent and Trademark Office and may be registered in certain other jurisdictions in the name of Linotype Corp. or its licensee Linotype GmbH.

Usage in text form of each of the Licensed Trademarks is:

The trademark attribution requirements for the Licensed Trademarks may be viewed at http://www.linotype.com/2061-19414/trademarks.html.

**END USER NOTICE**

The marks of companies displayed by this product to indicate business locations are the marks of their respective owners. The use of such marks in this product does not imply any sponsorship, approval, or endorsement by such companies of this product.

**MJN2122**

# Climate Controls

## Climate Control Systems

Automatic Climate Control System .... 140

## Air Vents

Air Vents ............................. 143

## Maintenance

Air Intake ............................ 144
Passenger Compartment Air Filter .... 144
Air Conditioning Regular Operation .... 145
Service ............................... 145

# Climate Control Systems

## Automatic Climate Control System

The climate control buttons on the center stack and on the climate control display are used to adjust the heating, cooling, and ventilation.



**Center Stack Climate Controls**

1. Defrost/Defog
2. Air Delivery Mode Controls
3. Max Defrost
4. Manual Fan Control Buttons
5. Temperature Control Knob
6. AUTO (Automatic Operation)
7. Rear Window Defogger

## Climate Control Display



1. Driver and Passenger Heated Seats (If Equipped)
2. Climate On-Off
3. Recirculation
4. Heater Power
5. A/C (Air Conditioning) Power
6. Fan Speed and Temperature Status

The heated seats, if equipped, climate on/off, recirculation, heat, and air conditioning can be controlled by touching Climate Settings on the infotainment Home Page.

## MJN2123

A selection can then be made on the climate settings page.

### Automatic Operation

The system automatically controls the fan speed, air delivery, air conditioning, electric heating, and recirculation to heat or cool the vehicle to the selected temperature.

When AUTO is lit, all five functions operate automatically. Each function can also be manually set and the selected setting is displayed or the indicator is lit. Functions not manually set will continue to be automatically controlled, even if the AUTO indicator is not lit.

For automatic operation:

1. Press AUTO.
2. Set the temperature. An initial setting of 22 °C (72 °F) is recommended. Allow the system time to stabilize. Adjust the temperature as needed.

### Manual Operation

ON : Touch to turn the climate control system on and off.

The climate control system will turn on when any climate control button is pressed on the center stack or touched on the climate control display. To turn the system off, touch ON again.

⌂ or ☁ : Press the buttons to increase or decrease the fan speed. The fan speed setting appears on the climate control display. Manually adjusting the fan speed cancels automatic fan control. Press AUTO to return to automatic operation. Touch ON to turn off the fan and the climate control system.

Temperature Control : Turn the knob clockwise or counterclockwise to increase or decrease the temperature setting.

Air Delivery Mode Control : Press ⬎, ⤴, or ∰ on the center stack to change the direction of airflow. Any combination of the three buttons can be selected. The selected air delivery mode button indicator is lit.

Pressing any button cancels automatic air delivery control and the direction of the airflow can be controlled manually. Press AUTO to return to automatic operation.

∰ : Air is directed to the windshield.

⤴ : Air is directed to the instrument panel outlets.

⬎ : Air is directed to the floor outlets.

∰ MAX : Air is directed to the windshield and the fan runs at a higher speed. Fog or frost is cleared from the windshield more quickly. When the button is pressed again, the system returns to the previous mode setting.

For best results, clear all snow and ice from the windshield before defrosting.

↺ : Touch to turn on recirculation.

An indicator light comes on. Air is recirculated to quickly cool the inside of the vehicle or to reduce the entry of outside air and odors. Using the recirculation mode for extended periods may cause the windows to fog. If this happens, select the defrost mode.

Using air conditioning and recirculation together for long periods of time may cause the air inside the vehicle to become too dry. To prevent this from happening, after the air in the vehicle has cooled, turn the recirculation mode off.

MJN2124

Touching this button cancels automatic recirculation. Press AUTO to return to automatic operation; recirculation runs automatically as needed.

≋ **HEAT :** Touch to turn the heater on when the fan is on.

**A/C :** Touch to turn the air conditioning on when the fan is on.

**Auto Defog :** The system will monitor high humidity inside the vehicle. When high humidity is detected, the climate control system may adjust to outside air supply and turn on the air conditioner or the heater. The fan speed may slightly increase to help prevent fogging. When high humidity is no longer detected, the system will return to its prior operation. To turn Auto Defog off or on, see "Climate and Air Quality" under *Vehicle Personalization* ⇨ 101.

**Auto Heated Seats :** If equipped, when the vehicle is on, this feature will automatically activate the heated seats at the level required by the vehicle's interior temperature. In auto mode, the indicators automatically show the level setting required.

Use the manual heated seat buttons on the infotainment display to turn auto heated seats off. Once this feature is turned off, the auto heated seats will be activated the next time the vehicle is turned on.

In manual mode, the controls can be accessed while the vehicle is on by touching ⩊ or ⩊ with three level indicators high, medium, low or off on the climate control display. If the passenger seat is unoccupied, the auto heated seats feature will not activate that seat. See *Heated Front Seats* ⇨ 29 and *Vehicle Personalization* ⇨ 101.

### Rear Window Defogger

⊟ : Press to turn the rear window defogger on or off. An indicator light on the button comes on to show that the rear window defogger is on.

The defogger only works when the vehicle is on. The defogger will turn off if the vehicle is turned off.

| Caution |
| --- |
| Do not try to clear frost or other material from the inside of the front windshield and rear window with a razor blade or<br>(Continued) |

| Caution (Continued) |
| --- |
| anything else that is sharp. This may damage the rear window defogger grid and affect the radio's ability to pick up stations clearly. The repairs would not be covered by the vehicle warranty. |

**Remote Start :** The climate control system may be started by using the Remote Keyless Entry (RKE) transmitter. The climate control system will default to an appropriate heating or cooling mode. See *Remote Start* ⇨ 13.

The rear window defogger turns on if it is cold outside.

#### Mobile Application Feature

If equipped, this feature allows a smartphone to set the start-up climate control settings. The following features can be set:

- Temperature
- Fan Speed
- Air Delivery Mode
- Climate Mode
- Recirculation

**MJN2125**

Once the settings are saved through the application, the vehicle will use these settings when turned on. After the vehicle is turned on, use the climate controls if additional adjustments are desired.

### Sensors

#### Indicator Light and Solar Sensor (ILSS)

The ILSS is on top of the instrument panel, near the windshield, where it monitors solar intensity.

The climate control system uses the sensor information to adjust the temperature, fan speed, recirculation, and air delivery mode for best comfort.

Do not cover the sensor; otherwise the automatic climate control system may not work properly.

#### Humidity Sensor

The humidity sensor is near the base of the inside rearview mirror. The climate control system uses the sensor information to adjust the temperature and recirculation for best comfort.

#### Outside Air Temperature Sensor

The outside air temperature sensor is behind the front grille of the vehicle. The vehicle uses the sensor information to display outside air temperature. The climate control system uses the information to adjust the climate system operation.

## Air Vents

Adjustable air vents are in the center and on the side of the instrument panel.



Move the slats to change the direction of the airflow. The center air vent does not close completely.



Move the slats to change the direction of the airflow.

Additional air vents are located beneath the windshield and the driver and passenger side door windows, and in the footwells. These are fixed and cannot be adjusted.

#### Operation Tips

- Keep all outlets open whenever possible for best system performance.
- Clear snow off the hood to improve visibility and help decrease moisture drawn into the vehicle.
- Keep the path under all seats clear of objects to help circulate the air inside the vehicle more effectively.

MJN2126

- Use of non-GM approved hood deflectors can adversely affect the performance of the system.
- Do not attach any devices to the air vent slats. This restricts airflow and may cause damage to the air vents.

## Maintenance

### Air Intake



The air intake at the base of the windshield under the hood must be kept clear to allow the flow of air into the vehicle. Clear away any ice, snow, or leaves.

### Passenger Compartment Air Filter

The filter reduces the dust, pollen, and other airborne irritants from outside air that is pulled into the vehicle.

Replace the filter as part of routine scheduled maintenance.



1. Open the glove box.



2. Pull the damper and push the side wall to unlock the stopper.
3. Lower the glove box completely.



MJN2127

4. Hold the right side of the filter cover, and then pull and remove it.

5. Install the new air filter.

6. Reinstall the filter cover.

7. Reconnect the glove box damper.

8. Reinstall the glove box.

See your dealer if additional assistance is needed.

### Air Conditioning Regular Operation

To ensure continuous efficient performance, operate the air conditioning for a few minutes once a month. The air conditioning will not operate if the outside temperature is too low.

| Caution |
| --- |
| Damage caused by improper refrigerant usage could lead to costly repairs and may not be covered by the vehicle warranty. Refrigerant systems should only be serviced by qualified personnel. Always use the correct refrigerant. |

| ⚠ Warning |
| --- |
| Performing service work to the climate control system could cause personal injury or damage to the vehicle. Climate control systems are serviced by qualified personnel only. |

### Service

All vehicles have a label underhood that identifies the refrigerant used in the vehicle. The refrigerant system should only be serviced by trained and certified technicians. The air conditioning evaporator should never be repaired or replaced by one from a salvage vehicle. It should only be replaced by a new evaporator to ensure proper and safe operation.

During service, all refrigerants should be reclaimed with proper equipment. Venting refrigerants directly to the atmosphere is harmful to the environment and may also create unsafe conditions based on inhalation, combustion, frostbite, or other health-based concerns.

The air conditioning system requires periodic maintenance. See *Maintenance Schedule* ⇨ *253*.

**MJN2128**

# Driving and Operating

## Driving Information

Driving for Better Energy Efficiency .... 147
Distracted Driving ..................... 148
Defensive Driving ..................... 148
Impaired Driving ...................... 149
Control of a Vehicle ................... 149
Braking ............................... 149
Steering .............................. 149
Off-Road Recovery ..................... 150
Loss of Control ....................... 150
Driving on Wet Roads ................. 151
Hill and Mountain Roads .............. 151
Winter Driving ........................ 152
If the Vehicle Is Stuck ................. 152
Vehicle Load Limits ................... 153

## Starting and Operating

New Vehicle Break-In .................. 156
Power Button .......................... 156
Starting and Stopping the Vehicle .... . 157
Retained Accessory Power (RAP) ....... 158
Shifting Into Park ..................... 158
Shifting out of Park ................... 159
Extended Parking ...................... 159

## Electric Vehicle Operating Modes

Driver Selected Operating Modes ...... 159

## Electric Drive Unit

Electric Drive Unit .................... 160
One-Pedal Driving .................... 163

## Brakes

Antilock Brake System (ABS) ........... 163
Electric Parking Brake ................. 164
Brake Assist .......................... 165
Hill Start Assist (HSA) ................. 165
Regenerative Braking ................. 165

## Ride Control Systems

Traction Control/Electronic Stability
    Control ............................. 166

## Cruise Control

Cruise Control ......................... 167

## Driver Assistance Systems

Driver Assistance Systems ............. 169
Assistance Systems for Parking or
    Backing ............................. 171
Assistance Systems for Driving ........ 173
Forward Collision Alert (FCA)
    System ............................. 174
Automatic Emergency Braking (AEB) ... 175
Front Pedestrian Braking (FPB)
    System ............................. 176
Side Blind Zone Alert (SBZA) ........... 178
Lane Change Alert (LCA) ............... 178
Lane Keep Assist (LKA) ................ 179

## Charging

When to Charge ....................... 181
Plug-In Charging ...................... 181
Delayed Charging Override ........... 185
Charging Status Feedback ............. 186
Charge Cord .......................... 189
Utility Interruption of Charging ...... 194
Electrical Requirements for Battery
    Charging ........................... 194

## Trailer Towing

General Towing Information ........... 194

## Conversions and Add-Ons

Add-On Electrical Equipment .......... 195

**MJN2129**

# Driving Information

## Driving for Better Energy Efficiency

Use the following tips to help maximize energy efficiency and range.

In colder temperatures, while these efficiency tips will help, the electric vehicle driving range will be lower due to higher energy usage including energy spent heating the cabin.

The Range Impacts screen estimates the influence of the main factors impacting vehicle range. After charging is complete, this information is reset. See "Range Impacts" under. See *Energy Information* ⇨ 97.

### Acceleration/Braking/Coasting

Avoid rapid accelerations and decelerations.

Electric range is maximized at 89 km/h (55 mph) and less.

Use cruise control when appropriate.

Plan ahead for decelerations and coast whenever possible. Do not rush to traffic signals, and do not shift to N (Neutral) to coast.

The vehicle recovers more energy while coasting and braking in L (Low) than in D (Drive) mode.

Using the steering wheel paddle during deceleration recovers more energy. See *Regenerative Braking* ⇨ 165.

### Terrain and Vehicle Speed

Higher speeds and grade changes use more energy and can significantly reduce electric range.

### Climate Setting

Using the heat and air conditioning systems decreases the energy available for electric driving.

Optimal energy efficiency is achieved when the heat, air conditioning, and fan are turned off.

Use the heated seat feature instead of climate control system. Heating the seat uses less energy than heating the vehicle interior.

Use remote start to heat or cool the interior when the vehicle is plugged in to maximize the electric range by utilizing electricity from the electrical outlet.

In hot weather, avoid parking in direct sunlight or use sunshades inside the vehicle.

Keep the inside of the windows clean to reduce fogging, and turn off the front defroster and rear defogger when they are not needed.

Avoid driving with the windows open at highway speeds.

Use the Enhanced Battery Gauge on the Instrument Cluster to view the effect of climate control settings on your estimated range. See *Battery Gauge (High Voltage)* ⇨ 82.

### Outside Temperature

On colder days, it is best to plug in the vehicle overnight, and then remote start the vehicle.

Allow the vehicle to warm up for 20 minutes before driving.

If possible, use a level 2 (240 volt) high power charge station for best results. This allows the interior of the vehicle and high voltage battery to warm to optimal temperature.

**MJN2130**

### Vehicle Charging/Maintenance

#### Charging

Keep the vehicle plugged in, even when fully charged, to keep the battery temperature ready for the next drive. This is important when outside temperatures are extremely hot or cold.

#### Maintenance

Always keep the tires properly inflated and the vehicle properly aligned.

The weight of excess cargo in the vehicle affects efficiency and range. Avoid carrying more than is needed.

Avoid unnecessary use of electrical accessories. Power used for functions other than propelling the vehicle will reduce EV range.

Using a rooftop carrier will reduce efficiency due to additional weight and drag.

### Distracted Driving

Distraction comes in many forms and can take your focus from the task of driving. Exercise good judgment and do not let other activities divert your attention away from the road. Many local governments have enacted laws regarding driver distraction. Become familiar with the local laws in your area.

To avoid distracted driving, keep your eyes on the road, keep your hands on the steering wheel, and focus your attention on driving.

- Do not use a mobile phone in demanding driving situations. Use a hands-free method to place or receive necessary phone calls.
- Watch the road. Do not read, take notes, or look up information on mobile phones or other electronic devices.
- Designate a front seat passenger to handle potential distractions.
- Become familiar with vehicle features before driving, such as programming favorite radio stations and adjusting climate control and seat settings. Program all trip information into any navigation device prior to driving.
- Wait until the vehicle is parked to retrieve items that have fallen to the floor.
- Stop or park the vehicle to tend to children.
- Keep pets in an appropriate carrier or restraint.
- Avoid stressful conversations while driving, whether with a passenger or on a mobile phone.

### ⚠ Warning

Taking your eyes off the road too long or too often could cause a crash resulting in injury or death. Focus your attention on driving.

Refer to the Infotainment section for more information on using that system, including pairing and using a mobile phone.

### Defensive Driving

Defensive driving means "always expect the unexpected." The first step in driving defensively is to wear the seat belt.

- Assume that other road users (pedestrians, bicyclists, and other drivers) are going to be careless and make mistakes. Anticipate what they might do and be ready.
- Allow enough following distance between you and the driver in front of you.
- Focus on the task of driving.

MJN2131

## Impaired Driving

Death and injury associated with impaired driving is a global tragedy.

### ⚠ Warning

Drinking alcohol or taking drugs and then driving is very dangerous. Your reflexes, perceptions, attentiveness, and judgment can be affected by even a small amount of alcohol or drugs. You can have a serious — or even fatal — collision if you drive after drinking or taking drugs.

Do not drive while under the influence of alcohol or drugs, or ride with a driver who has been drinking or is impaired by drugs. Find alternate transportation home; or if you are with a group, designate a driver who will remain sober.

## Control of a Vehicle

Braking, steering, and accelerating are important factors in helping to control a vehicle while driving.

## Braking

Braking action involves perception time and reaction time. Deciding to push the brake pedal is perception time. Actually doing it is reaction time.

Average driver reaction time is about three-quarters of a second. In that time, a vehicle moving at 100 km/h (60 mph) travels 20 m (66 ft), which could be a lot of distance in an emergency.

Helpful braking tips to keep in mind include:

- Keep enough distance between you and the vehicle in front of you.
- Avoid needless heavy braking.
- Keep pace with traffic.

## Steering

### Caution

To avoid damage to the steering system, do not drive over curbs, parking barriers, or similar objects at speeds greater than 3 km/h (1 mph). Use care when driving over other objects such as lane dividers and speed bumps. Damage caused by misuse of the vehicle is not covered by the vehicle warranty.



### Variable Effort Steering

The vehicle has a steering system that varies the amount of effort required to steer the vehicle in relation to the speed of the vehicle.

The amount of steering effort required is less at slower speeds to make the vehicle more maneuverable and easier to park. At faster speeds, the steering effort increases to provide a sport-like feel to the steering. This provides maximum control and stability.

### Electric Power Steering

The vehicle has electric power steering. It does not have power steering fluid. Regular maintenance is not required.

MJN2132

If power steering assist is lost due to a system malfunction, the vehicle can be steered, but may require increased effort.

If the steering wheel is turned until it reaches the end of its travel and is held against that position for an extended period of time, power steering assist may be reduced.

If the steering assist is used for an extended period of time while the vehicle is not moving, power assist may be reduced.

Normal use of the power steering assist should return when the system cools down.

See your dealer if there is a problem.

### Curve Tips

- Take curves at a reasonable speed.
- Reduce speed before entering a curve.
- Maintain a reasonable steady speed through the curve.
- Wait until the vehicle is out of the curve before accelerating gently into the straightaway.

### Steering in Emergencies

- There are some situations when steering around a problem may be more effective than braking.

- Holding both sides of the steering wheel allows you to turn 180 degrees without removing a hand.
- Antilock Brake System (ABS) allows steering while braking.

## Off-Road Recovery



The vehicle's right wheels can drop off the edge of a road onto the shoulder while driving. Follow these tips:

1. Ease off the accelerator and then, if there is nothing in the way, steer the vehicle so that it straddles the edge of the pavement.

2. Turn the steering wheel about one-eighth of a turn, until the right front tire contacts the pavement edge.

3. Turn the steering wheel to go straight down the roadway.

## Loss of Control

### Skidding

There are three types of skids that correspond to the vehicle's three control systems:

- Braking Skid — wheels are not rolling.
- Steering or Cornering Skid — too much speed or steering in a curve causes tires to slip and lose cornering force.
- Acceleration Skid — too much throttle causes the driving wheels to spin.

Defensive drivers avoid most skids by taking reasonable care suited to existing conditions, and by not overdriving those conditions. But skids are always possible.

If the vehicle starts to slide, follow these suggestions:

- Ease your foot off the accelerator pedal and steer the way you want the vehicle to go. The vehicle may straighten out. Be ready for a second skid if it occurs.

**MJN2133**

- Slow down and adjust your driving according to weather conditions. Stopping distance can be longer and vehicle control can be affected when traction is reduced by water, snow, ice, gravel, or other material on the road. Learn to recognize warning clues — such as enough water, ice, or packed snow on the road to make a mirrored surface — and slow down when you have any doubt.

- Try to avoid sudden steering, acceleration, or braking, including reducing vehicle speed by shifting to a lower gear. Any sudden changes could cause the tires to slide.

Remember: Antilock brakes help avoid only the braking skid.

### Driving on Wet Roads

Rain and wet roads can reduce vehicle traction and affect your ability to stop and accelerate. Always drive slower in these types of driving conditions and avoid driving through large puddles and deep-standing or flowing water.

⚠ **Warning**

Wet brakes can cause crashes. They might not work as well in a quick stop and could cause pulling to one side. You could lose control of the vehicle.

After driving through a large puddle of water or a car/vehicle wash, lightly apply the brake pedal until the brakes work normally.

Flowing or rushing water creates strong forces. Driving through flowing water could cause the vehicle to be carried away. If this happens, you and other vehicle occupants could drown. Do not ignore police warnings and be very cautious about trying to drive through flowing water.

### Hydroplaning

Hydroplaning is dangerous. Water can build up under the vehicle's tires so they actually ride on the water. This can happen if the road is wet enough and you are going fast enough. When the vehicle is hydroplaning, it has little or no contact with the road.

There is no hard and fast rule about hydroplaning. The best advice is to slow down when the road is wet.

### Other Rainy Weather Tips

Besides slowing down, other wet weather driving tips include:

- Allow extra following distance.
- Pass with caution.
- Keep windshield wiping equipment in good shape.
- Keep the windshield washer fluid reservoir filled.
- Have good tires with proper tread depth.
- Turn off cruise control.

## Hill and Mountain Roads

Driving on steep hills or through mountains is different than driving on flat or rolling terrain.

- Keep the vehicle serviced and in good shape.
- Check all fluid levels and brakes, tires, cooling system, and electric drive unit.
- Keep the vehicle in gear when going down steep or long hills.

**MJN2134**

> ⚠ **Warning**
>
> Coasting downhill in **N** (Neutral) or with the vehicle turned off is dangerous. The brakes will have to do all the work of slowing down the vehicle and could become too hot. Hot brakes may not be able to slow the vehicle enough to maintain speed and control. You could crash. Always have the vehicle running and in gear when going downhill. This will allow the electric drive unit to assist in slowing and maintaining speed.

- Drive at speeds to keep the vehicle in its own lane. Do not swing wide or cross the center line.
- Be alert on top of hills. Something could be in your lane (e.g., stalled car, crash).
- Pay attention to special road signs (e.g., falling rocks area, winding roads, long grades, passing or no-passing zones) and take appropriate action.

## Winter Driving

### Driving on Snow or Ice

Snow or ice between the tires and the road creates less traction or grip, so drive carefully. Wet ice can occur at about 0 °C (32 °F) when freezing rain begins to fall. Avoid driving on wet ice or in freezing rain until roads can be treated.

#### For Slippery Road Driving:

- Recommend using D (Drive) in slippery conditions.
- Accelerate gently. Accelerating too quickly causes the wheels to spin and makes the surface under the tires slick.
- Turn on the Traction Control System (TCS).
- The Antilock Brake System (ABS) improves vehicle stability during hard stops, but the brakes should be applied sooner than when on dry pavement.
- Allow greater following distance and watch for slippery spots. Icy patches can occur on otherwise clear roads in shaded areas. The surface of a curve or an overpass can remain icy when the

surrounding roads are clear. Avoid sudden steering maneuvers and braking while on ice.

- Turn off cruise control.
- Avoid using Regen on Demand paddle.

### Blizzard Conditions

Being stuck in snow can be a serious situation. Stay with the vehicle unless there is help nearby. If possible, use Roadside Assistance. See *Roadside Assistance Program* ⇨ *266*. To get help and keep everyone in the vehicle safe:

- Turn on the hazard warning flashers.
- Tie a red cloth to an outside mirror.

To save energy, run the vehicle for only short periods as needed to warm the vehicle and then shut the vehicle off and partially close the window. Moving about to keep warm also helps.

## If the Vehicle Is Stuck

Slowly and cautiously spin the wheels to free the vehicle when stuck in sand, mud, ice, or snow.

MJN2135

The Traction Control System (TCS) must be turned off by pressing the TCS/ESC button. Traction control is not completely off, but will only engage if the maneuver can cause damage to the electric drive unit.

### ⚠ Warning

If the vehicle's tires spin at high speed, they can explode, and you or others could be injured. The vehicle can overheat, causing an underhood compartment fire or other damage. Spin the wheels as little as possible and avoid going above 56 km/h (35 mph).

### Rocking the Vehicle to Get it Out

Turn the steering wheel left and right to clear the area around the front wheels. Turn off TCS. Shift back and forth between R (Reverse) and a low forward gear, spinning the wheels as little as possible. To prevent electric drive unit wear, wait until the wheels stop spinning before shifting gears. Release the accelerator pedal while shifting, and press lightly on the accelerator pedal when the electric drive unit is in gear. Slowly spinning the wheels in the forward and reverse directions causes a rocking motion that could free the vehicle. If that

does not get the vehicle out after a few tries, it might need to be towed out. See *Towing the Vehicle* ⇨ 240.

## Vehicle Load Limits

It is very important to know how much weight the vehicle can carry. This weight is called the vehicle capacity weight and includes the weight of all occupants, cargo, and all nonfactory-installed options. Two labels on the vehicle may show how much weight it may properly carry: the Tire and Loading Information label and the Certification label.

### ⚠ Warning

Do not load the vehicle any heavier than the Gross Vehicle Weight Rating (GVWR), or either the maximum front or rear Gross Axle Weight Rating (GAWR). This can cause systems to break and change the way the vehicle handles. This could cause loss of control and a crash.

(Continued)

### Warning (Continued)

Overloading can also reduce stopping performance, damage the tires, and shorten the life of the vehicle.

### Tire and Loading Information Label



Label Example

A vehicle-specific Tire and Loading Information label is attached to the vehicle's center pillar (B-pillar). The Tire and Loading Information label shows the number of occupant seating

**MJN2136**

positions (1), and the maximum vehicle capacity weight (2) in kilograms and pounds.

The Tire and Loading Information label also shows the tire size of the original equipment tires (3) and the recommended cold tire inflation pressures (4). For more information on tires and inflation see *Tires* ⇨ *216* and *Tire Pressure* ⇨ *221*.

There is also important loading information on the Certification label. It may show the Gross Vehicle Weight Rating (GVWR) and the Gross Axle Weight Rating (GAWR) for the front and rear axle. See "Certification Label" later in this section.

**"Steps for Determining Correct Load Limit–**

1. Locate the statement "The combined weight of occupants and cargo should never exceed XXX kg or XXX lbs." on your vehicle's placard.

2. Determine the combined weight of the driver and passengers that will be riding in your vehicle.

3. Subtract the combined weight of the driver and passengers from XXX kg or XXX lbs.

4. The resulting figure equals the available amount of cargo and luggage load capacity. For example, if the "XXX" amount equals 1400 lbs. and there will be five 150 lb passengers in your vehicle, the amount of available cargo and luggage load capacity is 650 lbs. (1400-750 (5 x 150) = 650 lbs.)

5. Determine the combined weight of luggage and cargo being loaded on the vehicle. That weight may not safely exceed the available cargo and luggage load capacity calculated in Step 4.

6. If your vehicle will be towing a trailer, load from your trailer will be transferred to your vehicle. Consult this manual to determine how this

reduces the available cargo and luggage load capacity of your vehicle."

This vehicle is neither designed nor intended to tow a trailer.



**Example 1**

1. Vehicle Capacity Weight for Example 1 = 453 kg (1,000 lbs).
2. Subtract Occupant Weight @ 68 kg (150 lbs) × 2 = 136 kg (300 lbs).
3. Available Occupant and Cargo Weight = 317 kg (700 lbs).

**MJN2137**



**Example 2**

1. Vehicle Capacity Weight for Example 2 = 453 kg (1,000 lbs).
2. Subtract Occupant Weight @ 68 kg (150 lbs) × 5 = 340 kg (750 lbs).
3. Available Cargo Weight = 113 kg (250 lbs).



**Example 3**

1. Vehicle Capacity Weight for Example 3 = 453 kg (1,000 lbs).
2. Subtract Occupant Weight @ 91 kg (200 lbs) × 5 = 453 kg (1,000 lbs).
3. Available Cargo Weight = 0 kg (0 lbs).

Refer to the vehicle's Tire and Loading Information label for specific information about the vehicle's capacity weight and seating positions. The combined weight of the driver, passengers, and cargo should never exceed the vehicle's capacity weight.

**Certification Label**



**Label Example**

A vehicle-specific Certification label is attached to the vehicle's center pillar (B-pillar). The label may show the gross weight capacity of the vehicle, called the Gross Vehicle Weight Rating (GVWR). The GVWR includes the weight of the vehicle, all occupants, fuel, and cargo.

# MJN2138

⚠ **Warning**

Things inside the vehicle can strike and injure people in a sudden stop or turn, or in a crash.

- Put things in the cargo area of the vehicle. In the cargo area, put them as far forward as possible. Try to spread the weight evenly.
- Never stack heavier things, like suitcases, inside the vehicle so that some of them are above the tops of the seats.
- Do not leave an unsecured child restraint in the vehicle.
- Secure loose items in the vehicle.
- Do not leave a seat folded down unless needed.

## Starting and Operating

### New Vehicle Break-In

**Caution**

Avoid making hard stops for the first 322 km (200 mi). During this time the new brake linings are not yet broken in. Hard stops with new linings can mean premature wear and earlier replacement. Follow this breaking-in guideline every time you get new brake linings. Following break-in, vehicle speed and load can be gradually increased.

### Power Button



The vehicle has an electronic pushbutton start.

The Remote Keyless Entry (RKE) transmitter must be in the vehicle for the system to operate. If the vehicle will not start, place the RKE transmitter in the transmitter pocket, inside the center console.

**ON/RUN** : This position is for starting and driving. With the vehicle off, and the brake pedal applied, pressing POWER ⏻ once will place the vehicle in ON/RUN. When the vehicle ready light is on in the instrument cluster, the vehicle is ready to be driven. This could take up to 15 seconds at extremely cold temperatures.

MJN2139

### Service Mode

This power mode is available for service and diagnostics, and to verify the proper operation of the service vehicle soon light as may be required for emission inspection purposes. With the vehicle off, and the brake pedal not applied, pressing and holding POWER ⏻ for more than five seconds will place the vehicle in Service Mode. The instruments and audio systems will operate as they do in ON/RUN, but the vehicle will not be able to be driven. The propulsion system will not start in Service Mode. Press POWER ⏻ again to turn the vehicle off.

| Caution |
| --- |
| Placing the vehicle in Service Mode will use the 12-volt battery. Do not use Service Mode for an extended period, or the vehicle may not start. |

**STOPPING THE VEHICLE/OFF :** To turn the vehicle off, apply the brakes, press the button on top of the shift lever to shift to P (Park) and press POWER ⏻.

Alternatively, apply the brakes and press POWER ⏻. The electric drive unit will shift to P (Park) then shut off automatically.

Retained Accessory Power (RAP) will remain active until the driver door is opened.

If the vehicle must be shut off in an emergency:

1. Brake using a firm and steady pressure. Do not pump the brakes repeatedly. This may deplete power assist, requiring increased brake pedal force.
2. Shift the vehicle to N (Neutral). This can be done while the vehicle is moving. After shifting to N (Neutral), firmly apply the brakes and steer the vehicle to a safe location.
3. Come to a complete stop, shift to P (Park), and turn the vehicle off by pressing POWER ⏻.
4. Set the parking brake.

| ⚠ Warning |
| --- |
| Turning off the vehicle while moving may disable the airbags. While driving, only shut the propulsion system off in an emergency. |

If the vehicle cannot be pulled over, and must be shut off while driving, press and hold POWER ⏻ for longer than two seconds, or press twice in five seconds.

## Starting and Stopping the Vehicle

### Starting Procedure

Press the P (Park) button on the shift lever, or move the shift lever into N (Neutral). The propulsion system will not start in any other position.

| Caution |
| --- |
| Do not try to shift to P (Park) if the vehicle is moving or the electric drive unit could be damaged. Shift to P (Park) only when the vehicle is stopped. |

| Caution |
| --- |
| If you add electrical parts or accessories, you could change the way the vehicle operates. Any resulting damage would not be covered by the vehicle warranty. |

The Remote Keyless Entry (RKE) transmitter must be in the vehicle. Press the brake pedal, then press and release POWER ⏻.

**MJN2140**

If the RKE transmitter is not in the vehicle or something is interfering with the transmitter, a message displays in the Driver Information Center (DIC).

If the vehicle will not start due to a low RKE transmitter battery, the vehicle can still be driven. See *Remote Keyless Entry (RKE) System Operation* ⇨ 7.



A vehicle ready light displays in the lower right corner of the instrument cluster when the vehicle is ready to be driven.

The instrument cluster also displays an active battery gauge when the vehicle is ready to be driven.

### Restarting Procedure

If the vehicle must be restarted while it is still moving, move the shift lever to N (Neutral) and press POWER ⏻ twice without pressing the brake pedal. The propulsion system will not restart in any other position.

A chime will sound if the driver door is opened while the vehicle is on. Always press POWER ⏻ to turn the vehicle off before exiting.

### Stopping Procedure

For information on how to turn the vehicle off, see *Power Button* ⇨ 156.

## Retained Accessory Power (RAP)

The following features will operate for up to 10 minutes or until the driver door is opened:

- Audio System
- Accessory Power Outlets
- Power Windows

## Shifting Into Park

To shift into P (Park):

1. Hold the brake pedal down and set the parking brake. See *Electric Parking Brake* ⇨ 164.

2. Press the button on top of the shift lever to shift into P (Park). See *Electric Drive Unit* ⇨ 160.

3. The P indicator on the shift lever will turn red when the vehicle is in P (Park).

4. Turn the vehicle off.

### Leaving the Vehicle with the Propulsion System On

⚠ **Warning**

It is dangerous to get out of the vehicle if the P (Park) button is not pressed with the parking brake set. The vehicle can roll.

Do not leave the vehicle when the propulsion system is running. If you have left the propulsion system running, the vehicle can move suddenly. You or others could be injured. To be sure the vehicle will not move, even when you are on fairly level ground, always set the parking brake and press the P (Park) button.

If the vehicle must be left with the propulsion system on, be sure that the vehicle is in P (Park) with the parking brake set, before leaving the vehicle. After pressing the P (Park) button, hold down the regular brake pedal. If you cannot see the P (Park) indicator in instrument cluster, it means that the vehicle has not shifted to P (Park).

MJN2141

## Shifting out of Park

To shift out of P (Park), the vehicle must be on, the brake pedal must be applied, and the charge cord must be unplugged.



This vehicle is equipped with an electric drive unit. The shift lock release button is designed to prevent inadvertent shifting out of P (Park) unless the ignition is on, the brake pedal is applied, and the shift lock release button is pressed.

Parking the vehicle in extreme cold for several days without the charge cord connected may cause the vehicle not to start. The vehicle will need to be plugged in to allow the high voltage battery to be warmed sufficiently.

The shift lock is always functional except in the case of an uncharged or low charged 12-volt battery (less than 9 volts).

If the vehicle has an uncharged 12-volt battery or a 12-volt battery with low voltage, try charging or jump starting the 12-volt battery.

To shift out of P (Park):

1. Apply the brake pedal.
2. Press POWER ⏻ to start the vehicle.
3. Verify that the vehicle is unplugged and the vehicle ready light is on.
4. Press the shift lock release button on the side of the shift lever.
5. Move the shift lever into the desired position.
6. The P indicator will turn white and the gear indicator on the shift lever will turn red when the vehicle is no longer in P (Park).
7. After releasing the shift lever, it will return to the center position.

## Extended Parking

It is best not to park with the vehicle running. If the vehicle is left running, be sure it will not move and there is adequate ventilation.

See *Shifting Into Park* ⇨ *158*.

If the vehicle is left parked and running with the RKE transmitter outside the vehicle, it will continue to run for up to an hour.

If the vehicle is left parked and running with the RKE transmitter inside the vehicle, it will continue to run for up to two hour.

The timer will reset if the vehicle is taken out of P (Park) while it is running.

# Electric Vehicle Operating Modes

## Driver Selected Operating Modes

### Sport Mode

Sport Mode provides more responsive acceleration than Normal Mode, but can reduce efficiency. When the SPORT indicator is not on, the vehicle is in Normal Mode.

**MJN2142**



Press SPORT to select Sport Mode.

Press SPORT again to return to Normal Mode.

An indicator will display in the instrument cluster.

Each time the vehicle is started, it will return to Normal Mode.

Sport Mode may be unavailable if the battery charge is too low.

## Electric Drive Unit



The vehicle uses an electric drive unit. The shift lever always starts from a center position. An amber dot is displayed on the shift pattern. After releasing the shift lever, it will return to the center position.

**P :** This position locks the drive wheels. Use P (Park) when starting the vehicle to ensure the vehicle does not move.

> ⚠ **Warning**
>
> It is dangerous to get out of the vehicle if the P (Park) button is not pressed with the parking brake set. The vehicle can roll.
>
> Do not leave the vehicle when the propulsion system is running. If you have left the propulsion system running, the vehicle can move suddenly. You or others could be injured. To be sure the vehicle will not move, even when you are on fairly level ground, always set the parking brake and press the P (Park) button.



MJN2143

The shift lock release button is designed to prevent inadvertent shifting out of P (Park) unless the vehicle has been started, the brake pedal is applied, and the shift lock release button is pressed.

When the vehicle is stopped, apply the brakes and press the button on top of the shift lever to shift to P (Park).

The vehicle will not shift into P (Park) if it is moving too fast. Stop the vehicle and shift into P (Park).

To shift in and out of P (Park), see Shifting Into Park and Shifting out of Park.

**R :** Use this gear to back up.

If the vehicle is shifted from either R (Reverse) to D (Drive), or D (Drive) to R (Reverse) while the speed is too high, the vehicle will shift to N (Neutral). Reduce the vehicle speed and try the shift again.

To shift into R (Reverse):

1. Bring the vehicle to a complete stop.

2. From the center position, move the shift lever forward, and then to the left. R is illuminated in red.

3. After releasing the shift lever, it will return to the center position.

To shift out of R (Reverse):

1. Bring the vehicle to a complete stop.

2. Shift to the desired gear.

3. After releasing the shift lever, it will return to the center position.

At low vehicle speeds, R (Reverse) can be used to rock the vehicle back and forth to get out of snow, ice, or sand without damaging the electric drive unit.

**N :** In this position, the propulsion system does not connect with the wheels. To restart the propulsion system when the vehicle is already moving, use N (Neutral) only.

---

**Caution**

The vehicle is not designed to stay in N (Neutral) for extended periods of time. It will automatically shift into P (Park).

---

To shift into N (Neutral):

1. From the center position, move the shift lever forward. If the vehicle is in P (Park), apply the brake pedal and press the shift lock release button while moving the shift lever forward. The shift lever indicator is illuminated in red.

2. After releasing the shift lever, it will return to the center position.

To shift out of N (Neutral):

1. Bring the vehicle to a complete stop.

2. Shift to the desired gear.

3. After releasing the shift lever, it will return to the center position.

## Car Wash Mode

This vehicle includes a Car Wash Mode that allows the vehicle to remain in N (Neutral) for use in automatic car washes.

### Car Wash Mode (Vehicle Off) - Driver In Vehicle

To place the vehicle in N (Neutral) with the vehicle off and occupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Shift to N (Neutral).

4. Turn off the vehicle and release the brake pedal.

5. The indicator should continue to show N. If it does not, repeat Steps 2–4.

6. The vehicle is now ready for the car wash.

**MJN2144**

**Car Wash Mode (Vehicle Off) - Driver Out of Vehicle**

To place the vehicle in N (Neutral) with the vehicle off and unoccupied:

1. Drive to the entrance of the car wash.
2. Apply the brake pedal.
3. Open the door.
4. Shift to N (Neutral).
5. Turn off the vehicle and release the brake pedal.
6. The indicator should continue to show N. If it does not, repeat Steps 2–5.
7. Exit the vehicle and close the door. The vehicle is now ready for the car wash.
8. The vehicle may automatically shift into P (Park) upon reentry.

**Car Wash Mode (Vehicle On) - Driver In Vehicle**

To place the vehicle in N (Neutral) with the vehicle on and occupied:

1. Drive to the entrance of the car wash.
2. Apply the brake pedal.
3. Shift to N (Neutral).
4. Release the brake pedal.

5. The vehicle is now ready for the car wash.

**Car Wash Mode (Vehicle On) - Driver Out of Vehicle**

To place the vehicle in N (Neutral) with the vehicle on and unoccupied:

1. Drive to the entrance of the car wash.
2. Apply the brake pedal.
3. Open the door.
4. Shift to N (Neutral). Then release the brake pedal.
5. The indicator should continue to show N. If it does not, repeat Steps 2–4.
6. Exit the vehicle and close the door. The vehicle is now ready for the car wash.
7. The vehicle may automatically shift into P (Park) upon reentry.

**D :** This position is for normal driving. If more power is needed for passing, press the accelerator pedal down.

To shift into D (Drive):

1. Bring the vehicle to a complete stop.

2. From the center position, move the shift lever back. If the vehicle is in P (Park) press the shift lock release button on the side of the shift lever, while moving the shift lever back. D is illuminated in red.
3. After releasing the shift lever, it will return to the center position.

To shift out of D (Drive):

1. Bring the vehicle to a complete stop.
2. Shift to the desired gear.
3. After releasing the shift lever, it will return to the center position.

> **Caution**
>
> Spinning the tires excessively may damage the electric drive unit. The repair will not be covered by the vehicle warranty. If you are stuck, do not spin the tires.

When stopping on a steep hill, use the brakes to hold the vehicle in place.

When shifting to P (Park) on a hill, use the brakes to hold the vehicle then shift to P (Park).

MJN2145

L : This position reduces vehicle speed without using the brakes. Use L (Low) on very steep hills and in stop-and-go traffic.

## One-Pedal Driving

With One-Pedal Driving, the accelerator pedal can be used to control the deceleration of the vehicle down to a complete stop.

Completely lifting off the accelerator pedal will result in aggressive deceleration. Partially lifting off the accelerator pedal will allow the deceleration of the vehicle to be adjusted as desired.

The amount of deceleration may vary under Regenerative Power Limited condition. See *Power Indicator Gauge* ⇨ *83*.

Use the brake pedal if emergency braking is required.

To use One-Pedal Driving, place the vehicle in L (Low). Press the accelerator pedal to the desired speed. The deceleration provided by One-Pedal Driving provides full regenerative braking and helps increase energy efficiency. The brake lamps may come on when the accelerator pedal is released or during substantial deceleration from regenerative braking.

While operating in One-Pedal Driving, the electric parking brake may apply in some circumstances. This can occur when:

- Driving on slopes.
- The driver's door is open.
- The vehicle has remained stationary for 5 minutes.
- There is a problem with the propulsion system.

To drive again, depress the accelerator pedal, and the electric parking brake will automatically disengage.

One-Pedal Driving may shift the car into P (Park) if the vehicle is pushed once it has been stopped or if a problem with the propulsion system develops.

## Brakes

### Antilock Brake System (ABS)

The Antilock Brake System (ABS) helps prevent a braking skid and maintain steering while braking hard.

ABS performs a system check when the vehicle is first driven. A momentary motor or clicking noise may be heard while this test is going on, and the brake pedal may move slightly. This is normal.



If there is a problem with ABS, this warning light stays on. See *Antilock Brake System (ABS) Warning Light* ⇨ *86*.

ABS does not change the time needed to get a foot on the brake pedal and does not always decrease stopping distance. If you get too close to the vehicle ahead, there will not be enough time to apply the brakes if that vehicle suddenly slows or stops. Always leave enough room ahead to stop, even with ABS.

### Using ABS

Do not pump the brakes. Just hold the brake pedal down firmly. Hearing or feeling ABS operate is normal.

MJN2146

### Braking in Emergencies

ABS allows steering and braking at the same time. In many emergencies, steering can help even more than braking.

## Electric Parking Brake



The vehicle has an Electric Parking Brake (EPB). The EPB can always be activated, even if the vehicle is off.

The system has a red parking brake status light and an amber parking brake warning light.

There are also parking brake-related Driver Information Center (DIC) messages.

In case of insufficient electrical power, the EPB cannot be applied or released.

Before leaving the vehicle, check the red parking brake status light to ensure that the parking brake is applied.

### EPB Apply

To apply the EPB:

1. Be sure the vehicle is at a complete stop.
2. Pull the EPB switch momentarily.

The red parking brake status light will flash and then stay on once the EPB is fully applied. If the red parking brake status light flashes continuously, then the EPB is only partially applied or there is a problem with the EPB. A DIC message will display. Release the EPB and try to apply it again. If the light does not come on, or keeps flashing, have the vehicle serviced. Do not drive the vehicle if the red parking brake status light is flashing. See your dealer.

If the amber parking brake warning light is on, lift up on the EPB switch and hold it up. Continue to hold the switch until the red parking brake status light remains on. If the amber parking brake warning light is still on, see your dealer.

If the EPB is applied while the vehicle is moving, the vehicle will decelerate as long as the switch is held up. If the switch is held up until the vehicle comes to a stop, the EPB will remain applied.

The vehicle may automatically apply the EPB in some situations when the vehicle is not moving. This is normal, and is done to periodically check the correct operation of the EPB system.

If the EPB fails to apply, block the rear wheels to prevent vehicle movement.

### EPB Release

To release the EPB:

1. Press POWER ⏻ to start the vehicle.
2. Apply and hold the brake pedal.
3. Press momentarily on the EPB switch.

The EPB is released when the red parking brake status light is off.

If the amber parking brake warning light is on, release the EPB by pressing down on the EPB switch and holding it down. Continue to hold the switch until the red parking brake status light is off. If either light stays on after release is attempted, see your dealer.

MJN2147

| Caution |
|---|
| Driving with the parking brake on can overheat the brake system and cause premature wear or damage to brake system parts. Make sure that the parking brake is fully released and the brake warning light is off before driving. |

### Automatic EPB Release

The EPB will automatically release if the vehicle is running, placed into gear, and an attempt is made to drive away. Avoid rapid acceleration when the EPB is applied, to preserve parking brake lining life.

## Brake Assist

Brake Assist detects rapid brake pedal applications due to emergency braking situations and provides additional braking to activate the Antilock Brake System (ABS) if the brake pedal is not pushed hard enough to activate ABS normally. Minor noise, brake pedal pulsation, and/or pedal movement during this time may occur. Continue to apply the brake pedal as the driving situation dictates. Brake Assist disengages when the brake pedal is released.

## Hill Start Assist (HSA)

| ⚠ Warning |
|---|
| Do not rely on the HSA feature. HSA does not replace the need to pay attention and drive safely. You may not hear or feel alerts or warnings provided by this system. Failure to use proper care when driving may result in injury, death, or vehicle damage. See *Defensive Driving* ⇨ *148*. |

When the vehicle is stopped on a grade, Hill Start Assist (HSA) prevents the vehicle from rolling in an unintended direction during the transition from brake pedal release to accelerator pedal apply. The brakes release when the accelerator pedal is applied. If the accelerator pedal is not applied within a few minutes, the Electric Parking Brake will apply. The brakes may also release under other conditions. Do not rely on HSA to hold the vehicle.

HSA is available when the vehicle is facing uphill in a forward gear, or when facing downhill in R (Reverse). The vehicle must come to a complete stop on a grade for HSA to activate.

## Regenerative Braking

Some braking energy from the moving vehicle is turned back into electrical energy. This energy is then stored back into the high voltage battery system, increasing energy efficiency.

### Regen on Demand



Regen on Demand allows increased deceleration by pressing and holding the steering wheel paddle. It works in D (Drive) and L (Low). The accelerator pedal can be used to manage deceleration while using Regen on Demand.

**MJN2148**

Cruise control will turn off and the brake lamps may come on when this feature is activated.

If the vehicle is in D (Drive) and is brought to a complete stop while the Regen on Demand paddle is held, the vehicle will not creep forward when the paddle is released. The accelerator pedal must be pressed to move the vehicle forward. See "One-Pedal Driving" under *Electric Drive Unit* ⊳ *160*.

If the vehicle is on a steep grade, the brake pedal must be used to hold the vehicle.

Regenerative power may be limited when the battery is near full charge or cold. The regen battery icon will appear gray when limited. The regen power limit is also displayed as a horizontal bar on the power indicator gauge.

Avoid using Regen On Demand under slippery road conditions. Under Regenerative Power Limited Condition, the amount of vehicle deceleration will be limited. Use the brake pedal as the primary braking device.

# Ride Control Systems

## Traction Control/Electronic Stability Control

### System Operation

The vehicle has a Traction Control System (TCS) and StabiliTrak/Electronic Stability Control (ESC), an electronic stability control system. These systems help limit wheel slip and assist the driver in maintaining control, especially on slippery road conditions.

TCS activates if it senses that any of the drive wheels are spinning or beginning to lose traction. When this happens, TCS applies the brakes to the spinning wheels and reduces propulsion system power to limit wheel spin.

StabiliTrak/ESC activates when the vehicle senses a difference between the intended path and the direction the vehicle is actually traveling. StabiliTrak/ESC selectively applies braking pressure to any one of the vehicle wheel brakes to assist the driver in keeping the vehicle on the intended path.

If cruise control is being used and TCS or StabiliTrak/ESC begins to limit wheel spin, cruise control will disengage. Cruise control may be turned back on when road conditions allow.

Both systems come on automatically when the vehicle is started and begins to move. The systems may be heard or felt while they are operating or while performing diagnostic checks. This is normal and does not mean there is a problem with the vehicle.

It is recommended to leave both systems on for normal driving conditions, but it may be necessary to turn TCS off if the vehicle gets stuck in sand, mud, ice, or snow. See "Turning the Systems Off and On" later in this section.



The indicator light for both systems is in the instrument cluster. This light will:

- Flash when TCS is limiting wheel spin.
- Flash when StabiliTrak/ESC is activated.

MJN2149

• Turn on and stay on when either system is not working.

If either system fails to turn on or to activate, a message displays in the Driver Information Center (DIC), and ⚐ comes on and stays on to indicate that the system is inactive and is not assisting the driver in maintaining control. The vehicle is safe to drive, but driving should be adjusted accordingly.

If ⚐ comes on and stays on:

1. Stop the vehicle.

2. Turn the vehicle off and wait 15 seconds.

3. Start the vehicle.

Drive the vehicle. If ⚐ comes on and stays on, the vehicle may need more time to diagnose the problem. If the condition persists, see your dealer.

**Turning the Systems Off and On**



---

**Caution**

Do not repeatedly brake or accelerate heavily when TCS is off. The vehicle driveline could be damaged.

---

To turn off only TCS, press and release ⚐. The traction off light ⚐ displays in the instrument cluster.

To turn TCS on again, press and release ⚐. The traction off light ⚐ displayed in the instrument cluster will turn off.

If TCS is limiting wheel spin when ⚐ is pressed, the system will not turn off until the wheels stop spinning.

To turn off both TCS and StabiliTrak/ESC, press and hold ⚐ until the traction off light ⚐ and StabiliTrak/ESC OFF light ⚐ come on and stay on in the instrument cluster. StabiliTrak can only be disabled below 56 km/h (35 mph).

To turn TCS and StabiliTrak/ESC on again, press and release ⚐. The traction off light ⚐ and StabiliTrak/ESC OFF light ⚐ in the instrument cluster turn off.

Adding accessories can affect the vehicle performance. See *Accessories and Modifications* ⇨ 197.

## Cruise Control

The cruise control lets the vehicle maintain a speed of about 40 km/h (25 mph) or more without keeping your foot on the accelerator. Cruise control does not work at speeds below 40 km/h (25 mph).

MJN2150

### ⚠ Warning

Cruise control can be dangerous where you cannot drive safely at a steady speed. Do not use cruise control on winding roads or in heavy traffic.

Cruise control can be dangerous on slippery roads. On such roads, fast changes in tire traction can cause excessive wheel slip, and you could lose control. Do not use cruise control on slippery roads.

With the Traction Control System (TCS) or StabiliTrak/Electronic Stability Control (ESC), the system may begin to limit wheel spin while you are using cruise control. If this happens, the cruise control will automatically disengage. See *Traction Control/Electronic Stability Control* ⇨ 166.
If a collision alert occurs when cruise control is activated, cruise control is disengaged. See *Forward Collision Alert (FCA) System* ⇨ 174. When road conditions allow you to safely use it again, cruise control can be turned back on.

If the brakes or the Regen on Demand paddle are applied, cruise control disengages.

Cruise control will disengage if either TCS or StabiliTrak/ESC is turned off.



⟳ : Press to turn the cruise control system on and off. A white indicator comes on in the instrument cluster when cruise is turned on.

⊗ : Press to disengage cruise control without erasing the set speed from memory.

**+RES** : If there is a set speed in memory, press briefly to resume that speed or press and hold to accelerate. If cruise control is already active, use to increase vehicle speed.

**−SET** : Press briefly to set the speed and activate cruise control. If cruise control is already active, use to decrease vehicle speed.

#### Setting Cruise Control

If ⟳ is on when not in use, −SET or +RES could get bumped and go into cruise when not desired. Keep ⟳ off when cruise is not being used.

To set a speed:

1. Press ⟳ to turn the cruise system on.
2. Get up to the desired speed.
3. Press and release −SET. The desired set speed briefly appears in the instrument cluster.
4. Remove foot from the accelerator pedal.

The cruise control indicator on the instrument cluster turns green after cruise control has been set to the desired speed. See *Instrument Cluster* ⇨ 79.

#### Resuming a Set Speed

If the cruise control is set at a desired speed and then the brakes are applied or ⊗ is pressed, the cruise control is disengaged without erasing the set speed from memory.

MJN2151

Once the vehicle speed reaches about 40 km/h (25 mph) or more, briefly press +RES. The vehicle returns to the previous set speed.

### Increasing Speed While Using Cruise Control

If the cruise control system is already activated:

- Press and hold +RES until the vehicle accelerates to the desired speed, then release it.
- To increase the speed in small increments, briefly press +RES. For each press, the vehicle goes about 1 km/h (1 mph) faster.

The speedometer reading can be displayed in either English or metric units. See *Instrument Cluster* ⇨ *79*. The increment value used depends on the units displayed.

### Reducing Speed While Using Cruise Control

If the cruise control system is already activated:

- Press and hold −SET until the desired lower speed is reached, then release it.
- To slow down in small increments, briefly press −SET. For each press, the vehicle goes about 1 km/h (1 mph) slower.

The speedometer reading can be displayed in either English or metric units. See *Instrument Cluster* ⇨ *79*. The increment value used depends on the units displayed.

### Passing Another Vehicle While Using Cruise Control

Use the accelerator pedal to increase the vehicle speed. When you take your foot off the pedal, the vehicle will slow down to the previous set cruise speed. While pressing the accelerator pedal or shortly following the release to override cruise control, briefly pressing −SET will result in cruise control set to the current vehicle speed.

### Using Cruise Control on Hills

How well the cruise control works on hills depends upon the vehicle speed, load, and the steepness of the hills. When going up steep hills, you might have to step on the accelerator pedal to maintain the vehicle speed. When going downhill, you might have to brake or shift to a lower gear to keep your speed down. If the brake pedal is applied, cruise control will disengage.

### Ending Cruise Control

There are five ways to end cruise control:

- Step lightly on the brake pedal.
- Press ⊗.
- Shift the electric drive unit to N (Neutral).
- Press 🕙 to turn the cruise control system off completely.
- Activate Regen on Demand. See "Regen on Demand" under *Regenerative Braking* ⇨ *165*.

### Erasing Speed Memory

The cruise control set speed is erased from memory if 🕙 is pressed or if the vehicle is turned off.

## Driver Assistance Systems

This vehicle may have features that work together to help avoid crashes or reduce crash damage while driving, backing, and parking. Read this entire section before using these systems.

> ⚠ **Warning**
>
> Do not rely on the Driver Assistance Systems. These systems do not replace the need for paying attention and driving safely. You may not hear or see alerts or warnings provided by these systems.
>
> (Continued)

**MJN2152**

**Warning (Continued)**

Failure to use proper care when driving may result in injury, death, or vehicle damage. See *Defensive Driving* ⇨ 148.

Under many conditions, these systems will not:

● Detect children, pedestrians, bicyclists, or animals.

● Detect vehicles or objects outside the area monitored by the system.

● Work at all driving speeds.

● Warn you or provide you with enough time to avoid a crash.

● Work under poor visibility or bad weather conditions.

● Work if the detection sensor is not cleaned or is covered by ice, snow, mud, or dirt.

● Work if the detection sensor is covered up, such as with a sticker, magnet, or metal plate.

● Work if the area surrounding the detection sensor is damaged or not properly repaired.

(Continued)

**Warning (Continued)**

Complete attention is always required while driving, and you should be ready to take action and apply the brakes and/or steer the vehicle to avoid crashes.

**Audible Alert**

Some driver assistance features alert the driver of obstacles by beeping. To change the volume of the warning chime, see "Comfort and Convenience" under *Vehicle Personalization* ⇨ 101.

**Cleaning**

Depending on vehicle options, keep these areas of the vehicle clean to ensure the best driver assistance feature performance. Driver Information Center (DIC) messages may display when the systems are unavailable or blocked.





● Front and rear bumpers and the area below the bumpers

● Front grille and headlamps

● Front camera lens in the front grille or near the front emblem

**MJN2153**

- Front side and rear side panels
- Outside of the windshield in front of the rearview mirror
- Side camera lens on the bottom of the outside mirrors
- Rear side corner bumpers
- Rear Vision Camera above the license plate

### Radio Frequency

This vehicle may be equipped with driver assistance systems that operate using radio frequency. See *Radio Frequency Statement* ⇨ *271*.

## Assistance Systems for Parking or Backing

If equipped, the Rear Vision Camera (RVC), Rear Park Assist (RPA), Surround Vision, and Rear Cross Traffic Alert (RCTA) may help the driver park or avoid objects. Always check around the vehicle when parking or backing.

### Rear Vision Camera (RVC)

When the vehicle is shifted into R (Reverse), the RVC displays an image of the area behind the vehicle in the infotainment display. The previous screen displays when the vehicle is shifted out of R (Reverse) after a short delay. To return to the previous screen sooner, press Home or Back on the infotainment system, shift into P (Park), or reach a vehicle speed of approximately 12 km/h (8 mph) while in D (Drive).

Turn ✌ to adjust the display brightness while viewing the infotainment display.



1. View Displayed by the Camera



1. View Displayed by the Camera
2. Corners of the Rear Bumper

Displayed images may be farther or closer than they appear. The area displayed is limited and objects that are close to either corner of the bumper or under the bumper do not display.

A warning triangle may display to show that RPA has detected an object. This triangle changes from amber to red and increases in size the closer the object.

If ✌ or a service message appears on the infotainment display, there may be a camera malfunction. See your dealer.

### Surround Vision

If equipped, Surround Vision displays an image of the area surrounding the vehicle, along with the front or rear camera views in

MJN2154

the infotainment display. The front camera is in the grille or near the front emblem, the side cameras are on the bottom of the outside mirrors, and the rear camera is above the license plate.

The Surround Vision system can be accessed by selecting CAMERA in the infotainment display or when the vehicle is shifted into R (Reverse). To return to the previous screen sooner, press any button on the infotainment system, shift into P (Park), or reach a vehicle speed of approximately 12 km/h (8 mph).

⚠ **Warning**

The Surround Vision Cameras have blind spots and will not display all objects near the corners of the vehicle. Folding side mirrors that are out of position will not display surround view correctly. Always check around the vehicle when parking or backing.



1. Views Displayed by the Surround Vision Cameras
2. Area Not Shown



1. Views Displayed by the Surround Vision Cameras
2. Area Not Shown

1. Views Displayed by the Surround Vision Cameras
2. Area Not Shown

**Camera Views**



Touch the camera view buttons along the bottom of the infotainment display.

**Front/Rear Standard View :** Displays an image of the area in front or behind the vehicle. Touch Front/Rear Standard View on the infotainment display when a camera view is active. Touching the button multiple times will toggle between front and rear camera views.

If equipped, the front view camera also displays when the Park Assist system detects an object within 30 cm (12 in).

**MJN2155**

**Front/Rear Overhead View :** Displays a Front or Rear Overhead View of the vehicle. Touching the button will toggle between the two views.

**Side Forward/Rearward View :** Displays a view that shows objects next to the front or rear sides of the vehicle. Touch Side Forward/Rearward View on the infotainment display when a camera view is active. Touching the button multiple times will toggle between forward and rearward views. Park Assist and RCTA are not available when Side Forward/Rearward view is active.

### Park Assist

If equipped with Rear Park Assist (RPA), as the vehicle moves at speeds of less than 8 km/h (5 mph) the sensors on the bumpers may detect objects up to 2.3 m (7.5 ft) behind the vehicle within a zone of 25 cm (10 in) high off the ground and below bumper level. These detection distances may be shorter during warmer or humid weather. Blocked sensors will not detect objects and can also cause false detections. Keep the sensors clean of mud, dirt, snow, ice, and slush; and clean sensors after a car wash in freezing temperatures.

⚠ **Warning**

The Park Assist system does not detect children, pedestrians, bicyclists, animals, or objects located below the bumper or that are too close or too far from the vehicle. It is not available at speeds greater than 8 km/h (5 mph). To prevent injury, death, or vehicle damage, even with Park Assist, always check the area around the vehicle and check all mirrors before moving forward or backing.



The instrument cluster may have a Park Assist display with bars that show "distance to object" and object location information for RPA. As the object gets closer, more bars light up and the bars change color from yellow to amber to red. When an object is first detected in the rear, one beep will be heard from the rear. When an object is very close, <0.6 m (2 ft) in the vehicle rear, five beeps will sound from the rear depending on object location.

### Rear Cross Traffic Alert (RCTA)

If equipped, when the vehicle is shifted into R (Reverse), RCTA uses a red warning triangle with a left or right pointing arrow on the infotainment display to warn of traffic coming from the left or right. This system detects objects coming from up to 20 m (65 ft) from the left or right side of the vehicle. When an object is detected, three beeps sound from the left or right, depending on the direction of the detected vehicle.

## Assistance Systems for Driving

If equipped, when driving the vehicle in a forward gear, Forward Collision Alert (FCA), Lane Departure Warning (LDW), Lane Keep Assist (LKA), Side Blind Zone Alert (SBZA), Lane Change Alert (LCA), Automatic Emergency Braking (AEB), and/or the Front Pedestrian Braking (FPB) System can help to avoid a crash or reduce crash damage.

**MJN2156**

## Forward Collision Alert (FCA) System

If equipped, the FCA system may help to avoid or reduce the harm caused by front-end crashes. When approaching a vehicle ahead too quickly, FCA provides a red flashing alert on the windshield and rapidly beeps. FCA also lights an amber visual alert if following another vehicle much too closely. FCA detects vehicles within a distance of approximately 60 m (197 ft) and operates at speeds above 8 km/h (5 mph).

⚠ **Warning**

FCA is a warning system and does not apply the brakes. When approaching a slower-moving or stopped vehicle ahead too rapidly, or when following a vehicle too closely, FCA may not provide a warning with enough time to help avoid a crash. It also may not provide any warning at all. FCA does not warn of pedestrians, animals, signs, guardrails, bridges, construction barrels, or other objects. Be ready to take action and apply the brakes.

### Detecting the Vehicle Ahead



FCA warnings will not occur unless the FCA system detects a vehicle ahead. When a vehicle is detected, the vehicle ahead indicator will display green. Vehicles may not be detected on curves, highway exit ramps, or hills, due to poor visibility; or if a vehicle ahead is partially blocked by pedestrians or other objects. FCA will not detect another vehicle ahead until it is completely in the driving lane.

⚠ **Warning**

FCA does not provide a warning to help avoid a crash, unless it detects a vehicle. FCA may not detect a vehicle ahead if the FCA sensor is blocked by dirt, snow, or ice, or if the windshield is damaged. It may also not detect a vehicle on winding or hilly roads, or in conditions that can limit visibility such as fog, rain,
(Continued)

⚠ **Warning (Continued)**

or snow, or if the headlamps or windshield are not cleaned or in proper condition. Keep the windshield, headlamps, and FCA sensors clean and in good repair.

### Collision Alert



When your vehicle approaches another detected vehicle too rapidly, the red FCA display will flash on the windshield. Also, eight rapid high-pitched beeps will sound from the front. When this Collision Alert occurs, the brake system may prepare for driver braking to occur more rapidly which can cause a brief, mild deceleration. Continue to apply the brake pedal as the driving situation dictates. Cruise control may be disengaged when the Collision Alert occurs.

**MJN2157**

### Tailgating Alert

The vehicle ahead indicator will display amber when you are following a detected vehicle ahead much too closely.

### Selecting the Alert Timing

The Collision Alert control is on the steering wheel. Press ⬧ to set the FCA timing to far, medium, or near. The first button press shows the current control setting on the DIC. Additional button presses will change this setting. The chosen setting will remain until it is changed and will affect the timing of both the Collision Alert and the Tailgating Alert features. The timing of both alerts will vary based on vehicle speed. The faster the vehicle speed, the farther away the alert will occur. Consider traffic and weather conditions when selecting the alert timing. The range of selectable alert timing may not be appropriate for all drivers and driving conditions.

### Following Distance Indication

The following distance to a moving vehicle you are following is indicated in following time in seconds on the Driver Information Center (DIC).

The minimum following time is 0.5 seconds away. If there is no vehicle detected ahead, or the vehicle ahead is out of sensor range, dashes will be displayed.

### Unnecessary Alerts

FCA may provide unnecessary alerts to turning vehicles, vehicles in other lanes, objects that are not vehicles, or shadows. These alerts are normal operation and the vehicle does not need service.

### Cleaning the System

If the FCA system does not seem to operate properly, this may correct the issue:

- Clean the outside of the windshield in front of the rearview mirror.
- Clean the entire front of the vehicle.
- Clean the headlamps.

## Automatic Emergency Braking (AEB)

If the vehicle has Forward Collision Alert (FCA), it also has AEB, which includes Intelligent Brake Assist (IBA). When the system detects a vehicle ahead in your path that is traveling in the same direction that you may be about to crash into, it can provide a boost to braking or automatically

brake the vehicle. This can help avoid or lessen the severity of crashes when driving in a forward gear. Depending on the situation, the vehicle may automatically brake moderately or hard. This automatic emergency braking can only occur if a vehicle is detected. This is shown by the FCA vehicle ahead indicator being lit. See *Forward Collision Alert (FCA) System ⇨ 174*.

The system works when driving in a forward gear between 8 km/h (5 mph) and 80 km/h (50 mph). It can detect vehicles up to approximately 60 m (197 ft).

> ⚠ **Warning**
>
> AEB is an emergency crash preparation feature and is not designed to avoid crashes. Do not rely on AEB to brake the vehicle. AEB will not brake outside of its operating speed range and only responds to detected vehicles.
>
> AEB may not:
>
> - Detect a vehicle ahead on winding or hilly roads.
> - Detect all vehicles, especially vehicles with a trailer, tractors, muddy vehicles, etc.
>
> (Continued)

MJN2158

---

### Warning (Continued)

- Detect a vehicle when weather limits visibility, such as in fog, rain, or snow.

- Detect a vehicle ahead if it is partially blocked by pedestrians or other objects.

Complete attention is always required while driving, and you should be ready to take action and apply the brakes and/or steer the vehicle to avoid crashes.

---

AEB may slow the vehicle to a complete stop to try to avoid a potential crash. If this happens, AEB may engage the Electric Parking Brake (EPB) to hold the vehicle at a stop. Release the EPB or firmly press the accelerator pedal.

### ⚠ Warning

AEB may automatically brake the vehicle suddenly in situations where it is unexpected and undesired. It could respond to a turning vehicle ahead, guardrails, signs, and other non-moving objects. To override AEB, firmly press the accelerator pedal, if it is safe to do so.

### Intelligent Brake Assist (IBA)

IBA may activate when the brake pedal is applied quickly by providing a boost to braking based on the speed of approach and distance to a vehicle ahead.

Minor brake pedal pulsations or pedal movement during this time is normal and the brake pedal should continue to be applied as needed. IBA will automatically disengage only when the brake pedal is released.

### ⚠ Warning

IBA may increase vehicle braking in situations when it may not be necessary. You could block the flow of traffic. If this occurs, take your foot off the brake pedal and then apply the brakes as needed.

---

AEB and IBA can be disabled through vehicle personalization. See "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *101*.

A system unavailable message may display if:

- The front of the vehicle or windshield is not clean.

- Heavy rain or snow is interfering with object detection.

- There is a problem with the StabiliTrak system.

The AEB system does not need service.

## Front Pedestrian Braking (FPB) System

If equipped, the FPB system may help avoid or reduce the harm caused by front-end crashes with nearby pedestrians when driving in a forward gear. FPB displays an amber indicator, 🚶, when a pedestrian is detected ahead. When approaching a detected pedestrian too quickly, FPB provides a red flashing alert on the windshield and rapidly beeps. FPB can provide a boost to braking or automatically brake the vehicle. This system includes Intelligent Brake Assist (IBA), and the Automatic Emergency Braking (AEB) System may also respond to pedestrians. See *Automatic Emergency Braking (AEB)* ⇨ *175.*

The FPB system can detect and alert to pedestrians in a forward gear at speeds between 8 km/h (5 mph) and 80 km/h (50 mph). During daytime driving, the system detects pedestrians up to a distance

**MJN2159**

of approximately 40 m (131 ft). During nighttime driving, system performance is very limited.

> ⚠ **Warning**
>
> FPB does not provide an alert or automatically brake the vehicle, unless it detects a pedestrian. FPB may not detect pedestrians, including children:
>
> - When the pedestrian is not directly ahead, fully visible, or standing upright, or when part of a group.
> - Due to poor visibility, including nighttime conditions, fog, rain, or snow.
> - If the FPB sensor is blocked by dirt, snow, or ice.
> - If the headlamps or windshield are not cleaned or in proper condition.
>
> Be ready to take action and apply the brakes. For more information, see *Defensive Driving* ⇨ *148*. Keep the windshield, headlamps, and FPB sensor clean and in good repair.

FPB can be set to Off, Alert, or Alert and Brake through vehicle personalization. See "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *101*.

### Detecting the Pedestrian Ahead



FPB alerts and automatic braking will not occur unless the FPB system detects a pedestrian. When a nearby pedestrian is detected in front of the vehicle, the pedestrian ahead indicator will display amber.

### Front Pedestrian Alert



When the vehicle approaches a pedestrian ahead too rapidly, the red FPB alert display will flash on the windshield. Eight rapid

high-pitched beeps will sound from the front. When this Pedestrian Alert occurs, the brake system may prepare for driver braking to occur more rapidly which can cause a brief, mild deceleration. Continue to apply the brake pedal as needed. Cruise control may be disengaged when the Front Pedestrian Alert occurs.

### Automatic Braking

If FPB detects it is about to crash into a pedestrian directly ahead, and the brakes have not been applied, FPB may automatically brake moderately or brake hard. This can help to avoid some very low speed pedestrian crashes or reduce pedestrian injury. FPB can automatically brake to detected pedestrians between 8 km/h (5 mph) and 80 km/h (50 mph). Automatic braking levels may be reduced under certain conditions, such as higher speeds.

If this happens, Automatic Braking may engage the Electric Parking Brake (EPB) to hold the vehicle at a stop. Release the EPB. A firm press of the accelerator pedal will also release Automatic Braking and the EPB.

**MJN2160**

⚠ **Warning**

FPB may alert or automatically brake the vehicle suddenly in situations where it is unexpected and undesired. It could falsely alert or brake for objects similar in shape or size to pedestrians, including shadows. This is normal operation and the vehicle does not need service. To override Automatic Braking, firmly press the accelerator pedal, if it is safe to do so.

Automatic Braking can be disabled through vehicle personalization. See "Front Pedestrian Detection" in "Collision/Detection Systems" under *Vehicle Personalization* ⇨ 101.

### Cleaning the System

If FPB does not seem to operate properly, cleaning the outside of the windshield in front of the rearview mirror may correct the issue.

### Side Blind Zone Alert (SBZA)

If equipped, the SBZA system is a lane-changing aid that assists drivers with avoiding crashes that occur with moving vehicles in the side blind zone (or spot) areas. When the vehicle is in a forward gear,

the left or right side mirror display will light up if a moving vehicle is detected in that blind zone. If the turn signal is activated and a vehicle is also detected on the same side, the display will flash as an extra warning not to change lanes. Since this system is part of the Lane Change Alert (LCA) system, read the entire LCA section before using this feature.

### Lane Change Alert (LCA)

If equipped, the LCA system is a lane-changing aid that assists drivers with avoiding lane change crashes that occur with moving vehicles in the side blind zone (or spot) areas or with vehicles rapidly approaching these areas from behind. The LCA warning display will light up in the corresponding outside mirror and will flash if the turn signal is on.

⚠ **Warning**

LCA does not alert the driver to vehicles outside of the system detection zones, pedestrians, bicyclists, or animals. It may not provide alerts when changing lanes under all driving conditions. Failure to use proper care when changing lanes may

(Continued)

**Warning (Continued)**

result in injury, death, or vehicle damage. Before making a lane change, always check mirrors, glance over your shoulder, and use the turn signals.

**LCA Detection Zones**



1. SBZA Detection Zone
2. LCA Detection Zone

The LCA sensor covers a zone of approximately one lane over from both sides of the vehicle, or 3.5 m (11 ft). The height of the zone is approximately between 0.5 m (1.5 ft) and 2 m (6 ft) off the ground. The Side Blind Zone Alert (SBZA) warning area starts at approximately the middle of the vehicle and goes back 5 m (16 ft). Drivers

**MJN2161**

are also warned of vehicles rapidly approaching from up to 70 m (230 ft) behind the vehicle.

### How the System Works

The LCA symbol lights up in the side mirrors when the system detects a moving vehicle in the next lane over that is in the side blind zone or rapidly approaching that zone from behind. A lit LCA symbol indicates it may be unsafe to change lanes. Before making a lane change, check the LCA display, check mirrors, glance over your shoulder, and use the turn signals.

 

**Left Side Mirror Display**        **Right Side Mirror Display**

When the vehicle is started, both outside mirror LCA displays will briefly come on to indicate the system is operating. When the vehicle is in a forward gear, the left or right side mirror display will light up if a moving vehicle is detected in the next lane over in that blind zone or rapidly approaching that

zone. If the turn signal is activated in the same direction as a detected vehicle, this display will flash as an extra warning not to change lanes.

LCA can be disabled through vehicle personalization. See "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *101*. If LCA is disabled by the driver, the LCA mirror displays will not light up.

### When the System Does Not Seem to Work Properly

The LCA system requires some driving for the system to calibrate to maximum performance. This calibration may occur more quickly if the vehicle is driven on a straight highway road with traffic and roadside objects (e.g., guardrails, barriers).

LCA displays may not come on when passing a vehicle quickly or for a stopped vehicle. LCA may alert to objects attached to the vehicle, such as a bicycle, or object extending out to either side of the vehicle. Attached objects may also interfere with the detection of vehicles. This is normal system operation; the vehicle does not need service.

LCA may not always alert the driver to vehicles in the next lane over, especially in wet conditions or when driving on sharp curves. The system does not need to be serviced. The system may light up due to guardrails, signs, trees, shrubs, and other non-moving objects. This is normal system operation; the vehicle does not need service.

LCA may not operate when the LCA sensors in the left or right corners of the rear bumper are covered with mud, dirt, snow, ice, or slush, or in heavy rainstorms. For cleaning instructions, see "Washing the Vehicle" under *Exterior Care* ⇨ *244*. If the DIC still displays the system unavailable message after cleaning both sides of the vehicle toward the rear corners of the vehicle, see your dealer.

If the LCA displays do not light up when moving vehicles are in the side blind zone or rapidly approaching this zone and the system is clean, the system may need service. Take the vehicle to your dealer.

## Lane Keep Assist (LKA)

If equipped, LKA may help avoid crashes due to unintentional lane departures. This system uses a camera to detect lane markings between 60 km/h (37 mph) and

**MJN2162**

180 km/h (112 mph). It may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. It may also provide a Lane Departure Warning (LDW) alert if the vehicle crosses a detected lane marking. LKA can be overriden by turning the steering wheel. This system is not intended to keep the vehicle centered in the lane. LKA will not assist and alert if the turn signal is active in the direction of lane departure, or if it detects that you are accelerating, braking or actively steering.

⚠️ **Warning**

The LKA system does not continuously steer the vehicle. It may not keep the vehicle in the lane or give a Lane Departure Warning (LDW) alert, even if a lane marking is detected.

The LKA and LDW systems may not:

- Provide an alert or enough steering assist to avoid a lane departure or crash.

- Detect lane markings under poor weather or visibility conditions. This can occur if the windshield or headlamps are blocked by dirt, snow,

(Continued)

**Warning (Continued)**

or ice; if they are not in proper condition; or if the sun shines directly into the camera.

- Detect road edges.

- Detect lanes on winding or hilly roads.

If LKA only detects lane markings on one side of the road, it will only assist or provide an LDW alert when approaching the lane on the side where it has detected a lane marking. Even with LKA and LDW, you must steer the vehicle. Always keep your attention on the road and maintain proper vehicle position within the lane, or vehicle damage, injury, or death could occur. Always keep the windshield, headlamps, and camera sensors clean and in good repair. Do not use LKA in bad weather conditions or on roads with unclear lane markings, such as construction zones.

⚠️ **Warning**

Using LKA while towing a trailer or on slippery roads could cause loss of control of the vehicle and a crash. Turn the system off.

**How the System Works**

LKA uses a camera sensor installed on the windshield ahead of the rearview mirror to detect lane markings. It may provide brief steering assist if it detects an unintended lane departure. It may further provide an audible alert or the driver seat may pulse indicating that a lane marking has been crossed.

To turn LKA on and off, press ⚠️ on the steering wheel. If equipped, the indicator light on the button comes on when LKA is on and turns off when LKA is disabled.

When on, ⚠️ is white, if equipped, indicating that the system is not ready to assist. ⚠️ is green if LKA is ready to assist. LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. ⚠️ is amber when assisting. It may also provide a Lane Departure Warning (LDW) alert by flashing

⚠ amber if the vehicle crosses a detected lane marking. Additionally, there may be three beeps, or the driver seat may pulse three times, on the right or left, depending on the lane departure direction.

### Take Steering

The LKA system does not continuously steer the vehicle. If LKA does not detect active driver steering, an alert and chime may be provided. Steer the vehicle to dismiss. LKA may become temporarily unavailable after repeated take steering alerts.

### When the System Does Not Seem to Work Properly

The system performance may be affected by:

- Close vehicles ahead.
- Sudden lighting changes, such as when driving through tunnels.
- Banked roads.
- Roads with poor lane markings, such as two-lane roads.

If the LKA system is not functioning properly when lane markings are clearly visible, cleaning the windshield may help.

A camera blocked message may display if the camera is blocked. Some driver assistance systems may have reduced performance or not work at all. An LKA or LDW unavailable message may display if the systems are temporarily unavailable. This message could be due to a blocked camera. The LKA system does not need service. Clean the outside of the windshield behind the rearview mirror.

LKA assistance and/or LDW alerts may occur due to tar marks, shadows, cracks in the road, temporary or construction lane markings, or other road imperfections. This is normal system operation; the vehicle does not need service. Turn LKA off if these conditions continue.

# Charging

## When to Charge

When the high voltage battery is getting low, charging messages may display.

The CHARGE VEHICLE SOON message indicates that the driving range is low and the vehicle needs to be charged soon. As the charge level drops, the PROPULSION POWER IS REDUCED message is displayed and the accelerator pedal response is reduced. In addition, the remaining range value will change to LOW indicating the vehicle should be charged immediately.

When the energy is fully depleted, the OUT OF ENERGY, CHARGE VEHICLE NOW message displays and the vehicle slows to a stop. Brake and steering assist will still operate. Once the vehicle has stopped, turn the vehicle off. See *Propulsion Power Messages* ⇨ *100*.

## Plug-In Charging

This section explains the process for charging the high voltage battery. Do not allow the vehicle to remain in temperature extremes for long periods without being driven or plugged in. Plug the vehicle in when temperatures are below 0 °C (32 °F) and above 32 °C (90 °F) to maximize high voltage battery life.

Charge times will vary based on battery condition, charge level, and outside temperature. See *Programmable Charging* ⇨ *90* for charge mode selection.

If equipped, the vehicle can be charged using DC charging equipment typically found at service stations and other public locations.

MJN2164

The following table shows the amount of range added and time to full charge based on how the vehicle is being charged:

| | Level 1 (120 Volt) | | Level 2 (240 Volt) | DC Fast Charging |
|---|---|---|---|---|
| | **8 Amps** | **12 Amps** | **32 Amps** | |
| Range Added | About 4.5 km (2.8 mi) per hour of charge | About 6.4 km (4 mi) per hour of charge | About 40 km (25 mi) per hour of charge | Up to 161 km (100 mi) in about 30 minutes* |
| Time to Full Charge | About 78.5 hours | About 55 hours | About 10 hours | — |

* Charger must be capable of 150 amps and assumes the charge starts from a depleted battery.

These time estimates are applicable to nominal temperature ranges. In extreme hot or cold conditions, this time may be lengthened. A full charge will take additional time.

The charging system may run fans and pumps that result in sounds from the vehicle while it is turned off. Additionally, clicking sounds may be caused by the electrical devices used while charging.

The vehicle does not require indoor charging area ventilation before, during, or after charging.

The vehicle cannot be driven while the charge cord is plugged into the vehicle.

**Caution**

To avoid damage to the vehicle, make sure the charging cord plug is in good condition, is not worn or damaged, and is connected securely to the vehicle's charging port. If vehicle charging is intermittent, disconnect the cord and

(Continued)

**Caution (Continued)**

inspect for damage. An excessively worn or damaged AC or DC charging cord plug may result in an intermittent connection and potential damage to the vehicle's charging port.

### Charging Override

A CHARGING OVERRIDE/INTERRUPTION OCCURRED message may display to indicate that a charging override or interruption has occurred due to one or more of the following events:

- Override of the charge settings by the owner.
- Unintended interruption of AC power at the vehicle's charge port.
- Interruption of charging by the utility company.

There are several screens that will display depending on the current charging status. See *Programmable Charging* ⏵ 90.

A loss of AC power alert may sound for a short time if AC power is lost for over one minute. This sound alert can be turned off. See *Vehicle Personalization* ⏵ 101.

MJN2165

**AC Charging**



**AC Charge Cord Vehicle Plug**

**Start Charge**

1. Make sure the vehicle is parked.



2. Push the rearward edge of the charge port door and release to open the door.

In cold weather conditions, ice may form around the charge port door. Remove ice from the area before attempting to open or close the charge port door.



3. Open the liftgate, lift the load floor cover, and remove the charge cord.

4. Plug the charge cord into the electrical outlet. Verify the charge cord status and select the appropriate charge level. See *Electrical Requirements for Battery Charging* ⇨ 194. See *Charge Cord* ⇨ 189. See "Portable Cord Limit Selection" under *Programmable Charging* ⇨ 90.



5. Plug in the AC vehicle plug of the charge cord into the charge port on the vehicle. Make sure the AC vehicle plug is fully connected to the AC charge port. If it is not properly seated, the charge may not occur.

6. Verify that the Charging Status Indicator illuminates on top of the instrument panel and an audible chirp occurs. See *Charging Status Feedback* ⇨ 186.

7. To arm the charge cord theft alert, lock the vehicle twice with the RKE transmitter. To disarm this feature, see *Charging Options* ⇨ 98.

**MJN2166**

**End Charge**

1. Unlock the vehicle with the RKE transmitter to disarm the charge cord theft alert.

2. Unplug the vehicle plug of the charge cord from the vehicle. Unlock the vehicle plug of the charge cord from the vehicle by pressing the button on the top of the charge cord plug.

3. Close the charge port door by pressing firmly in the center until it latches.

4. Unplug the charge cord from the electrical outlet.

5. Place the charge cord into the storage compartment.

### DC Charging (If Equipped)

**DC Charging Station Hardware**

Check the charge station DC vehicle plug for compatibility with the DC charge port on this vehicle. When recharging at a DC fast charge station, the power cable connected to the vehicle must be less than 10 m (33 ft) in length.

Follow the steps listed on the charging station to perform a DC vehicle charge.

If for any reason DC charging does not begin or is interrupted, check the DC charge station display for messages. Unplug to restart the DC charge process.

**Start Charge**

1. Make sure the vehicle is parked.

2. Push the rearward edge of the charge port door and release to open the door.

    In cold weather conditions, ice may form around the charge port door. The charge port door may not open on the first attempt. Remove ice from the area and repeat attempting to open the charge port door.



3. Unlatch the DC charging dust cover and lower it fully.

4. Plug in the DC vehicle plug into the DC charge port on the vehicle. Make sure that the DC vehicle plug is fully connected to the DC charge port. If it is not properly seated then the charge may not occur. Proper plug connection can be checked by information on the DIC.

5. Follow the steps listed on the charging station to start charging.

**MJN2167**

6. Once charging, the DC vehicle plug will be locked to the DC charge port and cannot be disconnected while charging is active.

7. Verify that the Charging Status Indicator illuminates on top of the instrument panel and an audible chirp occurs. See *Charging Status Feedback* ⇨ *186*.

| Caution |
| --- |
| Do not attempt to disconnect the DC vehicle plug while charging is active. This action may damage the vehicle or charging station hardware. |

**Stop Charge**

Controls on the charging station can be used to stop the charge process at any time.

To stop the charge when inside the vehicle, use the Stop button on the Charging screen, or press the button on top of the AC vehicle cord handle.

**Stop Charge — Automatic**

When the vehicle no longer needs to use power from the charging station, it will stop charging and the DC vehicle plug will be unlocked from the DC charge port.

Energy can still be consumed from the charging station when the vehicle's displays and indicators show that the battery is fully charged. This is to ensure the battery is in optimal temperature operating range to maximize vehicle range. See *Programmable Charging* ⇨ *90*.

**End Charge**

1. Wait until the charging process has been fully stopped, the vehicle plug is unlocked, and the Charging Status Indicator is solid green or off.

   If the vehicle plug does not unlock from the vehicle charge port after a charge, contact Roadside Assistance for assistance. See *Roadside Assistance Program* ⇨ *266*.

2. Unplug the DC vehicle plug from the DC charge port on the vehicle and close the dust cover.

3. Close the charge port door by pressing firmly in the center until it latches.

4. The Electric Parking Brake should be manually disengaged before driving the vehicle.

5. To start another DC charge, remove the DC vehicle plug and reconnect.

**Delayed Charging Override**

To temporarily override a delayed charge event, unplug the charge cord from the charge port and then plug it back in within five seconds. A single audible chirp will sound and charging will begin immediately.

To cancel a temporary override, unplug the charge cord, wait for 10 seconds, and then plug the charge cord back in. A double audible chirp will sound and charging will be delayed.

See *Programmable Charging* ⇨ *90* for advanced charge scheduling options.

MJN2168

## Charging Status Feedback



The vehicle has a Charging Status Indicator (CSI) at the center of the instrument panel near the windshield. When the vehicle is plugged in and vehicle power is off, the CSI indicates the following:

● Short Flashing Green – Vehicle is plugged in. Battery is not fully charged. Flash rate increases from one to four flashes as battery charges.

- One Flash: 0–25% Charge

- Two Flashes: 26–50% Charge

- Three Flashes: 51–75% Charge

- Four Flashes: 76–100% Charge

● Long Flashing Green – Vehicle is plugged in. Battery is not fully charged. Battery charging is delayed.

● Solid Green – Vehicle is plugged in. Battery is fully charged.

● Solid Yellow – Vehicle is plugged in. It is normal for the CSI to turn yellow for a few seconds after plugging in a compatible charge cord. The CSI may stay solid yellow longer depending on the vehicle and if there is a total utility interruption. See *Utility Interruption of Charging ⇨ 194*. This may also indicate that the charging system has detected a fault and will not charge the battery. See "Charge Cord Status Indicators" under *Charge Cord ⇨ 189*.

If the vehicle is plugged in and vehicle power is on, the CSI will flash or will be solid green, depending on the charge level.

If the vehicle is plugged in and the CSI is off, a total utility interruption or a charging fault has been detected. See *Utility Interruption of Charging ⇨ 194* or "Charge Cord Status Indicators" under *Charge Cord ⇨ 189*.

A message displays if the vehicle is not able to charge.

Following is the vehicle feedback when the charge cord is plugged in.

**MJN2169**

| Charging Status Indicator | Sound | Action/Reason |
|---|---|---|
| Short Flashing Green (flash rate increases from one to four as the battery charges) | One audible chirp | Vehicle is charging. |
| Long Flashing Green | Two audible chirps | Charging is delayed by Programmable Charging or by a total utility interruption, if equipped. Charging will begin later. See *Utility Interruption of Charging* ⇨ *194*. |
| Short Flashing Green (one to four flashes depending on charge level) | Two audible chirps | Vehicle is charging but will be delayed by Programmable Charging at least once before the charge is complete. |
| Solid Green | None | Charging is complete. |
| Yellow (upon plug-in) | None | Charge cord is OK and the vehicle is preparing to charge. |
| Yellow (for extended time period after plug-in) | None | Charge cord is OK, but the vehicle is not charging. This may be due to a total utility interruption, and charging will begin later. This may also occur if the vehicle has detected a high voltage charging system fault. See *Utility Interruption of Charging* ⇨ *194* or *Service Vehicle Soon Light* ⇨ *85*. |
| Short Flashing Green (from one to four flashes depending on charge level) or Long Flashing Green | Four audible chirps | Insufficient time to fully charge by departure time due to the selected rate preference. To increase the battery state of charge at the departure time, perform a delayed charging override. See *Delayed Charging Override* ⇨ *185*. |

**MJN2170**

| Charging Status Indicator | Sound | Action/Reason |
|---|---|---|
| None (upon plug-in) | None | Check charge cord connection. |
| None (after Green or Yellow CSI observed) | None | Check charge cord connection. If connection is good, this may be due to a power failure or a total utility interruption, and charging will begin later. This may also occur if the vehicle has detected a high voltage charging system fault. See *Utility Interruption of Charging* ⇨ *194* or *Service Vehicle Soon Light* ⇨ *85*. |
| None | Repeated audible chirps<br>To disable this feature, see "Charge Power Loss Alert" under *Vehicle Personalization* ⇨ *101*.<br>To stop this alert, do one of the following:<br><br>• Unplug the charge cord.<br><br>• Press 🔒 on the RKE transmitter.<br><br>• Press and hold 🔦 on the RKE transmitter, then press again to stop the panic alarm.<br><br>• Press the horn pad. | Electricity was interrupted before charging was complete. Repeated chirps will stop if power is restored within 90 seconds. |
| None | Three audible chirps | Charge port door is open. |

MJN2171

## Charge Cord

**IMPORTANT SAFETY INSTRUCTIONS**



This symbol indicates risk of electrical shock if misused.

See *Radio Frequency Statement* ⇨ *271.*

A portable charge cord used to charge the vehicle high voltage battery is stored under the load floor in the rear cargo area.



1. Wall Plug
2. Status Indicators
3. Vehicle Plug
4. Release Button

**Important Information about Portable Electric Vehicle Charging**

- Charging an electric vehicle can stress a building's electrical system more than a typical household appliance.
- Before plugging into any electrical outlet, have a qualified electrician inspect and verify the electrical system (electrical outlet, wiring, junctions, and protection devices) for heavy-duty service at a 12 amp continuous load.
- Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging.
- Check the electrical outlet/plug while charging and discontinue use if the electrical outlet/plug is hot, then have the electrical outlet serviced by a qualified electrician.
- When outdoors, plug into an electrical outlet that is weatherproof while in use.
- Mount the charge cord to reduce strain on the electrical outlet/plug.

- Do not place the charge cord in a position where it is expected to be submerged in water.

{ **Danger**

Improper use of portable electric vehicle charge cords may cause a fire, electrical shock, or burns, and may result in damage to property, serious injury, or death.

- Do not use extension cords, multi-outlet power strips, splitters, grounding adaptors, surge protectors, or similar devices.
- Do not use an electrical outlet that is worn or damaged, or will not hold the plug firmly in place.
- Do not use an electrical outlet that is not properly grounded.
- Do not use an electrical outlet that is on a circuit with other electrical loads.

**MJN2172**

### ⚠ Warning

When using electric products, basic precautions should always be followed, including the following:

- Read all the safety warnings and instructions before using this product. Failure to follow the warnings and the instructions may result in electric shock, fire, and/or serious injury.
- Never leave children unattended near the vehicle while the vehicle is charging and never allow children to play with the charge cord.
- If the plug provided does not fit the electrical outlet, do not modify the plug. Arrange for a qualified electrician to inspect the electrical outlet.
- Do not put fingers into the electric vehicle connector.

### ⚠ Warning

- To reduce the risk of fire, installations shall comply with the requirements of National Electric Code, ANSI/NFPA 70 (USA), Canadian Electrical Code CSA

(Continued)

### Warning (Continued)

22.1 and IEC 60364 – Electrical installations in buildings, depending on the region in which the unit is being installed. The installer shall comply with any additional local requirements mandated by the country and/or municipality.

- Do not use this product if the flexible power cord or the electric vehicle cable is frayed, has broken insulation, or shows any other signs of damage.
- For Canada only: Not for use in commercial garages.
- Do not use this product if the enclosure or the vehicle plug is broken, cracked, open, or shows any other indication of damage.
- The plug must be plugged into an appropriate electrical outlet that is properly installed in accordance with all local codes and ordinances. Do not modify the plug provided with the product. If the plug does not fit the electrical outlet, have a proper electrical outlet installed by a qualified electrician. If ground is missing, the

(Continued)

### Warning (Continued)

charge cord indicators will indicate an electrical system fault and the vehicle may not charge.

### Charge Cord Status Indicators

After plugging in the charge cord, it will perform a quick self test.

Verify the charge cord status. When the ⚡ indicator is lit solid green, the charge cord is ready to charge the vehicle.

The charge cord utilizes a combination of the ⚡ and ⓘ indicators to display the status of the charge cord per the following table.

**MJN2173**

| ⊘ | ① | Symbol | Fault/Condition/Event |
|---|---|---|---|
| ● Solid Green | ○ Off (No Light) | ✓ | No Faults: The charge cord is receiving power from the electrical outlet and is ready to supply it to the vehicle. |
| ☀ Flashing Green | ● Solid Red | X ⊡ F | Electrical Outlet/Plug Fault: The charge cord has detected that the electrical outlet/plug overheated. Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging. Do not use an electrical outlet that is worn, damaged, or one that will not hold the plug firmly in place. Use another electrical outlet or have the electrical outlet serviced by a qualified electrician. Reset the charge cord by unplugging the charge cord from the electrical outlet and re-plugging it. |
| ○ Off (No Light) | ● Solid Red | X ⏚ | Electrical System Fault: The charge cord has detected a missing or improper ground within the building's electrical system. Do not use an electrical outlet that is not properly grounded. Use another electrical outlet or have a qualified electrician inspect and verify the building's electrical system. |
| ○ Off (No Light) | ☀ Flashing Red | X 🚗 | Vehicle Fault: The charge cord ground-fault circuit interrupter (GFCI) has tripped. Ensure that there is no physical damage to the charge cord, and that the vehicle plug is seated completely and making a good connection. Reset the charge cord by unplugging it from the electrical outlet and re-plugging it. If the fault remains, see an authorized dealer for service. |

**MJN2174**

| ⊘ | ⊙ | Symbol | Fault/Condition/Event |
|---|---|---|---|
| ●<br>Solid Green | ☀<br>Flashing Red | X 🔌 | Charge Cord Fault: The charge cord has detected a potential problem with the charge cord. Reset the charge cord by unplugging it from the electrical outlet and re-plugging it. If the fault remains, see an authorized dealer for service. |

If no status indicators are lit, ensure the electrical outlet is powered.

### Charge Level Selection

Charge level selection can be made using the Charge Mode tab on the Charging screen on the infotainment display. See "Portable Cord Limit Selection" under *Programmable Charging* ⇨ 90.

⚠ **Warning**

Using a charge level that exceeds the electrical circuit or electrical outlet capacity may start a fire or damage the electrical circuit. Use the lowest charge level until a qualified electrician inspects

(Continued)

**Warning (Continued)**

the electrical circuit capacity. Use the lowest charge level if the electrical circuit or electrical outlet capacity is not known.

### Grounding Instructions

The charge circuit must be grounded. If this charge circuit should malfunction or break down, grounding provides a path of least resistance for electric current to reduce the risk of electric shock. This product is equipped with a cord that has an equipment grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

⚠ **Warning**

Improper connection of the charge cord ground may cause electrical shock. Check with a qualified electrician if there is doubt as to whether the charge circuit is properly grounded. Do not modify the plug provided with the product. If it will not fit the electrical outlet, have a proper electrical outlet installed by a qualified electrician.

**MJN2175**

### Mounting Instructions



1. Identify an appropriate location for the charge cord.
2. Locate a mounting support, such as a wall stud.

   The appropriate height for mounting the charge cord is 91 cm (36 in) from the floor.



3. Mark and drill the mounting holes in a wall stud or suitable structure. Stay away from any power source.

   Space the holes 18.7 cm (7 3/8 in) apart.
4. Install the mounting screws in the wall surface leaving the head of the screws 5 mm (3/16 in) from the surface.



5. Securely mount the charge cord on to the screws.
6. Connect the wall plug to the electrical outlet.
7. Connect the vehicle plug to the charge port.

**MJN2176**

**Lock Feature**



A lock can be added to the vehicle plug for additional security.

**FCC Information**

See *Radio Frequency Statement* ⇨ 271.

## Utility Interruption of Charging

This vehicle will respond to requests through the utility company to limit or completely block electrical power grid usage. This feature is inactive during DC charging. A utility interruption of charging will lengthen the vehicle charge time.

When electrical grid power is completely blocked, the vehicle will delay charging until the utility interruption has expired. The vehicle should be left plugged in so that the vehicle can automatically begin charging.

Changing the charge mode to Immediate or performing a delayed charging override will not disable a utility interruption. Unplugging and plugging the car back in will also not disable a utility interruption.

A pop-up will appear in the infotainment display while starting the vehicle following any utility interruption. See "Charging Interrupted or Overridden Pop-Up" under *Programmable Charging* ⇨ 90.

A message will display on the instrument cluster indicating that a utility interruption has occurred.

## Electrical Requirements for Battery Charging

This vehicle is capable of being charged with most standard vehicle charging equipment complying with one or more of the following:

- SAE J1772
- SAE J2847-2
- IEC 61851-1
- IEC 61851-22
- IEC 61851-23
- IEC 61851-24
- IEC 62196-1
- IEC 62196-2
- IEC 62196-3

The portable charge cord requires a minimum circuit capacity of 120 volts and 15 amps.

Charging equipment with a rating of at least 220 volts/40 amps will provide the fastest charging time and best charging efficiency to recharge the high voltage battery. Always follow the charging equipment instructions. Contact your dealer for more information.

| Caution |
| --- |
| Do not use portable or stationary backup generating equipment to charge the vehicle. This may cause damage to the vehicle's charging system. Only charge the vehicle from utility supplied power. |

# Trailer Towing

## General Towing Information

| ⚠ **Warning** |
| --- |
| Never tow a trailer with your vehicle. It was not designed or intended to tow a trailer. |

**MJN2177**

## Conversions and Add-Ons

### Add-On Electrical Equipment

> ⚠️ **Warning**
>
> The Data Link Connector (DLC) is used for vehicle service and Emission Inspection/ Maintenance testing. See *Service Vehicle Soon Light* ⇨ *85.* A device connected to the DLC — such as an aftermarket fleet or driver-behavior tracking device — may interfere with vehicle systems. This could affect vehicle operation and cause a crash. Such devices may also access information stored in the vehicle's systems.

> **Caution**
>
> Some electrical equipment can damage the vehicle or cause components to not work and would not be covered by the vehicle warranty. Always check with your dealer before adding electrical equipment.

Add-on equipment can drain the vehicle's 12-volt battery, even if the vehicle is not operating.

When adding electrical equipment, it should only be connected using the accessory power outlets. The maximum power that can be supplied by one accessory power outlet or spread across all three is 200 watts or 15 amps. Exceeding 200 watts or 15 amps may cause erratic vehicle operation.

The vehicle has an airbag system. Before attempting to add anything electrical to the vehicle, see *Servicing the Airbag-Equipped Vehicle* ⇨ *47* and *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ *47.*

**MJN2178**

# Vehicle Care

## General Information

General Information ................... 197
California Proposition 65 Warning .... 197
California Perchlorate Materials
   Requirements ....................... 197
Accessories and Modifications ......... 197

## Vehicle Checks

Doing Your Own Service Work ........ 198
Hood ................................. 198
Underhood Compartment Overview ... 200
Cooling System ........................ 201
Washer Fluid .......................... 202
Brakes ................................ 202
Brake Fluid ........................... 203
Battery - North America .............. 204
Park Brake and P (Park) Mechanism
   Check ............................... 205
Wiper Blade Replacement ............. 206
Windshield Replacement .............. 207
Gas Strut(s) .......................... 207

## Headlamp Aiming

Front Headlamp Aiming ............... 208

## Bulb Replacement

Bulb Replacement ..................... 208
Halogen Bulbs ........................ 209

High Intensity Discharge (HID)
   Lighting ............................ 209
LED Lighting .......................... 209
Taillamps, Turn Signal, Stoplamps, and
   Back-Up Lamps ..................... 209
License Plate Lamp ................... 209

## Electrical System

High Voltage Devices and Wiring ...... 210
Electrical System Overload ............ 210
Fuses and Circuit Breakers ............ 211
Underhood Compartment Fuse Block ... 211
Instrument Panel Fuse Block .......... 214

## Wheels and Tires

Tires ................................. 216
All-Season Tires ...................... 216
Winter Tires .......................... 217
Self-Sealing Tires ..................... 217
Tire Sidewall Labeling ................ 217
Tire Designations ..................... 218
Tire Terminology and Definitions ...... 219
Tire Pressure ......................... 221
Tire Pressure Monitor System ......... 222
Tire Pressure Monitor Operation ...... 223
Tire Inspection ....................... 226
Tire Rotation ......................... 226
When It Is Time for New Tires ........ 227
Buying New Tires ..................... 228
Different Size Tires and Wheels ....... 229
Uniform Tire Quality Grading ......... 229

Wheel Alignment and Tire Balance .... 231
Wheel Replacement ................... 231
Tire Chains ........................... 231
If a Tire Goes Flat .................... 232
Tire Sealant and Compressor Kit ....... 232
Storing the Tire Sealant and
   Compressor Kit ..................... 238

## Jump Starting

Jump Starting - North America ........ 238

## Towing the Vehicle

Towing the Vehicle ................... 240
Recreational Vehicle Towing .......... 242

## Appearance Care

Exterior Care ......................... 244
Interior Care ......................... 247
Floor Mats ........................... 250

# MJN2179

## General Information

For service and parts needs, visit your dealer. You will receive genuine GM parts and GM-trained and supported service people.

Genuine GM parts have one of these marks:





## California Proposition 65 Warning

### ⚠ Warning

Most motor vehicles, including this one, as well as many of its service parts and fluids, contain and/or emit chemicals known to the State of California to cause
*(Continued)*

### Warning (Continued)

cancer and birth defects or other reproductive harm. Engine exhaust, many parts and systems, many fluids, and some component wear by-products contain and/or emit these chemicals. For more information go to www.P65Warnings.ca.gov/ passenger-vehicle.

See *Battery - North America* ⇨ 204 and *Jump Starting - North America* ⇨ 238 and the back cover.

## California Perchlorate Materials Requirements

Certain types of automotive applications, such as airbag initiators, seat belt pretensioners, and lithium batteries contained in electronic keys, may contain perchlorate materials. Perchlorate Material — special handling may apply. See www.dtsc.ca.gov/hazardouswaste/ perchlorate.

## Accessories and Modifications

Adding non-dealer accessories or making modifications to the vehicle can affect vehicle performance and safety, including such things as airbags, braking, stability, ride and handling, emissions systems, aerodynamics, durability, and electronic systems like antilock brakes, traction control, and stability control. These accessories or modifications could even cause malfunction or damage not covered by the vehicle warranty.

Damage to suspension components caused by modifying vehicle height outside of factory settings will not be covered by the vehicle warranty.

Damage to vehicle components resulting from modifications or the installation or use of non-GM certified parts, including control module or software modifications, is not covered under the terms of the vehicle warranty and may affect remaining warranty coverage for affected parts.

GM Accessories are designed to complement and function with other systems on the vehicle. See your dealer to accessorize the vehicle using genuine GM Accessories installed by a dealer technician.

MJN2180

Also, see *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ *47.*

## Vehicle Checks

### Doing Your Own Service Work

⚠ **Warning**

Never try to do your own service on high voltage battery components. You can be injured and the vehicle can be damaged if you try to do your own service work. Service and repair of these high voltage battery components should only be performed by a trained dealer technician with the proper knowledge and tools.

Exposure to high voltage can cause shock, burns, and even death. The high voltage components in the vehicle can only be serviced by technicians with special training.

High voltage components are identified by labels. Do not remove, open, take apart, or modify these components. High voltage cable or wiring has orange covering. Do not probe, tamper with, cut, or modify high voltage cable or wiring.

⚠ **Warning**

It can be dangerous to work on your vehicle if you do not have the proper knowledge, service manual, tools, or parts. Always follow owner's manual procedures and consult the service manual for your vehicle before doing any service work.

If doing some of your own service work, use the proper service manual. It tells you much more about how to service the vehicle than this manual can. To order the proper service manual, see *Publication Ordering Information* ⇨ *270.*

This vehicle has an airbag system. Before attempting to do your own service work, see *Servicing the Airbag-Equipped Vehicle* ⇨ *47.*

Keep a record with all parts receipts and list the mileage and the date of any service work performed. See *Maintenance Records* ⇨ *260.*

## Hood

⚠ **Warning**

Components under the hood can get hot from running the engine. To help avoid the risk of burning unprotected skin, never touch these components until they have cooled, and always use a glove or towel to avoid direct skin contact.

Clear any snow from the hood before opening.

**To open the hood:**

1. Pull the hood release lever with the 🚗 symbol. It is on the lower left side of the instrument panel.

**MJN2181**





2. Go to the front of the vehicle and locate the secondary release lever under the front center of the hood. Push the secondary hood release lever to the right to release.

3. Lift the hood and release the hood prop rod from its retainer, in the front of the engine compartment. Securely insert the rod end into the slot marked with an arrow, on the underside of the hood.

**To close the hood:**

1. Before closing the hood, be sure all filler caps are on properly, and all tools are removed.

2. Lift the hood and remove the hood prop rod from the underside of the hood. Return the prop rod to its retainer. The prop rod must click into place when returning it to the retainer to prevent hood damage.

3. Lower the hood 20 cm (8 in) above the vehicle and release it. Check to make sure the hood is latched completely. Repeat this process with additional force if necessary.

⚠ **Warning**

Do not drive the vehicle if the hood is not latched completely. The hood could open fully, block your vision, and cause a crash. You or others could be injured. Always close the hood completely before driving.

**MJN2182**

## Underhood Compartment Overview



**MJN2183**

1. Windshield Washer Fluid Reservoir. See *Washer Fluid* ⇨ *202*.

2. Cabin Heating Coolant Reservoir. See *Cooling System* ⇨ *201*.

3. High Voltage Battery Coolant Reservoir. See *Cooling System* ⇨ *201*.

4. HPDM (High Power Distribution Module).

5. APM (Accessory Power Module), OBCM (On-Board Charging Module).

6. Brake Fluid Reservoir. See *Brake Fluid* ⇨ *203*.

7. SPIM, APM, and Charger Module Coolant Reservoir. See *Cooling System* ⇨ *201*.

8. Battery. See *Battery - North America* ⇨ *204*.

9. Underhood Compartment Fuse Block. *Underhood Compartment Fuse Block* ⇨ *211*.

## Cooling System

It is not necessary to regularly check coolant unless a leak is suspected or an unusual noise is heard. A coolant loss could indicate a problem. Have it inspected and repaired by your dealer.

The following explains the cooling systems and how to check coolant levels.

- High Voltage Battery
- Single Power Inverter Module (SPIM), Accessory Power Module (APM), and Charger Module
- Cabin Heating

### High Voltage Battery

During vehicle operation and also during charging, the high voltage battery cells in the vehicle are kept within a normal operating temperature range. If the temperature rises above this temperature, the battery cooling system turns on the air conditioning compressor and cools the coolant until the correct temperature is reached. If the temperature falls below this temperature, a high voltage heater, located outside the battery on a cradle, heats the coolant until the correct temperature is reached.

### Single Power Inverter Module (SPIM), Accessory Power Module (APM), and Charger Module

The SPIM, APM, and charger module are cooled using a separate coolant loop. These modules are kept below a maximum temperature. If the temperature rises above this temperature, the electric cooling fan will turn on to cool the coolant.

### Cabin Heating

Cabin heating is maintained by coolant heated by the Coolant Heater Control Module (CHCM), separate from the power electronics and battery coolant loops. This module heats the coolant based on temperature inputs from the cabin climate control systems.

### Hybrid Cooling System Pressure Caps

The hybrid cooling system reservoirs have tamper resistant pressure caps. The coolant should only be serviced by a qualified technician.

### Checking Coolant

The coolant needs to be replaced at the appropriate interval. See *Maintenance Schedule* ⇨ *253*.

The coolant reservoirs are in the underhood compartment. See *Underhood Compartment Overview* ⇨ *200*.

**MJN2184**



1. Cabin Heating Coolant Reservoir
2. High Voltage Battery Coolant Reservoir
3. SPIM, APM, and Charger Module Coolant Reservoir

1. Park on a level surface and turn the vehicle off.
2. After the system has completely cooled, check that the coolant level is at the cold fill mark on the reservoirs.
3. If the coolant level is not visible or needs to be adjusted within the reservoirs, contact your dealer.

## Washer Fluid

### What to Use

When windshield washer fluid is needed, be sure to read the manufacturer's instructions before use. If operating the vehicle in an area where the temperature may fall below freezing, use a fluid that has sufficient protection against freezing.

### Adding Washer Fluid



Open the cap with the washer symbol on it. Add washer fluid until the tank is full. See *Underhood Compartment Overview ⇨ 200* for reservoir location.

| Caution |
| --- |
| • Do not use washer fluid that contains any type of water repellent coating. This can cause the wiper blades to chatter or skip. |

(Continued)

| Caution (Continued) |
| --- |
| • Do not use engine coolant (antifreeze) in the windshield washer. It can damage the windshield washer system and paint. |
| • Do not mix water with ready-to-use washer fluid. Water can cause the solution to freeze and damage the washer fluid tank and other parts of the washer system. |
| • When using concentrated washer fluid, follow the manufacturer instructions for adding water. |
| • Fill the washer fluid tank only three-quarters full when it is very cold. This allows for fluid expansion if freezing occurs, which could damage the tank if it is completely full. |

## Brakes

Disc brake linings have built-in wear indicators that make a high-pitched warning sound when the brake linings are worn and new linings are needed. The sound can come and go or can be heard all the time when the vehicle is moving, except when applying the brake pedal firmly.

MJN2185

### ⚠ Warning

The brake wear warning sound means that soon the brakes will not work well. That could lead to a crash. When the brake wear warning sound is heard, have the vehicle serviced.

### Caution

Continuing to drive with worn-out brake linings could result in costly brake repairs.

Some driving conditions or climates can cause a brake squeal when the brakes are first applied, clearing up following several applications. This does not mean something is wrong with the brakes.

Properly torqued wheel nuts are necessary to help prevent brake pulsation. When tires are rotated, inspect brake linings for wear and evenly tighten wheel nuts in the proper sequence to torque specifications. See *Capacities and Specifications* ⇨ *262*.

Brake pads should be replaced as complete axle sets.

### Brake Pedal Travel

See your dealer if the brake pedal does not return to normal height, or if there is a rapid increase in pedal travel. This could be a sign that brake service may be required.

### Replacing Brake System Parts

Always replace brake system parts with new, approved replacement parts. If this is not done, the brakes may not work properly. The braking performance can change in many ways if the wrong brake parts are installed or if parts are improperly installed.

## Brake Fluid



The brake master cylinder reservoir is filled with GM approved DOT 4 brake fluid as indicated on the reservoir cap. See *Underhood Compartment Overview* ⇨ *200* for the location of the reservoir.

### Checking Brake Fluid

With the vehicle in P (Park) on a level surface, the brake fluid level should be between the minimum and maximum marks on the brake fluid reservoir.

There are only two reasons why the brake fluid level in the reservoir may go down:

- Normal brake lining wear. When new linings are installed, the fluid level goes back up.
- A fluid leak in the brake hydraulic system. Have the brake hydraulic system fixed. With a leak, the brakes will not work well.

Always clean the brake fluid reservoir cap and the area around the cap before removing it.

Do not top off the brake fluid. Adding fluid does not correct a leak. If fluid is added when the linings are worn, there will be too much fluid when new brake linings are installed. Add or remove fluid, as necessary, only when work is done on the brake hydraulic system.

When the brake fluid falls to a low level, the brake warning light comes on. See *Brake System Warning Light* ⇨ *85*.

**MJN2186**

Brake fluid absorbs water over time which degrades the effectiveness of the brake fluid. Replace brake fluid at the specified intervals to prevent increased stopping distance. See *Maintenance Schedule* ⇨ 253.

### What to Add

Use only GM approved DOT 4 brake fluid from a clean, sealed container. See *Recommended Fluids and Lubricants* ⇨ 258.

### ⚠ Warning

The wrong or contaminated brake fluid could result in damage to the brake system. This could result in the loss of braking leading to a possible injury. Always use the proper GM approved brake fluid.

### Caution

If brake fluid is spilled on the vehicle's painted surfaces, the paint finish can be damaged. Immediately wash off any painted surface.

## Battery - North America

The original equipment battery is maintenance free. Do not remove the cap and do not add fluid.

This vehicle has a high voltage battery and a standard 12-volt battery.

### ⚠ Warning

Damage to the high voltage battery or high voltage system can create a risk of electric shock, overheating, or fire.

If the vehicle is damaged from a moderate to severe crash, flood, fire, or other event, the vehicle should be inspected as soon as possible. Until the vehicle has been inspected, store it outside at least 15 m (50 ft) from any structure or anything that can burn. Ventilate the vehicle by opening a window or a door.

Contact Customer Assistance as soon as possible to determine whether an inspection is needed. See *Customer Assistance Offices* ⇨ 264.

If the vehicle is in a crash, the sensing system may shut down the high voltage system. When this occurs, the high voltage battery is disconnected and the vehicle will not start. The SERVICE VEHICLE SOON message in the Driver Information Center (DIC) will be displayed. Before the vehicle can be operated again, it must be serviced at your dealer.

See "If a Crash Occurs" under *Collision Damage Repair* ⇨ 268 for additional information. If an airbag has inflated, see *What Will You See after an Airbag Inflates?* ⇨ 42.

Only a trained service technician with the proper knowledge and tools should inspect, test, or replace the high voltage battery. See your dealer if either the 12-volt or high voltage battery needs service. The dealer has information on how to recycle the high voltage battery. There is also information available at http://www.recyclemybattery.com.

Keep the vehicle plugged in, even when fully charged, to keep the high voltage battery temperature ready for the next drive. This is important when outside temperatures are extremely hot or cold.

MJN2187

Propulsion power may be reduced in extremely cold temperatures, or if the high voltage battery is too cold. BATTERY TOO COLD, PLUG IN TO WARM will display.

A vehicle cover, which can reduce sun loading on the vehicle and improve high voltage battery life, is available from your dealer.

Refer to the replacement number shown on the original battery label when a new 12-volt battery is needed. The vehicle has an Absorbed Glass Mat (AGM) 12-volt battery. Installation of a standard 12-volt battery will result in reduced 12-volt battery life.

When using a 12-volt battery charger on the 12-volt AGM battery, some chargers have an AGM battery setting on the charger. If available, use the AGM setting on the charger, to limit charge voltage to 14.8 volts.

⚠ **Warning**

**WARNING:** Battery posts, terminals, and related accessories contain lead and lead compounds, chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. Batteries also contain other chemicals
*(Continued)*

**Warning  (Continued)**

known to the State of California to cause cancer. **WASH HANDS AFTER HANDLING.** For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

See *California Proposition 65 Warning* ⇨ *197* and the back cover.

### Vehicle Storage

⚠ **Warning**

Batteries have acid that can burn you and gas that can explode. You can be badly hurt if you are not careful. See *Jump Starting - North America* ⇨ *238* for tips on working around a battery without getting hurt.

**Up to a Month**

- Plug in the charge cord.

**Planned Storage for more than a Month**

- Do not plug in the charge cord.
- Remove the black negative (–) cable from the 12-volt battery and attach a trickle charger to the battery terminals or keep the 12-volt battery cables connected and

trickle charge from the underhood remote positive (+) and negative (–) terminals. See *Jump Starting - North America* ⇨ *238* for the location of these terminals.

**Caution**

The vehicle is equipped with an AGM/VRLA 12-volt battery, which can be damaged by using the incorrect type of trickle charger. An AGM/VRLA-compatible charger must be used, with the appropriate setting selected. Follow the trickle charger manufacturer instructions.

After the battery cable is reconnected, it is possible that the vehicle may not operate. If this happens, the high voltage battery may need to be charged.

## Park Brake and P (Park) Mechanism Check

⚠ **Warning**

When you are doing this check, the vehicle could begin to move. You or others could be injured and property could be damaged. Make sure there is room in front of the vehicle in case it
*(Continued)*

**MJN2188**

| Warning (Continued) |
| --- |
| begins to roll. Be ready to apply the regular brake at once should the vehicle begin to move. |

Park on a fairly steep hill, with the vehicle facing downhill. Keeping your foot on the regular brake, set the Electric Parking Brake (EPB).

- To check the EPB's holding ability: With the propulsion system active and the electric drive unit in N (Neutral), slowly remove foot pressure from the regular brake pedal. Do this until the vehicle is held by the EPB only.

- To check the P (Park) mechanism's holding ability: With the propulsion system active, shift to P (Park). Then release the EPB and slowly remove foot pressure from the regular brake pedal.

Contact your dealer if service is required.

## Wiper Blade Replacement

### Front Wiper Blade Replacement

Windshield wiper blades should be replaced periodically. See the *Maintenance Schedule* ⇨ *253*.

Replacement blades come in different types and are removed in different ways. For proper type and length, see *Maintenance Replacement Parts* ⇨ *259*.

| Caution |
| --- |
| Allowing the wiper arm to touch the windshield when no wiper blade is installed could damage the windshield. Any damage that occurs would not be covered by the vehicle warranty. Do not allow the wiper arm to touch the windshield. |

To replace the windshield wiper blade:

1. Pull the windshield wiper assembly away from the windshield.



2. Press the button in the middle of the wiper arm connector, and pull the wiper blade away from the arm connector.

3. Remove the wiper blade.

4. Reverse Steps 1–3 for wiper blade replacement.

### Rear Wiper Blade Replacement

The rear wiper blade and wiper arm have a cover for protection. The cover must be removed before the wiper blade can be replaced.

**MJN2189**

To remove the cover:



1. Slide a plastic tool under the cover and push upward to unsnap.

2. Slide the cover toward the wiper blade tip to unhook it from the blade assembly.

3. Remove the cover.

4. After wiper blade replacement, ensure that the cover hook slides into the slot in the blade assembly.

5. Snap the cover down to secure.

To replace the wiper blade:

1. Lift the wiper arm away from the windshield.



2. Push the release lever (2) to disengage the hook and push the wiper arm (1) out of the blade assembly (3).

3. Push the new blade assembly securely on the wiper arm until the release lever clicks into place.

4. Replace the wiper cover.

## Windshield Replacement

### Driver Assistance Systems

If the windshield needs to be replaced and the vehicle is equipped with a front camera sensor for the Driver Assistance Systems, a GM replacement windshield is recommended. The replacement windshield must be installed according to GM specifications for proper alignment. If it is not, these systems may not work properly,

they may display messages, or they may not work at all. See your dealer for proper windshield replacement.

## Gas Strut(s)

This vehicle is equipped with gas strut(s) to provide assistance in lifting and holding open the hood/trunk/liftgate system in full open position.

| ⚠ **Warning** |
| --- |
| If the gas struts that hold open the hood, trunk, and/or liftgate fail, you or others could be seriously injured. Take the vehicle to your dealer for service immediately. Visually inspect the gas struts for signs of wear, cracks, or other damage periodically. Check to make sure the hood/trunk/liftgate is held open with enough force. If struts are failing to hold the hood/trunk/liftgate, do not operate. Have the vehicle serviced. |

MJN2190

| **Caution** |
| --- |
| Do not apply tape or hang any objects from gas struts. Also do not push down or pull on gas struts. This may cause damage to the vehicle. |

See *Maintenance Schedule* ⇨ *253*.



**Hood**



**Trunk**



**Liftgate**

# Headlamp Aiming

## Front Headlamp Aiming

Headlamp aim has been preset and should need no further adjustment.

If the vehicle is damaged in a crash, the headlamp aim may be affected.
If adjustment to the headlamps is necessary, see your dealer.

# Bulb Replacement

For the proper type of replacement bulbs, or any bulb changing procedure not listed in this section, contact your dealer.

| **Caution** |
| --- |
| Do not replace incandescent bulbs with aftermarket LED replacement bulbs. This can cause damage to the vehicle electrical system. |

**MJN2191**

## Halogen Bulbs

⚠ **Warning**

Halogen bulbs have pressurized gas inside and can burst if you drop or scratch the bulb. You or others could be injured. Be sure to read and follow the instructions on the bulb package.

## High Intensity Discharge (HID) Lighting

⚠ **Warning**

The High Intensity Discharge (HID) lighting system operates at a very high voltage. If you try to service any of the system components, you could be seriously injured. Have your dealer or a qualified technician service them.

This vehicle has several HID lamps.

For replacement of any HID lighting assembly, contact your dealer.

After an HID headlamp bulb has been replaced, the beam might be a slightly different shade than it was originally. This is normal.

## LED Lighting

This vehicle has several LED lamps.

For replacement of any LED lighting assembly, contact your dealer.

## Taillamps, Turn Signal, Stoplamps, and Back-Up Lamps



1. Back-up Lamp
2. Turn Signal Lamp
3. Stoplamp/Taillamp

To access the bulbs, reach up behind the rear bumper. To replace a back-up bulb, turn signal lamp, taillamp, or stoplamp:

1. Turn the bulb socket counterclockwise and remove it from the socket. The lamps are in the rear bumper.

2. Press the new bulb in and turn clockwise to install the bulb into the socket.

3. Turn the bulb socket clockwise to reinstall.

## License Plate Lamp



1. Press the spring clip on the right end of the lamp assembly to the left to unlock the lamp assembly.

2. Pull down on the lamp assembly to remove it from the fascia.

**MJN2192**



4. Turn the bulb socket (1) counterclockwise to remove it from the lamp assembly (3).

5. Pull the bulb (2) straight out of the bulb socket (1).

6. Push the replacement bulb straight into the bulb socket (1) and turn the bulb socket (1) clockwise to install it into the lamp assembly (3).

7. Reinstall the lamp assembly (3) into the fascia by inserting the left side first.

8. Push the spring clip into place.

## Electrical System

### High Voltage Devices and Wiring

> ⚠ **Warning**
>
> Exposure to high voltage can cause shock, burns, and even death. The high voltage components in the vehicle can only be serviced by technicians with special training.
>
> High voltage components are identified by labels. Do not remove, open, take apart, or modify these components. High voltage cable or wiring has orange covering or labels. Do not probe, tamper with, cut, or modify high voltage cable or wiring.

### Electrical System Overload

The vehicle has fuses and circuit breakers to protect against an electrical system overload.

When the current electrical load is too heavy, the circuit breaker opens and closes, protecting the circuit until the current load returns to normal or the problem is fixed.

This greatly reduces the chance of circuit overload and fire caused by electrical problems.

Fuses and circuit breakers protect the following in the vehicle:

- Headlamp wiring
- Windshield wiper motor
- Power windows and other power accessories

Replace a bad fuse with a new one of the identical size and rating.

If there is a problem on the road and a fuse needs to be replaced, the same amperage fuse can be borrowed. Choose some feature of the vehicle that is not needed to use and replace it as soon as possible.

#### Headlamp Wiring

An electrical overload may cause the lamps to go on and off, or in some cases to remain off. Have the headlamp wiring checked right away if the lamps go on and off or remain off.

#### Windshield Wipers

If the wiper motor overheats due to heavy snow or ice, the windshield wipers will stop until the motor cools and the wiper control

MJN2193

is turned off. After removal of the blockage, the wiper motor will restart when the control is then moved to the desired operating position.

Although the circuit is protected from electrical overload, overload due to heavy snow or ice, may cause wiper damage. Always clear ice and heavy snow from the windshield before using the windshield wipers.

If the overload is caused by an electrical problem and not snow or ice, be sure to get it fixed.

## Fuses and Circuit Breakers

The wiring circuits in the vehicle are protected from short circuits by a combination of fuses and circuit breakers. This greatly reduces the chance of damage caused by electrical problems.

⚠ **Danger**

Fuses and circuit breakers are marked with their ampere rating. Do not exceed the specified amperage rating when replacing fuses and circuit breakers. Use

(Continued)

**Danger (Continued)**

of an oversized fuse or circuit breaker can result in a vehicle fire. You and others could be seriously injured or killed.



⚠ **Warning**

Installation or use of fuses that do not meet GM's original fuse specifications is dangerous. The fuses could fail, and result in a fire. You or others could be injured or killed, and the vehicle could be damaged.

See *Accessories and Modifications* ⇨ 197 and *General Information* ⇨ 197.

To check a fuse, look at the silver-colored band inside the fuse. If the band is broken or melted, replace the fuse. Be sure to replace a bad fuse with a new one of the identical size and rating.

Fuses of the same amperage can be temporarily borrowed from another fuse location, if a fuse goes out. Replace the fuse as soon as possible.

## Underhood Compartment Fuse Block



To open the fuse block cover, press the clips at the side and back and pull the cover up.

**Caution**

Spilling liquid on any electrical component on the vehicle may damage it. Always keep the covers on any electrical component.

**MJN2194**



**MJN2195**

A fuse puller is in the underhood compartment fuse block.

The vehicle may not be equipped with all of the fuses, relays, and features shown.

| Fuses | Usage |
|---|---|
| 1 | – |
| 2 | Power window rear |
| 3 | – |
| 4 | Rechargeable energy storage system 1 |
| 5 | – |
| 7 | Left high beam headlamp |
| 8 | Right high beam headlamp |
| 9 | Left low beam headlamp |
| 10 | Right low beam headlamp |
| 11 | Horn |
| 12 | – |
| 13 | Front wiper motor driver |
| 14 | Liftgate |
| 15 | Front wiper motor co-driver |
| 16 | Electronic brake control module supply electronics |

| Fuses | Usage |
|---|---|
| 17 | Rear wiper |
| 18 | Liftgate |
| 19 | Seat module front |
| 20 | Washer |
| 22 | Linear power module |
| 23 | Electronic brake control module supply motor |
| 24 | Seat module rear |
| 26 | Transmission range control module |
| 27 | Aeroshutter |
| 28 | Auxiliary oil pump |
| 29 | Electric brake boost motor source |
| 30 | Front power windows |
| 31 | In-panel bussed electrical center |
| 32 | Rear window defogger |
| 33 | Heated exterior rearview mirror |
| 34 | Pedestrian friendly alert function |

| Fuses | Usage |
|---|---|
| 35 | – |
| 36 | – |
| 37 | Current sensor |
| 38 | Rain sensor |
| 39 | – |
| 40 | Electric brake boost (ECU) |
| 41 | Power line communication module |
| 42 | Infant only supression |
| 43 | Window switch |
| 44 | Rechargeable energy storage system |
| 45 | Vehicle integration control module |
| 46 | Integrated chassis control module |
| 47 | – |
| 48 | Integrated chassis control module |
| 49 | Interior rearview mirror |
| 50 | – |

**MJN2196**

| Fuses | Usage |
|---|---|
| 51 | Electric brake boost |
| 52 | – |
| 54 | A/C control module |
| 55 | Rechargeable energy storage system coolant pump |
| 56 | – |
| 57 | Power electronics coolant pump |
| 58 | Engine control module |
| 59 | – |
| 60 | HVAC electric heater |
| 61 | On-board charging module |
| 62 | Transmission range control module 1 |
| 63 | Electric cooling fan |
| 64 | Engine control module |
| 65 | Auxiliary heater pump |
| 66 | Powertrain |
| 67 | Drive unit controller |
| 70 | A/C control module |

| Fuses | Usage |
|---|---|
| 71 | – |
| 72 | Transmission range control module |
| 73 | Single power inverter module |
| 74 | – |

| Relays | Usage |
|---|---|
| 6 | Pedestrian friendly alert function |
| 21 | HID lamp |
| 25 | Powertrain |
| 53 | Run/Crank |
| 68 | Rear window defogger |
| 69 | Second run/Crank |

## Instrument Panel Fuse Block



The instrument panel fuse block is on the left side of the instrument panel. To access the fuses, open the fuse panel door by pulling out.

To reinstall the door, insert the top tab first, then push the door back into its original location.

| Fuses | Usage |
| --- | --- |
| F01 | Video processing module |
| F02 | Indicator light solar sensor |
| F03 | Side blind zone alert |
| F04 | Passive entry, passive start |
| F05 | CGM |
| F06 | Body control module 4 |
| F07 | Body control module 3 |
| F08 | Body control module 2 |
| F09 | Body control module 1 |
| F10 | Trailer interface module 1 |
| F11 | Amplifier |
| F12 | Body control module 8 |
| F13 | Data link connector 1 |
| F14 | Automatic parking assist |
| F15 | - |

| Fuses | Usage |
| --- | --- |
| F16 | Single power inverter module 1 |
| F17 | Body control module 6 |
| F18 | Body control module 5 |
| F19 | – |
| F20 | – |
| F21 | – |
| F22 | – |
| F23 | USB |
| F24 | Wireless charging module |
| F25 | Reflected LED alert display |
| F26 | Heated steering wheel |
| F27 | CGM 2 |
| F28 | Instrument cluster 2 |
| F29 | Trailer interface module 2 |
| F30 | - |
| F31 | OnStar |
| F32 | Virtual keypass sensor |
| F33 | Heating, ventilation, and air conditioning module |

| Fuses | Usage |
| --- | --- |
| F34 | Virtual keypass module |
| F35 | Instrument cluster 1 |
| F36 | Radio |
| F37 | – |
| F38 | – |
| F39 | – |
| F40 | – |
| F41 | – |
| F42 | – |
| F43 | Body control module 7 |
| F44 | Sensing and diagnostic module |
| F45 | Front camera module |
| F46 | Vehicle integration control module |
| F47 | Single power inverter module 2 |
| F48 | - |
| F49 | Auxiliary jack |
| F50 | Steering wheel controls |

**MJN2198**

| Fuses | Usage |
|-------|-------|
| F51 | Steering wheel controls backlighting |
| F52 | - |
| F53 | Auxiliary power outlet |
| F54 | – |
| F55 | Logistic |
| F56 | – |
| F57 | – |
| F59 | – |

| Relays | Usage |
|--------|-------|
| F58 | Logistics relay |
| F60 | Accessory/Retained accessory power relay |

## Wheels and Tires

### Tires

Every new GM vehicle has high-quality tires made by a leading tire manufacturer. See the warranty manual for information regarding the tire warranty and where to get service. For additional information refer to the tire manufacturer.

⚠️ **Warning**

- Poorly maintained and improperly used tires are dangerous.

- Overloading the tires can cause overheating as a result of too much flexing. There could be a blowout and a serious crash. See *Vehicle Load Limits* ⇨ *153*.

- Underinflated tires pose the same danger as overloaded tires. The resulting crash could cause serious injury. Check all tires frequently to maintain the recommended pressure. Tire pressure should be checked when the tires are cold.

- Overinflated tires are more likely to be cut, punctured, or broken by a sudden impact — such as when hitting a pothole. Keep tires at the recommended pressure.

(Continued)

**Warning (Continued)**

- Worn or old tires can cause a crash. If the tread is badly worn, replace them.

- Replace any tires that have been damaged by impacts with potholes, curbs, etc.

- Improperly repaired tires can cause a crash. Only the dealer or an authorized tire service center should repair, replace, dismount, and mount the tires.

- Do not spin the tires in excess of 56 km/h (35 mph) on slippery surfaces such as snow, mud, ice, etc. Excessive spinning may cause the tires to explode.

### All-Season Tires

This vehicle may come with all-season tires. These tires are designed to provide good overall performance on most road surfaces and weather conditions. Original equipment tires designed to GM's specific tire performance criteria have a TPC specification code molded onto the sidewall. Original

MJN2199

equipment all-season tires can be identified by the last two characters of this TPC code, which will be "MS."

Consider installing winter tires on the vehicle if frequent driving on snow or ice-covered roads is expected. All-season tires provide adequate performance for most winter driving conditions, but they may not offer the same level of traction or performance as winter tires on snow or ice-covered roads. See *Winter Tires* ⇨ *217*.

### Winter Tires

This vehicle was not originally equipped with winter tires. Winter tires are designed for increased traction on snow and ice-covered roads. Consider installing winter tires on the vehicle if frequent driving on ice or snow covered roads is expected. See your dealer for details regarding winter tire availability and proper tire selection. Also, see *Buying New Tires* ⇨ *228*.

With winter tires, there may be decreased dry road traction, increased road noise, and shorter tread life. After changing to winter tires, be alert for changes in vehicle handling and braking.

If using winter tires:

- Use tires of the same brand and tread type on all four wheel positions.
- Use only radial ply tires of the same size, load range, and speed rating as the original equipment tires.

Winter tires with the same speed rating as the original equipment tires may not be available for H, V, W, Y, and ZR speed rated tires. If winter tires with a lower speed rating are chosen, never exceed the tire's maximum speed capability.

### Self-Sealing Tires

This vehicle may have self-sealing tires. These tires have a material inside that can seal punctures from common road hazards, such as nails and screws, in the tread area. The tire may lose air pressure if the sidewall is damaged or the tread puncture is too large. If the Tire Pressure Monitor System indicates the tire pressure is low, inspect the tire for damage and inflate it to the recommended pressure. If the tire is unable to maintain the recommended pressure, contact the nearest authorized GM servicing facility immediately for inspection and repair or replacement. To locate the nearest GM servicing facility, call GM Customer Assistance.

| Caution |
| --- |
| Do not drive on a deflated self-sealing tire as this could damage the tire. Make sure the tire is inflated to the recommended pressure or have it immediately repaired or replaced. |

When tire replacement is needed replace with a self-sealing tire, because the vehicle does not come with a spare tire or tire changing equipment.

### Tire Sidewall Labeling

Useful information about a tire is molded into its sidewall. The example shows a typical passenger tire sidewall.

**MJN2200**



Passenger (P-Metric) Tire Example

**(1) Tire Size** : The tire size is a combination of letters and numbers used to define a particular tire's width, height, aspect ratio, construction type, and service description. See the "Tire Size" illustration later in this section.

**(2) TPC Spec (Tire Performance Criteria Specification)** : Original equipment tires designed to GM's specific tire performance criteria have a TPC specification code molded onto the sidewall. GM's TPC specifications meet or exceed all federal safety guidelines.

**(3) DOT (Department of Transportation)** : The Department of Transportation (DOT) code indicates that the tire is in compliance with the U.S. Department of Transportation Motor Vehicle Safety Standards.

**DOT Tire Date of Manufacture** : The last four digits of the TIN indicate the tire manufactured date. The first two digits represent the week and the last two digits, the year. For example, the third week of the year 2020 would have a 4-digit DOT date of 0320. Week 01 is the first full week (Sunday through Saturday) of each year.

**(4) Tire Identification Number (TIN)** : The letters and numbers following the DOT code are the Tire Identification Number (TIN). The TIN shows the manufacturer and plant code, tire size, and date the tire was manufactured. The TIN is molded onto both sides of the tire, although only one side may have the date of manufacture.

**(5) Tire Ply Material** : The type of cord and number of plies in the sidewall and under the tread.

**(6) Uniform Tire Quality Grading (UTQG)** : Tire manufacturers are required to grade tires based on three performance factors: treadwear, traction, and temperature resistance. For more information see *Uniform Tire Quality Grading* ⇨ *229*.

**(7) Maximum Cold Inflation Load Limit** : Maximum load that can be carried and the maximum pressure needed to support that load.

## Tire Designations

### Tire Size

The example shows a typical passenger vehicle tire size.



Passenger (P-Metric) Tire

**(1) Passenger (P-Metric) Tire** : The United States version of a metric tire sizing system. The letter "P" as the first character in the tire size means a passenger vehicle tire engineered to standards set by the U.S. Tire and Rim Association.

**(2) Tire Width** : The 3-digit number indicates the tire section width in millimeters from sidewall to sidewall.

**(3) Aspect Ratio** : A 2-digit number that indicates the tire height-to-width measurements. For example, if the tire size aspect ratio is 75, as shown in item (3) of the illustration, it would mean that the tire's sidewall is 75 percent as high as it is wide.

**(4) Construction Code** : A letter code is used to indicate the type of ply construction in the tire. The letter "R" means radial ply construction; the letter "D" means diagonal or bias ply construction.

**(5) Rim Diameter** : Diameter of the wheel in inches.

**(6) Service Description** : These characters represent the load index and speed rating of the tire. The load index represents the load carrying capacity a tire is certified to carry. The speed rating is the maximum speed a tire is certified to carry a load.

## Tire Terminology and Definitions

**Air Pressure** : The amount of air inside the tire pressing outward on each square inch of the tire. Air pressure is expressed in kPa (kilopascal) or psi (pounds per square inch).

**Accessory Weight** : The combined weight of optional accessories. Some examples of optional accessories are automatic transmission, power windows, power seats, and air conditioning.

**Aspect Ratio** : The relationship of a tire's height to its width.

**Belt** : A rubber coated layer of cords between the plies and the tread. Cords may be made from steel or other reinforcing materials.

**Bead** : The tire bead contains steel wires wrapped by steel cords that hold the tire onto the rim.

**Bias Ply Tire** : A pneumatic tire in which the plies are laid at alternate angles less than 90 degrees to the centerline of the tread.

**Cold Tire Pressure** : The amount of air pressure in a tire, measured in kPa (kilopascal) or psi (pounds per square inch) before a tire has built up heat from driving. See *Tire Pressure* ⇨ *221*.

**Curb Weight** : The weight of a motor vehicle with standard and optional equipment including the maximum capacity of fuel, oil, and coolant, but without passengers and cargo.

**DOT Markings** : A code molded into the sidewall of a tire signifying that the tire is in compliance with the U.S. Department of Transportation (DOT) Motor Vehicle Safety Standards. The DOT code includes the Tire Identification Number (TIN), an alphanumeric

**MJN2202**

designator which can also identify the tire manufacturer, production plant, brand, and date of production.

**GVWR** : Gross Vehicle Weight Rating. See *Vehicle Load Limits* ⇨ *153*.

**GAWR FRT** : Gross Axle Weight Rating for the front axle. See *Vehicle Load Limits* ⇨ *153*.

**GAWR RR** : Gross Axle Weight Rating for the rear axle. See *Vehicle Load Limits* ⇨ *153*.

**Intended Outboard Sidewall** : The side of an asymmetrical tire that must always face outward when mounted on a vehicle.

**Kilopascal (kPa)** : The metric unit for air pressure.

**Light Truck (LT-Metric) Tire** : A tire used on light duty trucks and some multipurpose passenger vehicles.

**Load Index** : An assigned number ranging from 1 to 279 that corresponds to the load carrying capacity of a tire.

**Maximum Inflation Pressure** : The maximum air pressure to which a cold tire can be inflated. The maximum air pressure is molded onto the sidewall.

**Maximum Load Rating** : The load rating for a tire at the maximum permissible inflation pressure for that tire.

**Maximum Loaded Vehicle Weight** : The sum of curb weight, accessory weight, vehicle capacity weight, and production options weight.

**Normal Occupant Weight** : The number of occupants a vehicle is designed to seat multiplied by 68 kg (150 lb). See *Vehicle Load Limits* ⇨ *153*.

**Occupant Distribution** : Designated seating positions.

**Outward Facing Sidewall** : The side of an asymmetrical tire that has a particular side that faces outward when mounted on a vehicle. The side of the tire that contains a whitewall, bears white lettering, or bears manufacturer, brand, and/or model name molding

that is higher or deeper than the same moldings on the other sidewall of the tire.

**Passenger (P-Metric) Tire** : A tire used on passenger cars and some light duty trucks and multipurpose vehicles.

**Recommended Inflation Pressure** : Vehicle manufacturer's recommended tire inflation pressure as shown on the tire placard. See *Tire Pressure* ⇨ *221* and *Vehicle Load Limits* ⇨ *153*.

**Radial Ply Tire** : A pneumatic tire in which the ply cords that extend to the beads are laid at 90 degrees to the centerline of the tread.

**Rim** : A metal support for a tire and upon which the tire beads are seated.

**Sidewall** : The portion of a tire between the tread and the bead.

**Speed Rating** : An alphanumeric code assigned to a tire indicating the maximum speed at which a tire can operate.

**MJN2203**

**Traction** : The friction between the tire and the road surface. The amount of grip provided.

**Tread** : The portion of a tire that comes into contact with the road.

**Treadwear Indicators** : Narrow bands, sometimes called wear bars, that show across the tread of a tire when only 1.6 mm (1/16 in) of tread remains. See *When It Is Time for New Tires* ⇨ *227*.

**UTQGS (Uniform Tire Quality Grading Standards)** : A tire information system that provides consumers with ratings for a tire's traction, temperature, and treadwear. Ratings are determined by tire manufacturers using government testing procedures. The ratings are molded into the sidewall of the tire. See *Uniform Tire Quality Grading* ⇨ *229*.

**Vehicle Capacity Weight** : The number of designated seating positions multiplied by 68 kg (150 lb) plus the rated cargo load. See *Vehicle Load Limits* ⇨ *153*.

**Vehicle Maximum Load on the Tire** : Load on an individual tire due to curb weight, accessory weight, occupant weight, and cargo weight.

**Vehicle Placard** : A label permanently attached to a vehicle showing the vehicle capacity weight and the original equipment tire size and recommended inflation pressure. See "Tire and Loading Information Label" under *Vehicle Load Limits* ⇨ *153*.

## Tire Pressure

Tires need the correct amount of air pressure to operate effectively.

⚠ **Warning**

Neither tire underinflation nor overinflation is good. Underinflated tires, or tires that do not have enough air, can result in:

- Tire overloading and overheating which could lead to a blowout.

- Premature or irregular wear.

- Poor handling.

(Continued)

**Warning (Continued)**

- Reduced battery-electric range.

Overinflated tires, or tires that have too much air, can result in:

- Unusual wear.

- Poor handling.

- Rough ride.

- Needless damage from road hazards.

The Tire and Loading Information label on the vehicle indicates the original equipment tires and the correct cold tire inflation pressures. The recommended pressure is the minimum air pressure needed to support the vehicle's maximum load carrying capacity. See *Vehicle Load Limits* ⇨ *153*.

How the vehicle is loaded affects vehicle handling and ride comfort. Never load the vehicle with more weight than it was designed to carry.

**MJN2204**

### When to Check

Check the pressure of the tires once a month or more.

### How to Check

Use a good quality pocket-type gauge to check the tire pressure. Proper tire inflation cannot be determined by looking at the tire. Check the tire inflation pressure when the tires are cold, meaning the vehicle has not been driven for at least three hours or no more than 1.6 km (1 mi).

Remove the valve cap from the tire valve stem. Press the tire gauge firmly onto the valve to get the pressure measurement. If the cold tire inflation pressure matches the recommended pressure on the Tire and Loading Information label, no further adjustment is necessary.

If the inflation pressure is low, add air until the recommended pressure is reached. If the inflation pressure in high, press on the metal stem in the center of the tire valve to release air. Re-check the tire pressure with the tire gauge.

Put the valve caps back on the valve stems to keep out dirt and moisture. Use only valve caps designed for the vehicle by GM. TPMS sensors could be damaged and would not be covered by the vehicle warranty.

## Tire Pressure Monitor System

The Tire Pressure Monitor System (TPMS) uses radio and sensor technology to check tire pressure levels. The TPMS sensors monitor the air pressure in your tires and transmit tire pressure readings to a receiver located in the vehicle.

Each tire, including the spare (if provided), should be checked monthly when cold and inflated to the inflation pressure recommended by the vehicle manufacturer on the vehicle placard or tire inflation pressure label. (If your vehicle has tires of a different size than the size indicated on the vehicle placard or tire inflation pressure label, you should determine the proper tire inflation pressure for those tires.)

As an added safety feature, your vehicle has been equipped with a tire pressure monitoring system (TPMS) that illuminates a low tire pressure telltale when one or more of your tires is significantly under-inflated.

Accordingly, when the low tire pressure telltale illuminates, you should stop and check your tires as soon as possible, and inflate them to the proper pressure. Driving on a significantly under-inflated tire causes the tire to overheat and can lead to tire failure. Under-inflation also reduces fuel efficiency and tire tread life, and may affect the vehicle's handling and stopping ability.

Please note that the TPMS is not a substitute for proper tire maintenance, and it is the driver's responsibility to maintain correct tire pressure, even if under-inflation has not reached the level to trigger illumination of the TPMS low tire pressure telltale.

Your vehicle has also been equipped with a TPMS malfunction indicator to indicate when the system is not operating properly. The TPMS malfunction indicator is combined with the low tire pressure telltale. When the system detects a malfunction, the telltale will flash for approximately one minute and then remain continuously illuminated. This

MJN2205

sequence will continue upon subsequent vehicle start-ups as long as the malfunction exists.

When the malfunction indicator is illuminated, the system may not be able to detect or signal low tire pressure as intended. TPMS malfunctions may occur for a variety of reasons, including the installation of replacement or alternate tires or wheels on the vehicle that prevent the TPMS from functioning properly. Always check the TPMS malfunction telltale after replacing one or more tires or wheels on your vehicle to ensure that the replacement or alternate tires and wheels allow the TPMS to continue to function properly.

See *Tire Pressure Monitor Operation* ⇨ *223*.

See *Radio Frequency Statement* ⇨ *271*.

## Tire Pressure Monitor Operation

This vehicle may have a Tire Pressure Monitor System (TPMS). The TPMS is designed to warn the driver when a low tire pressure condition exists. TPMS sensors are mounted onto each tire and wheel assembly, excluding the spare tire and wheel assembly. The TPMS sensors monitor the air pressure in the tires and transmits the tire pressure readings to a receiver located in the vehicle.



When a low tire pressure condition is detected, the TPMS illuminates the low tire pressure warning light located on the instrument cluster. If the warning light comes on, stop as soon as possible and inflate the tires to the recommended pressure shown on the Tire and Loading Information label. See *Vehicle Load Limits* ⇨ *153*.

A message to check the pressure in a specific tire displays in the Driver Information Center (DIC). The low tire pressure warning light and the DIC warning message come on at each ignition cycle using POWER ⏻ until the tires are inflated to the correct inflation pressure. Using the DIC, tire pressure levels can be viewed. For additional information and details about the DIC operation and displays see *Driver Information Center (DIC)* ⇨ *99*.

The low tire pressure warning light may come on in cool weather when the vehicle is first started, and then turn off as the vehicle is driven. This could be an early indicator that the air pressure is getting low and needs to be inflated to the proper pressure.

A Tire and Loading Information label, attached to your vehicle, shows the size of the original equipment tires and the correct inflation pressure for the tires when they are cold. See *Vehicle Load Limits* ⇨ *153*, for an example of the Tire and Loading Information label and its location. Also see *Tire Pressure* ⇨ *221*.

The TPMS can warn about a low tire pressure condition but it does not replace normal tire maintenance. See *Tire Inspection* ⇨ *226*, *Tire Rotation* ⇨ *226* and *Tires* ⇨ *216*.

| Caution |
| --- |
| Tire sealant materials are not all the same. A non-approved tire sealant could damage the TPMS sensors. TPMS sensor damage caused by using an incorrect tire sealant is not covered by the vehicle |

(Continued)

**Caution (Continued)**

warranty. Always use only the GM approved tire sealant available through your dealer or included in the vehicle.

Factory-installed Tire Inflator Kits use a GM-approved liquid tire sealant. Using non-approved tire sealants could damage the TPMS sensors. See *Tire Sealant and Compressor Kit* ⇨ *232* for information regarding the inflator kit materials and instructions.

### TPMS Malfunction Light and Message

The TPMS will not function properly if one or more of the TPMS sensors are missing or inoperable. When the system detects a malfunction, the low tire warning light flashes for about one minute and then stays on for the remainder of the ignition cycle using POWER ⏻. A DIC warning message also displays. The malfunction light and DIC warning message come on at each ignition cycle using POWER ⏻ until the problem is corrected. Some of the conditions that can cause these to come on are:

- One of the road tires has been replaced with the spare tire. The spare tire does not have a TPMS sensor. The malfunction light and DIC message should go off after the road tire is replaced and the sensor matching process is performed successfully. See "TPMS Sensor Matching Process" later in this section.

- The TPMS sensor matching process was not done or not completed successfully after rotating the tires. The malfunction light and the DIC message should go off after successfully completing the sensor matching process. See "TPMS Sensor Matching Process" later in this section.

- One or more TPMS sensors are missing or damaged. The malfunction light and the DIC message should go off when the TPMS sensors are installed and the sensor matching process is performed successfully. See your dealer for service.

- Replacement tires or wheels do not match the original equipment tires or wheels. Tires and wheels other than those recommended could prevent the TPMS from functioning properly. See *Buying New Tires* ⇨ *228*.

- Operating electronic devices or being near facilities using radio wave frequencies similar to the TPMS could cause the TPMS sensors to malfunction.

If the TPMS is not functioning properly it cannot detect or signal a low tire condition. See your dealer for service if the TPMS malfunction light and DIC message come on and stay on.

### Tire Fill Alert (If Equipped)

This feature provides visual and audible alerts outside the vehicle to help when inflating an underinflated tire to the recommended cold tire pressure.

When the low tire pressure warning light comes on:

1. Park the vehicle in a safe, level place.
2. Set the parking brake firmly.
3. Place the vehicle in P (Park).
4. Add air to the tire that is underinflated. The turn signal lamp will flash.

   When the recommended pressure is reached, the horn sounds once and the turn signal lamp will stop flashing and briefly turn solid.

Repeat these steps for all underinflated tires that have illuminated the low tire pressure warning light.

**MJN2207**

⚠ **Warning**

Overinflating a tire could cause the tire to rupture and you or others could be injured. Do not exceed the maximum pressure listed on the tire sidewall. See *Tire Sidewall Labeling* ⇨ *217* and *Vehicle Load Limits* ⇨ *153*.

If the tire is overinflated by more than 35 kPa (5 psi), the horn will sound multiple times and the turn signal lamp will continue to flash for several seconds after filling stops. To release and correct the pressure, while the turn signal lamp is still flashing, briefly press the center of the valve stem. When the recommended pressure is reached, the horn sounds once.

If the turn signal lamp does not flash within 15 seconds after starting to inflate the tire, the tire fill alert has not been activated or is not working.

If the hazard warning flashers are on, the tire fill alert visual feedback will not work properly.

The TPMS will not activate the tire fill alert properly under the following conditions:

- There is interference from an external device or transmitter.
- The air pressure from the inflation device is not sufficient to inflate the tire.
- There is a malfunction in the TPMS.
- There is a malfunction in the horn or turn signal lamps.
- The identification code of the TPMS sensor is not registered to the system.
- The battery of the TPMS sensor is low.

If the tire fill alert does not operate due to TPMS interference, move the vehicle about 1 m (3 ft) back or forward and try again. If the tire fill alert feature is not working, use a tire pressure gauge.

**TPMS Sensor Matching Process**

Each TPMS sensor has a unique identification code. The identification code needs to be matched to a new tire/wheel position after rotating the vehicle's tires or replacing one or more of the TPMS sensors. The TPMS sensor matching process should also be performed after replacing a spare tire with a road tire containing the TPMS sensor. The malfunction light and the DIC message should go off at the next ignition cycle using POWER ⏻. The sensors are matched to the tire/wheel positions, using a

TPMS relearn tool, in the following order: driver side front tire, passenger side front tire, passenger side rear tire, and driver side rear. See your dealer for service or to purchase a relearn tool. A TPMS relearn tool can also be purchased. See Tire Pressure Monitor Sensor Activation Tool at www.gmtoolsandequipment.com or call 1-800-GM TOOLS (1-800-468-6657).

There are two minutes to match the first tire/wheel position, and five minutes overall to match all four tire/wheel positions. If it takes longer, the matching process stops and must be restarted.

The TPMS sensor matching process is:

1. Set the parking brake.

2. Press POWER ⏻ to start the vehicle. See *Power Button* ⇨ *156*.

3. Make sure the Tire Pressure info page option is turned on. The info pages on the DIC can be turned on and off through the Options menu. See *Driver Information Center (DIC)* ⇨ *99*.

4. Use the DIC controls on the right side of the steering wheel to scroll to the Tire Pressure screen under the DIC info page.

5. Press and hold ✓ in the center of the DIC controls.

**MJN2208**

A message requesting acceptance of the process may display.

The horn sounds twice to signal the receiver is in relearn mode and the TIRE LEARNING ACTIVE message displays on the DIC screen.

6. Start with the driver side front tire.

7. Place the relearn tool against the tire sidewall, near the valve stem. Then press the button to activate the TPMS sensor. A horn chirp confirms that the sensor identification code has been matched to this tire and wheel position.

8. Proceed to the passenger side front tire, and repeat the procedure in Step 7.

9. Proceed to the passenger side rear tire, and repeat the procedure in Step 7.

10. Proceed to the driver side rear tire, and repeat the procedure in Step 7. The horn sounds two times to indicate the sensor identification code has been matched to the driver side rear tire, and the TPMS sensor matching process is no longer active. The TIRE LEARNING ACTIVE message on the DIC display screen goes off.

11. Turn the vehicle off.

12. Set all four tires to the recommended air pressure level as indicated on the Tire and Loading Information label.

## Tire Inspection

We recommend that the tires, including the spare tire, if the vehicle has one, be inspected for signs of wear or damage at least once a month.

Replace the tire if:

- The indicators at three or more places around the tire can be seen.
- There is cord or fabric showing through the tire's rubber.
- The tread or sidewall is cracked, cut, or snagged deep enough to show cord or fabric.
- The tire has a bump, bulge, or split.
- The tire has a puncture, cut, or other damage that cannot be repaired well because of the size or location of the damage.

## Tire Rotation

Tires should be rotated every 12 000 km (7,500 mi). See *Maintenance Schedule* ⇨ 253.

Tires are rotated to achieve a more uniform wear for all tires. The first rotation is the most important.

Anytime unusual wear is noticed, rotate the tires as soon as possible, check for proper tire inflation pressure, and check for damaged tires or wheels. If the unusual wear continues after the rotation, check the wheel alignment. See *When It Is Time for New Tires* ⇨ 227 and
*Wheel Replacement* ⇨ 231.

**MJN2209**



Use this rotation pattern when rotating the tires.

Adjust the front and rear tires to the recommended inflation pressure on the Tire and Loading Information label after the tires have been rotated. See *Tire Pressure* ⇨ *221* and *Vehicle Load Limits* ⇨ *153*.

Reset the Tire Pressure Monitor System. See *Tire Pressure Monitor Operation* ⇨ *223*.

Check that all wheel nuts are properly tightened. See "Wheel Nut Torque" under *Capacities and Specifications* ⇨ *262*.

⚠ **Warning**

Rust or dirt on a wheel, or on the parts to which it is fastened, can cause wheel nuts to become loose over time. The wheel could come off and cause a crash. When changing a wheel, remove any rust or dirt from places where the wheel attaches to the vehicle. In an emergency, a cloth or paper towel can be used; however, use a scraper or wire brush later to remove all rust or dirt.

Lightly coat the inner diameter of the wheel hub opening with wheel bearing grease after a wheel change or tire rotation to prevent corrosion or rust buildup.

⚠ **Warning**

Do not apply grease to the wheel mounting surface, wheel conical seats, or the wheel nuts or bolts. Grease applied to these areas could cause a wheel to become loose or come off, resulting in a crash.

## When It Is Time for New Tires

Factors, such as maintenance, temperatures, driving speeds, vehicle loading, and road conditions affect the wear rate of the tires.



Treadwear indicators are one way to tell when it is time for new tires. Treadwear indicators appear when the tires have only 1.6 mm (1/16 in) or less of tread remaining. See *Tire Inspection* ⇨ *226* and *Tire Rotation* ⇨ *226* for additional information.

The rubber in tires ages over time. This also applies to the spare tire, if the vehicle has one, even if it is never used. Multiple factors including temperatures, loading conditions, and inflation pressure maintenance affect

**MJN2210**

how fast aging takes place. GM recommends that tires, including the spare if equipped, be replaced after six years, regardless of tread wear. To identify the age of a tire, use the tire manufacture date, which is the last four digits of the DOT Tire Identification Number (TIN) molded into one side of the tire sidewall. The last four digits of the TIN indicate the tire manufactured date. The first two digits represent the week and the last two digits, the year. For example, the third week of the year 2020 would have a 4-digit DOT date of 0320. Week 01 is the first full week (Sunday through Saturday) of each year.

### Vehicle Storage

Tires age when stored normally mounted on a parked vehicle. Park a vehicle that will be stored for at least a month in a cool, dry, clean area away from direct sunlight to slow aging. This area should be free of grease, gasoline, or other substances that can deteriorate rubber.

Parking for an extended period can cause flat spots on the tires that may result in vibrations while driving. When storing a vehicle for at least a month, remove the tires or raise the vehicle to reduce the weight from the tires.

## Buying New Tires

GM has developed and matched specific tires for the vehicle. The original equipment tires installed were designed to meet General Motors Tire Performance Criteria Specification (TPC Spec) system rating. When replacement tires are needed, GM strongly recommends buying tires with the same TPC Spec rating.

GM's exclusive TPC Spec system considers over a dozen critical specifications that impact the overall performance of the vehicle, including brake system performance, ride and handling, traction control, and tire pressure monitoring performance. GM's TPC Spec number is molded onto the tire's sidewall near the tire size. If the tires have an all-season tread design, the TPC Spec number will be followed by MS for mud and snow. See *Tire Sidewall Labeling* ⇨ *217* for additional information.

GM recommends replacing worn tires in complete sets of four. Uniform tread depth on all tires will help to maintain the performance of the vehicle. Braking and handling performance may be adversely affected if all the tires are not replaced at the same time. If proper rotation and maintenance have been done, all four tires should wear out at about the same time. However, if it is necessary to replace only one axle set of worn tires, place the new tires on the rear axle. See *Tire Rotation* ⇨ *226*.

⚠ **Warning**

Tires could explode during improper service. Attempting to mount or dismount a tire could cause injury or death. Only your dealer or authorized tire service center should mount or dismount the tires.

MJN2211

### ⚠ Warning

Mixing tires of different sizes (other than those originally installed on the vehicle), brands, tread patterns, or types may cause loss of vehicle control, resulting in a crash or other vehicle damage. Use the correct size, brand, and type of tire on all wheels.

### ⚠ Warning

Using bias-ply tires on the vehicle may cause the wheel rim flanges to develop cracks after many miles of driving. A tire and/or wheel could fail suddenly and cause a crash. Use only radial-ply tires with the wheels on the vehicle.

Winter tires with the same speed rating as the original equipment tires may not be available for H, V, W, Y and ZR speed rated tires. Never exceed the winter tires' maximum speed capability when using winter tires with a lower speed rating.

If the vehicle tires must be replaced with a tire that does not have a TPC Spec number, make sure they are the same size, load range, speed rating, and construction (radial) as the original tires.

The Tire and Loading Information label indicates the original equipment tires on the vehicle. See *Vehicle Load Limits* ⇨ *153*.

## Different Size Tires and Wheels

If wheels or tires are installed that are a different size than the original equipment wheels and tires, vehicle performance, including its braking, ride and handling characteristics, stability, and resistance to rollover may be affected. If the vehicle has electronic systems such as antilock brakes, rollover airbags, traction control, electronic stability control, or All-Wheel Drive, the performance of these systems can also be affected.

### ⚠ Warning

If different sized wheels are used, there may not be an acceptable level of performance and safety if tires not recommended for those wheels are selected. This increases the chance of a crash and serious injury. Only use GM specific wheel and tire systems developed for the vehicle, and have them properly installed by a GM certified technician.

See *Buying New Tires* ⇨ *228* and *Accessories and Modifications* ⇨ *197*.

## Uniform Tire Quality Grading

The following information relates to the system developed by the United States National Highway Traffic Safety Administration (NHTSA), which grades tires by treadwear, traction, and temperature performance. This applies only to vehicles sold in the United States. The grades are molded on the sidewalls of most passenger car tires. The Uniform Tire Quality Grading (UTQG) system does not apply to deep tread, winter tires, compact spare tires,

**MJN2212**

tires with nominal rim diameters of 10 to 12 inches (25 to 30 cm), or to some limited-production tires.

While the tires available on General Motors passenger cars and light trucks may vary with respect to these grades, they must also conform to federal safety requirements and additional General Motors Tire Performance Criteria (TPC) standards.

Quality grades can be found where applicable on the tire sidewall between tread shoulder and maximum section width. For example:

**Treadwear 200 Traction AA Temperature A**

All Passenger Car Tires Must Conform to Federal Safety Requirements In Addition To These Grades.

**Treadwear**

The treadwear grade is a comparative rating based on the wear rate of the tire when tested under controlled conditions on a specified government test course. For example, a tire graded 150 would wear one and one-half (1½)

times as well on the government course as a tire graded 100. The relative performance of tires depends upon the actual conditions of their use, however, and may depart significantly from the norm due to variations in driving habits, service practices and differences in road characteristics and climate.

**Traction**

The traction grades, from highest to lowest, are AA, A, B, and C. Those grades represent the tire's ability to stop on wet pavement as measured under controlled conditions on specified government test surfaces of asphalt and concrete. A tire marked C may have poor traction performance. Warning: The traction grade assigned to this tire is based on straight-ahead braking traction tests, and does not include acceleration, cornering, hydroplaning, or peak traction characteristics.

**Temperature**

The temperature grades are A (the highest), B, and C, representing the tire's resistance to the generation of heat and its ability to dissipate heat when tested under controlled conditions on a specified indoor laboratory test wheel. Sustained high temperature can cause the material of the tire to degenerate and reduce tire life, and excessive temperature can lead to sudden tire failure. The grade C corresponds to a level of performance which all passenger car tires must meet under the Federal Motor Safety Standard No. 109. Grades B and A represent higher levels of performance on the laboratory test wheel than the minimum required by law. Warning: The temperature grade for this tire is established for a tire that is properly inflated and not overloaded. Excessive speed, underinflation, or excessive loading, either separately or in combination, can cause heat buildup and possible tire failure.

MJN2213

## Wheel Alignment and Tire Balance

The tires and wheels were aligned and balanced at the factory to provide the longest tire life and best overall performance. Adjustments to wheel alignment and tire balancing are not necessary on a regular basis. Consider an alignment check if there is unusual tire wear or the vehicle is significantly pulling to one side or the other. Some slight pull to the left or right, depending on the crown of the road and/or other road surface variations such as troughs or ruts, is normal. If the vehicle is vibrating when driving on a smooth road, the tires and wheels may need to be rebalanced. See your dealer for proper diagnosis.

## Wheel Replacement

Replace any wheel that is bent, cracked, or badly rusted or corroded. If wheel nuts keep coming loose, the wheel, wheel bolts, and wheel nuts should be replaced. If the wheel leaks air, replace it. Some aluminum wheels can be repaired. See your dealer if any of these conditions exist.

Your dealer will know the kind of wheel that is needed.

Each new wheel should have the same load-carrying capacity, diameter, width, offset, and be mounted the same way as the one it replaces.

Replace wheels, wheel bolts, wheel nuts, or Tire Pressure Monitor System (TPMS) sensors with new GM original equipment parts.

⚠ **Warning**

Using the wrong replacement wheels, wheel bolts, or wheel nuts can be dangerous. It could affect the braking and handling of the vehicle. Tires can lose air, and cause loss of control, causing a crash. Always use the correct wheel, wheel bolts, and wheel nuts for replacement.

**Caution**

The wrong wheel can also cause problems with bearing life, brake cooling, speedometer or odometer calibration, headlamp aim, bumper height, vehicle ground clearance, and tire or tire chain clearance to the body and chassis.

## Used Replacement Wheels

⚠ **Warning**

Replacing a wheel with a used one is dangerous. How it has been used or how far it has been driven may be unknown. It could fail suddenly and cause a crash. When replacing wheels, use a new GM original equipment wheel.

## Tire Chains

⚠ **Warning**

Do not use tire chains. There is not enough clearance. Tire chains used on a vehicle without the proper amount of clearance can cause damage to the brakes, suspension, or other vehicle parts. The area damaged by the tire chains could cause loss of control and a crash.

Use another type of traction device only if its manufacturer recommends it for the vehicle's tire size combination and road conditions. Follow that manufacturer's instructions. To avoid vehicle damage, drive slow and readjust or remove the

*(Continued)*

MJN2214

---

**Warning (Continued)**

traction device if it contacts the vehicle. Do not spin the wheels. If traction devices are used, install them on the front tires.

---

## If a Tire Goes Flat

The vehicle has no spare tire, no tire changing equipment, and no place to store a tire.

If the vehicle has self-sealing tires, see *Self-Sealing Tires* ⇨ *217*. Tread punctures typically will not cause tires to lose air. However, if the vehicle does get a flat tire, there is no spare tire, tire changing equipment, or place to store a tire. Contact Roadside Assistance for help.

It is unusual for a tire to blow out while driving, especially if the tires are maintained properly. See *Tires* ⇨ *216*. If air goes out of a tire, it is much more likely to leak out slowly. But if there is ever a blowout, here are a few tips about what to expect and what to do.

If a front tire fails, the flat tire creates a drag that pulls the vehicle toward that side. Take your foot off the accelerator pedal and grip the steering wheel firmly. Steer to maintain lane position, and then gently brake to a stop, well off the road, if possible.

A rear blowout, particularly on a curve, acts much like a skid and may require the same correction as used in a skid. Stop pressing the accelerator pedal and steer to straighten the vehicle. It may be very bumpy and noisy. Gently brake to a stop, well off the road, if possible.

---

⚠ **Warning**

Driving on a flat tire will cause permanent damage to the tire. Re-inflating a tire after it has been driven on while severely underinflated or flat may cause a blowout and a serious crash. Never attempt to re-inflate a tire that has been driven on while severely underinflated or flat. Have your dealer or an authorized tire service center repair or replace the flat tire as soon as possible.

---

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place, well off the road, if possible. Turn on the hazard warning flashers. See *Hazard Warning Flashers* ⇨ *110*.

This vehicle may come with a tire sealant and compressor kit. To use the tire sealant and compressor kit, see *Tire Sealant and Compressor Kit* ⇨ *232*.

## Tire Sealant and Compressor Kit

---

⚠ **Warning**

Overinflating a tire could cause the tire to rupture and you or others could be injured. Be sure to read and follow the tire sealant and compressor kit instructions and inflate the tire to its recommended pressure. Do not exceed the recommended pressure.

---

⚠ **Warning**

Storing the tire sealant and compressor kit or other equipment in the passenger compartment of the vehicle could cause injury. In a sudden stop or collision, loose equipment could strike someone. Store the tire sealant and compressor kit in its original location.

---

MJN2215

If this vehicle has a tire sealant and compressor kit, there may not be a spare tire or tire changing equipment, and on some vehicles there may not be a place to store a tire.

The tire sealant and compressor can be used to temporarily seal punctures up to 6 mm (0.25 in) in the tread area of the tire. It can also be used to inflate an underinflated tire.

If the tire has been separated from the wheel, has damaged sidewalls, or has a large puncture, the tire is too severely damaged for the tire sealant and compressor kit to be effective. See *Roadside Assistance Program* ⇨ *266*.

Read and follow all of the tire sealant and compressor kit instructions.

The kit includes:



1. Sealant Canister Inlet Valve
2. Sealant/Air Hose
3. Base of Sealant Canister
4. Tire Sealant Canister
5. On/Off Button
6. Slot on Top of Compressor
7. Pressure Deflation Button
8. Pressure Gauge



9. Power Plug
10. Air Only Hose

**Tire Sealant**

Read and follow the safe handling instructions on the label adhered to the tire sealant canister (4).

Check the tire sealant expiration date on the tire sealant canister. The tire sealant canister (4) should be replaced before its expiration date. Replacement tire sealant canisters are available at your local dealer.

There is only enough sealant to seal one tire. After usage, the tire sealant canister must be replaced.

**MJN2216**

### Using the Tire Sealant and Compressor Kit to Temporarily Seal and Inflate a Punctured Tire

When using the tire sealant and compressor kit during cold temperatures, warm the kit in a heated environment for five minutes. This will help to inflate the tire faster.

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place. Turn on the hazard warning flashers. See *Hazard Warning Flashers* ⇨ *110*.

See *If a Tire Goes Flat* ⇨ *232* for other important safety warnings.

Do not remove any objects that have penetrated the tire.

1. Remove the tire sealant canister (4) and compressor from its storage location. See *Storing the Tire Sealant and Compressor Kit* ⇨ *238*.

2. Remove the air only hose (10) and the power plug (9) from the bottom of the compressor.

3. Place the compressor on the ground near the flat tire.



4. Attach the air only hose (10) to the sealant canister inlet valve (1) by turning it clockwise until tight.



5. Slide the base of the tire sealant canister (3) into the slot on the top of the compressor (6) to hold it upright.

   Make sure the tire valve stem is positioned close to the ground so the hose will reach it.

6. Remove the valve stem cap from the flat tire by turning it counterclockwise.



7. Attach the sealant/air hose (2) to the tire valve stem by turning it clockwise until tight.

8. Plug the power plug (9) into the accessory power outlet in the vehicle. Unplug all items from other accessory power outlets. See *Power Outlets* ⇨ *76*.

**MJN2217**

If the vehicle has an accessory power outlet, do not use the cigarette lighter.

If the vehicle only has a cigarette lighter, use the cigarette lighter.

Do not pinch the power plug cord in the door or window.

9. Start the vehicle. The vehicle must be running while using the air compressor.

10. Press the on/off button (5) to turn the tire sealant and compressor kit on.

The compressor will inject sealant and air into the tire.

The pressure gauge (8) will initially show a high pressure while the compressor pushes the sealant into the tire. Once the sealant is completely dispersed into the tire, the pressure will quickly drop and start to rise again as the tire inflates with air only.

11. Inflate the tire to the recommended inflation pressure using the pressure gauge (8). The recommended inflation pressure can be found on the Tire and Loading Information label. See *Tire Pressure* ⇨ *221*.

The pressure gauge (8) may read higher than the actual tire pressure while the compressor is on. Turn the compressor off to get an accurate pressure reading. The compressor may be turned on/off until the correct pressure is reached.

| Caution |
| --- |
| If the recommended pressure cannot be reached after approximately 25 minutes, the vehicle should not be driven farther. The tire is too severely damaged and the tire sealant and compressor kit cannot inflate the tire. Remove the power plug from the accessory power outlet and unscrew the inflating hose from the tire valve. See *Roadside Assistance Program* ⇨ *266*. |

12. Press the on/off button (5) to turn the tire sealant and compressor kit off.

The tire is not sealed and will continue to leak air until the vehicle is driven and the sealant is distributed in the tire. Therefore, Steps 13–21 must be done immediately after Step 12.

Be careful while handling the tire sealant and compressor kit as it could be warm after usage.

13. Unplug the power plug (9) from the accessory power outlet in the vehicle.

14. Turn the sealant/air hose (2) counterclockwise to remove it from the tire valve stem.

15. Replace the tire valve stem cap.

16. Remove the tire sealant canister (4) from the slot on top of the compressor (6).

17. Turn the air only hose (10) counterclockwise to remove it from the tire sealant canister inlet valve (1).

18. Turn the sealant/air hose (2) clockwise onto the sealant canister inlet valve (1) to prevent sealant leakage.

19. Return the air only hose (10) and power plug (9) back to their original storage location.



20. If the flat tire was able to inflate to the recommended inflation pressure, remove the maximum speed label from the sealant canister and place it in a highly visible location.

**MJN2218**

Do not exceed the speed on this label until the damaged tire is repaired or replaced.

21. Return the equipment to its original storage location in the vehicle.

22. Immediately drive the vehicle 8 km (5 mi) to distribute the sealant in the tire.

23. Stop at a safe location and check the tire pressure. Refer to Steps 1–10 under "Using the Tire Sealant and Compressor Kit without Sealant to Inflate a Tire (Not Punctured)."

If the tire pressure has fallen more than 68 kPa (10 psi) below the recommended inflation pressure, stop driving the vehicle. The tire is too severely damaged and the tire sealant cannot seal the tire. See *Roadside Assistance Program* ⇨ *266*.

If the tire pressure has not dropped more than 68 kPa (10 psi) from the recommended inflation pressure, inflate the tire to the recommended inflation pressure.

24. Wipe off any sealant from the wheel, tire, or vehicle.

25. Dispose of the used tire sealant canister (4) at a local dealer or in accordance with local state codes and practices.

26. Replace it with a new canister available from your dealer.

27. After temporarily sealing a tire using the tire sealant and compressor kit, take the vehicle to an authorized dealer within 161 km (100 mi) of driving to have the tire repaired or replaced.

### Using the Tire Sealant and Compressor Kit without Sealant to Inflate a Tire (Not Punctured)

The kit includes:



1. Sealant Canister Inlet Valve
2. Sealant/Air Hose
3. Base of Sealant Canister
4. Tire Sealant Canister
5. On/Off Button
6. Slot on Top of Compressor
7. Pressure Deflation Button
8. Pressure Gauge



9. Power Plug
10. Air Only Hose

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place. Turn on the hazard warning flashers. See *Hazard Warning Flashers* ⇨ *110*.

See *If a Tire Goes Flat* ⇨ *232* for other important safety warnings.

MJN2219

1. Remove the compressor from its storage location. See *Storing the Tire Sealant and Compressor Kit* ⇨ *238*.

2. Remove the air only hose (10) and the power plug (9) from the bottom of the compressor.

3. Place the compressor on the ground near the flat tire.

   Make sure the tire valve stem is positioned close to the ground so the hose will reach it.

4. Remove the valve stem cap from the flat tire by turning it counterclockwise.

5. Attach the air only hose (10) to the tire valve stem by turning it clockwise until tight.

6. Plug the power plug (9) into the accessory power outlet in the vehicle. Unplug all items from other accessory power outlets. See *Power Outlets* ⇨ *76*.

   If the vehicle has an accessory power outlet, do not use the cigarette lighter.

   If the vehicle only has a cigarette lighter, use the cigarette lighter.

   Do not pinch the power plug cord in the door or window.

7. Start the vehicle. The vehicle must be running while using the air compressor.

8. Press the on/off button (5) to turn the tire sealant and compressor kit on.

   The compressor will inflate the tire with air only.

9. Inflate the tire to the recommended inflation pressure using the pressure gauge (8). The recommended inflation pressure can be found on the Tire and Loading Information label. See *Tire Pressure* ⇨ *221*.

   The pressure gauge (8) may read higher than the actual tire pressure while the compressor is on. Turn the compressor off to get an accurate pressure reading. The compressor may be turned on/off until the correct pressure is reached.

---

**Caution**

If the recommended pressure cannot be reached after approximately 25 minutes, the vehicle should not be driven farther. The tire is too severely damaged and the tire sealant and compressor kit cannot inflate the tire. Remove the power plug from the accessory power outlet and

*(Continued)*

---

**Caution (Continued)**

unscrew the inflating hose from the tire valve. See *Roadside Assistance Program* ⇨ *266*.

---

10. Press the on/off button (5) to turn the tire sealant and compressor kit off.

    Be careful while handling the compressor as it could be warm after usage.

11. Unplug the power plug (9) from the accessory power outlet in the vehicle.

12. Turn the air only hose (10) counterclockwise to remove it from the tire valve stem.

13. Replace the tire valve stem cap.

14. Return the air only hose (10) and power plug (9) back to their original storage location.

15. Return the equipment to its original storage location in the vehicle.

The tire sealant and compressor kit has accessory adapters located in a compartment on the bottom of its housing that can be used to inflate air mattresses, balls, etc.

**MJN2220**

### Storing the Tire Sealant and Compressor Kit

To access the tire sealant and compressor kit:

1. Open the liftgate. See *Liftgate* ⇨ *18*.

2. Remove the load floor.



3. Remove the tire sealant canister (1) and the compressor (2).

To store the tire sealant canister and the compressor, reverse the steps.

## Jump Starting

### Jump Starting - North America

For more information about the vehicle battery, see *Battery - North America* ⇨ *204*.

If the 12-volt battery has run down, try to use another vehicle and some jumper cables to start your vehicle. Be sure to use the following steps to do it safely.

---

⚠ **Warning**

The high voltage battery cannot be jump started either with another vehicle or battery charger. Personal injury, death, or damage to the vehicle could result.

---

⚠ **Warning**

**WARNING:** Battery posts, terminals, and related accessories contain lead and lead compounds, chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. Batteries also contain other chemicals known to the State of California to cause cancer. **WASH HANDS AFTER HANDLING.**

(Continued)

---

**Warning (Continued)**

For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

---

See *California Proposition 65 Warning* ⇨ *197* and the back cover.

---

⚠ **Warning**

Batteries can hurt you. They can be dangerous because:

- They contain acid that can burn you.
- They contain gas that can explode or ignite.
- They contain enough electricity to burn you.

If you do not follow these steps exactly, some or all of these things can hurt you.

---

**Caution**

Ignoring these steps could result in costly damage to the vehicle that would not be covered by the vehicle warranty. Trying

(Continued)

---

**MJN2221**

**Caution (Continued)**

to start the vehicle by pushing or pulling it will not work, and it could damage the vehicle.



**Discharged Battery Positive Terminal**

The jump start positive terminal is on the discharged battery on the driver side of the vehicle.



**Discharged Battery Negative Terminal**

The jump start negative grounding point is a stud on a bracket located near the Accessory Power Module (APM).

The jump start positive terminal and jump start negative terminal are on the battery of the vehicle providing the jump start.

The positive jump start connection for the discharged battery is under a trim cover. Open the cover to expose the terminal.

1. Check the other vehicle. It must have a 12-volt battery with a negative ground system.

**Caution**

If the other vehicle does not have a 12-volt system with a negative ground, both vehicles can be damaged. Only use a vehicle that has a 12-volt system with a negative ground for jump starting.

2. Position the two vehicles so that they are not touching.

3. Set the parking brake and shift into P (Park). See *Shifting Into Park* ⇨ *158*.

**Caution**

If any accessories are left on or plugged in during the jump starting procedure, they could be damaged. The repairs would not be covered by the vehicle warranty. Whenever possible, turn off or unplug all accessories on either vehicle when jump starting.

4. Turn the vehicle off. Turn off all lights and accessories in both vehicles, except the hazard warning flashers if needed.

**MJN2222**

⚠ **Warning**

An electric fan can start up even when the propulsion system is not operating and can injure you. Keep hands, clothing and tools away from any underhood electric fan.

⚠ **Warning**

Using a match near a battery can cause battery gas to explode. People have been hurt doing this, and some have been blinded. Use a flashlight if you need more light.

Battery fluid contains acid that can burn you. Do not get it on you. If you accidentally get it in your eyes or on your skin, flush the place with water and get medical help immediately.

⚠ **Warning**

Fans or other moving propulsion system parts can injure you badly. Keep your hands away from moving parts once the propulsion system is operating.

5.  Connect one end of the red positive (+) cable to the positive (+) terminal on the discharged battery.

6.  Connect the other end of the red positive (+) cable to the positive (+) terminal of the good battery.

7.  Connect one end of the black negative (–) cable to the negative (–) terminal of the good battery.

8.  Connect the other end of the black negative (–) cable to the negative (–) grounding point for the discharged battery.

9.  Start the vehicle with the good battery.

10.  Try to start the vehicle with the dead battery. If it will not start after a few tries, it probably needs service.

**Caution**

If the jumper cables are connected or removed in the wrong order, electrical shorting may occur and damage the vehicle. The repairs would not be covered by the vehicle warranty. Always connect and remove the jumper cables in the correct order, making sure that the cables do not touch each other or other metal.

**Jumper Cable Removal**

Reverse the sequence exactly when removing the jumper cables.

# Towing the Vehicle

**Caution**

Incorrectly towing a disabled vehicle may cause damage. The damage would not be covered by the vehicle warranty. Do not lash or hook to suspension components. Use the proper straps around the tires to secure the vehicle. Do not drag a locked wheel/tire. Use tire skates or dollies under any locked wheel/tire while loading the vehicle. Do not use a sling type lift to tow the vehicle. This could damage the vehicle.

GM recommends a flatbed tow truck to transport a disabled vehicle. Use ramps to help reduce approach angles, if necessary. A towed vehicle should have its drive wheels off the ground. Contact Roadside Assistance or a professional towing service if the disabled vehicle must be towed.

**MJN2223**

> **Caution**
>
> Improper use of the tow eye can damage the vehicle. If equipped, use the tow eye to load a disabled vehicle onto a flatbed tow truck from a flat road surface, or to move the vehicle a short distance. Use caution and low speeds. The electric drive unit must be in (N) Neutral when moving the vehicle.

If the vehicle is equipped with a tow eye, only use the tow eye to pull the vehicle onto a flatbed car carrier from a flat road surface. Do not use the tow eye to pull the vehicle from snow, mud, or sand.

The tow eye is located underneath the load floor, near the spare tire or the compressor kit, if equipped.

**Front Tow Eye Attachment Point**



Carefully open the cover in the fascia by using the small notch that conceals the tow eye socket.



Install the tow eye into the socket and turn it until it is fully tightened. When the tow eye is removed, reinstall the cover with the notch in the original position.

MJN2224

**Rear Tow Eye Attachment Point**



Carefully open the cover in the fascia by using the small notch that conceals the tow eye socket.



Install the tow eye into the socket and turn it until it is fully tightened. When the tow eye is removed, reinstall the cover with the notch in the original position.

## Recreational Vehicle Towing

Recreational vehicle towing means towing the vehicle behind another vehicle, such as behind a motor home. The two most common types of recreational vehicle towing are known as dinghy towing and dolly towing. Dinghy towing is towing the vehicle with all four wheels on the ground. Dolly towing is towing the vehicle with two wheels on the ground and two wheels up on a device known as a dolly.

Here are some important things to consider before recreational vehicle towing:

- Before towing the vehicle, become familiar with the local laws that apply to recreational vehicle towing. These laws may vary by region..

- What is the towing capacity of the towing vehicle? Be sure to read the tow vehicle manufacturer's recommendations.

- How far will the vehicle be towed? Some vehicles have restrictions on how far and how long they can tow.

- Does the vehicle have the proper towing equipment? See your dealer or trailering professional for additional advice and equipment recommendations.

- Is the vehicle ready to be towed? Just as preparing the vehicle for a long trip, make sure the vehicle is prepared to be towed.

| Caution |
| --- |
| Use of a shield mounted in front of the vehicle grille could restrict airflow and cause damage to the electric drive unit. The repairs would not be covered by the |

(Continued)

MJN2225

**Caution  (Continued)**

vehicle warranty. If using a shield, only use one that attaches to the towing vehicle.

### Dinghy Towing



**Caution**

If the vehicle is towed with all four wheels on the ground, the drivetrain components could be damaged. The repairs would not be covered by the vehicle warranty. Do not tow the vehicle with all four wheels on the ground.

The vehicle was not designed to be towed with all four wheels on the ground. If the vehicle must be towed, a dolly should be used. See "Dolly Towing" following.

### Dolly Towing



Tow the vehicle with the two rear wheels on the ground and the front wheels on a dolly.

To tow the vehicle from the front with the rear wheels on the ground:

1. Put the front wheels on the dolly.
2. Shift the transmission to P (Park). See *Shifting Into Park* ⇨ *158*.
3. Set the parking brake.
4. Secure the vehicle to the dolly.

5. Follow the dolly manufacturer's instructions for preparing the vehicle and dolly for towing.
6. Release the parking brake.
7. Turn the vehicle off.
8. Open the hood.
9. Wait two minutes.
10. Disconnect the negative (-) terminal connector from the 12-volt battery.
11. Close and latch the hood.



**MJN2226**

| **Caution** |
|---|
| Towing the vehicle from the rear could damage it. Also, repairs would not be covered by the vehicle warranty. Never have the vehicle towed from the rear. |

# Appearance Care

## Exterior Care

### Locks

Locks are lubricated at the factory. Use a de-icing agent only when absolutely necessary, and have the locks greased after using.

### Washing the Vehicle

To preserve the vehicle's finish, wash it often and out of direct sunlight.

| **Caution** |
|---|
| Do not use petroleum-based, acidic, or abrasive cleaning agents as they can damage the vehicle's paint, metal, or plastic parts. If damage occurs, it would not be covered by the vehicle warranty. Approved cleaning products can *(Continued)* |

| **Caution (Continued)** |
|---|
| be obtained from your dealer. Follow all manufacturer directions regarding correct product usage, necessary safety precautions, and appropriate disposal of any vehicle care product. |

| **Caution** |
|---|
| Avoid using high-pressure washes closer than 30 cm (12 in) to the surface of the vehicle. Use of power washers exceeding 8 274 kPa (1,200 psi) can result in damage or removal of paint and decals. |

If using an automatic car wash, follow the car wash instructions. The windshield wiper and rear window wiper, if equipped, must be off. Remove any accessories that may be damaged or interfere with the car wash equipment.

Rinse the vehicle well, before washing and after, to remove all cleaning agents completely. If they are allowed to dry on the surface, they could stain.

Dry the finish with a soft, clean chamois or an all-cotton towel to avoid surface scratches and water spotting.

### Cleaning Underhood Components

| **Caution** |
|---|
| Do not power wash any component under the hood that has this ⇗⥷ symbol. This could cause damage that would not be covered by the vehicle warranty. |

Solvents or aggressive cleaners may harm underhood components. The usages of these chemicals should be avoided.

Recommend water only.

A pressure washer may be used, but care must be utilized. The following criteria must be followed:

- Water pressure must be kept below 14 000 KPa (2,000 PSI).
- Water temperature must be below 80 °C (180 °F).
- Spray nozzle with a 40 degree wide angle spray pattern or wider must be used.
- Nozzle must be kept at least 30 cm (1 ft) away from all surfaces.

**MJN2227**

### Finish Care

Application of aftermarket clearcoat sealant/wax materials is not recommended.

If painted surfaces are damaged, see your dealer to have the damage assessed and repaired. Foreign materials such as calcium chloride and other salts, ice melting agents, road oil and tar, tree sap, bird droppings, chemicals from industrial chimneys, etc., can damage the vehicle's finish if they remain on painted surfaces. Wash the vehicle as soon as possible. If necessary, use non-abrasive cleaners that are marked safe for painted surfaces to remove foreign matter.

Occasional hand waxing or mild polishing should be done to remove residue from the paint finish. See your dealer for approved cleaning products.

Do not apply waxes or polishes to uncoated plastic, vinyl, rubber, decals, simulated wood, or flat paint as damage can occur.

**Caution**

Machine compounding or aggressive polishing on a basecoat/clearcoat paint finish may damage it. Use only

(Continued)

**Caution (Continued)**

non-abrasive waxes and polishes that are made for a basecoat/clearcoat paint finish on the vehicle.

To keep the paint finish looking new, keep the vehicle garaged or covered whenever possible.

### Protecting Exterior Bright Metal Moldings

**Caution**

Failure to clean and protect the bright metal moldings can result in a hazy white finish or pitting. This damage would not be covered by the vehicle warranty.

The bright metal moldings on the vehicle are aluminum or stainless steel. To prevent damage always follow these cleaning instructions:

- Be sure the molding is cool to the touch before applying any cleaning solution.
- Use a cleaning solution approved for aluminum or stainless steel. Some cleaners are highly acidic or contain alkaline substances and can damage the moldings.

- Always dilute a concentrated cleaner according to the manufacturer's instructions.
- Do not use chrome cleaners.
- Do not use cleaners that are not intended for automotive use.
- Use a nonabrasive wax on the vehicle after washing to protect and extend the molding finish.

### Cleaning Exterior Lamps/Lenses, Emblems, Decals, and Stripes

Use only lukewarm or cold water, a soft cloth, and a car washing soap to clean exterior lamps, lenses, emblems, decals and stripes. Follow instructions under "Washing the Vehicle" previously in this section.

Lamp covers are made of plastic, and some have a UV protective coating. Do not clean or wipe them while they are dry.

Do not use any of the following on lamp covers:

- Abrasive or caustic agents.
- Washer fluids and other cleaning agents in higher concentrations than suggested by the manufacturer.
- Solvents, alcohols, fuels, or other harsh cleaners.

MJN2228

- Ice scrapers or other hard items.
- Aftermarket appearance caps or covers while the lamps are illuminated, due to excessive heat generated.

> **Caution**
>
> Failure to clean lamps properly can cause damage to the lamp cover that would not be covered by the vehicle warranty.

> **Caution**
>
> Using wax on low gloss black finish stripes can increase the gloss level and create a non-uniform finish. Clean low gloss stripes with soap and water only.

### Air Intakes

Clear debris from the air intakes, between the hood and windshield, when washing the vehicle.

### Windshield and Wiper Blades

Clean the outside of the windshield with glass cleaner.

Clean rubber blades using a lint-free cloth or paper towel soaked with windshield washer fluid or a mild detergent. Wash the windshield thoroughly when cleaning the blades. Bugs, road grime, sap, and a buildup of vehicle wash/wax treatments may cause wiper streaking.

Replace the wiper blades if they are worn or damaged. Damage can be caused by extreme dusty conditions, sand, salt, heat, sun, snow, and ice.

### Weatherstrips

Apply weatherstrip lubricant on weatherstrips to make them last longer, seal better, and not stick or squeak. Lubricate weatherstrips at least once a year. Hot, dry climates may require more frequent application. Black marks from rubber material on painted surfaces can be removed by rubbing with a clean cloth.

### Tires

Use a stiff brush with tire cleaner to clean the tires.

> **Caution**
>
> Using petroleum-based tire dressing products on the vehicle may damage the paint finish and/or tires. When applying a
> (Continued)

> **Caution (Continued)**
>
> tire dressing, always wipe off any overspray from all painted surfaces on the vehicle.

### Wheels and Wheel Trim

Use a soft, clean cloth with mild soap and water to clean the wheels. After rinsing thoroughly with clean water, dry with a soft, clean towel. A wax may then be applied.

> **Caution**
>
> Chrome wheels and chrome wheel trim may be damaged if the vehicle is not washed after driving on roads that have been sprayed with magnesium chloride or calcium chloride. These are used on roads for conditions such as dust and ice. Always wash the chrome with soap and water after exposure.

> **Caution**
>
> To avoid surface damage on wheels and wheel trim, do not use strong soaps, chemicals, abrasive polishes, cleaners,
> (Continued)

MJN2229

### Caution (Continued)

or brushes. Use only GM approved cleaners. Do not drive the vehicle through an automatic car wash that uses silicon carbide tire/wheel cleaning brushes. Damage could occur and the repairs would not be covered by the vehicle warranty.

### Brake System

Visually inspect brake lines and hoses for proper hook-up, binding, leaks, cracks, chafing, etc. Inspect disc brake pads for wear and rotors for surface condition. Inspect drum brake linings/shoes for wear or cracks. Inspect all other brake parts.

### Steering, Suspension, and Chassis Components

Visually inspect steering, suspension, and chassis components for damaged, loose, or missing parts or signs of wear at least once a year.

Inspect power steering for proper attachment, connections, binding, leaks, cracks, chafing, etc.

Visually check constant velocity joint boots and axle seals for leaks.

### Body Component Lubrication

Lubricate all key lock cylinders, hood hinges, liftgate hinges, steel charge port door, and power assist step hinges, unless the components are plastic. Applying silicone grease on weatherstrips with a clean cloth will make them last longer, seal better, and not stick or squeak.

### Underbody Maintenance

At least twice a year, spring and fall, use plain water to flush any corrosive materials from the underbody. Take care to thoroughly clean any areas where mud and other debris can collect.

### Sheet Metal Damage

If the vehicle is damaged and requires sheet metal repair or replacement, make sure the body repair shop applies anti-corrosion material to parts repaired or replaced to restore corrosion protection.

Original manufacturer replacement parts will provide the corrosion protection while maintaining the vehicle warranty.

### Finish Damage

Quickly repair minor chips and scratches with touch-up materials available from your dealer to avoid corrosion. Larger areas of finish damage can be corrected in your dealer's body and paint shop.

### Chemical Paint Spotting

Airborne pollutants can fall upon and attack painted vehicle surfaces causing blotchy, ring-shaped discolorations, and small, irregular dark spots etched into the paint surface. See "Finish Care" previously in this section.

## Interior Care

To prevent dirt particle abrasions, regularly clean the vehicle's interior. Immediately remove any soils. Newspapers or dark garments can transfer color to the vehicle's interior.

Use a soft bristle brush to remove dust from knobs and crevices on the instrument cluster. Using a mild soap solution, immediately remove hand lotions, sunscreen, and insect repellent from all interior surfaces or permanent damage may result.

MJN2230

Use cleaners specifically designed for the surfaces being cleaned to prevent permanent damage. Apply all cleaners directly to the cleaning cloth. Do not spray cleaners on any switches or controls. Remove cleaners quickly.

Before using cleaners, read and follow all safety instructions on the label. While cleaning the interior, open the doors and windows to get proper ventilation.

To prevent damage, do not clean the interior using the following cleaners or techniques:

- Never use a razor or any other sharp object to remove soil from any interior surface.

- Never use a brush with stiff bristles.

- Never rub any surface aggressively or with too much pressure.

- Do not use laundry detergents or dishwashing soaps with degreasers. For liquid cleaners, use approximately 20 drops per 3.8 L (1 gal) of water. A concentrated soap solution will create streaks and attract dirt. Do not use solutions that contain strong or caustic soap.

- Do not heavily saturate the upholstery when cleaning.

- Do not use solvents or cleaners containing solvents.

### Interior Glass

To clean, use a terry cloth fabric dampened with water. Wipe droplets left behind with a clean dry cloth. If necessary, use a commercial glass cleaner after cleaning with plain water.

| Caution |
|---|
| To prevent scratching, never use abrasive cleaners on automotive glass. Abrasive cleaners or aggressive cleaning may damage the rear window defogger. |

Cleaning the windshield with water during the first three to six months of ownership will reduce tendency to fog.

### Speaker Covers

Vacuum around a speaker cover gently, so that the speaker will not be damaged. Clean spots with water and mild soap.

### Coated Moldings

Coated moldings should be cleaned.

- When lightly soiled, wipe with a sponge or soft, lint-free cloth dampened with water.

- When heavily soiled, use warm soapy water.

### Fabric/Carpet/Suede

Start by vacuuming the surface using a soft brush attachment. If a rotating vacuum brush attachment is being used, only use it on the floor carpet. Before cleaning, gently remove as much of the soil as possible:

- Gently blot liquids with a paper towel. Continue blotting until no more soil can be removed.

- For solid soils, remove as much as possible prior to vacuuming.

To clean:

1. Saturate a clean, lint-free colorfast cloth with water. Microfiber cloth is recommended to prevent lint transfer to the fabric or carpet.

2. Remove excess moisture by gently wringing until water does not drip from the cleaning cloth.

**MJN2231**

3. Start on the outside edge of the soil and gently rub toward the center. Fold the cleaning cloth to a clean area frequently to prevent forcing the soil in to the fabric.

4. Continue gently rubbing the soiled area until there is no longer any color transfer from the soil to the cleaning cloth.

5. If the soil is not completely removed, use a mild soap solution followed only by plain water.

If the soil is not completely removed, it may be necessary to use a commercial upholstery cleaner or spot lifter. Test a small hidden area for colorfastness before using a commercial upholstery cleaner or spot lifter. If ring formation occurs, clean the entire fabric or carpet.

After cleaning, use a paper towel to blot excess moisture.

### Cleaning High Gloss Surfaces and Vehicle Information and Radio Displays

Use a microfiber cloth on high gloss surfaces or vehicle displays. First, use a soft bristle brush to remove dirt that can scratch the surface. Then gently clean by rubbing with a microfiber cloth. Never use window cleaners or solvents. Periodically hand wash the microfiber cloth separately, using mild soap. Do not use bleach or fabric softener. Rinse thoroughly and air dry before next use.

> **Caution**
>
> Do not attach a device with a suction cup to the display. This may cause damage and would not be covered by the vehicle warranty.

### Instrument Panel, Leather, Vinyl, Other Plastic Surfaces, Low Gloss Paint Surfaces, and Natural Open Pore Wood Surfaces

Use a soft microfiber cloth dampened with water to remove dust and loose dirt. For a more thorough cleaning, use a soft microfiber cloth dampened with a mild soap solution.

> **Caution**
>
> Soaking or saturating leather, especially perforated leather, as well as other interior surfaces, may cause permanent damage. Wipe excess moisture from these surfaces after cleaning and allow
> (Continued)

> **Caution (Continued)**
>
> them to dry naturally. Never use heat, steam, or spot removers. Do not use cleaners that contain silicone or wax-based products. Cleaners containing these solvents can permanently change the appearance and feel of leather or soft trim, and are not recommended.

Do not use cleaners that increase gloss, especially on the instrument panel. Reflected glare can decrease visibility through the windshield under certain conditions.

> **Caution**
>
> Use of air fresheners may cause permanent damage to plastics and painted surfaces. If an air freshener comes in contact with any plastic or painted surface in the vehicle, blot immediately and clean with a soft cloth dampened with a mild soap solution. Damage caused by air fresheners would not be covered by the vehicle warranty.

**MJN2232**

### Cargo Cover and Convenience Net

If equipped, wash with warm water and mild detergent. Do not use chlorine bleach. Rinse with cold water, and then dry completely.

### Care of Seat Belts

Keep belts clean and dry.

⚠ **Warning**

Do not bleach or dye seat belt webbing. It may severely weaken the webbing. In a crash, they might not be able to provide adequate protection. Clean and rinse seat belt webbing only with mild soap and lukewarm water. Allow the webbing to dry.

## Floor Mats

⚠ **Warning**

If a floor mat is the wrong size or is not properly installed, it can interfere with the pedals. Interference with the pedals can cause unintended acceleration and/or increased stopping distance which can

(Continued)

**Warning (Continued)**

cause a crash and injury. Make sure the floor mat does not interfere with the pedals.

Use the following guidelines for proper floor mat usage:

- The original equipment floor mats were designed for your vehicle. If the floor mats need replacing, it is recommended that GM certified floor mats be purchased. Non-GM floor mats may not fit properly and may interfere with the pedals. Always check that the floor mats do not interfere with the pedals.
- Do not use a floor mat if the vehicle is not equipped with a floor mat retainer on the driver side floor.
- Use the floor mat with the correct side up. Do not turn it over.
- Do not place anything on top of the driver side floor mat.
- Use only a single floor mat on the driver side.
- Do not place one floor mat on top of another.

### Removing and Replacing the Floor Mats

Pull up on the rear of the floor mat to unlock each retainer and remove.



Reinstall by lining up the floor mat retainer openings over the carpet retainers and snap into position.

Make sure the floor mat is properly secured in place.

Verify the floor mat does not interfere with the pedals.

**MJN2233**

**Cleaning Rubber Floor Mats (All-Weather Mats and Floor Liners)**

⚠ **Warning**

Do not use cleaners that contain silicone, wax-based products, or cleaners that increase gloss on rubber floor mats/liners. These cleaners can permanently change the appearance and feel of the rubber and can make the floor mats/liners slippery. Your foot could slip while operating the vehicle, and you could lose control, resulting in a crash. You or others could be injured.

Use a soft cloth and/or a brush dampened with water to remove dust and loose dirt. For more thorough cleaning, use a mild soap solution.

**MJN2234**

# Service and Maintenance

### General Information
General Information ................... 252

### Maintenance Schedule
Maintenance Schedule ................ 253

### Owner Checks and Services
Owner Checks and Services ........... 255

### Additional Maintenance and Care
Additional Maintenance and Care ...... 255

### Recommended Fluids, Lubricants, and Parts
Recommended Fluids and
   Lubricants .......................... 258
Maintenance Replacement Parts ....... 259

### Maintenance Records
Maintenance Records ................ 260

## General Information

Your vehicle is an important investment. This section describes the required maintenance for the vehicle. Follow this schedule to help protect against major repair expenses resulting from neglect or inadequate maintenance. It may also help to maintain the value of the vehicle if it is sold. It is the responsibility of the owner to have all required maintenance performed.

Your dealer has trained technicians who can perform required maintenance using genuine replacement parts. They have up-to-date tools and equipment for fast and accurate diagnostics. Many dealers have extended evening and Saturday hours, courtesy transportation, and online scheduling to assist with service needs.

Your dealer recognizes the importance of providing competitively priced maintenance and repair services. With trained technicians, the dealer is the place for routine maintenance such as tire rotations and additional maintenance items like tires, brakes, batteries, and wiper blades.

| Caution |
| --- |
| Damage caused by improper maintenance can lead to costly repairs and may not be covered by the vehicle warranty. Maintenance intervals, checks, inspections, recommended fluids, and lubricants are important to keep the vehicle in good working condition.<br><br>Do not have chemical flushes that are not approved by GM performed on the vehicle. The use of flushes, solvents, cleaners, or lubricants that are not approved by GM could damage the vehicle, requiring expensive repairs that are not covered by the vehicle warranty. |

The Tire Rotation and Required Services are the responsibility of the vehicle owner. It is recommended to have your dealer perform these services every 12 000 km/7,500 mi. Proper vehicle maintenance helps to keep the vehicle in good working condition.

**MJN2235**

The Additional Required Services are for vehicles that:

- Carry passengers and cargo within recommended limits on the Tire and Loading Information label. See *Vehicle Load Limits* ⇨ 153.
- Are driven on reasonable road surfaces within legal driving limits.

Refer to the information in the Maintenance Schedule Additional Required Services chart.

### ⚠ Warning

Performing maintenance work can be dangerous and can cause serious injury. Perform maintenance work only if the required information, proper tools, and equipment are available. If they are not, see your dealer to have a trained technician do the work. See *Doing Your Own Service Work* ⇨ 198.

## Maintenance Schedule

### Owner Checks and Services

**Once a Month**

- Check the tire inflation pressures. See *Tire Pressure* ⇨ 221.
- Inspect the tires for wear. See *Tire Inspection* ⇨ 226.
- Check the windshield washer fluid level. See *Washer Fluid* ⇨ 202.

### Air Conditioning Desiccant (Replace Every Seven Years)

The air conditioning system requires maintenance every seven years. This service requires replacement of the desiccant to help the longevity and efficient operation of the air conditioning system. This service can be complex. See your dealer.

### Tire Rotation and Required Services Every 12 000 km/7,500 mi

Rotate the tires, if recommended for the vehicle, and perform the following services. See *Tire Rotation* ⇨ 226.

- Check coolant level. See *Cooling System* ⇨ 201.
- Check windshield washer fluid level. See *Washer Fluid* ⇨ 202.
- Check tire inflation pressures. See *Tire Pressure* ⇨ 221.
- Inspect tire wear. See *Tire Inspection* ⇨ 226.
- Visually check for fluid leaks.
- Inspect brake system. See *Exterior Care* ⇨ 244.
- Visually inspect steering, suspension, and chassis components for damage, including cracks or tears in the rubber boots, loose or missing parts, or signs of wear at least once a year. See *Exterior Care* ⇨ 244.

**MJN2236**

- Inspect power steering for proper attachment, connections, binding, leaks, cracks, chafing, etc.
- Visually inspect halfshafts and drive shafts for excessive wear, lubricant leaks, and/or damage including: tube dents or cracks, constant velocity joint or universal joint looseness, cracked or missing boots, loose or missing boot clamps, center bearing excessive looseness, loose or missing fasteners, and axle seal leaks.
- Check restraint system components. See *Safety System Check* ⇨ *38*.
- Lubricate body components. See *Exterior Care* ⇨ *244*.

- Check accelerator pedal for damage, high effort, or binding. Replace if needed.
- Visually inspect gas strut for signs of wear, cracks, or other damage. Check the hold open ability of the strut. If the hold open ability is low, service the gas strut. See *Gas Strut(s)* ⇨ *207*.
- Check tire sealant expiration date, if equipped. See *Tire Sealant and Compressor Kit* ⇨ *232*.

**MJN2237**

| Maintenance Schedule Additional Required Services | 12 000 km/7,500 mi | 24 000 km/15,000 mi | 36 000 km/22,500 mi | 48 000 km/30,000 mi | 60 000 km/37,500 mi | 72 000 km/45,000 mi | 84 000 km/52,500 mi | 96 000 km/60,000 mi | 108 000 km/67,500 mi | 120 000 km/75,000 mi | 132 000 km/82,500 mi | 144 000 km/90,000 mi | 156 000 km/97,500 mi | 168 000 km/105,000 mi | 180 000 km/112,500 mi | 192 000 km/120,000 mi | 204 000 km/127,500 mi | 216 000 km/135,000 mi | 228 000 km/142,500 mi | 240 000 km/150,000 mi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rotate tires and perform Required Services. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace passenger compartment air filter. (1) | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | |
| Drain and fill vehicle coolant circuits. (2) | | | | | | | | | | | | | | | | | | | | ✓ |
| Replace brake fluid. (3) | | | | | | | | | | | | | | | | | | | | |
| Replace front and rear wiper blades. (4) | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| Replace hood and/or body lift support gas struts. (5) | | | | | | | | | ✓ | | | | | | | | | | | ✓ |
| Replace air conditioning desiccant. (6) | | | | | | | | | | | | | | | | | | | | |

### Footnotes — Maintenance Schedule Additional Required Services

(1) Or every two years, whichever comes first. More frequent passenger compartment air filter replacement may be needed if driving in areas with heavy traffic, poor air quality, high dust levels, or environmental allergens. Passenger compartment air filter replacement may also be needed if there is reduced airflow, window fogging, or odors. Your GM dealer can help determine when to replace the filter.

(2) Or every five years, whichever comes first. See *Cooling System* ⇨ *201*.

(3) Replace brake fluid every five years. See *Brake Fluid* ⇨ *203*.

(4) Or every 12 months, whichever comes first. See *Wiper Blade Replacement* ⇨ *206*.

(5) Or every 10 years, whichever comes first. See *Gas Strut(s)* ⇨ *207*.

(6) Replace air conditioning desiccant every seven years.

## Owner Checks and Services

- At least twice a year, have underbody flushing service performed. See "Underbody Maintenance" in *Exterior Care* ⇨ *244*.

## Additional Maintenance and Care

Your vehicle is an important investment and caring for it properly may help to avoid future costly repairs. To maintain vehicle performance, additional maintenance

MJN2238

services may be required. It is recommended that your dealer perform these services — their trained dealer technicians know your vehicle best. Your dealer can also perform a thorough assessment with a multi-point inspection to recommend when your vehicle may need attention. The following list is intended to explain the services and conditions to look for that may indicate services are required.

### Battery

The battery supplies power to operate any additional electrical accessories.

- To avoid break-down or failure, maintain a battery with full power.
- Trained dealer technicians have the diagnostic equipment to test the battery and ensure that the connections and cables are corrosion-free.

### Brakes

Brakes stop the vehicle and are crucial to safe driving.

- Signs of brake wear may include chirping, grinding, or squealing noises, or difficulty stopping.

- Trained dealer technicians have access to tools and equipment to inspect the brakes and recommend quality parts engineered for the vehicle.

### Fluids

Proper fluid levels and approved fluids protect the vehicle's systems and components. See *Recommended Fluids and Lubricants* ⇨ 258 for GM approved fluids.

- Keep the windshield washer fluid reservoir filled.
- Instrument cluster lights may come on to indicate that fluids may be low and need to be filled.

### Hoses

Hoses transport fluids and should be regularly inspected to ensure that there are no cracks or leaks. With a multi-point inspection, your dealer can inspect the hoses and advise if replacement is needed.

### Lamps

Properly working headlamps, taillamps, and brake lamps are important to see and be seen on the road.

- Signs that the headlamps need attention include dimming, failure to light, cracking, or damage. The brake lamps need to be checked periodically to ensure that they light when braking.
- With a multi-point inspection, your dealer can check the lamps and note any concerns.

### Shocks and Struts

Shocks and struts help aid in control for a smoother ride.

- Signs of wear may include steering wheel vibration, bounce/sway while braking, longer stopping distance, or uneven tire wear.
- As part of the multi-point inspection, trained dealer technicians can visually inspect the shocks and struts for signs of leaking, blown seals, or damage, and can advise when service is needed.

MJN2239

**Tires**

Tires need to be properly inflated, rotated, and balanced. Maintaining the tires can save money and reduce the risk of tire failure.

- Signs that the tires need to be replaced include three or more visible treadwear indicators; cord or fabric showing through the rubber; cracks or cuts in the tread or sidewall; or a bulge or split in the tire.

- Trained dealer technicians can inspect and recommend the right tires. Your dealer can also provide tire/wheel balancing services to ensure smooth vehicle operation at all speeds. Your dealer sells and services name brand tires.

**Vehicle Care**

To help keep the vehicle looking like new, vehicle care products are available from your dealer. For information on how to clean and protect the vehicle's interior and exterior, see *Interior Care* ⇨ *247* and *Exterior Care* ⇨ *244*.

**Wheel Alignment**

Wheel alignment is critical for ensuring that the tires deliver optimal wear and performance.

- Signs that the alignment may need to be adjusted include pulling, improper vehicle handling, or unusual tire wear.

- Your dealer has the required equipment to ensure proper wheel alignment.

**Windshield**

For safety, appearance, and the best viewing, keep the windshield clean and clear.

- Signs of damage include scratches, cracks, and chips.

- Trained dealer technicians can inspect the windshield and recommend proper replacement if needed.

**Wiper Blades**

Wiper blades need to be cleaned and kept in good condition to provide a clear view.

- Signs of wear include streaking, skipping across the windshield, and worn or split rubber.

- Trained dealer technicians can check the wiper blades and replace them when needed.

MJN2240

# Recommended Fluids, Lubricants, and Parts

## Recommended Fluids and Lubricants

Fluids and lubricants identified below by name or specification, including fluids or lubricants not listed here, can be obtained from your dealer.

| Usage | Fluid/Lubricant |
|---|---|
| Electric Drive Unit | See your dealer. |
| Hydraulic Brake System | GM approved DOT 4 Hydraulic Brake Fluid. |
| Key Lock Cylinders, Hood and Liftgate Hinges | Multi-Purpose Lubricant, Superlube. See your dealer. |
| Vehicle Coolant Circuits | Use only ACDelco Premix (50/50 mixture of de-ionized water and DEX-COOL Coolant). See your dealer. |
| Windshield Washer | Automotive windshield washer fluid that meets regional freeze protection requirements. |

**MJN2241**

## Maintenance Replacement Parts

Replacement parts identified below by name, part number, or specification can be obtained from your dealer.

| Part | GM Part Number | ACDelco Part Number |
|------|----------------|---------------------|
| Passenger Compartment Air Filter | 13508023 | CF185 |
| Wiper Blades | | |
| Driver Side – 68 cm (26.8 in) | 42341754 | — |
| Passenger Side – 68 cm (26.8 in) | 42341756 | — |
| Rear – 30 cm (11.8 in) | 84215609 | — |

**MJN2242**

## Maintenance Records

After the scheduled services are performed, record the date, odometer reading, who performed the service, and the type of services performed in the boxes provided. Retain all maintenance receipts.

| Date | Odometer Reading | Serviced By | Services Performed |
|------|------------------|-------------|--------------------|
|      |                  |             |                    |
|      |                  |             |                    |
|      |                  |             |                    |
|      |                  |             |                    |
|      |                  |             |                    |
|      |                  |             |                    |
|      |                  |             |                    |
|      |                  |             |                    |

**MJN2243**

# Technical Data

## Vehicle Identification

Vehicle Identification Number (VIN) ... 261
Service Parts Identification ............. 261

## Vehicle Data

Capacities and Specifications .......... 262

# Vehicle Identification

## Vehicle Identification Number (VIN)



This legal identifier is in the front corner of the instrument panel, on the driver side of the vehicle. It can be seen through the windshield from outside. The Vehicle Identification Number (VIN) also appears on the Vehicle Certification label and certificates of title and registration.

### Engine Identification

The eighth character in the VIN is the engine code. This code identifies the vehicle's engine, specifications, and replacement parts. See "Engine Specifications" under *Capacities and Specifications* ⇨ *262* for the vehicle's engine code.

# Service Parts Identification

There may be a large barcode on the certification label on the center pillar that you can scan for the following information:

- Vehicle Identification Number (VIN)
- Model designation
- Paint information
- Production options

If there is not a large barcode on this label, then you will find this same information on a label inside of the trunk.

**MJN2244**

# Vehicle Data

## Capacities and Specifications

The following approximate capacities are given in metric and English conversions.

Refer to *Recommended Fluids and Lubricants* ⇨ *258* for more information.

| Application | Capacities | |
|---|---|---|
| | **Metric** | **English** |
| Air Conditioning Refrigerant | For the air conditioning system refrigerant charge type and amount, see the refrigerant label under the hood. See your dealer for more information. | |
| Cooling Systems* | | |
| High Voltage Battery | 7.0 L | 7.4 qt |
| Power Electronics | 3.8 L | 4.0 qt |
| Heater | 2.0 L | 2.1 qt |
| Wheel Nut Torque | 140 N•m | 100 lb ft |
| All capacities are approximate. When adding, be sure to fill to the approximate level, as recommended in this manual. Recheck fluid level after filling. | | |
| *Cooling systems capacity values are based on the individual cooling system and its components. | | |

**MJN2245**

# Customer Information

## Customer Information

Customer Satisfaction Procedure ..... 263
Customer Assistance Offices ........... 264
Customer Assistance for Text Telephone
(TTY) Users .......................... 265
Online Owner Center .................. 265
GM Mobility Reimbursement
Program ............................. 265
Roadside Assistance Program .......... 266
Scheduling Service Appointments ...... 267
Courtesy Transportation Program .... . 267
Collision Damage Repair ............... 268
Publication Ordering Information ...... 270
Radio Frequency Statement ........... 271

### Reporting Safety Defects

Reporting Safety Defects to the United
States Government ................... 271
Reporting Safety Defects to the
Canadian Government ................ 271
Reporting Safety Defects to General
Motors .............................. 272

### Vehicle Data Recording and Privacy

Vehicle Data Recording and Privacy .... 272
Cybersecurity .......................... 272
Event Data Recorders .................. 272
OnStar ................................. 273

## Customer Information

### Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of the vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE :** Discuss your concern with a member of dealership management. Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, contact the owner of your dealership or the general manager.

**STEP TWO :** If after contacting a member of dealership management, it appears your concern cannot be resolved by your dealership without further help, in the U.S., call the Chevrolet Customer Assistance Center at 1-800-222-1020. In Canada, call General Motors of Canada Customer Care Centre at 1-800-263-3777 (English), or 1-800-263-7854 (French).

We encourage you to call the toll-free number in order to give your inquiry prompt attention. Have the following information available to give the Customer Assistance representative:

- Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate at the top left of the instrument panel and visible through the windshield.
- Dealership name and location.
- Vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest following Step One first.

**STEP THREE — U.S. Owners :** Both General Motors and your dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce your rights.

The BBB Auto Line Program is an out-of-court program administered by BBB National Programs, Inc. to settle automotive

**MJN2246**

disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

You may contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
BBB National Programs, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. General Motors reserves the right to change eligibility limitations and/or discontinue its participation in this program.

**STEP THREE — Canadian Owners :** In the event that you do not feel your concerns have been addressed after following the procedure outlined in Steps One and Two, General Motors of Canada Company wants you to be aware of its participation in a no-charge Mediation/Arbitration Program. General Motors of Canada Company has committed to binding arbitration of owner disputes involving factory-related vehicle service claims. The program provides for the review of the facts involved by an impartial third party arbiter, and may include an informal hearing before the arbiter. The program is designed so that the entire dispute settlement process, from the time you file your complaint to the final decision, should be completed in about 70 days. We believe our impartial program offers advantages over courts in most jurisdictions because it is informal, quick, and free of charge.

For further information concerning eligibility in the Canadian Motor Vehicle Arbitration Plan (CAMVAP), call toll-free 1-800-207-0685, or call the General Motors Customer Care Centre, 1-800-263-3777 (English), 1-800-263-7854 (French), or write to:

The Mediation/Arbitration Program
c/o Customer Care Centre
General Motors of Canada Company
Mail Code: CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7

Your inquiry should be accompanied by the Vehicle Identification Number (VIN).

## Customer Assistance Offices

Chevrolet encourages customers to call the toll-free number for assistance. However, if a customer wishes to write or e-mail Chevrolet, the letter should be addressed to:

### United States and Puerto Rico

Chevrolet Motor Division
Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
1-800-833-2438 (For Text Telephone Devices (TTYs))
Roadside Assistance: 1-800-243-8872

From U.S. Virgin Islands:

1-800-496-9994

MJN2247

### Canada

General Motors of Canada Company
Customer Care Centre, Mail Code:
CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices
(TTYs))
Roadside Assistance: 1-800-268-6800

### Overseas

Please contact the local General Motors
Business Unit.

## Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf, hard of
hearing, or speech-impaired and who use
Text Telephones (TTYs), Chevrolet has TTY
equipment available at its Customer
Assistance Center. Any TTY user in the U.S.
can communicate with Chevrolet by dialing:
1-800-833-2438. TTY users in Canada can dial
1-800-263-3830.

## Online Owner Center

### The Chevrolet Owner Center (U.S.) my.chevrolet.com

Learn more about your vehicle features,
shop for and manage your connected
services and OnStar plans, and access
diagnostic information specific to your
vehicle.

### Membership Benefits

🚗 : Download owner's manuals and view
vehicle-specific how-to videos.

🔧 : View maintenance schedules, alerts, and
Vehicle Diagnostic Information. Schedule
service appointments.

📖 : View service records from your
dealership and add your own.

💠 : Select a preferred dealer and view
locations, maps, phone numbers, and hours.

🛡 : Track your vehicle's warranty
information.

🚩 : View active recalls by Vehicle
Identification Number (VIN). See *Vehicle
Identification Number (VIN)* ⇨ *261.*

⚙ : Manage your profile and payment
information. View your GM Rewards Card
earnings and My Chevrolet Rewards points.

💬 : Chat with online help representatives.

Visit my.chevrolet.com and create an
account today.

### Chevrolet Owner Centre (Canada) mychevrolet.ca

Visit the Chevrolet Owner Centre at
mychevrolet.ca (English) or my.chevrolet.ca
(French) to access similar benefits to the
U.S. site.

## GM Mobility Reimbursement Program



GENERAL MOTORS MOBILITY

This program is available to qualified
applicants for cost reimbursement, up to
certain limits, of eligible aftermarket

MJN2248

adaptive equipment required for the vehicle, such as hand controls or a wheelchair/scooter lift for the vehicle.

To learn about the GM Mobility program, see www.gmmobility.com or call the GM Mobility Assistance Center at 1-800-323-9935. Text Telephone (TTY) users, call 1-800-833-9935.

General Motors of Canada also has a Mobility program. See www.gm.ca, or call 1-800-GM-DRIVE (800-463-7483) for details. TTY users call 1-800-263-3830.

## Roadside Assistance Program

From the U.S., call 1-888-811-1926; Text Telephone (TTY): 1-888-889-2438.

From Canada, call 1-800-268-6800.

Service is available 24 hours a day, 365 days a year.

### Calling for Assistance

When calling Roadside Assistance, have the following information ready:

- Your name, home address, and home telephone number.
- Telephone number of your location.
- Location of the vehicle.

- Model, year, color, and license plate number of the vehicle.
- Odometer reading, Vehicle Identification Number (VIN), and delivery date of the vehicle.
- Description of the problem.

### Coverage

Services are provided for the duration of the vehicle's powertrain warranty.

In the U.S., anyone driving the vehicle is covered. In Canada, a person driving the vehicle without permission from the owner is not covered.

Roadside Assistance is not a part of the New Vehicle Limited Warranty. General Motors North America and Chevrolet reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

General Motors North America and Chevrolet reserve the right to limit services or payment to an owner or driver if they decide the claims are made too often, or the same type of claim is made many times.

### Services Provided

- **Lock-Out Service:** Service to unlock the vehicle if you are locked out. A remote unlock may be available if you have OnStar. For security reasons, the driver must present identification before this service is given.

- **Emergency Tow from a Public Road or Highway:** Tow to the nearest certified Bolt EV dealer for warranty service, or if the vehicle was in a crash and cannot be driven. Assistance is not given when the vehicle is stuck in the sand, mud, or snow.

  Emergency towing may be covered during the Extended Vehicle (EV) warranty.

- **Flat Tire Change:** If the tire has been separated from the wheel, has damaged sidewalls, or has a large puncture, the tire is too severely damaged for the self sealing tire to be effective and the vehicle will have to be towed. It is the owner's responsibility for the repair or replacement of the tire if it is not covered by the warranty.

- **Battery Jump Start:** Service to jump start a dead battery.

MJN2249

- **Trip Interruption Benefits and Assistance:** If your trip is interrupted due to a warranty event, incidental expenses may be reimbursed within the Powertrain warranty period. Items considered are reasonable and customary hotel, meals, rental car, or a vehicle being delivered back to the customer, up to 500 miles.

### Services Not Included in Roadside Assistance

- Impound towing caused by violation of any laws.
- Legal fines.
- Mounting, dismounting, or changing of snow tires, chains, or other traction devices.

Service is not provided if a vehicle is in an area that is not accessible to the service vehicle or is not a regularly traveled or maintained public road, which includes ice and winter roads. Off-road use is not covered.

### Services Specific to Canadian Vehicles

- **Lock-Out Service:** Vehicle registration is required.

- **Trip Interruption Benefits and Assistance:** Must be over 150 km (93 mi) from where the trip was started to qualify. Pre-authorization, original detailed receipts, and a copy of the repair orders are required. Once authorization has been received, the Roadside Assistance advisor will help to make arrangements and explain how to receive payment.
- **Alternative Service:** If assistance cannot be provided right away, the Roadside Assistance advisor may give permission to get local emergency road service. You will receive payment, up to $100, after sending the original receipt to Roadside Assistance. Mechanical failures may be covered, however any cost for parts and labor for repairs not covered by the warranty are the owner's responsibility.

### Scheduling Service Appointments

When the vehicle requires warranty service, contact your dealer and request an appointment. By scheduling a service appointment and advising the service consultant of your transportation needs, your dealer can help minimize your inconvenience.

If the vehicle cannot be scheduled into the service department immediately, keep driving it until it can be scheduled for service, unless, of course, the problem is safety related. If it is, please call your dealership, let them know this, and ask for instructions.

If your dealer requests you to bring the vehicle for service, you are urged to do so as early in the work day as possible to allow for same-day repair.

### Courtesy Transportation Program

To enhance your ownership experience, we and our participating dealers are proud to offer Courtesy Transportation, a customer support program for vehicles with the Bumper-to-Bumper (Base Warranty Coverage period in Canada), extended powertrain, and/or hybrid-specific warranties in both the U.S. and Canada.

Several Courtesy Transportation options are available to assist in reducing inconvenience when warranty repairs are required.

Courtesy Transportation is not a part of the New Vehicle Limited Warranty. A separate manual entitled "Limited Warranty and

MJN2250

Owner Assistance Information" furnished with each new vehicle provides detailed warranty coverage information.

## Transportation Options

Warranty service can generally be completed while you wait. However, if you are unable to do so, your dealer may offer the following transportation options:

### Shuttle Service

This includes one-way or round-trip shuttle service within reasonable time and distance parameters of your dealer's area.

### Public Transportation or Fuel Reimbursement

If overnight warranty repairs are needed, and public transportation is used, the expense must be supported by original receipts and within the maximum amount allowed by GM. If U.S. customers arrange their own transportation, limited reimbursement for reasonable fuel expenses may be available. Claim amounts should reflect actual costs and be supported by original receipts. See your dealer for information.

### Courtesy Rental Vehicle

For an overnight warranty repair, the dealer may provide an available courtesy rental vehicle or provide for reimbursement of a rental vehicle. Reimbursement is limited and must be supported by original receipts as well as a signed and completed rental agreement and meet state/provincial, local, and rental vehicle provider requirements. Requirements vary and may include minimum age requirements, insurance coverage, credit card, etc. Additional fees such as fuel, rental vehicle insurance, taxes, levies, usage fees, excessive mileage, or rental usage beyond the completion of the repair are also your responsibility.

It may not be possible to provide a like vehicle as a courtesy rental.

## Additional Program Information

All program options, such as shuttle service, may not be available at every dealer. Contact your dealer for specific availability.

General Motors reserves the right to unilaterally modify, change, or discontinue Courtesy Transportation at any time and to resolve all questions of claim eligibility pursuant to the terms and conditions described herein at its sole discretion.

## Collision Damage Repair

If the vehicle is involved in a collision and it is damaged, have the damage repaired by a qualified technician using the proper equipment and quality replacement parts. Poorly performed collision repairs diminish the vehicle resale value, and safety performance can be compromised in subsequent collisions.

### Collision Parts

Genuine GM Collision parts are new parts made with the same materials and construction methods as the parts with which the vehicle was originally built. Genuine GM Collision parts are the best choice to ensure that the vehicle's designed appearance, durability, and safety are preserved. The use of Genuine GM parts can help maintain the GM New Vehicle Limited Warranty.

Recycled original equipment parts may also be used for repair. These parts are typically removed from vehicles that were total losses in prior crashes. In most cases, the parts being recycled are from undamaged sections of the vehicle. A recycled original equipment GM part may be an acceptable choice to maintain the vehicle's originally designed

MJN2251

appearance and safety performance; however, the history of these parts is not known. Such parts are not covered by the GM New Vehicle Limited Warranty, and any related failures are not covered by that warranty.

Aftermarket collision parts are also available. These are made by companies other than GM and may not have been tested for the vehicle. As a result, these parts may fit poorly, exhibit premature durability/corrosion problems, and may not perform properly in subsequent collisions. Aftermarket parts are not covered by the GM New Vehicle Limited Warranty, and any vehicle failure related to such parts is not covered by that warranty.

### Repair Facility

GM also recommends that you choose a collision repair facility that meets your needs before you ever need collision repairs. Your dealer may have a collision repair center with GM-trained technicians and state-of-the-art equipment, or be able to recommend a collision repair center that has GM-trained technicians and comparable equipment.

### Insuring the Vehicle

Protect your investment in the GM vehicle with comprehensive and collision insurance coverage. There are significant differences in the quality of coverage afforded by various insurance policy terms. Many insurance policies provide reduced protection to the GM vehicle by limiting compensation for damage repairs by using aftermarket collision parts. Some insurance companies will not specify aftermarket collision parts. When purchasing insurance, we recommend that you ensure that the vehicle will be repaired with GM original equipment collision parts. If such insurance coverage is not available from your current insurance carrier, consider switching to another insurance carrier.

If the vehicle is leased, the leasing company may require you to have insurance that ensures repairs with Genuine GM Original Equipment Manufacturer (OEM) parts or Genuine Manufacturer replacement parts. Read the lease carefully, as you may be charged at the end of the lease for poor quality repairs.

### If a Crash Occurs

If there has been an injury, call emergency services for help. Do not leave the scene of a crash until all matters have been taken care of. Move the vehicle only if its position puts you in danger, or you are instructed to move it by a police officer.

Give only the necessary information to police and other parties involved in the crash.

For emergency towing see *Roadside Assistance Program ▷ 266.*

Gather the following information:
- Driver name, address, and telephone number
- Driver license number
- Owner name, address, and telephone number
- Vehicle license plate number
- Vehicle make, model, and model year
- Vehicle Identification Number (VIN)
- Insurance company and policy number
- General description of the damage to the other vehicle

MJN2252

Choose a reputable repair facility that uses quality replacement parts. See "Collision Parts" earlier in this section.

In a crash, the sensing system may shut down the high voltage system. See *Battery - North America* ⇨ *204* for important safety information. If an airbag has inflated, see *What Will You See after an Airbag Inflates?* ⇨ *42.*

If the vehicle is damaged from a crash, flood, fire, or other event it may be necessary to have the vehicle inspected. See*Battery - North America* ⇨ *204* for important safety information.

### Managing the Vehicle Damage Repair Process

In the event that the vehicle requires damage repairs, GM recommends that you take an active role in its repair. If you have a pre-determined repair facility of choice, take the vehicle there, or have it towed there. Specify to the facility that any required replacement collision parts be original equipment parts, either new Genuine GM parts or recycled original GM parts. Remember, recycled parts will not be covered by the GM vehicle warranty.

Insurance pays the bill for the repair, but you must live with the repair. Depending on your policy limits, your insurance company may initially value the repair using aftermarket parts. Discuss this with the repair professional, and insist on Genuine GM parts. Remember, if the vehicle is leased, you may be obligated to have the vehicle repaired with Genuine GM parts, even if your insurance coverage does not pay the full cost.

If another party's insurance company is paying for the repairs, you are not obligated to accept a repair valuation based on that insurance company's collision policy repair limits, as you have no contractual limits with that company. In such cases, you can have control of the repair and parts choices as long as the cost stays within reasonable limits.

## Publication Ordering Information

### Service Manuals

Service manuals have the diagnosis and repair information on the engine, transmission, axle, suspension, brakes, electrical system, steering system, body, etc.

### Customer Literature

Owner's manuals are written specifically for owners and are intended to provide basic operational information about the vehicle. The owner's manual includes the Maintenance Schedule for all models.

Customer literature publications available for purchase include owner's manuals, warranty manuals, and portfolios. Portfolios include an owner's manual, warranty manual, if applicable, and zip lock bag or pouch.

### Current and Past Models

Service manuals and customer literature are available for many current and past model year GM vehicles.

To order, call 1-800-551-4123 Monday–Friday, 8:00 a.m.–6:00 p.m. eastern time

For credit card orders only (VISA, MasterCard, or Discover), see Helm, Inc. at: www.helminc.com.

To order by mail, write to:

Helm, Incorporated
Attention: Customer Service
47911 Halyard Drive
Plymouth, MI 48170

Make checks payable in U.S. funds.

MJN2253

## Radio Frequency Statement

This vehicle uses license-exempt transmitters / receivers / systems that operate on a radio frequency that complies with Part 15/ Part 18 of the Federal Communications Commission (FCC) rules and with Innovation, Science and Economic Development (ISED) Canada's license-exempt RSS(s) / RSP-100 / ICES-GEN.

Operation is subject to the following two conditions:

1. The device may not cause harmful interference.
2. The device must accept any interference received, including interference that may cause undesired operation of the device.

Changes or modifications to any of these systems by other than an authorized service facility could void authorization to use this equipment.

# Reporting Safety Defects

## Reporting Safety Defects to the United States Government

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying General Motors.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or General Motors.

To contact NHTSA, you may call the Vehicle Safety Hotline toll-free at 1-888-327-4236 (TTY: 1-800-424-9153); go to *http://www.safercar.gov;* or write to:

Administrator, NHTSA
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

You can also obtain other information about motor vehicle safety from *http://www.safercar.gov*.

## Reporting Safety Defects to the Canadian Government

If you live in Canada, and you believe that the vehicle has a safety defect, notify Transport Canada immediately, and notify General Motors of Canada Company. Call Transport Canada at 1-800-333-0510; go to:

www.tc.gc.ca/recalls (English)

www.tc.gc.ca/rappels (French)

or write to:

Transport Canada
Motor Vehicle Safety Directorate
Defect Investigations and Recalls Division
80 Noel Street
Gatineau, QC J8Z 0A1

**MJN2254**

## Reporting Safety Defects to General Motors

In addition to notifying NHTSA (or Transport Canada) in a situation like this, notify General Motors.

In the U.S., call 1-800-222-1020, or write:

Chevrolet Motor Division
Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170

In Canada, call 1-800-263-3777 (English) or 1-800-263-7854 (French), or write:

General Motors of Canada Company
Customer Care Centre, Mail Code:
CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7

In Mexico, call 800-466-0811 or 800-508-0000.

In other Central America and Caribbean Countries, call 52-555-901-2369.

# Vehicle Data Recording and Privacy

The vehicle has a number of computers that record information about the vehicle's performance and how it is driven or used. For example, the vehicle uses computer modules to monitor and control electric drive unit performance, to monitor the conditions for airbag deployment and to deploy them in a crash, and, if equipped, to provide antilock braking to help the driver control the vehicle. These modules may store data to help the dealer technician service the vehicle or to help GM improve safety or features. Some modules may also store data about how the vehicle is operated, such as rate of energy consumption or average speed. These modules may retain personal preferences, such as radio presets, seat positions, and temperature settings.

## Cybersecurity

GM collects information about the use of your vehicle including operational and safety related information. We collect this information to provide, evaluate, improve, and troubleshoot our products and services

and to develop new products and services. The protection of vehicle electronics systems and customer data from unauthorized outside electronic access or control is important to GM. GM maintains appropriate security standards, practices, guidelines and controls aimed at defending the vehicle and the vehicle service ecosystem against unauthorized electronic access, detecting possible malicious activity in related networks, and responding to suspected cybersecurity incidents in a timely, coordinated and effective manner. Security incidents could impact your safety or compromise your private data. To minimize security risks, please do not connect your vehicle electronic systems to unauthorized devices or connect your vehicle to any unknown or untrusted networks (such as Bluetooth, WIFI or similar technology). In the event you suspect any security incident impacting your data or the safe operation of your vehicle, please stop operating your vehicle and contact your dealer.

## Event Data Recorders

This vehicle is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, such as an air bag

MJN2255

deployment or hitting a road obstacle, data that will assist in understanding how a vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less. The EDR in this vehicle is designed to record such data as:

- How various systems in your vehicle were operating;
- Whether or not the driver and passenger safety belts were buckled/fastened;
- How far (if at all) the driver was depressing the accelerator and/or brake pedal; and,
- How fast the vehicle was traveling.

These data can help provide a better understanding of the circumstances in which crashes and injuries occur.

**Note**

EDR data are recorded by your vehicle only if a non-trivial crash situation occurs; no data are recorded by the EDR under normal driving conditions and no personal data (e.g., name, gender, age, and crash location) are recorded. However, other parties, such as law enforcement, could combine the EDR data with the type of personally identifying data routinely acquired during a crash investigation.

To read data recorded by an EDR, special equipment is required, and access to the vehicle or the EDR is needed. In addition to the vehicle manufacturer, other parties, such as law enforcement, that have the special equipment, can read the information if they have access to the vehicle or the EDR.

GM will not access these data or share it with others except: with the consent of the vehicle owner or, if the vehicle is leased, with the consent of the lessee; in response to an official request by police or similar government office; as part of GM's defense of litigation through the discovery process; or, as required by law. Data that GM collects or receives may also be used for GM research needs or may be made available to others for research purposes, where a need is shown and the data is not tied to a specific vehicle or vehicle owner.

## OnStar

If the vehicle is equipped with OnStar and has an active service plan, additional data may be collected and transmitted through the OnStar system. This includes information about the vehicle's operation; collisions involving the vehicle; the use of the vehicle and its features, including infotainment; and the location and approximate GPS speed of the vehicle. Refer to the OnStar Terms and Conditions and Privacy Statement on the OnStar website.

See *OnStar Additional Information* ⊳ *275*.

**MJN2256**

# OnStar

## OnStar Overview

OnStar Overview ...................... 274

## OnStar Services

Emergency ............................ 275
Security .............................. 275

## OnStar Additional Information

OnStar Additional Information ......... 275

## OnStar Overview

  

🕻 Voice Command Button

🕻 Blue OnStar Button

🆘 Red Emergency Button

This vehicle may be equipped with a comprehensive, in-vehicle system that can connect to an OnStar Advisor for Emergency, Security, Navigation, Connections, and Diagnostics Services. OnStar services may require a paid service plan and data plan. OnStar requires the vehicle battery and electrical system, cellular service, and GPS satellite signals to be available and operating. OnStar acts as a link to existing emergency service providers. OnStar may collect information about you and your vehicle, including location information. See OnStar User Terms, Privacy Statement, and Software Terms for more details including system limitations at www.onstar.com (U.S.) or www.onstar.ca (Canada).

The OnStar system status light is next to the OnStar buttons. If the status light is:

- Solid Green: System is ready.
- Flashing Green: On a call.
- Red: Indicates a problem.
- Off: System is off. Press 🕻 twice to speak with an OnStar Advisor.

Press 🕻 or call 1-888-4ONSTAR (1-888-466-7827) to speak to an Advisor.

Functionality of the Voice Command button may vary by vehicle and region.

Press 🕻 to:

- Open the OnStar app on the infotainment display. See OnStar System ⇨ 127 for information on how to use the OnStar app.

Or

- Give OnStar Turn-by-Turn Navigation voice commands.
- Obtain and customize the Wi-Fi hotspot name or SSID and password, if equipped.

Press 🕻 to connect to an Advisor to:

- Verify account information or update contact information.
- Get driving directions.

**MJN2257**

- Receive a Diagnostic check of the vehicle's key operating systems.
- Receive Roadside Assistance.
- Manage Wi-Fi Settings, if equipped.

Press 🆘 to get a priority connection to an OnStar Advisor available 24/7 to:

- Get help for an emergency.
- Be a Good Samaritan or respond to an AMBER Alert.
- Get assistance in severe weather or other crisis situations and find evacuation routes.

## OnStar Services

### Emergency

Emergency Services require an active safety and security plan. With Automatic Crash Response, built-in sensors can automatically alert a specially trained OnStar Advisor who is immediately connected in to the vehicle to help.

Press 🆘 for a priority connection to an OnStar Advisor who can contact emergency service providers, direct them to your exact location, and relay important information.

With OnStar Crisis Assist, specially trained Advisors are available 24 hours a day, 7 days a week, to provide a central point of contact, assistance, and information during a crisis.

With Roadside Assistance, Advisors can locate a nearby service provider to help with a flat tire, a battery jump, or an empty gas tank.

### Security

If equipped, OnStar provides these services:

- With Stolen Vehicle Assistance, OnStar Advisors can use GPS to pinpoint the vehicle and help authorities quickly recover it.
- With Remote Ignition Block, if equipped, OnStar can block the vehicle from being restarted.
- With Stolen Vehicle Slowdown, if equipped, OnStar can work with law enforcement to gradually slow the vehicle down.

### Theft Alarm Notification

If equipped, if the doors are locked and the vehicle alarm sounds, a notification by text, e-mail, or phone call will be sent. If the vehicle is stolen, an OnStar Advisor can work with authorities to recover the vehicle.

## OnStar Additional Information

### In-Vehicle Audio Messages

Audio messages may play important information at the following times:

- Prior to vehicle purchase. Press 🔵 to set up an account.
- After change in ownership and at 90 days.

### Transferring Service

Press 🔵 to request account transfer eligibility information. The Advisor can cancel or change account information.

### Selling/Transferring the Vehicle

Call 1-888-4ONSTAR (1-888-466-7827) immediately to terminate your OnStar or connected services if the vehicle is disposed of, sold, transferred, or if the lease ends.

MJN2258

**Reactivation for Subsequent Owners**

Press ⊙ and follow the prompts to speak to an Advisor as soon as possible. The Advisor will update vehicle records and explain OnStar or connected service options.

**How OnStar Service Works**

Automatic Crash Response, Emergency Services, Crisis Assist, Stolen Vehicle Assistance, Remote Services, and Roadside Assistance are available on most vehicles. Not all OnStar services are available everywhere or on all vehicles. For more information, a full description of OnStar services, system limitations, and OnStar User Terms, Privacy Statement, and Software Terms:

- Call 1-888-4ONSTAR (1-888-466-7827).
- See www.onstar.com (U.S.).
- See www.onstar.ca (Canada).
- Call TTY 1-877-248-2080.
- Press ⊙ to speak with an Advisor.

OnStar or connected services cannot work unless the vehicle is in a place where OnStar has an agreement with a wireless service provider for service in that area. The wireless service provider must also have coverage, network capacity, reception, and technology compatible with OnStar or connected services. Service involving location information about the vehicle cannot work unless GPS signals are available, unobstructed, and compatible with the OnStar hardware. OnStar or connected services may not work if the OnStar equipment is not properly installed or it has not been properly maintained. If equipment or software is added, connected, or modified, OnStar or connected services may not work. Other problems beyond the control of OnStar — such as hills, tall buildings, tunnels, weather, electrical system design and architecture of the vehicle, damage to the vehicle in a crash, or wireless phone network congestion or jamming — may prevent service.

See *Radio Frequency Statement* ⇨ *271*.

**Services for People with Disabilities**

Advisors provide services to help with physical disabilities and medical conditions.

Press ⊙ to help:

- Locate a gas station with an attendant to pump gas.
- Find a hotel, restaurant, etc., that meets accessibility needs.

- Provide directions to the closest hospital or pharmacy in urgent situations.

**TTY Users**

OnStar has the ability to communicate to deaf, hard-of-hearing, or speech-impaired customers while in the vehicle. The available dealer-installed TTY system can provide in-vehicle access to all OnStar services, except Virtual Advisor and OnStar Turn-by-Turn Navigation.

If equipped, TTY mode can be turned on or off by touching Settings, then Apps, and then Phone. When TTY mode is on, phone calls can be made or received with OnStar using the infotainment display.

**OnStar Personal Identification Number (PIN)**

A PIN is needed to access some OnStar services. The PIN will need to be changed the first time when speaking with an Advisor. To change the OnStar PIN, contact an OnStar Advisor by pressing ⊙ or calling 1-888-4ONSTAR.

**Warranty**

OnStar equipment may be warranted as part of the vehicle warranty.

MJN2259

### Languages

The vehicle can be programmed to respond in multiple languages. Press ⬤ and ask for an Advisor. Advisors are available in English, Spanish, and French. Available languages may vary by country.

### Potential Issues

OnStar cannot perform Remote Door Unlock or Stolen Vehicle Assistance after the vehicle has been off continuously for 10 days without an ignition cycle. If the vehicle has not been started for 10 days, OnStar can contact Roadside Assistance or a locksmith to help gain access to the vehicle.

### Global Positioning System (GPS)

- Obstruction of the GPS can occur in a large city with tall buildings; in parking garages; around airports; in tunnels and underpasses; or in an area with very dense trees. If GPS signals are not available, the OnStar system should still operate to call OnStar. However, OnStar could have difficulty identifying the exact location.

- In emergency situations, OnStar can use the last stored GPS location to send to emergency responders.

A temporary loss of GPS can cause loss of the ability to send a Turn-by-Turn Navigation route. The Advisor may give a verbal route or may ask for a call back after the vehicle is driven into an open area.

### Cellular and GPS Antennas

Cellular reception is required for OnStar to send remote signals to the vehicle. Do not place items over or near the antenna to prevent blocking cellular and GPS signal reception.

### Unable to Connect to OnStar Message

If there is limited cellular coverage or the cellular network has reached maximum capacity, this message may come on. Press ⬤ to try the call again or try again after driving a few miles into another cellular area.

### Vehicle and Power Issues

OnStar services require a vehicle electrical system, wireless service, and GPS satellite technologies to be available and operating for features to function properly. These systems may not operate if the battery is discharged or disconnected.

### Add-on Electrical Equipment

The OnStar system is integrated into the electrical architecture of the vehicle. Do not add any electrical equipment. See *Add-On Electrical Equipment* ⇨ *195*. Added electrical equipment may interfere with the operation of the OnStar system and cause it to not operate.

### Vehicle Software Updates

OnStar or GM may remotely deliver software updates or changes to the vehicle without further notice or consent. These updates or changes may enhance or maintain safety, security, or the operation of the vehicle or the vehicle systems. Software updates or changes may affect or erase data or settings that are stored in the vehicle, such as saved navigation destinations or pre-set radio stations. Neither OnStar nor GM is responsible for any affected or erased data or settings. These updates or changes may also collect personal information. Such collection is described in the OnStar privacy statement or separately disclosed at the time of installation. These updates or changes may also cause a system to automatically communicate with GM servers to collect information about vehicle system status,

**MJN2260**

identify whether updates or changes are available, or deliver updates or changes. An active OnStar agreement constitutes consent to these software updates or changes and agreement that either OnStar or GM may remotely deliver them to the vehicle.

### Privacy

The complete OnStar Privacy Statement may be found at www.onstar.com (U.S.), or www.onstar.ca (Canada). We recommend that you review it. If you have any questions, call 1-888-4ONSTAR (1-888-466-7827) or press ⊙ to speak with an Advisor. Users of wireless communications are cautioned that the privacy of any information sent via wireless cellular communications cannot be assured. Third parties may unlawfully intercept or access transmissions and private communications without consent.

### OnStar - Software Acknowledgements

To obtain the source code under GPL, LGPL, MPL, and other open source licenses, that is contained in this product, please visit http://opensource.lge.com. In addition to the source code, all referred license terms, warranty disclaimers, and copyright notices are available for download. This offer is valid for a period of three years after our last shipment of this product. This offer is valid to anyone in receipt of this information.

*Provided through LG Electronics Inc., who is solely responsible for provisions of related OSS compliance.

**MJN2261**

# Connected Services

## Connected Services

Navigation ........................... 279
Connections ......................... 280
Diagnostics ......................... 281

## Connected Services

### Navigation

Navigation requires a specific OnStar or connected service plan.

Press ⊙ to receive Turn-by-Turn directions or have them sent to the vehicle's navigation screen, if equipped.

#### Turn-by-Turn Navigation

1. Press ⊙ to connect to an Advisor.
2. Request directions to be downloaded to the vehicle.
3. Follow the voice-guided commands.

#### Using Voice Commands During a Planned Route

Functionality of the Voice Command button, if equipped, may vary by vehicle and region. For some vehicles, press 🔘 to open the OnStar app on the infotainment display. For other vehicles press 🔘 as follows.

#### Cancel Route

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Cancel route." System responds: "Do you want to cancel directions?"

3. Say "Yes." System responds: "OK, request completed, thank you, goodbye."

#### Route Preview

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Route preview." System responds with the next three maneuvers.

#### Repeat

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Repeat." System responds with the last direction given, then responds with "OnStar ready," then a tone.

#### Get My Destination

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Get my destination." System responds with the address and distance to the destination, then responds with "OnStar ready," then a tone.

#### Send Destination to Vehicle

Directions can be sent to the vehicle's navigation screen, if equipped.

**MJN2262**

Press ⏺, then ask the Advisor to download directions to the vehicle's navigation system, if equipped. After the call ends, the navigation screen will provide prompts to begin driving directions. Routes that are sent to the navigation screen can only be canceled through the navigation system.

See www.onstar.com (U.S.) or www.onstar.ca (Canada).

## Connections

The following services help with staying connected.

For coverage maps, see www.onstar.com (U.S.) or www.onstar.ca (Canada).

### Ensuring Security

- Change the default passwords for the Wi-Fi hotspot and myChevrolet mobile application. Make these passwords different from each other and use a combination of letters and numbers to increase the security.
- Change the default name of the SSID (Service Set Identifier). This is your network's name that is visible to other wireless devices. Choose a unique name and avoid family names or vehicle descriptions.

### Wi-Fi Hotspot (If Equipped)

The vehicle may have a built-in Wi-Fi hotspot that provides access to the Internet and web content at 4G LTE speed. Up to seven mobile devices can be connected. A data plan is required. Use the in-vehicle controls only when it is safe to do so.

1. To retrieve Wi-Fi hotspot information, press ⏺ to open the OnStar app on the infotainment display, then select Wi-Fi Hotspot. On some vehicles, touch Wi-Fi or Wi-Fi Settings on the screen.

2. The Wi-Fi settings will display the Wi-Fi hotspot name (SSID), password, and on some vehicles, the connection type (no Internet connection, 3G, 4G, 4G LTE), and signal quality (poor, good, excellent). The LTE icon shows connection to Wi-Fi. It is possible that the icon may not illuminate even though the vehicle has an active connection.

3. To change the SSID or password, press ⏺ or call 1-888-4ONSTAR to connect with an Advisor. On some vehicles, the SSID and password can be changed in the Wi-Fi Hotspot menu.

After initial set-up, your vehicle's Wi-Fi hotspot will connect automatically to your mobile devices. Manage data usage by turning Wi-Fi on or off on your mobile device, using the myChevrolet mobile app, or by contacting an OnStar Advisor. On some vehicles, Wi-Fi can also be managed from the Wi-Fi Hotspot menu.

### MyChevrolet Mobile App (If Available)

Download the myChevrolet mobile app to compatible Apple and Android smartphones. Chevrolet users can access the following services from a smartphone:

- Remotely start/stop the vehicle, if factory-equipped.
- Lock/unlock doors, if equipped with automatic locks.
- Activate the horn and lamps.
- Check the vehicle's energy level, range or tire pressure, if factory-equipped with the Tire Pressure Monitor System.
- Send destinations to the vehicle.
- Locate the vehicle on a map (U.S. market only).
- Turn the vehicle's Wi-Fi hotspot on/off, manage settings, and monitor data consumption, if equipped.
- Locate a dealer and schedule service.

MJN2263

- Request Roadside Assistance.
- Set a parking reminder with pin drop, take a photo, make a note, and set a timer.
- Connect with Chevrolet on social media.

Features are subject to change. For myChevrolet mobile app information and compatibility, see my.chevrolet.com.

An active OnStar or connected service plan may be required. A compatible device, factory-installed remote start, and power locks are required. Data rates apply. See www.onstar.com for details and system limitations.

### Remote Services

Contact an OnStar Advisor to unlock the doors or sound the horn and flash the lamps.

### Marketplace

OnStar Advisors can provide offers from restaurants and retailers on your route, help locate hotels, or book a room. These services vary by market.

## Diagnostics

By monitoring and reporting on the vehicle's key systems, OnStar Advanced Diagnostics, if equipped, provides a way to keep up on maintenance. Capabilities vary by model. See www.onstar.com for details and system limitations. Features are subject to change. For updates on feature capabilities, see my.chevrolet.com. Message and data rates may apply.

**MJN2264**

# Index

**A**

Accessories and Modifications ........... 197
Accessory Power ......................... 158
Add-On Electrical Equipment ............. 195
Additional Information
  OnStar ................................. 275
Additional Maintenance and Care ........ 255
Agreements
  Trademarks and License ............... 134
Air Conditioning ......................... 140
Air Conditioning Regular Operation ...... 145
Air Filter, Passenger Compartment ....... 144
Air Intake ............................... 144
Air Vents ................................ 143
Airbag System
  Check .................................. 48
  How Does an Airbag Restrain? .......... 42
  Passenger Sensing System ............. 44
  What Makes an Airbag Inflate? ........ 42
  What Will You See after an Airbag
    Inflates? ............................ 42
  When Should an Airbag Inflate? ........ 41
  Where Are the Airbags? ............... 40
Airbags
  Adding Equipment to the Vehicle ....... 47
  Passenger Status Indicator ............ 84
  Readiness Light ....................... 84
  Servicing Airbag-Equipped Vehicles ...... 47

Airbags (cont'd)
  System Check ........................... 38
Alarm
  Vehicle Security ....................... 18
Alert
  Lane Change ........................... 178
  Side Blind Zone (SBZA) ................ 178
All-Season Tires ......................... 216
AM-FM Radio ............................. 117
Antenna
  Multi-band ............................ 120
Antilock Brake System (ABS) ............. 163
  Warning Light ......................... 86
Appearance Care
  Exterior ............................... 244
  Interior ............................... 247
Apple CarPlay and Android Auto ......... 129
Armrest
  Rear Seat ............................. 32
Assistance Program, Roadside ........... 266
Assistance Systems for Driving .......... 173
Assistance Systems for Parking and
  Backing ............................... 171
Audio
  Bluetooth ............................. 125
  Theft-Deterrent Feature ............... 114
Automatic
  Climate Control System ............... 140

# MJN2265

Automatic (cont'd)
Door Locks ................................17
Emergency Braking (AEB) ...............175
Headlamp System ..................... 109
Auxiliary
Devices ................................ 125

**B**

Battery ................................... 82
Exterior Lighting Battery Saver ......... 112
Power Protection ...................... 112
Battery - North America ............ 204, 238
Battery Gauge
High Voltage .......................... 82
Blade Replacement, Wiper ...............206
Bluetooth
Overview ..............................127
Bluetooth Audio .........................125
Brake
Parking, Electric ........................ 164
System Warning Light .................. 85
Brakes .................................. 202
Antilock ............................... 163
Assist ................................. 165
Fluid .................................. 203
Regenerative Braking .................. 165
Braking ................................. 149
Automatic Emergency (AEB) ...........175

Braking System
Front Pedestrian (FPB) ................ 176
Break-In, New Vehicle ................... 156
Bulb Replacement
Halogen Bulbs ......................... 209
Headlamp Aiming ...................... 208
Headlamps ............................ 208
High Intensity Discharge (HID)
Lighting ............................. 209
License Plate Lamps ................... 209
Taillamps, Turn Signal, Stoplamps,
and Back-up Lamps .................. 209
Buying New Tires ....................... 228

**C**

Calibration ................................ 76
California
Perchlorate Materials Requirements ... 197
California Proposition
65 Warning .................197, 204, 238,
Back Cover
Canadian Vehicle Owners ..................1
Capacities and Specifications ............ 262
Carbon Monoxide
Liftgate ................................ 18
Winter Driving ........................ 152
Cargo
Cover ................................... 70

Cargo (cont'd)
Management System ................... 70
Caution, Danger, and Warning .............2
Center Console Storage ................... 70
Chains, Tire .............................231
Charge Cord ............................ 189
Charging
Delay Override ........................ 185
Electrical Requirements ............... 194
Plug-In ................................181
Programmable .......................... 90
Utility Interruption ................... 194
Wireless ............................... 77
Charging Options ........................ 98
Charging Status Screens ................ 186
Charging System Light ................... 85
Child Restraints
Infants and Young Children ............. 50
Lower Anchors and Tethers for
Children ............................. 55
Older Children ......................... 49
Securing ........................... 64, 66
Systems ............................... 52
Circuit Breakers ..........................211
Cleaning
Exterior Care ......................... 244
Interior Care .......................... 247

**MJN2266**

Climate Control Systems
  Automatic ............................ 140
Clock ..................................... 76
Cluster, Instrument ...................... 79
Collision Damage Repair ................268
Compartment
  Underhood ...........................200
Compartments
  Storage ................................ 69
Compass .................................. 76
Compressor Kit, Tire Sealant ............. 232
Connected Services
  Connections ...........................280
  Diagnostics ........................... 281
  Navigation ........................... 279
Connections
  Connected Services ....................280
Control
  Traction and Electronic Stability ....... 166
Control of a Vehicle ..................... 149
Convex Mirrors .......................... 20
Cooling .................................. 140
Cooling System .......................... 201
Courtesy Lamps........................... 111
Courtesy Transportation Program ........ 267
Cover
  Cargo .................................. 70
Cruise Control .......................... 167

Cruise Control (cont'd)
  Light ..................................... 89
Cupholders ............................... 69
Customer Assistance ..................... 265
  Offices ................................. 264
  Text Telephone (TTY) Users ............ 265
Customer Information
  Publications Ordering Information ..... 270
Customer Satisfaction Procedure ......... 263
Cybersecurity ........................... 272

**D**

Damage Repair, Collision ................268
Danger, Warning, and Caution .............2
Data Collection
  OnStar ................................. 273
Data Recorders, Event ................... 272
Daytime Running Lamps (DRL) ...........109
Defensive Driving ....................... 148
Delayed Charging Override ...............185
Delayed Locking ..........................16
Devices
  Auxiliary .............................. 125
Diagnostics
  Connected Services .................... 281
Distracted Driving....................... 148
Dome Lamps.............................. 111

Door
  Ajar Light .............................. 89
  Delayed Locking ........................ 16
  Locks .................................. 14
  Power Locks ............................ 16
Drive Unit
  Electric................................. 160
Driver
  Teen ................................... 132
Driver Assistance Systems ............... 169
Driver Efficiency Gauge .................. 82
Driver Information Center (DIC) ........... 99
Driver Selected Operating Modes ........ 159
Driving
  Assistance Systems .....................173
  Defensive .............................. 148
  Hill and Mountain Roads ............... 151
  If the Vehicle is Stuck ................. 152
  Impaired ............................... 149
  Loss of Control ........................ 150
  Off-Road Recovery ..................... 150
  One-Pedal.............................. 163
  Vehicle Load Limits .................... 153
  Wet Roads ............................. 151
  Winter ................................. 152
Driving for Better Energy Efficiency .......147

**MJN2267**

**E**

Electric Drive Unit ....................... 160
Electric Parking Brake .................... 164
Electric Parking Brake Light .............. 86
Electrical Equipment, Add-On ........... 195
Electrical Requirements for Battery
   Charging .............................. 194
Electrical System
   Fuses and Circuit Breakers ............. 211
   Instrument Panel Fuse Block ........... 214
   Overload .............................. 210
Emergency
   OnStar ................................ 275
Energy Efficiency
   Driving ............................... 147
Energy Information ....................... 97
Engine
   Cooling System ....................... 201
Entry Lighting ........................... 111
Event Data Recorders .................... 272
Exit Lighting ............................ 112
Extended Parking ........................ 159
Extender, Seat Belt ....................... 37
Exterior Lamp Controls ................... 107
Exterior Lamps Off Reminder ............ 108
Exterior Lighting Battery Saver .......... 112

**F**

Flash-to-Pass ............................ 109
Flashers, Hazard Warning ................ 110
Flat Tire ................................ 232
Floor Mats .............................. 250
Fluid
   Brakes ................................ 203
   Washer ................................ 202
Folding Mirrors .......................... 20
Forward Collision Alert (FCA) System ..... 174
Frequency Statement
   Radio ................................. 271
Front Pedestrian Braking (FPB)
   System ............................... 176
Front Seats
   Adjustment ............................ 28
   Heated ................................ 29
Fuses
   Fuses and Circuit Breakers ............. 211
   Instrument Panel Fuse Block ........... 214
   Underhood Compartment .............. 211

**G**

Gas Strut(s) ............................. 207
Gauges
   Battery ................................ 82
   Driver Efficiency ...................... 82
   Odometer ............................. 81

Gauges (cont'd)
   Power Indicator ....................... 83
   Speedometer .......................... 81
   Trip Odometer ........................ 82
   Warning Lights and Indicators ........ 79
General Information
   Service and Maintenance ............. 252
   Towing ............................... 194
   Vehicle Care .......................... 197
GM Mobility Reimbursement
   Program .............................. 265

**H**

Halogen Bulbs ........................... 209
Hands-Free Phone ....................... 130
Hazard Warning Flashers ................ 110
Head Restraints .......................... 26
Headlamps
   Aiming ............................... 208
   Automatic ............................ 109
   Bulb Replacement ..................... 208
   Daytime Running Lamps (DRL) ........ 109
   Flash-to-Pass ......................... 109
   High Intensity Discharge (HID)
      Lighting ............................ 209
   High-Beam On Light ................... 89
   High/Low Beam Changer ............. 108
   Lamps On Reminder ................... 89

**MJN2268**

Heated
  Rear Seats .............................. 32
  Steering Wheel .......................... 73
Heated Front Seats ........................ 29
Heated Mirrors ............................21
Heating ................................. 140
High Voltage Battery Gauge .............. 82
High Voltage Devices and Wiring ........ 210
High-Beam On Light ...................... 89
Hill and Mountain Roads ................. 151
Hill Start Assist (HSA) ................... 165
Hood .................................... 198
Horn .....................................73
How to Wear Seat Belts Properly .........33
HVAC ................................... 140

**I**

Immobilizer ...............................19
Indicator
  Pedestrian Ahead ........................ 87
  Vehicle Ahead ........................... 87
Infants and Young Children, Restraints .... 50
Information
  Energy .................................. 97
  Publication Ordering ................... 270
Instrument Cluster ........................ 79
Instrument Panel
  Storage Area ............................ 69

Instrument Panel Overview ................ 4
Interior Rearview Mirrors ..................21
Introduction ...........................1, 113

**J**

Jump Starting - North America ........... 238

**K**

Keyless Entry
  Remote (RKE) System .................... 7
Keys ...................................... 6

**L**

Labeling, Tire Sidewall ...................217
Lamps
  Courtesy ............................... 111
  Daytime Running (DRL) ................ 109
  Dome .................................. 111
  Exterior Controls ....................... 107
  Exterior Lamps Off Reminder .......... 108
  Exterior Lighting Battery Saver ........ 112
  License Plate ........................... 209
  On Reminder ........................... 89
  Reading ................................ 111
Lane Change Alert (LCA) ..................178
Lane Keep Assist (LKA) ................... 179
Lane Keep Assist Light ................... 87
Lap-Shoulder Belt .........................35

LATCH System
  Replacing Parts after a Crash ........... 63
LATCH, Lower Anchors and Tethers for
  Children .................................55
LED Lighting .............................209
Liftgate ...................................18
Lighting
  Entry ................................... 111
  Exit .................................... 112
  Illumination Control ................... 110
  LED .................................... 209
Lights
  Airbag Readiness ....................... 84
  Antilock Brake System (ABS)
    Warning .............................. 86
  Brake System Warning ................. 85
  Charging System ....................... 85
  Cruise Control ......................... 89
  Door Ajar .............................. 89
  Electric Parking Brake .................. 86
  Flash-to-Pass .......................... 109
  High-Beam On .......................... 89
  High/Low Beam Changer .............. 108
  Lane Keep Assist ....................... 87
  Seat Belt Reminders .................... 83
  Security ................................ 89
  Service Electric Parking Brake .......... 86
  Service Vehicle Soon ................... 85

**MJN2269**

Lights (cont'd)
Sport Mode ............................ 87
StabiliTrak OFF ......................... 88
Tire Pressure ........................... 88
Traction Control System
(TCS)/StabiliTrak ..................... 88
Traction Off............................ 87
Vehicle Ready ......................... 89
Locks
Automatic Door..........................17
Delayed Locking ........................ 16
Door ................................... 14
Lockout Protection ......................17
Power Door ............................. 16
Safety ..................................17
Loss of Control .......................... 150
Lower Anchors and Tethers for
Children (LATCH System) ................55

**M**
Maintenance
Air Conditioning Regular Operation .... 145
Records ...............................260
Maintenance and Care
Additional ............................ 255
Maintenance Schedule ................... 253
Recommended Fluids and
Lubricants ........................... 258

Messages
Propulsion Power ..................... 100
Vehicle ............................... 100
Vehicle Speed ......................... 101
Mirror
Rear Camera ...........................21
Mirrors
Automatic Dimming Rearview ...........21
Convex ............................... 20
Folding .............................. 20
Heated ................................21
Manual Rearview .......................21
Power ................................ 20
Mirrors, Interior Rearview .................21
Modes
Driver Selected ........................ 159
Monitor System, Tire Pressure .......... 222
Multi-band Antenna ..................... 120

**N**
Navigation
Connected Services .................... 279
New Vehicle Break-In .................... 156

**O**
Odometer .................................81
Trip ....................................... 82

Off-Road
Recovery ................................ 150
Older Children, Restraints ................. 49
One-Pedal Driving ........................ 163
Online Owner Center .................... 265
OnStar.................................... 273
OnStar Additional Information ........... 275
OnStar Emergency ....................... 275
OnStar Overview......................... 274
OnStar Security ......................... 275
OnStar System ...........................127
Operation
Infotainment System ...................114
Options
Charging .............................. 98
Outlets
Power ................................. 76
Overview ................................114
Instrument Panel ....................... 4
Underhood Compartment ..............200
Owner Checks and Services ............. 255

**P**
Park
Shifting Into ........................... 158
Shifting Out of ........................ 159
Park Assist ................................171

**MJN2270**

Parking
Brake and P (Park) Mechanism
  Check ................................ 205
  Extended ............................. 159
Parking or Backing
  Assistance Systems ..................... 171
Passenger Airbag Status Indicator ......... 84
Passenger Compartment Air Filter ....... 144
Passenger Sensing System ............... 44
Pedestrian Ahead Indicator .............. 87
Pedestrian Safety Signal ..................73
Perchlorate Materials Requirements,
  California ............................. 197
Personalization
  Vehicle ............................... 101
Phone
  Apple CarPlay and Android Auto ....... 129
  Bluetooth .............................127
  Hands-Free ........................... 130
Plug-In Charging ..........................181
Port
  USB ................................... 120
Power
  Button ................................ 156
  Door Locks ............................. 16
  Flows .................................. 90
  Indicator Gauge ........................ 83
  Mirrors ................................ 20

Power (cont'd)
  Outlets ................................ 76
  Protection, Battery ..................... 112
  Retained Accessory (RAP) .............. 158
  Windows ............................... 23
Pregnancy, Using Seat Belts ..............37
Privacy
  Vehicle Data Recording ................ 272
Program
  Courtesy Transportation ............... 267
Programmable Charging ..................90
Proposition 65 Warning,
  California ...................197, 204, 238,
                              Back Cover
Propulsion Power Messages .............100
Publication Ordering Information ........270

### R
Radio Frequency Statement ...............271
Radio Reception ..........................119
Radios
  AM-FM Radio ........................... 117
  Satellite ................................118
Reading Lamps ........................... 111
Ready Indicator ........................... 89
Rear Camera Mirror ........................21
Rear Seat Armrest .........................32
Rear Seats ................................31

Rear Seats (cont'd)
  Heated ................................ 32
Rear Vision Camera (RVC) .................171
Rear Window Washer/Wiper .............75
Rearview Mirrors ..........................21
  Automatic Dimming .....................21
Reclining Seatbacks ........................ 29
Recommended Fluids and Lubricants ..... 258
Records
  Maintenance ........................... 260
Recreational Vehicle Towing ............. 242
Regenerative Braking .................... 165
Reimbursement Program, GM
  Mobility ............................... 265
Remote Keyless Entry (RKE) System ........7
Remote Start ..............................13
Replacement Parts
  Airbags ................................ 48
  Maintenance ........................... 259
Replacing Airbag System ................. 48
Replacing LATCH System Parts after a
  Crash ................................. 63
Replacing Seat Belt System Parts after
  a Crash ............................... 38
Reporting Safety Defects
  Canadian Government ..................271
  General Motors ........................ 272
  U.S. Government ........................271

MJN2271

Requirements
Electrical Battery Charging ............. 194
Restraints
Where to Put ........................... 54
Retained Accessory Power (RAP) .........158
Roads
Driving, Wet ...........................151
Roadside Assistance Program ............266
Rotation, Tires .......................... 226

**S**

Safety Defects Reporting
Canadian Government ..................271
General Motors ....................... 272
U.S. Government.......................271
Safety Locks ...............................17
Safety Signal
Pedestrian ............................ 73
Safety System Check ..................... 38
Satellite Radio ............................118
Scheduling Appointments ............... 267
Sealant Kit, Tire.......................... 232
Seat Belts.................................32
Care ................................... 38
Extender ................................ 37
How to Wear Seat Belts Properly ....... 33
Lap-Shoulder Belt ....................... 35
Reminders ............................. 83

Seat Belts (cont'd)
Replacing after a Crash ................. 38
Use During Pregnancy .................. 37
Seats
Adjustment, Front ...................... 28
Head Restraints ......................... 26
Heated Front ........................... 29
Heated, Rear........................... 32
Rear ....................................31
Reclining Seatbacks ..................... 29
Securing Child Restraints .............. 64, 66
Security
Light ................................... 89
OnStar ................................ 275
Vehicle ................................. 18
Vehicle Alarm ........................... 18
Self-Sealing Tires ..........................217
Service ...................................145
Accessories and Modifications ......... 197
Doing Your Own Work................. 198
Maintenance Records ..................260
Maintenance, General Information ..... 252
Parts Identification .................... 261
Scheduling Appointments ............. 267
Vehicle Soon Light ..................... 85
Service Electric Parking Brake Light ....... 86
Servicing the Airbag ..................... 47
Settings...................................131

Shifting
Into Park ............................. 158
Out of Park ........................... 159
Side Blind Zone Alert (SBZA) ..............178
Signals, Turn and Lane-Change ...........110
Software Updates .........................116
Specifications and Capacities ............. 262
Speedometer ..............................81
Sport Mode Light ........................ 87
StabiliTrak
OFF Light .............................. 88
Start
Remote ..................................13
Start Assist, Hill.......................... 165
Starting and Stopping the Vehicle ........157
Status Screens
Charging ............................... 186
Steering ................................. 149
Heated Wheel .......................... 73
Wheel Adjustment ...................... 72
Wheel Controls ......................... 72
Stoplamps and Back-up Lamps
Bulb Replacement......................209
Storage Areas
Cargo Cover ........................... 70
Cargo Management System ............ 70
Center Console ......................... 70
Instrument Panel ....................... 69

**MJN2272**

Storage Compartments .................... 69
Storing the Tire Sealant and
  Compressor Kit ......................... 238
Struts
  Gas .................................... 207
Stuck Vehicle ............................. 152
Sun Visors ................................ 25
Symbols ................................... 2
System
  Forward Collision Alert (FCA) ........... 174
Systems
  Driver Assistance ...................... 169

**T**
Taillamps
  Bulb Replacement ...................... 209
Teen Driver ............................... 132
Text Telephone (TTY) Users .............. 265
Theft-Deterrent Systems .................. 19
  Immobilizer ............................ 19
Time ...................................... 76
Tires ..................................... 216
  All-Season ............................. 216
  Buying New Tires ...................... 228
  Chains ................................. 231
  Designations ........................... 218
  Different Size .......................... 229
  If a Tire Goes Flat ..................... 232

Tires (cont'd)
  Inspection ............................. 226
  Pressure ............................... 221
  Pressure Light ......................... 88
  Pressure Monitor Operation ........... 223
  Pressure Monitor System .............. 222
  Rotation ............................... 226
  Sealant and Compressor Kit ........... 232
  Sealant and Compressor Kit,
    Storing .............................. 238
  Self-Sealing ........................... 217
  Sidewall Labeling ...................... 217
  Terminology and Definitions .......... 219
  Uniform Tire Quality Grading ......... 229
  Wheel Alignment and Tire Balance .... 231
  Wheel Replacement .................... 231
  When It Is Time for New Tires ........ 227
  Winter ................................. 217
Towing
  General Information ................... 194
  Recreational Vehicle .................. 242
  Vehicle ................................ 240
Traction
  Control System (TCS)/StabiliTrak
    Light ................................ 88
  Off Light .............................. 87
Traction Control/Electronic Stability
  Control ................................ 166

Trademarks and License Agreements ...... 134
Transportation Program, Courtesy ....... 267
Trip Odometer ............................ 82
Turn and Lane-Change Signals ........... 110
Turn Signal
  Bulb Replacement ..................... 209

**U**
Underhood Compartment Fuse Block ..... 211
Underhood Compartment Overview ...... 200
Uniform Tire Quality Grading ........... 229
Updates
  Software .............................. 116
USB Port ................................. 120
Using This Manual ........................ 2
Utility Interruption of Charging .......... 194

**V**
Vehicle
  Alarm System ......................... 18
  Canadian Owners ...................... 1
  Control ............................... 149
  Identification Number (VIN) ........... 261
  Load Limits ........................... 153
  Messages ............................. 100
  Personalization ....................... 101
  Security .............................. 18
  Service Soon Light .................... 85
  Speed Messages ...................... 101

**MJN2273**

Vehicle (cont'd)
  Starting and Stopping .................157
  Towing ................................ 240
Vehicle Ahead Indicator .................. 87
Vehicle Care
  Storing the Tire Sealant and
    Compressor Kit....................... 238
  Tire Pressure .......................... 221
Vehicle Data Recording and Privacy ...... 272
Vehicle Ready Light ....................... 89
Ventilation, Air ...........................143
Visors .....................................25
Voltage Devices and Wiring ............. 210

**W**
Warning
  Brake System Light ..................... 85
  Caution and Danger ..................... 2
Warning Lights, Gauges, and
  Indicators .............................. 79
Warnings
  Hazard Flashers ........................ 110
Washer Fluid ............................202
Wheels
  Alignment and Tire Balance............ 231
  Different Size .......................... 229
  Replacement ........................... 231
When It Is Time for New Tires........... 227

When to Charge ..........................181
Where to Put the Restraint ............... 54
Windows .................................23
  Power .................................. 23
Windshield
  Replacement ........................... 207
  Wiper/Washer .......................... 74
Winter
  Driving ............................... 152
Winter Tires ..............................217
Wiper Blade Replacement ................206
Wipers
  Rear Washer ........................... 75
Wireless Charging ........................77
Wiring, High Voltage Devices ............ 210

# ⚠ WARNING

Operating, servicing and maintaining a passenger vehicle or off-highway motor vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

**United States:**

Customer Assistance:
1-800-222-1020

Roadside Assistance:
1-800-243-8872

Connected Services and OnStar:
1-888-4-ONSTAR

**Canada:**

Customer Assistance:
1-800-263-3777

Roadside Assistance:
1-800-268-6800

 



84486651 A

**My Chevrolet App**

Download the my.Chevrolet App for full manuals and "how to" videos. The full owner's manual is located with your vehicle infotainment system, if equipped.

US



Canada

**MyCertifiedService.com**

Visit MyCertifiedService.com to easily locate your nearest dealer and schedule your next service appointment online.



US ONLY

**MJN2275**

# Exhibit 29

MJN2276

Electronically FILED by Superior Court of California, County of Los Angeles on 10/12/2022 10:28 AM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Salcedo,Deputy Clerk
22VECV01540
Assigned for all purposes to: Van Nuys Courthouse East, Judicial Officer: Shirley Watkins

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
KIUMARS KHALILI

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| KIUMARS KHALILI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GENERAL MOTORS, LLC.; AND DOES<br>1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.:<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

MJN2277

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to KIUMARS KHALILI.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about July 02, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt EV, vehicle identification number 1G1FY6S09L4122042 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

COMPLAINT; JURY TRIAL DEMANDED

MJN2278

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, transmission defects, infotainment defects, battery defects, among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN2279

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

18. Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims- the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

PAGE 4

COMPLAINT; JURY TRIAL DEMANDED

MJN2280

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN2281

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

MJN2282

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION
## BY PLAINTIFF AGAINST DEFENDANT GM
## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY
## CODE, § 1791.1; § 1794; § 1795.5)

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

PAGE 7

COMPLAINT; JURY TRIAL DEMANDED

MJN2283

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## (Fraudulent Inducement - Concealment)

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

///

MJN2284

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the transmission defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///

PAGE 9
COMPLAINT; JURY TRIAL DEMANDED

MJN2285

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

COMPLAINT; JURY TRIAL DEMANDED

MJN2286



c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: August 29, 2022

STRATEGIC LEGAL PRACTICES, APC

By _____
TIONNA G. DOLIN
Attorneys for Plaintiff
KIUMARS KHALILI

COMPLAINT; JURY TRIAL DEMANDED

MJN2287

# Exhibit A

MJN2288



2020

BOLT EV
Owner's Manual

chevrolet.com (U.S.)
chevrolet.ca (Canada)

**MJN2289**

# Contents

Introduction ..................... 2
Keys, Doors, and Windows ...... 7
Seats and Restraints ........... 31
Storage ........................ 83
Instruments and Controls ....... 86
Lighting ....................... 130
Infotainment System .......... 137
Climate Controls ............. 165
Driving and Operating ........ 172
Vehicle Care ................. 235
Service and Maintenance ..... 303
Technical Data ............... 313
Customer Information ........ 315
Reporting Safety Defects ...... 325
OnStar ....................... 329
Connected Services .......... 337
Index .................... 340

**MJN2290**

# Introduction

 

**CHEVROLET**

The names, logos, emblems, slogans, vehicle model names, and vehicle body designs appearing in this manual including, but not limited to, GM, the GM logo, CHEVROLET, the CHEVROLET Emblem, and BOLT are trademarks and/or service marks of General Motors LLC, its subsidiaries, affiliates, or licensors.

For vehicles first sold in Canada, substitute the name "General Motors of Canada Company" for Chevrolet Motor Division wherever it appears in this manual.

This manual describes features that may or may not be on the vehicle because of optional equipment that was not purchased on the vehicle, model variants, country specifications, features/applications that may not be available in your region, or changes subsequent to the printing of this owner's manual.

Refer to the purchase documentation relating to your specific vehicle to confirm the features.

Keep this manual in the vehicle for quick reference.

## Canadian Vehicle Owners

A French language manual can be obtained from your dealer, at www.helminc.com, or from:

### Propriétaires Canadiens

On peut obtenir un exemplaire de ce guide en français auprès du concessionnaire ou à l'adresse suivante:

Helm, Incorporated
Attention: Customer Service
47911 Halyard Drive
Plymouth, MI 48170
USA

## Using this Manual

To quickly locate information about the vehicle, use the Index in the back of the manual. It is an alphabetical list of what is in the manual and the page number where it can be found.

Litho in U.S.A.
Part No. 84406525 A First Printing

©2019 General Motors LLC. All Rights Reserved.

**MJN2291**

## Danger, Warning, and Caution

Warning messages found on vehicle labels and in this manual describe hazards and what to do to avoid or reduce them.

| ⚠ **Danger** |
|---|
| Danger indicates a hazard with a high level of risk which will result in serious injury or death. |

| ⚠ **Warning** |
|---|
| Warning indicates a hazard that could result in injury or death. |

| **Caution** |
|---|
| Caution indicates a hazard that could result in property or vehicle damage. |



A circle with a slash through it is a safety symbol which means "Do Not," "Do not do this," or "Do not let this happen."

## Symbols

The vehicle has components and labels that use symbols instead of text. Symbols are shown along with the text describing the operation or information relating to a specific component, control, message, gauge, or indicator.

📖 : Shown when the owner's manual has additional instructions or information.

🗐 : Shown when the service manual has additional instructions or information.

⇨ : Shown when there is more information on another page — "see page."

### Vehicle Symbol Chart

Here are some additional symbols that may be found on the vehicle and what they mean. See the features in this manual for information.

❄ : Air Conditioning System

💥 : Air Conditioning Refrigerant Oil

🏃 : Airbag Readiness Light

(ABS) : Antilock Brake System (ABS)

(!) : Brake System Warning Light

🗑 : Dispose of Used Components Properly

✕ : Do Not Apply High Pressure Water

🔋 : Energy Usage and Charge Mode Selection

🔥 : Flame/Fire Prohibited

🔥 : Flammable

**MJN2292**

🐾 : First Responder

🚗 : Forward Collision Alert

🔒➡ : Fuse Block Cover Lock Location

🔲 : Fuses

⚠ : High Voltage

🔵 : ISOFIX/LATCH System Child Restraints

🔲 : Keep Fuse Block Covers Properly Installed

🚗✗ : Lane Change Alert

🚗 : Lane Departure Warning

🚗 : Lane Keep Assist

P⁄Ⅱ▲ : Park Assist

🚶 : Pedestrian Ahead Indicator

⏻ : Power

Ω : Remote Vehicle Start

⚠➡ : Rear Cross Traffic Alert

🔧 : Registered Technician

🚗 : Seat Belt Reminders

🔧 : Service Vehicle Soon

⟨⟩ : Side Blind Zone Alert

⚠ : Tire Pressure Monitor

🚗 : Traction Control/StabiliTrak/ Electronic Stability Control (ESC)

⚠ : Under Pressure

🚗 : Vehicle Ahead Indicator

READY : Vehicle Ready

**MJN2293**

## Instrument Panel Overview



**MJN2294**

## 6 Introduction

1. *Air Vents* ⇨ *169*.

2. *Turn and Lane-Change Signals* ⇨ *134*.

   IntelliBeam System Button (If Equipped). See *Exterior Lamp Controls* ⇨ *130*.

3. *Instrument Cluster* ⇨ *96*.

   *Driver Information Center (DIC)* ⇨ *120*.

4. *Windshield Wiper/Washer* ⇨ *89*.

5. *Charging Status Feedback* ⇨ *221*.

   *Automatic Headlamp System* ⇨ *133*.

   Indicator Light and Solar Sensor (ILSS). See "Sensors" under *Automatic Climate Control System* ⇨ *165*.

6. Infotainment System. See *AM-FM Radio* ⇨ *142*.

   *Heated Front Seats* ⇨ *35* (If Equipped).

7. *Automatic Climate Control System* ⇨ *165*.

8. *Storage Compartments* ⇨ *83*.

9. Shift Lever. See *Electric Drive Unit* ⇨ *189*.

10. *Electric Parking Brake* ⇨ *194*.

11. *Power Outlets* ⇨ *93*.

12. *Hazard Warning Flashers* ⇨ *133*.

    *Traction Control/Electronic Stability Control* ⇨ *197*.

    *Driver Selected Operating Modes* ⇨ *188*.

13. *Power Button* ⇨ *184*.

14. *Steering Wheel Controls* ⇨ *87* (If Equipped).

15. *Horn* ⇨ *88*.

16. *Steering Wheel Adjustment* ⇨ *87* (Out of View).

17. *Steering Wheel Controls* ⇨ *87* (If Equipped).

18. Regen on Demand (Out of View). See *Regenerative Braking* ⇨ *196*.

19. *Cruise Control* ⇨ *199*.

    *Heated Steering Wheel* ⇨ *88* (If Equipped).

    *Forward Collision Alert (FCA) System* ⇨ *206* (If Equipped).

    *Lane Keep Assist (LKA)* ⇨ *213* (If Equipped).

20. *Instrument Panel Fuse Block* ⇨ *258*.

21. Data Link Connector (DLC) (Out of View). See *Service Vehicle Soon Light* ⇨ *104*.

22. *Exterior Lamp Controls* ⇨ *130*.

23. *Instrument Panel Illumination Control* ⇨ *134*.

**MJN2295**

# Keys, Doors, and Windows

## Keys and Locks

Keys ............................ 7
Remote Keyless Entry (RKE)
  System ........................ 8
Remote Keyless Entry (RKE)
  System Operation ............. 8
Remote Start .................. 16
Door Locks .................... 17
Power Door Locks ............. 19
Delayed Locking ............... 19
Automatic Door Locks ......... 19
Lockout Protection ............. 20
Safety Locks ................... 20

## Doors

Liftgate ........................ 21

## Vehicle Security

Vehicle Security ................ 22
Vehicle Alarm System ......... 22
Immobilizer .................... 22
Immobilizer Operation ......... 23

## Exterior Mirrors

Convex Mirrors ................ 24
Power Mirrors .................. 24

Folding Mirrors ................. 24
Heated Mirrors ................. 25

## Interior Mirrors

Interior Rearview Mirrors ....... 25
Manual Rearview Mirror ........ 25
Automatic Dimming Rearview
  Mirror ........................ 25
Rear Camera Mirror ............ 25

## Windows

Windows ....................... 28
Power Windows ............... 28
Sun Visors ..................... 30

## Keys and Locks

### Keys

> ⚠ **Warning**
>
> Leaving children in a vehicle with a Remote Keyless Entry (RKE) transmitter is dangerous and children or others could be seriously injured or killed. They could operate the power windows or other controls or make the vehicle move. The windows will function with the RKE transmitter in the vehicle, and children or others could be caught in the path of a closing window. Do not leave children in a vehicle with an RKE transmitter.

**MJN2296**



The key that is part of the Remote Keyless Entry (RKE) transmitter can be used for all locks.



To remove the key, press the button near the bottom of the transmitter, and pull the key out. Never pull the key out without pressing the button.

If it becomes difficult to turn the key, inspect the key blade for debris. Periodically, clean the key with a brush or a pick.

See your dealer if a new key is needed.

If locked out of the vehicle, see *Roadside Assistance Program* ⇨ *319*.

With an active OnStar or connected service plan, an OnStar Advisor may remotely unlock the vehicle. See *OnStar Overview* ⇨ *329*.

## Remote Keyless Entry (RKE) System

See *Radio Frequency Statement* ⇨ *325*.

If there is a decrease in the Remote Keyless Entry (RKE) operating range:

- Check the distance. The transmitter may be too far from the vehicle.

- Check the location. Other vehicles or objects may be blocking the signal.

- Check the transmitter's battery. See "Battery Replacement" later in this section.

- If the transmitter is still not working correctly, see your dealer or a qualified technician for service.

## Remote Keyless Entry (RKE) System Operation

The Keyless Access system allows for vehicle entry when the Remote Keyless Entry (RKE) transmitter is within 1 m (3 ft). See "Keyless Access Operation" following.

The transmitter functions may work up to 60 m (197 ft) away from the vehicle.

**MJN2297**

Other conditions can impact the performance of the transmitter. See *Remote Keyless Entry (RKE) System* ⇨ *8*.



⬛ : Press to lock all doors.

The turn signal indicators may flash and/or the horn may sound on the second press to indicate locking. See *Vehicle Personalization* ⇨ *123*.

If the driver door is open when ⬛ is pressed, all doors will lock and the driver door will immediately unlock, if enabled. See *Vehicle Personalization* ⇨ *123*.

If the passenger door is open when ⬛ is pressed, all doors lock.

Pressing ⬛ may also arm the alarm system. See *Vehicle Alarm System* ⇨ *22*.

⬛ : Press to unlock the driver door. Press unlock again within five seconds to unlock all doors. The RKE transmitter can be programmed to unlock all doors on the first button press. See *Vehicle Personalization* ⇨ *123*.

The turn signal indicators may flash to indicate unlocking. See *Vehicle Personalization* ⇨ *123*.

Pressing ⬛ will disarm the alarm system. See *Vehicle Alarm System* ⇨ *22*.

⬛ : Press and release one time to initiate vehicle locator. The exterior lamps flash and the horn chirps three times.

Press and hold ⬛ for at least three seconds to sound the panic alarm. The horn sounds and the turn signals flash for about 30 seconds or until ⬛ is pressed again or the vehicle is started.

⬛ : Press and release ⬛ and then immediately press and hold ⬛ for at least four seconds to start the vehicle's heating or air conditioning systems and rear window defogger from outside the vehicle using the RKE transmitter. See *Remote Start* ⇨ *16*.

## Keyless Access Operation

The Keyless Access system allows the doors and liftgate to be locked and unlocked without pressing the RKE transmitter button. The RKE transmitter must be within 1 m (3 ft) of the liftgate or door being opened. If the vehicle has this feature, there will be a button on both outside front door handles.

**MJN2298**

Keyless Access can be programmed to unlock all doors on the first unlock/lock button press from the driver door. See *Vehicle Personalization* ⇨ *123*.

### Keyless Unlocking/Locking from the Driver Door

When the doors are locked and the RKE transmitter is within 1 m (3 ft) of the driver door handle, pressing the lock/unlock button on the driver door handle will unlock the driver door. If the lock/unlock button is pressed again within five seconds, all passenger doors will unlock. Pull the door handle to unlatch the door.



Pressing the lock/unlock button will cause all doors to lock if any of the following occur:

- It has been more than five seconds since the first lock/unlock button press.

- Two lock/unlock button presses were used to unlock all doors.

- Any vehicle door has opened and all doors are now closed.

See *Vehicle Personalization* ⇨ *123*.

### Keyless Unlocking/Locking from Passenger Doors

When the doors are locked and the RKE transmitter is within 1 m (3 ft) of the door handle, pressing the lock/unlock button on that door handle will unlock all doors.

Pressing the lock/unlock button will cause all doors to lock if any of the following occur:

- The lock/unlock button was used to unlock all doors.

- Any vehicle door has opened and all doors are now closed.

### Disable/Enable Keyless Unlocking of Exterior Door Handles and Liftgate

If equipped, keyless unlocking of the exterior door handles and liftgate can be disabled and enabled.

**Disabling Keyless Unlocking:**

With the vehicle off, press and hold 🔒 and 🔓 on the RKE transmitter at the same time for approximately three seconds. The turn signal lamps will flash four

**MJN2299**

times quickly to indicate access is disabled. Using any exterior handle to unlock the doors or open the liftgate will cause the turn signal lamps to flash four times quickly, indicating access is disabled. If disabled, disarm the alarm system before starting the vehicle.

**Enabling Keyless Unlocking:**

With the vehicle off, press and hold 🔓 and 🔒 on the RKE transmitter at the same time for approximately three seconds. The turn signal lamps will flash twice quickly to indicate access is enabled.

**Passive Locking**

The Keyless Access system will lock the vehicle several seconds after all doors are closed, if the vehicle is off and at least one RKE transmitter has been removed from the interior or none remain in the interior.

If other electronic devices interfere with the RKE transmitter signal, the vehicle may not detect the RKE transmitter inside the vehicle.

If passive locking is enabled, the doors may lock with the RKE transmitter inside the vehicle. Do not leave the RKE transmitter in an unattended vehicle.

To customize doors to automatically lock when exiting the vehicle, see *Vehicle Personalization* ⇨ *123*.

**Temporary Disable of Passive Locking**

Temporarily disable passive locking by pressing and holding 🔒 on the interior door switch with a door open for at least four seconds, or until three chimes are heard. Passive locking will then remain disabled until 🔒 on the interior door is pressed, or until the vehicle is started.

**Remote Left In Vehicle Alert**

When the vehicle is turned off and an RKE transmitter is left in the vehicle, the horn will chirp three times after all doors are closed.

To turn on or off see *Vehicle Personalization* ⇨ *123*.

**Remote No Longer In Vehicle Alert**

If the vehicle is on with a door open, and then all doors are closed, the vehicle will check for RKE transmitters inside. If an RKE transmitter is not detected, the Driver Information Center (DIC) will display NO REMOTE DETECTED and the horn will chirp three times.

This occurs only once each time the vehicle is driven.

See *Vehicle Personalization* ⇨ *123*.

**Keyless Liftgate Opening**

Press the touch pad on the underside of the liftgate glass and lift up to open if the RKE transmitter is within 1 m (3 ft) and the doors are

**MJN2300**

locked. If the doors are unlocked, the transmitter is not required to open the liftgate. See *Liftgate ⇨ 21*.

### Key Access

To access a vehicle with a weak transmitter battery, see *Door Locks ⇨ 17*.

### Programming Transmitters to the Vehicle

Only RKE transmitters programmed to the vehicle will work. If a transmitter is lost or stolen, a replacement can be purchased and programmed through your dealer. The vehicle can be reprogrammed so that lost or stolen transmitters no longer work. Any remaining transmitters will need to be reprogrammed. Each vehicle can have up to eight transmitters matched to it.

### Programming with Two Recognized Transmitters

A new transmitter can be programmed to the vehicle when there are two recognized transmitters. To program, the vehicle must be off and all of the transmitters, both currently recognized and new, must be with you.



1. Open the center console and take out the small tray, if equipped. Place the two recognized transmitters in the backup location with the buttons facing down.

2. Remove the key lock cylinder cover on the driver door handle. See *Door Locks ⇨ 17*. Insert the vehicle key of the new transmitter into the key lock cylinder on the driver door handle and turn the key to the unlock position five times within 10 seconds.

   The DIC displays READY FOR REMOTE # 3, 4, 5, 6, 7, or 8.

3. Place the transmitter to be programmed in the backup location with the buttons facing down.

4. Press POWER ⏻ to start the vehicle. When the transmitter is learned, the DIC will show that it is ready to program the next transmitter.

5. Remove the transmitter from the backup location and press 🔒 or 🔓.

   To program additional transmitters, repeat Steps 3–5.

   When all additional transmitters are programmed, press and hold POWER ⏻ for 12 seconds to exit programming mode.

6. Put the key back into the RKE transmitter.

**MJN2301**

7. Replace the key lock cylinder cap. See *Door Locks* ⇨ 17.

**Programming without Two Recognized Transmitters**

If two currently recognized transmitters are not available, follow this procedure to program up to eight transmitters. This feature is not available in Canada. This procedure will take approximately 30 minutes to complete. The vehicle must be off and all of the transmitters to be programmed must be with you.

1. Remove the key lock cylinder cover on the driver door handle. See *Door Locks* ⇨ 17. Insert the vehicle key of the transmitter into the key lock cylinder on the driver door handle and turn the key to the unlock position five times within 10 seconds.

   The DIC displays REMOTE LEARN PENDING, PLEASE WAIT.

2. Wait for 10 minutes until the DIC displays PRESS ENGINE START BUTTON TO LEARN and then press POWER ⏻.

   The DIC will again show REMOTE LEARN PENDING, PLEASE WAIT.

3. Repeat Step 2 two additional times. After the third time, all previously known transmitters will no longer work with the vehicle. Remaining transmitters can be relearned during the next steps.

   The DIC should now show READY FOR REMOTE # 1.



4. Open the center console and take out the small tray, if equipped. Place the transmitter in the backup location with the buttons facing down.

5. Press POWER ⏻ to start the vehicle. When the transmitter is learned, the DIC will show that it is ready to program the next transmitter.

6. Remove the transmitter from the backup location and press 🔒 or 🔓.

   To program additional transmitters, repeat Steps 4–6.

**MJN2302**

When all additional transmitters are programmed, press and hold POWER ⏻ for 12 seconds to exit programming mode.

7. Put the key back into the RKE transmitter.

8. Replace the key lock cylinder cap. See *Door Locks* ⇨ *17*.

**Starting the Vehicle with a Low Transmitter Battery**

While trying to start the vehicle, if the transmitter battery is weak or if there is interference with the signal, the DIC may display NO REMOTE DETECTED or USE TRANSMITTER POCKET TO START. The DIC may also display REPLACE BATTERY IN REMOTE KEY.

To start the vehicle:



1. Open the center console and take out the small tray, if equipped. Place the transmitter in the backup location with the buttons facing down.

2. With the vehicle in P (Park) or N (Neutral), press the brake pedal and press POWER ⏻. Replace the transmitter battery as soon as possible.

**Battery Replacement**

| ⚠ Warning |
| --- |
| Never allow children to play with the RKE transmitter. The transmitter contains a small battery, which can be a choking hazard. If swallowed, internal burns can occur, resulting in severe injury or death. Seek medical attention immediately if a battery is swallowed. |

| Caution |
| --- |
| When replacing the battery, do not touch any of the circuitry on the transmitter. Static from your body could damage the transmitter. |

**MJN2303**

**Caution**

Replacing the battery with an incorrect type could potentially create a risk of battery explosion. Dispose of used batteries according to instructions.

Replace the battery if the DIC displays REPLACE BATTERY IN REMOTE KEY.

The battery is not rechargeable. To replace the battery:



1. Press the button on the side of the transmitter near the bottom and pull the key out. Never pull the key out without pressing the button.



2. Separate the two halves of the transmitter using a flat tool inserted into the area near the key slot.

 

3. Remove the battery by pushing on the battery and sliding it toward the bottom of the transmitter.

4. Insert the new battery, positive side facing the back cover. Push the battery down until it is held in place. Replace with a CR2032 or equivalent battery.

5. Snap the battery cover back on to the transmitter.

6. Reinsert key into the transmitter.

**MJN2304**

## Remote Start

This feature starts the heating or air conditioning systems and the rear window defogger from outside the vehicle.

Use remote start to heat or cool the interior when the vehicle is plugged in to maximize electric range by utilizing electricity from the electrical outlet. Normal operation of the system will return after the vehicle has been turned on.

Ω : This button is on the RKE transmitter.

The climate control system will use the previous settings during a remote start. The rear defog may come on during remote start based on cold ambient conditions. The rear defog indicator light does not come on during a remote start.

Laws in some local communities may restrict the use of remote starters. For example, some laws require a person using remote start to have the vehicle in view. Check local regulations for any requirements.

If the vehicle is low on energy, do not use the remote start feature. The vehicle may run out of energy.

The RKE transmitter range may be less while the vehicle is running.

Other conditions can affect the performance of the transmitter. See *Remote Keyless Entry (RKE) System ⇨ 8*.

### Remote Starting the Vehicle

To remote start the vehicle:

1. Press and release ⊟ on the RKE transmitter.

2. Immediately press and hold Ω for at least four seconds or until the turn signal lamps flash.

3. After entering the vehicle during a remote start, press POWER ⏻ with the brake pedal applied to start the vehicle and operate as normal.

Remote start will automatically shut off after 20 minutes unless a time extension is done.

When the vehicle starts, the parking lamps will turn on. Remote start run time can be extended.

### Extending Vehicle Run Time

The vehicle run time can also be extended by another 20 minutes, if after 30 seconds and during the first 20 minutes Steps 1 and 2 are repeated while the vehicle is running. This provides a total of 40 minutes.

The remote start can only be extended once.

A maximum of two remote starts, or a single start with an extension, are allowed between ignition cycles using POWER ⏻.

For additional remote starts, turn the vehicle on with the transmitter in the vehicle.

**MJN2305**

### Canceling Remote Start

To cancel a remote start, do any of the following:

- Press and hold Ω until the parking lamps turn off.

- Turn on the hazard warning flashers.

- Press POWER ⏻ with the brake pedal applied, then press POWER ⏻ again to turn the vehicle off.

### Conditions in Which Remote Start Will Not Work

The remote vehicle start feature will not operate if:

- The RKE transmitter is in the vehicle.

- The ignition is on.

- The hood is not closed.

- The hazard warning flashers are on.

- The electric drive unit coolant temperature is too high.

- Two remote vehicle starts, or a single remote start with an extension, have already been used.

- The vehicle is not in P (Park).

## Door Locks

> ⚠ **Warning**
>
> Unlocked doors can be dangerous.
>
> - Passengers, especially children, can easily open the doors and fall out of a moving vehicle. The doors can be unlocked and opened while the vehicle is moving. The chance of being thrown out of the vehicle in a crash is increased if the doors are not locked. So, all passengers should wear seat belts properly and the
>
> (Continued)

> **Warning (Continued)**
>
> doors should be locked whenever the vehicle is driven.
>
> - Young children who get into unlocked vehicles may be unable to get out. A child can be overcome by extreme heat and can suffer permanent injuries or even death from heat stroke. Always lock the vehicle whenever leaving it.
>
> - Outsiders can easily enter through an unlocked door when you slow down or stop the vehicle. Locking the doors can help prevent this from happening.

To lock or unlock the doors from outside the vehicle:

- Use the key in the driver door to lock and unlock the door without the Remote Keyless Entry (RKE) transmitter. The key cylinder is covered with a cap. See "Driver

**MJN2306**

Door Key Lock Cylinder Access (In Case of Dead Battery)" later in this section.

- Press 🔒 or 🔓 on the RKE transmitter to lock and unlock the doors.



To lock or unlock the doors from inside the vehicle:

- Press 🔒 or 🔓 on the power door lock switch.
- Pull the door handle. Pulling an interior door handle will unlock the door. Pulling the door handle again unlatches it.

**Keyless Access**

The RKE transmitter must be within 1 m (3 ft) of the liftgate or door being opened. Press the button on the door handle to open. See "Keyless Access Operation" in *Remote Keyless Entry (RKE) System Operation* ⇨ 8.

**Driver Door Key Lock Cylinder Access (In Case of Dead Battery)**



To access the driver door key lock cylinder:

1. Insert the key into the slot on the bottom of the cap.

2. Lift the key upward to remove the cap.

3. Insert the key into the cylinder and turn to unlock.



To replace the cap:

1. Position the bottom edge of the cap under the lower edge of the metal piece (2). The tabs (3) attach to the metal piece (2) at the positions (1).

**MJN2307**



2. Rotate the cap upward and install into place.

3. Check that the cap is secure.

**Free-Turning Locks**

The door key lock cylinder turns freely when either the wrong key is used, or the correct key is not fully inserted. The free-turning door lock feature prevents the lock from being forced open. To reset the lock, turn it to the vertical position with the correct key fully inserted. Remove the key and insert it again. If this does not reset the lock, turn the key halfway around in the cylinder and repeat the reset procedure.

## Power Door Locks



🔓 : Press to unlock the doors.

🔒 : Press to lock the doors.

Locking and unlocking the doors will also unlock the liftgate. See *Liftgate* ⇨ *21*.

## Delayed Locking

This feature delays the actual locking of the doors until five seconds after all doors are closed.

Delayed locking can only be turned on when the Unlocked Door Anti Lockout feature has been turned off.

Press 🔒 on the power door lock switch with the door open.

The doors will then lock automatically five seconds after all doors are closed. If a door is reopened before five seconds have elapsed, the five-second timer will reset once all the doors are closed again.

Press 🔒 on the door lock switch again or press 🔒 on the RKE transmitter to override this feature and lock the doors immediately.

Delayed locking can be programmed. See *Vehicle Personalization* ⇨ *123*.

## Automatic Door Locks

The doors will lock automatically when all doors are closed, the vehicle is on, and the shift lever is out of P (Park).

**MJN2308**

If a vehicle door is unlocked and then opened and closed, the doors will lock either when your foot is removed from the brake or the vehicle speed becomes faster than 13 km/h (8 mph).

To unlock the doors:

● Press 🔓 on a door.

● Shift the vehicle into P (Park).

Automatic door unlocking can be programmed. See *Vehicle Personalization* ⇨ *123*.

## Lockout Protection

If the vehicle is on or in Service Mode and the power door lock switch is pressed with the driver door open, all the doors will lock and only the driver door will unlock.

If the vehicle is off and locking is requested while a door is open, when all doors are closed the vehicle will check for RKE transmitters inside. If an RKE transmitter is detected and the number of RKE transmitters inside

has not reduced, the driver door will unlock and the horn will chirp three times.

Lockout Protection can be manually overridden with the driver door open by pressing and holding 🔓 on the power door lock switch.

If Unlocked Door Anti Lockout is turned on and the vehicle is off, the driver door is open, and locking is requested, all the doors will lock and only the driver door will unlock. The Unlocked Door Anti Lockout feature can be turned on or off. See *Vehicle Personalization* ⇨ *123*.

## Safety Locks



If equipped, the safety lock is on the inside edge of the rear doors. To use the safety lock:

1. Move the lever forward to the lock position.

2. Close the door.

3. Do the same for the other rear door.

**MJN2309**

To open a rear door when the safety lock is on:

1. Unlock the door by using the inside handle, the power door lock switch, or the Remote Keyless Entry (RKE) transmitter.

2. Open the door from the outside.

When the safety lock is enabled, adults and older children will not be able to open the rear door from the inside. Cancel the safety locks to enable the doors to open from the inside.

To cancel the safety lock:

1. Unlock the door and open it from the outside.

2. Move the lever rearward to unlock. Do the same for the other door.

# Doors

## Liftgate

| Caution |
| --- |
| To avoid damage to the liftgate or liftgate glass, make sure the area above and behind the liftgate is clear before opening it. |

To lock or unlock the liftgate from the outside, press 🔒 or 🔓 on the RKE transmitter.



To lock or unlock the liftgate from the inside, press 🔒 or 🔓.



To open the liftgate, press the touch pad and lift up.

When closing the liftgate, use the pull cup.

### Keyless Liftgate Opening

Press the touch pad on the underside of the liftgate glass and lift up to open if the RKE transmitter is within 1 m (3 ft) and the doors are locked. If the doors are unlocked, the transmitter is not required to open the liftgate.

# MJN2310

# Vehicle Security

This vehicle has theft-deterrent features; however, they do not make the vehicle impossible to steal.

## Vehicle Alarm System

This vehicle has an anti-theft alarm system.

### Arming the Alarm System

1. Close the liftgate, then turn off the vehicle.
2. Lock the vehicle in one of three ways:
   - Use the RKE transmitter.
   - Use the Keyless Access system.
   - With a door open, press the inside 🔒.
3. After 30 seconds the alarm system will arm. Pressing 🔒 on the RKE transmitter a second time will bypass the 30-second delay and immediately arm the alarm system.

The vehicle alarm system will not arm if the doors are locked with the key.

If the driver door is opened without first unlocking with the RKE transmitter, the horn will chirp and the lights will flash to indicate pre-alarm. If the vehicle is not started, or the door is not unlocked by pressing 🔒 on the RKE transmitter during the 10-second pre-alarm, the alarm will be activated.

If a door or the liftgate is opened without first disarming the system, the turn signals will flash and the horn will sound for about 30 seconds. The alarm system will then re-arm to monitor for the next unauthorized event.

### Disarming the System

Do one of the following to disarm the alarm system or turn off the alarm if it has been activated:

- Press 🔒 on the RKE transmitter.
- Unlock the vehicle using the Keyless Access system.
- Start the vehicle.

To avoid setting off the alarm by accident:

- Lock the vehicle after all occupants have left the vehicle.
- Always unlock a door with the RKE transmitter.

Unlocking the driver door with the key will not disarm the system or turn off the alarm.

### How to Detect a Tamper Condition

If 🔒 is pressed on the RKE transmitter and the horn chirps and the lights flash three times, an alarm occurred previously while the alarm system was armed.

If the alarm has been activated, a message will appear on the DIC.

## Immobilizer

See *Radio Frequency Statement* ⇨ *325*.

**MJN2311**

## Immobilizer Operation

This vehicle has a passive theft-deterrent system.

The system does not have to be manually armed or disarmed.

The vehicle is automatically immobilized when the transmitter leaves the vehicle.

The immobilization system is disarmed when POWER⏻ is pressed and a valid transmitter is found in the vehicle.



The security light on the instrument cluster comes on when there is a problem with arming or disarming the theft-deterrent system.

The system has one or more transmitters matched to an immobilizer control unit in the vehicle. Only a correctly matched transmitter will start the vehicle. If the transmitter is damaged, you may not be able to start the vehicle.

When trying to start the vehicle, the security light comes on briefly when the vehicle is turned on.

If the vehicle does not start and the security light stays on, there is a problem with the system. Turn the vehicle off and try again.

If the RKE transmitter appears to be undamaged, try another transmitter, or place the transmitter in the transmitter pocket.

See "Starting the Vehicle with a Low Transmitter Battery" under *Remote Keyless Entry (RKE) System Operation* ⇨ *8*.

If the vehicle does not start with the other transmitter or with the transmitter placed in the transmitter pocket, the vehicle needs service.

See your dealer who can service the theft-deterrent system and have a new transmitter programmed to the vehicle.

Do not leave the transmitter or device that disarms or deactivates the theft-deterrent system in the vehicle.

**MJN2312**

## Exterior Mirrors

### Convex Mirrors

⚠ **Warning**

A convex mirror can make things, like other vehicles, look farther away than they really are. If you cut too sharply into the right lane, you could hit a vehicle on the right. Check the inside mirror or glance over your shoulder before changing lanes.

The passenger side mirror is convex shaped. A convex mirror's surface is curved so more can be seen from the driver seat.

## Power Mirrors



To adjust the mirrors:

1. Press ⊡ or ⌐⊡ to choose the driver or passenger mirror. An indicator will show the selected mirror.

2. Press the arrows on the control pad to move each mirror in the desired position.

3. Press ⊡ or ⌐⊡ again to deselect the mirror.

## Folding Mirrors

### Manual Folding Mirrors

The vehicle has manual folding mirrors. These mirrors can be folded inward to prevent damage when going through an automatic car wash. To fold, pull the mirror toward the vehicle. Push the mirror outward to return it to the original position.

### Turn Signal Indicator

The vehicle may have a turn signal indicator lamp built into the mirror housing. The turn signal lamp flashes when the turn signals or hazard flashers are used.

### Lane Change Alert (LCA)

The vehicle may have LCA. See *Lane Change Alert (LCA)* ⇨ *211*.

### Side Blind Zone Alert

The vehicle may have Side Blind Zone Alert. See *Side Blind Zone Alert (SBZA)* ⇨ *211*.

**MJN2313**

## Heated Mirrors

The rear window defogger also heats the outside mirrors, if equipped.

⛟ : Press to heat the outside rearview mirrors. See "Rear Window Defogger" under *Automatic Climate Control System* ⇨ *165*.

# Interior Mirrors

## Interior Rearview Mirrors

Adjust the rearview mirror for a clear view of the area behind your vehicle.

Do not spray glass cleaner directly on the mirror. Use a soft towel dampened with water.

## Manual Rearview Mirror

Push the tab forward for daytime use and pull it rearward for nighttime use to avoid glare of the headlamps from behind.

## Automatic Dimming Rearview Mirror

If equipped, automatic dimming reduces the glare of headlamps from behind. The dimming feature comes on when the vehicle is started.

## Rear Camera Mirror

If equipped, this automatic dimming mirror provides a wide angle camera view of the area behind the vehicle.



Pull the tab to turn on the display. Push the tab to turn it off. When off, the mirror is automatic dimming. Adjust the mirror for a clear view of the area behind the vehicle while the display is off.

**MJN2314**



Press ✓ to scroll through the adjustment options.

Press ◄ and ► to adjust the settings using the indicators on the mirror. The indicators will remain visible for five seconds after the last button activation, and the settings will remain saved.

The adjustment options are:



● Brightness



● Zoom



● Tilt



**MJN2315**

{ **Warning**

The Rear Camera Mirror (RCM) has a limited view. Portions of the road, vehicles, and other objects may not be seen. Do not drive or park the vehicle using only this camera. Objects may appear closer than they are. Check the outside mirrors or glance over your shoulder when making lane changes or merging. Failure to use proper care may result in injury, death, or vehicle damage.

**Troubleshooting**



See your dealer for service if a blue screen and are displayed in the mirror, and the display shuts off. Also, push the tab as indicated to return to the automatic dimming mode.

The Rear Camera Mirror may not work properly or display a clear image if:

- There is glare from the sun or headlamps. This may obstruct objects from view. If needed, push the tab to turn off the display.

- Dirt, snow, or other debris blocks the camera lens. Clean the lens with a soft damp cloth.



- The camera's mounting on the vehicle has been damaged, and/ or the position or the mounting angle of the camera has changed.

**MJN2316**

# Windows

## ⚠ Warning

Never leave a child, a helpless adult, or a pet alone in a vehicle, especially with the windows closed in warm or hot weather.

They can be overcome by the extreme heat and suffer permanent injuries or even death from heat stroke.



The vehicle aerodynamics are designed to improve electric range performance. This may result in a pulsing sound when either rear window is down and the front windows are up. To reduce the sound, open a front window.

## Power Windows

## ⚠ Warning

Leaving children in a vehicle with the RKE transmitter is dangerous for many reasons; children or others could be badly injured or even killed. They could operate the power windows or other controls or even make the vehicle move. The windows will function with the RKE transmitter in the vehicle and they could be seriously injured or killed if caught in the path of a closing window. Do not leave the RKE transmitter in a vehicle with children.

(Continued)

## Warning (Continued)

When there are children in the rear seat, use the window lockout switch to prevent unintentional operation of the windows.



Press the switch to open the window. Pull the front of the switch up to close it.

The window switches on the driver door control all windows.

**MJN2317**

The power windows only operate with the vehicle on or in Service Mode, or when Retained Accessory Power (RAP) is active.

### Express Window Operation

The driver window has an express feature which allows the window to be lowered or raised without holding the switch. To automatically raise or lower the window, pull the driver window switch up or press it down all the way and release. Stop the window by pressing or pulling the switch in the same direction a second time, or by briefly operating the switch to the first position in either direction. The front and rear passenger windows have express open only.

### Safety Function

This is for vehicles with the express-up feature. If any object is in the path of the window when the express-up feature is active, the window will stop and auto-reverse to a preset position. Weather conditions may cause the window to auto-reverse. The window switch may be held up to the second position to close the window. The window will return to normal operation once the obstruction or condition is removed.

### Safety Function Override

This is for vehicles with the express-up feature. If the battery on the vehicle has been recharged or disconnected, or is not working, the windows will need to be reprogrammed for the express-up feature to work. Before reprogramming, replace or recharge the vehicle's battery.

To program the driver window:

1. Close all doors with the vehicle on or in Service Mode.

2. Press and hold the power window switch until the window is fully open.

3. Pull the power window switch up until the window is fully closed.

4. Continue holding the switch up for approximately two seconds after the window is completely closed.

### Window Lockout

This feature prevents the rear passenger windows from operating, except from the driver position.



Press ⊠ on the driver door to activate the window lockout. The indicator light in the switch will illuminate when activated.

Press ⊠ again to deactivate the window lockout.

**MJN2318**

## Sun Visors



Pull the sun visor down to block glare. Detach the sun visor from the center mount to pivot to the side window or, if equipped, extend along the rod.

### Visor Vanity Mirror

The vehicle may have vanity mirrors and card holders on the back of the sun visors. Swing down the sun visor to expose the vanity mirror.

**MJN2319**

# Seats and Restraints

## Head Restraints

Head Restraints . . . . . . . . . . . . . . 32

## Front Seats

Seat Adjustment . . . . . . . . . . . . . . 34
Reclining Seatbacks . . . . . . . . . . . 34
Heated Front Seats . . . . . . . . . . . . 35

## Rear Seats

Rear Seats . . . . . . . . . . . . . . . . . . 37
Rear Seat Armrest . . . . . . . . . . . . . 39
Heated Rear Seats . . . . . . . . . . . . 39

## Seat Belts

Seat Belts . . . . . . . . . . . . . . . . . . . 40
How to Wear Seat Belts
  Properly . . . . . . . . . . . . . . . . . . . . 41
Lap-Shoulder Belt . . . . . . . . . . . . . 43
Seat Belt Use During
  Pregnancy . . . . . . . . . . . . . . . . . . 45
Seat Belt Extender . . . . . . . . . . . . . 45
Safety System Check . . . . . . . . . . 45
Seat Belt Care . . . . . . . . . . . . . . . . 46
Replacing Seat Belt System
  Parts after a Crash . . . . . . . . . . . 46

## Airbag System

Airbag System . . . . . . . . . . . . . . . . 47
Where Are the Airbags? . . . . . . . . 49
When Should an Airbag
  Inflate? . . . . . . . . . . . . . . . . . . . . . 50
What Makes an Airbag
  Inflate? . . . . . . . . . . . . . . . . . . . . . 51
How Does an Airbag
  Restrain? . . . . . . . . . . . . . . . . . . . 51
What Will You See after an
  Airbag Inflates? . . . . . . . . . . . . . . 52
Passenger Sensing System . . . 53
Servicing the Airbag-Equipped
  Vehicle . . . . . . . . . . . . . . . . . . . . . 57
Adding Equipment to the
  Airbag-Equipped Vehicle . . . . . 58
Airbag System Check . . . . . . . . . . 59
Replacing Airbag System Parts
  after a Crash . . . . . . . . . . . . . . . . 59

## Child Restraints

Older Children . . . . . . . . . . . . . . . . 59
Infants and Young Children . . . . 61
Child Restraint Systems . . . . . . . 63
Where to Put the Restraint . . . . . 65
Lower Anchors and Tethers for
  Children (LATCH System) . . . . 67
Replacing LATCH System Parts
  After a Crash . . . . . . . . . . . . . . . . 77

Securing Child Restraints (With
  the Seat Belt in the
  Rear Seat) . . . . . . . . . . . . . . . . . . 77
Securing Child Restraints (With
  the Seat Belt in the
  Front Seat) . . . . . . . . . . . . . . . . . . 79

**MJN2320**

# Head Restraints

The vehicle's front and rear seats have adjustable head restraints in the outboard seating positions.

### ⚠ Warning

With head restraints that are not installed and adjusted properly, there is a greater chance that occupants will suffer a neck/spinal injury in a crash. Do not drive until the head restraints for all occupants are installed and adjusted properly.



Adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head. This position reduces the chance of a neck injury in a crash.

**Front Seats**



The height of the head restraint can be adjusted. To raise or lower the head restraint, press the button located on the side of the head restraint, and pull up or push the head restraint down, and release the button. Pull and push on the head restraint after the button is released to make sure that it is locked in place.

The front seat outboard head restraints are not removable.

**MJN2321**

## Rear Seats

The vehicle's rear seats have adjustable head restraints in the outboard seating positions.

The height of the head restraint can be adjusted.

Pull the head restraint up to raise it. Try to move the head restraint to make sure it is locked in place.



To lower the head restraint, press the button on the top of the seatback and push the head restraint down. Try to move the head restraint after the button is released to make sure it is locked in place.

If installing a child restraint in the rear seat, see "Securing a Child Restraint Designed for the LATCH System" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67.

**Folding the Rear Head Restraint**

The head restraint can be folded rearward to allow for better visibility when the rear seat is unoccupied.



To fold the head restraint, press the button on the side of the head restraint.



The head restraint will fold rearward automatically.

When an occupant or child restraint is in the seat, always return the head restraint to the full upright position. Pull the head restraint up and forward until it locks into place. Push and pull on the head restraint to make sure that it is locked.

Always adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head.

# Front Seats

## Seat Adjustment

### Manual Seats

> ⚠ **Warning**
>
> You can lose control of the vehicle if you try to adjust a driver seat while the vehicle is moving. Adjust the driver seat only when the vehicle is not moving.

### Seat Position



To adjust the seat:

1. Pull the handle at the front of the seat.

2. Slide the seat to the desired position and release the handle.

3. Try to move the seat back and forth to be sure it is locked in place.

### Seat Height Adjuster



Move the lever on the outboard side of the seat up or down to manually adjust the seat height.

## Reclining Seatbacks

> ⚠ **Warning**
>
> If either seatback is not locked, it could move forward in a sudden stop or crash. That could cause injury to the person sitting there. Always push and pull on the seatbacks to be sure they are locked.



To recline the seatback:

1. Lift the lever.

**MJN2323**

2. Move the seatback to the desired position, and then release the lever to lock the seatback in place.

3. Push and pull on the seatback to make sure it is locked.

To return the seatback to the upright position:

1. Lift the lever fully without applying pressure to the seatback, and the seatback will return to the upright position.

2. Push and pull on the seatback to make sure it is locked.

⚠ **Warning**

Sitting in a reclined position when the vehicle is in motion can be dangerous. Even when buckled up, the seat belts cannot do their job.

(Continued)

**Warning  (Continued)**

The shoulder belt will not be against your body. Instead, it will be in front of you. In a crash, you could go into it, receiving neck or other injuries.

The lap belt could go up over your abdomen. The belt forces would be there, not at your pelvic bones. This could cause serious internal injuries.

For proper protection when the vehicle is in motion, have the seatback upright. Then sit well back in the seat and wear the seat belt properly.



Do not have a seatback reclined if the vehicle is moving.

## Heated Front Seats

⚠ **Warning**

If temperature change or pain to the skin cannot be felt, the seat heater may cause burns. To reduce the risk of burns, use care when using the seat heater, especially for long periods of time. Do not place anything on the seat that insulates against

(Continued)

**MJN2324**

### Warning (Continued)

heat, such as a blanket, cushion, cover, or similar item. This may cause the seat heater to overheat. An overheated seat heater may cause a burn or may damage the seat.



If equipped, the heated seat controls are on the infotainment display. To operate, the vehicle must be on.

Touch ⱳ or ⱳ to heat the driver or passenger seat cushion. Indicator lights on the infotainment display show the current setting with three level indicators for high, medium, or low.

Touch the screen once for the highest setting. With each touch of the screen, the heated seat will change to the next lower setting, and then to the off setting. The lights indicate three for the highest setting and one for the lowest.

The passenger seat may take longer to heat up.

### Auto Heated Seats

When the vehicle is on, this feature will automatically activate the heated seats at the level required by the vehicle's interior temperature. In auto mode, the indicators automatically show the level setting required.

Use the manual heated seat buttons to turn auto heated seats off. Once this feature is turned off, the auto heated seats will be activated the next time the vehicle is started. In manual mode, the controls can be accessed while the vehicle is on by touching ⱳ or ⱳ.

If the passenger seat is unoccupied, the auto heated seats feature will not activate that seat.

The auto heated seats feature can be programmed to always be enabled when the vehicle is on. See *Vehicle Personalization* ⇨ *123*.

### Remote Start Heated Seats

When it is cold outside, the heated seats can be turned on automatically during a remote vehicle start.

**MJN2325**

The heated seats will be canceled when the vehicle is started. If the auto heated seats are enabled in vehicle personalization, the seat heating level will automatically change to the level required by the vehicle's interior temperature when the vehicle is on.

The temperature performance of an unoccupied seat may be reduced. This is normal.

The heated seats will not turn on during a remote start unless the heated seat feature is enabled. See *Vehicle Personalization* ⇨ *123*.

# Rear Seats

## Rear Seat Reminder

If equipped, the message REAR SEAT REMINDER LOOK IN REAR SEAT displays under certain conditions indicating there may be an item or passenger in the rear seat. Check before exiting the vehicle.

This feature will activate when a second row door is opened while the vehicle is on or up to 10 minutes before the vehicle is turned on. There will be an alert when the vehicle is turned off. The alert does not directly detect objects in the rear seat; instead, under certain conditions, it detects when a rear door is opened and closed, indicating that there may be something in the rear seat.

The feature is active only once each time the vehicle is turned on and off, and will require reactivation by opening and closing the second row

doors. There may be an alert even when there is nothing in the rear seat; for example, if a child entered the vehicle through the rear door and left the vehicle without the vehicle being shut off.

The feature can be turned on or off. See *Vehicle Personalization* ⇨ *123*.

## Folding the Seatback

Either side of the seatback can be folded down for more cargo space. Fold a seatback only when the vehicle is not moving.

| Caution |
|---|
| Folding a rear seat with the seat belts still fastened may cause damage to the seat or the seat belts. Always unbuckle the seat belts and return them to their normal stowed position before folding a rear seat. |

# MJN2326

To fold the seatback down:



1. Make sure the seat belt is in the retainer hook.



2. Pull the lever on top of the seatback to unlock the seatback.

   A red indicator near the seatback lever is exposed when the seatback is unlocked.

3. Fold the seatback down.

   Repeat Steps 1–3 for the other seatback, if desired.

### Raising the Seatback

**⚠ Warning**

If either seatback is not locked, it could move forward in a sudden stop or crash. That could cause injury to the person sitting there. Always push and pull on the seatbacks to be sure they are locked.

**⚠ Warning**

A seat belt that is improperly routed, not properly attached, or twisted will not provide the protection needed in a crash. The person wearing the belt could be seriously injured. After raising the rear seatback, always check to be sure that the seat belts are properly routed and attached, and are not twisted.

To raise a seatback:

1. Lift the seatback up and push it rearward to lock it in place. Make sure the seat belt is in the retainer hook and is not twisted or caught in the seatback.

   A tab near the seatback lever retracts when the seatback is locked in place.

**MJN2327**

The center rear seat belt may lock when you raise the seatback. If this happens, let the belt go back all the way and start again.

2. Push and pull the top of the seatback to be sure it is locked into position.

3. Repeat Steps 1 and 2 for the other seatback, if necessary.

When the seat is not in use, it should be kept in the upright, locked position.

## Rear Seat Armrest



The rear seat has an armrest in the center of the seatback. Lower the armrest to access the two cupholders.

To fold, lift the armrest up and push it rearward until it is flush with the seatback.

## Heated Rear Seats

| ⚠ **Warning** |
| --- |
| If temperature change or pain to the skin cannot be felt, the seat heater may cause burns. See the Warning under *Heated Front Seats* ⇨ *35*. |



If equipped, the rear heated seat buttons are on the rear doors.

Press 🔥 or 🔥 to heat the left outboard or right outboard seat cushion.

**MJN2328**

# Seat Belts

This section describes how to use seat belts properly, and some things not to do.

⚠ **Warning**

Do not let anyone ride where a seat belt cannot be worn properly. In a crash, if you or your passenger(s) are not wearing seat belts, injuries can be much worse than if you are wearing seat belts. You can be seriously injured or killed by hitting things inside the vehicle harder or by being ejected from the vehicle. In addition, anyone who is not buckled up can strike other passengers in the vehicle.

It is extremely dangerous to ride in a cargo area, inside or outside of a vehicle. In a collision, passengers riding in these areas are more likely to be seriously injured or killed. Do not allow

(Continued)

**Warning (Continued)**

passengers to ride in any area of the vehicle that is not equipped with seats and seat belts.

Always wear a seat belt, and check that all passenger(s) are restrained properly too.

This vehicle has indicators as a reminder to buckle the seat belts. See *Seat Belt Reminders* ⇨ *101*.

## Why Seat Belts Work



When riding in a vehicle, you travel as fast as the vehicle does. If the vehicle stops suddenly, you keep going until something stops you. It could be the windshield, the instrument panel, or the seat belts!

When you wear a seat belt, you and the vehicle slow down together. There is more time to stop because you stop over a longer distance and, when worn properly, your strongest bones take the forces from the seat belts. That is why wearing seat belts makes such good sense.

## Questions and Answers About Seat Belts

**Q:** **Will I be trapped in the vehicle after a crash if I am wearing a seat belt?**

**A:** You *could* be — whether you are wearing a seat belt or not. Your chance of being conscious during and after a crash, so you *can* unbuckle and get out, is *much* greater if you are belted.

**MJN2329**

**Q: If my vehicle has airbags, why should I have to wear seat belts?**

**A:** Airbags are supplemental systems only. They work *with* seat belts — not instead of them. Whether or not an airbag is provided, all occupants still have to buckle up to get the most protection.

Also, in nearly all states and in all Canadian provinces, the law requires wearing seat belts.

## How to Wear Seat Belts Properly

Follow these rules for everyone's protection.

There are additional things to know about seat belts and children, including smaller children and infants. If a child will be riding in the vehicle, see *Older Children* ⇨ *59* or *Infants and Young Children* ⇨ *61*. Review and follow the rules for children in addition to the following rules.

It is very important for all occupants to buckle up. Statistics show that unbelted people are hurt more often in crashes than those who are wearing seat belts.

There are important things to know about wearing a seat belt properly.



- Sit up straight and always keep your feet on the floor in front of you (if possible).
- Always use the correct buckle for your seating position.
- Wear the lap part of the belt low and snug on the hips, just touching the thighs. In a crash,

this applies force to the strong pelvic bones and you would be less likely to slide under the lap belt. If you slid under it, the belt would apply force on your abdomen. This could cause serious or even fatal injuries.

- Wear the shoulder belt over the shoulder and across the chest. These parts of the body are best able to take belt restraining forces. The shoulder belt locks if there is a sudden stop or crash.

{ ⚠ **Warning** }

You can be seriously injured, or even killed, by not wearing your seat belt properly.

**MJN2330**







Always use the correct buckle for your seating position.





Never allow the lap or shoulder belt to become loose or twisted.

Never wear the shoulder belt under both arms or behind your back.



Never route the lap or shoulder belt over an armrest.

**MJN2331**

⚠ **Warning**

The seat belt can be pinched if it is routed under plastic trim on the seat, such as trim around the rear seatback folding handle or side airbag. In a crash, pinched seat belts might not be able to provide adequate protection. Never allow seat belts to be routed under plastic trim pieces.

## Lap-Shoulder Belt

All seating positions in the vehicle have a lap-shoulder belt.

The following instructions explain how to wear a lap-shoulder belt properly.

1. Adjust the seat, if the seat is adjustable, so you can sit up straight. To see how, see "Seats" in the Index.



2. Pick up the latch plate and pull the belt across you. Do not let it get twisted.

   The lap-shoulder belt may lock if you pull the belt across you very quickly. If this happens, let the belt go back slightly to unlock it. Then pull the belt across you more slowly.

   If the shoulder portion of a passenger belt is pulled out all the way, the child restraint locking feature may be engaged. See *Child Restraint Systems ⇨ 63*. If this occurs, let the belt go back all the way and start again. If the locking

feature stays engaged after letting the belt go back to stowed position on the seat, move the seat rearward or recline the seat until the shoulder belt retractor lock releases.

Engaging the child restraint locking feature in the front outboard seating position may affect the passenger sensing system. See *Passenger Sensing System ⇨ 53*.



3. Push the latch plate into the buckle until it clicks.

**MJN2332**

Pull up on the latch plate to make sure it is secure. If the belt is not long enough, see *Seat Belt Extender ⇨ 45*.

Position the release button on the buckle so that the seat belt could be quickly unbuckled if necessary.



4. To make the lap part tight, pull up on the shoulder belt.



To unlatch the belt, push the button on the buckle. The belt should return to its stowed position.

Always stow the seat belt slowly. If the seat belt webbing returns quickly to the stowed position, the retractor may lock and cannot be pulled out. If this happens, pull the seat belt straight out firmly to unlock the webbing, and then release it. If the webbing is still locked in the retractor, see your dealer.

Before a door is closed, be sure the belt is out of the way. If a door is slammed against a seat belt, damage can occur to both the seat belt and the vehicle.

**Seat Belt Pretensioners**

This vehicle has seat belt pretensioners for the front outboard occupants. Although the seat belt pretensioners cannot be seen, they are part of the seat belt assembly. They can help tighten the seat belts during the early stages of a moderate to severe frontal, near frontal, or rear crash if the threshold conditions for pretensioner activation are met. Seat belt pretensioners can also help tighten the seat belts in a side crash or a rollover event.

Pretensioners work only once. If the pretensioners activate in a crash, the pretensioners and probably other parts of the vehicle's seat belt system will need to be replaced. See *Replacing Seat Belt System Parts after a Crash ⇨ 46*.

Do not sit on the outboard seat belt while entering or exiting the vehicle or at any time while sitting in the seat. Sitting on the seat belt can damage the webbing and hardware.

**MJN2333**

### Rear Seat Belt Comfort Guides

Rear seat belt comfort guides may provide added seat belt comfort for older children who have outgrown booster seats and for some adults. When installed on a shoulder belt, the comfort guide positions the shoulder belt away from the neck and head.

Comfort guides are available through your dealer for the rear outboard seating positions. Instructions are included with the guides.

## Seat Belt Use During Pregnancy

Seat belts work for everyone, including pregnant women. Like all occupants, they are more likely to be seriously injured if they do not wear seat belts.



A pregnant woman should wear a lap-shoulder belt, and the lap portion should be worn as low as possible, below the rounding, throughout the pregnancy.

The best way to protect the fetus is to protect the mother. When a seat belt is worn properly, it is more likely that the fetus will not be hurt in a crash. For pregnant women, as for anyone, the key to making seat belts effective is wearing them properly.

## Seat Belt Extender

If the vehicle's seat belt will fasten around you, you should use it.

But if a seat belt is not long enough, your dealer will order you an extender. When you go in to order it, take the heaviest coat you will wear, so the extender will be long enough for you. To help avoid personal injury, do not let someone else use it, and use it only for the seat it is made to fit. The extender has been designed for adults. Never use it for securing child restraints. For more information on the proper use and fit of seat belt extenders see the instruction sheet that comes with the extender.

## Safety System Check

Periodically check the seat belt reminder, seat belts, buckles, latch plates, retractors, shoulder belt height adjusters (if equipped), and seat belt anchorages to make sure they are all in working order. Look for any other loose or damaged seat belt system parts that might keep a

**MJN2334**

seat belt system from performing properly. See your dealer to have it repaired. Torn, frayed, or twisted seat belts may not protect you in a crash. Torn or frayed seat belts can rip apart under impact forces. If a belt is torn or frayed, have it replaced immediately. If a belt is twisted, it may be possible to untwist by reversing the latch plate on the webbing. If the twist cannot be corrected, ask your dealer to fix it.

Make sure the seat belt reminder light is working. See *Seat Belt Reminders* ▷ *101*.

Keep seat belts clean and dry. See *Seat Belt Care* ▷ *46*.

## Seat Belt Care

Keep belts clean and dry.

Seat belts should be properly cared for and maintained.

Seat belt hardware should be kept dry and free of dust or debris. As necessary, exterior hard surfaces and seat belt webbing may be lightly cleaned with mild soap and water. Ensure there is not excessive dust or debris in the mechanism. If dust or debris exists in the system please see the dealer. Parts may need to be replaced to ensure proper functionality of the system.

{ ⚠ **Warning**

Do not bleach or dye seat belt webbing. It may severely weaken the webbing. In a crash, they might not be able to provide adequate protection. Clean and rinse seat belt webbing only with mild soap and lukewarm water. Allow the webbing to dry.

## Replacing Seat Belt System Parts after a Crash

{ ⚠ **Warning**

A crash can damage the seat belt system in the vehicle. A damaged seat belt system may not properly protect the person using it, resulting in serious injury or even death in a crash. To help make sure the seat belt systems are working properly after a crash, have them inspected and any necessary replacements made as soon as possible.

**MJN2335**

After a minor crash, replacement of seat belts may not be necessary. But the seat belt assemblies that were used during any crash may have been stressed or damaged. See your dealer to have the seat belt assemblies inspected or replaced.

New parts and repairs may be necessary even if the seat belt system was not being used at the time of the crash.

Have the seat belt pretensioners checked if the vehicle has been in a crash, or if the airbag readiness light stays on after you start the vehicle or while you are driving. See *Airbag Readiness Light* ⇨ *102*.

# Airbag System

The vehicle has the following airbags:

● A frontal airbag for the driver

● A frontal airbag for the front outboard passenger

● A knee airbag for the driver

● A knee airbag for the front outboard passenger

● A seat-mounted side impact airbag for the driver

● A seat-mounted side impact airbag for the front outboard passenger

● A roof-rail airbag for the driver and the area directly behind the driver

● A roof-rail airbag for the front outboard passenger and the area directly behind the front outboard passenger

Sedan models may have the following airbags:

● Seat-mounted side impact airbags for the second row outboard passengers

All vehicle airbags have the word AIRBAG on the trim or on a label near the deployment opening.

For frontal airbags, the word AIRBAG is on the center of the steering wheel for the driver and on the instrument panel for the front outboard passenger.

For knee airbags, the word AIRBAG is on the lower part of the instrument panel.

For seat-mounted side impact airbags, the word AIRBAG is on the side of the seatback or side of the seat closest to the door.

For roof-rail airbags, the word AIRBAG is on the ceiling or trim.

Airbags are designed to supplement the protection provided by seat belts. Even though today's airbags are also designed to help reduce the risk of injury from the force of an inflating bag, all airbags must inflate very quickly to do their job.

**MJN2336**

Here are the most important things to know about the airbag system:

### ⚠ Warning

You can be severely injured or killed in a crash if you are not wearing your seat belt, even with airbags. Airbags are designed to work with seat belts, not replace them. Also, airbags are not designed to inflate in every crash. In some crashes seat belts are the only restraint. See *When Should an Airbag Inflate?* ⇨ 50.

Wearing your seat belt during a crash helps reduce your chance of hitting things inside the vehicle or being ejected from it. Airbags are "supplemental restraints" to the seat belts. Everyone in the vehicle should wear a seat belt properly, whether or not there is an airbag for that person.

### ⚠ Warning

Because airbags inflate with great force and faster than the blink of an eye, anyone who is up against, or very close to, any airbag when it inflates can be seriously injured or killed. Do not sit unnecessarily close to any airbag, as you would be if sitting on the edge of the seat or leaning forward. Seat belts help keep you in position before and during a crash. Always wear a seat belt, even with airbags. The driver should sit as far back as possible while still maintaining control of the vehicle. The seat belts and the front outboard passenger airbags are most effective when you are sitting well back and upright in the seat with both feet on the floor.

(Continued)

### Warning (Continued)

Occupants should not lean on or sleep against the door or side windows in seating positions with seat-mounted side impact airbags and/or roof-rail airbags.

### ⚠ Warning

Children who are up against, or very close to, any airbag when it inflates can be seriously injured or killed. Always secure children properly in the vehicle. To read how, see *Older Children* ⇨ 59 or *Infants and Young Children* ⇨ 61.



**MJN2337**

There is an airbag readiness light on the instrument cluster, which shows the airbag symbol. The system checks the airbag electrical system for malfunctions. The light tells you if there is an electrical problem. See *Airbag Readiness Light ⇨ 102* for more information.

## Where Are the Airbags?



The driver frontal airbag is in the center of the steering wheel.

The front outboard passenger frontal airbag is in the passenger side instrument panel.



The driver knee airbag is below the steering column. The front outboard passenger knee airbag is below the glove box.



**Driver Side Shown, Passenger Side Similar**

The driver and front outboard passenger seat-mounted side impact airbags are in the side of the seatbacks closest to the door.

The roof-rail airbags for the driver, front outboard passenger, and second row outboard passengers are in the ceiling above the side windows.

**MJN2338**



**Rear Seat Driver Side Shown,
Passenger Side Similar**

On vehicles with second row seat-mounted side impact airbags, they are in the sides of the seatback closest to the door.

⚠ **Warning**

If something is between an occupant and an airbag, the airbag might not inflate properly or it might force the object into that person causing severe injury or even death. The path of an

(Continued)

**Warning  (Continued)**

inflating airbag must be kept clear. Do not put anything between an occupant and an airbag, and do not attach or put anything on the steering wheel hub or on or near any other airbag covering.

Do not use seat accessories that block the inflation path of a seat-mounted side impact airbag.

Never secure anything to the roof of a vehicle with roof-rail airbags by routing a rope or tie-down through any door or window opening. If you do, the path of an inflating roof-rail airbag will be blocked.

## When Should an Airbag Inflate?

This vehicle is equipped with airbags. Airbags are designed to inflate if the impact exceeds the specific airbag system's deployment threshold. Deployment thresholds are used to predict how severe a crash is likely to be in time for the airbags to inflate and help restrain the occupants. The vehicle has electronic sensors that help the airbag system determine the severity of the impact. Deployment thresholds can vary with specific vehicle design.

Frontal airbags are designed to inflate in moderate to severe frontal or near frontal crashes to help reduce the potential for severe injuries, mainly to the driver's or front outboard passenger's head and chest.

Whether the frontal airbags will or should inflate is not based primarily on how fast the vehicle is traveling. It depends on what is hit, the direction of the impact, and how quickly the vehicle slows down.

Frontal airbags may inflate at different crash speeds depending on whether the vehicle hits an object straight on or at an angle, and

**MJN2339**

whether the object is fixed or moving, rigid or deformable, narrow or wide.

Frontal airbags are not intended to inflate during vehicle rollovers, rear impacts, or in many side impacts.

In addition, the vehicle has advanced technology frontal airbags. Advanced technology frontal airbags adjust the restraint according to crash severity.

Knee airbags are designed to inflate in moderate to severe frontal or near frontal impacts. Knee airbags are not designed to inflate during vehicle rollovers, in rear impacts, or in many side impacts.

Seat-mounted side impact airbags are designed to inflate in moderate to severe side crashes depending on the location of the impact. Seat-mounted side impact airbags are not designed to inflate in frontal impacts, near frontal impacts, rollovers, or rear impacts. A seat-mounted side impact airbag is designed to inflate on the side of the vehicle that is struck.

Roof-rail airbags are designed to inflate in moderate to severe side crashes depending on the location of the impact. In addition, these roof-rail airbags are designed to inflate during a rollover or in a severe frontal impact. Roof-rail airbags are not designed to inflate in rear impacts. Both roof-rail airbags will inflate when either side of the vehicle is struck or if the sensing system predicts that the vehicle is about to roll over on its side, or in a severe frontal impact.

In any particular crash, no one can say whether an airbag should have inflated simply because of the vehicle damage or repair costs.

## What Makes an Airbag Inflate?

In a deployment event, the sensing system sends an electrical signal triggering a release of gas from the inflator. Gas from the inflator fills the airbag causing the bag to break out of the cover. The inflator, the airbag, and related hardware are all part of the airbag module.

For airbag locations, see *Where Are the Airbags?* ⇨ *49*.

## How Does an Airbag Restrain?

In moderate to severe frontal or near frontal collisions, even belted occupants can contact the steering wheel or the instrument panel. In moderate to severe side collisions, even belted occupants can contact the inside of the vehicle.

Airbags supplement the protection provided by seat belts by distributing the force of the impact more evenly over the occupant's body.

Rollover capable roof-rail airbags are designed to help contain the head and chest of occupants in the outboard seating positions in the first and second rows. The rollover capable roof-rail airbags are designed to help reduce the risk of full or partial ejection in rollover events, although no system can prevent all such ejections.

**MJN2340**

But airbags would not help in many types of collisions, primarily because the occupant's motion is not toward those airbags. See *When Should an Airbag Inflate?* ⇨ 50.

Airbags should never be regarded as anything more than a supplement to seat belts.

## What Will You See after an Airbag Inflates?

After the frontal, knee, and seat-mounted side impact airbags inflate, they quickly deflate, so quickly that some people may not even realize the airbags inflated. Roof-rail airbags may still be at least partially inflated for some time after they inflate. Some components of the airbag module may be hot for several minutes. For location of the airbags, see *Where Are the Airbags?* ⇨ 49.

The parts of the airbag that come into contact with you may be warm, but not too hot to touch. There may be some smoke and dust coming from the vents in the deflated airbags. Airbag inflation does not prevent the driver from seeing out of the windshield or being able to steer the vehicle, nor does it prevent people from leaving the vehicle.

> ### ⚠ Warning
>
> When an airbag inflates, there may be dust in the air. This dust could cause breathing problems for people with a history of asthma or other breathing trouble. To avoid this, everyone in the vehicle should get out as soon as it is safe to do so. If you have breathing problems but cannot get out of the vehicle after an airbag inflates, then get fresh air by opening a window or a door. If you experience breathing problems following an airbag deployment, you should seek medical attention.

The vehicle has a feature that may automatically unlock the doors, turn on the interior lamps and hazard warning flashers after the airbags inflate. The feature may also activate, without airbag inflation, after an event that exceeds a predetermined threshold. After turning the ignition off and then on again, the doors can be locked, the interior lamps can be turned off, and the hazard warning flashers can be turned off using the controls for those features. If any of these systems are damaged in the crash they may not operate as normal.

> ### ⚠ Warning
>
> A crash severe enough to inflate the airbags may have also damaged important functions in the vehicle, such as the brake and steering systems, etc. Even if the vehicle appears to be drivable after a moderate crash, there may be concealed damage that could make it difficult to safely operate the vehicle.
>
> Use caution if attempting to restart the vehicle after a crash has occurred.

**MJN2341**

If an airbag inflates or the vehicle has been in a crash, the sensing system may shut down the high voltage system. When this occurs, the high voltage battery is disconnected and the vehicle will not start. Before the vehicle can be operated again, it must be serviced at your dealer.

In many crashes severe enough to inflate the airbag, windshields are broken by vehicle deformation. Additional windshield breakage may also occur from the front outboard passenger airbag.

- Airbags are designed to inflate only once. After an airbag inflates, you will need some new parts for the airbag system. If you do not get them, the airbag system will not be there to help protect you in another crash. A new system will include airbag modules and possibly other parts. The service manual for the vehicle covers the need to replace other parts.

- The vehicle has a crash sensing and diagnostic module which records information after a crash. See *Vehicle Data Recording and Privacy* ⇨ *327* and *Event Data Recorders* ⇨ *327*.

- Let only qualified technicians work on the airbag systems. Improper service can mean that an airbag system will not work properly. See your dealer for service.

## Passenger Sensing System

The vehicle has a passenger sensing system for the front outboard passenger position. The passenger airbag status indicator will light on the overhead console when the vehicle is started.



**United States**



**Canada**

The words ON and OFF, or the symbols for on and off, will be visible during the system check. When the system check is complete, either the word ON or OFF, or the symbol for on or off, will be visible. See *Passenger Airbag Status Indicator* ⇨ *102*.

The passenger sensing system turns off the front outboard passenger frontal airbag and knee airbag under certain conditions. No other airbag is affected by the passenger sensing system.

**MJN2342**

The passenger sensing system works with sensors that are part of the front outboard passenger seat and seat belt. The sensors are designed to detect the presence of a properly seated occupant and determine if the front outboard passenger frontal airbag and knee airbag should be allowed to inflate or not.

According to accident statistics, children are safer when properly secured in a rear seat in the correct child restraint for their weight and size.

Whenever possible, children aged 12 and under should be secured in a rear seating position.

Never put a rear-facing child seat in the front. This is because the risk to the rear-facing child is so great, if the airbag inflates.

### ⚠ Warning

A child in a rear-facing child restraint can be seriously injured or killed if the passenger frontal airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a forward-facing child restraint can be seriously injured or killed if the passenger frontal airbag inflates and the passenger seat is in a forward position.

Even if the passenger sensing system has turned off the front outboard passenger airbag(s), no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though the airbag(s) are off.

Never put a rear-facing child restraint in the front seat, even if the airbag is off. If securing a forward-facing child restraint in

(Continued)

### Warning (Continued)

the front outboard passenger seat, always move the seat as far back as it will go. It is better to secure child restraints in the rear seat. Consider using another vehicle to transport the child when a rear seat is not available.

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

The passenger sensing system is designed to turn off the front outboard passenger frontal airbag and knee airbag if:

- The front outboard passenger seat is unoccupied.
- The system determines an infant is present in a child restraint.
- A front outboard passenger takes his/her weight off of the seat for a period of time.

MJN2343

- There is a critical problem with the airbag system or the passenger sensing system.

When the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag, the OFF indicator will light and stay lit as a reminder that the airbags are off. See *Passenger Airbag Status Indicator* ⇨ *102*.

The passenger sensing system is designed to turn on the front outboard passenger frontal airbag and knee airbag anytime the system senses that a person of adult size is sitting properly in the front outboard passenger seat. When the passenger sensing system has allowed the airbags to be enabled, the ON indicator will light and stay lit as a reminder that the airbags are active.

For some children, including children in child restraints, and for very small adults, the passenger sensing system may or may not turn off the front outboard passenger frontal airbag and knee airbag,

depending upon the person's seating posture and body build. Everyone in the vehicle who has outgrown child restraints should wear a seat belt properly — whether or not there is an airbag for that person.

> ⚠ **Warning**
>
> If the airbag readiness light ever comes on and stays on, it means that something may be wrong with the airbag system. To help avoid injury to yourself or others, have the vehicle serviced right away. See *Airbag Readiness Light* ⇨ *102* for more information, including important safety information.

### If the On Indicator Is Lit for a Child Restraint

The passenger sensing system is designed to turn off the front outboard passenger frontal airbag and knee airbag if the system determines that an infant is present

in a child restraint. If a child restraint has been installed and the ON indicator is lit:

1. Turn the vehicle off.

2. Remove the child restraint from the vehicle.

3. Remove any additional items from the seat such as blankets, cushions, seat covers, seat heaters, or seat massagers.

4. Reinstall the child restraint following the directions provided by the child restraint manufacturer and refer to *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ *77* or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ *79*.

   Make sure the seat belt retractor is locked by pulling the shoulder belt all the way out of the retractor when installing the child restraint, even if the child restraint is equipped with a seat belt lock off. When the retractor lock is

**MJN2344**

set, the belt can be tightened but not pulled out of the retractor.

5. If, after reinstalling the child restraint and restarting the vehicle, the ON indicator is still lit, turn the vehicle off. Then slightly recline the vehicle seatback and adjust the seat cushion, if adjustable, to make sure that the vehicle seatback is not pushing the child restraint into the seat cushion. Also make sure the child restraint is not trapped under the vehicle head restraint. If this happens, adjust the head restraint. See *Head Restraints* ⇨ *32*.

6. Restart the vehicle.

The passenger sensing system may or may not turn off the airbags for a child in a child restraint depending upon the child's size. It is better to secure the child restraint in a rear seat. Consider using another vehicle to transport the child when a rear seat is not available. Never put

a rear-facing child restraint in the front seat, even if the ON indicator is not lit.

**If the Off Indicator Is Lit for an Adult-Sized Occupant**



If a person of adult size is sitting in the front outboard passenger seat, but the OFF indicator is lit, it could be because that person is not sitting properly in the seat or that the child restraint locking feature is engaged. Use the following steps to allow the system to detect that person and enable the front outboard passenger frontal airbag and knee airbag:

1. Turn the vehicle off.

2. Remove any additional material from the seat, such as blankets, cushions, seat covers, seat heaters, or seat massagers.

3. Place the seatback in the fully upright position.

4. Have the person sit upright in the seat, centered on the seat cushion, with legs comfortably extended.

5. If the shoulder portion of the belt is pulled out all the way, the child restraint locking feature will be engaged. This may unintentionally cause the passenger sensing system to turn the airbag off for some adult-sized occupants. If this happens, unbuckle the belt and let the belt go back all the way, and then buckle the belt again without pulling the belt out all the way.

**MJN2345**

6. Restart the vehicle and have the person remain in this position for two to three minutes after the ON indicator is lit.

### ⚠ Warning

If the front outboard passenger airbag is turned off for an adult-sized occupant, the airbag will not be able to inflate and help protect that person in a crash, resulting in an increased risk of serious injury or even death. An adult-sized occupant should not ride in the front outboard passenger seat, if the passenger airbag OFF indicator is lit.

### Additional Factors Affecting System Operation

Seat belts help keep the passenger in position on the seat during vehicle maneuvers and braking, which helps the passenger sensing system maintain the passenger airbag status. See "Seat Belts" and "Child Restraints" in the Index for additional information about the importance of proper restraint use.

A thick layer of additional material, such as a blanket or cushion, or aftermarket equipment such as seat covers, seat heaters, and seat massagers can affect how well the passenger sensing system operates. We recommend that you not use seat covers or other aftermarket equipment except when approved by GM for your specific vehicle. See *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ 58 for more information about modifications that can affect how the system operates.

The ON indicator may be lit if an object, such as a briefcase, handbag, grocery bag, laptop, or other electronic device is put on an unoccupied seat. If this is not desired, remove the object from the seat.

### ⚠ Warning

Stowing articles under the passenger seat or between the passenger seat cushion and seatback may interfere with the proper operation of the passenger sensing system.

## Servicing the Airbag-Equipped Vehicle

Airbags affect how the vehicle should be serviced. There are parts of the airbag system in several places around the vehicle. Your dealer and the service manual have information about servicing the vehicle and the airbag system. To purchase a service manual, see *Publication Ordering Information* ⇨ 324.

**MJN2346**

> ### ⚠ Warning
>
> For up to 10 seconds after the vehicle is turned off and the 12-volt battery is disconnected, an airbag can still inflate during improper service. You can be injured if you are close to an airbag when it inflates. Avoid yellow connectors. They are probably part of the airbag system. Be sure to follow proper service procedures, and make sure the person performing work for you is qualified to do so.

## Adding Equipment to the Airbag-Equipped Vehicle

Adding accessories that change the vehicle's frame, bumper system, height, front end, or side sheet metal may keep the airbag system from working properly.

The operation of the airbag system can also be affected by changing, including improperly repairing or replacing, any parts of the following:

- Airbag system, including airbag modules, front or side impact sensors, sensing and diagnostic module, or airbag wiring
- Front seats, including stitching, seams or zippers
- Seat belts
- Steering wheel, instrument panel, overhead console, ceiling trim, or pillar garnish trim
- Inner door seals, including speakers

Your dealer and the service manual have information about the location of the airbag modules and sensors, sensing and diagnostic module, and airbag wiring along with the proper replacement procedures.

In addition, the vehicle has a passenger sensing system for the front outboard passenger position, which includes sensors that are part of the passenger seat. The passenger sensing system may not operate properly if the original seat trim is replaced with non-GM covers, upholstery, or trim; or with GM covers, upholstery, or trim designed for a different vehicle. Any object, such as an aftermarket seat heater or a comfort-enhancing pad or device, installed under or on top of the seat fabric, could also interfere with the operation of the passenger sensing system. This could either prevent proper deployment of the passenger airbag(s) or prevent the passenger sensing system from properly turning off the passenger airbag(s). See *Passenger Sensing System* ⇨ *53*.

If the vehicle has rollover roof-rail airbags, see *Different Size Tires and Wheels* ⇨ *276* for additional important information.

If the vehicle must be modified because you have a disability and have questions about whether the modifications will affect the vehicle's airbag system, or if you have questions about whether the airbag system will be affected if the vehicle is modified for any other reason, call Customer Assistance. See *Customer Assistance Offices* ⇨ *317*.

**MJN2347**

## Airbag System Check

The airbag system does not need regularly scheduled maintenance or replacement. Make sure the airbag readiness light is working. See *Airbag Readiness Light* ⇨ *102*.

### Caution

If an airbag covering is damaged, opened, or broken, the airbag may not work properly. Do not open or break the airbag coverings. If there are any opened or broken airbag coverings, have the airbag covering and/or airbag module replaced. For the location of the airbags, see *Where Are the Airbags?* ⇨ *49*. See your dealer for service.

## Replacing Airbag System Parts after a Crash

### ⚠ Warning

A crash can damage the airbag systems in the vehicle. A damaged airbag system may not properly protect you and your passenger(s) in a crash, resulting in serious injury or even death. To help make sure the airbag systems are working properly after a crash, have them inspected and any necessary replacements made as soon as possible.

If an airbag inflates, you will need to replace airbag system parts. See your dealer for service.

If the airbag readiness light stays on after the vehicle is started or comes on when you are driving, the airbag system may not work properly. Have the vehicle serviced right away. See *Airbag Readiness Light* ⇨ *102*.

# Child Restraints

## Older Children



Older children who have outgrown booster seats should wear the vehicle's seat belts.

The manufacturer instructions that come with the booster seat state the weight and height limitations for that booster. Use a booster seat with a lap-shoulder belt until the child passes the fit test below:

# MJN2348

- Sit all the way back on the seat. Do the knees bend at the seat edge? If yes, continue. If no, return to the booster seat.

- Buckle the lap-shoulder belt. Does the shoulder belt rest on the shoulder? If yes, continue. If no, try using the rear seat belt comfort guide, if available. See "Rear Seat Belt Comfort Guides" under *Lap-Shoulder Belt* ⇨ *43*. If a comfort guide is not available, or if the shoulder belt still does not rest on the shoulder, then return to the booster seat.

- Does the lap belt fit low and snug on the hips, touching the thighs? If yes, continue. If no, return to the booster seat.

- Can proper seat belt fit be maintained for the length of the trip? If yes, continue. If no, return to the booster seat.

**Q: What is the proper way to wear seat belts?**

**A:** An older child should wear a lap-shoulder belt and get the additional restraint a shoulder belt can provide. The shoulder belt should not cross the face or neck. The lap belt should fit snugly below the hips, just touching the top of the thighs. This applies belt force to the child's pelvic bones in a crash. It should never be worn over the abdomen, which could cause severe or even fatal internal injuries in a crash.

Also see "Rear Seat Belt Comfort Guides" under *Lap-Shoulder Belt* ⇨ *43*.

According to accident statistics, children are safer when properly restrained in a rear seating position.

In a crash, children who are not buckled up can strike other people who are buckled up, or can be thrown out of the vehicle. Older children need to use seat belts properly.

> ⚠ **Warning**
>
> Never allow more than one child to wear the same seat belt. The seat belt cannot properly spread the impact forces. In a crash, they can be crushed together and seriously injured. A seat belt must be used by only one person at a time.



**MJN2349**

> ### ⚠ Warning
>
> Never allow a child to wear the seat belt with the shoulder belt behind their back. A child can be seriously injured by not wearing the lap-shoulder belt properly. In a crash, the child would not be restrained by the shoulder belt. The child could move too far forward increasing the chance of head and neck injury. The child might also slide under the lap belt. The belt force would then be applied right on the abdomen. That could cause serious or fatal injuries. The shoulder belt should go over the shoulder and across the chest.



## Infants and Young Children

Everyone in a vehicle needs protection! This includes infants and all other children. Neither the distance traveled nor the age and size of the traveler changes the need, for everyone, to use safety restraints. In fact, the law in every state in the United States and in every Canadian province says children up to some age must be restrained while in a vehicle.

> ### ⚠ Warning
>
> Children can be seriously injured or strangled if a shoulder belt is wrapped around their neck. The shoulder belt can tighten but cannot be loosened if it is locked. The shoulder belt locks when it is pulled all the way out of the retractor. It unlocks when the shoulder belt is allowed to go all the way back into the retractor, but it cannot do this if it is wrapped around a child's neck. If the shoulder belt is locked and tightened around a child's neck, the only way to loosen the belt is to cut it.
>
> Never leave children unattended in a vehicle and never allow children to play with the seat belts.

Every time infants and young children ride in vehicles, they should have the protection provided by

**MJN2350**

appropriate child restraints. Neither the vehicle's seat belt system nor its airbag system is designed for them.

Children who are not restrained properly can strike other people, or can be thrown out of the vehicle.

### ⚠ Warning

Never hold an infant or a child while riding in a vehicle. Due to crash forces, an infant or a child will become so heavy it is not possible to hold it during a crash. For example, in a crash at only 40 km/h (25 mph), a 5.5 kg (12 lb) infant will suddenly become a 110 kg (240 lb) force on a person's arms. An infant or child should be secured in an appropriate child restraint.



### ⚠ Warning

Children who are up against, or very close to, any airbag when it inflates can be seriously injured or killed. Never put a rear-facing child restraint in the front outboard seat. Secure a rear-facing child restraint in a rear seat. It is also better to secure a forward-facing child restraint in a rear seat. If you must secure a forward-facing child restraint in the front outboard seat, always move the front passenger seat as far back as it will go.



Child restraints are devices used to restrain, seat, or position children in the vehicle and are sometimes called child seats or car seats.

**There are three basic types of child restraints:**

- Forward-facing child restraints
- Rear-facing child restraints
- Belt-positioning booster seats

The proper child restraint for your child depends on their size, weight, and age, and also on whether the child restraint is compatible with the vehicle in which it will be used.

# MJN2351

For each type of child restraint, there are many different models available. When purchasing a child restraint, be sure it is designed to be used in a motor vehicle. If it is, the child restraint will have a label saying that it meets federal motor vehicle safety standards.

The instruction manual that is provided with the child restraint states the weight and height limitations for that particular child restraint. In addition, there are many kinds of child restraints available for children with special needs.

⚠ **Warning**

To reduce the risk of neck and head injury in a crash, infants and toddlers should be secured in a rear-facing child restraint until age two, or until they reach the maximum height and weight limits of their child restraint.

⚠ **Warning**

A young child's hip bones are still so small that the vehicle seat belt may not remain low on the hip bones, as it should. Instead, it may settle up around the child's abdomen. In a crash, the belt would apply force on a body area that is unprotected by any bony structure. This alone could cause serious or fatal injuries. To reduce the risk of serious or fatal injuries during a crash, young children should always be secured in an appropriate child restraint.

# Child Restraint Systems



### Rear-Facing Infant Restraint

A rear-facing child restraint provides restraint with the seating surface against the back of the infant.

The harness system holds the infant in place and, in a crash, acts to keep the infant positioned in the restraint.

**MJN2352**



**Forward-Facing Child Restraint**

A forward-facing child restraint provides restraint for the child's body with the harness.



**Booster Seats**

A belt-positioning booster seat is used for children who have outgrown their forward-facing child restraint. Boosters are designed to improve the fit of the vehicle's seat belt system until the child is large enough for the vehicle seat belts to fit properly without a booster seat. See the seat belt fit test in *Older Children* ⇨ *59*.

**Securing an Add-On Child Restraint in the Vehicle**

⚠ **Warning**

A child can be seriously injured or killed in a crash if the child restraint is not properly secured in the vehicle. Secure the child restraint properly in the vehicle using the vehicle seat belt or LATCH system, following the instructions that came with that child restraint and the instructions in this manual.

To help reduce the chance of injury, the child restraint must be secured in the vehicle. Child restraints must be secured in vehicle seats by lap belts or the lap belt portion of a lap-shoulder belt, or by the LATCH system. See *Lower Anchors and Tethers for Children (LATCH System)* ⇨ *67* for more information. Children can be endangered in a crash if the child restraint is not properly secured in the vehicle.

**MJN2353**

When securing an add-on child restraint, refer to the following:

1. Instruction labels provided on the child restraint

2. Instruction manual provided with the child restraint

3. This vehicle owner's manual

The child restraint instructions are important, so if they are not available, obtain a replacement copy from the manufacturer.

Keep in mind that an unsecured child restraint can move around in a collision or sudden stop and injure people in the vehicle. Be sure to properly secure any child restraint in the vehicle — even when no child is in it.

In some areas Certified Child Passenger Safety Technicians (CPSTs) are available to inspect and demonstrate how to correctly use and install child restraints. In the U.S., refer to the National Highway Traffic Safety Administration (NHTSA) website to locate the nearest child safety seat inspection station. For CPST availability in Canada, check with Transport Canada or the Provincial Ministry of Transportation office.

### Securing the Child Within the Child Restraint

> ⚠ **Warning**
>
> A child can be seriously injured or killed in a crash if the child is not properly secured in the child restraint. Secure the child properly following the instructions that came with that child restraint.

## Where to Put the Restraint

According to accident statistics, children and infants are safer when properly restrained in an appropriate child restraint secured in a rear seating position.

Whenever possible, children aged 12 and under should be secured in a rear seating position.

Never put a rear-facing child restraint in the front. This is because the risk to the rear-facing child is so great if the airbag deploys.

**MJN2354**

### ⚠ Warning

A child in a rear-facing child restraint can be seriously injured or killed if the front passenger airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a forward-facing child restraint can be seriously injured or killed if the front passenger airbag inflates and the passenger seat is in a forward position.

Even if the passenger sensing system has turned off the front passenger frontal airbag, no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though it is turned off.

(Continued)

### Warning (Continued)

Secure rear-facing child restraints in a rear seat, even if the airbag is off. If you secure a forward-facing child restraint in the front seat, always move the front passenger seat as far back as it will go. It is better to secure the child restraint in a rear seat.

See *Passenger Sensing System* ⇨ *53* for additional information.

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

When securing a child restraint with the seat belts in a rear seat position, study the instructions that came with the child restraint to make sure it is compatible with this vehicle.

Child restraints and booster seats vary considerably in size, and some may fit in certain seating positions better than others.

Depending on where you place the child restraint and the size of the child restraint, you may not be able to access adjacent seat belts or LATCH anchors for additional passengers or child restraints. Adjacent seating positions should not be used if the child restraint prevents access to or interferes with the routing of the seat belt.

**MJN2355**

Wherever a child restraint is installed, be sure to follow the instructions that came with the child restraint and secure the child restraint properly.

Keep in mind that an unsecured child restraint can move around in a collision or sudden stop and injure people in the vehicle. Be sure to properly secure any child restraint in the vehicle — even when no child is in it.

## Lower Anchors and Tethers for Children (LATCH System)

The LATCH system secures a child restraint during driving or in a crash. LATCH attachments on the child restraint are used to attach the child restraint to the anchors in the vehicle. The LATCH system is designed to make installation of a child restraint easier.

In order to use the LATCH system in your vehicle, you need a child restraint that has LATCH attachments. LATCH-compatible rear-facing and forward-facing child seats can be properly installed using either the LATCH anchors or the vehicle's seat belts. Do not use both the seat belts and the LATCH anchorage system to secure a rear-facing or forward-facing child seat.

Booster seats use the vehicle's seat belts to secure the child and the booster seat. If the manufacturer recommends that the booster seat be secured with the LATCH system, this can be done as long as the booster seat can be positioned properly and there is no interference with the proper positioning of the lap-shoulder belt on the child.

Make sure to follow the instructions that came with the child restraint, and also the instructions in this manual.

When installing a child restraint with a top tether, you must also use either the lower anchors or the seat belts to properly secure the child restraint. A child restraint must never be installed using only the top tether and anchor.

For a forward-facing 5-pt harness child restraint where the combined weight of the child and restraint are up to 29.5 kg (65 lb), use either the lower LATCH anchorages with the top tether anchorage, or the seat belt with the top tether anchorage. Where the combined weight of the child and restraint are greater than 29.5 kg (65 lb), use the seat belt with the top tether anchorage only.

**MJN2356**

### Recommended Methods for Attaching Child Restraints

| Restraint Type | Combined Weight of the Child + Child Restraint | Use Only Approved Attachment Methods Shown with an X | | | |
|---|---|---|---|---|---|
| | | **LATCH** – Lower Anchors Only | **Seat Belt Only** | **LATCH** – Lower Anchors and Top Tether Anchor | **Seat Belt and Top Tether Anchor** |
| Rear-Facing Child Restraint | Up to 29.5 kg (65 lb) | X | X | | |
| Rear-Facing Child Restraint | Greater than 29.5 kg (65 lb) | | X | | |
| Forward-Facing Child Restraint | Up to 29.5 kg (65 lb) | | | X | X |
| Forward-Facing Child Restraint | Greater than 29.5 kg (65 lb) | | | | X |

See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 77 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 79.

Child restraints built after March 2014 will be labeled with the specific child weight up to which the LATCH system can be used to install the restraint.

The following explains how to attach a child restraint with these attachments in the vehicle.

Not all vehicle seating positions have lower anchors. In this case, the seat belt must be used (with top tether where available) to secure

the child restraint. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 77 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 79.

**MJN2357**

### Lower Anchors



Lower anchors (1) are metal bars built into the vehicle. There are two lower anchors for each LATCH seating position that will accommodate a child restraint with lower attachments (2).

### Top Tether Anchor



A top tether (3, 4) is used to secure the top of the child restraint to the vehicle. A top tether anchor is built into the vehicle. The top tether attachment hook (2) on the child restraint connects to the top tether anchor in the vehicle in order to reduce the forward movement and rotation of the child restraint during driving or in a crash.

The child restraint may have a single tether (3) or a dual tether (4). Either will have a single attachment hook (2) to secure the top tether to the anchor.

Some child restraints with top tether are designed for use with or without the top tether being attached. Others require the top tether always to be attached. In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached. Be sure to read and follow the instructions for your child restraint.

### Lower Anchor and Top Tether Anchor Locations



**Rear Seat Delete Model**

**MJN2358**



**Sedan Models**

🚼 : Seating positions with top tether anchors.

🔘 : Seating positions with two lower anchors.



To assist in locating the lower anchors, each seating position with lower anchors has two labels, near the crease between the seatback and the seat cushion.



The outboard lower anchors are behind the vertical openings in the rear seat trim.



To assist in locating the top tether anchors on sedan models, the top tether anchor symbol is on the trim near the anchor.

For sedan models, the top tether anchors are behind the rear seats.



**Sedan Model**

**MJN2359**



**Rear Seat Delete Model**

For rear seat delete models, the top tether anchors (1, 2) are located on the rear floor behind the passenger seat.



To assist in locating the top tether anchors on rear seat delete models, the top tether anchor symbol is near the anchor. The top tether anchors

may be covered. If the top tether anchors are covered, the top tether anchor symbol is on the cover.



Do not attach the top tether to this location. Use only the approved top tether anchors identified previously in this section.

Be sure to use an anchor located directly behind the seating position where the child restraint will be placed.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be attached, or if

the instructions that come with the child restraint say that the top tether must be attached.

According to accident statistics, children and infants are safer when properly restrained in a child restraint system or infant restraint system secured in a rear seating position. See *Where to Put the Restraint* ⇨ *65* for additional information.

**Securing a Child Restraint Designed for the LATCH System**

⚠ **Warning**

A child could be seriously injured or killed in a crash if the child restraint is not properly attached to the vehicle using either the LATCH anchors or the vehicle seat belt. Follow the instructions that came with the child restraint and the instructions in this manual.

**MJN2360**

### ⚠ Warning

To reduce the risk of serious or fatal injuries during a crash, do not attach more than one child restraint to a single anchor. Attaching more than one child restraint to a single anchor could cause the anchor or attachment to come loose or even break during a crash. A child or others could be injured.

### ⚠ Warning

Children can be seriously injured or strangled if a shoulder belt is wrapped around their neck. The shoulder belt can tighten but cannot be loosened if it is locked. The shoulder belt locks when it is pulled all the way out of the retractor. It unlocks when the shoulder belt is allowed to go all the way back into the retractor,

(Continued)

### Warning (Continued)

but it cannot do this if it is wrapped around a child's neck. If the shoulder belt is locked and tightened around a child's neck, the only way to loosen the belt is to cut it.

Buckle any unused seat belts behind the child restraint so children cannot reach them. Pull the shoulder belt all the way out of the retractor to set the lock, and tighten the belt behind the child restraint after the child restraint has been installed.

### Caution

Do not let the LATCH attachments rub against the vehicle's seat belts. This may damage these parts. If necessary, move buckled seat belts to avoid rubbing the LATCH attachments.

(Continued)

### Caution (Continued)

Do not fold the rear seatback when the seat is occupied. Do not fold the empty rear seat with a seat belt buckled. This could damage the seat belt or the seat. Unbuckle and return the seat belt to its stowed position, before folding the seat.

If you need to secure more than one child restraint in the rear seat, see *Where to Put the Restraint* ⇨ 65 for additional information.

**Rear Seat Delete Model**

1. For models without a rear seat, forward-facing child restraints should only be installed in the right front seating position with the seat belt and a top tether. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 77 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 79.

**MJN2361**

If the child restraint manufacturer recommends that the top tether be attached, attach and tighten the top tether to the top tether anchor, if your vehicle has one. Refer to the child restraint instructions and the following steps:

1.1. Find the top tether anchor.

1.2. Route, attach, and tighten the top tether according to your child restraint instructions and the following instructions:



If the position you are using has an adjustable head restraint and you are using a dual tether, route the tether around the head restraint.



If the position you are using has an adjustable head restraint and you are using a single tether, raise the head restraint and route the tether under the head restraint and in between the head restraint posts.

2. Secure the child restraint in the right front seating position with the vehicle belts. See *Securing Child Restraints (With the Seat Belt in the Rear Seat)* ⇨ 77 or *Securing Child Restraints (With the Seat Belt in the Front Seat)* ⇨ 79.

3. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the belt path and attempt to move it side to side and back and forth. There should be no more than 2.5 cm (1 in) of movement for proper installation.

**Sedan Models**

1. Attach and tighten the lower attachments to the lower anchors. If the child restraint does not have lower attachments or the desired seating position does not have lower anchors, secure the child restraint with the top tether and the seat belt. Refer to the child restraint manufacturer instructions and the instructions in this manual.

**MJN2362**

1.1.  Find the lower anchors for the desired seating position.

1.2.  Put the child restraint on the seat.

For rear outboard seating positions, if the head restraint interferes with the proper installation of the child restraint, the head restraint may be removed. See "Head Restraint Removal and Reinstallation" at the end of this section.

When installing a rear-facing child restraint, it may be necessary to move the front seat forward to properly install the child restraint per the child restraint manufacturer instructions.

1.3.  Attach and tighten the lower attachments on the child restraint to the lower anchors.

2.  If the child restraint manufacturer recommends that the top tether be attached, attach and tighten the top tether to the top tether anchor, if equipped. Refer to the child restraint instructions and the following steps:

2.1.  Find the top tether anchor.

2.2.  Remove the cargo cover before installing the top tether. Place the cargo cover in its original location after installing your child restraint when the head restraint is removed.

2.3.  Route, attach, and tighten the top tether according to your child restraint instructions and the following instructions:



If the position you are using does not have a headrest or head restraint and you are using a single tether, route the tether over the seatback.



If the position you are using does not have a headrest or head restraint

**MJN2363**

and you are using a dual tether, route the tether over the seatback.



If the position you are using has an adjustable headrest or head restraint and you are using a dual tether, raise the headrest or head restraint and route the tether under the headrest or head restraint and around the headrest or head restraint posts.



If the position you are using has an adjustable headrest or head restraint and you are using a single tether, raise the headrest or head restraint and route the tether under the headrest or head restraint and in between the headrest or head restraint posts.

3. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the LATCH path and attempt to move it side to side and back and forth. There should

be no more than 2.5 cm (1 in) of movement for proper installation.

**Head Restraint Removal and Reinstallation**

The rear outboard head restraints can be removed if they interfere with the proper installation of the child restraint.

To remove the head restraint:

1. Partially fold the seatback forward. See *Rear Seats* ⇨ *37* for additional information.



**MJN2364**

2. Press both buttons on the head restraint posts at the same time, and pull up on the head restraint.

3. Store the head restraint in a secure place.

4. When the child restraint is removed, reinstall the head restraint before the seating position is used.

> ### ⚠ Warning
>
> With head restraints that are not installed and adjusted properly, there is a greater chance that occupants will suffer a neck/spinal injury in a crash. Do not drive until the head restraints for all occupants are installed and adjusted properly.

To reinstall the head restraint:



1. Partially fold the seatback forward. See *Rear Seats* ⇨ 37.

2. Insert the head restraint posts into the holes in the top of the seatback. The notches on the posts must face the driver side of the vehicle.

3. Push the head restraint down.

   If necessary, press the height adjustment release button to further lower the head restraint. See *Head Restraints* ⇨ 32.



4. Return the head restraint to the full upright position if folded. Pull the head restraint up and forward until it locks into place.

5. Try to move the head restraint in all directions to make sure that it is locked in place.

   Always adjust the head restraint so that the top of the restraint is at the same height as the top of the occupant's head. See *Head Restraints* ⇨ 32.

**MJN2365**

## Replacing LATCH System Parts After a Crash

### ⚠ Warning

A crash can damage the LATCH system in the vehicle. A damaged LATCH system may not properly secure the child restraint, resulting in serious injury or even death in a crash. To help make sure the LATCH system is working properly after a crash, see your dealer to have the system inspected and any necessary replacements made as soon as possible.

If the vehicle has the LATCH system and it was being used during a crash, new LATCH system parts may be needed.

New parts and repairs may be necessary even if the LATCH system was not being used at the time of the crash.

## Securing Child Restraints (With the Seat Belt in the Rear Seat)

When securing a child restraint in a rear seating position, study the instructions that came with the child restraint to make sure it is compatible with this vehicle.

If the child restraint has the LATCH system, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67 for how and where to install the child restraint using LATCH. If a child restraint is secured in the vehicle using a seat belt and it uses a top tether, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67 for top tether anchor locations.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be anchored, or if the instructions that come with the child restraint say that the top tether must be anchored.

In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached.

If the child restraint or vehicle seat position does not have the LATCH system, you will be using the seat belt to secure the child restraint. Be sure to follow the instructions that came with the child restraint.

If more than one child restraint needs to be installed in the rear seat, be sure to read *Where to Put the Restraint* ⇨ 65.

1. Put the child restraint on the seat.

   If the head restraint interferes with the proper installation of the child restraint, the head restraint may be removed. See "Head Restraint Removal and Reinstallation" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67.

2. Pick up the latch plate, and run the lap and shoulder portions of the vehicle seat belt through

**MJN2366**

or around the restraint. The child restraint instructions will show you how.



3. Push the latch plate into the buckle until it clicks.

   Position the release button on the buckle, away from the child restraint, so that the seat belt could be quickly unbuckled if necessary.



4. Pull the shoulder belt all the way out of the retractor to set the lock. When the retractor lock is set, the belt can be tightened but not pulled out of the retractor.



5. To tighten the belt, push down on the child restraint, pull the shoulder portion of the belt to tighten the lap portion of the belt, and feed the shoulder belt back into the retractor. When installing a forward-facing child restraint, it may be helpful to use your knee to push down on the child restraint as you tighten the belt.

   Try to pull the belt out of the retractor to make sure the retractor is locked. If the retractor is not locked, repeat Steps 4 and 5.

**MJN2367**

6.  If the child restraint has a top tether, follow the child restraint manufacturer's instructions regarding the use of the top tether. See *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67.

7.  Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the seat belt path and attempt to move it side to side and back and forth. When the child restraint is properly installed, there should be no more than 2.5 cm (1 in) of movement.

To remove the child restraint, unbuckle the vehicle seat belt and let it return to the stowed position. If the top tether is attached to a top tether anchor, disconnect it. If the head restraint was removed, reinstall it before the seating position is used. See "Head Restraint Removal and Reinstallation" under *Lower Anchors and Tethers for Children (LATCH System)* ⇨ 67 for additional information on installing the head restraint properly.

## Securing Child Restraints (With the Seat Belt in the Front Seat)

This vehicle has airbags. A rear seat is a safer place to secure a forward-facing child restraint. See *Where to Put the Restraint* ⇨ 65.

In addition, the vehicle has a passenger sensing system which is designed to turn off the front outboard passenger frontal airbag and knee airbag under certain conditions. See *Passenger Sensing System* ⇨ 53 and *Passenger Airbag Status Indicator* ⇨ 102 for more information, including important safety information.

Never put a rear-facing child seat in the front. This is because the risk to the rear-facing child is so great if an airbag deploys.

{⚠ **Warning**}

A child in a rear-facing child restraint can be seriously injured or killed if the front outboard passenger frontal airbag inflates. This is because the back of the rear-facing child restraint would be very close to the inflating airbag. A child in a forward-facing child restraint can be seriously injured or killed if the front outboard passenger frontal airbag inflates and the passenger seat is in a forward position.

Even if the passenger sensing system has turned off the front outboard passenger airbag(s), no system is fail-safe. No one can guarantee that an airbag will not deploy under some unusual circumstance, even though the airbag(s) are off.

Secure rear-facing child restraints in a rear seat, even if the airbag(s) are off. If you secure a

(Continued)

**MJN2368**

**Warning (Continued)**

forward-facing child restraint in the front outboard passenger seat, always move the seat as far back as it will go. It is better to secure the child restraint in a rear seat.

See *Passenger Sensing System* ⇨ *53* for additional information.

If the vehicle does not have a rear seat that will accommodate a rear-facing child restraint, a rear-facing child restraint should not be installed in the vehicle, even if the airbag is off.

If the child restraint uses a top tether, see *Lower Anchors and Tethers for Children (LATCH System)* ⇨ *67* for top tether anchor locations.

Do not secure a child restraint in a position without a top tether anchor if a national or local law requires that the top tether be anchored, or if

the instructions that come with the child restraint say that the top tether must be anchored.

In Canada, the law requires that forward-facing child restraints have a top tether, and that the tether be attached.

When using the lap-shoulder belt to secure the child restraint in this position, follow the instructions that came with the child restraint and the following instructions:

1. Move the seat as far back as it will go before securing the forward-facing child restraint. Move the seat upward or the seatback to an upright position, if needed, to get a tight installation of the child restraint.

   When the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag, the OFF indicator on the passenger airbag status indicator should light and stay

lit when you start the vehicle. See *Passenger Airbag Status Indicator* ⇨ *102*.

2. Put the child restraint on the seat.

3. Pick up the latch plate, and run the lap and shoulder portions of the vehicle seat belt through or around the restraint. The child restraint instructions will show you how.



4. Push the latch plate into the buckle until it clicks.

# MJN2369

Position the release button on the buckle, away from the child restraint, so that the seat belt could be quickly unbuckled if necessary.



5. Pull the shoulder belt all the way out of the retractor to set the lock. When the retractor lock is set, the belt can be tightened but not pulled out of the retractor.



6. To tighten the belt, push down on the child restraint, pull the shoulder portion of the belt to tighten the lap portion of the belt, and feed the shoulder belt back into the retractor. When installing a forward-facing child restraint, it may be helpful to use your knee to push down on the child restraint as you tighten the belt.

Try to pull the belt out of the retractor to make sure the retractor is locked. If the retractor is not locked, repeat Steps 5 and 6.

7. If the vehicle does not have a rear seat and the child restraint manufacturer recommends using a top tether anchor, attach the top tether to the top tether anchor. Refer to the instructions that came with the child restraint and to *Lower Anchors and Tethers for Children (LATCH System)* ⇨ *67*.

8. Before placing a child in the child restraint, make sure it is securely held in place. To check, grasp the child restraint at the seat belt path and attempt to move it side to side and back and forth. When the child restraint is properly installed, there should be no more than 2.5 cm (1 in) of movement.

If the airbags are off, the OFF indicator in the passenger airbag status indicator will come on and stay on when the vehicle is started.

**MJN2370**

If a child restraint has been installed and the ON indicator is lit, see "If the On Indicator Is Lit for a Child Restraint" under *Passenger Sensing System* ⇨ 53.

To remove the child restraint, unbuckle the vehicle seat belt and let it return to the stowed position. If the top tether is attached to a top tether anchor, disconnect it.

**MJN2371**

# Storage

## Storage Compartments

Storage Compartments ........ 83
Instrument Panel Storage ...... 83
Cupholders .................... 83
Center Console Storage ....... 84

## Additional Storage Features

Cargo Cover .................. 84
Cargo Management System ... 85

# Storage Compartments

> ⚠ **Warning**
>
> Do not store heavy or sharp objects in storage compartments. In a crash, these objects may cause the cover to open and could result in injury.

## Instrument Panel Storage



The instrument panel storage is near the power outlet.

## Cupholders

The front cupholders are near the shift lever.



If equipped, lower the armrest to access the rear cupholders. The liner is removable for cleaning.

**MJN2372**

### Center Console Storage



There is storage in the center console. Pull up the latch and lift to open.

There may be a small tray and additional storage when the small tray is detached.

# Additional Storage Features

## Cargo Cover

| ⚠ Warning |
| --- |
| An unsecured cargo cover could strike people in a sudden stop or turn, or in a crash. Store the cargo cover securely or remove it from the vehicle. |

If equipped, the cargo cover can be used to cover items in the rear of the vehicle.



To remove the cargo cover:

1.  Remove the cords from the hooks at the top of the liftgate (1).

2.  Disconnect the loops from the hooks on the trim panel (2).

To install the cargo cover:

1.  Attach the loops to the hooks on the trim panel (2).

2.  Reconnect both of the cords to the hooks at the top of the liftgate (1).

**MJN2373**

## Cargo Management System



Pull up on the load floor cover to access the cargo management system, if equipped. There is a carpeted open storage area. Remove the carpet and the cover to access additional storage.

To close, lift the load floor cover and place it on the retainers. Push down on the load floor to secure it.

**MJN2374**

# Instruments and Controls

### Controls

Steering Wheel Adjustment .... 87
Steering Wheel Controls ....... 87
Heated Steering Wheel ........ 88
Horn .......................... 88
Pedestrian Safety Signal ....... 88
Windshield Wiper/Washer ...... 89
Rear Window Wiper/Washer ... 90
Compass ...................... 91
Clock ......................... 92
Power Outlets ................. 93
Wireless Charging ............. 93

### Warning Lights, Gauges, and Indicators

Warning Lights, Gauges, and
  Indicators ................... 96
Instrument Cluster ............. 96
Speedometer .................. 99
Odometer ...................... 99
Trip Odometer ................. 99
Battery Gauge (High
  Voltage) ..................... 100
Driver Efficiency Gauge ..... . 100
Power Indicator Gauge ....... 101

Seat Belt Reminders ......... 101
Airbag Readiness Light ....... 102
Passenger Airbag Status
  Indicator .................... 102
Charging System Light (12-Volt
  Battery) ..................... 103
Service Vehicle Soon Light ... 104
Brake System Warning
  Light ........................ 104
Electric Parking Brake
  Light ........................ 104
Service Electric Parking Brake
  Light ........................ 105
Antilock Brake System (ABS)
  Warning Light ............... 105
Sport Mode Light ............. 105
Lane Keep Assist (LKA)
  Light ........................ 105
Vehicle Ahead Indicator ..... . 106
Pedestrian Ahead Indicator ... 106
Traction Off Light ............. 106
StabiliTrak OFF Light ......... 107
Traction Control System (TCS)/
  StabiliTrak Light ............. 107
Tire Pressure Light ........... 107
Security Light ................. 108
Vehicle Ready Light .......... 108
High-Beam On Light .......... 108
Lamps On Reminder ......... 108
Cruise Control Light .......... 109

Door Ajar Light ............... 109

### Information Displays

Power Flows ................. 109
Programmable Charging ...... 109
Energy Information ........... 117
Charging Options ............. 119
Driver Information
  Center (DIC) ................ 120

### Vehicle Messages

Vehicle Messages ............ 122
Propulsion Power
  Messages ................... 122
Vehicle Speed Messages ..... 123

### Vehicle Personalization

Vehicle Personalization ....... 123

**MJN2375**

# Controls

## Steering Wheel Adjustment



To adjust the steering wheel:

1. Pull the lever down.

2. Move the steering wheel up or down.

3. Pull or push the steering wheel closer or away from you.

4. Pull the lever up to lock the steering wheel in place.

Do not adjust the steering wheel while driving.

## Steering Wheel Controls



If equipped, some audio controls can be adjusted at the steering wheel.

⬥≶ : If equipped with OnStar or a Bluetooth system, press to interact with those systems. See *OnStar Overview* ⇨ *329* or *Bluetooth* ⇨ *155*.

⬅ : Press to decline an incoming call or end a current call. Press to mute or unmute the infotainment system when not on a call.

△ **or** ▽ : Press to go to the previous or next selection.

◁ **or** ▷ : Press to move between the interactive display zones in the cluster.

✓ : Press to select a highlighted menu option.

△ **FAV or FAV** ▽ : Press to display a list of favorites and select the next or previous favorite when listening to the radio.

**MJN2376**



The volume switches are on the right rear side of the steering wheel. Press to increase or decrease the volume.



There is a paddle on the left rear side of the steering wheel for regenerative braking. See *Regenerative Braking ⇨ 196.*

## Heated Steering Wheel



⏻ : If equipped, press to turn on or off. An indicator light on the button displays when the feature is turned on.

The steering wheel takes about three minutes to start heating.

If equipped with a remote start heated steering wheel, the heated steering wheel will turn on automatically in remote start along with the heated seats when it is cold outside. The heated steering wheel indicator light may not come on. See *Heated Front Seats ⇨ 35.*

## Horn

Press 📢 on the steering wheel pad to sound the horn.

## Pedestrian Safety Signal

The vehicle is equipped with automatic sound generation.

The automatic sound is generated to indicate the vehicle presence to pedestrians.

### United States

The sound changes if the vehicle is speeding up or slowing down. It is activated when the vehicle is shifted into a forward gear or R (Reverse), up to 33 km/h (20 mph).

**MJN2377**

**Canada**

The sound changes if the vehicle is speeding up or slowing down. It is activated when the vehicle is shifted into a forward gear or R (Reverse), up to 23 km/h (14 mph).

## Windshield Wiper/Washer



The windshield wiper/washer lever is on the side of the steering column. With the vehicle on or in Service Mode, move the windshield wiper lever to select the wiper speed.

**HI :** Use for fast wipes.

**LO :** Use for slow wipes.



**INT :** If equipped with intermittent wipes, move the windshield wiper lever to INT. Turn the band up for more frequent wipes or down for less frequent wipes.

**OFF :** Use to turn the wipers off.

**1X :** For a single wipe, briefly move the lever down. For multiple wipes, hold the lever down.

Clear snow and ice from the wiper blades and windshield before using them. If frozen to the windshield, carefully loosen or thaw them.

Damaged blades should be replaced. See *Wiper Blade Replacement* ⇨ *247*.

Heavy snow or ice can overload the wiper motor. If the wiper motor overheats, the windshield wipers will stop until the motor cools and the wiper control is turned off. See *Electrical System Overload* ⇨ *252*.

| ⚠ **Warning** |
| --- |
| In freezing weather, do not use the washer until the windshield is warmed. Otherwise the washer fluid can form ice on the windshield, blocking your vision. |

| ⚠ **Warning** |
| --- |
| Before driving the vehicle, always clear snow and ice from the hood, windshield, roof, and rear of the vehicle, including all lamps and windows. Reduced visibility from snow and ice buildup could lead to a crash. |

**MJN2378**

### Wiper Parking

If the vehicle Is turned off while the wipers are on LO, HI, or INT, they will immediately stop. If the windshield wiper lever is then moved to OFF before the driver door is opened or within 10 minutes, the wipers will restart and move to the base of the windshield. If the vehicle is turned off while the wipers are performing wipes due to windshield washing, the wipers continue to run until they reach the base of the windshield.

⬦🗇 : Pull the windshield wiper lever toward you to spray windshield washer fluid and activate the wipers.

The wipers will continue until the lever is released or the maximum wash time is reached. When the lever is released, additional wipes may occur depending on how long the windshield washer had been activated. See *Washer Fluid* ⇨ *242* for information on filling the windshield washer fluid reservoir.

## Rear Window Wiper/ Washer



The controls are on the end of the windshield wiper lever.

Move the control to:

**ON :** To turn on.

**OFF :** To turn off.

**INT :** To turn on intermittent rear wipes.



⬦🗇 : Push the windshield wiper lever forward to spray washer fluid on the rear window. If equipped with the rear camera mirror, the washer fluid is sprayed on the rear camera at the same time. The lever returns to its starting position when released.

**MJN2379**

## ⚠ Warning

In freezing weather, do not use the washer until the windshield is warmed. Otherwise the washer fluid can form ice on the windshield, blocking your vision.

**Auto Wipe in Reverse Gear**

If the rear wiper control is off, the rear wiper will automatically operate continuously when the vehicle is in R (Reverse), and the front windshield wiper is performing low or high speed wipes. If the rear wiper control is off, the vehicle is in R (Reverse), and the front windshield wiper is performing intermittent wipes, then the rear wiper automatically performs intermittent wipes.

This feature can be turned on or off. See *Vehicle Personalization* ⇨ *123*.

The windshield washer reservoir is used for the windshield and the rear window. Check the fluid level in the reservoir if either washer is not working.

**Rear Wiper Arm Assembly Protection**

Wiper operation returns to normal when the shift lever is no longer in N (Neutral) or the vehicle speed increases. The rear wiper will also stop when the liftgate is open.

When using an automatic car wash, move the rear wiper control to OFF to disable the rear wiper. If the shift lever is in N (Neutral) and the vehicle speed is very slow, the rear wiper will automatically stop at the base of the rear window.

## Compass

The vehicle has a compass display in the instrument cluster above the speedometer. The compass receives its heading and other information from the Global Positioning System (GPS) antenna and vehicle speed information.

The compass system has automatic calibration and zone adjustment features.

Avoid covering the GPS antenna for long periods of time with objects that may interfere with the antenna's ability to receive a satellite signal. The compass system is designed to operate for a certain number of miles or degrees of turn before needing a signal from the GPS satellites. The compass system will automatically determine when a GPS signal is restored and provide a heading.

## Clock

The infotainment system controls are used to access the time and date settings through the menu. This can also be changed by touching the clock, then touch ✿ to go to the Time and Date Settings menu.

⌂ : Press to access the Home Page.

⊙ : Touch to access the Icon View.

▌ : Drag the scroll bar to navigate the list.

∧ or ∨ : Touch to set up items.

⬅ : Touch to exit or return to the previous screen or menu.

### Setting the Time

When Auto Set is enabled, the time cannot be manually set.

1. Press ⌂, then touch ⊙.
2. Touch Settings.
3. Touch Time and Date, then touch Set Time.
4. Touch + or − to adjust the value.
5. Touch ∧ or ∨ to adjust AM or PM for 12 hour format.
6. Touch ⬅.

### Setting the Date

1. Press ⌂, then touch ⊙.
2. Touch Settings.
3. Touch Time and Date, then touch Set Date.
4. Touch + or − to adjust the value.
5. Touch ⬅.

### Auto Set

1. Press ⌂, then touch ⊙.
2. Touch Settings.
3. Touch Time and Date, then touch Auto Set.
4. Select from the available options.
5. Touch ⬅.

### Setting the 12/24 Hour Format

1. Press ⌂, then touch ⊙.
2. Touch Settings.
3. Touch Time and Date, then touch Set Time.
4. Select 12 hr or 24 hr format.
5. Touch ⬅.

**MJN2381**

## Power Outlets

The accessory power outlet can be used to plug in electrical equipment, such as a mobile phone or MP3 player. The accessory power outlet only works with the vehicle turned on.

The vehicle has an accessory power outlet on the lower center stack below the climate control.

Open the cover to access and replace when not in use.

### Caution

Leaving electrical equipment plugged in for an extended period of time while the vehicle is off will drain the battery. Always unplug electrical equipment when not in use and do not plug in equipment that exceeds the maximum 20 amp rating.

Certain accessory power plugs may not be compatible with the accessory power outlet and could overload vehicle or adapter fuses. If a problem is experienced, see your dealer.

When adding electrical equipment, be sure to follow the proper installation instructions included with the equipment. See *Add-On Electrical Equipment* ⇨ *233*.

### Caution

Hanging heavy equipment from the power outlet can cause damage not covered by the vehicle warranty. The power outlets are designed for accessory power plugs only, such as cell phone charge cords.

## Wireless Charging

The vehicle may have a wireless charging pocket outside the armrest of the center console. The system operates at 145 kHz and wirelessly charges one Qi compatible mobile device. The power output of the system is capable of charging at a rate up to 3 amp (19.5W), as requested by the compatible mobile device. See *Radio Frequency Statement* ⇨ *325*.

### ⚠ Warning

Wireless charging can affect the operation of an implanted pacemaker or other medical devices. If you have one, it is recommended to consult with your doctor before using the wireless charging system.

**MJN2382**

The vehicle must be on, in Service Mode, or Retained Accessory Power (RAP) must be active. The wireless charging feature may not correctly indicate charging when the vehicle is in RAP. See *Retained Accessory Power (RAP)* ⇨ *186*.

The operating temperature is −20 °C (−4 °F) to 60 °C (140 °F) for the charging system and 0 °C (32 °F) to 35 °C (95 °F) for the mobile phone.

⚠ **Warning**

Remove all objects from the charging pocket before charging your mobile phone. Objects, such as coins, keys, rings, paper clips, or cards, between the mobile phone and the charger will become very hot. On the rare occasion that the charging system does not detect an object, and the object gets wedged between the mobile phone and the charger, remove the mobile phone and

(Continued)

**Warning (Continued)**

allow the object to cool before removing it from the charging pocket, to prevent burns.



To charge a mobile device:

1. Remove all objects from the charging pocket. The system may not charge if there are any objects between the mobile device and charging pocket.

2. With the mobile device screen facing the driver side, insert the device into the charging pocket and 🖑 will appear on the infotainment display. This indicates that the mobile device is properly positioned and charging.

   To maximize the charge rate, ensure the smartphone is fully seated and centered in the holder with nothing under it. A thick smartphone case may prevent the wireless charger from working, or may reduce the charging performance. See your dealer for additional information.

   The smartphone may become warm during charging. This is normal. In warmer temperatures, the speed of charging may be reduced.

**MJN2383**

If 🔋 does not appear on the infotainment display:

1. Remove the mobile device from the pocket and wait three seconds.

2. Turn the mobile device 180 degrees and insert it back into the pocket with the screen facing the driver side.

**Software Acknowledgements**

Certain Wireless Charging Module product from LG Electronics, Inc. ("LGE") contains the open source software detailed below. Refer to the indicated open source licenses (as are included following this notice) for the terms and conditions of their use.

**OSS Notice Information**

To obtain the source code that is contained in this product, please visit http://opensource.lge.com. In addition to the source code, all referred license terms, warranty disclaimers and copyright notices are available for download. LG Electronics will also provide open source code to you on CD-ROM for a charge covering the cost of performing such distribution (such as the cost of media, shipping, and handling) upon email request to opensource@lge.com. This offer is valid for three (3) years from the date on which you purchased the product.

**Freescale-WCT library**

Copyright (c) 2012-2014 Freescale Semiconductor, Inc.. All rights reserved.

1. Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

2. Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

3. Neither the name of the copyright holder nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS

**MJN2384**

FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT HOLDER OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

# Warning Lights, Gauges, and Indicators

Warning lights and gauges can signal that something is wrong before it becomes serious enough to cause an expensive repair or replacement. Paying attention to the warning lights and gauges could prevent injury.

Some warning lights come on briefly when the propulsion system is started to indicate they are working. When one of the warning lights comes on and stays on while driving, or when one of the gauges shows there may be a problem, check the section that explains what to do. Waiting to do repairs can be costly and even dangerous.

## Instrument Cluster

The instrument cluster displays a preview of information that includes electric range, charging, odometer, and battery status. This happens upon entry when the driver door is opened, before starting the vehicle. This preview will dismiss after starting the vehicle or soon after closing the driver door.

**MJN2385**



**Modern English Cluster Shown, Others and Metric Similar**

**MJN2386**

### Reconfigurable Instrument Cluster

The cluster layout can be changed. There are three display configurations to choose from: Classic, Modern, and Enhanced. Use the steering wheel control to move between the different display zones and scroll through the different displays. See "Layout" under "Cluster Menu" following.

- Classic configuration displays the speedometer with a simplified battery gauge and efficiency light.
- Modern configuration displays the speedometer with a battery gauge and efficiency gauge.
- Enhanced configuration displays the speedometer with battery gauge, efficiency ring, and power gauge.

### Cluster Menu

There is an interactive display area in the center of the instrument cluster.



Use the right steering wheel control to open and scroll through the different items and displays.

Press ◁ to access the cluster applications. Use △ or ▽ to scroll through the list of available applications. Press ✓ to select the application, then press ▷ to enter the application menu. Exit the menu by pressing ◁.

Not all applications will be available on all vehicles.

### Cluster Menu Applications

- Vehicle info. This is where the Driver Information Center (DIC) displays can be viewed. See *Driver Information Center (DIC)* ⇨ *120*.

- Audio

- Phone

- Onstar Navigation

- Layout

- Options

### Audio

In the main view of the Audio application, press △ or ▽ to scroll through radio stations or move to the next/previous track of a USB/Bluetooth device that is connected to the vehicle. Press ✓ to select the Audio app, then press ▷ to enter the Audio menu. In the Audio menu browse for music, select from the favorites, or change the audio source.

**MJN2387**

## Phone

In the Phone menu, if there is no active phone call, view recent calls, scroll through contacts, or select from the favorites. If there is an active call, mute or unmute the phone or switch to handset or handsfree operation.

## Onstar Navigation

This display is used for OnStar Turn-by-Turn guidance, if equipped.

## Layout

Choose Classic, Modern, or Enhanced layout by pressing ✓ while the desired item is highlighted. Exit the Layout menu by pressing ◁.

## Options

Press ✓ to select the Options app.

Use △ or ▽ to scroll through the items in the Options menu. Exit the Options menu by pressing ◁.

**Units :** Press ▷ while Units is displayed to enter the Units menu.

Use △ or ▽ to scroll through the items. Choose U.S., Metric, or Imperial by pressing ✓ while the desired item is highlighted.

**Speed Warning :** The speed warning display allows the driver to set a speed that they do not want to exceed. To set the speed warning, press ✓ when Speed Warning is displayed. Press △ or ▽ to adjust the value. Press ✓ to set the speed. Once set, this feature can be turned off by pressing ✓ while viewing this page. If the selected speed limit is exceeded, a pop-up warning is displayed and a chime may sound.

**Help :** Press ▷ while Help is displayed to enter the Help menu. Use △ or ▽ to scroll through the items in the Help menu.

**Open Source Software :** Press ✓ while Open Source Software is highlighted to display open source software information.

## Speedometer

The speedometer shows the vehicle's speed in either kilometers per hour (km/h) or miles per hour (mph).

## Odometer

The odometer shows how far the vehicle has been driven, in either kilometers or miles.

## Trip Odometer

The trip odometer shows how far the vehicle has been driven since the trip odometer was last reset.

The trip odometer is accessed and reset through the Driver Information Center (DIC). See *Driver Information Center (DIC)* ⇨ *120*.

**MJN2388**

## Battery Gauge (High Voltage)



**Enhanced Battery Gauge**

This displays the high voltage battery state of charge. The value in the center is an estimate of how far the vehicle can be driven on the remaining charge based on driving habits and conditions learned over several days.

The Max and Min values above and below the display indicate the longest and shortest possible range as estimated from current vehicle conditions and climate settings.

The mileage estimate and Max and Min numbers are affected by climate control system usage. Estimated range may increase or decrease based on changes in climate control energy consumption.

A trend bar on the far left estimates how recent driving habits, conditions, and climate settings are affecting the range prediction.

When the high voltage battery state of charge is very low, the estimated range value in the center will change to Low. Max and Min ranges will no longer be displayed. Additional alerts may display and a sound may also be heard at low state of charge.

## Driver Efficiency Gauge



**Modern Efficiency Gauge Shown, Classic Similar**

This gauge is a guide to driving in an efficient manner.

### Efficient Driving

● Classic layout: Keep the gauge and leaf green.

● Modern layout: Keep the ball green and in the center of the gauge.

● Enhanced layout: Keep the outer ring of the speedometer green.

**Inefficient Driving/Aggressive Braking**

- Classic layout: The gauge and leaf turn yellow.
- Modern layout: When driving inefficiently, the ball turns yellow and moves above the center of the gauge. When braking aggressively, the ball turns yellow and moves below the center of the gauge.
- Enhanced layout: The outer ring of the speedometer turns yellow.

## Power Indicator Gauge



The power indicator gauge is on the right side of the display in the Enhanced layout.

This gauge displays the instantaneous charge and discharge power flowing either into or out of the high voltage battery. Maximum discharge power is available when the high voltage battery is fully charged. During normal operation, a slight reduction in discharge power may occur as the high voltage battery state of charge decreases. The power indicator gauge value shows the instantaneous power used by the battery.

**Regenerative Braking**

When regenerative braking is active, the regen battery icon with arrows appears green. The power indicator gauge value shows the amount of instantaneous power being regenerated.

**Regenerative Power Limited**

Regenerative power may be limited when the high voltage battery is near full charge or cold. The regen battery icon will appear gray when limited, and a horizontal bar may display on the gauge, at the level of the vehicle's maximum regenerative braking power.

## Seat Belt Reminders

### Driver Seat Belt Reminder Light

There is a driver seat belt reminder light on the instrument cluster.



When the vehicle is started, this light flashes and a chime may come on to remind the driver to fasten their seat belt. Then the light stays on solid until the belt is buckled. This cycle may continue several times if the driver remains or becomes unbuckled while the vehicle is moving.

# MJN2390

If the driver seat belt is buckled, neither the light nor the chime comes on.

### Passenger Seat Belt Reminder Light

There is a passenger seat belt reminder light near the passenger airbag status indicator.



When the vehicle is started, this light flashes and a chime may come on to remind passengers to fasten their seat belt. Then the light stays on solid until the belt is buckled. This cycle continues several times if the passenger remains or becomes unbuckled while the vehicle is moving.

If the passenger seat belt is buckled, neither the chime nor the light comes on.

The front passenger seat belt reminder light and chime may turn on if an object is put on the seat such as a briefcase, handbag, grocery bag, or other electronic device. To turn off the reminder light and/or chime, remove the object from the seat or buckle the seat belt.

## Airbag Readiness Light

This light shows if there is an electrical problem with the airbag system. The system check includes the airbag sensor(s), passenger sensing system, the pretensioners (if equipped), the airbag modules, the wiring, and the crash sensing and diagnostic module.



The airbag readiness light comes on for several seconds when the vehicle is started. If the light does not come on then, have it fixed immediately.

| ⚠ **Warning** |
|---|
| If the airbag readiness light stays on after the vehicle is started or comes on while driving, it means the airbag system might not be working properly. The airbags in the vehicle might not inflate in a crash, or they could even inflate without a crash. To help avoid injury, have the vehicle serviced right away. |

If there is a problem with the airbag system, a Driver Information Center (DIC) message may also come on.

## Passenger Airbag Status Indicator

The vehicle has a passenger sensing system. See *Passenger Sensing System ⇨ 53* for important

**MJN2391**

safety information. The overhead console has a passenger airbag status indicator.



**United States**



**Canada**

When the vehicle is started, the passenger airbag status indicator will light ON and OFF, or the symbol for on and off, for several seconds as a system check. Then, after several seconds, the status indicator will light either ON or OFF, or the on or off symbol to let you know the status of the front outboard passenger frontal airbag and knee airbag.

If the word ON or the on symbol is lit on the passenger airbag status indicator, it means that the front outboard passenger frontal airbag and knee airbag are allowed to inflate.

If the word OFF or the off symbol is lit on the passenger airbag status indicator, it means that the passenger sensing system has turned off the front outboard passenger frontal airbag and knee airbag.

If, after several seconds, both status indicator lights remain on, or if there are no lights at all, there may be a problem with the lights or the passenger sensing system. See your dealer for service.

⚠ **Warning**

If the airbag readiness light ever comes on and stays on, it means that something may be wrong with the airbag system. To help avoid injury to yourself or others,

(Continued)

**Warning (Continued)**

have the vehicle serviced right away. See *Airbag Readiness Light ⇨ 102* for more information, including important safety information.

## Charging System Light (12-Volt Battery)



The charging system light comes on briefly when the vehicle is started, as a check to show the light is working.

If the light stays on, or comes on while driving, there could be a problem with the electrical charging system. Have it checked by your dealer. Driving while this light is on could drain the 12-volt battery.

**MJN2392**

If a short distance must be driven with the light on, be sure to turn off all accessories, such as the radio.

## Service Vehicle Soon Light



This light comes on if a condition exists that may require the vehicle to be taken in for service.

If the light comes on, take the vehicle to your dealer for service as soon as possible.

## Brake System Warning Light

 

**Metric**          **English**

This light should come on briefly when the vehicle is turned on. If it does not come on then, have it fixed so it will be ready to warn you if there is a problem.

If the light comes on and stays on at start up, there is a brake problem. Have the brake system inspected right away.

If the light comes on while driving, pull off the road and stop carefully. The brake pedal might be harder to push, or the brake pedal may go closer to the floor. It could take longer to stop. If the light is still on, have the vehicle towed for service. See *Towing the Vehicle* ⇨ *290*.

⚠ **Warning**

The brake system might not be working properly if the brake system warning light is on. Driving with the brake system warning light on can lead to a crash. If the light is still on after the vehicle has been pulled off the road and carefully stopped, have the vehicle towed for service.

## Electric Parking Brake Light

 

**Metric**          **English**

This light comes on when the parking brake is applied. If the light flashes and stays on after the

**MJN2393**

parking brake is released, or while driving, there is a problem with the Electric Parking Brake system.

If the light does not come on, or remains flashing, see your dealer.

## Service Electric Parking Brake Light



The Service Electric Parking brake light should come on briefly when starting the vehicle. If it does not come on, have the vehicle serviced by your dealer.

If this light stays on, there is a problem with a system on the vehicle that is causing the parking brake system to work at a reduced level. The vehicle can still be driven, but should be taken to a dealer as soon as possible. See *Electric Parking Brake ⇨ 194*. A message may also display in the Driver Information Center (DIC).

## Antilock Brake System (ABS) Warning Light



The ABS warning light will come on briefly when the vehicle is started. This is normal. If the light does not come on then, have it fixed so it will be ready to warn if there is a problem.

If the light stays on or comes on while driving, stop as soon as possible and turn the vehicle off. Then start the vehicle again to reset the system. If the light still stays on, or comes on again while driving, the vehicle needs service. See your dealer. If the regular brake system warning light is not on, the brakes will still work, but the antilock brakes will not work. If the regular brake system warning light is also on, the antilock brakes will not work and there is a problem with the regular brakes.

## Sport Mode Light

**SPORT**

This light comes on when Sport Mode is selected.

## Lane Keep Assist (LKA) Light



**MJN2394**

After the vehicle is started, this light turns off and stays off if LKA has not been turned on or is unavailable.

If available, this light is white if LKA is turned on, but not ready to assist. This light is green if LKA is turned on and is ready to assist.

LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. The LKA light is amber when assisting.

This light flashes amber as a Lane Departure Warning (LDW) alert, to indicate that the lane marking has been crossed.

LKA will not assist or alert if the turn signal is active in the direction of lane departure, or if LKA detects that you are accelerating, braking, or actively steering.

See *Lane Keep Assist (LKA)* ⇨ *213*.

## Vehicle Ahead Indicator



If equipped, this indicator will display green when a vehicle is detected ahead and amber when you are following a vehicle ahead much too closely.

## Pedestrian Ahead Indicator



If equipped, this indicator will display amber when a nearby pedestrian is detected in front of the vehicle.

See *Front Pedestrian Braking (FPB) System* ⇨ *209*.

## Traction Off Light



This light comes on briefly while starting the vehicle. If it does not, have the vehicle serviced by your dealer. If the system is working normally, the indicator light then turns off.

The traction off light comes on when the Traction Control System (TCS) has been turned off by pressing and releasing the TCS/StabiliTrak button.

This light and the StabiliTrak OFF light come on when StabiliTrak is turned off.

If the TCS is off, wheel spin is not limited. Adjust driving accordingly.

**MJN2395**

### StabiliTrak OFF Light



This light comes on briefly while starting the vehicle. If it does not, have the vehicle serviced by your dealer.

This light comes on when the StabiliTrak system is turned off. If StabiliTrak is off, the Traction Control System (TCS) is also off.

If StabiliTrak and TCS are off, the system does not assist in controlling the vehicle. Turn on the TCS and the StabiliTrak systems, and the warning light turns off.

See *Traction Control/Electronic Stability Control* ⇨ *197*.

### Traction Control System (TCS)/StabiliTrak Light



This light comes on briefly when the vehicle is started.

If the light does not come on, have the vehicle serviced by your dealer. If the system is working normally, the indicator light turns off.

If the light is on and not flashing, the TCS, and potentially the StabiliTrak/ Electronic Stability Control system have been disabled.

If the indicator/warning light is on and flashing, the TCS and/or the StabiliTrak/ESC system is actively working.

### Tire Pressure Light



For vehicles with the Tire Pressure Monitor System (TPMS), this light comes on briefly when the vehicle is started. It provides information about tire pressures and the TPMS.

**When the Light is On Steady**

This indicates that one or more of the tires are significantly underinflated.

A message in the Driver Information Center (DIC) may also display. Stop as soon as possible, and inflate the tires to the pressure value shown on the Tire and Loading Information label.

**MJN2396**

**When the Light Flashes First and Then Is On Steady**

This indicates that there may be a problem with the TPMS. The light flashes for about one minute and stays on steady until the vehicle is off. This sequence repeats each time the vehicle is started.

## Security Light



The security light should come on briefly as the vehicle is started. If it does not come on, have the vehicle serviced by your dealer. If the system is working normally, the indicator light turns off.

If the light stays on and the vehicle does not start, there could be a problem with the theft-deterrent system.

## Vehicle Ready Light



The vehicle ready light comes on whenever the vehicle is ready to be driven.

## High-Beam On Light



This light comes on when the high-beam headlamps are in use.

## IntelliBeam Light



This light comes on when the IntelliBeam system, if equipped, is enabled.

## Lamps On Reminder



This light comes on when the exterior lamps are in use.

**MJN2397**

## Cruise Control Light



The cruise control light is white when the cruise control is on and ready, and turns green when the cruise control is set and active.

The light turns off when the cruise control is turned off. See *Cruise Control ⇨ 199*.

## Door Ajar Light



This light comes on when a door is open or not securely latched.

# Information Displays

## Power Flows

To view the Power Flow screen on the infotainment display, touch Energy and then touch Flow.



The Power Flow screen indicates the current operating condition. The screen shows energy flow to and from the high voltage battery while the vehicle is being driven. These components will be highlighted when they are active.

## Programmable Charging

**Important Information about Portable Electric Vehicle Charging**

- Charging an electric vehicle can stress a building's electrical system more than a typical household appliance.

- Before plugging in to any electrical outlet, have a qualified electrician inspect and verify the electrical system (electrical outlet, wiring, junctions, and protection devices) for heavy-duty service at a 10 amp continuous load.

- Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging.

- Check the electrical outlet/plug while charging and discontinue use if the electrical outlet/plug is hot, then have the electrical outlet serviced by a qualified electrician.

**MJN2398**

- When outdoors, plug into an electrical outlet that is weatherproof while in use.

- Mount the charge cord to reduce strain on the electrical outlet/plug.

- Do not place the charge cord in a position where it is expected to be submerged in water.

### ⚠ Danger

Improper use of portable electric vehicle charge cords may cause a fire, electrical shock, or burns, and may result in damage to property, serious injury, or death.

- Do not use extension cords, multi-outlet power strips, splitters, grounding adaptors, surge protectors, or similar devices.

- Do not use an electrical outlet that is worn or damaged, or will not hold the plug firmly in place.

(Continued)

### Danger  (Continued)

- Do not use an electrical outlet that is not properly grounded.

- Do not use an electrical outlet that is on a circuit with other electrical loads.

See *Plug-In Charging* ⇨ *216*.

### Programmable Charging Modes

To view the current charge mode status in the infotainment display, touch Energy and then touch Charging.

The charge Start and Complete time estimations are also displayed. These estimates are most accurate when the vehicle is plugged in and in moderate temperature conditions. Also, to get an accurate time estimate, the vehicle uses an internal clock for Programmable Charging, not the clock in the center stack.

### Charge Mode Selection



**Immediate :** The vehicle starts charging as soon as it is connected to an electrical outlet. This is the only mode available at DC charging stations. See *Plug-In Charging* ⇨ *216*.



**Departure :** The vehicle will schedule charging to complete by the programmed departure time. The vehicle estimates the charging schedule based on programmed departure times, charge rate limits, electric rate preference and schedule, and priority charging settings. If there is not sufficient time after the charge cord is plugged in, the vehicle will not be fully charged by the departure time.

**Departure Time Entry**

The Departure charge mode allows for the departure time to be entered to match your personal schedule.

1. With Departure charge mode selected, touch Edit.



2. The current programmed departure time is displayed on the tab with the day of the week. Select the tab for the day of the week to be edited.

3. Touch **+** or **-** to change the hours and minutes.

4. Touch ∧ or ∨ to change AM or PM.

5. Touch ⏎ to exit the screen.

**Portable Cord Limit Selection**

The Portable Cord Limit setting allows the vehicle's charge current to be selected so it matches the capability of the charging location. If the vehicle consistently stops charging after being plugged in, or if a circuit breaker continues to trip, reducing to a lower Portable Cord Limit setting may resolve the issue.

The Portable Cord Limit setting should be configured to match the electrical current rating for the electrical outlet that the charge cord is connected to. On the Charge Mode tab, toggle the Portable Cord Limit selection between:

- 12 amps
- 8 amps

Exact current levels may vary from the values shown in this manual. Check the vehicle for the current available levels. When the vehicle is plugged into a charging station, the Portable Cord Limit option on the Charge Mode tab will not be available.

The Portable Cord Limit can be changed and saved using Location Based Charging settings. The default value is the lower Portable Cord Limit. The Portable Cord Limit will reset to the lower value when the vehicle is shifted from P (Park) unless the Location Based Charging feature is active and set to retain this preference. See "Location Based Charging" later in this section.

**MJN2400**

⚠ **Warning**

Using a charge level that exceeds the electrical circuit or electrical outlet capacity may start a fire or damage the electrical circuit. Use the lowest charge level until a qualified electrician inspects the electrical circuit capacity. Use the lowest charge level if the electrical circuit or electrical outlet capacity is not known.

### Electric Rate Preference

The vehicle estimates the charging start time based on the utility rate schedule, utility rate preference, and programmed departure time for the current day of the week. The vehicle will charge during the least expensive rate periods to achieve a full battery charge by the departure time. Electrical rate information from the utility company for the charging location is required for this mode. If the selected charge mode is Departure, then electric rate preference selection will display.

### Electric Rate Preference Selection

From the Charge Mode tab on the Charging screen with Departure charge mode selected, touch More to select the Electric Rate Preference.



Touch one of the following options to select the Electric Rate Preference:

● Off: Delay charging based on departure.

● Off-Peak Only: Charge during Off-Peak Rates.

● Cost Optimized Off- and Mid-Peak: Charge during Mid-Peak and Off-Peak Rates.

● Cost Optimized All Rates: Charge during Peak, Mid-Peak, and Off-Peak Rates.

Charging begins at the start time and is complete by the departure time only if sufficient time is allowed after the charge cord is plugged in. For example, if the vehicle is plugged in for only one hour prior to the departure time, and the battery is completely discharged, the vehicle will not be fully charged by the departure time regardless of the rate selection.

Also, if the selected electric rate settings result in a very long charge completion time, the vehicle will start charging immediately upon plug-in. For example, if the electric rate table is set up with all Peak rates and the rate preference is to charge during Off-Peak rates only, then the vehicle will start charging immediately upon plug-in.

**MJN2401**

**Electric Rate Schedule**

From the Charge Mode tab on the Charging screen with Departure charge mode selected, touch Edit next to Electric Rate Preference.



Select one of the following for the Charge Completion option:

- Earliest Possible
- Latest Possible

**Edit Electric Rate Schedule**

Electric rates, or cost per unit, may vary based on time, weekday/weekend, and season. During the day when the demand for electricity is high, the rates are usually higher and called Peak rates. At night when the demand for electricity is

low, the rates are usually lower and are called Off-Peak rates. In some areas, a Mid-Peak rate is offered.

Contact the utility company to obtain the rate schedule for your area. The summer and winter start dates must be established to use a summer/winter schedule.



Touch Edit Electric Rate Schedule from the Electric Rate Schedule screen and select the desired schedule.

- Yearly
- Summer/Winter

**Edit Summer/Winter Schedule Start Date**

With Summer/Winter as the preferred rate schedule, touch Edit on the Summer tab next to the dates.



1.  Touch **+** or **-** to change the month and day for the start of Summer.

2.  Select the Winter tab.

3.  Touch **+** or **-** to change the month and day for the start of Winter.

4.  Touch ⮐ to exit the screen.

**MJN2402**

**Edit Electric Rate Schedule**

Electric rate information from the utility company for the charging location is required.

1. Touch Edit Electric Rate Schedule from the Electric Rate Schedule screen and select the desired schedule.



**Yearly Shown, Summer/Winter Similar**

2. Touch Edit in the lower right corner of the screen to edit the electric rate schedule.

   ● Weekdays are Monday through Friday and use the same rate schedule.

   ● Weekends are Saturday and Sunday and use the same rate schedule.

     Both weekday and weekend schedules must be set. The rate schedule only applies for a 24-hour period, starting at 12 AM and ending at 12 AM. There can be five rate changes for each day; not all must be used.

     Select Weekday or Weekend.

3. Touch Set next to the row to be edited.



**Yearly Shown, Summer/Winter Similar**

4. Select Peak, Mid-Peak, or Off-Peak. Use **+** or **-** to enter the time, and ∧ or ∨ to change AM or PM.

   The finish times must be consecutive. If a finish time does not follow a start time, an error message displays.

5. Touch OK.

**Priority Charging**

The priority charging feature will work when the Departure charge mode is selected. This feature is designed to ensure that the high voltage battery has a minimal amount of energy prior to delaying a charge. Upon completion of priority charging, the vehicle will return to normal Programmable Charging operation.

The feature can be enabled/disabled by selecting On/Off from the Charge Mode tab on the Charging screen when the Departure charge mode is selected. When enabled, Priority Charging will only prevent Programmable

**MJN2403**

Charging while the high voltage battery is recharged from a depleted state to a 40% state of charge.

### Temporary Charge Mode Override and Cancel

Programmed delayed charge modes can be temporarily overridden to an immediate charge mode for one charge cycle. Also, the next planned departure time can be temporarily overridden for one charge cycle. In addition to the in-vehicle overrides via the programmable charging screens, there are other ways to temporarily override a delayed charge mode. See *Plug-In Charging* ▷ *216*.

### Temporary Override of a Delayed Charge Mode

The Temporary Override provides the ability to set temporary charge items for the next charge cycle.

Touch the Temporary Override tab on the Charging screen.



Select:

- Immediate: Charge immediately at plug in.

- Temporary Departure: Set the temporary departure time.

- Off: Cancel Temporary Charge mode.



### Target Charge Level

This mode allows the charging range for the vehicle to be set based on what is needed. When at a public pay station and a full charge is not needed, the target charge level can be set to only get as much range as needed.

If driving on a hill, the target charge level can be set to stop the charge before the battery is full to allow space for energy from regenerative braking when going down a hill.

There is a minimum target charge level. Once this level is reached, – will be grayed out.

Target Charge Level can also be set separately for Location-Based Home and Away locations. If available, the Home and Away buttons will appear on the screen.

Touch the Target Charge Level tab on the Charging screen.

**MJN2404**



Touch + or − to increase or decrease the charge level.



A reminder will be displayed on the Instrument Cluster to show Target Charge Level set.



If the Target Charge Level is higher than 80%, fast charging on the instrument cluster will show a solid line to 80%, a shaded line up to the Target Charge Level, and the time to complete 80%.

If the Target Charge Level is less than 80%, fast charging on the instrument cluster will show a shaded line up to the Target Charge Level and the time to complete.

Target Charge Level defaults to 100% if the 12-volt battery becomes discharged.

### Location Based Charging

With Location Based Charging enabled, the Charge Mode and Portable Cord Limit Preference are saved and set back to the customer's preference every time the vehicle is returned to the saved home location. When the vehicle is not at the saved home location, then the vehicle will default to the lower limit of Portable Cord Limit Preference, and the Charge Mode will be set to Immediate. When Location Based Charging is on and the vehicle is away from the saved home location, then the selection for the delayed charge modes will be disabled and the selection will be grayed out.

After 90 days, a notification will display and the Portable Cord Limit Preference will need to be reset for the next 90 days. See "Important Information about Portable Electric Vehicle Charging" earlier in this section.

When the GPS location is not available, dashes will be displayed and Location Based Charging will be disabled until the GPS is restored.

## MJN2405

**Using Location Based Charging**

To use Location Based Charging, a home location must first be stored. To store a home location:

1. From the Energy Home screen, touch Charging Options.

2. Touch Location Based Charging.

3. Touch Set Home Location ✛.

4. Touch OK.

5. Touch On to enable Location Based Charging.

To change the stored home location:

1. Touch Update Home Location ✛ on the Location Based Charging screen.

2. Touch Update, then OK to set the new home location.

   ● Touch Cancel to make no changes.

   ● Touch Remove to clear the location and turn Location Based Charging off.

**Charging Interrupted or Overridden Pop-Up**



The Charging Interrupted or Overridden pop-up will appear if any of the following conditions occur:

● The Charging Options have been updated via the mobile app. For example, the Departure Time Tables, the Rate Tables, or the Charge Mode were updated using the customer website (available in select regions). See KeyPass.

● There was an unintended loss of AC power during the plug-in charge event. For example, there was a power outage or the charge cord was unplugged from the wall.

See *Utility Interruption of Charging* ⇨ *231*.

**Programmable Charging Disabled**

When the Programmable Charging system is disabled, the Unable to Charge screen will display.

If the Programmable Charging system is consistently disabled, see your dealer.

## Energy Information

To view Energy Detail, Range Impacts, and Efficiency History, touch Energy on the infotainment display, and then touch Information. Touch ❮ or ❯ to go to the next screen.

**MJN2406**

**Energy Detail**



This screen displays how energy is being used since the last time the high voltage battery was fully charged. It includes Driving and Accessories, Climate Settings, and Battery Conditioning. The circle graph displays these percentages. Energy Used and Distance Traveled are also displayed.

**Range Impacts**



This screen provides an estimate of the factors that influence energy usage since the last full charge of the high voltage battery. Each factor is evaluated for energy gains or losses, and the total equivalent distance is indicated by the value on the right side of the screen. All values are reset after a complete charge.

- **Technique** includes speed, acceleration, and braking. Lower speeds will increase electric vehicle technique miles, while higher speeds will reduce them.

- **Terrain** includes road conditions, such as hills, rain, and snow. External factors like wind will also positively or negatively impact Terrain. Low tire pressure will worsen Terrain performance.

- **Climate Settings** includes how the heating and air conditioning are used. Using Fan Only settings will help reduce climate setting losses. See "Climate Controls".

- **Outside Temperature** includes the effect that hot or cold ambient temperature has on the battery performance and propulsion system efficiency.

The individual vehicle range impacts provide an understanding of how energy usage is different from day to day, even when traveling the same route.

**MJN2407**

### Efficiency History



This screen displays a graph showing the energy efficiency that has been used over the last 50 km (50 mi). The Present point provides the average energy efficiency for the current 5 km (5 mi).

Touch Reset to clear the history data.

## Charging Options



To view and change the Charging Options, touch Energy and then touch Charging Options. Use the arrows to scroll through the list, or hold and drag the list.

The following list of menu items may be available:

- **Portable Cord Limit:** Allows the vehicle's charge current to be selected so it matches the capability of the charging location when using the portable cord. See "Portable Cord Limit Selection" in *Programmable Charging ⇨ 109*.

- **Displayed Charge Times:** Determines which charge times are displayed on the Charge Mode Status screen when the vehicle is unplugged. Select Portable Cord or Charge Station based on user preference.

- **Location Based Charging:** Allows the charging settings to be remembered at the saved GPS coordinates for the home location. See "Location Based Charging" in *Programmable Charging ⇨ 109*.

- **Departure Charging:** Allows delayed charging to match a scheduled departure time. See "Departure Time Entry" in *Programmable Charging ⇨ 109*.

- **Utility Rate Charging:** Allows charging during the least expensive rate periods to achieve a full battery charge by the departure time. The vehicle estimates the charging start time based on the utility rate schedule, utility rate preference, and programmed departure time

**MJN2408**

for the current day of the week. See "Electric Rate Schedule" in *Programmable Charging* ⇨ 109.

- **Energy Summary Pop-Up :** Allows the feature to be set to On or Off.

- **Charge Status Feedback :** Allows the feature to be set to Horn Chirps or Off.

- **Charge Cord Theft Alert :** Allows an alert to sound when the vehicle is locked and the charge cord is unplugged. Set the charge cord theft alert.

- **Charge Power Loss Alert :** Allows an alert to sound when the vehicle is charging and loses power at the electrical outlet. Set the feature to On or Off.

- **Radio Power Down :** Allows automatic conservation of high voltage battery power based on the level of battery charge. Select Off, 2%, 4%, 6%, 8%, or 10%. When the selected high voltage battery power level is reached, a message on the

infotainment display will ask if the radio should enter Low Power Mode. Touch Yes or No.

**Low Power Mode**

To enter Low Power Mode manually:

1. Press and hold ⏻. A message will show on the infotainment display asking if the radio should enter Low Power Mode.

2. Touch Yes. The screen will turn off.

3. Press ⏻ again to turn the radio on.

# Driver Information Center (DIC)

The DIC is displayed in the instrument cluster. It shows the status of many vehicle systems. The controls for the DIC are on the right steering wheel control. See *Instrument Cluster* ⇨ 96.



△ **or** ▽ **:** Press to move up or down in a list.

◁ **or** ▷ **:** Press to move between the interactive display zones in the cluster.

✓ **:** Press to open a menu or select a menu item. Press and hold to reset values on certain screens.

**DIC Info Page Options**

The info pages on the DIC can be turned on or off through the Options menu.

1. Press ◁ to access the cluster applications.

**MJN2409**

2. Press △ or ▽ to scroll to the Options application.

3. Press ✓ to enter the Options menu.

4. Scroll to Info Pages and press ▷.

5. Press △ or ▽ to move through the list of possible information displays.

6. Press ✓ while an item is highlighted to select or deselect that item. When an item is selected, a checkmark will appear next to it.

### DIC Info Pages

The following is the list of all possible DIC info page displays. Some may not be available for your particular vehicle. Some items may not be turned on by default but can be turned on through the Options app. See "DIC Info Page Options" earlier in this section.

**Trip and Average Electrical Energy Economy :** The Trip display shows the current distance traveled, in either kilometers (km) or miles (mi), since the trip odometer was last reset. The trip odometer can be reset by pressing and holding ✓ while this display is active.

The Average Electrical Energy Economy display shows the approximate average kWh per 100 kilometers (kWh/100 km) or miles per kWh. This number is calculated based on the number of kWh/100 km recorded since the last time this menu item was reset. This number reflects only the approximate average electrical energy economy that the vehicle has right now, and will change as driving conditions change. The Average Electrical Energy Economy can be reset along with the trip odometer by pressing and holding ✓ while this display is active.

**Tire Pressure :** Shows the approximate pressures of all four tires. Tire pressure is displayed in either kilopascal (kPa) or in pounds per square inch (psi). If the pressure is low, the value for that tire is shown in amber.

**Average Speed :** Shows the average speed of the vehicle in kilometers per hour (km/h) or miles per hour (mph). This average is calculated based on the various vehicle speeds recorded since the last reset of this value. The average speed can be reset by pressing and holding ✓ while this display is active.

**Timer :** This display can be used as a timer. To start the timer, press ✓ while this display is active. The display will show the amount of time that has passed since the timer was last reset. To stop the timer, press ✓ briefly while this display is active

**MJN2410**

and the timer is running. To reset the timer to zero, press and hold ✓ while this display is active.

**Follow Distance Indicator :** The current follow time to the vehicle ahead is displayed as a time value on this page.

**Blank Page :** The Blank Page display allows for no information to be displayed in the cluster info display areas.

# Vehicle Messages

Messages displayed on the DIC indicate the status of the vehicle or some action that may be needed to correct a condition. Multiple messages may appear one after another.

The messages that do not require immediate action can be acknowledged and cleared by pressing ✓. The messages that require immediate action cannot be cleared until that action is performed.

All messages should be taken seriously; clearing the message does not correct the problem.

If a SERVICE message appears, see your dealer.

Follow the instructions given in the messages. The system displays messages regarding the following topics:

- Service Messages
- Fluid Levels
- Vehicle Security
- Brakes
- Ride Control Systems
- Driver Assistance Systems
- Cruise Control
- Lighting and Bulb Replacement
- Wiper/Washer Systems
- Doors and Windows
- Seat Belts
- Airbag Systems
- Propulsion and Transmission
- Tire Pressure
- Battery

## Propulsion Power Messages

### PROPULSION POWER IS REDUCED

This message displays when the propulsion power is reduced and can affect the ability to accelerate. The vehicle may be driven at a reduced speed while this message is on, but maximum acceleration and speed may be reduced.

**MJN2411**

This message is most commonly displayed when the high voltage battery charge level is low. The vehicle is limiting power to maximize range.

This message can display after the vehicle is parked during extreme cold conditions without being plugged in. While driving the vehicle with this message displayed, the vehicle speed may be reduced until the high voltage battery is conditioned.

## Vehicle Speed Messages

### SPEED LIMITED TO XXX KM/H (MPH)

This message shows that the vehicle speed has been limited to the speed displayed. The limited speed is a protection for various propulsion and vehicle systems, such as lubrication, thermal, brakes, suspension, Teen Driver if equipped, or tires.

# Vehicle Personalization

Use the audio system controls to access the personalization menus for customizing vehicle features.

The following are all possible personalization features. Depending on the vehicle, some may not be available.

⌂ : Press to access the Home Page.

⊙ : Touch to access the Icon view.

▌ : Drag the scroll bar to navigate the list.

⬅ : Touch to exit or return to the previous screen or menu.

To access the menu:

1. Touch ⊙.

2. Touch Settings.

3. Touch the menu item to select it.

Each of the menus is detailed in the following information.

## Personalization Menu

The following list of menu items may be available:

- Time and Date
- Rear Seat Reminder
- Language (Language)
- Teen Driver
- Radio Settings
- Vehicle
- Devices
- Device Remote Access
- Bluetooth Phone
- Apple CarPlay
- Android Auto
- KeyPass
- USB Auto Launch
- Wi-Fi
- Display Settings
- Rear Camera
- Return to Factory Settings
- Audible Touch Feedback

**MJN2412**

- Text Scroll
- Software Information

Each menu is detailed in the following information.

### Time and Date

Manually set the time and date. See *Clock* ⇨ *92*.

### Rear Seat Reminder

This message displays under certain conditions indicating there may be an item or passenger in the rear seat. Check before exiting the vehicle.

This feature allows for a chime and a message when the rear door has been opened before or during operation of the vehicle.

Select Off or On.

### Language (Language)

Select Language, then select from the available language(s).

### Teen Driver

See *Teen Driver* ⇨ *160*.

### Radio Settings

To manage the radio features, see "Radio Settings" under *Settings* ⇨ *159*.

### Vehicle

Select and the following may display:

- Climate and Air Quality
- Comfort and Convenience
- Collision / Detection Systems
- Lighting
- Power Door Locks
- Remote Lock / Unlock / Start

### Climate and Air Quality

Select and the following may display:

- Auto Fan Speed
- Auto Heated Seats
- Auto Defog

### Auto Fan Speed

This feature will set the maximum auto fan speed.

Select Low, Medium, or High.

### Auto Heated Seats

When set to On and it is cold outside, both the heated seats and the heated steering wheel will automatically turn on when the vehicle is started. See *Automatic Climate Control System* ⇨ *165*.

Select Off or On.

### Auto Defog

When set to On, the front defog will automatically come on when the vehicle is started. See *Automatic Climate Control System* ⇨ *165*.

Select Off or On.

### Comfort and Convenience

Select and the following may display:

- Chime Volume
- Auto Wipe in Reverse Gear

### Chime Volume

This allows the selection of the chime volume level.

Select + or − to adjust the volume.

**MJN2413**

**Auto Wipe in Reverse Gear**

This allows the feature to be turned on or off. See *Rear Window Wiper/Washer* ⇨ *90*.

Select Off or On.

**Collision / Detection Systems**

Select and the following may display:

- Forward Collision System
- Front Pedestrian Detection
- Park Assist
- Rear Cross Traffic Alert
- Lane Change Alert

**Forward Collision System**

This setting controls the vehicle response when detecting a vehicle ahead of you. The Off setting disables all Forward Collision Alert (FCA) and Automatic Emergency Braking (AEB) functions. With the Alert and Brake setting, both FCA and AEB are available. The Alert setting disables AEB. See *Automatic Emergency Braking (AEB)* ⇨ *208*.

Select Off, Alert, or Alert and Brake.

**Front Pedestrian Detection**

This allows the feature's notification to be customized.

Select Off, Alert, or Alert and Brake.

**Park Assist**

This allows the feature to be turned on or off.

Select Off or On.

**Rear Cross Traffic Alert**

This allows the Rear Cross Traffic Alert feature to be turned on or off.

Select Off or On. See *Assistance Systems for Parking or Backing* ⇨ *202*.

**Lane Change Alert**

This allows the Lane Change Alert feature to be turned on or off.

Select Off or On. See *Lane Change Alert (LCA)* ⇨ *211*.

**Lighting**

Select and the following may display:

- Vehicle Locator Lights
- Exit Lighting

**Vehicle Locator Lights**

This feature will flash the exterior lamps and allows some of the exterior lamps and most of the interior lamps to turn on briefly when 🔒 on the Remote Keyless Entry (RKE) transmitter is pressed to locate the vehicle.

Select Off or On.

**Exit Lighting**

This allows the selection of how long the exterior lamps stay on when leaving the vehicle when it is dark outside.

Select Off, 30 Seconds, 60 Seconds, or 120 Seconds.

**Power Door Locks**

Select and the following may display:

- Unlocked Door Anti Lock Out
- Auto Door Unlock
- Delayed Door Lock

**MJN2414**

**Unlocked Door Anti Lock Out**

When on, this feature will keep the driver door from locking when the door is open. If Off is selected, the Delayed Door Lock menu will be available.

Select Off or On.

**Auto Door Unlock**

This allows selection of which of the doors will automatically unlock when the vehicle is shifted into P (Park).

Select Off, All Doors, or Driver Door.

**Delayed Door Lock**

When on, this feature will delay the locking of the doors. To override the delay, press the power door lock switch on the door.

Select Off or On.

**Remote Lock / Unlock / Start**

Select and the following may display:

- Remote Unlock Light Feedback
- Remote Lock Feedback
- Remote Door Unlock

- Remote Start Auto Heat Seats
- Passive Door Unlock
- Passive Door Lock
- Remote Left in Vehicle Alert

**Remote Unlock Light Feedback**

When on, the exterior lamps will flash when unlocking the vehicle with the RKE transmitter.

Select Off or Flash Lights.

**Remote Lock Feedback**

This allows selection of what type of feedback is given when locking the vehicle with the RKE transmitter.

Select Off, Lights and Horn, Lights Only, or Horn Only.

**Remote Door Unlock**

This allows selection of which doors will unlock when pressing 🔒 on the RKE transmitter.

Select All Doors or Driver Door.

**Remote Start Auto Heat Seats**

If equipped and turned on, this feature will turn the heated seats on when using remote start on cold days.

If equipped with auto heated steering wheel, this feature will turn on when the remote start auto heated seats turn on.

Select Off or On.

**Passive Door Unlock**

This allows the selection of what doors will unlock when using the button on the outside driver door handle to unlock the vehicle.

Select All Doors or Driver Door Only.

**Passive Door Lock**

This allows passive locking to be turned on or off and selects feedback.

Select Off, On with Horn Chirp, or On.

**MJN2415**

### Remote Left in Vehicle Alert

This feature sounds an alert when the RKE transmitter is left in the vehicle. This menu also enables Remote No Longer in Vehicle Alert.

Select Off or On.

### Devices

This shows status of the connected device.

Touch Add Device if a device needs to be added.

### Device Remote Access

This will allow devices to control system functionality and access data.

Select Off or On.

### Bluetooth Phone

This allows the connected Bluetooth phone to be configured. See "Bluetooth Phone" in *Settings* ⇨ *159*.

- My Number
- Privacy
- Sort Contacts

- Resync Device Contacts

### My Number

This displays the phone number of the connected Bluetooth device.

### Privacy

This allows call alerts to appear on the infotainment display.

Select Off or On.

### Sort Contacts

Touch to sort by first or last name.

### Resync Device Contacts

This resyncs the contacts on the phone.

### Apple CarPlay

This feature allows Apple devices to be connected to the infotainment system through a USB port.

Select Off or On.

### Android Auto

This feature allows Android devices to be connected to the infotainment system through a USB port.

Select Off or On.

### KeyPass (If Equipped)

Select and the following may display:

- KeyPass
- Manage KeyPass Devices

### KeyPass

This feature allows smartphones to be connected to the vehicle.

Select to turn Off or On.

### Manage KeyPass Devices

Select to manage smartphones. Smartphones must be on for this feature to be accessed.

### USB Auto Launch

This allows Android and Apple CarPlay devices to automatically connect when plugged into the USB port.

Select Off or On.

### Wi-Fi

Select and the following may display:

- Wi-Fi

**MJN2416**

- Manage Wi-Fi Networks

**Wi-Fi**

This feature allows for a connection to available protected Wi-Fi networks in range of the vehicle to be turned off or on.

Select Off or On.

**Manage Wi-Fi Networks**

Select to manage a list of available protected networks. Wi-Fi must be set to On for this feature to be accessed.

## Display Settings

Select and the following choices will display:

- Blue Sky
- Sunset Orange
- Black Eclipse

Choose one of these options to change the display settings.

## Rear Camera

Select and the following may display:

- Symbols
- Guidelines

**Symbols**

Select to turn Off or On.

**Guidelines**

Select to turn Off or On.

## Return to Factory Settings

Select and the following may display:

- Reset Vehicle Settings
- Clear All Private Data
- Restore Radio Settings

**Reset Vehicle Settings**

This allows vehicle settings to be reset.

Select Continue or Cancel.

**Clear All Private Data**

This allows all private information from the vehicle to be cleared.

Select Continue or Cancel.

**Restore Radio Settings**

This allows radio settings preferences to be restored to the default.

Select Continue or Cancel.

**Audible Touch Feedback**

Select to turn Off or On.

**Text Scroll**

Select to turn Off or On.

**Software Information**

Select and the following may display:

- Open Source
- Software Update
- Update Preference

**Open Source**

Select to view the infotainment system current software information.

**MJN2417**

**Software Update**

This allows the ability to search for available vehicle software updates when Internet connectivity is available through the vehicle's built in OnStar connection, if equipped, or a secure Wi-Fi hotspot, such as a mobile hotspot, home or public network. Applicable data rates may apply.

**Update Preference**

Select to download new vehicle software updates in the background. Select Off or On. Software downloads require Internet connectivity through the vehicle's built-in OnStar connection, if equipped, or a secure Wi-Fi hotspot, such as a mobile hotspot, home or public network. Applicable data rates may apply.

**MJN2418**

# Lighting

## Exterior Lighting

Exterior Lamp Controls ....... 130
Exterior Lamps Off
    Reminder .................. 132
Headlamp High/Low-Beam
    Changer ................... 132
Flash-to-Pass ............... 132
Daytime Running
    Lamps (DRL) .............. 132
Automatic Headlamp
    System .................... 133
Hazard Warning Flashers ..... 133
Turn and Lane-Change
    Signals ................... 134

## Interior Lighting

Instrument Panel Illumination
    Control ................... 134
Courtesy Lamps ............. 135
Dome Lamps ................ 135
Reading Lamps ............. 135

## Lighting Features

Entry Lighting ............... 136
Exit Lighting ................ 136
Battery Power Protection .... 136
Exterior Lighting Battery
    Saver ..................... 136

# Exterior Lighting

## Exterior Lamp Controls



The exterior lamp control is on the
instrument panel to the left of the
steering column.

⏻ : Turns the exterior lamps off and
deactivates the AUTO mode. Turn
to ⏻ again to reactivate the
AUTO mode.

In Canada, the headlamps will
automatically reactivate when the
vehicle is shifted out of P (Park).

**AUTO :** Turns the exterior lamps on
and off automatically depending on
outside lighting.

**MJN2419**

 : Turns on the parking lamps including all lamps, except the headlamps. The instrument panel lights also turn on.

: Turns on the headlamps together with the parking lamps and instrument panel lights.

## IntelliBeam System

If equipped, this system turns the vehicle's high-beam headlamps on and off according to surrounding traffic conditions.

The system turns the high-beam headlamps on when it is dark enough and there is no other traffic present.

This light comes on in the instrument cluster when the IntelliBeam system is enabled.

## Turning On and Enabling IntelliBeam



To enable the IntelliBeam system, press on the turn signal lever when the exterior lamp control is in the AUTO or position.

## Driving with IntelliBeam

The system only activates the high beams when driving over 40 km/h (25 mph).

The blue high-beam on light appears on the instrument cluster when the high beams are on.

There is a sensor near the top center of the windshield that automatically controls the system.

Keep this area of the windshield clear of debris to allow for best system performance.

The high-beam headlamps remain on, under the automatic control, until one of the following situations occurs:

- The system detects an approaching vehicle's headlamps.

- The system detects a preceding vehicle's taillamps.

- The outside light is bright enough that high-beam headlamps are not required.

- The vehicle's speed drops below 20 km/h (12 mph).

- The IntelliBeam system is disabled by the button on the turn signal lever. If this happens, press on the turn signal lever when the exterior lamp control is in the AUTO or position.

**MJN2420**

The instrument cluster light will come on to indicate the IntelliBeam system is reactivated.

The high beams may not turn off automatically if the system cannot detect another vehicle's lamps because of any of the following:

- The other vehicle's lamps are missing, damaged, obstructed from view, or otherwise undetected.

- The other vehicle's lamps are covered with dirt, snow, and/or road spray.

- The other vehicle's lamps cannot be detected due to dense exhaust, smoke, fog, snow, road spray, mist, or other airborne obstructions.

- The vehicle's windshield is dirty, cracked, or obstructed by something that blocks the view of the light sensor.

- The vehicle is loaded such that the front end points upward, causing the light sensor to aim high and not detect headlamps and taillamps.

- Driving on winding or hilly roads.

The IntelliBeam system may need to be disabled if any of the above conditions exist.

## Exterior Lamps Off Reminder

A warning chime sounds if the driver door is opened while the vehicle is off and the exterior lamps are on.

## Headlamp High/ Low-Beam Changer

Push the turn signal lever away from you and release, to turn the high beams on. To return to low beams, push the lever again or pull it toward you and release.



This indicator light turns on in the instrument cluster when the high-beam headlamps are on.

## Flash-to-Pass

To flash the high beams, pull the turn signal lever toward you, and release.

## Daytime Running Lamps (DRL)

DRL can make it easier for others to see the front of your vehicle during the day. Fully functional DRL are required on all vehicles first sold in Canada.

The DRL system comes on in daylight when the following conditions are met:

- The power button is on.

**MJN2421**

- The exterior lamp control is in AUTO.
- The light sensor determines it is daytime.
- The vehicle is not in P (Park).

When the DRL are on, the taillamps, sidemarker lamps, instrument panel lights, and other lamps will not be on.

The DRL turn off when the headlamps are turned to ⏻ or the vehicle is off.

For vehicles first sold in Canada, the DRL can only be turned off when the vehicle is parked.

## Automatic Headlamp System

The headlamps come on automatically when the exterior lamp control is set to AUTO and it is dark enough outside.



There is a light sensor on top of the instrument panel. Do not cover the sensor, otherwise the headlamps will come on when they are not needed.

The system may also turn on the headlamps when driving through a parking garage or tunnel.

When it is bright enough outside, the headlamps will turn off or may change to Daytime Running Lamps (DRL).

The automatic headlamp system turns off when the exterior lamp control is turned to ⏻ or the vehicle is off.

### Lights On with Wipers

If the windshield wipers are activated in daylight with the vehicle on, and the exterior lamp control is in AUTO, the headlamps, parking lamps, and other exterior lamps come on. The transition time for the lamps coming on varies based on wiper speed. When the wipers are not operating, these lamps turn off. Move the exterior lamp control to ⏻ or ⫞⚬⚬⫞ to disable this feature.

## Hazard Warning Flashers



**MJN2422**

The hazard warning flasher button is on the center stack.

⚠ : Press to make the front and rear turn signal lamps flash on and off. This warns others that you are having trouble. Press the button again to turn the flashers off.

When the hazard warning flashers are on, the turn signals will not work.

## Turn and Lane-Change Signals



Move the lever all the way up or down to signal a turn.

An arrow on the instrument cluster flashes in the direction of the turn or lane change.

Raise or lower the lever until the arrow starts to flash to signal a lane change. Hold it there until the lane change is completed.

If the lever is briefly pressed and released, the turn signal flashes three times.

The turn and lane-change signal can be turned off manually by moving the lever back to its original position.

If after signaling a turn or lane change, the arrow flashes rapidly or does not come on, a signal bulb may be burned out.

Replace any burned out bulbs. If a bulb is not burned out, check the fuse. See *Underhood Compartment Fuse Block* ⇨ *254*.

# Interior Lighting

## Instrument Panel Illumination Control



The brightness of the instrument cluster display, infotainment display and controls, steering wheel controls, and all other illuminated controls, as well as feature status indicators can be adjusted.

The knob for this feature is on the instrument panel beside the steering column.

**MJN2423**

## Courtesy Lamps

The courtesy lamps come on when any door is opened and the dome lamp is in the ⊖ position.

## Dome Lamps



The dome lamp controls are in the headliner above the front seats.

⊗ **OFF :** Press to turn the lamps off, even when a door is open.

⊖ **:** When the button is returned to the middle position, the lamps turn on automatically when a door is opened.

⊗ **ON :** Press to turn on the dome lamps.

## Reading Lamps

There are front and rear reading lamps.



The front reading lamps are in the overhead console.

Press the lamp lenses to turn the reading lamps on or off.



The rear reading lamps are in the headliner.

⊗ **OFF :** Press to turn the lamp off.

⊗ **ON :** Press to turn the lamp on.

# MJN2424

# Lighting Features

## Entry Lighting

Some exterior lamps and the interior lamps turn on briefly at night when the Remote Keyless Entry (RKE) transmitter 🔒 is pressed. See *Remote Keyless Entry (RKE) System Operation* ⇨ *8*. The lights turn off immediately when the vehicle is started or automatically after a brief period.

This feature can be turned on or off. See "Vehicle Locator Lights" under *Vehicle Personalization* ⇨ *123*.

## Exit Lighting

Some exterior lamps come on at night when the vehicle is turned off and the driver door is opened. Some interior lamps also come on when the vehicle is turned off. The exterior lamps and interior lamps remain on after the door is closed for a brief period and then turn off.

This feature can be turned on or off. See *Vehicle Personalization* ⇨ *123*.

## Battery Power Protection

The battery saver feature is designed to protect the vehicle's 12-volt battery.

If some interior lamps and/or the headlamps are left on and the vehicle is turned off, the battery rundown protection system automatically turns the lamp off after some time.

## Exterior Lighting Battery Saver

The exterior lamps turn off about 10 minutes after the ignition is turned off, if the parking lamps or headlamps have been manually left on. This protects against draining the battery. To restart the 10-minute timer, turn the exterior lamp control to the off position and then back to the parking lamp or headlamp position.

To keep the lamps on for more than 10 minutes, the ignition must be on.

**MJN2425**

# Infotainment System

## Introduction

Introduction . . . . . . . . . . . . . . . . . . . 137
Theft-Deterrent Feature . . . . . . 138
Overview . . . . . . . . . . . . . . . . . . . . . 138
Operation . . . . . . . . . . . . . . . . . . . . 139
Software Updates . . . . . . . . . . . . 141

## Radio

AM-FM Radio . . . . . . . . . . . . . . . 142
Satellite Radio . . . . . . . . . . . . . . . 143
Multi-Band Antenna . . . . . . . . . . 145

## Audio Players

USB Port . . . . . . . . . . . . . . . . . . . . 145
Auxiliary Devices . . . . . . . . . . . . . 151
Bluetooth Audio . . . . . . . . . . . . . . 152

## OnStar System

OnStar System . . . . . . . . . . . . . . . 154

## Phone

Bluetooth . . . . . . . . . . . . . . . . . . . . 155
Apple CarPlay and
  Android Auto . . . . . . . . . . . . . . . 156
Hands-Free Phone . . . . . . . . . . . 157

## Settings

Settings . . . . . . . . . . . . . . . . . . . . . 159
Teen Driver . . . . . . . . . . . . . . . . . . 160

## Trademarks and License Agreements

Trademarks and License
  Agreements . . . . . . . . . . . . . . . . 163

# Introduction

Read the following pages to become familiar with the features.

> **⚠ Warning**
>
> Taking your eyes off the road for too long or too often while using any infotainment feature can cause a crash. You or others could be injured or killed. Do not give extended attention to infotainment tasks while driving. Limit your glances at the vehicle displays and focus your attention on driving. Use voice commands whenever possible.

The infotainment system has built-in features intended to help avoid distraction by disabling some functions when driving. These functions may gray out when they are unavailable. Many infotainment features are also available through the instrument cluster and steering wheel controls.

**MJN2426**

Before driving:

- Become familiar with the operation, center stack controls, and infotainment display controls.

- Set up the audio by presetting favorite stations, setting the tone, and adjusting the speakers.

- Set up phone numbers in advance so they can be called easily by pressing a single control or by using a single voice command if equipped with Bluetooth phone capability.

See *Defensive Driving* ⇨ *174*.

To play the infotainment system with the ignition off, see *Retained Accessory Power (RAP)* ⇨ *186*.

### Active Noise Cancellation (ANC)

If equipped, ANC reduces engine noise in the vehicle's interior. ANC requires the factory-installed audio system, radio, speakers, amplifier (if equipped), induction system, and exhaust system to work properly.

Deactivation is required by your dealer if related aftermarket equipment is installed.

## Theft-Deterrent Feature

The infotainment system has an electronic security system installed to prevent theft.

The infotainment system only works in the vehicle in which it was first installed, and cannot be used in another vehicle.

## Overview



1. Infotainment Display:

    - Display for Play/Reception/ Menu information.

2. Volume Knob:

    - Turn the volume knob to adjust the volume.

3. ⏻ :

    - Press and hold to enter the Power Off Mode. The radio will be in a power off mode with the climate control and clock display.

    - Press to cancel the Power Off Mode or to mute/ unmute the audio when the system is on.

4. ⌂ :

    - Press to go to the Home Page.

    - Press and hold to launch Apple CarPlay or Android Auto, if equipped.

**MJN2427**

5. ⏮ or ⏭ :

- Radio: Press to seek the previous or next strongest station or channel.

- USB/Music/Pictures: Press to go to the previous or next content. Press and hold to fast rewind or fast forward.

## Operation

### Turning On/Off Automatically

When the vehicle is on, the infotainment system turns on automatically.

When the vehicle is off and the driver door of the vehicle is opened, the infotainment system turns off automatically.

If ⏻ is pressed and held when the vehicle is off, the infotainment system will turn on. The system will turn off automatically after approximately 10 minutes.

### Full Screen Clock

- Touch the time display on the screen to display a full screen of the clock.

- Touch ⬅ to return to the previous screen.

### Volume Control

Turn the volume knob to adjust the volume. The current volume is indicated.

- If equipped, use the volume switches on the back of the steering wheel to adjust the volume. See *Steering Wheel Controls* ⇨ 87.

- Turning on the infotainment system power will set the volume level to its previous selection if it is lower than the maximum starting volume level.

- If the volume level is louder than the maximum starting volume level when the infotainment system is turned on, the

infotainment system is adjusted automatically to the maximum starting volume level.

### Edit Home Page Layout

1. When the vehicle is stationary, touch ⌂ Edit on the Home Page.



2. Select the desired layout: Standard, Family, Eco, or Custom.

   If Custom is selected, the display will switch to custom layout editing. This allows the

**MJN2428**

changing of location and content of information displayed on the Home Page.

## Using Icon View



Touch ⸬.

Icon view may vary depending on vehicle options.

**Audio :** Touch to select AM, FM, SXM (if equipped), AUX, or USB/ iPod/Bluetooth Audio.

**Phone :** Touch to activate the phone features. See *Bluetooth* ⇨ *155*.

**Projection :** Touch to access supported devices when connected. See *USB Port* ⇨ *145*.

**Settings :** Touch to access the Personalization menu. See *Vehicle Personalization* ⇨ *123*.

**Gallery :** Touch to view a picture. See "Gallery" under "Selecting a Function" following.

**OnStar :** Touch to use the OnStar function. See *OnStar Overview* ⇨ *329*.

**Camera :** Touch to access the camera application. See *Assistance Systems for Parking or Backing* ⇨ *202*.

**Low Power Mode :** Touch to access the Low Power Mode. See "Low Power Mode" in *Charging Options* ⇨ *119*.

## Selecting a Function

### Audio

1. Touch ⸬.

2. Touch Audio, then Source.

   - Touch AM to select AM radio.

   - Touch FM to select FM radio.

   - Touch SXM to select SiriusXM radio (if equipped).

   - Touch iPod to select iPod music.

   - Touch USB1 to select USB1 music.

   - Touch USB2 to select USB2 music.

   - Touch Bluetooth to select Bluetooth music.

   - Touch AUX to select auxiliary sound input.

If the playback source (iPod/USB/ AUX/Bluetooth) is not connected to the infotainment system, this function is not available.

Audio source availability may vary depending on the region.

**MJN2429**

The infotainment system can only support two USB devices for the front USB ports.

**Phone**

To operate Bluetooth Hands-Free function, connect the Bluetooth phone to the infotainment system.

1. Touch ⊕.

2. Touch Phone, then touch 📞 on the infotainment display,
   or press ⊯ on the steering wheel controls.

**Settings**

1. Touch ⊕.

2. Touch Settings, then select an item from the menu and adjust the settings by selecting from the available options. See *Settings ⇨ 159*.

**Gallery**

1. Touch ⊕.

2. Touch Gallery, then touch ▭ menu to view picture files contained in the USB storage device.

## Software Updates

### Over-the-Air Software Updates

If equipped, the infotainment system can download and install select software updates over a wireless connection. The system will prompt for certain updates to be downloaded and installed. There is also an option to check for updates manually.

To manually check for updates, touch Settings on the Home Page, followed by Software Information, and then System Update. Follow the on-screen prompts. Steps for downloading and installing updates may vary by vehicle.

Downloading Over-the-Air vehicle software updates requires Internet connectivity, which can be accessed through the vehicle's built-in OnStar 4G LTE connection, if equipped and active. If required, data plans are provided by a third party. Optionally, a secure Wi-Fi hotspot such as a compatible mobile device hotspot, home hotspot, or public hotspot can be used. Applicable data rates may apply.

To connect the infotainment system to a secured mobile device hotspot, home hotspot, or public hotspot, touch Settings on the Home Page, followed by Wi-Fi, and then Manage Wi-Fi Networks. Select the appropriate Wi-Fi network, and follow the on-screen prompts. Download speeds may vary.

On most compatible mobile devices, activation of the Wi-Fi hotspot is in the Settings menu under Mobile Network Sharing, Personal Hotspot, Mobile Hotspot, or similar.

Availability of Over-the-Air vehicle software updates varies by vehicle and country. For more information on this feature, see www.my.chevrolet.com/learn.

## MJN2430

# Radio

## AM-FM Radio

### Listening to AM-FM Radio

1. Touch ⊙.

2. Touch Audio, then Source.

3. Touch FM or AM. The most recently listened to AM or FM radio station is displayed.

RDS (Radio Data System) function is only available in countries that support this function.

### Searching for Stations Automatically

Press |◀◀ or ▶▶| to automatically search for an available station with good reception.

If RDS is supported, it will tune to the station and may include additional information such as time, station identification, and program information.

### Searching for Stations Directly

1. Touch Tune.

2. Using the keypad, enter the desired station number.

Touching the period between digits is not necessary. The radio will add it automatically at the correct location.

### Favorite Preset Operation

#### Saving Favorites

1. Select the band.

2. Select the desired station.

3. Touch ★ or touch and hold the favorite in the Favorites list to overwrite.

4. To delete it from the Favorites list, touch ★, or swipe the station from the list on the right.

Up to 15 radio stations can be saved in the Favorites list.

#### Listening to Favorites Directly

1. Touch Favorites to see the list of favorites.

2. Touch the desired station.

The steering wheel controls can also be used to select favorites. See *Steering Wheel Controls* ⇨ 87.

### Using the AM or FM Radio Tab

#### Current Station Information

1. Touch Browse Audio.

2. Touch Current Station Information to display the station information.

#### AM or FM Stations

1. Touch Browse Audio.

2. Touch AM Stations or FM Stations. The AM List or FM List is displayed.

#### FM Categories

1. Touch Browse Audio.

2. Touch FM Categories.

3. Touch the desired category and station.

The FM category list is only available for RDS (Radio Data System).

**MJN2431**

**Update AM or FM Stations**

1. Touch Browse Audio.

2. Touch Update AM Stations or Update FM Stations.

**Tone Settings**

1. Touch Audio Settings.



2. Touch Tone Settings to enter the sound setup mode. The Tone settings menu is displayed.

   ● Bass : Touch - or + to adjust the bass level manually.

● Mid (Midrange) : Touch - or + to adjust the midrange level manually.

● Treble : Touch - or + to adjust the treble level manually.

● Fade : Adjust the front/rear speaker balance by dragging the dot in the vehicle interior image.

● Balance : Adjust the left/ right speaker balance by dragging the dot in the vehicle interior image.

● EQ (Equalizer) : Select or turn off the sound style: Talk, Rock, Jazz, Pop, Country, Classical, or Custom. If equipped with Bose premium audio, only Talk and Custom are available.

3. Touch ◀ Now Playing to return to the previous menu.

**Auto Volume**

When Auto Volume is turned on, the volume will automatically be controlled according to the vehicle speed to offset the noise from outside.

1. Touch Audio Settings.

2. Touch Auto Volume.

3. Select the desired option: Off, Low, Medium-Low, Medium, Medium-High, or High.

**RDS**

The RDS function can be set for FM.

1. Touch Audio Settings.

2. Set RDS to On or Off.

## Satellite Radio

Vehicles equipped with a SiriusXM satellite radio tuner and a valid SiriusXM satellite radio subscription can receive SiriusXM programming.

**MJN2432**

### SiriusXM Satellite Radio Service

SiriusXM is a satellite radio service based in the 48 contiguous United States and 10 Canadian provinces. SiriusXM satellite radio has a wide variety of programming and commercial-free music, coast to coast, and in digital-quality sound. A fee is required to receive the SiriusXM service.

Refer to:

- www.siriusxm.com or call 1-888-601-6296 (U.S.).
- www.siriusxm.ca or call 1-877-438-9677 (Canada).

### Listening to SXM Radio

1. Touch ⊙.
2. Touch Audio, then Source.
3. Touch SXM. The most recently listened to SXM channel is displayed.

### Searching for Channels Automatically

Press |◀◀ or ▶▶| to automatically search for available channels.

### Searching for Channels Directly

1. Touch Tune.
2. Using the keypad, enter the desired channel.

### Searching for Channels Using Favorites

#### Saving Favorites

1. Select the desired channel.
2. Touch ★ or touch and hold the favorite in the list to overwrite.
3. To delete a channel from Favorites, touch ★, or swipe the channel from the list on the right.

    Up to 15 channels can be saved in the Favorites list.

#### Listening to Favorites Directly

1. Touch Favorites to see the list of favorites.
2. Touch the desired channel.

### Using the SXM Radio Tab

#### Browse Audio

- Current Channel Information

    Touch Current Channel Information. The channel information is displayed.

- SXM Channels

    Touch SXM Channels. The SXM List is displayed.

- SXM Categories

    SXM categories are defined by the SiriusXM service provider.

    Touch SXM Categories, then touch the desired category and channel.

**MJN2433**

### Audio Settings

● Tone Settings

  Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

● Auto Volume

  Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

● Explicit Content Filter

  Choose this menu item to turn On or Off the filtering of explicit channels from SXM. A list item can be set to On or Off. From the SXM Settings, touch Audio Settings. Set Explicit Content Filter feature to On or Off to allow for a filtered list of channels.

## Multi-Band Antenna

If equipped, the roof antenna is for AM, FM, and GPS (Global Positioning System). Keep clear of obstructions for clear reception.

### Mobile Phone Usage

Mobile phone usage can cause interference with the vehicle's radio. Unplug the mobile phone or turn it off if this occurs.

### AM

The range for most AM stations is greater than for FM, especially at night. The longer range can cause station frequencies to interfere with each other. Static can occur when things like storms and power lines interfere with radio reception. When this happens, try reducing the treble on the radio.

### FM

FM signals only reach about 16 to 65 km (10 to 40 mi). Although the radio has a built-in electronic circuit that automatically works to reduce interference, some static can occur, especially around tall buildings or hills, causing the sound to fade in and out.

## Audio Players

## USB Port

The USB ports are in the center console and are for data and charging. If equipped, there are two USB charge ports in the rear of the center console. The infotainment system can play the music files contained in the USB storage device or a device that supports MTP or iPod/iPhone devices.

### Before Using the Audio System

#### Supported Audio File Formats

● MP3 (MPEG-1 Layer 3, MPEG-2 Layer 3)

  Constant Bit Rate (CBR) between 8 and 320 kbps

  Variable Bit Rate (VBR)

  Sampling frequencies of 8, 11.025, 12, 16, 22.05, 24, 32, 44.1, and 48 kHz

● Windows Media Audio

  Windows Media Audio 10

**MJN2434**

CBR between 32 and 768 kbps

VBR (Standard), Professional, Lossless, or higher according to Microsoft specifications

Sampling frequencies of 8, 12, 16, 22, 32, 44.1, and 48 kHz

- AAC (MPEG-4 AAC, Low Complexity Profile) and AAC+

  CBR between 8 and 320 kbps

- OGG Vorbis

- Waveform (WAV – PCM Windows format)

- Audio Interchange File Format (AIFF)

- 3GPP (Generally used for mobile devices)

- Audio Books (MP3, WMA, AAC, AA)

**Guidelines for Using a USB Storage Device and iPod/iPhone**

- Operation cannot be guaranteed if the HDD built-in USB mass storage device or CF or SD memory card is connected by using a USB adaptor. Use a USB or flash memory type storage device.

- Avoid static electricity discharge when connecting or disconnecting the USB. If connection and disconnection are repeated many times in a short time, this may cause a problem in using the device.

- Operation is not guaranteed if the connecting terminal of the USB device is not metal.

- Connection with i-Stick Type USB storage devices may be faulty due to vehicle vibration.

- Do not touch the USB connecting terminal with an object or any part of your body.

- The USB storage device can only be recognized when it is formatted in FAT16/32, NTFS, HFS+. exFAT and other file systems cannot be recognized.

- According to the type and capacity of the USB storage device and the type of the stored file, the time it takes to recognize the files may differ.

- Files in some USB storage devices may not be recognized due to compatibility problems.

- Do not disconnect the USB storage device while it is being played. This may cause damage to the device or may affect the performance of the USB device.

- The infotainment system can only support two USB devices for the front USB ports.

- Disconnect the connected USB storage device when the vehicle is off.

- USB storage devices can only be connected to this device for the purpose of playing music, viewing photo files, or upgrading.

- The USB terminal of the device should not be used to charge USB accessory equipment since

**MJN2435**

the heat generation using the USB terminal may cause performance issues or damage to the device.

- When the logical drive is separated from a mass USB storage device, only the files from the top-level logical drive can be played for USB music files. For this reason, store music files to be played in the top-level drive of the device. Music files in a particular USB storage device may not play normally if an application is loaded by partitioning a separate drive inside the USB device.

- Music files to which DRM (Digital Right Management) is applied cannot be played.

- The infotainment system can support USB storage devices that are in capacity with a limit of 5,000 files (music and photo), and 15 stages of folder structure. Normal usage cannot be guaranteed for storage devices that exceed this limit.

The iPod/iPhone can play all music files supported. The music file lists display up to 5,000 files on the screen in alphabetical order.

- Some iPod/iPhone devices may not support the connectivity or functionality of the infotainment system.

- Only connect the iPod/iPhone with connection cables supported by iPod/iPhone devices. Other connection cables cannot be used.

- When the iPod/iPhone device is not being used, keep it disconnected from the USB port when the vehicle is off.

- Connect the iPod/iPhone to the USB port by using the iPod/iPhone cable to play the music files on the iPod/iPhone. When the iPod/iPhone is connected to the AUX port, the music files are played, but not controlled by MyLink.

- iPod/iPhone movie file playback is not supported.

- The playback functions and the information display items of the iPod/iPhone used with this infotainment system may be different from the iPod/iPhone in terms of play order, method, and information displayed.

- See the manufacturer for information related to the search function provided by the iPod/ iPhone device.

## USB Player

### Playing USB Storage Device Music Files

Connect the USB storage device containing the music files to the USB port.

**MJN2436**



- Once the infotainment system finishes reading the information on the USB storage device, play will begin automatically unless USB Auto Launch has been set to Off in Settings.

- If a non-readable USB storage device is connected, an error message will appear and the infotainment system will automatically switch to the previous audio function.

If the USB storage device is already connected, touch ⦂, Audio, Source, and USB to play the USB music files.

**Ending USB Music File Playback**

1. Touch Source.

2. Select another function by touching AM, FM, AUX, or Bluetooth.

To remove the USB storage device, select another function, and then remove the USB storage device.

**Pause Touch ‖ during playback.**

Touch ▶ to resume playback.

**Playing the Next File**

Touch ▶▶ to play the next file.

**Playing the Previous File**

Touch |◄◄ within five seconds of playback time to play the previous file.

**Returning to the Beginning of the Current File**

Touch |◄◄ after five seconds of playback time.

**Scanning Forward or Backward**

Touch and hold |◄◄ or ▶▶| during playback to rewind or fast forward. Release |◄◄ or ▶▶| to resume playback at normal speed.

**Playing Files Randomly**

Touch ⤧ during playback.

Touch ⤧ again to return to normal playback.

**Playing Files Repeatedly**

1. Touch ⟳ during playback.

2. Touch the desired option.

   - Repeat All: Plays all files repeatedly.

   - Repeat Song: Plays a current file repeatedly.

   - Repeat Off: Cancels the repeat function.

**Searching for a File by Using the Favorites**

**Saving Favorites**

1. Select the desired file.

**MJN2437**

2. Touch ★, or touch and hold the favorite in the list to overwrite.

3. To delete it from the Favorites list, touch ★, or swipe the file from the list on the right.

   Up to 15 media files can be saved in the Favorites list.

**Listening to Favorites Directly**

1. Touch the Favorites menu to see the Favorites list.

2. Touch the desired favorite to listen.

**Browse Music**

1. Touch Browse Music.

2. Touch the desired item: Playlists, Folders, Artists, Songs, Albums, Genres, and Composers.

3. Touch the desired music to listen.

   The Infotainment Module will recognize playlist files by the extensions .asx, m3u, pls, wpl, b4s, and .xspf.

**Tone Settings**

Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

**Auto Volume**

See "Auto Volume" under "AM-FM Radio" previously in this section.

## MTP (Media Transfer Protocol) Player

**Playing Music from a Supported MTP Device**

Connect the supported MTP device containing music files to the USB port.

● Once the infotainment system finishes reading the information on the device that supports MTP (Media Transfer Protocol), it will be automatically played. If USB Auto Launch is set to Off in Settings, it will not be automatically played.

● If a non-readable device that supports MTP is connected, then an error message will appear

and the infotainment system will automatically switch to the previous audio function.

● Depending on the connected device, some files may not play.

● File loading may take a few minutes depending on the type of MTP device or the number of files/folders stored in the MTP device.

● When connecting the MTP device, the infotainment system scans audio files first, and then picture files. While scanning picture files, these files may not be available until the loading indicator on the audio screen disappears even if the audio file in the MTP device is playing.

● If connecting an MTP device that has external memory, it may be recognized as USB1/USB2.

● Other operations are the same as the USB player. See "USB Player" under "USB Port" previously in this section.

**MJN2438**

- The USB connection setting on the device may need to be changed to MTP.

### iPod/iPhone Player

This is limited to devices supporting the iPod/iPhone connection.

**Playing iPod/iPhone Music Files**

Use an Apple certified cord to connect the iPod/iPhone containing the music files to the USB port.

- Once the infotainment system finishes reading the information on the iPod/iPhone, it will be automatically played from the previously played point. If Auto Launch in Settings is set to Off, it will not be automatically played.

If the iPod/iPhone is already connected, touch ⊙, Audio, Source, then iPod to play the iPod/iPhone.

**Ending iPod/iPhone Playback**

1. Touch Source.

2. Select another function by touching AM, FM, AUX, or Bluetooth, or unplug the iPod/iPhone.

To remove the iPod/iPhone, select another function, and then remove the iPod/iPhone.

**Pause**

Touch ‖ during playback.

Touch ▶ to resume playback.

**Playing the Next Song**

Touch ▶▶| to play the next song.

**Playing the Previous Song**

Touch |◀◀ within two seconds of playback time to play the previous song.

**Returning to the Beginning of the Current Song**

Touch |◀◀ after two seconds of playback time.

**Scanning Forward or Backward**

Hold |◀◀ or ▶▶| during playback to rewind or fast forward.

Release |◀◀ or ▶▶| to resume playback at normal speed.

**Playing Files Randomly**

Touch ⤬ during playback.

Touch ⤬ again to return to normal playback.

**Browse Music**

1. Touch Browse Music.

2. Touch the desired music.

**Tone Settings**

Set up sound features from the Tone Settings menu. See "Tone Settings" under "AM-FM Radio" previously in this section.

**Auto Volume**

Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

### Gallery (Pictures)

The infotainment system can view picture files contained in the USB storage device.

**MJN2439**

## Before Using the Picture System

- Only the following file extensions are supported: *.jpg, *.bmp, *.png, *.gif.
- Animated GIF is not supported.
- Some files may not operate due to a different format or the condition of the file.

## Viewing a Picture

1. Connect the USB storage device containing the picture files to the USB port.
2. Press ⌂, then ⊙.
3. Touch Gallery, then select the desired picture folder.
4. Select the desired file.

- Touch the screen to hide the control bar. Touch the screen again to show the control bar.
- Some features are disabled while the vehicle is in motion.

## Viewing a Slide Show

- Touch ▶ from the picture screen and the slide show will play.
- Touch the screen to cancel the slide show during slide show playback.

## Viewing a Previous or Next Picture

From the picture screen, touch ◁ or ▷ to view the previous or next picture.

## Rotating a Picture

From the picture screen, touch ↻ to rotate the picture.

## Enlarging a Picture

From the picture screen, touch 🔍 to enlarge the picture.

## Using the USB Picture Menu

1. From the picture screen, touch Menu.

2. Touch the desired menu.

- Slide Show Time: Select the slide show interval.
- Clock/Temp Display: To display the clock and temperature on the full screen, select On or Off.
- Display Settings: Adjust the brightness and contrast.

3. After the setting is complete, touch ⟲.

## Auxiliary Devices

The AUX port is in the center console. The infotainment system can play auxiliary music connected by the auxiliary device.

## Playing Music from an Auxiliary Device

Connect the auxiliary device containing the music source to the AUX port. Once connected with the infotainment system, music can be played from the device.

**MJN2440**

- If the auxiliary device is already connected, touch ⊙, Audio, Source, then AUX to play music from the auxiliary device.

- Use an AUX cable with a 3.5 mm (1/8 in) type connector.

### Tone Settings

From the AUX screen, touch Tone. See "Tone Settings" under "AM-FM Radio" previously in this section.

## Bluetooth Audio

### Bluetooth Music

If equipped, music may be played from a paired Bluetooth device. Refer to the Phone section for help pairing a device.

### Before Playing Bluetooth Music

- The paired bluetooth device must support Bluetooth profiles: A2DP or AVRCP.

- Bluetooth music may not be supported depending on the mobile phone or Bluetooth device.

- From the mobile phone or Bluetooth device, find the Bluetooth device type to set/connect the item.

- A ♪ will appear on the screen to indicate a successful Audio Bluetooth connection.

- The sound played by the Bluetooth device is delivered through the infotainment system.

- Bluetooth music can be played only when a Bluetooth device has been connected. To play Bluetooth music, connect the Bluetooth phone to the infotainment system.

- If the Bluetooth device is disconnected while playing music, the music is discontinued. The audio streaming function may not be supported in some Bluetooth phones. Only one function can be used at a time between the Bluetooth hands-free phone function or the Phone music function. For example, if switching to Bluetooth hands-free phone mode while playing Phone music, the music streaming function will be discontinued.

- For Bluetooth music to play, the music must be played at least once from the music player mode of the mobile phone or Bluetooth device after connecting as a stereo headset. After being played at least once, the music player will be automatically played upon entering play mode, and it will be automatically stopped when the music player mode ends. If the mobile phone or Bluetooth device is not in the waiting screen mode, some devices may not automatically play in Bluetooth music play mode.

### Playing Bluetooth Music

1. Touch ⊙.

2. Touch Audio, then Source on the screen.

**MJN2441**

3. Touch Bluetooth to select the connected Bluetooth device music play mode.

**Pause**

Touch ❙❙ during playback.

Touch ▶ again to resume playback.

**Playing the Next Music**

Touch ▶▶❙ to play the next music.

**Playing the Previous Music**

Touch ❙◀◀ within two seconds of playback time to play the previous music.

**Returning to the Beginning of the Current Music**

Touch ❙◀◀ after two seconds of playback time.

**Scanning Forward or Backward**

Hold ❙◀◀ or ▶▶❙ during playback to rewind or fast forward.

Release ❙◀◀ or ▶▶❙ to resume playback at normal speed.

**Playing Files Randomly**

Touch ⤬ during playback.

Touch ⤬ again to return to normal playback.

**Playing Files Repeatedly**

1. Touch ↻ during playback.

2. Touch the desired option.

   ● Repeat All: Plays all files repeatedly.

   ● Repeat Song: Plays a current file repeatedly.

   ● Repeat Off: Cancels repeat function.

**Browse Music**

This function may not be supported depending on the mobile phone.

1. Touch Browse Music.

2. Touch the desired item. The number of relevant songs is displayed.

3. Touch the desired music to listen.

**Tone Settings**

From the Bluetooth music menu, sound features can be set up. See "Tone Settings" under "AM-FM Radio" previously in this section.

**Auto Volume**

Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

**Manage Bluetooth Devices**

1. Touch Audio Settings.

2. Touch Manage Bluetooth Devices.

3. Select the desired device and then connect/disconnect or delete.

**Playing Bluetooth Music**

● Do not change the track too quickly when playing Bluetooth music.

● It takes some time to transmit data from the mobile phone or Bluetooth device to the infotainment system. The

**MJN2442**

infotainment system outputs the audio from the mobile phone or Bluetooth device as it is transmitted.

- If the mobile phone or Bluetooth device is not in the idle screen mode, it may not automatically play despite being carried out from the Bluetooth music play mode.

- The infotainment system transmits the order to play from the mobile phone in the Bluetooth music play mode. If this is done in a different mode, then the device transmits the order to stop. Depending on the mobile phone's options, this order to play/stop may take time to activate.

- If Bluetooth music playback is not functioning, then check to see if the mobile phone is in the idle screen mode.

- Sometimes, sounds may be cut off during Bluetooth music playback.

# OnStar System

### OnStar with 4G LTE



If equipped with OnStar 4G LTE, up to seven devices, such as smartphones, tablets, and laptops, can be connected to high-speed Internet through the vehicle's built-in Wi-Fi hotspot.

Call 1-888-4-ONSTAR (1-888-466-7827) to connect to an OnStar Advisor for assistance. See www.onstar.com for a detailed instruction guide, vehicle availability, details, and system limitations. Services and apps vary by make, model, year, carrier, availability, and conditions. 4G LTE service is available in select markets. 4G LTE performance is based on industry averages and vehicle systems design. Some services require a data plan.

# MJN2443

# Phone

## Bluetooth

### Bluetooth Wireless Technology

Bluetooth wireless technology establishes a wireless link between two devices supported with Bluetooth. After the initial pairing, the two devices can connect automatically when turned on. Bluetooth allows wireless transmission of information among Bluetooth phones, PDAs, or other devices within close range by using 2.45 GHz frequency short-distance wireless telecommunication technologies. Within this vehicle, users can make hands-free calls, transmit hands-free data, and play audio streaming files by connecting a mobile phone with the system.

- There may be restrictions on using Bluetooth wireless technology in some locations.

- Due to the variety of Bluetooth devices and their firmware versions, the device may respond differently when performing over Bluetooth.

- See the device's user guide for questions about Bluetooth functionality.

- Multi-pairing is not supported.

### Pairing and Connecting Bluetooth

To use the Bluetooth feature, make sure the Bluetooth on the device is turned on and the device is in discoverable mode. See the Bluetooth device's user guide.

**When There Is no Paired Device on the Infotainment System**

1. Touch ⦂⦂.

2. Touch Phone, then Add Device.

3. From the device's Bluetooth settings list, select myChevrolet.

4. Touch Code Matches.

5. Verify phone matches.

When the Bluetooth device and infotainment system are successfully paired, the Phone screen appears on the infotainment display.

When the connection fails, a failure message appears on the infotainment display.

**When There Is a Paired Device on the Infotainment System**

1. Touch ⦂⦂.

2. Touch Settings, then Devices on the display.

3. Touch the device to pair from the list, and then follow Step 5.

   To add a device not in the list, touch Add Device.

4. From the device's Bluetooth settings list, select myChevrolet.

5. When the Bluetooth device and the infotainment system are successfully paired, ♪ / ☎ is displayed.

**MJN2444**

- The connected mobile phone is highlighted by a ☏ mark.

- The ♪ / ☏ mark indicates the hands-free and mobile phone music function are enabled.

- The ☏ mark indicates only Hands-Free function is enabled.

- The ♪ mark indicates only Bluetooth music is enabled.

- When the Bluetooth device and the infotainment system are successfully paired, the contact list downloads automatically, depending on the type of mobile phone. If the contact list does not download automatically, proceed with the download on the mobile phone. Always accept the contact list request on the initial pairing of the mobile phone.

- The infotainment system can register up to 10 Bluetooth devices.

- When the connection fails, the failure message displays on the infotainment system.

- If the contact list has more than 5,000 contacts, the infotainment system may not properly list the remaining entries.

- Depending on the number of contact entries, pairing time may vary.

### Checking the Connected Bluetooth Device

1. Touch ⊙.

2. Touch Settings, then Devices.

3. The connected device will be displayed on the top of the list.

### Disconnecting the Bluetooth Device

1. Touch ⊙.

2. Touch Settings, then Devices.

3. Touch the name of the device to disconnect.

4. Touch Disconnect Device.

### Connecting the Bluetooth Device

1. Touch ⊙.

2. Touch Settings, then Devices.

3. Touch the device to connect.

### Deleting the Bluetooth Device

1. Touch ⊙.

2. Touch Settings, then Devices.

3. Touch Delete next to the device to delete.

4. Touch Delete.

## Apple CarPlay and Android Auto

If equipped, Android Auto and/or Apple CarPlay capability may be available through a compatible smartphone. If available, Projection will appear on the Home Page of the infotainment display.

**MJN2445**

To use Android Auto or Apple CarPlay:

1. Download the Android Auto app to your phone from the Google Play store. No app is required for Apple CarPlay.

2. Connect an Android phone or iPhone by using the compatible phone USB cable and plugging into a USB data port. For best performance, use the device's factory-provided USB cable. Aftermarket or third-party cables may not work.

3. When the phone is first connected to activate Apple CarPlay or Android Auto, the message "Device Projection Privacy Consent" will appear.

   ● Select Continue to launch Apple CarPlay or Android Auto.

   ● Select Disable to remove Apple CarPlay and Android Auto capability from the vehicle Settings menu. Other functions may still work.

Projection on the Home Page will change to Android Auto or Apple CarPlay depending on the phone. Android Auto and/or Apple CarPlay may automatically launch upon USB connection. If not, touch the Android Auto and/or Apple CarPlay icon on the Home Page to launch.

Press ⌂ on the center stack to return to the Home Page.

For further information on how to set up Android Auto and Apple CarPlay in the vehicle, see www.my.chevrolet.com or see *Customer Assistance Offices ⇨ 317*.

Android Auto is provided by Google and is subject to Google's terms and privacy policy. Apple CarPlay is provided by Apple and is subject to Apple's terms and privacy policy. Data plan rates apply. For Android Auto support see https://support.google.com/androidauto. For Apple CarPlay support see www.apple.com/ios/carplay/. Apple or Google may change or suspend availability at any time. Android Auto, Android, Google, Google Play,

and other marks are trademarks of Google Inc.; Apple CarPlay is a trademark of Apple Inc.

## Hands-Free Phone

### Making a Call by Entering the Phone Number

1. Touch ⊡.

2. Touch Phone.

3. Enter the phone number using the keypad on the Phone screen.

4. Touch 📞 on the display to call the phone number.

If the wrong number is entered, touch ✕ to delete the entered number one digit at a time. Or touch and hold ✕ to delete all entered numbers.

### Switching a Call to the Mobile Phone (Private Mode)

1. To switch the call to the mobile phone instead of the Bluetooth hands-free, touch 📱⁾.

**MJN2446**

2. To switch the call back to the Bluetooth hands-free, touch 📢 again.

### Switching the Microphone On/Off

Switch the microphone on/off by touching 🎙.

### Calling by Re-Dial

Touch 📞 on the display.

### Taking Calls

1. When a phone call comes through the Bluetooth connected mobile phone, the playing track will be cut off and the phone will ring with the relevant information displayed.

2. To talk on the phone, press 🗣 on the steering wheel control or touch 📞 on the display.

   To reject the call, press 🔇 on the steering wheel control or touch 📴 on the display.

### Using the Contacts Menu

1. Touch the contacts menu on the Phone screen.

2. Select the contact entry to call.

   - To call another phone number in the same contacts, touch More in the Contacts screen and touch the desired phone number.

   - In the Contacts screen, touch ★ to add the contact to favorites. Touch ★ again to remove the contact from favorites.

### Making a Call from Favorites

1. Touch the favorites menu on the Phone screen.

2. Select the contact to call.

The Favorites list is not synchronized with the mobile phone and is stored separately.

### Making a Call from Call History

1. Touch 📞 RECENT on the Phone screen.

2. Select the contact to call.

   - 📞: Incoming call

   - 📞: Outgoing call

   - 📞: Missed call

### Making a Call with Speed Dial Numbers

Touch and hold a speed dial number using the keypad on the Phone screen.

Only speed dial numbers already stored on the mobile phone can be used for speed dial calls. Up to two-digit speed dial numbers are supported.

For two-digit speed dial numbers, touch and hold the second digit to make a call to the speed dial number.

**MJN2447**

**Voice Mail**

The default voice mail number is the phone number of the currently connected mobile phone. The voice mail number can be changed in Bluetooth settings.

To dial a voice mail number:

1. Touch 💬.

2. Touch Phone, then Voice Mail.

# Settings

## Operation of the Settings Menu

The infotainment system can be customized to make it easier to use.

1. Touch 💬.

2. Touch Settings.

3. Touch the desired menu to select the item or to display the item's detailed menu.

4. Touch ⬅ to return to the previous menu.

Settings menus and functions may vary depending on vehicle options.

## Radio Settings

1. Touch 💬.

2. Touch Settings, then touch Radio Settings.

   ● Auto Volume: Volume will be automatically controlled. See "Auto Volume" under "AM-FM Radio" previously in this section.

● Maximum Start-Up Volume: Set the Maximum Start-Up Volume from 13 to 37.

● Audio Cues: Set the Audio Cues feature to On or Off.

● Audio Cues Volume: Set the Audio Cues Volume from 10 to 63.

● Audio Volume Setting: Set all Audio Volume features.

Audio Cues Volume is only available when Audio Cues is set to On.

## Devices

1. Touch 💬.

2. Touch Settings, then touch Devices.

3. Select the desired device and connect/disconnect or delete.

To add a new Bluetooth device, touch Add Device.

## Bluetooth Phone

1. Touch 💬.

**MJN2448**

2. Touch Settings, then Bluetooth Phone and touch ▮ to scroll to the desired mobile phone. This is only available when the device is connected.

- My Number: Displays the current connected phone number.
- Privacy: Set whether or not incoming call alerts are shown on the infotainment display.
- Sort Contacts: Set to First name, surname or Surname, first name.
- Resync Device Contacts: Resync the contacts list for the current connected mobile phone.

### Apple CarPlay

1. Touch ⊙.
2. Touch Settings and find Apple CarPlay.
3. Select On or Off.

### Android Auto

1. Touch ⊙.
2. Touch Settings and find Android Auto.
3. Select On or Off.

Even if Projection is set to Off, connecting the device and touching Projection on the Home Page will display a pop-up message:

- For Apple CarPlay function: "While active, Apple CarPlay will be displayed on this screen."
- For Android Auto function: "While active, Android Auto will be displayed on this screen."

When the device is first connected, the device projection privacy consent pop-up message will be displayed.

- Touch Continue to activate the projection feature.
- Touch Disable and the device is charging only.

If Android Auto is not activated, make sure the mobile phone's USB connection mode is set to MTP.

If the device has not previously been paired, the consent pop-up will display when touching continue.

## Teen Driver

If equipped, this allows multiple keys to be registered for beginner drivers, to encourage safe driving habits. When the vehicle is started with a Teen Driver key, it will automatically activate certain safety systems, allow setting of some features, and limit the use of others. The Report Card will record vehicle data about driving behavior that can be viewed later. When the vehicle is started with a registered key, the Driver Information Center (DIC) displays a message that Teen Driver is active.

**To access:**

1. Touch Settings on the Home Page, then touch Teen Driver.

**MJN2449**

2. Create a Personal Identification Number (PIN) by choosing a four-digit PIN. Re-enter the PIN to confirm. To change the PIN, select Change PIN.

**The PIN is required to:**

- Register or unregister keys.
- Change Teen Driver settings.
- Change or clear the Teen Driver PIN.
- Access or delete Report Card data.

**Register keys to activate:**

Any vehicle key can be registered, up to a maximum of eight keys. Label the key to tell it apart from the other keys.

1. Start the vehicle.
2. The vehicle must be in P (Park).
3. From the Settings menu, select Teen Driver.
4. Enter the PIN.

5. Place the Remote Keyless Entry (RKE) transmitter key in the transmitter pocket. See *Remote Keyless Entry (RKE) System Operation* ⇨ *8* for the transmitter pocket location.

6. From the Teen Driver Menu, select Key Registration.

- If the transmitter key is in the transmitter pocket, it will identify whether the transmitter key is registered or unregistered.
- If the transmitter key is not registered, the option to register displays. Select Register and a confirmation message displays.
- If the transmitter key is already registered, the option to unregister displays. If Unregister is selected, the transmitter key is no longer registered and a confirmation message displays.

If a Teen Driver transmitter key and a non-Teen Driver transmitter key are both present at start up, the vehicle will recognize the non-Teen Driver transmitter key to start the vehicle. The Teen Driver settings will not be active.

**Manage Settings**

Use the PIN to change the following settings:

**Audio Volume Limit :** Allows a maximum radio volume to be set. Turn the audio volume limit On or Off, and if equipped, choose the maximum level for the audio volume.

**Teen Driver Speed Warning :** Allows for setting a visual and audible warning when a certain speed is exceeded. The speed warning is selectable from 64 km/h (40 mph) to 120 km/h (75 mph). The speed warning does not limit the speed of the vehicle.

**Teen Driver Speed Limiter (If Equipped) :** Allows the maximum speed of the vehicle to be limited to 137 km/h (85 mph). When the speed

**MJN2450**

limiter is turned On and the vehicle is started with a Teen Driver key, the DIC displays a message that the top speed is limited to 137 km/h (85 mph).

When Teen Driver is Active:

- The radio will mute when the driver seat belt is not fastened, and in some vehicles, when the right front passenger seat belt is not fastened. The audio from any device paired to the vehicle will also be muted.

- Certain electronic devices placed on the front passenger seat could cause the passenger sensing system to falsely sense an unbuckled front passenger and mute the radio. See *Passenger Sensing System* ⇨ *53*.

- Some safety systems, such as Automatic Emergency Braking, if equipped and supported, cannot be turned off.

- The gap setting for the Forward Collision Alert, if equipped, cannot be changed.

**Report Card**

The vehicle owner must secure the driver's consent to record certain vehicle data when the vehicle is driven with a registered Teen Driver key. There is one Report Card per vehicle. Data is not recorded when Teen Driver is not active.

The Report Card data is collected from the time Teen Driver is activated or the last time the Report Card was reset. The following items may be recorded:

- Distance Driven – the total distance driven.

- Maximum Speed – the maximum vehicle speed recorded.

- Overspeed Warnings – the number of times the speed warning setting was exceeded.

- Forward Collision Alerts – the number of times the driver was notified when approaching a vehicle ahead too quickly and at potential risk for a crash.

- Forward Collision Avoidance Braking – the number of times the vehicle detected that a forward collision was imminent and applied the brakes. Also referred to as Automatic Emergency Braking.

- Stability Control – the number of events which required the use of electronic stability control.

- ABS Active – the number of Antilock Brake System activations.

- Tailgating Alerts – the number of times the driver was alerted for following the vehicle ahead too closely.

- Traction Control – the number of times the Traction Control System activated to reduce wheel spin or loss of traction.

- Wide Open Throttle – the number of times the accelerator pedal was pressed nearly all the way down.

**MJN2451**

### Delete Report Card Data

Data is saved for all trips until the data is deleted using the PIN or until the maximum count is exceeded. Each item will report a maximum of 1,000 counts. The distance driven will report a maximum of 64,374 km (40,000 mi).

To delete Report Card data, do one of the following:

- From the Report Card display, select Reset.
- Select Clear All Teen Keys/PIN from the Teen Driver menu. This will also unregister any Teen Driver keys and delete the PIN.

### Forgotten PIN

See your dealer to reset the PIN.

# Trademarks and License Agreements

### FCC Information

See *Radio Frequency Statement* ⇨ *325*.

### Bluetooth®

The Bluetooth word mark and logos are owned by the Bluetooth® SIG, Inc. and any use of such marks by General Motors is under license. Other trademarks and trade names are those of their respective owners.



Made for

 iPod 📱 iPhone

"Made for iPod" and "Made for iPhone" mean that an electronic accessory has been designed to connect specifically to iPod or iPhone and has been certified by the developer to meet Apple performance standards.

iPod and iPhone are trademarks of Apple Computer, Inc., registered in the U.S. and other countries.



Fees and Taxes: Subscription fee, taxes, one time activation fee, and other fees may apply. Subscription fee is consumer only. All fees and programming subject to change. Subscriptions subject to Customer Agreement available at www.siriusxm.com or www.siriusxm.ca. SiriusXM® service only available in the 48 contiguous United States and Canada.

In Canada: Some deterioration of service may occur in extreme northern latitudes. This is beyond the control of SiriusXM® Satellite Radio.

**MJN2452**

It is prohibited to copy, decompile, disassemble, reverse engineer, hack, manipulate, or otherwise make available any technology or software incorporated in receivers compatible with the SiriusXM Satellite Radio System or that support the SiriusXM website, the Online Service or any of its content. Furthermore, the AMBER voice compression software included in this product is protected by intellectual property rights including patent rights, copyrights, and trade secrets of Digital Voice Systems, Inc.

General Requirements:

1. A License Agreement from SiriusXM is required for any product that incorporates SiriusXM Technology and/or for use of any of the SiriusXM marks to be manufactured, distributed, or marketed in the SiriusXM Service Area.

2. For products to be distributed, marketed, and/or sold in Canada, a separate agreement is required with Canadian Satellite Radio Inc. (operating as SiriusXM Canada).

**FreeType 2**

Portions of this software are copyright $^{®}$ 2007-2012 The FreeType Project (www.freetype.org). All rights reserved.

**Libjpeg**

The navigation software is based in part on the work of the independent JPEG Group.

**MJN2453**

# Climate Controls

## Climate Control Systems
Automatic Climate Control
System ...................... 165

## Air Vents
Air Vents ..................... 169

## Maintenance
Air Intake ..................... 170
Passenger Compartment Air
Filter ........................ 170
Air Conditioning Regular
Operation ................... 171
Service ....................... 171

# Climate Control Systems

## Automatic Climate Control System

The climate control buttons on the center stack and on the climate control display are used to adjust the heating, cooling, and ventilation.



**Center Stack Climate Controls**

1. Defrost/Defog
2. Air Delivery Mode Controls
3. Max Defrost
4. Manual Fan Control Buttons

5. Temperature Control Knob
6. AUTO (Automatic Operation)
7. Rear Window Defogger

### Climate Control Display



1. Driver and Passenger Heated Seats (If Equipped)
2. Climate On-Off
3. Recirculation
4. Heater Power
5. A/C (Air Conditioning) Power
6. Fan Speed and Temperature Status

**MJN2454**

The heated seats, if equipped, climate on/off, recirculation, heat, and air conditioning can be controlled by touching Climate Settings on the infotainment Home Page.

A selection can then be made on the climate settings page.

### Automatic Operation

The system automatically controls the fan speed, air delivery, air conditioning, electric heating, and recirculation to heat or cool the vehicle to the selected temperature.

When AUTO is lit, all five functions operate automatically. Each function can also be manually set and the selected setting is displayed or the indicator is lit. Functions not manually set will continue to be automatically controlled, even if the AUTO indicator is not lit.

For automatic operation:

1. Press AUTO.

2. Set the temperature. An initial setting of 22 °C (72 °F) is recommended. Allow the system time to stabilize. Adjust the temperature as needed.

### Manual Operation

**ON :** Touch to turn the climate control system on and off.

The climate control system will turn on when any climate control button is pressed on the center stack or touched on the climate control display. To turn the system off, touch ON again.

**⚙ or ❄ :** Press the buttons to increase or decrease the fan speed. The fan speed setting appears on the climate control display. Manually adjusting the fan speed cancels automatic fan control. Press AUTO to return to automatic operation. Touch ON to turn off the fan and the climate control system.

**Temperature Control :** Turn the knob clockwise or counterclockwise to increase or decrease the temperature setting.

**Air Delivery Mode Control :** Press ➡, 🔽, or 🔼 on the center stack to change the direction of airflow. Any combination of the three buttons can be selected. The selected air delivery mode button indicator is lit.

Pressing any button cancels automatic air delivery control and the direction of the airflow can be controlled manually. Press AUTO to return to automatic operation.

🔼 : Air is directed to the windshield.

🔽 : Air is directed to the instrument panel outlets.

➡ : Air is directed to the floor outlets.

🔼 **MAX :** Air is directed to the windshield and the fan runs at a higher speed. Fog or frost is cleared from the windshield more quickly. When the button is pressed again, the system returns to the previous mode setting.

**MJN2455**

For best results, clear all snow and ice from the windshield before defrosting.

⤺ : Touch to turn on recirculation.

An indicator light comes on. Air is recirculated to quickly cool the inside of the vehicle or to reduce the entry of outside air and odors. Using the recirculation mode for extended periods may cause the windows to fog. If this happens, select the defrost mode.

Using air conditioning and recirculation together for long periods of time may cause the air inside the vehicle to become too dry. To prevent this from happening, after the air in the vehicle has cooled, turn the recirculation mode off.

Touching this button cancels automatic recirculation. Press AUTO to return to automatic operation; recirculation runs automatically as needed.

≋ **HEAT :** Touch to turn the heater on when the fan is on.

**A/C :** Touch to turn the air conditioning on when the fan is on.

**Auto Defog :** The system will monitor high humidity inside the vehicle. When high humidity is detected, the climate control system may adjust to outside air supply and turn on the air conditioner or the heater. The fan speed may slightly increase to help prevent fogging. When high humidity is no longer detected, the system will return to its prior operation. To turn Auto Defog off or on, see "Climate and Air Quality" under *Vehicle Personalization* ⇨ *123*.

**Auto Heated Seats :** If equipped, when the vehicle is on, this feature will automatically activate the heated seats at the level required by the vehicle's interior temperature. In auto mode, the indicators automatically show the level setting required.

Use the manual heated seat buttons on the infotainment display to turn auto heated seats off. Once this

feature is turned off, the auto heated seats will be activated the next time the vehicle is turned on.

In manual mode, the controls can be accessed while the vehicle is on by touching ⤵ or ⤷ with three level indicators high, medium, low or off on the climate control display. If the passenger seat is unoccupied, the auto heated seats feature will not activate that seat. See *Heated Front Seats* ⇨ *35* and *Vehicle Personalization* ⇨ *123*.

**Rear Window Defogger**

⊞ : Press to turn the rear window defogger on or off. An indicator light on the button comes on to show that the rear window defogger is on.

The defogger only works when the vehicle is on. The defogger will turn off if the vehicle is turned off.

**MJN2456**

---

**Caution**

Do not try to clear frost or other material from the inside of the front windshield and rear window with a razor blade or anything else that is sharp. This may damage the rear window defogger grid and affect the radio's ability to pick up stations clearly. The repairs would not be covered by the vehicle warranty.

---

**Remote Start :** The climate control system may be started by using the Remote Keyless Entry (RKE) transmitter. The climate control system will default to an appropriate heating or cooling mode. See *Remote Start ⇨ 16.*

The rear window defogger turns on if it is cold outside.

**Mobile Application Feature**

If equipped, this feature allows a smartphone to set the start-up climate control settings. The following features can be set:

- Temperature
- Fan Speed
- Air Delivery Mode
- Climate Mode
- Recirculation

Once the settings are saved through the application, the vehicle will use these settings when turned on. After the vehicle is turned on, use the climate controls if additional adjustments are desired.

### Sensors

**Indicator Light and Solar Sensor (ILSS)**

The ILSS is on top of the instrument panel, near the windshield, where it monitors solar intensity.

The climate control system uses the sensor information to adjust the temperature, fan speed, recirculation, and air delivery mode for best comfort.

Do not cover the sensor; otherwise the automatic climate control system may not work properly.

**Humidity Sensor**

The humidity sensor is near the base of the inside rearview mirror. The climate control system uses the sensor information to adjust the temperature and recirculation for best comfort.

**Outside Air Temperature Sensor**

The outside air temperature sensor is behind the front grille of the vehicle. The vehicle uses the sensor information to display outside air temperature. The climate control system uses the information to adjust the climate system operation.

**MJN2457**

# Air Vents

Adjustable air vents are in the center and on the side of the instrument panel.



Move the slats to change the direction of the airflow. The center air vent does not close completely.



Move the slats to change the direction of the airflow.

Additional air vents are located beneath the windshield and the driver and passenger side door windows, and in the footwells. These are fixed and cannot be adjusted.

**Operation Tips**

- Keep all outlets open whenever possible for best system performance.

- Clear snow off the hood to improve visibility and help decrease moisture drawn into the vehicle.

- Keep the path under all seats clear of objects to help circulate the air inside the vehicle more effectively.

- Use of non-GM approved hood deflectors can adversely affect the performance of the system.

- Do not attach any devices to the air vent slats. This restricts airflow and may cause damage to the air vents.

**MJN2458**

# Maintenance

## Air Intake



The air intake at the base of the windshield under the hood must be kept clear to allow the flow of air into the vehicle. Clear away any ice, snow, or leaves.

## Passenger Compartment Air Filter

The filter reduces the dust, pollen, and other airborne irritants from outside air that is pulled into the vehicle.

Replace the filter as part of routine scheduled maintenance.



1. Open the glove box.



2. Pull the damper and push the side wall to unlock the stopper.

3. Lower the glove box completely.



4. Hold the right side of the filter cover, and then pull and remove it.

5. Install the new air filter.

6. Reinstall the filter cover.

7. Reconnect the glove box damper.

8. Reinstall the glove box.

See your dealer if additional assistance is needed.

**MJN2459**

## Air Conditioning Regular Operation

To ensure continuous efficient performance, operate the air conditioning for a few minutes once a month. The air conditioning will not operate if the outside temperature is too low.

| Caution |
| --- |
| Damage caused by improper refrigerant usage could lead to costly repairs and may not be covered by the vehicle warranty. Refrigerant systems should only be serviced by qualified personnel. Always use the correct refrigerant. |

| ⚠ Warning |
| --- |
| Performing service work to the climate control system could cause personal injury or damage to the vehicle. Climate control systems are serviced by qualified personnel only. |

## Service

All vehicles have a label underhood that identifies the refrigerant used in the vehicle. The refrigerant system should only be serviced by trained and certified technicians. The air conditioning evaporator should never be repaired or replaced by one from a salvage vehicle.
It should only be replaced by a new evaporator to ensure proper and safe operation.

During service, all refrigerants should be reclaimed with proper equipment. Venting refrigerants directly to the atmosphere is harmful to the environment and may also create unsafe conditions based on inhalation, combustion, frostbite, or other health-based concerns.

The air conditioning system requires periodic maintenance. See *Maintenance Schedule* ⇨ *304*.

**MJN2460**

# Driving and Operating

## Driving Information
Driving for Better Energy
  Efficiency . . . . . . . . . . . . . . . . . . 173
Distracted Driving . . . . . . . . . . . . 174
Defensive Driving . . . . . . . . . . . . . 174
Drunk Driving . . . . . . . . . . . . . . . . 174
Control of a Vehicle . . . . . . . . . . . 175
Braking . . . . . . . . . . . . . . . . . . . . . 175
Steering . . . . . . . . . . . . . . . . . . . . . 175
Off-Road Recovery . . . . . . . . . . . 176
Loss of Control . . . . . . . . . . . . . . . 177
Driving on Wet Roads . . . . . . . . 177
Hill and Mountain Roads . . . . . 178
Winter Driving . . . . . . . . . . . . . . . . 179
If the Vehicle Is Stuck . . . . . . . . 179
Vehicle Load Limits . . . . . . . . . . . 180

## Starting and Operating
New Vehicle Break-In . . . . . . . . . 184
Power Button . . . . . . . . . . . . . . . . . 184
Starting and Stopping the
  Vehicle . . . . . . . . . . . . . . . . . . . . 185
Retained Accessory
  Power (RAP) . . . . . . . . . . . . . . . . 186
Shifting Into Park . . . . . . . . . . . . . 186

Shifting out of Park . . . . . . . . . . . 187
Extended Parking . . . . . . . . . . . . . 188

## Electric Vehicle Operating Modes
Driver Selected Operating
  Modes . . . . . . . . . . . . . . . . . . . . . 188

## Electric Drive Unit
Electric Drive Unit . . . . . . . . . . . . 189
One-Pedal Driving . . . . . . . . . . . . 192

## Brakes
Antilock Brake
  System (ABS) . . . . . . . . . . . . . . 193
Electric Parking Brake . . . . . . . . 194
Brake Assist . . . . . . . . . . . . . . . . . 195
Hill Start Assist (HSA) . . . . . . . . 195
Regenerative Braking . . . . . . . . . 196

## Ride Control Systems
Traction Control/Electronic
  Stability Control . . . . . . . . . . . . . 197

## Cruise Control
Cruise Control . . . . . . . . . . . . . . . 199

## Driver Assistance Systems
Driver Assistance Systems . . . 201
Assistance Systems for
  Parking or Backing . . . . . . . . . 202

Assistance Systems for
  Driving . . . . . . . . . . . . . . . . . . . . . 206
Forward Collision Alert (FCA)
  System . . . . . . . . . . . . . . . . . . . . 206
Automatic Emergency
  Braking (AEB) . . . . . . . . . . . . . . 208
Front Pedestrian Braking
  (FPB) System . . . . . . . . . . . . . . . 209
Side Blind Zone
  Alert (SBZA) . . . . . . . . . . . . . . . . 211
Lane Change Alert (LCA) . . . . . 211
Lane Keep Assist (LKA) . . . . . . 213

## Charging
When to Charge . . . . . . . . . . . . . . 216
Plug-In Charging . . . . . . . . . . . . . 216
Delayed Charging Override . . . 220
Charging Status Feedback . . . 221
Charge Cord . . . . . . . . . . . . . . . . . 225
Utility Interruption of
  Charging . . . . . . . . . . . . . . . . . . . 231
Electrical Requirements for
  Battery Charging . . . . . . . . . . . . 232

## Trailer Towing
General Towing
  Information . . . . . . . . . . . . . . . . . 233

## Conversions and Add-Ons
Add-On Electrical
  Equipment . . . . . . . . . . . . . . . . . 233

**MJN2461**

# Driving Information

## Driving for Better Energy Efficiency

Use the following tips to help maximize energy efficiency and range.

In colder temperatures, while these efficiency tips will help, the electric vehicle driving range may be lower due to higher energy usage.

### Acceleration/Braking/Coasting

Avoid unnecessary rapid accelerations and decelerations.

Electric range is maximized at 89 km/h (55 mph) and below. Higher speeds use more energy and can significantly reduce electric range.

Use cruise control when appropriate.

Plan ahead for decelerations and coast whenever possible. For example, do not rush to traffic signals.

Do not shift to N (Neutral) to coast. The vehicle recovers energy while coasting and braking in D (Drive) or L (Low).

### Climate Setting

Using the heat and air conditioning systems decreases the energy available for electric driving.

Optimal energy efficiency is achieved with the heat, air conditioning, and fan turned off.

Use the heated seat feature instead of climate settings. Heating the seat uses less energy than heating the vehicle interior.

Use remote start to heat or cool the interior when the vehicle is plugged in to maximize the electric range by utilizing electricity from the electrical outlet.

In hot weather, avoid parking in direct sunlight or use sunshades inside the vehicle.

Turn off the front and rear window defog/defrost when they are no longer needed.

Avoid driving with the windows open at highway speeds.

## Vehicle Charging/Maintenance

### Charging

Keep the vehicle plugged in, even when fully charged, to keep the battery temperature ready for the next drive. This is important when outside temperatures are extremely hot or cold.

### Maintenance

Always keep the tires properly inflated and the vehicle properly aligned.

The weight of excess cargo in the vehicle affects efficiency and range. Avoid carrying more than is needed.

Avoid unnecessary use of electrical accessories. Power used for functions other than propelling the vehicle will reduce EV range.

Using a rooftop carrier will reduce efficiency due to additional weight and drag.

**MJN2462**

## Distracted Driving

Distraction comes in many forms and can take your focus from the task of driving. Exercise good judgment and do not let other activities divert your attention away from the road. Many local governments have enacted laws regarding driver distraction. Become familiar with the local laws in your area.

To avoid distracted driving, keep your eyes on the road, keep your hands on the steering wheel, and focus your attention on driving.

- Do not use a mobile phone in demanding driving situations. Use a hands-free method to place or receive necessary phone calls.

- Watch the road. Do not read, take notes, or look up information on mobile phones or other electronic devices.

- Designate a front seat passenger to handle potential distractions.

- Become familiar with vehicle features before driving, such as programming favorite radio stations and adjusting climate control and seat settings. Program all trip information into any navigation device prior to driving.

- Wait until the vehicle is parked to retrieve items that have fallen to the floor.

- Stop or park the vehicle to tend to children.

- Keep pets in an appropriate carrier or restraint.

- Avoid stressful conversations while driving, whether with a passenger or on a mobile phone.

{ ⚠ Warning

Taking your eyes off the road too long or too often could cause a crash resulting in injury or death. Focus your attention on driving.

Refer to the Infotainment section for more information on using that system, including pairing and using a mobile phone.

## Defensive Driving

Defensive driving means "always expect the unexpected." The first step in driving defensively is to wear the seat belt.

- Assume that other road users (pedestrians, bicyclists, and other drivers) are going to be careless and make mistakes. Anticipate what they might do and be ready.

- Allow enough following distance between you and the driver in front of you.

- Focus on the task of driving.

## Drunk Driving

Death and injury associated with drinking and driving is a global tragedy.

**MJN2463**

## ⚠ Warning

Drinking and then driving is very dangerous. Your reflexes, perceptions, attentiveness, and judgment can be affected by even a small amount of alcohol. You can have a serious — or even fatal — collision if you drive after drinking.

Do not drink and drive or ride with a driver who has been drinking. Ride home in a cab; or if you are with a group, designate a driver who will not drink.

## Control of a Vehicle

Braking, steering, and accelerating are important factors in helping to control a vehicle while driving.

## Braking

Braking action involves perception time and reaction time. Deciding to push the brake pedal is perception time. Actually doing it is reaction time.

Average driver reaction time is about three-quarters of a second. In that time, a vehicle moving at 100 km/h (60 mph) travels 20 m (66 ft), which could be a lot of distance in an emergency.

Helpful braking tips to keep in mind include:

- Keep enough distance between you and the vehicle in front of you.
- Avoid needless heavy braking.
- Keep pace with traffic.

## Steering

### Caution

To avoid damage to the steering system, do not drive over curbs, parking barriers, or similar objects at speeds greater than 3 km/h (1 mph). Use care when driving over other objects such as lane dividers and speed bumps. Damage caused by misuse of the vehicle is not covered by the vehicle warranty.



**MJN2464**

### Variable Effort Steering

The vehicle has a steering system that varies the amount of effort required to steer the vehicle in relation to the speed of the vehicle.

The amount of steering effort required is less at slower speeds to make the vehicle more maneuverable and easier to park. At faster speeds, the steering effort increases to provide a sport-like feel to the steering. This provides maximum control and stability.

### Electric Power Steering

The vehicle has electric power steering. It does not have power steering fluid. Regular maintenance is not required.

If power steering assist is lost due to a system malfunction, the vehicle can be steered, but may require increased effort.

If the steering wheel is turned until it reaches the end of its travel and is held against that position for an extended period of time, power steering assist may be reduced.

If the steering assist is used for an extended period of time while the vehicle is not moving, power assist may be reduced.

Normal use of the power steering assist should return when the system cools down.

See your dealer if there is a problem.

### Curve Tips

- Take curves at a reasonable speed.
- Reduce speed before entering a curve.
- Maintain a reasonable steady speed through the curve.
- Wait until the vehicle is out of the curve before accelerating gently into the straightaway.

### Steering in Emergencies

- There are some situations when steering around a problem may be more effective than braking.

- Holding both sides of the steering wheel allows you to turn 180 degrees without removing a hand.
- Antilock Brake System (ABS) allows steering while braking.

## Off-Road Recovery



The vehicle's right wheels can drop off the edge of a road onto the shoulder while driving. Follow these tips:

1. Ease off the accelerator and then, if there is nothing in the way, steer the vehicle so that it straddles the edge of the pavement.

2. Turn the steering wheel about one-eighth of a turn, until the right front tire contacts the pavement edge.

3. Turn the steering wheel to go straight down the roadway.

## Loss of Control

### Skidding

There are three types of skids that correspond to the vehicle's three control systems:

- Braking Skid — wheels are not rolling.

- Steering or Cornering Skid — too much speed or steering in a curve causes tires to slip and lose cornering force.

- Acceleration Skid — too much throttle causes the driving wheels to spin.

Defensive drivers avoid most skids by taking reasonable care suited to existing conditions, and by not overdriving those conditions. But skids are always possible.

If the vehicle starts to slide, follow these suggestions:

- Ease your foot off the accelerator pedal and steer the way you want the vehicle to go. The vehicle may straighten out. Be ready for a second skid if it occurs.

- Slow down and adjust your driving according to weather conditions. Stopping distance can be longer and vehicle control can be affected when traction is reduced by water, snow, ice, gravel, or other material on the road. Learn to recognize warning clues — such as enough water, ice, or packed snow on the road to make a mirrored surface — and slow down when you have any doubt.

- Try to avoid sudden steering, acceleration, or braking, including reducing vehicle speed by shifting to a lower gear. Any sudden changes could cause the tires to slide.

Remember: Antilock brakes help avoid only the braking skid.

## Driving on Wet Roads

Rain and wet roads can reduce vehicle traction and affect your ability to stop and accelerate. Always drive slower in these types of driving conditions and avoid driving through large puddles and deep-standing or flowing water.

### ⚠ Warning

Wet brakes can cause crashes. They might not work as well in a quick stop and could cause pulling to one side. You could lose control of the vehicle.

(Continued)

MJN2466

| Warning (Continued) |
|---|

After driving through a large puddle of water or a car/vehicle wash, lightly apply the brake pedal until the brakes work normally.

Flowing or rushing water creates strong forces. Driving through flowing water could cause the vehicle to be carried away. If this happens, you and other vehicle occupants could drown. Do not ignore police warnings and be very cautious about trying to drive through flowing water.

### Hydroplaning

Hydroplaning is dangerous. Water can build up under the vehicle's tires so they actually ride on the water. This can happen if the road is wet enough and you are going fast enough. When the vehicle is hydroplaning, it has little or no contact with the road.

There is no hard and fast rule about hydroplaning. The best advice is to slow down when the road is wet.

### Other Rainy Weather Tips

Besides slowing down, other wet weather driving tips include:

- Allow extra following distance.
- Pass with caution.
- Keep windshield wiping equipment in good shape.
- Keep the windshield washer fluid reservoir filled.
- Have good tires with proper tread depth.
- Turn off cruise control.

## Hill and Mountain Roads

Driving on steep hills or through mountains is different than driving on flat or rolling terrain.

- Keep the vehicle serviced and in good shape.
- Check all fluid levels and brakes, tires, cooling system, and electric drive unit.

- Keep the vehicle in gear when going down steep or long hills.

| ⚠ Warning |
|---|

Coasting downhill in N (Neutral) or with the vehicle turned off is dangerous. The brakes will have to do all the work of slowing down the vehicle and could become too hot. Hot brakes may not be able to slow the vehicle enough to maintain speed and control. You could crash. Always have the vehicle running and in gear when going downhill. This will allow the electric drive unit to assist in slowing and maintaining speed.

- Drive at speeds to keep the vehicle in its own lane. Do not swing wide or cross the center line.
- Be alert on top of hills. Something could be in your lane (e.g., stalled car, crash).

**MJN2467**

- Pay attention to special road signs (e.g., falling rocks area, winding roads, long grades, passing or no-passing zones) and take appropriate action.

## Winter Driving

### Driving on Snow or Ice

Snow or ice between the tires and the road creates less traction or grip, so drive carefully. Wet ice can occur at about 0 °C (32 °F) when freezing rain begins to fall. Avoid driving on wet ice or in freezing rain until roads can be treated.

### For Slippery Road Driving:

- Recommend using D (Drive) in slippery conditions.

- Accelerate gently. Accelerating too quickly causes the wheels to spin and makes the surface under the tires slick.

- Turn on the Traction Control System (TCS).

- The Antilock Brake System (ABS) improves vehicle stability during hard stops, but the brakes should be applied sooner than when on dry pavement.

- Allow greater following distance and watch for slippery spots. Icy patches can occur on otherwise clear roads in shaded areas. The surface of a curve or an overpass can remain icy when the surrounding roads are clear. Avoid sudden steering maneuvers and braking while on ice.

- Turn off cruise control.

- Avoid using Regen on Demand paddle.

### Blizzard Conditions

Being stuck in snow can be a serious situation. Stay with the vehicle unless there is help nearby. If possible, use Roadside Assistance. See *Roadside Assistance Program* ⇨ *319*. To get help and keep everyone in the vehicle safe:

- Turn on the hazard warning flashers.

- Tie a red cloth to an outside mirror.

To save energy, run the vehicle for only short periods as needed to warm the vehicle and then shut the vehicle off and partially close the window. Moving about to keep warm also helps.

## If the Vehicle Is Stuck

Slowly and cautiously spin the wheels to free the vehicle when stuck in sand, mud, ice, or snow.

The Traction Control System (TCS) must be turned off by pressing the TCS/ESC button. Traction control is not completely off, but will only engage if the maneuver can cause damage to the electric drive unit.

**MJN2468**

### ⚠ Warning

If the vehicle's tires spin at high speed, they can explode, and you or others could be injured. The vehicle can overheat, causing an underhood compartment fire or other damage. Spin the wheels as little as possible and avoid going above 56 km/h (35 mph).

### Rocking the Vehicle to Get it Out

Turn the steering wheel left and right to clear the area around the front wheels. Turn off TCS. Shift back and forth between R (Reverse) and a low forward gear, spinning the wheels as little as possible. To prevent electric drive unit wear, wait until the wheels stop spinning before shifting gears. Release the accelerator pedal while shifting, and press lightly on the accelerator pedal when the electric drive unit is in gear. Slowly spinning the wheels in the forward and reverse directions causes a rocking motion that could free the vehicle. If that does not get the vehicle out after a few tries, it might need to be towed out. See *Towing the Vehicle* ⇨ *290*.

## Vehicle Load Limits

It is very important to know how much weight the vehicle can carry. This weight is called the vehicle capacity weight and includes the weight of all occupants, cargo, and all nonfactory-installed options. Two labels on the vehicle may show how much weight it may properly carry: the Tire and Loading Information label and the Certification label.

### ⚠ Warning

Do not load the vehicle any heavier than the Gross Vehicle Weight Rating (GVWR), or either the maximum front or rear Gross Axle Weight Rating (GAWR). This can cause systems to break and change the way the vehicle handles. This could cause loss of control and a crash. Overloading can also reduce stopping distance, damage the tires, and shorten the life of the vehicle.

**MJN2469**

**Tire and Loading Information Label**



**Label Example**

A vehicle-specific Tire and Loading Information label is attached to the vehicle's center pillar (B-pillar). The Tire and Loading Information label shows the number of occupant seating positions (1), and the maximum vehicle capacity weight (2) in kilograms and pounds.

The Tire and Loading Information label also shows the tire size of the original equipment tires (3) and the recommended cold tire inflation pressures (4). For more information on tires and inflation see *Tires* ⇨ *260* and *Tire Pressure* ⇨ *266*.

There is also important loading information on the Certification label. It may show the Gross Vehicle Weight Rating (GVWR) and the Gross Axle Weight Rating (GAWR) for the front and rear axle. See "Certification Label" later in this section.

**"Steps for Determining Correct Load Limit–**

1. Locate the statement "The combined weight of occupants and cargo should never exceed XXX kg or XXX lbs." on your vehicle's placard.

2. Determine the combined weight of the driver and passengers that will be riding in your vehicle.

3. Subtract the combined weight of the driver and passengers from XXX kg or XXX lbs.

4. The resulting figure equals the available amount of cargo and luggage load capacity. For example, if the "XXX" amount equals 1400 lbs. and there will be five 150 lb passengers in your vehicle, the amount of available cargo and luggage load capacity is 650 lbs. (1400-750 (5 x 150) = 650 lbs.)

5. Determine the combined weight of luggage and cargo being loaded on the vehicle. That weight may not safely

**MJN2470**

exceed the available cargo and luggage load capacity calculated in Step 4.

6. If your vehicle will be towing a trailer, load from your trailer will be transferred to your vehicle. Consult this manual to determine how this reduces the available cargo and luggage load capacity of your vehicle."

This vehicle is neither designed nor intended to tow a trailer.



**Example 1**

1. Vehicle Capacity Weight for Example 1 = 453 kg (1,000 lbs).
2. Subtract Occupant Weight @ 68 kg (150 lbs) × 2 = 136 kg (300 lbs).
3. Available Occupant and Cargo Weight = 317 kg (700 lbs).



**Example 2**

1. Vehicle Capacity Weight for Example 2 = 453 kg (1,000 lbs).

2. Subtract Occupant Weight @ 68 kg (150 lbs) × 5 = 340 kg (750 lbs).
3. Available Cargo Weight = 113 kg (250 lbs).



**Example 3**

1. Vehicle Capacity Weight for Example 3 = 453 kg (1,000 lbs).
2. Subtract Occupant Weight @ 91 kg (200 lbs) × 5 = 453 kg (1,000 lbs).
3. Available Cargo Weight = 0 kg (0 lbs).

**MJN2471**

Refer to the vehicle's Tire and Loading Information label for specific information about the vehicle's capacity weight and seating positions. The combined weight of the driver, passengers, and cargo should never exceed the vehicle's capacity weight.

**Certification Label**



**Label Example**

A vehicle-specific Certification label is attached to the vehicle's center pillar (B-pillar). The label may show the gross weight capacity of the vehicle, called the Gross Vehicle Weight Rating (GVWR). The GVWR includes the weight of the vehicle, all occupants, fuel, and cargo.

{ ⚠ **Warning**

Things inside the vehicle can strike and injure people in a sudden stop or turn, or in a crash.

- Put things in the cargo area of the vehicle. In the cargo area, put them as far forward as possible. Try to spread the weight evenly.

(Continued)

**Warning (Continued)**

- Never stack heavier things, like suitcases, inside the vehicle so that some of them are above the tops of the seats.

- Do not leave an unsecured child restraint in the vehicle.

- Secure loose items in the vehicle.

- Do not leave a seat folded down unless needed.

**MJN2472**

# Starting and Operating

## New Vehicle Break-In

| Caution |
|---|
| Avoid making hard stops for the first 322 km (200 mi). During this time the new brake linings are not yet broken in. Hard stops with new linings can mean premature wear and earlier replacement. Follow this breaking-in guideline every time you get new brake linings. Following break-in, vehicle speed and load can be gradually increased. |

## Power Button



The vehicle has an electronic pushbutton start.

The Remote Keyless Entry (RKE) transmitter must be in the vehicle for the system to operate. If the vehicle will not start, place the RKE transmitter in the transmitter pocket, inside the center console.

**ON/RUN :** This position is for starting and driving. With the vehicle off, and the brake pedal applied, pressing POWER ⏻ once will place the vehicle in ON/RUN. When the vehicle ready light is on in the instrument cluster, the vehicle is ready to be driven. This could take up to 15 seconds at extremely cold temperatures.

### Service Mode

This power mode is available for service and diagnostics, and to verify the proper operation of the service vehicle soon light as may be required for emission inspection purposes. With the vehicle off, and the brake pedal not applied, pressing and holding POWER ⏻ for more than five seconds will place the vehicle in Service Mode. The instruments and audio systems will operate as they do in ON/RUN, but the vehicle will not be able to be driven. The propulsion system will not start in Service Mode. Press POWER ⏻ again to turn the vehicle off.

**MJN2473**

**Caution**

Placing the vehicle in Service Mode will use the 12-volt battery. Do not use Service Mode for an extended period, or the vehicle may not start.

**STOPPING THE VEHICLE/OFF :**
To turn the vehicle off, apply the brakes, press the button on top of the shift lever to shift to P (Park) and press POWER ⏻.

Alternatively, apply the brakes and press POWER ⏻. The electric drive unit will shift to P (Park) then shut off automatically.

Retained Accessory Power (RAP) will remain active until the driver door is opened.

If the vehicle must be shut off in an emergency:

1. Brake using a firm and steady pressure. Do not pump the brakes repeatedly. This may deplete power assist, requiring increased brake pedal force.

2. Shift the vehicle to N (Neutral). This can be done while the vehicle is moving. After shifting to N (Neutral), firmly apply the brakes and steer the vehicle to a safe location.

3. Come to a complete stop, shift to P (Park), and turn the vehicle off by pressing POWER ⏻.

4. Set the parking brake.

**⚠ Warning**

Turning off the vehicle while moving may disable the airbags. While driving, only shut the propulsion system off in an emergency.

If the vehicle cannot be pulled over, and must be shut off while driving, press and hold POWER ⏻ for longer than two seconds, or press twice in five seconds.

## Starting and Stopping the Vehicle

### Starting Procedure

Press the P (Park) button on the shift lever, or move the shift lever into N (Neutral). The propulsion system will not start in any other position.

**Caution**

Do not try to shift to P (Park) if the vehicle is moving or the electric drive unit could be damaged. Shift to P (Park) only when the vehicle is stopped.

**MJN2474**

### Caution

If you add electrical parts or accessories, you could change the way the vehicle operates. Any resulting damage would not be covered by the vehicle warranty.

The Remote Keyless Entry (RKE) transmitter must be in the vehicle. Press the brake pedal, then press and release POWER ⏻.

If the RKE transmitter is not in the vehicle or something is interfering with the transmitter, a message displays in the Driver Information Center (DIC).

If the vehicle will not start due to a low RKE transmitter battery, the vehicle can still be driven. See *Remote Keyless Entry (RKE) System Operation* ⇨ *8*.



A vehicle ready light displays in the lower right corner of the instrument cluster when the vehicle is ready to be driven.

The instrument cluster also displays an active battery gauge when the vehicle is ready to be driven.

### Restarting Procedure

If the vehicle must be restarted while it is still moving, move the shift lever to N (Neutral) and press POWER ⏻ twice without pressing the brake pedal. The propulsion system will not restart in any other position.

A chime will sound if the driver door is opened while the vehicle is on. Always press POWER ⏻ to turn the vehicle off before exiting.

### Stopping Procedure

For information on how to turn the vehicle off, see *Power Button* ⇨ *184*.

## Retained Accessory Power (RAP)

The following features will operate for up to 10 minutes or until the driver door is opened:

- Audio System
- Accessory Power Outlets
- Power Windows

## Shifting Into Park

To shift into P (Park):

1. Hold the brake pedal down and set the parking brake. See *Electric Parking Brake* ⇨ *194*.

2. Press the button on top of the shift lever to shift into P (Park). See *Electric Drive Unit* ⇨ *189*.

3. The P indicator on the shift lever will turn red when the vehicle is in P (Park).

4. Turn the vehicle off.

**MJN2475**

### Leaving the Vehicle with the Propulsion System On

### ⚠ Warning

It is dangerous to get out of the vehicle if the P (Park) button is not pressed with the parking brake set. The vehicle can roll.

Do not leave the vehicle when the propulsion system is running. If you have left the propulsion system running, the vehicle can move suddenly. You or others could be injured. To be sure the vehicle will not move, even when you are on fairly level ground, always set the parking brake and press the P (Park) button.

If the vehicle must be left with the propulsion system on, be sure that the vehicle is in P (Park) with the parking brake set, before leaving the vehicle. After pressing the P (Park) button, hold down the regular brake pedal. If you cannot see the P (Park) indicator in instrument cluster, it means that the vehicle has not shifted to P (Park).

## Shifting out of Park

To shift out of P (Park), the vehicle must be on, the brake pedal must be applied, and the charge cord must be unplugged.



This vehicle is equipped with an electric drive unit. The shift lock release button is designed to prevent inadvertent shifting out of P (Park) unless the ignition is on, the brake pedal is applied, and the shift lock release button is pressed.

Parking the vehicle in extreme cold for several days without the charge cord connected may cause the vehicle not to start. The vehicle will need to be plugged in to allow the high voltage battery to be warmed sufficiently.

The shift lock is always functional except in the case of an uncharged or low charged 12-volt battery (less than 9 volts).

If the vehicle has an uncharged 12-volt battery or a 12-volt battery with low voltage, try charging or jump starting the 12-volt battery.

To shift out of P (Park):

1. Apply the brake pedal.

2. Press POWER ⏻ to start the vehicle.

3. Verify that the vehicle is unplugged and the vehicle ready light is on.

4. Press the shift lock release button on the side of the shift lever.

**MJN2476**

5. Move the shift lever into the desired position.

6. The P indicator will turn white and the gear indicator on the shift lever will turn red when the vehicle is no longer in P (Park).

7. After releasing the shift lever, it will return to the center position.

## Extended Parking

It is best not to park with the vehicle running. If the vehicle is left running, be sure it will not move and there is adequate ventilation.

See *Shifting Into Park* ⇨ *186*.

If the vehicle is left parked and running with the RKE transmitter outside the vehicle, it will continue to run for up to an hour.

If the vehicle is left parked and running with the RKE transmitter inside the vehicle, it will continue to run for up to two hour.

The timer will reset if the vehicle is taken out of P (Park) while it is running.

# Electric Vehicle Operating Modes

## Driver Selected Operating Modes

### Sport Mode

Sport Mode provides more responsive acceleration than Normal Mode, but can reduce efficiency. When the SPORT indicator is not on, the vehicle is in Normal Mode.



**MJN2477**

Press SPORT to select Sport Mode.

Press SPORT again to return to Normal Mode.

An indicator will display in the instrument cluster.

Each time the vehicle is started, it will return to Normal Mode.

Sport Mode may be unavailable if the battery charge is too low.

# Electric Drive Unit



The vehicle uses an electric drive unit. The shift lever always starts from a center position. An amber dot is displayed on the shift pattern. After releasing the shift lever, it will return to the center position.

**P :** This position locks the drive wheels. Use P (Park) when starting the vehicle to ensure the vehicle does not move.

> ### ⚠ Warning
>
> It is dangerous to get out of the vehicle if the P (Park) button is not pressed with the parking brake set. The vehicle can roll.
>
> Do not leave the vehicle when the propulsion system is running. If you have left the propulsion system running, the vehicle can move suddenly. You or others could be injured. To be sure the vehicle will not move, even when you are on fairly level ground, always set the parking brake and press the P (Park) button.

**MJN2478**



The shift lock release button is designed to prevent inadvertent shifting out of P (Park) unless the vehicle has been started, the brake pedal is applied, and the shift lock release button is pressed.

When the vehicle is stopped, apply the brakes and press the button on top of the shift lever to shift to P (Park).

The vehicle will not shift into P (Park) if it is moving too fast. Stop the vehicle and shift into P (Park).

To shift in and out of P (Park), see Shifting Into Park and Shifting out of Park.

**R :** Use this gear to back up.

If the vehicle is shifted from either R (Reverse) to D (Drive), or D (Drive) to R (Reverse) while the speed is too high, the vehicle will shift to N (Neutral). Reduce the vehicle speed and try the shift again.

To shift into R (Reverse):

1. Bring the vehicle to a complete stop.

2. Press the shift lock release button on the side of the shift lever.

3. From the center position, move the shift lever forward, and then to the left. R is illuminated in red.

4. After releasing the shift lever, it will return to the center position.

To shift out of R (Reverse):

1. Bring the vehicle to a complete stop.

2. Shift to the desired gear.

3. After releasing the shift lever, it will return to the center position.

At low vehicle speeds, R (Reverse) can be used to rock the vehicle back and forth to get out of snow, ice, or sand without damaging the electric drive unit.

**N :** In this position, the propulsion system does not connect with the wheels. To restart the propulsion system when the vehicle is already moving, use N (Neutral) only.

| **Caution** |
|---|
| The vehicle is not designed to stay in N (Neutral) for extended periods of time. It will automatically shift into P (Park). |

To shift into N (Neutral):

1. From the center position, move the shift lever forward. If the vehicle is in P (Park), apply the brake pedal and press the shift lock release button while

**MJN2479**

moving the shift lever forward. The shift lever indicator is illuminated in red.

2. After releasing the shift lever, it will return to the center position.

To shift out of N (Neutral):

1. Bring the vehicle to a complete stop.

2. Shift to the desired gear.

3. After releasing the shift lever, it will return to the center position.

## Car Wash Mode

This vehicle includes a Car Wash Mode that allows the vehicle to remain in N (Neutral) for use in automatic car washes.

### Car Wash Mode (Vehicle Off) - Driver In Vehicle

To place the vehicle in N (Neutral) with the vehicle off and occupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Shift to N (Neutral).

4. Turn off the vehicle and release the brake pedal.

5. The indicator should continue to show N. If it does not, repeat Steps 2–4.

6. The vehicle is now ready for the car wash.

### Car Wash Mode (Vehicle Off) - Driver Out of Vehicle

To place the vehicle in N (Neutral) with the vehicle off and unoccupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Open the door.

4. Shift to N (Neutral).

5. Turn off the vehicle and release the brake pedal.

6. The indicator should continue to show N. If it does not, repeat Steps 2–5.

7. Exit the vehicle and close the door. The vehicle is now ready for the car wash.

8. The vehicle may automatically shift into P (Park) upon reentry.

### Car Wash Mode (Vehicle On) - Driver In Vehicle

To place the vehicle in N (Neutral) with the vehicle on and occupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Shift to N (Neutral).

4. Release the brake pedal.

5. The vehicle is now ready for the car wash.

### Car Wash Mode (Vehicle On) - Driver Out of Vehicle

To place the vehicle in N (Neutral) with the vehicle on and unoccupied:

1. Drive to the entrance of the car wash.

2. Apply the brake pedal.

3. Open the door.

4. Shift to N (Neutral). Then release the brake pedal.

**MJN2480**

5. The indicator should continue to show N. If it does not, repeat Steps 2–4.

6. Exit the vehicle and close the door. The vehicle is now ready for the car wash.

7. The vehicle may automatically shift into P (Park) upon reentry.

**D :** This position is for normal driving. If more power is needed for passing, press the accelerator pedal down.

To shift into D (Drive):

1. Bring the vehicle to a complete stop.

2. From the center position, move the shift lever back. If the vehicle is in P (Park) press the shift lock release button on the side of the shift lever, while moving the shift lever back. D is illuminated in red.

3. After releasing the shift lever, it will return to the center position.

To shift out of D (Drive):

1. Bring the vehicle to a complete stop.

2. Shift to the desired gear.

3. After releasing the shift lever, it will return to the center position.

### Caution

Spinning the tires excessively may damage the electric drive unit. The repair will not be covered by the vehicle warranty. If you are stuck, do not spin the tires.

When stopping on a steep hill, use the brakes to hold the vehicle in place.

When shifting to P (Park) on a hill, use the brakes to hold the vehicle then shift to P (Park).

**L :** This position reduces vehicle speed without using the brakes. Use L (Low) on very steep hills and in stop-and-go traffic.

## One-Pedal Driving

With One-Pedal Driving, the accelerator pedal can be used to control the deceleration of the vehicle down to a complete stop.

Completely lifting off the accelerator pedal will result in aggressive deceleration. Partially lifting off the accelerator pedal will allow the deceleration of the vehicle to be adjusted as desired.

The amount of deceleration may vary under Regenerative Power Limited condition. See *Power Indicator Gauge* ⇨ *101*.

Use the brake pedal if emergency braking is required.

To use One-Pedal Driving, place the vehicle in L (Low). Press the accelerator pedal to the desired speed. The deceleration provided by One-Pedal Driving provides full regenerative braking and helps increase energy efficiency. The brake lamps may come on when the accelerator pedal is released or during substantial deceleration from regenerative braking.

**MJN2481**

While operating in One-Pedal Driving, the electric parking brake may apply in some circumstances. This can occur when:

- Driving on slopes.
- The driver's door is open.
- The vehicle has remained stationary for 5 minutes.
- There is a problem with the propulsion system.

To drive again, depress the accelerator pedal, and the electric parking brake will automatically disengage.

One-Pedal Driving may shift the car into P (Park) if the vehicle is pushed once it has been stopped or if a problem with the propulsion system develops.

# Brakes

## Antilock Brake System (ABS)

The Antilock Brake System (ABS) helps prevent a braking skid and maintain steering while braking hard.

ABS performs a system check when the vehicle is first driven. A momentary motor or clicking noise may be heard while this test is going on, and the brake pedal may move slightly. This is normal.



If there is a problem with ABS, this warning light stays on. See *Antilock Brake System (ABS) Warning Light ⇨ 105*.

ABS does not change the time needed to get a foot on the brake pedal and does not always decrease stopping distance. If you get too close to the vehicle ahead, there will not be enough time to apply the brakes if that vehicle suddenly slows or stops. Always leave enough room ahead to stop, even with ABS.

### Using ABS

Do not pump the brakes. Just hold the brake pedal down firmly. Hearing or feeling ABS operate is normal.

### Braking in Emergencies

ABS allows steering and braking at the same time. In many emergencies, steering can help even more than braking.

**MJN2482**

## Electric Parking Brake



The vehicle has an Electric Parking Brake (EPB). The EPB can always be activated, even if the vehicle is off.

The system has a red parking brake status light and an amber parking brake warning light.

There are also parking brake-related Driver Information Center (DIC) messages.

In case of insufficient electrical power, the EPB cannot be applied or released.

Before leaving the vehicle, check the red parking brake status light to ensure that the parking brake is applied.

### EPB Apply

To apply the EPB:

1. Be sure the vehicle is at a complete stop.

2. Pull the EPB switch momentarily.

The red parking brake status light will flash and then stay on once the EPB is fully applied. If the red parking brake status light flashes continuously, then the EPB is only partially applied or there is a problem with the EPB. A DIC message will display. Release the EPB and try to apply it again. If the light does not come on, or keeps flashing, have the vehicle serviced. Do not drive the vehicle if the red parking brake status light is flashing. See your dealer.

If the amber parking brake warning light is on, lift up on the EPB switch and hold it up. Continue to hold the switch until the red parking brake status light remains on. If the amber parking brake warning light is still on, see your dealer.

If the EPB is applied while the vehicle is moving, the vehicle will decelerate as long as the switch is held up. If the switch is held up until the vehicle comes to a stop, the EPB will remain applied.

The vehicle may automatically apply the EPB in some situations when the vehicle is not moving. This is normal, and is done to periodically check the correct operation of the EPB system.

If the EPB fails to apply, block the rear wheels to prevent vehicle movement.

### EPB Release

To release the EPB:

1. Press POWER ⏻ to start the vehicle.

2. Apply and hold the brake pedal.

**MJN2483**

3. Press momentarily on the EPB switch.

The EPB is released when the red parking brake status light is off.

If the amber parking brake warning light is on, release the EPB by pressing down on the EPB switch and holding it down. Continue to hold the switch until the red parking brake status light is off. If either light stays on after release is attempted, see your dealer.

---

### Caution

Driving with the parking brake on can overheat the brake system and cause premature wear or damage to brake system parts. Make sure that the parking brake is fully released and the brake warning light is off before driving.

---

### Automatic EPB Release

The EPB will automatically release if the vehicle is running, placed into gear, and an attempt is made to drive away. Avoid rapid acceleration when the EPB is applied, to preserve parking brake lining life.

## Brake Assist

Brake Assist detects rapid brake pedal applications due to emergency braking situations and provides additional braking to activate the Antilock Brake System (ABS) if the brake pedal is not pushed hard enough to activate ABS normally. Minor noise, brake pedal pulsation, and/or pedal movement during this time may occur. Continue to apply the brake pedal as the driving situation dictates. Brake Assist disengages when the brake pedal is released.

## Hill Start Assist (HSA)

---

### ⚠ Warning

Do not rely on the HSA feature. HSA does not replace the need to pay attention and drive safely.

(Continued)

---

### Warning (Continued)

You may not hear or feel alerts or warnings provided by this system. Failure to use proper care when driving may result in injury, death, or vehicle damage. See *Defensive Driving* ⇨ *174*.

---

When the vehicle is stopped on a grade, Hill Start Assist (HSA) prevents the vehicle from rolling in an unintended direction during the transition from brake pedal release to accelerator pedal apply. The brakes release when the accelerator pedal is applied. If the accelerator pedal is not applied within a few minutes, the Electric Parking Brake will apply. The brakes may also release under other conditions. Do not rely on HSA to hold the vehicle.

HSA is available when the vehicle is facing uphill in a forward gear, or when facing downhill in R (Reverse). The vehicle must come to a complete stop on a grade for HSA to activate.

**MJN2484**

## Regenerative Braking

Some braking energy from the moving vehicle is turned back into electrical energy. This energy is then stored back into the high voltage battery system, increasing energy efficiency.

### Regen on Demand



Regen on Demand allows increased deceleration by pressing and holding the steering wheel paddle.

It works in D (Drive) and L (Low). The accelerator pedal can be used to manage deceleration while using Regen on Demand.

Cruise control will turn off and the brake lamps may come on when this feature is activated.

If the vehicle is in D (Drive) and is brought to a complete stop while the Regen on Demand paddle is held, the vehicle will not creep forward when the paddle is released. The accelerator pedal must be pressed to move the vehicle forward. See "One-Pedal Driving" under *Electric Drive Unit* ⇨ *189*.

If the vehicle is on a steep grade, the brake pedal must be used to hold the vehicle.

Regenerative power may be limited when the battery is near full charge or cold. The regen battery icon will appear gray when limited. The regen power limit is also displayed as a horizontal bar on the power indicator gauge.

Avoid using Regen On Demand under slippery road conditions. Under Regenerative Power Limited Condition, the amount of vehicle deceleration will be limited. Use the brake pedal as the primary braking device.

**MJN2485**

# Ride Control Systems

## Traction Control/ Electronic Stability Control

### System Operation

The vehicle has a Traction Control System (TCS) and StabiliTrak/ Electronic Stability Control (ESC), an electronic stability control system. These systems help limit wheel slip and assist the driver in maintaining control, especially on slippery road conditions.

TCS activates if it senses that any of the drive wheels are spinning or beginning to lose traction. When this happens, TCS applies the brakes to the spinning wheels and reduces propulsion system power to limit wheel spin.

StabiliTrak/ESC activates when the vehicle senses a difference between the intended path and the direction the vehicle is actually traveling. StabiliTrak/ESC selectively applies braking pressure to any one of the vehicle wheel brakes to assist the driver in keeping the vehicle on the intended path.

If cruise control is being used and TCS or StabiliTrak/ESC begins to limit wheel spin, cruise control will disengage. Cruise control may be turned back on when road conditions allow.

Both systems come on automatically when the vehicle is started and begins to move. The systems may be heard or felt while they are operating or while performing diagnostic checks. This is normal and does not mean there is a problem with the vehicle.

It is recommended to leave both systems on for normal driving conditions, but it may be necessary to turn TCS off if the vehicle gets stuck in sand, mud, ice, or snow. See "Turning the Systems Off and On" later in this section.



The indicator light for both systems is in the instrument cluster. This light will:

- Flash when TCS is limiting wheel spin.
- Flash when StabiliTrak/ESC is activated.
- Turn on and stay on when either system is not working.

If either system fails to turn on or to activate, a message displays in the Driver Information Center (DIC), and comes on and stays on to indicate that the system is inactive and is not assisting the driver in maintaining control. The vehicle is safe to drive, but driving should be adjusted accordingly.

**MJN2486**

If ⚠ comes on and stays on:

1. Stop the vehicle.
2. Turn the vehicle off and wait 15 seconds.
3. Start the vehicle.

Drive the vehicle. If ⚠ comes on and stays on, the vehicle may need more time to diagnose the problem. If the condition persists, see your dealer.

### Turning the Systems Off and On



### Caution

Do not repeatedly brake or accelerate heavily when TCS is off. The vehicle driveline could be damaged.

To turn off only TCS, press and release ⚠. The traction off light ⚠ displays in the instrument cluster.

To turn TCS on again, press and release ⚠. The traction off light ⚠ displayed in the instrument cluster will turn off.

If TCS is limiting wheel spin when ⚠ is pressed, the system will not turn off until the wheels stop spinning.

To turn off both TCS and StabiliTrak/ ESC, press and hold ⚠ until the traction off light ⚠ and StabiliTrak/ ESC OFF light ⚠ come on and stay on in the instrument cluster. StabiliTrak can only be disabled below 56 km/h (35 mph).

To turn TCS and StabiliTrak/ESC on again, press and release ⚠. The traction off light ⚠ and StabiliTrak/ ESC OFF light ⚠ in the instrument cluster turn off.

Adding accessories can affect the vehicle performance. See *Accessories and Modifications* ⇨ *237*.

**MJN2487**

# Cruise Control

The cruise control lets the vehicle maintain a speed of about 40 km/h (25 mph) or more without keeping your foot on the accelerator. Cruise control does not work at speeds below 40 km/h (25 mph).

⚠ **Warning**

Cruise control can be dangerous where you cannot drive safely at a steady speed. Do not use cruise control on winding roads or in heavy traffic.

Cruise control can be dangerous on slippery roads. On such roads, fast changes in tire traction can cause excessive wheel slip, and you could lose control. Do not use cruise control on slippery roads.

With the Traction Control System (TCS) or StabiliTrak/Electronic Stability Control (ESC), the system may begin to limit wheel spin while you are using cruise control. If this happens, the cruise control will automatically disengage. See *Traction Control/Electronic Stability Control* ⇨ *197*. If a collision alert occurs when cruise control is activated, cruise control is disengaged. See *Forward Collision Alert (FCA) System* ⇨ *206*. When road conditions allow you to safely use it again, cruise control can be turned back on.

If the brakes or the Regen on Demand paddle are applied, cruise control disengages.

Cruise control will disengage if either TCS or StabiliTrak/ESC is turned off.



⊘ : Press to turn the cruise control system on and off. A white indicator comes on in the instrument cluster when cruise is turned on.

⊘ : Press to disengage cruise control without erasing the set speed from memory.

**+RES :** If there is a set speed in memory, press briefly to resume that speed or press and hold to accelerate. If cruise control is already active, use to increase vehicle speed.

**−SET :** Press briefly to set the speed and activate cruise control. If cruise control is already active, use to decrease vehicle speed.

### Setting Cruise Control

If ⊘ is on when not in use, −SET or +RES could get bumped and go into cruise when not desired. Keep ⊘ off when cruise is not being used.

To set a speed:

1. Press ⊘ to turn the cruise system on.

**MJN2488**

2. Get up to the desired speed.

3. Press and release −SET. The desired set speed briefly appears in the instrument cluster.

4. Remove foot from the accelerator pedal.

The cruise control indicator on the instrument cluster turns green after cruise control has been set to the desired speed. See *Instrument Cluster* ⇨ *96*.

**Resuming a Set Speed**

If the cruise control is set at a desired speed and then the brakes are applied or ⊗ is pressed, the cruise control is disengaged without erasing the set speed from memory.

Once the vehicle speed reaches about 40 km/h (25 mph) or more, briefly press +RES. The vehicle returns to the previous set speed.

**Increasing Speed While Using Cruise Control**

If the cruise control system is already activated:

- Press and hold +RES until the vehicle accelerates to the desired speed, then release it.

- To increase the speed in small increments, briefly press +RES. For each press, the vehicle goes about 1 km/h (1 mph) faster.

The speedometer reading can be displayed in either English or metric units. See *Instrument Cluster* ⇨ *96*. The increment value used depends on the units displayed.

**Reducing Speed While Using Cruise Control**

If the cruise control system is already activated:

- Press and hold −SET until the desired lower speed is reached, then release it.

- To slow down in small increments, briefly press −SET. For each press, the vehicle goes about 1 km/h (1 mph) slower.

The speedometer reading can be displayed in either English or metric units. See *Instrument Cluster* ⇨ *96*. The increment value used depends on the units displayed.

**Passing Another Vehicle While Using Cruise Control**

Use the accelerator pedal to increase the vehicle speed. When you take your foot off the pedal, the vehicle will slow down to the previous set cruise speed. While pressing the accelerator pedal or shortly following the release to override cruise control, briefly pressing −SET will result in cruise control set to the current vehicle speed.

**Using Cruise Control on Hills**

How well the cruise control works on hills depends upon the vehicle speed, load, and the steepness of the hills. When going up steep hills, you might have to step on the accelerator pedal to maintain the vehicle speed. When going downhill, you might have to brake or shift to a lower gear to keep your

speed down. If the brake pedal is applied, cruise control will disengage.

### Ending Cruise Control

There are five ways to end cruise control:

- Step lightly on the brake pedal.
- Press ⊗.
- Shift the electric drive unit to N (Neutral).
- Press ⊙ to turn the cruise control system off completely.
- Activate Regen on Demand. See "Regen on Demand" under *Regenerative Braking* ⇨ *196*.

### Erasing Speed Memory

The cruise control set speed is erased from memory if ⊙ is pressed or if the vehicle is turned off.

# Driver Assistance Systems

This vehicle may have features that work together to help avoid crashes or reduce crash damage while driving, backing, and parking. Read this entire section before using these systems.

⚠ **Warning**

Do not rely on the Driver Assistance Systems. These systems do not replace the need for paying attention and driving safely. You may not hear or see alerts or warnings provided by these systems. Failure to use proper care when driving may result in injury, death, or vehicle damage. See *Defensive Driving* ⇨ *174*.

Under many conditions, these systems will not:

(Continued)

**Warning (Continued)**

- Detect children, pedestrians, bicyclists, or animals.
- Detect vehicles or objects outside the area monitored by the system.
- Work at all driving speeds.
- Warn you or provide you with enough time to avoid a crash.
- Work under poor visibility or bad weather conditions.
- Work if the detection sensor is not cleaned or is covered by ice, snow, mud, or dirt.
- Work if the detection sensor is covered up, such as with a sticker, magnet, or metal plate.
- Work if the area surrounding the detection sensor is damaged or not properly repaired.

(Continued)

**MJN2490**

| **Warning (Continued)** |
| --- |
| Complete attention is always required while driving, and you should be ready to take action and apply the brakes and/or steer the vehicle to avoid crashes. |

### Audible Alert

Some driver assistance features alert the driver of obstacles by beeping. To change the volume of the warning chime, see "Comfort and Convenience" under *Vehicle Personalization* ⇨ *123*.

### Cleaning

Depending on vehicle options, keep these areas of the vehicle clean to ensure the best driver assistance feature performance. Driver Information Center (DIC) messages may display when the systems are unavailable or blocked.





- Front and rear bumpers and the area below the bumpers
- Front grille and headlamps

- Front camera lens in the front grille or near the front emblem
- Front side and rear side panels
- Outside of the windshield in front of the rearview mirror
- Side camera lens on the bottom of the outside mirrors
- Rear side corner bumpers
- Rear Vision Camera above the license plate

## Assistance Systems for Parking or Backing

If equipped, the Rear Vision Camera (RVC), Rear Park Assist (RPA), Surround Vision, and Rear Cross Traffic Alert (RCTA) may help the driver park or avoid objects. Always check around the vehicle when parking or backing.

### Rear Vision Camera (RVC)

When the vehicle is shifted into R (Reverse), the RVC displays an image of the area behind the vehicle in the infotainment display. The previous screen displays when the

**MJN2491**

vehicle is shifted out of R (Reverse) after a short delay. To return to the previous screen sooner, press ⏏ on the center stack, shift into P (Park), or reach a vehicle speed of approximately 12 km/h (8 mph).

Turn ☼ to adjust the display brightness while viewing the infotainment display.



1. View Displayed by the Camera



1. View Displayed by the Camera
2. Corners of the Rear Bumper

Displayed images may be farther or closer than they appear. The area displayed is limited and objects that are close to either corner of the bumper or under the bumper do not display.

A warning triangle may display to show that RPA has detected an object. This triangle changes from amber to red and increases in size the closer the object.

If ⊗ or a service message appears on the infotainment display, there may be a camera malfunction. See your dealer.

## Surround Vision

If equipped, Surround Vision displays an image of the area surrounding the vehicle, along with the front or rear camera views in the infotainment display. The front camera is in the grille or near the front emblem, the side cameras are on the bottom of the outside mirrors, and the rear camera is above the license plate.

The Surround Vision system can be accessed by selecting CAMERA in the infotainment display or when the vehicle is shifted into R (Reverse). To return to the previous screen sooner, press any button on the infotainment system, shift into P (Park), or reach a vehicle speed of approximately 12 km/h (8 mph).

> ⚠ **Warning**
>
> The Surround Vision Cameras have blind spots and will not display all objects near the corners of the vehicle. Folding
>
> (Continued)

**MJN2492**

**Warning (Continued)**

side mirrors that are out of position will not display surround view correctly. Always check around the vehicle when parking or backing.



1. Views Displayed by the Surround Vision Cameras
2. Area Not Shown



1. Views Displayed by the Surround Vision Cameras
2. Area Not Shown

**Camera Views**



Touch the camera view buttons along the bottom of the infotainment display.

**Front/Rear Standard View :**
Displays an image of the area in front or behind the vehicle. Touch Front/Rear Standard View on the infotainment display when a camera view is active. Touching the button multiple times will toggle between front and rear camera views.

If equipped, the front view camera also displays when the Park Assist system detects an object within 30 cm (12 in).

**MJN2493**

**Front/Rear Overhead View :**
Displays a Front or Rear Overhead View of the vehicle. Touching the button will toggle between the two views.

**Side Forward/Rearward View :**
Displays a view that shows objects next to the front or rear sides of the vehicle. Touch Side Forward/Rearward View on the infotainment display when a camera view is active. Touching the button multiple times will toggle between forward and rearward views. Park Assist and RCTA are not available when Side Forward/Rearward view is active.

## Park Assist

If equipped with Rear Park Assist (RPA), as the vehicle moves at speeds of less than 8 km/h (5 mph) the sensors on the bumpers may detect objects up to 2.3 m (7.5 ft) behind the vehicle within a zone of 25 cm (10 in) high off the ground and below bumper level. These detection distances may be shorter during warmer or humid weather.

Blocked sensors will not detect objects and can also cause false detections. Keep the sensors clean of mud, dirt, snow, ice, and slush; and clean sensors after a car wash in freezing temperatures.

> ⚠ **Warning**
>
> The Park Assist system does not detect children, pedestrians, bicyclists, animals, or objects located below the bumper or that are too close or too far from the vehicle. It is not available at speeds greater than 8 km/h (5 mph). To prevent injury, death, or vehicle damage, even with Park Assist, always check the area around the vehicle and check all mirrors before moving forward or backing.



The instrument cluster may have a Park Assist display with bars that show "distance to object" and object location information for RPA. As the object gets closer, more bars light up and the bars change color from yellow to amber to red. When an object is first detected in the rear, one beep will be heard from the rear. When an object is very close, <0.6 m (2 ft) in the vehicle rear, five beeps will sound from the rear depending on object location.

**MJN2494**

### Rear Cross Traffic Alert (RCTA)

If equipped, when the vehicle is shifted into R (Reverse), RCTA uses a red warning triangle with a left or right pointing arrow on the infotainment display to warn of traffic coming from the left or right. This system detects objects coming from up to 20 m (65 ft) from the left or right side of the vehicle. When an object is detected, three beeps sound from the left or right, depending on the direction of the detected vehicle.

## Assistance Systems for Driving

If equipped, when driving the vehicle in a forward gear, Forward Collision Alert (FCA), Lane Departure Warning (LDW), Lane Keep Assist (LKA), Side Blind Zone Alert (SBZA), Lane Change Alert (LCA), Automatic Emergency Braking (AEB), and/or the Front Pedestrian Braking (FPB) System can help to avoid a crash or reduce crash damage.

## Forward Collision Alert (FCA) System

If equipped, the FCA system may help to avoid or reduce the harm caused by front-end crashes. When approaching a vehicle ahead too quickly, FCA provides a red flashing alert on the windshield and rapidly beeps. FCA also lights an amber visual alert if following another vehicle much too closely. FCA detects vehicles within a distance of approximately 60 m (197 ft) and operates at speeds above 8 km/h (5 mph).

### ⚠ Warning

FCA is a warning system and does not apply the brakes. When approaching a slower-moving or stopped vehicle ahead too rapidly, or when following a vehicle too closely, FCA may not provide a warning with enough time to help avoid a crash. It also may not provide any warning at all. FCA

(Continued)

### Warning (Continued)

does not warn of pedestrians, animals, signs, guardrails, bridges, construction barrels, or other objects. Be ready to take action and apply the brakes.

### Detecting the Vehicle Ahead



FCA warnings will not occur unless the FCA system detects a vehicle ahead. When a vehicle is detected, the vehicle ahead indicator will display green. Vehicles may not be detected on curves, highway exit ramps, or hills, due to poor visibility; or if a vehicle ahead is partially blocked by pedestrians or other objects. FCA will not detect another vehicle ahead until it is completely in the driving lane.

**MJN2495**

### ⚠ Warning

FCA does not provide a warning to help avoid a crash, unless it detects a vehicle. FCA may not detect a vehicle ahead if the FCA sensor is blocked by dirt, snow, or ice, or if the windshield is damaged. It may also not detect a vehicle on winding or hilly roads, or in conditions that can limit visibility such as fog, rain, or snow, or if the headlamps or windshield are not cleaned or in proper condition. Keep the windshield, headlamps, and FCA sensors clean and in good repair.

### Collision Alert



When your vehicle approaches another detected vehicle too rapidly, the red FCA display will flash on the windshield. Also, eight rapid high-pitched beeps will sound from the front. When this Collision Alert occurs, the brake system may prepare for driver braking to occur more rapidly which can cause a brief, mild deceleration. Continue to apply the brake pedal as the driving situation dictates. Cruise control may be disengaged when the Collision Alert occurs.

### Tailgating Alert

The vehicle ahead indicator will display amber when you are following a detected vehicle ahead much too closely.

### Selecting the Alert Timing

The Collision Alert control is on the steering wheel. Press ⫶ to set the FCA timing to far, medium, near, or off. The first button press shows the current control setting on the DIC. Additional button presses will change this setting. The chosen setting will remain until it is changed and will affect the timing of both the Collision Alert and the Tailgating Alert features. The timing of both alerts will vary based on vehicle speed. The faster the vehicle speed, the farther away the alert will occur. Consider traffic and weather conditions when selecting the alert timing. The range of selectable alert timing may not be appropriate for all drivers and driving conditions.

### Following Distance Indication

The following distance to a moving vehicle you are following is indicated in following time in seconds on the Driver Information Center (DIC).

The minimum following time is 0.5 seconds away. If there is no vehicle detected ahead, or the vehicle ahead is out of sensor range, dashes will be displayed.

### Unnecessary Alerts

FCA may provide unnecessary alerts to turning vehicles, vehicles in other lanes, objects that are not

**MJN2496**

vehicles, or shadows. These alerts are normal operation and the vehicle does not need service.

### Cleaning the System

If the FCA system does not seem to operate properly, this may correct the issue:

● Clean the outside of the windshield in front of the rearview mirror.

● Clean the entire front of the vehicle.

● Clean the headlamps.

## Automatic Emergency Braking (AEB)

If the vehicle has Forward Collision Alert (FCA), it also has AEB, which includes Intelligent Brake Assist (IBA). When the system detects a vehicle ahead in your path that is traveling in the same direction that you may be about to crash into, it can provide a boost to braking or automatically brake the vehicle. This can help avoid or lessen the severity of crashes when driving in a forward gear. Depending on the situation, the vehicle may automatically brake moderately or hard. This automatic emergency braking can only occur if a vehicle is detected. This is shown by the FCA vehicle ahead indicator being lit. See *Forward Collision Alert (FCA) System* ⇨ *206*.

The system works when driving in a forward gear between 8 km/h (5 mph) and 80 km/h (50 mph). It can detect vehicles up to approximately 60 m (197 ft).

{ ⚠ **Warning**

AEB is an emergency crash preparation feature and is not designed to avoid crashes. Do not rely on AEB to brake the vehicle. AEB will not brake outside of its operating speed range and only responds to detected vehicles.

AEB may not:

(Continued)

**Warning (Continued)**

● Detect a vehicle ahead on winding or hilly roads.

● Detect all vehicles, especially vehicles with a trailer, tractors, muddy vehicles, etc.

● Detect a vehicle when weather limits visibility, such as in fog, rain, or snow.

● Detect a vehicle ahead if it is partially blocked by pedestrians or other objects.

Complete attention is always required while driving, and you should be ready to take action and apply the brakes and/or steer the vehicle to avoid crashes.

AEB may slow the vehicle to a complete stop to try to avoid a potential crash. If this happens, AEB may engage the Electric Parking Brake (EPB) to hold the vehicle at a stop. Release the EPB or firmly press the accelerator pedal.

**MJN2497**

### ⚠ Warning

AEB may automatically brake the vehicle suddenly in situations where it is unexpected and undesired. It could respond to a turning vehicle ahead, guardrails, signs, and other non-moving objects. To override AEB, firmly press the accelerator pedal, if it is safe to do so.

### Intelligent Brake Assist (IBA)

IBA may activate when the brake pedal is applied quickly by providing a boost to braking based on the speed of approach and distance to a vehicle ahead.

Minor brake pedal pulsations or pedal movement during this time is normal and the brake pedal should continue to be applied as needed. IBA will automatically disengage only when the brake pedal is released.

### ⚠ Warning

IBA may increase vehicle braking in situations when it may not be necessary. You could block the flow of traffic. If this occurs, take your foot off the brake pedal and then apply the brakes as needed.

AEB and IBA can be disabled through vehicle personalization. See "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *123*.

A system unavailable message may display if:

- The front of the vehicle or windshield is not clean.
- Heavy rain or snow is interfering with object detection.
- There is a problem with the StabiliTrak system.

The AEB system does not need service.

## Front Pedestrian Braking (FPB) System

If equipped, the FPB system may help avoid or reduce the harm caused by front-end crashes with nearby pedestrians when driving in a forward gear. FPB displays an amber indicator, 🚶, when a pedestrian is detected ahead. When approaching a detected pedestrian too quickly, FPB provides a red flashing alert on the windshield and rapidly beeps. FPB can provide a boost to braking or automatically brake the vehicle. This system includes Intelligent Brake Assist (IBA), and the Automatic Emergency Braking (AEB) System may also respond to pedestrians. See *Automatic Emergency Braking (AEB)* ⇨ *208*.

The FPB system can detect and alert to pedestrians in a forward gear at speeds between 8 km/h (5 mph) and 80 km/h (50 mph). During daytime driving, the system detects pedestrians up to a distance

**MJN2498**

of approximately 40 m (131 ft). During nighttime driving, system performance is very limited.

### ⚠ Warning

FPB does not provide an alert or automatically brake the vehicle, unless it detects a pedestrian. FPB may not detect pedestrians, including children:

- When the pedestrian is not directly ahead, fully visible, or standing upright, or when part of a group.
- Due to poor visibility, including nighttime conditions, fog, rain, or snow.
- If the FPB sensor is blocked by dirt, snow, or ice.
- If the headlamps or windshield are not cleaned or in proper condition.

(Continued)

### Warning (Continued)

Be ready to take action and apply the brakes. For more information, see *Defensive Driving* ⇨ *174*. Keep the windshield, headlamps, and FPB sensor clean and in good repair.

FPB can be set to Off, Alert, or Alert and Brake through vehicle personalization. See "Collision/ Detection Systems" under *Vehicle Personalization* ⇨ *123*.

### Detecting the Pedestrian Ahead



FPB alerts and automatic braking will not occur unless the FPB system detects a pedestrian. When a nearby pedestrian is detected in front of the vehicle, the pedestrian ahead indicator will display amber.

### Front Pedestrian Alert



When the vehicle approaches a pedestrian ahead too rapidly, the red FPB alert display will flash on the windshield. Eight rapid high-pitched beeps will sound from the front. When this Pedestrian Alert occurs, the brake system may prepare for driver braking to occur more rapidly which can cause a brief, mild deceleration. Continue to apply the brake pedal as needed. Cruise control may be disengaged when the Front Pedestrian Alert occurs.

**MJN2499**

### Automatic Braking

If FPB detects it is about to crash into a pedestrian directly ahead, and the brakes have not been applied, FPB may automatically brake moderately or brake hard. This can help to avoid some very low speed pedestrian crashes or reduce pedestrian injury. FPB can automatically brake to detected pedestrians between 8 km/h (5 mph) and 80 km/h (50 mph). Automatic braking levels may be reduced under certain conditions, such as higher speeds.

If this happens, Automatic Braking may engage the Electric Parking Brake (EPB) to hold the vehicle at a stop. Release the EPB. A firm press of the accelerator pedal will also release Automatic Braking and the EPB.

---

### ⚠ Warning

FPB may alert or automatically brake the vehicle suddenly in situations where it is unexpected and undesired. It could falsely alert or brake for objects similar in shape or size to pedestrians, including shadows. This is normal operation and the vehicle does not need service. To override Automatic Braking, firmly press the accelerator pedal, if it is safe to do so.

---

Automatic Braking can be disabled through vehicle personalization. See "Front Pedestrian Detection" in "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *123*.

### Cleaning the System

If FPB does not seem to operate properly, cleaning the outside of the windshield in front of the rearview mirror may correct the issue.

## Side Blind Zone Alert (SBZA)

If equipped, the SBZA system is a lane-changing aid that assists drivers with avoiding crashes that occur with moving vehicles in the side blind zone (or spot) areas. When the vehicle is in a forward gear, the left or right side mirror display will light up if a moving vehicle is detected in that blind zone. If the turn signal is activated and a vehicle is also detected on the same side, the display will flash as an extra warning not to change lanes. Since this system is part of the Lane Change Alert (LCA) system, read the entire LCA section before using this feature.

## Lane Change Alert (LCA)

If equipped, the LCA system is a lane-changing aid that assists drivers with avoiding lane change crashes that occur with moving vehicles in the side blind zone (or spot) areas or with vehicles rapidly approaching these areas from

## MJN2500

behind. The LCA warning display will light up in the corresponding outside mirror and will flash if the turn signal is on.

⚠ **Warning**

LCA does not alert the driver to vehicles outside of the system detection zones, pedestrians, bicyclists, or animals. It may not provide alerts when changing lanes under all driving conditions. Failure to use proper care when changing lanes may result in injury, death, or vehicle damage. Before making a lane change, always check mirrors, glance over your shoulder, and use the turn signals.

**LCA Detection Zones**



1. SBZA Detection Zone
2. LCA Detection Zone

The LCA sensor covers a zone of approximately one lane over from both sides of the vehicle, or 3.5 m (11 ft). The height of the zone is approximately between 0.5 m (1.5 ft) and 2 m (6 ft) off the ground. The Side Blind Zone Alert (SBZA) warning area starts at approximately the middle of the vehicle and goes back 5 m (16 ft). Drivers are also warned of vehicles rapidly approaching from up to 25 m (82 ft) behind the vehicle.

**How the System Works**

The LCA symbol lights up in the side mirrors when the system detects a moving vehicle in the next lane over that is in the side blind zone or rapidly approaching that zone from behind. A lit LCA symbol indicates it may be unsafe to change lanes. Before making a lane change, check the LCA display, check mirrors, glance over your shoulder, and use the turn signals.

 

**Left Side Mirror   Right Side Mirror
Display            Display**

When the vehicle is started, both outside mirror LCA displays will briefly come on to indicate the system is operating. When the vehicle is in a forward gear, the left or right side mirror display will light up if a moving vehicle is detected in the next lane over in that blind zone

**MJN2501**

or rapidly approaching that zone. If the turn signal is activated in the same direction as a detected vehicle, this display will flash as an extra warning not to change lanes.

LCA can be disabled through vehicle personalization. See "Collision/Detection Systems" under *Vehicle Personalization* ⇨ *123*. If LCA is disabled by the driver, the LCA mirror displays will not light up.

### When the System Does Not Seem to Work Properly

The LCA system requires some driving for the system to calibrate to maximum performance. This calibration may occur more quickly if the vehicle is driven on a straight highway road with traffic and roadside objects (e.g., guardrails, barriers).

LCA displays may not come on when passing a vehicle quickly or for a stopped vehicle. LCA may alert to objects attached to the vehicle, such as a bicycle, or object extending out to either side of the vehicle. Attached objects may also interfere with the detection of vehicles. This is normal system operation; the vehicle does not need service.

LCA may not always alert the driver to vehicles in the next lane over, especially in wet conditions or when driving on sharp curves. The system does not need to be serviced. The system may light up due to guardrails, signs, trees, shrubs, and other non-moving objects. This is normal system operation; the vehicle does not need service.

LCA may not operate when the LCA sensors in the left or right corners of the rear bumper are covered with mud, dirt, snow, ice, or slush, or in heavy rainstorms. For cleaning instructions, see "Washing the Vehicle" under *Exterior Care* ⇨ *294*. If the DIC still displays the system unavailable message after cleaning both sides of the vehicle toward the rear corners of the vehicle, see your dealer.

If the LCA displays do not light up when moving vehicles are in the side blind zone or rapidly approaching this zone and the system is clean, the system may need service. Take the vehicle to your dealer.

## Lane Keep Assist (LKA)

If equipped, LKA may help avoid crashes due to unintentional lane departures. This system uses a camera to detect lane markings between 60 km/h (37 mph) and 180 km/h (112 mph). It may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. It may also provide a Lane Departure Warning (LDW) alert if the vehicle crosses a detected lane marking. LKA can be overriden by turning the steering wheel. This system is not intended to keep the vehicle centered in the lane. LKA will not assist and alert if the turn signal is active in the direction of lane departure, or if it detects that you are accelerating, braking or actively steering.

**MJN2502**

### ⚠ Warning

The LKA system does not continuously steer the vehicle. It may not keep the vehicle in the lane or give a Lane Departure Warning (LDW) alert, even if a lane marking is detected.

The LKA and LDW systems may not:

- Provide an alert or enough steering assist to avoid a lane departure or crash.

- Detect lane markings under poor weather or visibility conditions. This can occur if the windshield or headlamps are blocked by dirt, snow, or ice; if they are not in proper condition; or if the sun shines directly into the camera.

- Detect road edges.

- Detect lanes on winding or hilly roads.

(Continued)

### Warning (Continued)

If LKA only detects lane markings on one side of the road, it will only assist or provide an LDW alert when approaching the lane on the side where it has detected a lane marking. Even with LKA and LDW, you must steer the vehicle. Always keep your attention on the road and maintain proper vehicle position within the lane, or vehicle damage, injury, or death could occur. Always keep the windshield, headlamps, and camera sensors clean and in good repair. Do not use LKA in bad weather conditions or on roads with unclear lane markings, such as construction zones.

### ⚠ Warning

Using LKA while towing a trailer or on slippery roads could cause loss of control of the vehicle and a crash. Turn the system off.

### How the System Works

LKA uses a camera sensor installed on the windshield ahead of the rearview mirror to detect lane markings. It may provide brief steering assist if it detects an unintended lane departure. It may further provide an audible alert or the driver seat may pulse indicating that a lane marking has been crossed.

To turn LKA on and off, press 🚗 on the steering wheel. If equipped, the indicator light on the button comes on when LKA is on and turns off when LKA is disabled.

**MJN2503**

When on, 🚗 is white, if equipped, indicating that the system is not ready to assist. 🚗 is green if LKA is ready to assist. LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. 🚗 is amber when assisting. It may also provide a Lane Departure Warning (LDW) alert by flashing 🚗 amber if the vehicle crosses a detected lane marking. Additionally, there may be three beeps, or the driver seat may pulse three times, on the right or left, depending on the lane departure direction.

**Take Steering**

The LKA system does not continuously steer the vehicle. If LKA does not detect active driver steering, an alert and chime may be provided. Steer the vehicle to dismiss. LKA may become temporarily unavailable after repeated take steering alerts.

## When the System Does Not Seem to Work Properly

The system performance may be affected by:

- Close vehicles ahead.
- Sudden lighting changes, such as when driving through tunnels.
- Banked roads.
- Roads with poor lane markings, such as two-lane roads.

A system unavailable message may display if the camera is blocked. The LKA system does not need service.

A camera blocked message may display if the camera is blocked. Some driver assistance systems may have reduced performance or not work at all. An LKA or LDW unavailable message may display if the systems are temporarily unavailable. This message could be due to a blocked camera. The LKA system does not need service. Clean the outside of the windshield behind the rearview mirror.

LKA assistance and/or LDW alerts may occur due to tar marks, shadows, cracks in the road, temporary or construction lane markings, or other road imperfections. This is normal system operation; the vehicle does not need service. Turn LKA off if these conditions continue.

**MJN2504**

# Charging

## When to Charge

When the high voltage battery is getting low, charging messages may display.

The CHARGE VEHICLE SOON message indicates that the driving range is low and the vehicle needs to be charged soon. As the charge level drops, the PROPULSION POWER IS REDUCED message is displayed and the accelerator pedal response is reduced. In addition, the remaining range value will change to LOW indicating the vehicle should be charged immediately.

When the energy is fully depleted, the OUT OF ENERGY, CHARGE VEHICLE NOW message displays and the vehicle slows to a stop. Brake and steering assist will still operate. Once the vehicle has stopped, turn the vehicle off.

## Plug-In Charging

This section explains the process for charging the high voltage battery. Do not allow the vehicle to remain in temperature extremes for long periods without being driven or plugged in. It is recommended that the vehicle be plugged in when temperatures are below 0 °C (32 °F) and above 32 °C (90 °F) to maximize high voltage battery life.

When using a 120-volt AC electrical outlet, it will take approximately 55 hours to charge the vehicle from a fully depleted battery with the 12 amp AC current setting, allowing approximately 6 km (4 mi) for every hour of charging.

When using a 240-volt charging station, it will take approximately 10 hours to charge the vehicle with the 32 amp setting, allowing approximately 40 km (25 mi) for every hour of charging.

Charge times will vary based on battery condition, charge level, and outside temperature. See *Programmable Charging* ⇨ 109 for charge mode selection.

If equipped, the vehicle can be charged using DC charging equipment typically found at service stations and other public locations.

When using a DC charging station with at least 80 kW of available power, it will take approximately 30 minutes to recharge from a depleted battery to an estimated 145 km (90 mi) of driving range. This time estimate is applicable to nominal temperature ranges. In extreme hot or cold conditions, this time may be lengthened. A full charge will take additional time.

The charging system may run fans and pumps that result in sounds from the vehicle while it is turned off. Additionally, clicking sounds may be caused by the electrical devices used while charging.

The vehicle does not require indoor charging area ventilation before, during, or after charging.

The vehicle cannot be driven while the charge cord is plugged into the vehicle.

### Charging Override

A CHARGING OVERRIDE/ INTERRUPTION OCCURRED message may display to indicate that a charging override or interruption has occurred due to one or more of the following events:

. Override of the charge settings by the owner.

. Unintended interruption of AC power at the vehicle's charge port.

. Interruption of charging by the utility company.

There are several screens that will display depending on the current charging status. See *Programmable Charging* ⇨ *109*.

A loss of AC power alert may sound for a short time if AC power is lost for over one minute. This sound alert can be turned off. See *Vehicle Personalization* ⇨ *123*.

### AC Charging



**AC Charge Cord Vehicle Plug**

**Start Charge**

1. Make sure the vehicle is parked.



2. Push the rearward edge of the charge port door and release to open the door.

In cold weather conditions, ice may form around the charge port door. Remove ice from the area before attempting to open or close the charge port door.

**MJN2506**



3. Open the liftgate, lift the load floor cover, and remove the charge cord.

4. Plug the charge cord into the electrical outlet. Verify the charge cord status and select the appropriate charge level. See *Electrical Requirements for Battery Charging* ⇨ *232*. See *Charge Cord* ⇨ *225*. See "Portable Cord Limit Selection" under *Programmable Charging* ⇨ *109*.



5. Plug in the AC vehicle plug of the charge cord into the charge port on the vehicle. Make sure the AC vehicle plug is fully connected to the AC charge port. If it is not properly seated, the charge may not occur.

6. Verify that the Charging Status Indicator illuminates on top of the instrument panel and an audible chirp occurs. See *Charging Status Feedback* ⇨ *221*.

7. To arm the charge cord theft alert, lock the vehicle twice with the RKE transmitter. To disarm this feature, see *Charging Options* ⇨ *119*.

**End Charge**

1. Unlock the vehicle with the RKE transmitter to disarm the charge cord theft alert.

2. Unplug the vehicle plug of the charge cord from the vehicle. Unlock the vehicle plug of the charge cord from the vehicle by pressing the button on the top of the charge cord plug.

3. Close the charge port door by pressing firmly in the center until it latches.

4. Unplug the charge cord from the electrical outlet.

5. Place the charge cord into the storage compartment.

**MJN2507**

## DC Charging (If Equipped)

### DC Charging Station Hardware

Check the charge station DC vehicle plug for compatibility with the DC charge port on this vehicle. When recharging at a DC fast charge station, the power cable connected to the vehicle must be less than 10 m (33 ft) in length.

Follow the steps listed on the charging station to perform a DC vehicle charge.

If for any reason DC charging does not begin or is interrupted, check the DC charge station display for messages. Unplug to restart the DC charge process.

### Start Charge

1. Make sure the vehicle is parked.

2. Push the rearward edge of the charge port door and release to open the door.

   In cold weather conditions, ice may form around the charge port door. The charge port door may not open on the first attempt. Remove ice from the area and repeat attempting to open the charge port door.



3. Unlatch the DC charging dust cover and lower it fully.

4. Plug in the DC vehicle plug into the DC charge port on the vehicle. Make sure that the DC vehicle plug is fully connected to the DC charge port. If it is not properly seated then the charge may not occur. Proper plug connection can be checked by information on the DIC.

5. Follow the steps listed on the charging station to start charging.

6. Once charging, the DC vehicle plug will be locked to the DC charge port and cannot be disconnected while charging is active.

7. Verify that the Charging Status Indicator illuminates on top of the instrument panel and an audible chirp occurs. See *Charging Status Feedback* ⇨ *221*.

| Caution |
| --- |
| Do not attempt to disconnect the DC vehicle plug while charging is active. This action may damage vehicle or charging station hardware. |

### Stop Charge

Controls on the charging station can be used to stop the charge process at any time.

**MJN2508**

To stop the charge when inside the vehicle, use the Stop button on the Charging screen, or press the button on top of the AC vehicle cord handle.

### Stop Charge — Automatic

When the vehicle no longer needs to use power from the charging station, it will stop charging and the DC vehicle plug will be unlocked from the DC charge port.

Energy can still be consumed from the charging station when the vehicle's displays and indicators show that the battery is fully charged. This is to ensure the battery is in optimal temperature operating range to maximize vehicle range. See *Programmable Charging* ⇨ 109.

### End Charge

1. Wait until the charging process has been fully stopped, the vehicle plug is unlocked, and the Charging Status Indicator is solid green or off.

If the vehicle plug does not unlock from the vehicle charge port after a charge, contact Roadside Assistance for assistance. See *Roadside Assistance Program* ⇨ 319.

2. Unplug the DC vehicle plug from the DC charge port on the vehicle and close the dust cover.

3. Close the charge port door by pressing firmly in the center until it latches.

4. The Electric Parking Brake should be manually disengaged before driving the vehicle.

5. To start another DC charge, remove the DC vehicle plug and reconnect.

## Delayed Charging Override

To temporarily override a delayed charge event, unplug the charge cord from the charge port and then plug it back in within five seconds. A single audible chirp will sound and charging will begin immediately.

To cancel a temporary override, unplug the charge cord, wait for 10 seconds, and then plug the charge cord back in. A double audible chirp will sound and charging will be delayed.

See *Programmable Charging* ⇨ 109 for advanced charge scheduling options.

## Charging Status Feedback



The vehicle has a Charging Status Indicator (CSI) at the center of the instrument panel near the windshield. When the vehicle is plugged in and vehicle power is off, the CSI indicates the following:

● Short Flashing Green – Vehicle is plugged in. Battery is not fully charged. Flash rate increases from one to four flashes as battery charges.

- One Flash: 0–25% Charge

- Two Flashes: 26–50% Charge

- Three Flashes: 51–75% Charge

- Four Flashes: 76–100% Charge

● Long Flashing Green – Vehicle is plugged in. Battery is not fully charged. Battery charging is delayed.

● Solid Green – Vehicle is plugged in. Battery is fully charged.

● Solid Yellow – Vehicle is plugged in. It is normal for the CSI to turn yellow for a few seconds after plugging in a compatible charge cord. The CSI may stay solid yellow longer depending on the vehicle and if there is a total utility interruption. See *Utility Interruption of Charging* ⇨ *231*.

This may also indicate that the charging system has detected a fault and will not charge the battery. See "Charge Cord Status Indicators" in *Charge Cord* ⇨ *225*.

If the vehicle is plugged in and vehicle power is on, the CSI will flash or will be solid green, depending on the charge level.

If the vehicle is plugged in and the CSI is off, a total utility interruption or a charging fault has been detected. See *Utility Interruption of Charging* ⇨ *231* or "Charge Cord Status Indicators" in *Charge Cord* ⇨ *225*.

A message displays if the vehicle is not able to charge.

Following is the vehicle feedback when the charge cord is plugged in.

**MJN2510**

| Charging Status Indicator | Sound | Action/Reason |
| --- | --- | --- |
| Short Flashing Green (flash rate increases from one to four as the battery charges) | One audible chirp | Vehicle is charging. |
| Long Flashing Green | Two audible chirps | Charging is delayed by Programmable Charging or by a total utility interruption, if equipped. Charging will begin later. See *Utility Interruption of Charging* ⇨ *231*. |
| Short Flashing Green (one to four flashes depending on charge level) | Two audible chirps | Vehicle is charging but will be delayed by Programmable Charging at least once before the charge is complete. |
| Solid Green | None | Charging is complete. |
| Yellow (upon plug-in) | None | Charge cord is OK and the vehicle is preparing to charge. |

**MJN2511**

| Charging Status Indicator | Sound | Action/Reason |
|---|---|---|
| Yellow (for extended time period after plug-in) | None | Charge cord is OK, but the vehicle is not charging. This may be due to a total utility interruption, and charging will begin later. This may also occur if the vehicle has detected a high voltage charging system fault. See *Utility Interruption of Charging* ⇨ *231* or *Service Vehicle Soon Light* ⇨ *104*. |
| Short Flashing Green (from one to four flashes depending on charge level) or Long Flashing Green | Four audible chirps | Insufficient time to fully charge by departure time due to the selected rate preference. To increase the battery state of charge at the departure time, perform a delayed charging override. See *Delayed Charging Override* ⇨ *220*. |
| None (upon plug-in) | None | Check charge cord connection. |

**MJN2512**

| Charging Status Indicator | Sound | Action/Reason |
|---|---|---|
| None (after Green or Yellow CSI observed) | None | Check charge cord connection. If connection is good, this may be due to a power failure or a total utility interruption, and charging will begin later. This may also occur if the vehicle has detected a high voltage charging system fault. See *Utility Interruption of Charging* ⇨ *231* or *Service Vehicle Soon Light* ⇨ *104*. |
| None | Repeated audible chirps. To disable this feature, see "Charge Power Loss Alert" in *Vehicle Personalization* ⇨ *123*. To stop this alert, do one of the following: <br> • Unplug the charge cord. <br> • Press 🔒 on the RKE transmitter. <br> • Press and hold 🔺 on the RKE transmitter, then press again to stop the panic alarm. <br> • Press the horn pad. | Electricity was interrupted before charging was complete. Repeated chirps will stop if power is restored within 90 seconds. |
| None | Three audible chirps | Charge port door is open. |

**MJN2513**

## Charge Cord

**IMPORTANT SAFETY INSTRUCTIONS**



This symbol indicates risk of electrical shock if misused.

See *Radio Frequency Statement* ⇨ *325*.

A portable charge cord used to charge the vehicle high voltage battery is stored under the load floor in the rear cargo area.



1.  Wall Plug
2.  Status Indicators
3.  Vehicle Plug
4.  Release Button

**Important Information about Portable Electric Vehicle Charging**

-   Charging an electric vehicle can stress a building's electrical system more than a typical household appliance.

-   Before plugging into any electrical outlet, have a qualified electrician inspect and verify the electrical system (electrical outlet, wiring, junctions, and protection devices) for heavy-duty service at a 12 amp continuous load.

-   Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging.

**MJN2514**

- Check the electrical outlet/plug while charging and discontinue use if the electrical outlet/plug is hot, then have the electrical outlet serviced by a qualified electrician.

- When outdoors, plug into an electrical outlet that is weatherproof while in use.

- Mount the charge cord to reduce strain on the electrical outlet/plug.

- Do not place the charge cord in a position where it is expected to be submerged in water.

### ⚠ Danger

Improper use of portable electric vehicle charge cords may cause a fire, electrical shock, or burns, and may result in damage to property, serious injury, or death.

(Continued)

### Danger  (Continued)

- Do not use extension cords, multi-outlet power strips, splitters, grounding adaptors, surge protectors, or similar devices.

- Do not use an electrical outlet that is worn or damaged, or will not hold the plug firmly in place.

- Do not use an electrical outlet that is not properly grounded.

- Do not use an electrical outlet that is on a circuit with other electrical loads.

### ⚠ Warning

When using electric products, basic precautions should always be followed, including the following:

- Read all the safety warnings and instructions before using this product. Failure to follow the warnings and the instructions may result in electric shock, fire, and/or serious injury.

- Never leave children unattended near the vehicle while the vehicle is charging and never allow children to play with the charge cord.

- If the plug provided does not fit the electrical outlet, do not modify the plug. Arrange for a qualified electrician to inspect the electrical outlet.

- Do not put fingers into the electric vehicle connector.

**MJN2515**

### ⚠ Warning

- To reduce the risk of fire, installations shall comply with the requirements of National Electric Code, ANSI/NFPA 70 (USA), Canadian Electrical Code CSA 22.1 and IEC 60364 – Electrical installations in buildings, depending on the region in which the unit is being installed. The installer shall comply with any additional local requirements mandated by the country and/or municipality.

- Do not use this product if the flexible power cord or the electric vehicle cable is frayed, has broken insulation, or shows any other signs of damage.

- For Canada only: Not for use in commercial garages.

(Continued)

### Warning (Continued)

- Do not use this product if the enclosure or the vehicle plug is broken, cracked, open, or shows any other indication of damage.

- The plug must be plugged into an appropriate electrical outlet that is properly installed in accordance with all local codes and ordinances. Do not modify the plug provided with the product. If the plug does not fit the electrical outlet, have a proper electrical outlet installed by a qualified electrician. If ground is missing, the charge cord indicators will indicate an electrical system fault and the vehicle may not charge.

### Charge Cord Status Indicators

After plugging in the charge cord, it will perform a quick self test.

Verify the charge cord status. When the ⚡ indicator is lit solid green, the charge cord is ready to charge the vehicle.

The charge cord utilizes a combination of the ⚡ and ⚠ indicators to display the status of the charge cord per the following table.

**MJN2516**

| ⊘ | ⏲ | Symbol | Fault/Condition/Event |
|---|---|---|---|
| ●<br>Solid Green | ○<br>Off (No Light) | ✓ | No Faults: The charge cord is receiving power from the electrical outlet and is ready to supply it to the vehicle. |
| ☀<br>Flashing Green | ●<br>Solid Red | X 🔲 F | Electrical Outlet/Plug Fault: The charge cord has detected that the electrical outlet/plug overheated. Electrical outlets may wear out with normal usage or may be damaged over time, making them unsuitable for electric vehicle charging. Do not use an electrical outlet that is worn, damaged, or one that will not hold the plug firmly in place. Use another electrical outlet or have the electrical outlet serviced by a qualified electrician. Reset the charge cord by unplugging the charge cord from the electrical outlet and re-plugging it. |
| ○<br>Off (No Light) | ●<br>Solid Red | X ⏚ | Electrical System Fault: The charge cord has detected a missing or improper ground within the building's electrical system. Do not use an electrical outlet that is not properly grounded. Use another electrical outlet or have a qualified electrician inspect and verify the building's electrical system. |

**MJN2517**

| ⊘ | ⊙ | Symbol | Fault/Condition/Event |
|---|---|--------|----------------------|
| ○<br>Off (No Light) | ☀<br>Flashing Red | X ⬟ | Vehicle Fault: The charge cord ground-fault circuit interrupter (GFCI) has tripped. Ensure that there is no physical damage to the charge cord, and that the vehicle plug is seated completely and making a good connection. Reset the charge cord by unplugging it from the electrical outlet and re-plugging it. If the fault remains, see an authorized dealer for service. |
| ●<br>Solid Green | ☀<br>Flashing Red | X ⬥ | Charge Cord Fault: The charge cord has detected a potential problem with the charge cord. Reset the charge cord by unplugging it from the electrical outlet and re-plugging it. If the fault remains, see an authorized dealer for service. |

If no status indicators are lit, ensure the electrical outlet is powered.

**Charge Level Selection**

Charge level selection can be made using the Charge Mode tab on the Charging screen on the infotainment display. See "Portable Cord Limit Selection" under *Programmable Charging* ⇨ *109*.

⚠ **Warning**

Using a charge level that exceeds the electrical circuit or electrical outlet capacity may start a fire or damage the electrical circuit. Use the lowest charge level until a qualified electrician inspects the electrical circuit capacity. Use the

(Continued)

**Warning (Continued)**

lowest charge level if the electrical circuit or electrical outlet capacity is not known.

**Grounding Instructions**

The charge circuit must be grounded. If this charge circuit should malfunction or break down,

**MJN2518**

grounding provides a path of least resistance for electric current to reduce the risk of electric shock. This product is equipped with a cord that has an equipment grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

⚠ **Warning**

Improper connection of the charge cord ground may cause electrical shock. Check with a qualified electrician if there is doubt as to whether the charge circuit is properly grounded. Do not modify the plug provided with the product. If it will not fit the electrical outlet, have a proper electrical outlet installed by a qualified electrician.

**Mounting Instructions**



1. Identify an appropriate location for the charge cord.

2. Locate a mounting support, such as a wall stud.

   The appropriate height for mounting the charge cord is 91 cm (36 in) from the floor.



3. Mark and drill the mounting holes in a wall stud or suitable structure. Stay away from any power source.

   Space the holes 18.7 cm (7 3/8 in) apart.

4. Install the mounting screws in the wall surface leaving the head of the screws 5 mm (3/16 in) from the surface.

**MJN2519**



5. Securely mount the charge cord on to the screws.

6. Connect the wall plug to the electrical outlet.

7. Connect the vehicle plug to the charge port.

### Lock Feature



A lock can be added to the vehicle plug for additional security.

### FCC Information

See *Radio Frequency Statement* ⇨ *325*.

## Utility Interruption of Charging

This vehicle will respond to requests through the utility company to limit or completely block electrical power grid usage. This feature is inactive during DC charging. A utility interruption of charging will lengthen the vehicle charge time.

When electrical grid power is completely blocked, the vehicle will delay charging until the utility interruption has expired. The vehicle should be left plugged in so that the vehicle can automatically begin charging.

Changing the charge mode to Immediate or performing a delayed charging override will not disable a utility interruption.

A pop-up will appear in the infotainment display while starting the vehicle following any utility interruption. See "Charging Interrupted or Overridden Pop-Up" under *Programmable Charging* ⇨ *109*.

A message will display on the instrument cluster indicating that a utility interruption has occurred.

## MJN2520

### Charging Station Troubleshooting

If the vehicle does not charge after being plugged in to a residential 240-volt charging station:

1. Verify that the charge mode is set to Immediate.

2. Verify that the charging station's circuit breaker has not been tripped.

3. Plug the portable charge cord into the wall outlet, verify that the indicator light on the charge cord is solid green, and connect it to the vehicle. See "Charge Cord Status Indicators" in *Charge Cord* ⇨ *225*.

4. If the vehicle charges with the portable charge cord, there may be a problem with the charging station. Try to charge the vehicle with a different 240-volt charging station, such as a public station. If both attempts charge the vehicle, contact the charging station manufacturer.

## Electrical Requirements for Battery Charging

This vehicle is capable of being charged with most standard vehicle charging equipment that complies with one or more of the following:

- SAE J1772
- SAE J2847-2
- IEC 61851-1
- IEC 61851-22
- IEC 61851-23
- IEC 61851-24
- IEC 62196-1
- IEC 62196-2
- IEC 62196-3
- ISO 15118

The portable charge cord requires a minimum circuit capacity of 120 volts and 15 amps.

| Caution |
| --- |
| Do not use portable or stationary backup generating equipment to charge the vehicle. This may cause damage to the vehicle's charging system. Only charge the vehicle from utility supplied power. |

**MJN2521**

## Trailer Towing

### General Towing Information

> ⚠ **Warning**
>
> Never tow a trailer with your vehicle. It was not designed or intended to tow a trailer.

## Conversions and Add-Ons

### Add-On Electrical Equipment

> ⚠ **Warning**
>
> The Data Link Connector (DLC) is used for vehicle service and Emission Inspection/Maintenance testing. See *Service Vehicle Soon Light* ⇨ *104*. A device connected to the DLC — such as an aftermarket fleet or driver-behavior tracking device — may interfere with vehicle systems. This could affect vehicle operation and cause a crash. Such devices may also access information stored in the vehicle's systems.

> **Caution**
>
> Some electrical equipment can damage the vehicle or cause components to not work and would not be covered by the vehicle warranty. Always check with your dealer before adding electrical equipment.

Add-on equipment can drain the vehicle's 12-volt battery, even if the vehicle is not operating.

When adding electrical equipment, it should only be connected using the accessory power outlets. The maximum power that can be supplied by one accessory power outlet or spread across all three is 200 watts or 15 amps. Exceeding 200 watts or 15 amps may cause erratic vehicle operation.

**MJN2522**

The vehicle has an airbag system. Before attempting to add anything electrical to the vehicle, see *Servicing the Airbag-Equipped Vehicle* ⇨ 57 and *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ 58.

**MJN2523**

# Vehicle Care

## General Information
General Information .......... 236
California Proposition
65 Warning ................. 236
California Perchlorate
Materials Requirements ..... 237
Accessories and
Modifications ................ 237

## Vehicle Checks
Doing Your Own
Service Work ............... 237
Hood ........................ 238
Underhood Compartment
Overview .................... 240
Cooling System .............. 241
Washer Fluid ................ 242
Brakes ...................... 243
Brake Fluid .................. 244
Battery - North America ..... 245
Park Brake and P (Park)
Mechanism Check .......... 247
Wiper Blade Replacement .... 247
Windshield Replacement ..... 249
Gas Strut(s) ................. 249

## Headlamp Aiming
Front Headlamp Aiming ..... 250

## Bulb Replacement
Bulb Replacement ........... 250
Halogen Bulbs ............... 250
High Intensity Discharge (HID)
Lighting ..................... 251
LED Lighting ................. 251
Taillamps, Turn Signal,
Stoplamps, and Back-Up
Lamps ..................... 251
License Plate Lamp .......... 251

## Electrical System
High Voltage Devices and
Wiring ...................... 252
Electrical System Overload ... 252
Fuses and Circuit Breakers ... 253
Underhood Compartment Fuse
Block ....................... 254
Instrument Panel Fuse
Block ....................... 258

## Wheels and Tires
Tires ........................ 260
All-Season Tires .............. 260
Winter Tires .................. 261
Self-Sealing Tires ............ 261
Tire Sidewall Labeling ........ 262
Tire Designations ............. 263

Tire Terminology and
Definitions ................. 263
Tire Pressure ................. 266
Tire Pressure Monitor
System ..................... 267
Tire Pressure Monitor
Operation ................... 268
Tire Inspection ............... 272
Tire Rotation ................. 273
When It Is Time for New
Tires ....................... 274
Buying New Tires ............. 274
Different Size Tires and
Wheels ..................... 276
Uniform Tire Quality
Grading ..................... 276
Wheel Alignment and Tire
Balance ..................... 278
Wheel Replacement .......... 278
Tire Chains .................. 279
If a Tire Goes Flat ............ 279
Tire Sealant and
Compressor Kit ............. 280
Storing the Tire Sealant and
Compressor Kit ............. 286

## Jump Starting
Jump Starting - North
America .................... 287

**MJN2524**

**Towing the Vehicle**
Towing the Vehicle . . . . . . . . . . . 290
Recreational Vehicle
Towing . . . . . . . . . . . . . . . . . . . . . 292

**Appearance Care**
Exterior Care . . . . . . . . . . . . . . . . 294
Interior Care . . . . . . . . . . . . . . . . . 299
Floor Mats . . . . . . . . . . . . . . . . . . . 302

# General Information

For service and parts needs, visit your dealer. You will receive genuine GM parts and GM-trained and supported service people.

Genuine GM parts have one of these marks:



 GENUINE PARTS

  GMC

ACCESSORIES

## California Proposition 65 Warning

| ⚠ **Warning** |
| --- |
| Most motor vehicles, including this one, as well as many of its service parts and fluids, contain and/or emit chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. Engine exhaust, many parts and systems, many fluids, and some component wear by-products contain and/or emit these chemicals. For more information go to www.P65Warnings.ca.gov/ passenger-vehicle. |

See *Battery - North America* ⇨ *245* and
*Jump Starting - North America* ⇨ *287* and the back cover.

**MJN2525**

## California Perchlorate Materials Requirements

Certain types of automotive applications, such as airbag initiators, seat belt pretensioners, and lithium batteries contained in electronic keys, may contain perchlorate materials. Perchlorate Material – special handling may apply. See www.dtsc.ca.gov/ hazardouswaste/perchlorate.

## Accessories and Modifications

Adding non-dealer accessories or making modifications to the vehicle can affect vehicle performance and safety, including such things as airbags, braking, stability, ride and handling, emissions systems, aerodynamics, durability, and electronic systems like antilock brakes, traction control, and stability control. These accessories or modifications could even cause malfunction or damage not covered by the vehicle warranty.

Damage to suspension components caused by modifying vehicle height outside of factory settings will not be covered by the vehicle warranty.

Damage to vehicle components resulting from modifications or the installation or use of non-GM certified parts, including control module or software modifications, is not covered under the terms of the vehicle warranty and may affect remaining warranty coverage for affected parts.

GM Accessories are designed to complement and function with other systems on the vehicle. See your dealer to accessorize the vehicle using genuine GM Accessories installed by a dealer technician.

Also, see *Adding Equipment to the Airbag-Equipped Vehicle* ⇨ 58.

# Vehicle Checks

## Doing Your Own Service Work

### ⚠ Warning

Never try to do your own service on high voltage battery components. You can be injured and the vehicle can be damaged if you try to do your own service work. Service and repair of these high voltage battery components should only be performed by a trained dealer technician with the proper knowledge and tools.

Exposure to high voltage can cause shock, burns, and even death. The high voltage components in the vehicle can only be serviced by technicians with special training.

(Continued)

**MJN2526**

## Warning (Continued)

High voltage components are identified by labels. Do not remove, open, take apart, or modify these components. High voltage cable or wiring has orange covering. Do not probe, tamper with, cut, or modify high voltage cable or wiring.

## ⚠ Warning

It can be dangerous to work on your vehicle if you do not have the proper knowledge, service manual, tools, or parts. Always follow owner's manual procedures and consult the service manual for your vehicle before doing any service work.

If doing some of your own service work, use the proper service manual. It tells you much more about how to service the vehicle than this manual can. To order the proper service manual, see *Publication Ordering Information* ⇨ *324*.

This vehicle has an airbag system. Before attempting to do your own service work, see *Servicing the Airbag-Equipped Vehicle* ⇨ *57*.

Keep a record with all parts receipts and list the mileage and the date of any service work performed. See *Maintenance Records* ⇨ *312*.

## Hood

## ⚠ Warning

For vehicles with auto engine stop/start, turn the vehicle off before opening the hood. If the vehicle is on, the engine will start when the hood is opened. You or others could be injured.

## ⚠ Warning

Components under the hood can get hot from running the engine. To help avoid the risk of burning unprotected skin, never touch these components until they have cooled, and always use a glove or towel to avoid direct skin contact.

Clear any snow from the hood before opening.

**To open the hood:**

1.  Pull the hood release lever with the 🚗 symbol. It is on the lower left side of the instrument panel.

**MJN2527**



2. Go to the front of the vehicle and locate the secondary release lever under the front center of the hood. Push the secondary hood release lever to the right to release.



3. Lift the hood and release the hood prop rod from its retainer, in the front of the engine compartment. Securely insert the rod end into the slot marked with an arrow, on the underside of the hood.

**To close the hood:**

1. Before closing the hood, be sure all filler caps are on properly, and all tools are removed.

2. Lift the hood and remove the hood prop rod from the underside of the hood. Return the prop rod to its retainer. The prop rod must click into place when returning it to the retainer to prevent hood damage.

3. Lower the hood 20 cm (8 in) above the vehicle and release it. Check to make sure the hood is latched completely. Repeat this process with additional force if necessary.

{ ⚠ **Warning**

Do not drive the vehicle if the hood is not latched completely. The hood could open fully, block your vision, and cause a crash. You or others could be injured. Always close the hood completely before driving.

**MJN2528**

## Underhood Compartment Overview



**MJN2529**

1. Windshield Washer Fluid Reservoir. See *Washer Fluid* ⇨ *242*.

2. Cabin Heating Coolant Reservoir. See *Cooling System* ⇨ *241*.

3. High Voltage Battery Coolant Reservoir. See *Cooling System* ⇨ *241*.

4. HPDM (High Power Distribution Module).

5. APM (Accessory Power Module), OBCM (On-Board Charging Module).

6. Brake Fluid Reservoir. See *Brake Fluid* ⇨ *244*.

7. SPIM, APM, and Charger Module Coolant Reservoir. See *Cooling System* ⇨ *241*.

8. Battery. See *Battery - North America* ⇨ *245*.

9. Underhood Compartment Fuse Block. *Underhood Compartment Fuse Block* ⇨ *254*.

# Cooling System

It is not necessary to regularly check coolant unless a leak is suspected or an unusual noise is heard. A coolant loss could indicate a problem. Have it inspected and repaired by your dealer.

The following explains the cooling systems and how to check coolant levels.

- High Voltage Battery

- Single Power Inverter Module (SPIM), Accessory Power Module (APM), and Charger Module

- Cabin Heating

## High Voltage Battery

During vehicle operation and also during charging, the high voltage battery cells in the vehicle are kept within a normal operating temperature range. If the temperature rises above this temperature, the battery cooling system turns on the air conditioning compressor and cools the coolant until the correct temperature is reached. If the temperature falls below this temperature, a high voltage heater, located outside the battery on a cradle, heats the coolant until the correct temperature is reached.

## Single Power Inverter Module (SPIM), Accessory Power Module (APM), and Charger Module

The SPIM, APM, and charger module are cooled using a separate coolant loop. These modules are kept below a maximum temperature. If the temperature rises above this temperature, the electric cooling fan will turn on to cool the coolant.

## Cabin Heating

Cabin heating is maintained by coolant heated by the Coolant Heater Control Module (CHCM), separate from the power electronics and battery coolant loops. This module heats the coolant based on temperature inputs from the cabin climate control systems.

# MJN2530

### Hybrid Cooling System Pressure Caps

The hybrid cooling system reservoirs have tamper resistant pressure caps. The coolant should only be serviced by a qualified technician.

### Checking Coolant

The coolant needs to be replaced at the appropriate interval. See *Maintenance Schedule* ⇨ *304*.

The coolant reservoirs are in the underhood compartment. See *Underhood Compartment Overview* ⇨ *240*.



1. Cabin Heating Coolant Reservoir
2. High Voltage Battery Coolant Reservoir
3. SPIM, APM, and Charger Module Coolant Reservoir

1. Park on a level surface and turn the vehicle off.

2. After the system has completely cooled, check that the coolant level is at the cold fill mark on the reservoirs.

3. If the coolant level is not visible or needs to be adjusted within the reservoirs, contact your dealer.

## Washer Fluid

### What to Use

When windshield washer fluid is needed, be sure to read the manufacturer's instructions before use. If operating the vehicle in an area where the temperature may fall below freezing, use a fluid that has sufficient protection against freezing.

### Adding Washer Fluid



Open the cap with the washer symbol on it. Add washer fluid until the tank is full. See *Underhood Compartment Overview* ⇨ *240* for reservoir location.

**MJN2531**

### Caution

- Do not use washer fluid that contains any type of water repellent coating. This can cause the wiper blades to chatter or skip.

- Do not use engine coolant (antifreeze) in the windshield washer. It can damage the windshield washer system and paint.

- Do not mix water with ready-to-use washer fluid. Water can cause the solution to freeze and damage the washer fluid tank and other parts of the washer system.

- When using concentrated washer fluid, follow the manufacturer instructions for adding water.

- Fill the washer fluid tank only three-quarters full when it is very cold. This allows

(Continued)

### Caution  (Continued)

for fluid expansion if freezing occurs, which could damage the tank if it is completely full.

## Brakes

Disc brake pads have built-in wear indicators that make a high-pitched warning sound when the brake pads are worn and new pads are needed. The sound can come and go or can be heard all the time when the vehicle is moving, except when applying the brake pedal firmly.

### ⚠ Warning

The brake wear warning sound means that soon the brakes will not work well. That could lead to a crash. When the brake wear warning sound is heard, have the vehicle serviced.

### Caution

Continuing to drive with worn-out brake pads could result in costly brake repair.

Some driving conditions or climates can cause a brake squeal when the brakes are first applied or lightly applied. This does not mean something is wrong with the brakes.

Properly torqued wheel nuts are necessary to help prevent brake pulsation. When tires are rotated, inspect brake pads for wear and evenly tighten wheel nuts in the proper sequence to torque specifications. See *Capacities and Specifications* ⇨ *314*.

Brake pads should be replaced as complete sets.

### Brake Pedal Travel

See your dealer if the brake pedal does not return to normal height, or if there is a rapid increase in pedal travel. This could be a sign that brake service may be required.

**MJN2532**

### Replacing Brake System Parts

Always replace brake system parts with new, approved replacement parts. If this is not done, the brakes may not work properly. The braking performance expected can change in many other ways if the wrong replacement brake parts are installed or if parts are improperly installed.

## Brake Fluid



The brake master cylinder reservoir is filled with GM approved DOT 3 brake fluid as indicated on the reservoir cap. See *Underhood Compartment Overview* ⇨ *240* for the location of the reservoir.

### Checking Brake Fluid

With the vehicle in P (Park) on a level surface, the brake fluid level should be between the minimum and maximum marks on the brake fluid reservoir.

There are only two reasons why the brake fluid level in the reservoir may go down:

- Normal brake lining wear. When new linings are installed, the fluid level goes back up.
- A fluid leak in the brake hydraulic system. Have the brake hydraulic system fixed. With a leak, the brakes will not work well.

Always clean the brake fluid reservoir cap and the area around the cap before removing it.

Do not top off the brake fluid. Adding fluid does not correct a leak. If fluid is added when the linings are worn, there will be too much fluid when new brake linings are installed. Add or remove fluid, as necessary, only when work is done on the brake hydraulic system.

When the brake fluid falls to a low level, the brake warning light comes on. See *Brake System Warning Light* ⇨ *104*.

Brake fluid absorbs water over time which degrades the effectiveness of the brake fluid. Replace brake fluid at the specified intervals to prevent increased stopping distance. See *Maintenance Schedule* ⇨ *304*.

### What to Add

Use only GM approved DOT 3 brake fluid from a clean, sealed container. See *Recommended Fluids and Lubricants* ⇨ *310*.

### ⚠ Warning

The wrong or contaminated brake fluid could result in damage to the brake system. This could result in the loss of braking leading to a possible injury. Always use the proper GM approved brake fluid.

**MJN2533**

| Caution |
|---|
| If brake fluid is spilled on the vehicle's painted surfaces, the paint finish can be damaged. Immediately wash off any painted surface. |

## Battery - North America

The original equipment battery is maintenance free. Do not remove the cap and do not add fluid.

This vehicle has a high voltage battery and a standard 12-volt battery.

| ⚠ **Warning** |
|---|
| Damage to the high voltage battery or high voltage system can create a risk of electric shock, overheating, or fire. |
| If the vehicle is damaged from a moderate to severe crash, flood, fire, or other event, the vehicle |
| *(Continued)* |

| **Warning (Continued)** |
|---|
| should be inspected as soon as possible. Until the vehicle has been inspected, store it outside at least 15 m (50 ft) from any structure or anything that can burn. Ventilate the vehicle by opening a window or a door. |
| Contact Customer Assistance as soon as possible to determine whether an inspection is needed. See *Customer Assistance Offices* ⇨ *317*. |

If the vehicle is in a crash, the sensing system may shut down the high voltage system. When this occurs, the high voltage battery is disconnected and the vehicle will not start. The SERVICE VEHICLE SOON message in the Driver Information Center (DIC) will be displayed. Before the vehicle can be operated again, it must be serviced at your dealer.

See "If a Crash Occurs" under *Collision Damage Repair* ⇨ *322* for additional information. If an airbag has inflated, see *What Will You See after an Airbag Inflates?* ⇨ *52*.

Only a trained service technician with the proper knowledge and tools should inspect, test, or replace the high voltage battery. See your dealer if either the 12-volt or high voltage battery needs service. The dealer has information on how to recycle the high voltage battery. There is also information available at http://www.recyclemybattery.com.

Keep the vehicle plugged in, even when fully charged, to keep the high voltage battery temperature ready for the next drive. This is important when outside temperatures are extremely hot or cold.

Propulsion power may be reduced in extremely cold temperatures, or if the high voltage battery is too cold. BATTERY TOO COLD, PLUG IN TO WARM will display.

**MJN2534**

A vehicle cover, which can reduce sun loading on the vehicle and improve high voltage battery life, is available from your dealer.

Refer to the replacement number shown on the original battery label when a new 12-volt battery is needed. The vehicle has an Absorbed Glass Mat (AGM) 12-volt battery. Installation of a standard 12-volt battery will result in reduced 12-volt battery life.

When using a 12-volt battery charger on the 12-volt AGM battery, some chargers have an AGM battery setting on the charger. If available, use the AGM setting on the charger, to limit charge voltage to 14.8 volts.

### ⚠ Warning

**WARNING:** Battery posts, terminals, and related accessories contain lead and lead compounds, chemicals known to the State of California to cause

(Continued)

### Warning (Continued)

cancer and birth defects or other reproductive harm. Batteries also contain other chemicals known to the State of California to cause cancer. **WASH HANDS AFTER HANDLING.** For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

See *California Proposition 65 Warning* ⇨ *236* and the back cover.

## Vehicle Storage

### ⚠ Warning

Batteries have acid that can burn you and gas that can explode. You can be badly hurt if you are not careful. See *Jump Starting - North America* ⇨ *287* for tips on working around a battery without getting hurt.

**Up to Four Weeks**

- Plug in the charge cord.

**Four Weeks to 12 Months**

- Discharge the high voltage battery until two or three bars remain on the battery range indicator (Battery symbol) on the instrument cluster.

- Do not plug in the charge cord.

- Remove the black negative (−) cable from the 12-volt battery and attach a trickle charger to the battery terminals or keep the 12-volt battery cables connected and trickle charge from the underhood remote positive (+) and negative (−) terminals. See *Jump Starting - North America* ⇨ *287* for the location of these terminals.

### Caution

The vehicle is equipped with an AGM/VRLA 12-volt battery, which can be damaged by using the

(Continued)

**MJN2535**

**Caution (Continued)**

incorrect type of trickle charger. An AGM/VRLA-compatible charger must be used, with the appropriate setting selected. Follow the trickle charger manufacturer instructions.

After the battery cable is reconnected, it is possible that the vehicle may not operate. If this happens, the high voltage battery may need to be charged.

## Park Brake and P (Park) Mechanism Check

⚠ **Warning**

When you are doing this check, the vehicle could begin to move. You or others could be injured and property could be damaged. Make sure there is room in front of the vehicle in case it begins to

(Continued)

**Warning (Continued)**

roll. Be ready to apply the regular brake at once should the vehicle begin to move.

Park on a fairly steep hill, with the vehicle facing downhill. Keeping your foot on the regular brake, set the Electric Parking Brake (EPB).

● To check the EPB's holding ability: With the propulsion system active and the electric drive unit in N (Neutral), slowly remove foot pressure from the regular brake pedal. Do this until the vehicle is held by the EPB only.

● To check the P (Park) mechanism's holding ability: With the propulsion system active, shift to P (Park). Then release the EPB followed by the regular brake.

Contact your dealer if service is required.

## Wiper Blade Replacement

### Front Wiper Blade Replacement

Windshield wiper blades should be replaced periodically. See the *Maintenance Schedule* ⇨ *304*.

Replacement blades come in different types and are removed in different ways. For proper type and length, see *Maintenance Replacement Parts* ⇨ *311*.

**Caution**

Allowing the wiper arm to touch the windshield when no wiper blade is installed could damage the windshield. Any damage that occurs would not be covered by the vehicle warranty. Do not allow the wiper arm to touch the windshield.

**MJN2536**

To replace the windshield wiper blade:

1. Pull the windshield wiper assembly away from the windshield.



2. Press the button in the middle of the wiper arm connector, and pull the wiper blade away from the arm connector.

3. Remove the wiper blade.

4. Reverse Steps 1–3 for wiper blade replacement.

**Rear Wiper Blade Replacement**

The rear wiper blade and wiper arm have a cover for protection. The cover must be removed before the wiper blade can be replaced.

To remove the cover:



1. Slide a plastic tool under the cover and push upward to unsnap.

2. Slide the cover toward the wiper blade tip to unhook it from the blade assembly.

3. Remove the cover.

4. After wiper blade replacement, ensure that the cover hook slides into the slot in the blade assembly.

5. Snap the cover down to secure.

To replace the wiper blade:

1. Lift the wiper arm away from the windshield.



2. Push the release lever (2) to disengage the hook and push the wiper arm (1) out of the blade assembly (3).

3. Push the new blade assembly securely on the wiper arm until the release lever clicks into place.

4. Replace the wiper cover.

**MJN2537**

## Windshield Replacement

### Driver Assistance Systems

If the windshield needs to be replaced and the vehicle is equipped with a front camera sensor for the Driver Assistance Systems, a GM replacement windshield is recommended. The replacement windshield must be installed according to GM specifications for proper alignment. If it is not, these systems may not work properly, they may display messages, or they may not work at all. See your dealer for proper windshield replacement.

## Gas Strut(s)

This vehicle is equipped with gas strut(s) to provide assistance in lifting and holding open the hood/trunk/liftgate system in full open position.

> ⚠ **Warning**
>
> If the gas struts that hold open the hood, trunk, and/or liftgate fail, you or others could be seriously injured. Take the vehicle to your dealer for service immediately. Visually inspect the gas struts for signs of wear, cracks, or other damage periodically. Check to make sure the hood/trunk/liftgate is held open with enough force. If struts are failing to hold the hood/trunk/liftgate, do not operate. Have the vehicle serviced.

> **Caution**
>
> Do not apply tape or hang any objects from gas struts. Also do not push down or pull on gas struts. This may cause damage to the vehicle.

See *Maintenance Schedule* ⇨ *304*.



**Hood**

**Trunk**

**MJN2538**



**Liftgate**

# Headlamp Aiming

## Front Headlamp Aiming

Headlamp aim has been preset and should need no further adjustment.

If the vehicle is damaged in a crash, the headlamp aim may be affected. If adjustment to the headlamps is necessary, see your dealer.

# Bulb Replacement

For the proper type of replacement bulbs, or any bulb changing procedure not listed in this section, contact your dealer.

| Caution |
|---|
| Do not replace incandescent bulbs with aftermarket LED replacement bulbs. This can cause damage to the vehicle electrical system. |

## Halogen Bulbs

| ⚠ Warning |
|---|
| Halogen bulbs have pressurized gas inside and can burst if you drop or scratch the bulb. You or others could be injured. Be sure to read and follow the instructions on the bulb package. |

**MJN2539**

## High Intensity Discharge (HID) Lighting

### ⚠ Warning

The High Intensity Discharge (HID) lighting system operates at a very high voltage. If you try to service any of the system components, you could be seriously injured. Have your dealer or a qualified technician service them.

This vehicle has several HID lamps.

For replacement of any HID lighting assembly, contact your dealer.

After an HID headlamp bulb has been replaced, the beam might be a slightly different shade than it was originally. This is normal.

## LED Lighting

This vehicle has several LED lamps.

For replacement of any LED lighting assembly, contact your dealer.

## Taillamps, Turn Signal, Stoplamps, and Back-Up Lamps



1. Back-up Lamp
2. Turn Signal Lamp
3. Stoplamp/Taillamp

To access the bulbs, reach up behind the rear bumper. To replace a back-up bulb, turn signal lamp, taillamp, or stoplamp:

1. Turn the bulb socket counterclockwise and remove it from the socket. The lamps are in the rear bumper.

2. Press the new bulb in and turn clockwise to install the bulb into the socket.

3. Turn the bulb socket clockwise to reinstall.

## License Plate Lamp



1. Press the spring clip on the right end of the lamp assembly to the left to unlock the lamp assembly.

2. Pull down on the lamp assembly to remove it from the fascia.

**MJN2540**



4. Turn the bulb socket (1) counterclockwise to remove it from the lamp assembly (3).

5. Pull the bulb (2) straight out of the bulb socket (1).

6. Push the replacement bulb straight into the bulb socket (1) and turn the bulb socket (1) clockwise to install it into the lamp assembly (3).

7. Reinstall the lamp assembly (3) into the fascia by inserting the left side first.

8. Push the spring clip into place.

# Electrical System

## High Voltage Devices and Wiring

### {!} Warning

Exposure to high voltage can cause shock, burns, and even death. The high voltage components in the vehicle can only be serviced by technicians with special training.

High voltage components are identified by labels. Do not remove, open, take apart, or modify these components. High voltage cable or wiring has orange covering or labels. Do not probe, tamper with, cut, or modify high voltage cable or wiring.

## Electrical System Overload

The vehicle has fuses and circuit breakers to protect against an electrical system overload.

When the current electrical load is too heavy, the circuit breaker opens and closes, protecting the circuit until the current load returns to normal or the problem is fixed. This greatly reduces the chance of circuit overload and fire caused by electrical problems.

Fuses and circuit breakers protect the following in the vehicle:

- Headlamp wiring
- Windshield wiper motor
- Power windows and other power accessories

Replace a bad fuse with a new one of the identical size and rating.

**MJN2541**

If there is a problem on the road and a fuse needs to be replaced, the same amperage fuse can be borrowed. Choose some feature of the vehicle that is not needed to use and replace it as soon as possible.

### Headlamp Wiring

An electrical overload may cause the lamps to go on and off, or in some cases to remain off. Have the headlamp wiring checked right away if the lamps go on and off or remain off.

### Windshield Wipers

If the wiper motor overheats due to heavy snow or ice, the windshield wipers will stop until the motor cools and the wiper control is turned off. After removal of the blockage, the wiper motor will restart when the control is then moved to the desired operating position.

Although the circuit is protected from electrical overload, overload due to heavy snow or ice, may cause wiper damage. Always clear ice and heavy snow from the windshield before using the windshield wipers.

If the overload is caused by an electrical problem and not snow or ice, be sure to get it fixed.

## Fuses and Circuit Breakers

The wiring circuits in the vehicle are protected from short circuits by a combination of fuses and circuit breakers. This greatly reduces the chance of damage caused by electrical problems.

⚠ **Danger**

Fuses and circuit breakers are marked with their ampere rating. Do not exceed the specified amperage rating when replacing fuses and circuit breakers. Use of an oversized fuse or circuit breaker can result in a vehicle fire. You and others could be seriously injured or killed.

To check a fuse, look at the silver-colored band inside the fuse. If the band is broken or melted, replace the fuse. Be sure to replace a bad fuse with a new one of the identical size and rating.

**MJN2542**

Fuses of the same amperage can be temporarily borrowed from another fuse location, if a fuse goes out. Replace the fuse as soon as possible.

## Underhood Compartment Fuse Block



To open the fuse block cover, press the clips at the side and back and pull the cover up.

| Caution |
| --- |
| Spilling liquid on any electrical component on the vehicle may damage it. Always keep the covers on any electrical component. |

**MJN2543**



**MJN2544**

A fuse puller is in the underhood compartment fuse block.

The vehicle may not be equipped with all of the fuses, relays, and features shown.

| Fuses | Usage |
| --- | --- |
| 1 | – |
| 2 | Power window rear |
| 3 | – |
| 4 | Rechargeable energy storage system 1 |
| 5 | – |
| 7 | Left high-beam headlamp |
| 8 | Right high-beam headlamp |
| 9 | Left low-beam headlamp |
| 10 | Right low-beam headlamp |
| 11 | Horn |
| 12 | – |
| 13 | Front wiper motor driver |

| Fuses | Usage |
| --- | --- |
| 14 | Liftgate |
| 15 | Front wiper motor co-driver |
| 16 | Electronic brake control module supply electronics |
| 17 | Rear wiper |
| 18 | Liftgate |
| 19 | Seat module front |
| 20 | Washer |
| 22 | Linear power module |
| 23 | Electronic brake control module supply motor |
| 24 | Seat module rear |
| 26 | Transmission range control module |
| 27 | Aeroshutter |
| 28 | Auxiliary oil pump |
| 29 | Electric brake boost motor source |
| 30 | Front power windows |

| Fuses | Usage |
| --- | --- |
| 31 | In-panel bussed electrical center |
| 32 | Rear window defogger |
| 33 | Heated exterior rearview mirror |
| 34 | Pedestrian friendly alert function |
| 35 | – |
| 36 | – |
| 37 | Current sensor |
| 38 | Rain sensor |
| 39 | – |
| 40 | Electric brake boost (ECU) |
| 41 | Power line communication module |
| 42 | Automatic occupant sensing |
| 43 | Window switch |

**MJN2545**

| Fuses | Usage |
|---|---|
| 44 | Rechargeable energy storage system |
| 45 | Vehicle integration control module |
| 46 | Integrated chassis control module |
| 47 | Headlamp leveling |
| 48 | Integrated chassis control module |
| 49 | Interior rearview mirror |
| 50 | – |
| 51 | Electric brake boost |
| 52 | Rear camera |
| 54 | A/C control module |
| 55 | Rechargeable energy storage system coolant pump |
| 56 | – |
| 57 | Power electronics coolant pump |
| 58 | Engine control module |

| Fuses | Usage |
|---|---|
| 59 | Electric steering column lock |
| 60 | HVAC electric heater |
| 61 | On-board charging module |
| 62 | Transmission range control module 1 |
| 63 | Electric cooling fan |
| 64 | Engine control module |
| 65 | Auxiliary heater pump |
| 66 | Powertrain |
| 67 | Drive unit controller |
| 70 | A/C control module |
| 71 | – |
| 72 | Transmission range control module |
| 73 | Single power inverter module |
| 74 | – |

| Relays | Usage |
|---|---|
| 6 | Pedestrian friendly alert function |
| 21 | HID lamp |
| 25 | Powertrain |
| 53 | Run/Crank |
| 68 | Rear window defogger |
| 69 | Second run/Crank |

**MJN2546**

## Instrument Panel Fuse Block



The instrument panel fuse block is on the left side of the instrument panel. To access the fuses, open the fuse panel door by pulling out.

To reinstall the door, insert the top tab first, then push the door back into its original location.

| Fuses | Usage |
|---|---|
| F01 | Video processing module |
| F02 | Indicator light solar sensor |
| F03 | Side blind zone alert |
| F04 | Passive entry, passive start |
| F05 | CGM |
| F06 | Body control module 4 |
| F07 | Body control module 3 |
| F08 | Body control module 2 |
| F09 | Body control module 1 |
| F10 | Trailer interface module 1 |
| F11 | Amplifier |
| F12 | Body control module 8 |

| Fuses | Usage |
|---|---|
| F13 | Data link connector 1 |
| F14 | Automatic parking assist |
| F15 | - |
| F16 | Single power inverter module 1 |
| F17 | Body control module 6 |
| F18 | Body control module 5 |
| F19 | – |
| F20 | – |
| F21 | – |
| F22 | – |
| F23 | USB |
| F24 | Wireless charging module |
| F25 | Reflected LED alert display |
| F26 | Heated steering wheel |
| F27 | CGM 2 |
| F28 | Instrument cluster 2 |

**MJN2547**

| Fuses | Usage |
|---|---|
| F29 | Trailer interface module 2 |
| F30 | Headlamp leveling device |
| F31 | OnStar |
| F32 | Virtual keypass sensor |
| F33 | Heating, ventilation, and air conditioning module |
| F34 | Virtual keypass module |
| F35 | Instrument cluster 1 |
| F36 | Radio |
| F37 | – |
| F38 | – |
| F39 | – |
| F40 | – |
| F41 | – |
| F42 | – |
| F43 | Body control module 7 |

| Fuses | Usage |
|---|---|
| F44 | Sensing and diagnostic module |
| F45 | Front camera module |
| F46 | Vehicle integration control module |
| F47 | Single power inverter module 2 |
| F48 | Electric steering column lock |
| F49 | Auxiliary jack |
| F50 | Steering wheel controls |
| F51 | Steering wheel controls backlighting |
| F52 | Smartphone remote function module |
| F53 | Auxiliary power outlet |
| F54 | – |
| F55 | Logistic |

| Fuses | Usage |
|---|---|
| F56 | – |
| F57 | – |
| F59 | – |

| Relays | Usage |
|---|---|
| F58 | Logistics relay |
| F60 | Accessory/Retained accessory power relay |

**MJN2548**

# Wheels and Tires

## Tires

Every new GM vehicle has high-quality tires made by a leading tire manufacturer. See the warranty manual for information regarding the tire warranty and where to get service. For additional information refer to the tire manufacturer.

### ⚠ Warning

- Poorly maintained and improperly used tires are dangerous.

- Overloading the tires can cause overheating as a result of too much flexing. There could be a blowout and a serious crash. See *Vehicle Load Limits ⇨ 180*.

(Continued)

### Warning (Continued)

- Underinflated tires pose the same danger as overloaded tires. The resulting crash could cause serious injury. Check all tires frequently to maintain the recommended pressure. Tire pressure should be checked when the tires are cold.

- Overinflated tires are more likely to be cut, punctured, or broken by a sudden impact — such as when hitting a pothole. Keep tires at the recommended pressure.

- Worn or old tires can cause a crash. If the tread is badly worn, replace them.

(Continued)

### Warning (Continued)

- Replace any tires that have been damaged by impacts with potholes, curbs, etc.

- Improperly repaired tires can cause a crash. Only the dealer or an authorized tire service center should repair, replace, dismount, and mount the tires.

- Do not spin the tires in excess of 56 km/h (35 mph) on slippery surfaces such as snow, mud, ice, etc. Excessive spinning may cause the tires to explode.

## All-Season Tires

This vehicle may come with all-season tires. These tires are designed to provide good overall

**MJN2549**

performance on most road surfaces and weather conditions. Original equipment tires designed to GM's specific tire performance criteria have a TPC specification code molded onto the sidewall. Original equipment all-season tires can be identified by the last two characters of this TPC code, which will be "MS."

Consider installing winter tires on the vehicle if frequent driving on snow or ice-covered roads is expected. All-season tires provide adequate performance for most winter driving conditions, but they may not offer the same level of traction or performance as winter tires on snow or ice-covered roads. See *Winter Tires* ⇨ *261*.

## Winter Tires

This vehicle was not originally equipped with winter tires. Winter tires are designed for increased traction on snow and ice-covered roads. Consider installing winter tires on the vehicle if frequent driving on ice or snow covered

roads is expected. See your dealer for details regarding winter tire availability and proper tire selection. Also, see *Buying New Tires* ⇨ *274*.

With winter tires, there may be decreased dry road traction, increased road noise, and shorter tread life. After changing to winter tires, be alert for changes in vehicle handling and braking.

If using winter tires:

● Use tires of the same brand and tread type on all four wheel positions.

● Use only radial ply tires of the same size, load range, and speed rating as the original equipment tires.

Winter tires with the same speed rating as the original equipment tires may not be available for H, V, W, Y, and ZR speed rated tires. If winter tires with a lower speed rating are chosen, never exceed the tire's maximum speed capability.

## Self-Sealing Tires

This vehicle may have self-sealing tires. These tires have a material inside that can seal punctures up to 6 mm (0.25 in) in the tread area. The tire may lose air pressure if the sidewall is damaged or the tread puncture is too large. If the Tire Pressure Monitor System indicates the tire pressure is low, inspect the tire for damage and inflate it to the recommended pressure. If the tire is unable to maintain the recommended pressure, contact the nearest authorized GM servicing facility immediately for inspection and repair or replacement. To locate the nearest GM servicing facility, call GM Customer Assistance.

| Caution |
| --- |
| Do not drive on a deflated self-sealing tire as this could damage the tire. Make sure the tire is inflated to the recommended pressure or have it immediately repaired or replaced. |

**MJN2550**

When tire replacement is needed replace with a self-sealing tire, because the vehicle does not come with a spare tire or tire changing equipment.

### Tire Sidewall Labeling

Useful information about a tire is molded into its sidewall. The example shows a typical passenger tire sidewall.



**Passenger (P-Metric) Tire Example**

**(1) Tire Size :** The tire size is a combination of letters and numbers used to define a particular tire's width, height, aspect ratio, construction type, and service description. See the "Tire Size" illustration later in this section.

**(2) TPC Spec (Tire Performance Criteria Specification) :** Original equipment tires designed to GM's specific tire performance criteria have a TPC specification code molded onto the sidewall. GM's TPC specifications meet or exceed all federal safety guidelines.

**(3) DOT (Department of Transportation) :** The Department of Transportation (DOT) code indicates that the tire is in compliance with the U.S. Department of Transportation Motor Vehicle Safety Standards.

**DOT Tire Date of Manufacture :** The last four digits of the TIN indicate the tire manufactured date. The first two digits represent the week (01-52) and the last two digits, the year. For example, the third week of the year 2010 would have a four-digit DOT date of 0310.

**(4) Tire Identification Number (TIN) :** The letters and numbers following the DOT code are the Tire Identification Number (TIN). The TIN shows the manufacturer and plant code, tire size, and date the tire was manufactured. The TIN is molded onto both sides of the tire, although only one side may have the date of manufacture.

**(5) Tire Ply Material :** The type of cord and number of plies in the sidewall and under the tread.

**(6) Uniform Tire Quality Grading (UTQG) :** Tire manufacturers are required to grade tires based on three performance factors: treadwear,

**MJN2551**

traction, and temperature resistance. For more information see *Uniform Tire Quality Grading* ⇨ 276.

**(7) Maximum Cold Inflation Load Limit** : Maximum load that can be carried and the maximum pressure needed to support that load.

## Tire Designations

### Tire Size

The example shows a typical passenger vehicle tire size.



**(1) Passenger (P-Metric) Tire** : The United States version of a metric tire sizing system. The letter "P" as the first character in the tire size means a passenger vehicle tire engineered to standards set by the U.S. Tire and Rim Association.

**(2) Tire Width** : The three-digit number indicates the tire section width in millimeters from sidewall to sidewall.

**(3) Aspect Ratio** : A two-digit number that indicates the tire height-to-width measurements. For example, if the tire size aspect ratio is 60, as shown in item (3) of the illustration, it would mean that the tire's sidewall is 60 percent as high as it is wide.

**(4) Construction Code** : A letter code is used to indicate the type of ply construction in the tire. The letter "R" means radial ply construction; the letter "D" means diagonal or bias ply construction.

**(5) Rim Diameter** : Diameter of the wheel in inches.

**(6) Service Description** : These characters represent the load index and speed rating of the tire. The load index represents the load carrying capacity a tire is certified to carry. The speed rating is the maximum speed a tire is certified to carry a load.

## Tire Terminology and Definitions

**Air Pressure** : The amount of air inside the tire pressing outward on each square inch of the tire. Air pressure is expressed in kPa (kilopascal) or psi (pounds per square inch).

**Accessory Weight** : The combined weight of optional accessories. Some examples of optional accessories are, electric drive unit, power windows, power seats, and air conditioning.

**Aspect Ratio** : The relationship of a tire's height to its width.

MJN2552

**Belt** : A rubber coated layer of cords that is located between the plies and the tread. Cords may be made from steel or other reinforcing materials.

**Bead** : The tire bead contains steel wires wrapped by steel cords that hold the tire onto the rim.

**Bias Ply Tire** : A pneumatic tire in which the plies are laid at alternate angles less than 90 degrees to the centerline of the tread.

**Cold Tire Pressure** : The amount of air pressure in a tire, measured in kPa (kilopascal) or psi (pounds per square inch) before a tire has built up heat from driving. See *Tire Pressure* ⇨ *266*.

**Curb Weight** : The weight of a motor vehicle with standard and optional equipment including the maximum capacity of fuel, oil, and coolant, but without passengers and cargo.

**DOT Markings** : A code molded into the sidewall of a tire signifying that the tire is in compliance with the U.S. Department of Transportation (DOT) Motor Vehicle Safety Standards. The DOT code includes the Tire Identification Number (TIN), an alphanumeric designator which can also identify the tire manufacturer, production plant, brand, and date of production.

**GAWR FRT** : Gross Axle Weight Rating for the front axle. See *Vehicle Load Limits* ⇨ *180*.

**GAWR RR** : Gross Axle Weight Rating for the rear axle. See *Vehicle Load Limits* ⇨ *180*.

**GVWR** : Gross Vehicle Weight Rating. See *Vehicle Load Limits* ⇨ *180*.

**Intended Outboard Sidewall** : The side of an asymmetrical tire, that must always face outward when mounted on a vehicle.

**Kilopascal (kPa)** : The metric unit for air pressure.

**Light Truck (LT-Metric) Tire** : A tire used on light duty trucks and some multipurpose passenger vehicles.

**Load Index** : An assigned number ranging from 1 to 279 that corresponds to the load carrying capacity of a tire.

**Maximum Inflation Pressure** : The maximum air pressure to which a cold tire can be inflated. The maximum air pressure is molded onto the sidewall.

**Maximum Load Rating** : The load rating for a tire at the maximum permissible inflation pressure for that tire.

MJN2553

**Maximum Loaded Vehicle Weight :** The sum of curb weight, accessory weight, vehicle capacity weight, and production options weight.

**Normal Occupant Weight :** The number of occupants a vehicle is designed to seat multiplied by 68 kg (150 lbs). See *Vehicle Load Limits ⇨ 180*.

**Occupant Distribution :** Designated seating positions.

**Outward Facing Sidewall :** The side of an asymmetrical tire that has a particular side that faces outward when mounted on a vehicle. The side of the tire that contains a whitewall, bears white lettering, or bears manufacturer, brand, and/or model name molding that is higher or deeper than the same moldings on the other sidewall of the tire.

**Passenger (P-Metric) Tire :** A tire used on passenger cars and some light duty trucks and multipurpose vehicles.

**Recommended Inflation Pressure :** Vehicle manufacturer's recommended tire inflation pressure as shown on the tire placard. See *Tire Pressure ⇨ 266* and *Vehicle Load Limits ⇨ 180*.

**Radial Ply Tire :** A pneumatic tire in which the ply cords that extend to the beads are laid at 90 degrees to the centerline of the tread.

**Rim :** A metal support for a tire and upon which the tire beads are seated.

**Sidewall :** The portion of a tire between the tread and the bead.

**Speed Rating :** An alphanumeric code assigned to a tire indicating the maximum speed at which a tire can operate.

**Traction :** The friction between the tire and the road surface. The amount of grip provided.

**Tread :** The portion of a tire that comes into contact with the road.

**Treadwear Indicators :** Narrow bands, sometimes called wear bars, that show across the tread of a tire when only 1.6 mm (1/16 in) of tread remains. See *When It Is Time for New Tires ⇨ 274*.

**UTQGS (Uniform Tire Quality Grading Standards) :** A tire information system that provides consumers with ratings for a tire's traction, temperature, and treadwear. Ratings are determined by tire manufacturers using

MJN2554

government testing procedures. The ratings are molded into the sidewall of the tire. See *Uniform Tire Quality Grading* ⇨ *276*.

**Vehicle Capacity Weight :** The number of designated seating positions multiplied by 68 kg (150 lbs) plus the rated cargo load. See *Vehicle Load Limits* ⇨ *180*.

**Vehicle Maximum Load on the Tire :** Load on an individual tire due to curb weight, accessory weight, occupant weight, and cargo weight.

**Vehicle Placard :** A label permanently attached to a vehicle showing the vehicle's capacity weight and the original equipment tire size and recommended inflation pressure. See "Tire and Loading Information Label" under *Vehicle Load Limits* ⇨ *180*.

## Tire Pressure

Tires need the correct amount of air pressure to operate effectively.

### ⚠ Warning

Neither tire underinflation nor overinflation is good. Underinflated tires, or tires that do not have enough air, can result in:

- Tire overloading and overheating which could lead to a blowout.
- Premature or irregular wear.
- Poor handling.
- Reduced battery-electric range.

(Continued)

### Warning (Continued)

Overinflated tires, or tires that have too much air, can result in:

- Unusual wear.
- Poor handling.
- Rough ride.
- Needless damage from road hazards.

The Tire and Loading Information label on the vehicle indicates the original equipment tires and the correct cold tire inflation pressures. The recommended pressure is the minimum air pressure needed to support the vehicle's maximum load carrying capacity. See *Vehicle Load Limits* ⇨ *180*.

MJN2555

How the vehicle is loaded affects vehicle handling and ride comfort. Never load the vehicle with more weight than it was designed to carry.

### When to Check

Check the pressure of the tires once a month or more.

### How to Check

Use a good quality pocket-type gauge to check the tire pressure. Proper tire inflation cannot be determined by looking at the tire. Check the tire inflation pressure when the tires are cold, meaning the vehicle has not been driven for at least three hours or no more than 1.6 km (1 mi).

Remove the valve cap from the tire valve stem. Press the tire gauge firmly onto the valve to get the pressure measurement. If the cold tire inflation pressure matches the recommended pressure on the Tire and Loading Information label, no further adjustment is necessary.

If the inflation pressure is low, add air until the recommended pressure is reached. If the inflation pressure in high, press on the metal stem in the center of the tire valve to release air. Re-check the tire pressure with the tire gauge.

Put the valve caps back on the valve stems to keep out dirt and moisture and prevent leaks. Use only valve caps designed for the vehicle by GM. TPMS sensors could be damaged and would not be covered by the vehicle warranty.

## Tire Pressure Monitor System

The Tire Pressure Monitor System (TPMS) uses radio and sensor technology to check tire pressure levels. The TPMS sensors monitor the air pressure in your tires and transmit tire pressure readings to a receiver located in the vehicle.

Each tire, including the spare (if provided), should be checked monthly when cold and inflated to the inflation pressure recommended by the vehicle manufacturer on the vehicle placard or tire inflation pressure label. (If your vehicle has tires of a different size than the size indicated on the vehicle placard or tire inflation pressure label, you should determine the proper tire inflation pressure for those tires.)

As an added safety feature, your vehicle has been equipped with a tire pressure monitoring system (TPMS) that illuminates a low tire pressure telltale when one or more of your tires is significantly under-inflated.

Accordingly, when the low tire pressure telltale illuminates, you should stop and check your tires as soon as possible, and inflate them to the proper pressure. Driving on a significantly under-inflated tire causes the tire to overheat and can

MJN2556

lead to tire failure. Under-inflation also reduces fuel efficiency and tire tread life, and may affect the vehicle's handling and stopping ability.

Please note that the TPMS is not a substitute for proper tire maintenance, and it is the driver's responsibility to maintain correct tire pressure, even if under-inflation has not reached the level to trigger illumination of the TPMS low tire pressure telltale.

Your vehicle has also been equipped with a TPMS malfunction indicator to indicate when the system is not operating properly. The TPMS malfunction indicator is combined with the low tire pressure telltale. When the system detects a malfunction, the telltale will flash for approximately one minute and then remain continuously illuminated. This sequence will continue upon subsequent vehicle start-ups as long as the malfunction exists.

When the malfunction indicator is illuminated, the system may not be able to detect or signal low tire

pressure as intended. TPMS malfunctions may occur for a variety of reasons, including the installation of replacement or alternate tires or wheels on the vehicle that prevent the TPMS from functioning properly. Always check the TPMS malfunction telltale after replacing one or more tires or wheels on your vehicle to ensure that the replacement or alternate tires and wheels allow the TPMS to continue to function properly.

See *Tire Pressure Monitor Operation* ⇨ *268*.

See *Radio Frequency Statement* ⇨ *325*.

## Tire Pressure Monitor Operation

This vehicle may have a Tire Pressure Monitor System (TPMS). The TPMS is designed to warn the driver when a low tire pressure condition exists. TPMS sensors are mounted onto each tire and wheel assembly, excluding the spare tire and wheel assembly. The TPMS

sensors monitor the air pressure in the tires and transmits the tire pressure readings to a receiver located in the vehicle.



When a low tire pressure condition is detected, the TPMS illuminates the low tire pressure warning light located on the instrument cluster. If the warning light comes on, stop as soon as possible and inflate the tires to the recommended pressure shown on the Tire and Loading Information label. See *Vehicle Load Limits* ⇨ *180*.

A message to check the pressure in a specific tire displays in the Driver Information Center (DIC). The low tire pressure warning light and the DIC warning message come on at each ignition cycle using POWER ⏻ until the tires are inflated to the correct inflation pressure. Using the

**MJN2557**

DIC, tire pressure levels can be viewed. For additional information and details about the DIC operation and displays see *Driver Information Center (DIC)* ⇨ *120*.

The low tire pressure warning light may come on in cool weather when the vehicle is first started, and then turn off as the vehicle is driven. This could be an early indicator that the air pressure is getting low and needs to be inflated to the proper pressure.

A Tire and Loading Information label, attached to your vehicle, shows the size of the original equipment tires and the correct inflation pressure for the tires when they are cold. See *Vehicle Load Limits* ⇨ *180*, for an example of the Tire and Loading Information label and its location. Also see *Tire Pressure* ⇨ *266*.

The TPMS can warn about a low tire pressure condition but it does not replace normal tire maintenance. See *Tire Inspection* ⇨ *272*, *Tire Rotation* ⇨ *273* and *Tires* ⇨ *260*.

| Caution |
| --- |
| Tire sealant materials are not all the same. A non-approved tire sealant could damage the TPMS sensors. TPMS sensor damage caused by using an incorrect tire sealant is not covered by the vehicle warranty. Always use only the GM approved tire sealant available through your dealer or included in the vehicle. |

Factory-installed Tire Inflator Kits use a GM-approved liquid tire sealant. Using non-approved tire sealants could damage the TPMS sensors. See *Tire Sealant and Compressor Kit* ⇨ *280* for information regarding the inflator kit materials and instructions.

## TPMS Malfunction Light and Message

The TPMS will not function properly if one or more of the TPMS sensors are missing or inoperable. When the system detects a malfunction, the low tire warning light flashes for about one minute and then stays on for the remainder of the ignition cycle using POWER ⏻. A DIC warning message also displays. The malfunction light and DIC warning message come on at each ignition cycle using POWER ⏻ until the problem is corrected. Some of the conditions that can cause these to come on are:

● One of the road tires has been replaced with the spare tire. The spare tire does not have a TPMS sensor. The malfunction light and DIC message should go off after the road tire is replaced and the sensor matching process is performed successfully. See "TPMS Sensor Matching Process" later in this section.

● The TPMS sensor matching process was not done or not completed successfully after rotating the tires. The malfunction light and the DIC message should go off after successfully completing the

**MJN2558**

sensor matching process. See "TPMS Sensor Matching Process" later in this section.

- One or more TPMS sensors are missing or damaged. The malfunction light and the DIC message should go off when the TPMS sensors are installed and the sensor matching process is performed successfully. See your dealer for service.

- Replacement tires or wheels do not match the original equipment tires or wheels. Tires and wheels other than those recommended could prevent the TPMS from functioning properly. See *Buying New Tires ⇨ 274*.

- Operating electronic devices or being near facilities using radio wave frequencies similar to the TPMS could cause the TPMS sensors to malfunction.

If the TPMS is not functioning properly it cannot detect or signal a low tire condition. See your dealer

for service if the TPMS malfunction light and DIC message come on and stay on.

### Tire Fill Alert (If Equipped)

This feature provides visual and audible alerts outside the vehicle to help when inflating an underinflated tire to the recommended cold tire pressure.

When the low tire pressure warning light comes on:

1. Park the vehicle in a safe, level place.

2. Set the parking brake firmly.

3. Place the vehicle in P (Park).

4. Add air to the tire that is underinflated. The turn signal lamp will flash.

   When the recommended pressure is reached, the horn sounds once and the turn signal lamp will stop flashing and briefly turn solid.

Repeat these steps for all underinflated tires that have illuminated the low tire pressure warning light.

### { Warning

Overinflating a tire could cause the tire to rupture and you or others could be injured. Do not exceed the maximum pressure listed on the tire sidewall. See *Tire Sidewall Labeling ⇨ 262* and *Vehicle Load Limits ⇨ 180*.

If the tire is overinflated by more than 35 kPa (5 psi), the horn will sound multiple times and the turn signal lamp will continue to flash for several seconds after filling stops. To release and correct the pressure, while the turn signal lamp is still flashing, briefly press the center of the valve stem. When the recommended pressure is reached, the horn sounds once.

**MJN2559**

If the turn signal lamp does not flash within 15 seconds after starting to inflate the tire, the tire fill alert has not been activated or is not working.

If the hazard warning flashers are on, the tire fill alert visual feedback will not work properly.

The TPMS will not activate the tire fill alert properly under the following conditions:

- There is interference from an external device or transmitter.
- The air pressure from the inflation device is not sufficient to inflate the tire.
- There is a malfunction in the TPMS.
- There is a malfunction in the horn or turn signal lamps.
- The identification code of the TPMS sensor is not registered to the system.
- The battery of the TPMS sensor is low.

If the tire fill alert does not operate due to TPMS interference, move the vehicle about 1 m (3 ft) back or forward and try again. If the tire fill alert feature is not working, use a tire pressure gauge.

**TPMS Sensor Matching Process**

Each TPMS sensor has a unique identification code. The identification code needs to be matched to a new tire/wheel position after rotating the vehicle's tires or replacing one or more of the TPMS sensors. The TPMS sensor matching process should also be performed after replacing a spare tire with a road tire containing the TPMS sensor. The malfunction light and the DIC message should go off at the next ignition cycle using POWER ⏻. The sensors are matched to the tire/wheel positions, using a TPMS relearn tool, in the following order: driver side front tire, passenger side front tire, passenger side rear tire, and driver side rear. See your dealer for service or to purchase a

relearn tool. A TPMS relearn tool can also be purchased. See Tire Pressure Monitor Sensor Activation Tool at www.gmtoolsandequipment.com or call 1-800-GM TOOLS (1-800-468-6657).

There are two minutes to match the first tire/wheel position, and five minutes overall to match all four tire/wheel positions. If it takes longer, the matching process stops and must be restarted.

The TPMS sensor matching process is:

1. Set the parking brake.

2. Press POWER ⏻ to start the vehicle. See *Power Button* ⇨ *184*.

3. Make sure the Tire Pressure info page option is turned on. The info pages on the DIC can be turned on and off through the Options menu. See *Driver Information Center (DIC)* ⇨ *120*.

**MJN2560**

4. Use the DIC controls on the right side of the steering wheel to scroll to the Tire Pressure screen under the DIC info page.

5. Press and hold √ in the center of the DIC controls.

   A message requesting acceptance of the process may display.

   The horn sounds twice to signal the receiver is in relearn mode and the TIRE LEARNING ACTIVE message displays on the DIC screen.

6. Start with the driver side front tire.

7. Place the relearn tool against the tire sidewall, near the valve stem. Then press the button to activate the TPMS sensor. A horn chirp confirms that the sensor identification code has been matched to this tire and wheel position.

8. Proceed to the passenger side front tire, and repeat the procedure in Step 7.

9. Proceed to the passenger side rear tire, and repeat the procedure in Step 7.

10. Proceed to the driver side rear tire, and repeat the procedure in Step 7. The horn sounds two times to indicate the sensor identification code has been matched to the driver side rear tire, and the TPMS sensor matching process is no longer active. The TIRE LEARNING ACTIVE message on the DIC display screen goes off.

11. Turn the vehicle off.

12. Set all four tires to the recommended air pressure level as indicated on the Tire and Loading Information label.

## Tire Inspection

We recommend that the tires, including the spare tire, if the vehicle has one, be inspected for signs of wear or damage at least once a month.

Replace the tire if:

- The indicators at three or more places around the tire can be seen.

- There is cord or fabric showing through the tire's rubber.

- The tread or sidewall is cracked, cut, or snagged deep enough to show cord or fabric.

- The tire has a bump, bulge, or split.

- The tire has a puncture, cut, or other damage that cannot be repaired well because of the size or location of the damage.

**MJN2561**

## Tire Rotation

Tires should be rotated every 12 000 km (7,500 mi). See *Maintenance Schedule* ⇨ *304*.

Tires are rotated to achieve a uniform wear for all tires. The first rotation is the most important.

Anytime unusual wear is noticed, rotate the tires as soon as possible, check for proper tire inflation pressure, and check for damaged tires or wheels. If the unusual wear continues after the rotation, check the wheel alignment. See *When It Is Time for New Tires* ⇨ *274* and *Wheel Replacement* ⇨ *278*.



Use this rotation pattern when rotating the tires.

If the vehicle has a compact spare tire, do not include it in the tire rotation.

Adjust the front and rear tires to the recommended inflation pressure on the Tire and Loading Information label after the tires have been rotated. See *Tire Pressure* ⇨ *266* and *Vehicle Load Limits* ⇨ *180*.

Reset the Tire Pressure Monitor System. See *Tire Pressure Monitor Operation* ⇨ *268*.

Check that all wheel nuts are properly tightened. See "Wheel Nut Torque" under *Capacities and Specifications* ⇨ *314*.

> ⚠ **Warning**
>
> Rust or dirt on a wheel, or on the parts to which it is fastened, can make wheel nuts become loose after time. The wheel could come off and cause a crash. When changing a wheel, remove any rust or dirt from places where the wheel attaches to the vehicle. In an emergency, a cloth or a paper towel can be used; however, use a scraper or wire brush later to remove all rust or dirt.

Lightly coat the inner diameter of the wheel hub opening with wheel bearing grease after a wheel change or tire rotation to prevent corrosion or rust build-up. Do not get grease on the wheel mounting surface or on the wheel nuts or bolts.

**MJN2562**

## When It Is Time for New Tires

Factors such as maintenance, temperatures, driving speeds, vehicle loading, and road conditions affect the wear rate of the tires.



Treadwear indicators are one way to tell when it is time for new tires. Treadwear indicators appear when the tires have only 1.6 mm (1/16 in) or less of tread remaining. See *Tire Inspection* ⇨ *272* and *Tire Rotation* ⇨ *273*.

The rubber in tires ages over time. This also applies to the spare tire, if the vehicle has one, even if it is never used. Multiple factors including temperatures, loading conditions, and inflation pressure maintenance affect how fast aging takes place. GM recommends that tires, including the spare if equipped, be replaced after six years, regardless of tread wear. To identify the age of a tire, use the tire manufacture date which is the last four digits of the DOT Tire Identification Number (TIN) which is molded into one side of the tire sidewall. The first two digits represent the week (01–52) and the last two digits, the year. For example, the third week of the year 2010 would have a four-digit DOT date of 0310.

### Vehicle Storage

Tires age when stored normally mounted on a parked vehicle. Park a vehicle that will be stored for at least a month in a cool, dry, clean area away from direct sunlight to slow aging. This area should be free of grease, gasoline, or other substances that can deteriorate rubber.

Parking for an extended period can cause flat spots on the tires that may result in vibrations while driving. When storing a vehicle for at least a month, remove the tires or raise the vehicle to reduce the weight from the tires.

## Buying New Tires

GM has developed and matched specific tires for the vehicle. The original equipment tires installed were designed to meet General Motors Tire Performance Criteria Specification (TPC Spec) system rating. When replacement tires are needed, GM strongly recommends buying tires with the same TPC Spec rating.

GM's exclusive TPC Spec system considers over a dozen critical specifications that impact the overall performance of the

**MJN2563**

vehicle, including brake system performance, ride and handling, traction control, and tire pressure monitoring performance. GM's TPC Spec number is molded onto the tire's sidewall near the tire size. If the tires have an all-season tread design, the TPC Spec number will be followed by MS for mud and snow. See *Tire Sidewall Labeling ⇨ 262*, for additional information.

GM recommends replacing worn tires in complete sets of four. Uniform tread depth on all tires will help to maintain the performance of the vehicle. Braking and handling performance may be adversely affected if all the tires are not replaced at the same time. If proper rotation and maintenance have been done, all four tires should wear out at about the same time. See *Tire Rotation ⇨ 273* for information

on proper tire rotation. However, if it is necessary to replace only one axle set of worn tires, place the new tires on the rear axle.

Winter tires with the same speed rating as the original equipment tires may not be available for H, V, W, and ZR speed rated tires. Never exceed the winter tire's maximum speed capability when using winter tires with a lower speed rating.

### ⚠ Warning

Tires could explode during improper service. Attempting to mount or dismount a tire could cause injury or death. Only your dealer or authorized tire service center should mount or dismount the tires.

### ⚠ Warning

Mixing tires of different sizes (other than those originally installed on the vehicle), brands, or types may cause loss of control of the vehicle, resulting in a crash or other vehicle damage. Use the same size, load range, and type of tires as the original tires.

### ⚠ Warning

Using bias-ply tires on the vehicle may cause the wheel rim flanges to develop cracks after many miles of driving. A tire and/or wheel could fail suddenly and cause a crash. Use only radial-ply tires with the wheels on the vehicle.

If the vehicle tires must be replaced with a tire that does not have a TPC Spec number, make

**MJN2564**

sure they are the same size, load range, speed rating, and construction (radial) as the original tires.

Vehicles that have a tire pressure monitoring system could give an inaccurate low-pressure warning if non-TPC Spec rated tires are installed. See *Tire Pressure Monitor Operation* ⇨ *268*.

The Tire and Loading Information label indicates the original equipment tires on the vehicle. See *Vehicle Load Limits* ⇨ *180*.

## Different Size Tires and Wheels

If wheels or tires are installed that are a different size than the original equipment wheels and tires, vehicle performance, including its braking, ride and handling characteristics, stability, and resistance to rollover may be affected. If the vehicle has electronic systems such as antilock brakes, rollover airbags, traction control, electronic stability control, or All-Wheel Drive, the performance of these systems can also be affected.

{ ⚠ **Warning**

If different sized wheels are used, there may not be an acceptable level of performance and safety if tires not recommended for those wheels are selected. This increases the chance of a crash and serious injury. Only use GM specific wheel and tire systems developed for the vehicle, and have them properly installed by a GM certified technician.

See *Buying New Tires* ⇨ *274* and *Accessories and Modifications* ⇨ *237*.

## Uniform Tire Quality Grading

The following information relates to the system developed by the United States National Highway Traffic Safety Administration (NHTSA), which grades tires by treadwear, traction, and temperature performance. This applies only to vehicles sold in the United States. The grades are molded on the sidewalls of most passenger car tires. The Uniform Tire Quality Grading (UTQG) system does not apply to deep tread, winter tires, compact spare tires, tires with nominal rim diameters of 10 to 12 inches (25 to 30 cm), or to some limited-production tires.

While the tires available on General Motors passenger cars and light trucks may vary with respect to these grades, they must also conform to federal

**MJN2565**

safety requirements and additional General Motors Tire Performance Criteria (TPC) standards.

Quality grades can be found where applicable on the tire sidewall between tread shoulder and maximum section width. For example:

**Treadwear 200 Traction AA Temperature A**

All Passenger Car Tires Must Conform to Federal Safety Requirements In Addition To These Grades.

**Treadwear**

The treadwear grade is a comparative rating based on the wear rate of the tire when tested under controlled conditions on a specified government test course. For example, a tire graded 150 would wear one and one-half (1½) times as well on the government course as a tire graded 100. The relative performance of tires depends upon the actual conditions of their use, however, and may depart significantly from the norm due to variations in driving habits, service practices and differences in road characteristics and climate.

**Traction**

The traction grades, from highest to lowest, are AA, A, B, and C. Those grades represent the tire's ability to stop on wet pavement as measured under controlled conditions on specified government test surfaces of asphalt and concrete. A tire marked C may have poor traction performance. Warning: The traction grade assigned to this tire is based on straight-ahead braking traction tests, and does not include acceleration, cornering, hydroplaning, or peak traction characteristics.

**Temperature**

The temperature grades are A (the highest), B, and C, representing the tire's resistance to the generation of heat and its ability to dissipate heat when tested under controlled conditions on a specified indoor laboratory test wheel. Sustained high temperature can cause the material of the tire to degenerate and reduce tire life, and excessive temperature can lead to sudden tire failure. The grade C corresponds to a level of performance which all passenger car tires must meet under the Federal Motor Safety Standard No. 109. Grades B and A represent higher levels of performance on the laboratory test wheel than the minimum required by law. Warning: The

MJN2566

temperature grade for this tire is established for a tire that is properly inflated and not overloaded. Excessive speed, underinflation, or excessive loading, either separately or in combination, can cause heat buildup and possible tire failure.

## Wheel Alignment and Tire Balance

The tires and wheels were aligned and balanced at the factory to provide the longest tire life and best overall performance. Adjustments to wheel alignment and tire balancing are not necessary on a regular basis. Consider an alignment check if there is unusual tire wear or the vehicle is significantly pulling to one side or the other. Some slight pull to the left or right, depending on the crown of the road and/or other road surface variations such as troughs or ruts, is normal. If the vehicle is vibrating when driving on a smooth road, the tires and wheels may need to be rebalanced. See your dealer for proper diagnosis.

## Wheel Replacement

Replace any wheel that is bent, cracked, or badly rusted or corroded. If wheel nuts keep coming loose, the wheel, wheel bolts, and wheel nuts should be replaced. If the wheel leaks air, replace it. Some aluminum wheels can be repaired. See your dealer if any of these conditions exist.

Your dealer will know the kind of wheel that is needed.

Each new wheel should have the same load-carrying capacity, diameter, width, offset, and be mounted the same way as the one it replaces.

Replace wheels, wheel bolts, wheel nuts, or Tire Pressure Monitor System (TPMS) sensors with new GM original equipment parts.

> ⚠ **Warning**
>
> Using the wrong replacement wheels, wheel bolts, or wheel nuts can be dangerous. It could affect the braking and handling of the vehicle. Tires can lose air, and cause loss of control, causing a crash. Always use the correct wheel, wheel bolts, and wheel nuts for replacement.

> **Caution**
>
> The wrong wheel can also cause problems with bearing life, brake cooling, speedometer or odometer calibration, headlamp aim, bumper height, vehicle ground clearance, and tire or tire chain clearance to the body and chassis.

**MJN2567**

### Used Replacement Wheels

> ⚠ **Warning**
>
> Replacing a wheel with a used one is dangerous. How it has been used or how far it has been driven may be unknown. It could fail suddenly and cause a crash. When replacing wheels, use a new GM original equipment wheel.

## Tire Chains

> ⚠ **Warning**
>
> Do not use tire chains. There is not enough clearance. Tire chains used on a vehicle without the proper amount of clearance can cause damage to the brakes, suspension, or other vehicle parts. The area damaged by the tire chains could cause loss of control and a crash.
>
> (Continued)

> **Warning (Continued)**
>
> Use another type of traction device only if its manufacturer recommends it for the vehicle's tire size combination and road conditions. Follow that manufacturer's instructions. To avoid vehicle damage, drive slow and readjust or remove the traction device if it contacts the vehicle. Do not spin the wheels. If traction devices are used, install them on the front tires.

## If a Tire Goes Flat

This vehicle has self-sealing tires. See *Self-Sealing Tires* ⇨ *261*. Tread punctures typically will not cause tires to lose air. However, if the vehicle does get a flat tire, there is no spare tire, tire changing equipment, or place to store a tire. Contact Roadside Assistance for help.

It is unusual for a tire to blow out, especially if the tires are maintained properly. If air goes out of a tire, it is much more likely to leak out slowly. See *Tires* ⇨ *260*. But if there is ever a blowout, here are a few tips about what to expect and what to do.

If a front tire fails, the flat tire will create a drag that pulls the vehicle toward that side. Take your foot off the accelerator pedal and grip the steering wheel firmly. Steer to maintain lane position, and then gently brake to a stop, well off the road, if possible.

A rear blowout, particularly on a curve, acts much like a skid and may require the same correction as used in a skid. Stop pressing the accelerator pedal and steer to straighten the vehicle. It may be very bumpy and noisy. Gently brake to a stop, well off the road, if possible.

# MJN2568

## ⚠ Warning

Lifting a vehicle and getting under it to do maintenance or repairs is dangerous without the appropriate safety equipment and training. If a jack is provided with the vehicle, it is designed only for changing a flat tire. If it is used for anything else, you or others could be badly injured or killed if the vehicle slips off the jack. If a jack is provided with the vehicle, only use it for changing a flat tire.

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place, well off the road, if possible.

1. Turn on the hazard warning flashers. See *Hazard Warning Flashers* ⇨ *133*.

2. Set the parking brake firmly.

3. Put an automatic transmission in P (Park) or a manual transmission in 1 (First) or R (Reverse).

4. Turn off the ignition.

5. Inspect the flat tire.

## ⚠ Warning

Driving on a flat tire will cause permanent damage to the tire. Re-inflating a tire after it has been driven on while severely underinflated or flat may cause a blowout and a serious crash. Never attempt to re-inflate a tire that has been driven on while severely underinflated or flat. Have your dealer or an authorized tire service center repair or replace the flat tire as soon as possible.

If this vehicle has a tire sealant kit and the tire has been separated from the wheel, has damaged sidewalls, or has a puncture larger than 6 mm (0.25 in), the tire is too severely damaged for the tire sealant and compressor kit to be effective. If the tire has a puncture

less than 6 mm (0.25 in) in the tread area of the tire, see *Tire Sealant and Compressor Kit* ⇨ *280*.

## Tire Sealant and Compressor Kit

## ⚠ Warning

Overinflating a tire could cause the tire to rupture and you or others could be injured. Be sure to read and follow the tire sealant and compressor kit instructions and inflate the tire to its recommended pressure. Do not exceed the recommended pressure.

## ⚠ Warning

Storing the tire sealant and compressor kit or other equipment in the passenger compartment of the vehicle could

(Continued)

**MJN2569**

**Warning (Continued)**

cause injury. In a sudden stop or collision, loose equipment could strike someone. Store the tire sealant and compressor kit in its original location.

If this vehicle has a tire sealant and compressor kit, there may not be a spare tire or tire changing equipment, and on some vehicles there may not be a place to store a tire.

The tire sealant and compressor can be used to temporarily seal punctures up to 6 mm (0.25 in) in the tread area of the tire. It can also be used to inflate an underinflated tire.

For vehicles with self-sealing tires, try to inflate the tire without sealant first. See "Using the Tire Sealant and Compressor Kit without Sealant to Inflate a Tire (Not Punctured)" below.

If the tire has been separated from the wheel, has damaged sidewalls, or has a large puncture, the tire is too severely damaged for the tire sealant and compressor kit to be effective. See *Roadside Assistance Program* ⇨ *319*.

Read and follow all of the tire sealant and compressor kit instructions.

The kit includes:



1. Sealant Canister Inlet Valve
2. Sealant/Air Hose
3. Base of Sealant Canister
4. Tire Sealant Canister

5. On/Off Button
6. Slot on Top of Compressor
7. Pressure Deflation Button
8. Pressure Gauge



9. Power Plug
10. Air Only Hose

**Tire Sealant**

Read and follow the safe handling instructions on the label adhered to the tire sealant canister (4).

Check the tire sealant expiration date on the tire sealant canister. The tire sealant canister (4) should be replaced before its expiration

**MJN2570**

date. Replacement tire sealant canisters are available at your local dealer.

There is only enough sealant to seal one tire. After usage, the tire sealant canister must be replaced.

### Using the Tire Sealant and Compressor Kit to Temporarily Seal and Inflate a Punctured Tire

When using the tire sealant and compressor kit during cold temperatures, warm the kit in a heated environment for five minutes. This will help to inflate the tire faster.

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place. Turn on the hazard warning flashers. See *Hazard Warning Flashers ⇨ 133*.

See *If a Tire Goes Flat ⇨ 279* for other important safety warnings.

Do not remove any objects that have penetrated the tire.

1. Remove the tire sealant canister (4) and compressor from its storage location. See *Storing the Tire Sealant and Compressor Kit ⇨ 286*.

2. Remove the air only hose (10) and the power plug (9) from the bottom of the compressor.

3. Place the compressor on the ground near the flat tire.



4. Attach the air only hose (10) to the sealant canister inlet valve (1) by turning it clockwise until tight.



5. Slide the base of the tire sealant canister (3) into the slot on the top of the compressor (6) to hold it upright.

   Make sure the tire valve stem is positioned close to the ground so the hose will reach it.

6. Remove the valve stem cap from the flat tire by turning it counterclockwise.

# MJN2571



7.  Attach the sealant/air hose (2) to the tire valve stem by turning it clockwise until tight.

8.  Plug the power plug (9) into the accessory power outlet in the vehicle. Unplug all items from other accessory power outlets. See *Power Outlets* ⇨ *93*.

    If the vehicle has an accessory power outlet, do not use the cigarette lighter.

    If the vehicle only has a cigarette lighter, use the cigarette lighter.

    Do not pinch the power plug cord in the door or window.

9.  Start the vehicle. The vehicle must be running while using the air compressor.

10. Press the on/off button (5) to turn the tire sealant and compressor kit on.

    The compressor will inject sealant and air into the tire.

    The pressure gauge (8) will initially show a high pressure while the compressor pushes the sealant into the tire. Once the sealant is completely dispersed into the tire, the pressure will quickly drop and start to rise again as the tire inflates with air only.

11. Inflate the tire to the recommended inflation pressure using the pressure gauge (8). The recommended inflation pressure can be found on the Tire and Loading Information label. See *Tire Pressure* ⇨ *266*.

    The pressure gauge (8) may read higher than the actual tire pressure while the compressor

is on. Turn the compressor off to get an accurate pressure reading. The compressor may be turned on/off until the correct pressure is reached.

| Caution |
| --- |
| If the recommended pressure cannot be reached after approximately 25 minutes, the vehicle should not be driven farther. The tire is too severely damaged and the tire sealant and compressor kit cannot inflate the tire. Remove the power plug from the accessory power outlet and unscrew the inflating hose from the tire valve. See *Roadside Assistance Program* ⇨ *319*. |

12. Press the on/off button (5) to turn the tire sealant and compressor kit off.

    The tire is not sealed and will continue to leak air until the vehicle is driven and the sealant is distributed in the tire.

**MJN2572**

Therefore, Steps 13–21 must be done immediately after Step 12.

Be careful while handling the tire sealant and compressor kit as it could be warm after usage.

13. Unplug the power plug (9) from the accessory power outlet in the vehicle.

14. Turn the sealant/air hose (2) counterclockwise to remove it from the tire valve stem.

15. Replace the tire valve stem cap.

16. Remove the tire sealant canister (4) from the slot on top of the compressor (6).

17. Turn the air only hose (10) counterclockwise to remove it from the tire sealant canister inlet valve (1).

18. Turn the sealant/air hose (2) clockwise onto the sealant canister inlet valve (1) to prevent sealant leakage.

19. Return the air only hose (10) and power plug (9) back to their original storage location.



20. If the flat tire was able to inflate to the recommended inflation pressure, remove the maximum speed label from the sealant canister and place it in a highly visible location.

Do not exceed the speed on this label until the damaged tire is repaired or replaced.

21. Return the equipment to its original storage location in the vehicle.

22. Immediately drive the vehicle 8 km (5 mi) to distribute the sealant in the tire.

23. Stop at a safe location and check the tire pressure. Refer to Steps 1–10 under "Using the

Tire Sealant and Compressor Kit without Sealant to Inflate a Tire (Not Punctured)."

If the tire pressure has fallen more than 68 kPa (10 psi) below the recommended inflation pressure, stop driving the vehicle. The tire is too severely damaged and the tire sealant cannot seal the tire. See *Roadside Assistance Program* ⇨ *319*.

If the tire pressure has not dropped more than 68 kPa (10 psi) from the recommended inflation pressure, inflate the tire to the recommended inflation pressure.

24. Wipe off any sealant from the wheel, tire, or vehicle.

25. Dispose of the used tire sealant canister (4) at a local dealer or in accordance with local state codes and practices.

26. Replace it with a new canister available from your dealer.

**MJN2573**

27. After temporarily sealing a tire using the tire sealant and compressor kit, take the vehicle to an authorized dealer to have the tire replaced.

### Using the Tire Sealant and Compressor Kit without Sealant to Inflate a Tire (Not Punctured)

The kit includes:



1. Sealant Canister Inlet Valve
2. Sealant/Air Hose
3. Base of Sealant Canister
4. Tire Sealant Canister
5. On/Off Button
6. Slot on Top of Compressor
7. Pressure Deflation Button
8. Pressure Gauge



9. Power Plug
10. Air Only Hose

If a tire goes flat, avoid further tire and wheel damage by driving slowly to a level place. Turn on the hazard warning flashers. See *Hazard Warning Flashers* ⇨ *133*.

See *If a Tire Goes Flat* ⇨ *279* for other important safety warnings.

1. Remove the compressor from its storage location. See *Storing the Tire Sealant and Compressor Kit* ⇨ *286*.

2. Remove the air only hose (10) and the power plug (9) from the bottom of the compressor.

3. Place the compressor on the ground near the flat tire.

   Make sure the tire valve stem is positioned close to the ground so the hose will reach it.

4. Remove the valve stem cap from the flat tire by turning it counterclockwise.

5. Attach the air only hose (10) to the tire valve stem by turning it clockwise until tight.

6. Plug the power plug (9) into the accessory power outlet in the vehicle. Unplug all items from other accessory power outlets. See *Power Outlets* ⇨ *93*.

   If the vehicle has an accessory power outlet, do not use the cigarette lighter.

# MJN2574

If the vehicle only has a cigarette lighter, use the cigarette lighter.

Do not pinch the power plug cord in the door or window.

7. Start the vehicle. The vehicle must be running while using the air compressor.

8. Press the on/off button (5) to turn the tire sealant and compressor kit on.

   The compressor will inflate the tire with air only.

9. Inflate the tire to the recommended inflation pressure using the pressure gauge (8). The recommended inflation pressure can be found on the Tire and Loading Information label. See *Tire Pressure* ⇨ *266*.

   The pressure gauge (8) may read higher than the actual tire pressure while the compressor is on. Turn the compressor off to get an accurate pressure reading. The compressor may be turned on/off until the correct pressure is reached.

---

### Caution

If the recommended pressure cannot be reached after approximately 25 minutes, the vehicle should not be driven farther. The tire is too severely damaged and the tire sealant and compressor kit cannot inflate the tire. Remove the power plug from the accessory power outlet and unscrew the inflating hose from the tire valve. See *Roadside Assistance Program* ⇨ *319*.

---

10. Press the on/off button (5) to turn the tire sealant and compressor kit off.

    Be careful while handling the compressor as it could be warm after usage.

11. Unplug the power plug (9) from the accessory power outlet in the vehicle.

12. Turn the air only hose (10) counterclockwise to remove it from the tire valve stem.

13. Replace the tire valve stem cap.

14. Return the air only hose (10) and power plug (9) back to their original storage location.

15. Return the equipment to its original storage location in the vehicle.

The tire sealant and compressor kit has accessory adapters located in a compartment on the bottom of its housing that can be used to inflate air mattresses, balls, etc.

## Storing the Tire Sealant and Compressor Kit

To access the tire sealant and compressor kit:

1. Open the liftgate. See *Liftgate* ⇨ *21*.

2. Remove the load floor.

**MJN2575**



3. Remove the tire sealant canister (1) and the compressor (2).

To store the tire sealant canister and the compressor, reverse the steps.

# Jump Starting

## Jump Starting - North America

For more information about the vehicle battery, see *Battery - North America* ⇨ *245*.

If the 12-volt battery has run down, try to use another vehicle and some jumper cables to start your vehicle. Be sure to use the following steps to do it safely.

{ ⚠ **Warning**

The high voltage battery cannot be jump started either with another vehicle or battery charger. Personal injury, death, or damage to the vehicle could result.

{ ⚠ **Warning**

**WARNING:** Battery posts, terminals, and related accessories contain lead and lead compounds, chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. Batteries also contain other chemicals known to the State of California to cause cancer. **WASH HANDS AFTER HANDLING.** For more information go to www.P65Warnings.ca.gov/ passenger-vehicle.

See *California Proposition 65 Warning* ⇨ *236* and the back cover.

{ ⚠ **Warning**

Batteries can hurt you. They can be dangerous because:

- They contain acid that can burn you.

(Continued)

**MJN2576**

| **Warning (Continued)** |
| --- |
| • They contain gas that can explode or ignite.<br><br>• They contain enough electricity to burn you.<br><br>If you do not follow these steps exactly, some or all of these things can hurt you. |

| **Caution** |
| --- |
| Ignoring these steps could result in costly damage to the vehicle that would not be covered by the vehicle warranty. Trying to start the vehicle by pushing or pulling it will not work, and it could damage the vehicle. |



**Discharged Battery Positive Terminal**

The jump start positive terminal is on the discharged battery on the driver side of the vehicle.



**Discharged Battery Negative Terminal**

The jump start negative grounding point is a stud on a bracket located near the Accessory Power Module (APM).

The jump start positive terminal and jump start negative terminal are on the battery of the vehicle providing the jump start.

The positive jump start connection for the discharged battery is under a trim cover. Open the cover to expose the terminal.

**MJN2577**

1. Check the other vehicle. It must have a 12-volt battery with a negative ground system.

### Caution

If the other vehicle does not have a 12-volt system with a negative ground, both vehicles can be damaged. Only use a vehicle that has a 12-volt system with a negative ground for jump starting.

2. Position the two vehicles so that they are not touching.
3. Set the parking brake and shift into P (Park). See *Shifting Into Park ⇨ 186*.

### Caution

If any accessories are left on or plugged in during the jump starting procedure, they could be damaged. The repairs would not be covered by the vehicle

(Continued)

### Caution (Continued)

warranty. Whenever possible, turn off or unplug all accessories on either vehicle when jump starting.

4. Turn the vehicle off. Turn off all lights and accessories in both vehicles, except the hazard warning flashers if needed.

### ⚠ Warning

An electric fan can start up even when the propulsion system is not operating and can injure you. Keep hands, clothing and tools away from any underhood electric fan.

### ⚠ Warning

Using a match near a battery can cause battery gas to explode. People have been hurt doing this,

(Continued)

### Warning (Continued)

and some have been blinded. Use a flashlight if you need more light.

Battery fluid contains acid that can burn you. Do not get it on you. If you accidentally get it in your eyes or on your skin, flush the place with water and get medical help immediately.

### ⚠ Warning

Fans or other moving propulsion system parts can injure you badly. Keep your hands away from moving parts once the propulsion system is operating.

5. Connect one end of the red positive (+) cable to the positive (+) terminal on the discharged battery.

**MJN2578**

6.  Connect the other end of the red positive (+) cable to the positive (+) terminal of the good battery.

7.  Connect one end of the black negative (–) cable to the negative (–) terminal of the good battery.

8.  Connect the other end of the black negative (–) cable to the negative (–) grounding point for the discharged battery.

9.  Start the vehicle with the good battery.

10. Try to start the vehicle with the dead battery. If it will not start after a few tries, it probably needs service.

---

### Caution

If the jumper cables are connected or removed in the wrong order, electrical shorting may occur and damage the vehicle. The repairs would not be covered by the vehicle warranty. Always connect and remove the jumper cables in the correct order, making sure that the cables do not touch each other or other metal.

---

**Jumper Cable Removal**

Reverse the sequence exactly when removing the jumper cables.

# Towing the Vehicle

---

### Caution

Incorrectly towing a disabled vehicle may cause damage. The damage would not be covered by the vehicle warranty. Do not lash or hook to suspension components. Use the proper straps around the tires to secure the vehicle. Do not drag a locked wheel/tire. Use tire skates or dollies under any locked wheel/tire while loading the vehicle. Do not use a sling type lift to tow the vehicle. This could damage the vehicle.

---

### Caution

If the vehicle cannot be shifted into Neutral (N), do not use the tow eye to tow the vehicle. Vehicle damage may occur.

---

## MJN2579

GM recommends a flatbed tow truck to transport a disabled vehicle. Use ramps to help reduce approach angles, if necessary. A towed vehicle should have its drive wheels off the ground. Contact Roadside Assistance or a professional towing service if the disabled vehicle must be towed.

| Caution |
| --- |
| Improper use of the tow eye can cause vehicle damage. Use caution and low speeds to prevent damage to the vehicle. |

If the vehicle is equipped with a tow eye, only use the tow eye to pull the vehicle onto a flatbed car carrier from a flat road surface. Do not use the tow eye to pull the vehicle from snow, mud, or sand.

The tow eye is located underneath the load floor, near the spare tire or the compressor kit, if equipped.

### Front Tow Eye Attachment Point



Carefully open the cover in the fascia by using the small notch that conceals the tow eye socket.



Install the tow eye into the socket and turn it until it is fully tightened. When the tow eye is removed, reinstall the cover with the notch in the original position.

**MJN2580**

### Rear Tow Eye Attachment Point



Carefully open the cover in the fascia by using the small notch that conceals the tow eye socket.



Install the tow eye into the socket and turn it until it is fully tightened. When the tow eye is removed, reinstall the cover with the notch in the original position.

## Recreational Vehicle Towing

Recreational vehicle towing means towing the vehicle behind another vehicle, such as behind a motor home. The two most common types of recreational vehicle towing are known as dinghy towing and dolly towing. Dinghy towing is towing the vehicle with all four wheels on the ground. Dolly towing is towing the vehicle with two wheels on the ground and two wheels up on a device known as a dolly.

Here are some important things to consider before recreational vehicle towing:

- Before towing the vehicle, become familiar with the local laws that apply to recreational vehicle towing. These laws may vary by region..

- What is the towing capacity of the towing vehicle? Be sure to read the tow vehicle manufacturer's recommendations.

- How far will the vehicle be towed? Some vehicles have restrictions on how far and how long they can tow.

- Does the vehicle have the proper towing equipment? See your dealer or trailering professional for additional advice and equipment recommendations.

**MJN2581**

- Is the vehicle ready to be towed? Just as preparing the vehicle for a long trip, make sure the vehicle is prepared to be towed.

### Caution

Use of a shield mounted in front of the vehicle grille could restrict airflow and cause damage to the electric drive unit. The repairs would not be covered by the vehicle warranty. If using a shield, only use one that attaches to the towing vehicle.

### Dinghy Towing



### Caution

If the vehicle is towed with all four wheels on the ground, the drivetrain components could be damaged. The repairs would not be covered by the vehicle warranty. Do not tow the vehicle with all four wheels on the ground.

The vehicle was not designed to be towed with all four wheels on the ground. If the vehicle must be towed, a dolly should be used. See "Dolly Towing" following.

### Dolly Towing



Tow the vehicle with the two rear wheels on the ground and the front wheels on a dolly.

To tow the vehicle from the front with the rear wheels on the ground:

1. Put the front wheels on the dolly.

**MJN2582**

2. Shift the transmission to P (Park). See *Shifting Into Park* ⇨ *186*.

3. Set the parking brake.

4. Secure the vehicle to the dolly.

5. Follow the dolly manufacturer's instructions for preparing the vehicle and dolly for towing.

6. Release the parking brake.

7. Turn the vehicle off.

8. Open the hood.

9. Wait two minutes.

10. Disconnect the negative (-) terminal connector from the 12-volt battery.

11. Close and latch the hood.



### Caution

Towing the vehicle from the rear could damage it. Also, repairs would not be covered by the vehicle warranty. Never have the vehicle towed from the rear.

# Appearance Care

## Exterior Care

### Locks

Locks are lubricated at the factory. Use a de-icing agent only when absolutely necessary, and have the locks greased after using.

### Washing the Vehicle

To preserve the vehicle's finish, wash it often and out of direct sunlight.

### Caution

Do not use petroleum-based, acidic, or abrasive cleaning agents as they can damage the vehicle's paint, metal, or plastic parts. If damage occurs, it would not be covered by the vehicle warranty. Approved cleaning products can be obtained from your dealer. Follow all manufacturer directions regarding

(Continued)

**MJN2583**

**Caution (Continued)**

correct product usage, necessary safety precautions, and appropriate disposal of any vehicle care product.

**Caution**

Avoid using high-pressure washes closer than 30 cm (12 in) to the surface of the vehicle. Use of power washers exceeding 8 274 kPa (1,200 psi) can result in damage or removal of paint and decals.

**Caution**

Do not power wash any component under the hood that has this ⇒⃠ symbol.

(Continued)

**Caution (Continued)**

This could cause damage that would not be covered by the vehicle warranty.

If using an automatic car wash, follow the car wash instructions. The windshield wiper and rear window wiper, if equipped, must be off. Remove any accessories that may be damaged or interfere with the car wash equipment.

Rinse the vehicle well, before washing and after, to remove all cleaning agents completely. If they are allowed to dry on the surface, they could stain.

Dry the finish with a soft, clean chamois or an all-cotton towel to avoid surface scratches and water spotting.

**Finish Care**

Application of aftermarket clearcoat sealant/wax materials is not recommended. If painted surfaces are damaged, see your dealer to

have the damage assessed and repaired. Foreign materials such as calcium chloride and other salts, ice melting agents, road oil and tar, tree sap, bird droppings, chemicals from industrial chimneys, etc., can damage the vehicle's finish if they remain on painted surfaces. Wash the vehicle as soon as possible. If necessary, use non-abrasive cleaners that are marked safe for painted surfaces to remove foreign matter.

Occasional hand waxing or mild polishing should be done to remove residue from the paint finish. See your dealer for approved cleaning products.

Do not apply waxes or polishes to uncoated plastic, vinyl, rubber, decals, simulated wood, or flat paint as damage can occur.

**MJN2584**

---

**Caution**

Machine compounding or aggressive polishing on a basecoat/clearcoat paint finish may damage it. Use only non-abrasive waxes and polishes that are made for a basecoat/clearcoat paint finish on the vehicle.

---

To keep the paint finish looking new, keep the vehicle garaged or covered whenever possible.

**Protecting Exterior Bright Metal Moldings**

---

**Caution**

Failure to clean and protect the bright metal moldings can result in a hazy white finish or pitting. This damage would not be covered by the vehicle warranty.

---

The bright metal moldings on the vehicle are aluminum or stainless steel. To prevent damage always follow these cleaning instructions:

- Be sure the molding is cool to the touch before applying any cleaning solution.

- Use a cleaning solution approved for aluminum or stainless steel. Some cleaners are highly acidic or contain alkaline substances and can damage the moldings.

- Always dilute a concentrated cleaner according to the manufacturer's instructions.

- Do not use chrome cleaners.

- Do not use cleaners that are not intended for automotive use.

- Use a nonabrasive wax on the vehicle after washing to protect and extend the molding finish.

**Cleaning Exterior Lamps/ Lenses, Emblems, Decals, and Stripes**

Use only lukewarm or cold water, a soft cloth, and a car washing soap to clean exterior lamps, lenses, emblems, decals and stripes. Follow instructions under "Washing the Vehicle" previously in this section.

Lamp covers are made of plastic, and some have a UV protective coating. Do not clean or wipe them while they are dry.

Do not use any of the following on lamp covers:

- Abrasive or caustic agents.

- Washer fluids and other cleaning agents in higher concentrations than suggested by the manufacturer.

- Solvents, alcohols, fuels, or other harsh cleaners.

- Ice scrapers or other hard items.

**MJN2585**

- Aftermarket appearance caps or covers while the lamps are illuminated, due to excessive heat generated.

### Caution

Failure to clean lamps properly can cause damage to the lamp cover that would not be covered by the vehicle warranty.

### Caution

Using wax on low gloss black finish stripes can increase the gloss level and create a non-uniform finish. Clean low gloss stripes with soap and water only.

## Air Intakes

Clear debris from the air intakes, between the hood and windshield, when washing the vehicle.

## Windshield and Wiper Blades

Clean the outside of the windshield with glass cleaner.

Clean rubber blades using a lint-free cloth or paper towel soaked with windshield washer fluid or a mild detergent. Wash the windshield thoroughly when cleaning the blades. Bugs, road grime, sap, and a buildup of vehicle wash/wax treatments may cause wiper streaking.

Replace the wiper blades if they are worn or damaged. Damage can be caused by extreme dusty conditions, sand, salt, heat, sun, snow, and ice.

## Weatherstrips

Apply weatherstrip lubricant on weatherstrips to make them last longer, seal better, and not stick or squeak. Lubricate weatherstrips at least once a year. Hot, dry climates may require more frequent application. Black marks from rubber material on painted surfaces can be removed by rubbing with a clean cloth.

## Tires

Use a stiff brush with tire cleaner to clean the tires.

### Caution

Using petroleum-based tire dressing products on the vehicle may damage the paint finish and/ or tires. When applying a tire dressing, always wipe off any overspray from all painted surfaces on the vehicle.

## Wheels and Wheel Trim

Use a soft, clean cloth with mild soap and water to clean the wheels. After rinsing thoroughly with clean water, dry with a soft, clean towel. A wax may then be applied.

### Caution

Chrome wheels and chrome wheel trim may be damaged if the vehicle is not washed after driving

(Continued)

**MJN2586**

### Caution (Continued)

on roads that have been sprayed with magnesium chloride or calcium chloride. These are used on roads for conditions such as dust and ice. Always wash the chrome with soap and water after exposure.

### Caution

To avoid surface damage on wheels and wheel trim, do not use strong soaps, chemicals, abrasive polishes, cleaners, or brushes. Use only GM approved cleaners. Do not drive the vehicle through an automatic car wash that uses silicon carbide tire/wheel cleaning brushes. Damage could occur and the repairs would not be covered by the vehicle warranty.

### Brake System

Visually inspect brake lines and hoses for proper hook-up, binding, leaks, cracks, chafing, etc. Inspect disc brake pads for wear and rotors for surface condition. Inspect drum brake linings/shoes for wear or cracks. Inspect all other brake parts.

### Steering, Suspension, and Chassis Components

Visually inspect steering, suspension, and chassis components for damaged, loose, or missing parts or signs of wear at least once a year.

Inspect power steering for proper attachment, connections, binding, leaks, cracks, chafing, etc.

Visually check constant velocity joint boots and axle seals for leaks.

### Body Component Lubrication

Lubricate all key lock cylinders, hood hinges, liftgate hinges, steel charge port door, and power assist step hinges, unless the components are plastic. Applying silicone grease on weatherstrips with a clean cloth will make them last longer, seal better, and not stick or squeak.

### Underbody Maintenance

At least twice a year, spring and fall, use plain water to flush any corrosive materials from the underbody. Take care to thoroughly clean any areas where mud and other debris can collect.

### Sheet Metal Damage

If the vehicle is damaged and requires sheet metal repair or replacement, make sure the body repair shop applies anti-corrosion material to parts repaired or replaced to restore corrosion protection.

Original manufacturer replacement parts will provide the corrosion protection while maintaining the vehicle warranty.

### Finish Damage

Quickly repair minor chips and scratches with touch-up materials available from your dealer to avoid

**MJN2587**

corrosion. Larger areas of finish damage can be corrected in your dealer's body and paint shop.

### Chemical Paint Spotting

Airborne pollutants can fall upon and attack painted vehicle surfaces causing blotchy, ring-shaped discolorations, and small, irregular dark spots etched into the paint surface. See "Finish Care" previously in this section.

## Interior Care

To prevent dirt particle abrasions, regularly clean the vehicle's interior. Immediately remove any soils. Newspapers or dark garments can transfer color to the vehicle's interior.

Use a soft bristle brush to remove dust from knobs and crevices on the instrument cluster. Using a mild soap solution, immediately remove hand lotions, sunscreen, and insect repellent from all interior surfaces or permanent damage may result.

Use cleaners specifically designed for the surfaces being cleaned to prevent permanent damage. Apply all cleaners directly to the cleaning cloth. Do not spray cleaners on any switches or controls. Remove cleaners quickly.

Before using cleaners, read and follow all safety instructions on the label. While cleaning the interior, open the doors and windows to get proper ventilation.

To prevent damage, do not clean the interior using the following cleaners or techniques:

- Never use a razor or any other sharp object to remove soil from any interior surface.
- Never use a brush with stiff bristles.
- Never rub any surface aggressively or with too much pressure.
- Do not use laundry detergents or dishwashing soaps with degreasers. For liquid cleaners, use approximately 20 drops per

3.8 L (1 gal) of water. A concentrated soap solution will create streaks and attract dirt. Do not use solutions that contain strong or caustic soap.

- Do not heavily saturate the upholstery when cleaning.
- Do not use solvents or cleaners containing solvents.

### Interior Glass

To clean, use a terry cloth fabric dampened with water. Wipe droplets left behind with a clean dry cloth. If necessary, use a commercial glass cleaner after cleaning with plain water.

| Caution |
|---|
| To prevent scratching, never use abrasive cleaners on automotive glass. Abrasive cleaners or aggressive cleaning may damage the rear window defogger. |

**MJN2588**

Cleaning the windshield with water during the first three to six months of ownership will reduce tendency to fog.

### Speaker Covers

Vacuum around a speaker cover gently, so that the speaker will not be damaged. Clean spots with water and mild soap.

### Coated Moldings

Coated moldings should be cleaned.

- When lightly soiled, wipe with a sponge or soft, lint-free cloth dampened with water.
- When heavily soiled, use warm soapy water.

### Fabric/Carpet/Suede

Start by vacuuming the surface using a soft brush attachment. If a rotating vacuum brush attachment is being used, only use it on the floor carpet. Before cleaning, gently remove as much of the soil as possible:

- Gently blot liquids with a paper towel. Continue blotting until no more soil can be removed.
- For solid soils, remove as much as possible prior to vacuuming.

To clean:

1. Saturate a clean, lint-free colorfast cloth with water. Microfiber cloth is recommended to prevent lint transfer to the fabric or carpet.

2. Remove excess moisture by gently wringing until water does not drip from the cleaning cloth.

3. Start on the outside edge of the soil and gently rub toward the center. Fold the cleaning cloth to a clean area frequently to prevent forcing the soil in to the fabric.

4. Continue gently rubbing the soiled area until there is no longer any color transfer from the soil to the cleaning cloth.

5. If the soil is not completely removed, use a mild soap solution followed only by plain water.

If the soil is not completely removed, it may be necessary to use a commercial upholstery cleaner or spot lifter. Test a small hidden area for colorfastness before using a commercial upholstery cleaner or spot lifter. If ring formation occurs, clean the entire fabric or carpet.

After cleaning, use a paper towel to blot excess moisture.

### Cleaning High Gloss Surfaces and Vehicle Information and Radio Displays

Use a microfiber cloth on high gloss surfaces or vehicle displays. First, use a soft bristle brush to remove dirt that can scratch the surface. Then gently clean by rubbing with a microfiber cloth. Never use window cleaners or solvents. Periodically hand wash the microfiber cloth separately, using mild soap. Do not

**MJN2589**

use bleach or fabric softener. Rinse thoroughly and air dry before next use.

**Caution**

Do not attach a device with a suction cup to the display. This may cause damage and would not be covered by the vehicle warranty.

### Instrument Panel, Leather, Vinyl, Other Plastic Surfaces, Low Gloss Paint Surfaces, and Natural Open Pore Wood Surfaces

Use a soft microfiber cloth dampened with water to remove dust and loose dirt. For a more thorough cleaning, use a soft microfiber cloth dampened with a mild soap solution.

**Caution**

Soaking or saturating leather, especially perforated leather, as well as other interior surfaces, may cause permanent damage. Wipe excess moisture from these surfaces after cleaning and allow them to dry naturally. Never use heat, steam, or spot removers. Do not use cleaners that contain silicone or wax-based products. Cleaners containing these solvents can permanently change the appearance and feel of leather or soft trim, and are not recommended.

Do not use cleaners that increase gloss, especially on the instrument panel. Reflected glare can decrease visibility through the windshield under certain conditions.

**Caution**

Use of air fresheners may cause permanent damage to plastics and painted surfaces. If an air freshener comes in contact with any plastic or painted surface in the vehicle, blot immediately and clean with a soft cloth dampened with a mild soap solution. Damage caused by air fresheners would not be covered by the vehicle warranty.

### Cargo Cover and Convenience Net

If equipped, wash with warm water and mild detergent. Do not use chlorine bleach. Rinse with cold water, and then dry completely.

### Care of Seat Belts

Keep belts clean and dry.

**MJN2590**

> **⚠ Warning**
>
> Do not bleach or dye seat belt webbing. It may severely weaken the webbing. In a crash, they might not be able to provide adequate protection. Clean and rinse seat belt webbing only with mild soap and lukewarm water. Allow the webbing to dry.

## Floor Mats

> **⚠ Warning**
>
> If a floor mat is the wrong size or is not properly installed, it can interfere with the pedals. Interference with the pedals can cause unintended acceleration and/or increased stopping distance which can cause a crash and injury. Make sure the floor mat does not interfere with the pedals.

Use the following guidelines for proper floor mat usage:

- The original equipment floor mats were designed for your vehicle. If the floor mats need replacing, it is recommended that GM certified floor mats be purchased. Non-GM floor mats may not fit properly and may interfere with the pedals. Always check that the floor mats do not interfere with the pedals.

- Do not use a floor mat if the vehicle is not equipped with a floor mat retainer on the driver side floor.

- Use the floor mat with the correct side up. Do not turn it over.

- Do not place anything on top of the driver side floor mat.

- Use only a single floor mat on the driver side.

- Do not place one floor mat on top of another.

### Removing and Replacing the Floor Mats

Pull up on the rear of the floor mat to unlock each retainer and remove.



Reinstall by lining up the floor mat retainer openings over the carpet retainers and snap into position.

Make sure the floor mat is properly secured in place.

Verify the floor mat does not interfere with the pedals.

**MJN2591**

# Service and Maintenance

## General Information
General Information . . . . . . . . . . 303

## Maintenance Schedule
Maintenance Schedule . . . . . . . 304

## Owner Checks and Services
Owner Checks and
Services . . . . . . . . . . . . . . . . . . . . 307

## Additional Maintenance and Care
Additional Maintenance
and Care . . . . . . . . . . . . . . . . . . . . 307

## Recommended Fluids, Lubricants, and Parts
Recommended Fluids and
Lubricants . . . . . . . . . . . . . . . . . . 310
Maintenance Replacement
Parts . . . . . . . . . . . . . . . . . . . . . . . 311

## Maintenance Records
Maintenance Records . . . . . . . . 312

# General Information

Your vehicle is an important investment. This section describes the required maintenance for the vehicle. Follow this schedule to help protect against major repair expenses resulting from neglect or inadequate maintenance. It may also help to maintain the value of the vehicle if it is sold. It is the responsibility of the owner to have all required maintenance performed.

Your dealer has trained technicians who can perform required maintenance using genuine replacement parts. They have up-to-date tools and equipment for fast and accurate diagnostics. Many dealers have extended evening and Saturday hours, courtesy transportation, and online scheduling to assist with service needs.

Your dealer recognizes the importance of providing competitively priced maintenance and repair services. With trained technicians, the dealer is the place for routine maintenance such as tire rotations and additional maintenance items like tires, brakes, batteries, and wiper blades.

| Caution |
|---|
| Damage caused by improper maintenance can lead to costly repairs and may not be covered by the vehicle warranty. Maintenance intervals, checks, inspections, recommended fluids, and lubricants are important to keep the vehicle in good working condition. |
| Do not have chemical flushes that are not approved by GM performed on the vehicle. The use of flushes, solvents, cleaners, or lubricants that are not approved by GM could damage the vehicle, requiring expensive repairs that are not covered by the vehicle warranty. |

**MJN2592**

The Tire Rotation and Required Services are the responsibility of the vehicle owner. It is recommended to have your dealer perform these services every 12 000 km/7,500 mi. Proper vehicle maintenance helps to keep the vehicle in good working condition.

The Additional Required Services are for vehicles that:

- Carry passengers and cargo within recommended limits on the Tire and Loading Information label. See *Vehicle Load Limits* ⇨ *180*.

- Are driven on reasonable road surfaces within legal driving limits.

Refer to the information in the Maintenance Schedule Additional Required Services chart.

### ⚠ Warning

Performing maintenance work can be dangerous and can cause serious injury. Perform maintenance work only if the required information, proper tools, and equipment are available. If they are not, see your dealer to have a trained technician do the work. See *Doing Your Own Service Work* ⇨ *237*.

# Maintenance Schedule

## Owner Checks and Services

### Once a Month

- Check the tire inflation pressures. See *Tire Pressure* ⇨ *266*.

- Inspect the tires for wear. See *Tire Inspection* ⇨ *272*.

- Check the windshield washer fluid level. See *Washer Fluid* ⇨ *242*.

### Air Conditioning Desiccant (Replace Every Seven Years)

The air conditioning system requires maintenance every seven years. This service requires replacement of the desiccant to help the longevity and efficient operation of the air conditioning system. This service can be complex. See your dealer.

**MJN2593**

**Tire Rotation and Required Services Every 12 000 km/ 7,500 mi**

Rotate the tires, if recommended for the vehicle, and perform the following services. See *Tire Rotation ⇨ 273*.

- Check coolant level. See *Cooling System ⇨ 241*.

- Check windshield washer fluid level. See *Washer Fluid ⇨ 242*.

- Check tire inflation pressures. See *Tire Pressure ⇨ 266*.

- Inspect tire wear. See *Tire Inspection ⇨ 272*.

- Visually check for fluid leaks.

- Inspect brake system. See *Exterior Care ⇨ 294*.

- Visually inspect steering, suspension, and chassis components for damage, including cracks or tears in the rubber boots, loose or missing parts, or signs of wear at least once a year. See *Exterior Care ⇨ 294*.

- Inspect power steering for proper attachment, connections, binding, leaks, cracks, chafing, etc.

- Visually inspect halfshafts and drive shafts for excessive wear, lubricant leaks, and/or damage including: tube dents or cracks, constant velocity joint or universal joint looseness, cracked or missing boots, loose or missing boot clamps, center bearing excessive looseness, loose or missing fasteners, and axle seal leaks.

- Check restraint system components. See *Safety System Check ⇨ 45*.

- Lubricate body components. See *Exterior Care ⇨ 294*.

- Check accelerator pedal for damage, high effort, or binding. Replace if needed.

- Visually inspect gas strut for signs of wear, cracks, or other damage. Check the hold open ability of the strut. If the hold open ability is low, service the gas strut. See *Gas Strut(s) ⇨ 249*.

- Check tire sealant expiration date, if equipped. See *Tire Sealant and Compressor Kit ⇨ 280*.

**MJN2594**

| Maintenance Schedule Additional Required Services | 12 000 km/7,500 mi | 24 000 km/15,000 mi | 36 000 km/22,500 mi | 48 000 km/30,000 mi | 60 000 km/37,500 mi | 72 000 km/45,000 mi | 84 000 km/52,500 mi | 96 000 km/60,000 mi | 108 000 km/67,500 mi | 120 000 km/75,000 mi | 132 000 km/82,500 mi | 144 000 km/90,000 mi | 156 000 km/97,500 mi | 168 000 km/105,000 mi | 180 000 km/112,500 mi | 192 000 km/120,000 mi | 204 000 km/127,500 mi | 216 000 km/135,000 mi | 228 000 km/142,500 mi | 240 000 km/150,000 mi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rotate tires and perform Required Services. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace passenger compartment air filter. (1) | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | | ✓ | | |
| Drain and fill vehicle coolant circuits. (2) | | | | | | | | | | | | | | | | | | | | ✓ |
| Replace brake fluid. (3) | | | | | | | | | | | | | | | | | | | | |
| Replace windshield wiper blades. (4) | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| Replace hood and/or body lift support gas struts. (5) | | | | | | | | | | ✓ | | | | | | | | | | ✓ |
| Replace air conditioning desiccant. (6) | | | | | | | | | | | | | | | | | | | | |

**Footnotes — Maintenance Schedule Additional Required Services**

**(1)** Or every two years, whichever comes first. More frequent passenger compartment air filter replacement may be needed if driving in areas with heavy traffic, poor air quality, high dust levels, or environmental allergens. Passenger compartment air filter replacement may also be needed if there is reduced airflow, window fogging, or odors. Your GM dealer can help determine when to replace the filter.

**(2)** Or every five years, whichever comes first. See *Cooling System* ⇨ 241.

**(3)** Replace brake fluid every five years. See *Brake Fluid* ⇨ 244.

**(4)** Or every 12 months, whichever comes first. See *Wiper Blade Replacement* ⇨ 247.

**(5)** Or every 10 years, whichever comes first. See *Gas Strut(s)* ⇨ 249.

**(6)** Replace air conditioning desiccant every seven years.

**MJN2595**

# Owner Checks and Services

- At least twice a year, have underbody flushing service performed. See "Underbody Maintenance" in *Exterior Care* ⇨ *294*.

# Additional Maintenance and Care

Your vehicle is an important investment and caring for it properly may help to avoid future costly repairs. To maintain vehicle performance, additional maintenance services may be required. It is recommended that your dealer perform these services — their trained dealer technicians know your vehicle best. Your dealer can also perform a thorough assessment with a multi-point inspection to recommend when your vehicle may need attention. The following list is intended to explain the services and conditions to look for that may indicate services are required.

**Battery**

The battery supplies power to operate any additional electrical accessories.

- To avoid break-down or failure, maintain a battery with full power.
- Trained dealer technicians have the diagnostic equipment to test the battery and ensure that the connections and cables are corrosion-free.

**Brakes**

Brakes stop the vehicle and are crucial to safe driving.

- Signs of brake wear may include chirping, grinding, or squealing noises, or difficulty stopping.
- Trained dealer technicians have access to tools and equipment to inspect the brakes and recommend quality parts engineered for the vehicle.

**MJN2596**

**Fluids**

Proper fluid levels and approved fluids protect the vehicle's systems and components. See *Recommended Fluids and Lubricants ⇨ 310* for GM approved fluids.

- Keep the windshield washer fluid reservoir filled.
- Instrument cluster lights may come on to indicate that fluids may be low and need to be filled.

**Hoses**

Hoses transport fluids and should be regularly inspected to ensure that there are no cracks or leaks. With a multi-point inspection, your dealer can inspect the hoses and advise if replacement is needed.

**Lamps**

Properly working headlamps, taillamps, and brake lamps are important to see and be seen on the road.

- Signs that the headlamps need attention include dimming, failure to light, cracking, or damage. The brake lamps need to be checked periodically to ensure that they light when braking.
- With a multi-point inspection, your dealer can check the lamps and note any concerns.

**Shocks and Struts**

Shocks and struts help aid in control for a smoother ride.

- Signs of wear may include steering wheel vibration, bounce/ sway while braking, longer stopping distance, or uneven tire wear.
- As part of the multi-point inspection, trained dealer technicians can visually inspect the shocks and struts for signs of leaking, blown seals, or damage, and can advise when service is needed.

**Tires**

Tires need to be properly inflated, rotated, and balanced. Maintaining the tires can save money and reduce the risk of tire failure.

- Signs that the tires need to be replaced include three or more visible treadwear indicators; cord or fabric showing through the rubber; cracks or cuts in the tread or sidewall; or a bulge or split in the tire.
- Trained dealer technicians can inspect and recommend the right tires. Your dealer can also provide tire/wheel balancing services to ensure smooth vehicle operation at all speeds. Your dealer sells and services name brand tires.

**MJN2597**

### Vehicle Care

To help keep the vehicle looking like new, vehicle care products are available from your dealer. For information on how to clean and protect the vehicle's interior and exterior, see *Interior Care* ⇨ *299* and *Exterior Care* ⇨ *294*.

### Wheel Alignment

Wheel alignment is critical for ensuring that the tires deliver optimal wear and performance.

- Signs that the alignment may need to be adjusted include pulling, improper vehicle handling, or unusual tire wear.

- Your dealer has the required equipment to ensure proper wheel alignment.

### Windshield

For safety, appearance, and the best viewing, keep the windshield clean and clear.

- Signs of damage include scratches, cracks, and chips.

- Trained dealer technicians can inspect the windshield and recommend proper replacement if needed.

### Wiper Blades

Wiper blades need to be cleaned and kept in good condition to provide a clear view.

- Signs of wear include streaking, skipping across the windshield, and worn or split rubber.

- Trained dealer technicians can check the wiper blades and replace them when needed.

**MJN2598**

# Recommended Fluids, Lubricants, and Parts

## Recommended Fluids and Lubricants

| Usage | Fluid/Lubricant |
|---|---|
| Electric Drive Unit | See your dealer. |
| Hydraulic Brake System | DOT 3 Hydraulic Brake Fluid (GM Part No. 19353126, in Canada 19353127). |
| Key Lock Cylinders, Hood and Liftgate Hinges | Multi-Purpose Lubricant, Superlube (GM Part No. 12346241, in Canada 10953474). |
| Vehicle Coolant Circuits | Use Only Premix DEX-COOL Coolant (GM Part No. 12378390, in Canada 10953456). See *Cooling System* ⇨ *241*. |
| Weatherstrip Conditioning | Weatherstrip lubricant (GM Part No. 3634770, in Canada 10953518) or equivalent. |
| Windshield Washer | Automotive windshield washer fluid that meets regional freeze protection requirements. |

**MJN2599**

## Maintenance Replacement Parts

Replacement parts identified below by name, part number, or specification can be obtained from your dealer.

| Part | GM Part Number | ACDelco Part Number |
|---|---|---|
| Passenger Compartment Air Filter | 13508023 | CF185 |
| Wiper Blades | | |
| Driver Side – 68 cm (26.8 in) | 42341754 | — |
| Passenger Side – 68 cm (26.8 in) | 42341756 | — |
| Rear – 30 cm (11.8 in) | 84215609 | — |

**MJN2600**

# Maintenance Records

After the scheduled services are performed, record the date, odometer reading, who performed the service, and the type of services performed in the boxes provided. Retain all maintenance receipts.

| Date | Odometer Reading | Serviced By | Services Performed |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**MJN2601**

# Technical Data

## Vehicle Identification

Vehicle Identification
Number (VIN) .............. 313
Service Parts Identification ... 313

## Vehicle Data

Capacities and
Specifications .............. 314

# Vehicle Identification

## Vehicle Identification Number (VIN)



This legal identifier is in the front corner of the instrument panel, on the driver side of the vehicle. It can be seen through the windshield from outside. The Vehicle Identification Number (VIN) also appears on the Vehicle Certification and Service Parts labels and certificates of title and registration.

### Engine Identification

The eighth character in the VIN is the engine code. This code identifies the vehicle's engine, specifications, and replacement parts. See "Engine Specifications" under *Capacities and Specifications* ⇨ *314* for the vehicle's engine code.

## Service Parts Identification

There may be a large barcode on the certification label on the center pillar that you can scan for the following information:

● Vehicle Identification Number (VIN)

● Model designation

● Paint information

● Production options

If there is not a large barcode on this label, then you will find this same information on a label inside of the trunk.

**MJN2602**

# Vehicle Data

## Capacities and Specifications

The following approximate capacities are given in metric and English conversions.

Refer to *Recommended Fluids and Lubricants* ⇨ *310* for more information.

| Application | Capacities | |
|---|---|---|
| | **Metric** | **English** |
| Air Conditioning Refrigerant | For the air conditioning system refrigerant charge type and amount, see the refrigerant label under the hood. See your dealer for more information. | |
| Cooling Systems* | | |
| High Voltage Battery | 7.0 L | 7.4 qt |
| Power Electronics | 3.8 L | 4.0 qt |
| Heater | 2.0 L | 2.1 qt |
| Wheel Nut Torque | 140 N•m | 100 lb ft |
| All capacities are approximate. When adding, be sure to fill to the approximate level, as recommended in this manual. Recheck fluid level after filling. | | |
| *Cooling systems capacity values are based on the individual cooling system and its components. | | |

**MJN2603**

# Customer Information

## Customer Information

Customer Satisfaction
  Procedure . . . . . . . . . . . . . . . . . . 315
Customer Assistance
  Offices . . . . . . . . . . . . . . . . . . . . . 317
Customer Assistance for Text
  Telephone (TTY) Users . . . . . 318
Online Owner Center . . . . . . . . . 318
GM Mobility Reimbursement
  Program . . . . . . . . . . . . . . . . . . . 319
Roadside Assistance
  Program . . . . . . . . . . . . . . . . . . . 319
Scheduling Service
  Appointments . . . . . . . . . . . . . . 321
Courtesy Transportation
  Program . . . . . . . . . . . . . . . . . . . 321
Collision Damage Repair . . . . . 322
Publication Ordering
  Information . . . . . . . . . . . . . . . . . 324
Radio Frequency
  Statement . . . . . . . . . . . . . . . . . . 325

## Reporting Safety Defects

Reporting Safety Defects to
  the United States
  Government . . . . . . . . . . . . . . . . 325
Reporting Safety Defects to
  the Canadian
  Government . . . . . . . . . . . . . . . . 326
Reporting Safety Defects to
  General Motors . . . . . . . . . . . . . 326

## Vehicle Data Recording and Privacy

Vehicle Data Recording and
  Privacy . . . . . . . . . . . . . . . . . . . . . 327
Cybersecurity . . . . . . . . . . . . . . . . 327
Event Data Recorders . . . . . . . . 327
OnStar . . . . . . . . . . . . . . . . . . . . . . 328

# Customer Information

## Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of the vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE :** Discuss your concern with a member of dealership management. Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, contact the owner of your dealership or the general manager.

**STEP TWO :** If after contacting a member of dealership management, it appears your concern cannot be

## MJN2604

resolved by your dealership without further help, in the U.S., call the Chevrolet Customer Assistance Center at 1-877-486-5846. In Canada, call General Motors of Canada Customer Care Centre at 1-800-263-3777 (English), or 1-800-263-7854 (French).

We encourage you to call the toll-free number in order to give the inquiry prompt attention. Have the following information available to give the Customer Assistance representative:

- Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate at the top left of the instrument panel and visible through the windshield.
- Dealership name and location.
- Vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest following Step One first.

**STEP THREE — U.S. Owners :** Both General Motors and your dealer are committed to making sure you are completely satisfied with the new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce your rights.

The BBB Auto Line Program is an out-of-court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

You may contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600 , Arlington, VA 22201
Telephone: 1-800-955-5100
http://www.bbb.org/council/programs-services/dispute-handling-and-resolution/bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. General Motors reserves the right to change eligibility limitations and/or discontinue its participation in this program.

**MJN2605**

**STEP THREE — Canadian Owners :** In the event that you do not feel your concerns have been addressed after following the procedure outlined in Steps One and Two, General Motors of Canada Company wants you to be aware of its participation in a no-charge Mediation/Arbitration Program. General Motors of Canada Company has committed to binding arbitration of owner disputes involving factory-related vehicle service claims. The program provides for the review of the facts involved by an impartial third party arbiter, and may include an informal hearing before the arbiter. The program is designed so that the entire dispute settlement process, from the time you file your complaint to the final decision, should be completed in about 70 days. We believe our impartial program offers advantages over courts in most jurisdictions because it is informal, quick, and free of charge.

For further information concerning eligibility in the Canadian Motor Vehicle Arbitration Plan (CAMVAP), call toll-free 1-800-207-0685, or call the General Motors Customer Care Centre, 1-800-263-3777 (English), 1-800-263-7854 (French), or write to:

The Mediation/Arbitration Program
c/o Customer Care Centre
General Motors of Canada Company
Mail Code: CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7

The inquiry should be accompanied by the Vehicle Identification Number (VIN).

# Customer Assistance Offices

Chevrolet encourages customers to call the toll-free number for assistance. However, if a customer wishes to write or e-mail Chevrolet, the letter should be addressed to:

## United States and Puerto Rico

Chevrolet Motor Division
Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-877-486-5846
1-800-833-2438 (For Text Telephone Devices (TTYs))
Roadside Assistance:
1-888-811-1926

From U.S. Virgin Islands:

1-800-496-9994

**MJN2606**

### Canada

General Motors of Canada
Company
Customer Care Centre, Mail Code:
CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text
Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

### Overseas

Please contact the local General
Motors Business Unit.

## Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf,
hard of hearing, or speech-impaired
and who use Text Telephones
(TTYs), Chevrolet has TTY
equipment available at its Customer
Assistance Center. Any TTY user in
the U.S. can communicate with
Chevrolet by dialing:
1-800-833-2438. TTY users in
Canada can dial 1-800-263-3830.

## Online Owner Center

### Online Owner Experience (U.S.) my.chevrolet.com

The Chevrolet online owner
experience allows access to videos,
articles, and vehicle health specific
to your Chevrolet as well as your
OnStar Account information all in
one place.

### Membership Benefits

🚗 : Download owner's manuals
and view vehicle-specific how-to
videos.

🔧 : View maintenance schedules,
alerts, and Vehicle Diagnostic
Information. Schedule service
appointments.

📄 : View and print dealer-recorded
service records and self-recorded
service records.

🔷 : Select a preferred dealer and
view locations, maps, phone
numbers, and hours.

⬤ : Track your vehicle's warranty
information.

🚩 : View active recalls by Vehicle
Identification Number (VIN). See
*Vehicle Identification Number (VIN)*
⇨ *313*.

✖ : Compare and shop for
Chevrolet and OnStar plans and
Services. View GM Card and
SiriusXM information (if equipped).

💬 : Chat with online help
representatives.

See my.chevrolet.com to register
your vehicle.

### Chevrolet Owner Centre (Canada) mychevrolet.ca

Visit the Chevrolet Owner Centre at
mychevrolet.ca (English) or
my.chevrolet.ca (French) to access
similar benefits to the U.S. site.

**MJN2607**

## GM Mobility Reimbursement Program



GENERAL MOTORS MOBILITY

This program is available to qualified applicants for cost reimbursement, up to certain limits, of eligible aftermarket adaptive equipment required for the vehicle, such as hand controls or a wheelchair/scooter lift for the vehicle.

To learn about the GM Mobility program, see www.gmmobility.com or call the GM Mobility Assistance Center at 1-800-323-9935. Text Telephone (TTY) users, call 1-800-833-9935.

General Motors of Canada also has a Mobility program. See www.gm.ca or call 1-800-GM-DRIVE (800-463-7483) for details. TTY users call 1-800-263-3830.

## Roadside Assistance Program

From the U.S., call 1-888-811-1926; Text Telephone (TTY): 1-888-889-2438.

From Canada, call 1-800-268-6800.

Service is available 24 hours a day, 365 days a year.

### Calling for Assistance

When calling Roadside Assistance, have the following information ready:

- Your name, home address, and home telephone number.
- Telephone number of your location.
- Location of the vehicle.
- Model, year, color, and license plate number of the vehicle.
- Odometer reading, Vehicle Identification Number (VIN), and delivery date of the vehicle.
- Description of the problem.

### Coverage

Services are provided for the duration of the vehicle's powertrain warranty.

In the U.S., anyone driving the vehicle is covered. In Canada, a person driving the vehicle without permission from the owner is not covered.

Roadside Assistance is not a part of the New Vehicle Limited Warranty. General Motors North America and Chevrolet reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

General Motors North America and Chevrolet reserve the right to limit services or payment to an owner or driver if they decide the claims are made too often, or the same type of claim is made many times.

### Services Provided

- **Lock-Out Service:** Service to unlock the vehicle if you are locked out. A remote unlock may be available if you have OnStar.

**MJN2608**

For security reasons, the driver must present identification before this service is given.

- **Emergency Tow from a Public Road or Highway:** Tow to the nearest certified Bolt EV dealer for warranty service, or if the vehicle was in a crash and cannot be driven. Assistance is not given when the vehicle is stuck in the sand, mud, or snow.

  Emergency towing may be covered during the Extended Vehicle (EV) warranty.

- **Flat Tire Change:** If the tire has been separated from the wheel, has damaged sidewalls, or has a large puncture, the tire is too severely damaged for the self sealing tire to be effective and the vehicle will have to be towed. It is the owner's responsibility for the repair or replacement of the tire if it is not covered by the warranty.

- **Battery Jump Start:** Service to jump start a dead battery.

- **Trip Interruption Benefits and Assistance:** If your trip is interrupted due to a warranty event, incidental expenses may be reimbursed within the Powertrain warranty period. Items considered are reasonable and customary hotel, meals, rental car, or a vehicle being delivered back to the customer, up to 500 miles.

### Services Not Included in Roadside Assistance

- Impound towing caused by violation of any laws.

- Legal fines.

- Mounting, dismounting, or changing of snow tires, chains, or other traction devices.

Service is not provided if a vehicle is in an area that is not accessible to the service vehicle or is not a regularly traveled or maintained public road, which includes ice and winter roads. Off-road use is not covered.

### Services Specific to Canadian Vehicles

- **Lock-Out Service:** Vehicle registration is required.

- **Trip Interruption Benefits and Assistance:** Must be over 150 km (93 mi) from where the trip was started to qualify. Pre-authorization, original detailed receipts, and a copy of the repair orders are required. Once authorization has been received, the Roadside Assistance advisor will help to make arrangements and explain how to receive payment.

- **Alternative Service:** If assistance cannot be provided right away, the Roadside Assistance advisor may give permission to get local emergency road service. You will receive payment, up to $100, after sending the original receipt to Roadside Assistance. Mechanical failures may be covered, however any cost for

**MJN2609**

parts and labor for repairs not covered by the warranty are the owner's responsibility.

## Scheduling Service Appointments

When the vehicle requires warranty service, contact your dealer and request an appointment. By scheduling a service appointment and advising the service consultant of your transportation needs, your dealer can help minimize your inconvenience.

If the vehicle cannot be scheduled into the service department immediately, keep driving it until it can be scheduled for service, unless, of course, the problem is safety related. If it is, please call your dealership, let them know this, and ask for instructions.

If your dealer requests you to bring the vehicle for service, you are urged to do so as early in the work day as possible to allow for same-day repair.

## Courtesy Transportation Program

To enhance your ownership experience, we and our participating dealers are proud to offer Courtesy Transportation, a customer support program for vehicles with the Bumper-to-Bumper (Base Warranty Coverage period in Canada), extended powertrain, and/or hybrid-specific warranties in both the U.S. and Canada.

Several Courtesy Transportation options are available to assist in reducing inconvenience when warranty repairs are required.

Courtesy Transportation is not a part of the New Vehicle Limited Warranty. A separate booklet entitled "Limited Warranty and Owner Assistance Information" furnished with each new vehicle provides detailed warranty coverage information.

### Transportation Options

Warranty service can generally be completed while you wait. However, if you are unable to do so, your dealer may offer the following transportation options:

**Shuttle Service**

This includes one-way or round-trip shuttle service within reasonable time and distance parameters of your dealer's area.

**Public Transportation or Fuel Reimbursement**

If overnight warranty repairs are needed, and public transportation is used, the expense must be supported by original receipts and within the maximum amount allowed by GM. If U.S. customers arrange their own transportation, limited reimbursement for reasonable fuel expenses may be available. Claim amounts should reflect actual costs and be supported by original receipts. See your dealer for information.

**MJN2610**

### Courtesy Rental Vehicle

For an overnight warranty repair, the dealer may provide an available courtesy rental vehicle or provide for reimbursement of a rental vehicle. Reimbursement is limited and must be supported by original receipts as well as a signed and completed rental agreement and meet state/provincial, local, and rental vehicle provider requirements. Requirements vary and may include minimum age requirements, insurance coverage, credit card, etc. Additional fees such as fuel, rental vehicle insurance, taxes, levies, usage fees, excessive mileage, or rental usage beyond the completion of the repair are also your responsibility.

It may not be possible to provide a like vehicle as a courtesy rental.

### Additional Program Information

All program options, such as shuttle service, may not be available at every dealer. Contact your dealer for specific availability.

General Motors reserves the right to unilaterally modify, change, or discontinue Courtesy Transportation at any time and to resolve all questions of claim eligibility pursuant to the terms and conditions described herein at its sole discretion.

## Collision Damage Repair

If the vehicle is involved in a collision and it is damaged, have the damage repaired by a qualified technician using the proper equipment and quality replacement parts. Poorly performed collision repairs diminish the vehicle resale value, and safety performance can be compromised in subsequent collisions.

### Collision Parts

Genuine GM Collision parts are new parts made with the same materials and construction methods as the parts with which the vehicle was originally built. Genuine GM Collision parts are the best choice to ensure that the vehicle's designed appearance, durability, and safety are preserved. The use of Genuine GM parts can help maintain the GM New Vehicle Limited Warranty.

Recycled original equipment parts may also be used for repair. These parts are typically removed from vehicles that were total losses in prior crashes. In most cases, the parts being recycled are from undamaged sections of the vehicle. A recycled original equipment GM part may be an acceptable choice to maintain the vehicle's originally designed appearance and safety performance; however, the history of these parts is not known. Such parts are not covered by the GM New Vehicle Limited Warranty, and any related failures are not covered by that warranty.

Aftermarket collision parts are also available. These are made by companies other than GM and may not have been tested for the vehicle. As a result, these parts may fit poorly, exhibit premature durability/corrosion problems, and may not perform properly in subsequent

**MJN2611**

collisions. Aftermarket parts are not covered by the GM New Vehicle Limited Warranty, and any vehicle failure related to such parts is not covered by that warranty.

### Repair Facility

GM also recommends that you choose a collision repair facility that meets your needs before you ever need collision repairs. Your dealer may have a collision repair center with GM-trained technicians and state-of-the-art equipment, or be able to recommend a collision repair center that has GM-trained technicians and comparable equipment.

### Insuring the Vehicle

Protect your investment in the GM vehicle with comprehensive and collision insurance coverage. There are significant differences in the quality of coverage afforded by various insurance policy terms. Many insurance policies provide reduced protection to the GM vehicle by limiting compensation for damage repairs by using

aftermarket collision parts. Some insurance companies will not specify aftermarket collision parts. When purchasing insurance, we recommend that you ensure that the vehicle will be repaired with GM original equipment collision parts. If such insurance coverage is not available from your current insurance carrier, consider switching to another insurance carrier.

If the vehicle is leased, the leasing company may require you to have insurance that ensures repairs with Genuine GM Original Equipment Manufacturer (OEM) parts or Genuine Manufacturer replacement parts. Read the lease carefully, as you may be charged at the end of the lease for poor quality repairs.

### If a Crash Occurs

If there has been an injury, call emergency services for help. Do not leave the scene of a crash until all matters have been taken care of. Move the vehicle only if its position

puts you in danger, or you are instructed to move it by a police officer.

Give only the necessary information to police and other parties involved in the crash.

For emergency towing see *Roadside Assistance Program* ⇨ *319*.

Gather the following information:

- Driver name, address, and telephone number
- Driver license number
- Owner name, address, and telephone number
- Vehicle license plate number
- Vehicle make, model, and model year
- Vehicle Identification Number (VIN)
- Insurance company and policy number
- General description of the damage to the other vehicle

**MJN2612**

Choose a reputable repair facility that uses quality replacement parts. See "Collision Parts" earlier in this section.

In a crash, the sensing system may shut down the high voltage system. See *Battery - North America* ⇨ *245* for important safety information. If an airbag has inflated, see *What Will You See after an Airbag Inflates?* ⇨ *52*.

If the vehicle is damaged from a crash, flood, fire, or other event it may be necessary to have the vehicle inspected. See*Battery - North America* ⇨ *245* for important safety information.

### Managing the Vehicle Damage Repair Process

In the event that the vehicle requires damage repairs, GM recommends that you take an active role in its repair. If you have a pre-determined repair facility of choice, take the vehicle there, or have it towed there. Specify to the facility that any required replacement collision parts be original equipment parts, either

new Genuine GM parts or recycled original GM parts. Remember, recycled parts will not be covered by the GM vehicle warranty.

Insurance pays the bill for the repair, but you must live with the repair. Depending on your policy limits, your insurance company may initially value the repair using aftermarket parts. Discuss this with the repair professional, and insist on Genuine GM parts. Remember, if the vehicle is leased, you may be obligated to have the vehicle repaired with Genuine GM parts, even if your insurance coverage does not pay the full cost.

If another party's insurance company is paying for the repairs, you are not obligated to accept a repair valuation based on that insurance company's collision policy repair limits, as you have no contractual limits with that company. In such cases, you can have control of the repair and parts choices as long as the cost stays within reasonable limits.

## Publication Ordering Information

### Service Manuals

Service manuals have the diagnosis and repair information on the engine, transmission, axle, suspension, brakes, electrical system, steering system, body, etc.

### Customer Literature

Owner's manuals are written specifically for owners and are intended to provide basic operational information about the vehicle. The owner's manual includes the Maintenance Schedule for all models.

Customer literature publications available for purchase include owner's manuals, warranty manuals, infotainment manuals, and portfolios. Portfolios include an owner's manual, warranty manual, infotainment manual, if applicable, and zip lock bag or pouch.

**MJN2613**

**Current and Past Models**

Service manuals and customer literature are available for many current and past model year GM vehicles.

To order, call 1-800-551-4123 Monday–Friday, 8:00 a.m.–6:00 p.m. eastern time

For credit card orders only (VISA, MasterCard, or Discover), see Helm, Inc. at: www.helminc.com.

To order by mail, write to:

Helm, Incorporated
Attention: Customer Service
47911 Halyard Drive
Plymouth, MI 48170

Make checks payable in U.S. funds.

# Radio Frequency Statement

This vehicle has systems that operate on a radio frequency that complies with Part 15/Part 18 of the Federal Communications Commission (FCC) rules and with Innovation, Science and Economic Development (ISED) Canada's RSP-100 / ICES-GEN.

Operation is subject to the following two conditions:

1. The device may not cause harmful interference.

2. The device must accept any interference received, including interference that may cause undesired operation of the device.

Changes or modifications to any of these systems by other than an authorized service facility could void authorization to use this equipment.

# Reporting Safety Defects

## Reporting Safety Defects to the United States Government

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying General Motors.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or General Motors.

**MJN2614**

To contact NHTSA, you may call the Vehicle Safety Hotline toll-free at 1-888-327-4236 (TTY: 1-800-424-9153); go to *http://www.safercar.gov;* or write to:

Administrator, NHTSA
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

You can also obtain other information about motor vehicle safety from *http://www.safercar.gov.*

## Reporting Safety Defects to the Canadian Government

If you live in Canada, and you believe that the vehicle has a safety defect, notify Transport Canada immediately, and notify General Motors of Canada Company. Call Transport Canada at 1-800-333-0510; go to:

www.tc.gc.ca/recalls (English)

www.tc.gc.ca/rappels (French)

or write to:

Transport Canada
Motor Vehicle Safety Directorate
Defect Investigations and
Recalls Division
80 Noel Street
Gatineau, QC J8Z 0A1

## Reporting Safety Defects to General Motors

In addition to notifying NHTSA (or Transport Canada) in a situation like this, notify General Motors.

In the U.S., call 1-800-222-1020, or write:

Chevrolet Motor Division
Chevrolet Customer Assistance
Center
P.O. Box 33170
Detroit, MI 48232-5170

In Canada, call 1-800-263-3777 (English) or 1-800-263-7854 (French), or write:

General Motors of Canada
Company
Customer Care Centre, Mail Code:
CA1-163-005
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7

In Mexico, call 01-800-466-0811 or 01-800-508-0000.

In other Central America and Caribbean Countries, call 52-722-236-0680.

**MJN2615**

# Vehicle Data Recording and Privacy

The vehicle has a number of computers that record information about the vehicle's performance and how it is driven or used. For example, the vehicle uses computer modules to monitor and control electric drive unit performance, to monitor the conditions for airbag deployment and to deploy them in a crash, and, if equipped, to provide antilock braking to help the driver control the vehicle. These modules may store data to help the dealer technician service the vehicle or to help GM improve safety or features. Some modules may also store data about how the vehicle is operated, such as rate of energy consumption or average speed. These modules may retain personal preferences, such as radio presets, seat positions, and temperature settings.

# Cybersecurity

GM collects information about the use of your vehicle including operational and safety related information. We collect this information to provide, evaluate, improve, and troubleshoot our products and services and to develop new products and services. The protection of vehicle electronics systems and customer data from unauthorized outside electronic access or control is important to GM. GM maintains appropriate security standards, practices, guidelines and controls aimed at defending the vehicle and the vehicle service ecosystem against unauthorized electronic access, detecting possible malicious activity in related networks, and responding to suspected cybersecurity incidents in a timely, coordinated and effective manner. Security incidents could impact your safety or compromise your private data. To minimize security risks, please do not connect your vehicle electronic systems to unauthorized devices or connect

your vehicle to any unknown or untrusted networks (such as Bluetooth, WIFI or similar technology). In the event you suspect any security incident impacting your data or the safe operation of your vehicle, please stop operating your vehicle and contact your dealer.

# Event Data Recorders

This vehicle is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, such as an air bag deployment or hitting a road obstacle, data that will assist in understanding how a vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less. The EDR in this vehicle is designed to record such data as:

- How various systems in your vehicle were operating;

**MJN2616**

- Whether or not the driver and passenger safety belts were buckled/fastened;

- How far (if at all) the driver was depressing the accelerator and/or brake pedal; and,

- How fast the vehicle was traveling.

These data can help provide a better understanding of the circumstances in which crashes and injuries occur.

**Note**

EDR data are recorded by your vehicle only if a non-trivial crash situation occurs; no data are recorded by the EDR under normal driving conditions and no personal data (e.g., name, gender, age, and crash location) are recorded. However, other parties, such as law enforcement, could combine the EDR data with the type of personally identifying data routinely acquired during a crash investigation.

To read data recorded by an EDR, special equipment is required, and access to the vehicle or the EDR is needed. In addition to the vehicle manufacturer, other parties, such as law enforcement, that have the special equipment, can read the information if they have access to the vehicle or the EDR.

GM will not access these data or share it with others except: with the consent of the vehicle owner or, if the vehicle is leased, with the consent of the lessee; in response to an official request by police or similar government office; as part of GM's defense of litigation through the discovery process; or, as required by law. Data that GM collects or receives may also be used for GM research needs or may be made available to others for research purposes, where a need is shown and the data is not tied to a specific vehicle or vehicle owner.

## OnStar

If the vehicle is equipped with OnStar and has an active service plan, additional data may be collected and transmitted through the OnStar system. This includes information about the vehicle's operation; collisions involving the vehicle; the use of the vehicle and its features, including infotainment; and the location and approximate GPS speed of the vehicle. Refer to the OnStar Terms and Conditions and Privacy Statement on the OnStar website.

See *OnStar Additional Information* ⇨ *331*.

**MJN2617**

# OnStar

## OnStar Overview

OnStar Overview . . . . . . . . . . . . . 329

## OnStar Services

Emergency . . . . . . . . . . . . . . . . . . 330
Security . . . . . . . . . . . . . . . . . . . . 331

## OnStar Additional Information

OnStar Additional
Information . . . . . . . . . . . . . . . . . 331

# OnStar Overview

  

 Voice Command Button

 Blue OnStar Button

 Red Emergency Button

This vehicle may be equipped with a comprehensive, in-vehicle system that can connect to an OnStar Advisor for Emergency, Security, Navigation, Connections, and Diagnostics Services. OnStar services may require a paid service plan and data plan. OnStar requires the vehicle battery and electrical system, cellular service, and GPS satellite signals to be available and operating. OnStar acts as a link to existing emergency service providers. OnStar may collect

information about you and your vehicle, including location information. See OnStar User Terms, Privacy Statement, and Software Terms for more details including system limitations at www.onstar.com (U.S.) or www.onstar.ca (Canada).

The OnStar system status light is next to the OnStar buttons. If the status light is:

- Solid Green: System is ready.
- Flashing Green: On a call.
- Red: Indicates a problem.
- Off: System is off. Press  twice to speak with an OnStar Advisor.

Press  or call 1-888-4ONSTAR (1-888-466-7827) to speak to an Advisor.

Functionality of the Voice Command button may vary by vehicle and region.

**MJN2618**

Press ⬤ to:

- Open the OnStar app on the infotainment display. See the infotainment manual for information on how to use the OnStar app.

Or

- Give OnStar Turn-by-Turn Navigation voice commands.
- Obtain and customize the Wi-Fi hotspot name or SSID and password, if equipped.

Press ⬤ to connect to an Advisor to:

- Verify account information or update contact information.
- Get driving directions.

- Receive a Diagnostic check of the vehicle's key operating systems.
- Receive Roadside Assistance.
- Manage Wi-Fi Settings, if equipped.

Press ⬤ to get a priority connection to an OnStar Advisor available 24/7 to:

- Get help for an emergency.
- Be a Good Samaritan or respond to an AMBER Alert.
- Get assistance in severe weather or other crisis situations and find evacuation routes.

# OnStar Services

## Emergency

Emergency Services require an active safety and security plan. With Automatic Crash Response, built-in sensors can automatically alert a specially trained OnStar Advisor who is immediately connected in to the vehicle to help.

Press ⬤ for a priority connection to an OnStar Advisor who can contact emergency service providers, direct them to your exact location, and relay important information.

With OnStar Crisis Assist, specially trained Advisors are available 24 hours a day, 7 days a week, to provide a central point of contact, assistance, and information during a crisis.

With Roadside Assistance, Advisors can locate a nearby service provider to help with a flat tire, a battery jump, or an empty gas tank.

**MJN2619**

## Security

If equipped, OnStar provides these services:

- With Stolen Vehicle Assistance, OnStar Advisors can use GPS to pinpoint the vehicle and help authorities quickly recover it.

- With Remote Ignition Block, if equipped, OnStar can block the vehicle from being restarted.

- With Stolen Vehicle Slowdown, if equipped, OnStar can work with law enforcement to gradually slow the vehicle down.

### Theft Alarm Notification

If equipped, if the doors are locked and the vehicle alarm sounds, a notification by text, e-mail, or phone call will be sent. If the vehicle is stolen, an OnStar Advisor can work with authorities to recover the vehicle.

## OnStar Additional Information

### In-Vehicle Audio Messages

Audio messages may play important information at the following times:

- Prior to vehicle purchase. Press 🔵 to set up an account.

- After change in ownership and at 90 days.

### Transferring Service

Press 🔵 to request account transfer eligibility information. The Advisor can cancel or change account information.

### Selling/Transferring the Vehicle

Call 1-888-4ONSTAR (1-888-466-7827) immediately to terminate your OnStar or connected services if the vehicle is disposed of, sold, transferred, or if the lease ends.

### Reactivation for Subsequent Owners

Press 🔵 and follow the prompts to speak to an Advisor as soon as possible. The Advisor will update vehicle records and explain OnStar or connected service options.

### How OnStar Service Works

Automatic Crash Response, Emergency Services, Crisis Assist, Stolen Vehicle Assistance, Remote Services, and Roadside Assistance are available on most vehicles. Not all OnStar services are available everywhere or on all vehicles. For more information, a full description of OnStar services, system limitations, and OnStar User Terms, Privacy Statement, and Software Terms:

- Call 1-888-4ONSTAR (1-888-466-7827).

- See www.onstar.com (U.S.).

- See www.onstar.ca (Canada).

- Call TTY 1-877-248-2080.

**MJN2620**

- Press ☺ to speak with an Advisor.

OnStar or connected services cannot work unless the vehicle is in a place where OnStar has an agreement with a wireless service provider for service in that area. The wireless service provider must also have coverage, network capacity, reception, and technology compatible with OnStar or connected services. Service involving location information about the vehicle cannot work unless GPS signals are available, unobstructed, and compatible with the OnStar hardware. OnStar or connected services may not work if the OnStar equipment is not properly installed or it has not been properly maintained. If equipment or software is added, connected, or modified, OnStar or connected services may not work. Other problems beyond the control of OnStar — such as hills, tall buildings, tunnels, weather, electrical system design and architecture of the vehicle, damage

to the vehicle in a crash, or wireless phone network congestion or jamming — may prevent service.

See *Radio Frequency Statement* ⇨ *325*.

## Services for People with Disabilities

Advisors provide services to help with physical disabilities and medical conditions.

Press ☺ to help:

- Locate a gas station with an attendant to pump gas.
- Find a hotel, restaurant, etc., that meets accessibility needs.
- Provide directions to the closest hospital or pharmacy in urgent situations.

## TTY Users

OnStar has the ability to communicate to deaf, hard-of-hearing, or speech-impaired customers while in the vehicle. The available dealer-installed TTY system can provide in-vehicle

access to all OnStar services, except Virtual Advisor and OnStar Turn-by-Turn Navigation.

If equipped, TTY mode can be turned on or off by touching Settings, then Apps, and then Phone. When TTY mode is on, phone calls can be made or received with OnStar using the infotainment display.

## OnStar Personal Identification Number (PIN)

A PIN is needed to access some OnStar services. The PIN will need to be changed the first time when speaking with an Advisor. To change the OnStar PIN, contact an OnStar Advisor by pressing ☺ or calling 1-888-4ONSTAR.

## Warranty

OnStar equipment may be warranted as part of the vehicle warranty.

**MJN2621**

### Languages

The vehicle can be programmed to respond in multiple languages.

Press ⓢ and ask for an Advisor. Advisors are available in English, Spanish, and French. Available languages may vary by country.

### Potential Issues

OnStar cannot perform Remote Door Unlock or Stolen Vehicle Assistance after the vehicle has been off continuously for 10 days without an ignition cycle. If the vehicle has not been started for 10 days, OnStar can contact Roadside Assistance or a locksmith to help gain access to the vehicle.

### Global Positioning System (GPS)

- Obstruction of the GPS can occur in a large city with tall buildings; in parking garages; around airports; in tunnels and underpasses; or in an area with very dense trees. If GPS signals are not available, the OnStar system should still operate to call OnStar. However, OnStar could have difficulty identifying the exact location.

- In emergency situations, OnStar can use the last stored GPS location to send to emergency responders.

A temporary loss of GPS can cause loss of the ability to send a Turn-by-Turn Navigation route. The Advisor may give a verbal route or may ask for a call back after the vehicle is driven into an open area.

### Cellular and GPS Antennas

Cellular reception is required for OnStar to send remote signals to the vehicle. Do not place items over or near the antenna to prevent blocking cellular and GPS signal reception.

### Unable to Connect to OnStar Message

If there is limited cellular coverage or the cellular network has reached maximum capacity, this message may come on. Press ⓢ to try the call again or try again after driving a few miles into another cellular area.

### Vehicle and Power Issues

OnStar services require a vehicle electrical system, wireless service, and GPS satellite technologies to be available and operating for features to function properly. These systems may not operate if the battery is discharged or disconnected.

### Add-on Electrical Equipment

The OnStar system is integrated into the electrical architecture of the vehicle. Do not add any electrical equipment. See *Add-On Electrical Equipment* ⇨ *233*. Added electrical equipment may interfere with the operation of the OnStar system and cause it to not operate.

### Vehicle Software Updates

OnStar or GM may remotely deliver software updates or changes to the vehicle without further notice or consent. These updates or changes may enhance or maintain safety,

**MJN2622**

security, or the operation of the vehicle or the vehicle systems. Software updates or changes may affect or erase data or settings that are stored in the vehicle, such as saved navigation destinations or pre-set radio stations. Neither OnStar nor GM is responsible for any affected or erased data or settings. These updates or changes may also collect personal information. Such collection is described in the OnStar privacy statement or separately disclosed at the time of installation. These updates or changes may also cause a system to automatically communicate with GM servers to collect information about vehicle system status, identify whether updates or changes are available, or deliver updates or changes. An active OnStar agreement constitutes consent to these software updates or changes and agreement that either OnStar or GM may remotely deliver them to the vehicle.

## Privacy

The complete OnStar Privacy Statement may be found at www.onstar.com (U.S.), or www.onstar.ca (Canada). We recommend that you review it. If you have any questions, call 1-888-4ONSTAR (1-888-466-7827) or press 🔵 to speak with an Advisor. Users of wireless communications are cautioned that the privacy of any information sent via wireless cellular communications cannot be assured. Third parties may unlawfully intercept or access transmissions and private communications without consent.

## OnStar - Software Acknowledgements

Certain OnStar components include libcurl and unzip software and other third party software. Below are the notices and licenses associated with libcurl and unzip and for other third party software please see http://opensource.lge.com/index

www.onstar.com/us/en/

**libcurl:**

COPYRIGHT AND PERMISSION NOTICE

Copyright (c) 1996 - 2010, Daniel Stenberg, <daniel@haxx.se>.

All rights reserved.

Permission to use, copy, modify, and distribute this software for any purpose with or without fee is hereby granted, provided that the above copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS," WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT OF THIRD PARTY RIGHTS. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR

**MJN2623**

OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

Except as contained in this notice, the name of a copyright holder shall not be used in advertising or otherwise to promote the sale, use or other dealings in this Software without prior written authorization of the copyright holder.

**unzip:**

This is version 2005-Feb-10 of the Info-ZIP copyright and license. T he definitive version of this document should be available at ftp://ftp.info-zip.org/pub/infozip/ license.html indefinitely.

Copyright (c) 1990-2005 Info-ZIP. All rights reserved.

For the purposes of this copyright and license, "Info-ZIP" is defined as the following set of individuals:

Mark Adler, John Bush, Karl Davis, Harald Denker, Jean-Michel Dubois, Jean-loup Gailly, Hunter Goatley, Ed Gordon, Ian Gorman, Chris Herborth, Dirk Haase, Greg Hartwig, Robert Heath, Jonathan Hudson, Paul Kienitz, David Kirschbaum, Johnny Lee, Onno van der Linden, Igor Mandrichenko, Steve P. Miller, Sergio Monesi, Keith Owens, George Petrov, Greg Roelofs, Kai Uwe Rommel, Steve Salisbury, Dave Smith, Steven M. Schweda, Christian Spieler, Cosmin Truta, Antoine Verheijen, Paul von Behren, Rich Wales, Mike White.

This software is provided "as is," without warranty of any kind, express or implied. In no event shall Info-ZIP or its contributors be held liable for any direct, indirect, incidental, special or consequential damages arising out of the use of or inability to use this software.

Permission is granted to anyone to use this software for any purpose, including commercial applications, and to alter it and redistribute it freely, subject to the following restrictions:

1. Redistributions of source code must retain the above copyright notice, definition, disclaimer, and this list of conditions.

2. Redistributions in binary form (compiled executables) must reproduce the above copyright notice, definition, disclaimer, and this list of conditions in documentation and/or other materials provided with the distribution. The sole exception to this condition is redistribution of a standard UnZipSFX binary (including SFXWiz) as part of a self-extracting archive; that is permitted without inclusion of this license, as long as the normal SFX banner has not been removed from the binary or disabled.

3. Altered versions–including, but not limited to, ports to new operating systems, existing ports with new graphical interfaces, and dynamic, shared, or static library versions–must be plainly marked as such and must not

**MJN2624**

be misrepresented as being the original source. Such altered versions also must not be misrepresented as being Info-ZIP releases–including, but not limited to, labeling of the altered versions with the names "Info-ZIP" (or any variation thereof, including, but not limited to, different capitalizations), "Pocket UnZip," "WiZ" or "MacZip" without the explicit permission of Info-ZIP. Such altered versions are further prohibited from misrepresentative use of the Zip-Bugs or Info-ZIP e-mail addresses or of the Info-ZIP URL(s).

4. Info-ZIP retains the right to use the names "Info-ZIP," "Zip," "UnZip," "UnZipSFX," "WiZ," "Pocket UnZip," "Pocket Zip," and "MacZip" for its own source and binary releases.

**MJN2625**

# Connected Services

## Connected Services

Navigation . . . . . . . . . . . . . . . . . . . . 337
Connections . . . . . . . . . . . . . . . . . 338
Diagnostics . . . . . . . . . . . . . . . . . . 339

# Connected Services

## Navigation

Navigation requires a specific OnStar or connected service plan.

Press 🔘 to receive Turn-by-Turn directions or have them sent to the vehicle's navigation screen, if equipped.

### Turn-by-Turn Navigation

1. Press 🔘 to connect to an Advisor.

2. Request directions to be downloaded to the vehicle.

3. Follow the voice-guided commands.

### Using Voice Commands During a Planned Route

Functionality of the Voice Command button, if equipped, may vary by vehicle and region. For some vehicles, press 🔘 to open the

OnStar app on the infotainment display. For other vehicles press 🔘 as follows.

### Cancel Route

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Cancel route." System responds: "Do you want to cancel directions?"

3. Say "Yes." System responds: "OK, request completed, thank you, goodbye."

### Route Preview

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Route preview." System responds with the next three maneuvers.

### Repeat

1. Press 🔘. System responds: "OnStar ready," then a tone.

**MJN2626**

2. Say "Repeat." System responds with the last direction given, then responds with "OnStar ready," then a tone.

**Get My Destination**

1. Press 🔘. System responds: "OnStar ready," then a tone.

2. Say "Get my destination." System responds with the address and distance to the destination, then responds with "OnStar ready," then a tone.

**Send Destination to Vehicle**

Directions can be sent to the vehicle's navigation screen, if equipped.

Press 🔘, then ask the Advisor to download directions to the vehicle's navigation system, if equipped. After the call ends, the navigation screen will provide prompts to begin driving directions. Routes that are sent to the navigation screen can only be canceled through the navigation system.

See www.onstar.com (U.S.) or www.onstar.ca (Canada).

# Connections

The following services help with staying connected.

For coverage maps, see www.onstar.com (U.S.) or www.onstar.ca (Canada).

**Ensuring Security**

- Change the default passwords for the Wi-Fi hotspot and myChevrolet mobile app. Make these passwords different from each other and use a combination of letters, numbers, and symbols to increase the security.

- Change the default name of the SSID (Service Set Identifier). This is your network's name that is visible to other wireless devices. Choose a unique name and avoid family names or vehicle descriptions.

**Wi-Fi Hotspot (If Equipped)**

The vehicle may have a built-in Wi-Fi hotspot that provides access to the Internet and web content at 4G LTE speed. Up to seven mobile devices can be connected. A data plan is required. Use the in-vehicle controls only when it is safe to do so.

1. To retrieve Wi-Fi hotspot information, press 🔘 to open the OnStar app on the infotainment display, then select Wi-Fi Hotspot. On some vehicles, touch Wi-Fi or Wi-Fi Settings on the screen.

2. The Wi-Fi settings will display the Wi-Fi hotspot name (SSID), password, and on some vehicles, the connection type (no Internet connection, 3G, 4G, 4G LTE), and signal quality (poor, good, excellent).

3. To change the SSID or password, press 🔘 or call 1-888-4ONSTAR to connect with an Advisor. On some

**MJN2627**

vehicles, the SSID and password can be changed in the Wi-Fi Hotspot menu.

After initial set-up, your vehicle's Wi-Fi hotspot will connect automatically to your mobile devices. Manage data usage by turning Wi-Fi on or off on your mobile device, using the myChevrolet mobile app, or by contacting an OnStar Advisor. On some vehicles, Wi-Fi can also be managed from the Wi-Fi Hotspot menu.

**myChevrolet Mobile App (If Available)**

Download the myChevrolet mobile app to compatible Apple and Android smartphones. Chevrolet users can access the following services from a smartphone:

- Remotely start/stop the vehicle, if factory-equipped.
- Lock/unlock doors, if equipped with automatic locks.
- Activate the horn and lamps.

- Check the vehicle's energy level, range or tire pressure, if factory-equipped with the Tire Pressure Monitor System.
- Send destinations to the vehicle.
- Locate the vehicle on a map (U.S. market only).
- Turn the vehicle's Wi-Fi hotspot on/off, manage settings, and monitor data consumption, if equipped.
- Locate a dealer and schedule service.
- Request roadside assistance.
- Set a parking reminder with pin drop, take a photo, make a note, and set a timer.
- Connect with Chevrolet on social media.

Features are subject to change. For myChevrolet mobile app information and compatibility, see my.chevrolet.com.

An active OnStar or connected service plan may be required. A compatible device,

factory-installed remote start, and power locks are required. Data rates apply. See www.onstar.com for details and system limitations.

**Remote Services**

Contact an OnStar Advisor to unlock the doors or sound the horn and flash the lamps.

**Marketplace**

OnStar Advisors can provide offers from restaurants and retailers on your route, help locate hotels, or book a room. These services vary by market.

## Diagnostics

By monitoring and reporting on the vehicle's key systems, OnStar Advanced Diagnostics, if equipped, provides a way to keep up on maintenance. Capabilities vary by model. See www.onstar.com for details and system limitations. Features are subject to change. For updates on feature capabilities, see my.chevrolet.com. Message and data rates may apply.

**MJN2628**

# Index

**A**

Accessories and
Modifications .................237
Accessory Power ...............186
Add-On Electrical Equipment ...233
Additional Information
OnStar ...................... 331
Additional Maintenance
and Care ......................307
Agreements
Trademarks and License ..... 163
Air Conditioning ...............165
Air Conditioning Regular
Operation ....................171
Air Filter, Passenger
Compartment .................170
Air Intake .......................170
Air Vents .......................169
Airbag System
Check ..........................59
How Does an Airbag
Restrain? .....................51
Passenger Sensing System ....53
What Makes an Airbag
Inflate? ........................51
What Will You See after an
Airbag Inflates? ...............52

Airbag System (cont'd)
When Should an Airbag
Inflate? ........................50
Where Are the Airbags? ........49
Airbags
Adding Equipment to the
Vehicle ........................58
Passenger Status Indicator ... 102
Readiness Light .............. 102
Servicing Airbag-Equipped
Vehicles .......................57
System Check ..................47
Alarm
Vehicle Security ................22
Alert
Lane Change ..................211
Side Blind Zone (SBZA) .......211
All-Season Tires ................260
AM-FM Radio ...................142
Antenna
Multi-band .................... 145
Antilock Brake System (ABS) ...193
Warning Light ................. 105
Appearance Care
Exterior ...................... 294
Interior ....................... 299
Apple CarPlay and
Android Auto .................. 156

**MJN2629**

Armrest
  Rear Seat .......................39
Assistance Program,
  Roadside .......................319
Assistance Systems for
  Driving ........................206
Assistance Systems for
  Parking and Backing ..........202
Audio
  Bluetooth ..................... 152
  Theft-Deterrent Feature ....... 138
Automatic
  Climate Control System ....... 165
  Door Locks .....................19
  Emergency Braking (AEB) .... 208
  Headlamp System ............ 133
Auxiliary
  Devices ....................... 151

**B**

Battery .........................100
  Exterior Lighting Battery
    Saver ........................ 136
  Power Protection ............. 136
Battery - North America ....245, 287
Battery Gauge
  High Voltage .................. 100
Blade Replacement, Wiper .....247

Bluetooth
  Overview ..................... 155
Bluetooth Audio ................152
Brake
  Parking, Electric .............. 194
  System Warning Light ........ 104
Brakes ...........................243
  Antilock ....................... 193
  Assist ......................... 195
  Fluid .......................... 244
  Regenerative Braking ......... 196
Braking .........................175
  Automatic
    Emergency (AEB) ........... 208
Braking System
  Front Pedestrian (FPB) ....... 209
Break-In, New Vehicle ..........184
Bulb Replacement
  Halogen Bulbs ................ 250
  Headlamp Aiming ............. 250
  Headlamps ................... 250
  High Intensity Discharge
    (HID) Lighting ............... 251
  License Plate Lamps ......... 251
  Taillamps, Turn Signal,
    Stoplamps, and Back-up
    Lamps ...................... 251
Buying New Tires ...............274

**C**

Calibration ....................... 91
California
  Perchlorate Materials
    Requirements .............. 237
California
  Proposition
  65 Warning .........236, 245, 287,
                        Back Cover
Canadian Vehicle Owners ........ 2
Capacities and
  Specifications .................314
Carbon Monoxide
  Liftgate .........................21
  Winter Driving ................ 179
Cargo
  Cover ...........................84
  Management System ...........85
Caution, Danger, and Warning .... 3
Center Console Storage ......... 84
Chains, Tire ....................279
Charge Cord ....................225
Charging
  Delay Override .............. 220
  Electrical Requirements ...... 232
  Plug-In ....................... 216
  Programmable ................ 109
  Utility Interruption ............. 231

**MJN2630**

Charging (cont'd)
Wireless ........................93
Charging Options ...............119
Charging Status Screens .......221
Charging System Light .........103
Child Restraints
Infants and Young Children .....61
Lower Anchors and Tethers
for Children ...................67
Older Children .................59
Securing ....................77, 79
Systems ........................63
Circuit Breakers ................253
Cleaning
Exterior Care ................. 294
Interior Care .................. 299
Climate Control Systems
Automatic..................... 165
Clock ........................... 92
Cluster, Instrument ............. 96
Collision Damage Repair .......322
Compartment
Underhood ................... 240
Compartments
Storage ........................83
Compass ........................ 91
Compressor Kit, Tire Sealant ...280

Connected Services
Connections .................. 338
Diagnostics ................... 339
Navigation ................... 337
Connections
Connected Services .......... 338
Control
Traction and Electronic
Stability ..................... 197
Control of a Vehicle ............175
Convex Mirrors ................. 24
Cooling ........................165
Cooling System................241
Courtesy Lamps ................135
Courtesy Transportation
Program.......................321
Cover
Cargo..........................84
Cruise Control .................199
Light .......................... 109
Cupholders ..................... 83
Customer Assistance ...........318
Offices ....................... 317
Text Telephone (TTY)
Users ....................... 318
Customer Information
Publications Ordering
Information .................. 324

Customer Satisfaction
Procedure .....................315
Cybersecurity ..................327

**D**

Damage Repair, Collision .......322
Danger, Warning, and Caution .... 3
Data Collection
OnStar ...................... 328
Data Recorders, Event .........327
Daytime Running
Lamps (DRL)................. 132
Defensive Driving ..............174
Delayed Charging Override .....220
Delayed Locking ................ 19
Devices
Auxiliary ..................... 151
Diagnostics
Connected Services .......... 339
Distracted Driving ..............174
Dome Lamps ...................135
Door
Ajar Light .................... 109
Delayed Locking ...............19
Locks ..........................17
Power Locks....................19
Drive Unit
Electric ...................... 189

**MJN2631**

Driver

Teen ......................... 160

Driver Assistance Systems ..... 201

Driver Efficiency Gauge ........ 100

Driver Information

Center (DIC) ................. 120

Driver Selected Operating

Modes ....................... 188

Driving

Assistance Systems .......... 206

Defensive .................... 174

Drunk ........................ 174

Hill and Mountain Roads ...... 178

If the Vehicle is Stuck ........ 179

Loss of Control .............. 177

Off-Road Recovery ........... 176

One-Pedal ................... 192

Vehicle Load Limits .......... 180

Wet Roads .................. 177

Winter ...................... 179

Driving for Better Energy

Efficiency .................... 173

**E**

Electric Drive Unit .............. 189

Electric Parking Brake .......... 194

Electric Parking Brake Light .... 104

Electrical Equipment,

Add-On ...................... 233

Electrical Requirements for

Battery Charging ............. 232

Electrical System

Fuses and Circuit Breakers ... 253

Instrument Panel Fuse

Block ....................... 258

Overload .................... 252

Emergency

OnStar ...................... 330

Energy Efficiency

Driving ...................... 173

Energy Information ............ 117

Engine

Cooling System .............. 241

Entry Lighting .................. 136

Event Data Recorders ......... 327

Exit Lighting .................. 136

Extended Parking .............. 188

Extender, Seat Belt ............. 45

Exterior Lamp Controls ......... 130

Exterior Lamps Off Reminder ... 132

Exterior Lighting Battery

Saver ........................ 136

**F**

Flash-to-Pass ................... 132

Flashers, Hazard Warning ...... 133

Flat Tire ....................... 279

Floor Mats ..................... 302

Fluid

Brakes ....................... 244

Washer ...................... 242

Folding Mirrors ................. 24

Forward Collision Alert

(FCA) System ................ 206

Frequency Statement

Radio ........................ 325

Front Pedestrian Braking

(FPB) System ................ 209

Front Seats

Adjustment ...................34

Heated .......................35

Fuses

Fuses and Circuit Breakers ... 253

Instrument Panel Fuse

Block ....................... 258

Underhood Compartment ..... 254

**G**

Gas Strut(s) ................... 249

Gauges

Battery ...................... 100

**MJN2632**

Gauges (cont'd)
Driver Efficiency .............. 100
Odometer........................99
Power Indicator ............... 101
Speedometer ...................99
Trip Odometer .................99
Warning Lights and
Indicators ....................96
General Information
Service and Maintenance ..... 303
Towing........................ 233
Vehicle Care ................. 236
GM Mobility Reimbursement
Program.......................319

**H**
Halogen Bulbs ..................250
Hands-Free Phone .............157
Hazard Warning Flashers .......133
Head Restraints ................. 32
Headlamps
Aiming ........................ 250
Automatic..................... 133
Bulb Replacement ............ 250
Daytime Running
Lamps (DRL)................ 132
Flash-to-Pass................. 132

Headlamps (cont'd)
High Intensity Discharge
(HID) Lighting ............... 251
High-Beam On Light .......... 108
High/Low Beam Changer ..... 132
Lamps On Reminder ......... 108
Heated
Rear Seats ....................39
Steering Wheel ................88
Heated Front Seats .............. 35
Heated Mirrors................... 25
Heating ........................165
High Voltage Battery Gauge ....100
High Voltage Devices and
Wiring ........................252
High-Beam On Light ............108
Hill and Mountain Roads........178
Hill Start Assist (HSA) ..........195
Hood ..........................238
Horn ........................... 88
How to Wear Seat Belts
Properly ....................... 41
HVAC..........................165

**I**
Immobilizer ..................... 22
Indicator
Pedestrian Ahead ............ 106

Indicator (cont'd)
Vehicle Ahead ................ 106
Infants and Young Children,
Restraints ..................... 61
Information
Energy .......................117
Publication Ordering .......... 324
Instrument Cluster ............... 96
Instrument Panel
Storage Area ..................83
Instrument Panel Overview ....... 5
Interior Rearview Mirrors......... 25
Introduction .................. 2, 137

**J**
Jump Starting - North
America ......................287

**K**
Keyless Entry
Remote (RKE) System .......... 8
Keys............................... 7

**L**
Labeling, Tire Sidewall ..........262
Lamps
Courtesy ...................... 135
Daytime Running (DRL) ...... 132
Dome ......................... 135

**MJN2633**

Lamps (cont'd)
Exterior Controls . . . . . . . . . . . . . . 130
Exterior Lamps Off
Reminder . . . . . . . . . . . . . . . . . . . 132
Exterior Lighting Battery
Saver . . . . . . . . . . . . . . . . . . . . . . 136
License Plate . . . . . . . . . . . . . . . . 251
On Reminder . . . . . . . . . . . . . . . . 108
Reading . . . . . . . . . . . . . . . . . . . . . 135
Lane Change Alert (LCA) . . . . . . . 211
Lane Keep Assist (LKA) . . . . . . . . 213
Lane Keep Assist Light . . . . . . . . . 105
Lap-Shoulder Belt . . . . . . . . . . . . . . 43
LATCH System
Replacing Parts after a
Crash . . . . . . . . . . . . . . . . . . . . . . 77
LATCH, Lower Anchors and
Tethers for Children . . . . . . . . . . . 67
LED Lighting . . . . . . . . . . . . . . . . . . . . 251
Liftgate . . . . . . . . . . . . . . . . . . . . . . . . . 21
Lighting
Entry . . . . . . . . . . . . . . . . . . . . . . . . 136
Exit . . . . . . . . . . . . . . . . . . . . . . . . . . 136
Illumination Control . . . . . . . . . . . 134
LED . . . . . . . . . . . . . . . . . . . . . . . . . 251
Lights
Airbag Readiness . . . . . . . . . . . . . 102

Lights (cont'd)
Antilock Brake System
(ABS) Warning . . . . . . . . . . . . . . 105
Brake System Warning . . . . . . . 104
Charging System . . . . . . . . . . . . . 103
Cruise Control . . . . . . . . . . . . . . . . 109
Door Ajar . . . . . . . . . . . . . . . . . . . . . 109
Electric Parking Brake . . . . . . . . 104
Flash-to-Pass . . . . . . . . . . . . . . . . . 132
High-Beam On . . . . . . . . . . . . . . . . 108
High/Low Beam Changer . . . . . 132
Lane Keep Assist . . . . . . . . . . . . . 105
Seat Belt Reminders . . . . . . . . . 101
Security . . . . . . . . . . . . . . . . . . . . . . 108
Service Electric Parking
Brake . . . . . . . . . . . . . . . . . . . . . . . 105
Service Vehicle Soon . . . . . . . . . 104
Sport Mode . . . . . . . . . . . . . . . . . . . 105
StabiliTrak OFF . . . . . . . . . . . . . . . 107
Tire Pressure . . . . . . . . . . . . . . . . . 107
Traction Control System
(TCS)/StabiliTrak . . . . . . . . . . . . 107
Traction Off . . . . . . . . . . . . . . . . . . . 106
Vehicle Ready . . . . . . . . . . . . . . . . 108
Locks
Automatic Door . . . . . . . . . . . . . . . . 19
Delayed Locking . . . . . . . . . . . . . . . 19
Door . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Locks (cont'd)
Lockout Protection . . . . . . . . . . . . . . 20
Power Door . . . . . . . . . . . . . . . . . . . . . 19
Safety . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Loss of Control . . . . . . . . . . . . . . . . 177
Lower Anchors and Tethers
for Children (LATCH
System) . . . . . . . . . . . . . . . . . . . . . . . 67

**M**
Maintenance
Air Conditioning Regular
Operation . . . . . . . . . . . . . . . . . . . 171
Records . . . . . . . . . . . . . . . . . . . . . . 312
Maintenance and Care
Additional . . . . . . . . . . . . . . . . . . . . . 307
Maintenance Schedule . . . . . . . . . 304
Recommended Fluids and
Lubricants . . . . . . . . . . . . . . . . . . . 310
Messages
Propulsion Power . . . . . . . . . . . . . 122
Vehicle . . . . . . . . . . . . . . . . . . . . . . . 122
Vehicle Speed . . . . . . . . . . . . . . . . 123
Mirror
Rear Camera . . . . . . . . . . . . . . . . . . . 25
Mirrors
Automatic Dimming
Rearview . . . . . . . . . . . . . . . . . . . . . . 25

**MJN2634**

Mirrors (cont'd)
  Convex ........................24
  Folding .......................24
  Heated ........................25
  Manual Rearview ...............25
  Power .........................24
Mirrors, Interior Rearview ........ 25
Modes
  Driver Selected .............. 188
Monitor System, Tire
  Pressure .....................267
Multi-band Antenna .............145

### N
Navigation
  Connected Services .......... 337
New Vehicle Break-In ...........184

### O
Odometer........................ 99
  Trip ...........................99
Off-Road
  Recovery ..................... 176
Older Children, Restraints ....... 59
One-Pedal Driving ..............192
Online Owner Center ...........318
OnStar ........................328
OnStar Additional
  Information ...................331

OnStar Emergency ............330
OnStar Overview ..............329
OnStar Security ...............331
OnStar System ................154
Operation
  Infotainment System .......... 139
Options
  Charging .....................119
Outlets
  Power .........................93
Overview ......................138
  Instrument Panel ...............5
  Underhood Compartment ..... 240
Owner Checks and Services ....307

### P
Park
  Shifting Out of ............... 187
Park Assist ....................202
Parking
  Brake and P (Park)
    Mechanism Check .......... 247
  Extended .................... 188
Parking or Backing
  Assistance Systems .......... 202
Passenger Airbag Status
  Indicator .....................102

Passenger Compartment Air
  Filter ..........................170
Passenger Sensing System ..... 53
Pedestrian Ahead Indicator .....106
Pedestrian Safety Signal ........ 88
Perchlorate Materials
  Requirements, California ......237
Personalization
  Vehicle ...................... 123
Phone
  Apple CarPlay and
    Android Auto ............... 156
  Bluetooth ..................... 155
  Hands-Free ................... 157
Plug-In Charging ..............216
Port
  USB .......................... 145
Power
  Button ....................... 184
  Door Locks ....................19
  Flows ......................... 109
  Indicator Gauge .............. 101
  Mirrors .......................24
  Outlets .......................93
  Protection, Battery ........... 136
  Retained Accessory (RAP) ... 186
  Windows ......................28
Pregnancy, Using Seat Belts .... 45

**MJN2635**

Privacy
Vehicle Data Recording ....... 327
Program
Courtesy Transportation ...... 321
Programmable Charging ........ 109
Proposition
65 Warning,
California ........... 236, 245, 287,
Back Cover
Propulsion Power Messages ... 122
Publication Ordering
Information ................... 324

**R**

Radio Frequency Statement .... 325
Radios
AM-FM Radio ................ 142
Satellite ...................... 143
Reading Lamps ................. 135
Ready Indicator ................. 108
Rear Camera Mirror ............. 25
Rear Seat Armrest ............... 39
Rear Seats ...................... 37
Heated ........................ 39
Rear Vision Camera (RVC) ..... 202
Rear Window Washer/Wiper ..... 90
Rearview Mirrors ................ 25
Automatic Dimming ............. 25

Reclining Seatbacks ............. 34
Recommended Fluids and
Lubricants .................... 310
Records
Maintenance .................. 312
Recreational Vehicle Towing .... 292
Regenerative Braking ........... 196
Reimbursement Program,
GM Mobility ................... 319
Remote Keyless Entry (RKE)
System ......................... 8
Remote Start ................... 16
Replacement Parts
Airbags ........................ 59
Maintenance .................. 311
Replacing Airbag System ........ 59
Replacing LATCH System
Parts after a Crash ............. 77
Replacing Seat Belt System
Parts after a Crash ............. 46
Reporting Safety Defects
Canadian Government ........ 326
General Motors ............... 326
U.S. Government ............. 325
Requirements
Electrical Battery Charging ... 232
Restraints
Where to Put ................... 65

Retained Accessory
Power (RAP) .................. 186
Roads
Driving, Wet .................. 177
Roadside Assistance
Program ....................... 319
Rotation, Tires .................. 273

**S**

Safety Defects Reporting
Canadian Government ........ 326
General Motors ............... 326
U.S. Government ............. 325
Safety Locks .................... 20
Safety Signal
Pedestrian ..................... 88
Safety System Check ............ 45
Satellite Radio .................. 143
Scheduling Appointments ....... 321
Sealant Kit, Tire ................ 280
Seat Belts ...................... 40
Care ........................... 46
Extender ....................... 45
How to Wear Seat Belts
Properly ...................... 41
Lap-Shoulder Belt ............. 43
Reminders .................... 101
Replacing after a Crash ........ 46

**MJN2636**

Seat Belts (cont'd)
Use During Pregnancy ..........45
Seats
Adjustment, Front ...............34
Head Restraints ................32
Heated Front ...................35
Heated, Rear ...................39
Rear ...........................37
Reclining Seatbacks ............34
Securing Child Restraints .... 77, 79
Security
Light .......................... 108
OnStar ....................... 331
Vehicle ........................22
Vehicle Alarm ...................22
Self-Sealing Tires ..............261
Service .........................171
Accessories and
Modifications ................ 237
Doing Your Own Work ........ 237
Maintenance Records ........ 312
Maintenance, General
Information .................. 303
Parts Identification ............ 313
Scheduling Appointments ..... 321
Vehicle Soon Light ............ 104
Service Electric Parking
Brake Light ....................105

Servicing the Airbag ............. 57
Settings ........................159
Shifting
Into Park ...................... 186
Out of Park ................... 187
Side Blind Zone Alert (SBZA) ... 211
Signals, Turn and
Lane-Change .................134
Software Updates ..............141
Specifications and
Capacities .....................314
Speedometer .................... 99
Sport Mode Light ...............105
StabiliTrak
OFF Light..................... 107
Start
Remote .........................16
Start Assist, Hill .................195
Starting and Stopping the
Vehicle ........................185
Status Screens
Charging ..................... 221
Steering ........................175
Heated Wheel ..................88
Wheel Adjustment ..............87
Wheel Controls ................87
Stoplamps and Back-up Lamps
Bulb Replacement ............ 251

Storage Areas
Cargo Cover ....................84
Cargo Management System ....85
Center Console .................84
Instrument Panel ...............83
Storage Compartments .......... 83
Storing the Tire Sealant and
Compressor Kit ...............286
Struts
Gas ........................... 249
Stuck Vehicle ...................179
Sun Visors ...................... 30
Symbols .......................... 3
System
Forward Collision
Alert (FCA) .................. 206
Systems
Driver Assistance ............. 201

**T**
Taillamps
Bulb Replacement ............ 251
Teen Driver .....................160
Text Telephone (TTY) Users ....318
Theft-Deterrent Systems ......... 23
Immobilizer .....................22
Time .............................. 92
Tires ............................260

**MJN2637**

Tires (cont'd)
All-Season ..................... 260
Buying New Tires ............. 274
Chains ........................ 279
Designations ................. 263
Different Size ................. 276
If a Tire Goes Flat ............ 279
Inspection .................... 272
Pressure ...................... 266
Pressure Light ................ 107
Pressure Monitor Operation .. 268
Pressure Monitor System ..... 267
Rotation ...................... 273
Sealant and
  Compressor Kit ............. 280
Sealant and Compressor
  Kit, Storing ................. 286
Self-Sealing .................. 261
Sidewall Labeling ............. 262
Terminology and Definitions .. 263
Uniform Tire Quality
  Grading .................... 276
Wheel Alignment and Tire
  Balance .................... 278
Wheel Replacement .......... 278
When It Is Time for New
  Tires ....................... 274
Winter ........................ 261

Towing
General Information .......... 233
Recreational Vehicle ......... 292
Vehicle ...................... 290
Traction
Control System
  (TCS)/StabiliTrak Light ...... 107
Off Light ..................... 106
Traction Control/Electronic
Stability Control .............. 197
Trademarks and License
Agreements .................. 163
Transportation Program,
Courtesy ..................... 321
Trip Odometer .................. 99
Turn and Lane-Change
Signals ...................... 134
Turn Signal
Bulb Replacement ........... 251

U
Underhood Compartment
Fuse Block ................... 254
Underhood Compartment
Overview ..................... 240
Uniform Tire Quality Grading ... 276
Updates
Software ..................... 141

USB Port ...................... 145
Using This Manual ............... 2
Utility Interruption of
Charging ..................... 231

V
Vehicle
Alarm System ................. 22
Canadian Owners .............. 2
Control ...................... 175
Identification Number (VIN) ... 313
Load Limits .................. 180
Messages ................... 122
Personalization .............. 123
Security ..................... 22
Service Soon Light .......... 104
Speed Messages ............ 123
Starting and Stopping ........ 185
Towing ...................... 290
Vehicle Ahead Indicator ....... 106
Vehicle Care
Storing the Tire Sealant
  and Compressor Kit ........ 286
Tire Pressure ............... 266
Vehicle Data Recording and
Privacy ...................... 327
Vehicle Ready Light ........... 108
Ventilation, Air ............... 169

**MJN2638**

Visors .......................... 30
Voltage Devices and Wiring .... 252

**W**

Warning
  Brake System Light ........... 104
  Caution and Danger ............ 3
Warning Lights, Gauges, and
  Indicators ...................... 96
Warnings
  Hazard Flashers .............. 133
Washer Fluid ................... 242
Wheels
  Alignment and Tire Balance .. 278
  Different Size ................. 276
  Replacement ................. 278
When It Is Time for New
  Tires .......................... 274
When to Charge ............... 216
Where to Put the Restraint ...... 65
Windows ........................ 28
  Power .......................... 28
Windshield
  Replacement ................. 249
  Wiper/Washer .................. 89
Winter
  Driving ........................ 179
Winter Tires ................... 261

Wiper Blade Replacement ......247
Wipers
  Rear Washer ...................90
Wireless Charging .............. 93
Wiring, High Voltage Devices ...252

**MJN2639**

## ⚠ WARNING

Operating, servicing and maintaining a passenger vehicle or off-highway motor vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.



Certified Service



84406525 A

 

**MJN2640**

# Exhibit 30

MJN2641

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
MICHAEL BACKES and MARY BACKES

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
11/03/2022 at 07:00:16 PM
By: Xian-xii Bowie,
Deputy Clerk

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| MICHAEL BACKES and MARY BACKES, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; AND DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 22CV021148 <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

MJN2642

Plaintiffs alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiffs" shall refer to MICHAEL BACKES and MARY BACKES.

2. Plaintiffs are residents of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Alameda County, California.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about March 12, 2021, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2021 Chevrolet Bolt vehicle identification number 1G1FZ6S0XM4102302 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

PAGE 2

COMPLAINT; JURY TRIAL DEMANDED

MJN2643

purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiffs justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, electrical Defects; battery defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

**MJN2644**

17. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiffs are to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiffs are entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to 1794 et seq.

20. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

### TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiffs discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiffs hereby revokes acceptance of the Subject Vehicle yet again.

### FIRST CAUSE OF ACTION

### BY PLAINTIFFS AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiffs incorporates by reference the allegations contained in the paragraphs set forth above.

///

COMPLAINT; JURY TRIAL DEMANDED

MJN2645

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiffs seek civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<center>

**SECOND CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</center>

31. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN2646

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiffs do not so again. Accordingly, Plaintiffs seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**THIRD CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

</div>

36. Plaintiffs incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

PAGE 6

COMPLAINT; JURY TRIAL DEMANDED

</div>

MJN2647

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

COMPLAINT; JURY TRIAL DEMANDED

**MJN2648**

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## (Fraudulent Inducement - Concealment)

44. Plaintiffs hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiffs purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiffs the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiffs are informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiffs prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

COMPLAINT; JURY TRIAL DEMANDED

MJN2649

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

49. Plaintiffs are informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiffs are informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiffs prior to and at the time of sale and thereafter. Had Plaintiffs known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiffs alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiffs to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

   a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiffs acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///

///

COMPLAINT; JURY TRIAL DEMANDED

MJN2650

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffa leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiffs are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiffs known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, he would not have purchased the Vehicle.

55. Plaintiffs are reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiffs have suffered and will continue to suffer actual damages. Plaintiffs were harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiffs known the true facts about the Battery Defect. Furthermore, Plaintiffs unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFFS PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

COMPLAINT; JURY TRIAL DEMANDED

MJN2651

c.      For any consequential and incidental damages;

d.      For diminution in value;

e.      For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.      For prejudgment interest at the legal rate;

g.      For punitive damages;

h.      For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.      For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demands a jury trial on all causes of action asserted herein.

Dated: November 03, 2022          **STRATEGIC LEGAL PRACTICES, APC**

By  _____
TIONNA DOLIN
Attorneys for Plaintiffs
MICHAEL BACKES AND MARY BACKES

MJN2652

# Exhibit A

MJN2653



2021

# Limited Warranty and
# Owner Assistance Information

 chevrolet.com

MJN2654

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84988798 B Second Printing

**MJN2655**

# 2021 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to Owners... ........... 1
GM's Commitment ....................... 1
Owner Assistance ........................ 1
GM Participation in an Alternative Dispute
   Resolution Program .................... 1
Warranty Service– United States ......... 1

Warranty Coverage at a Glance ........... 2
New Vehicle Limited Warranty .......... 2
Emission Control System Warranty ...... 2

New Vehicle Limited Warranty ........... 4
What Is Covered ......................... 4
What Is Not Covered .................... 8
Electric and Hybrid Vehicle Warranty
   Coverage .............................. 11
Drive Motor Battery Coverage .......... 11

Things to Know About the New Vehicle
Limited Warranty ...................... 13
Warranty Repairs – Component
   Exchanges ............................ 13
Warranty Repairs – Recycled
   Materials .............................. 13
Tire Service ............................. 13

Aftermarket Engine Performance
   Enhancement Products and
   Modifications ......................... 13
After-Manufacture "Rustproofing" ....... 13
Paint, Trim, and Appearance Items ..... 14
Vehicle Operation and Care ............. 14
Maintenance and Warranty Service
   Records ............................... 14
Chemical Paint Spotting ................ 14
Warranty Coverage – Extensions ....... 14
Warranty Service — Foreign Countries .. 15
Permanent Relocation ................... 15
Original Equipment Alterations ......... 15
Recreation Vehicle and Special Body or
   Equipment Alterations ................ 15
Pre-Delivery Service ..................... 15
Production Changes ..................... 16
Noise Emissions Warranty for Light Duty
   Trucks Over 10,000 Lbs Gross Vehicle
   Weight Rating (GVWR) Only ........... 16

Emission Control Systems Warranty ...... 17
What Is Covered ........................ 17
How to Determine the Applicable
   Emissions Warranty ................... 17

Federal Emission Control System
   Warranty .............................. 17
California Emission Control System
   Warranty .............................. 18
Emission Warranty Parts List ............. 21
Replacement Parts ...................... 22
Maintenance and Repairs ............... 22
Claims Procedure ....................... 23
Customer Satisfaction Procedure ......... 25
State Warranty Enforcement Laws ....... 27
Warranty Information for
California Only ......................... 28
Special Coverage Adjustment Programs
Beyond the Warranty Period .......... 29
Customer Assistance Offices ............. 30
Customer Assistance for Text Telephone
(TTY) Users ............................ 31
Roadside Assistance Program ............ 32
Courtesy Transportation Program ........ 33
Chevrolet Protection ..................... 34
We're Behind You On All The Roads
   Ahead ................................ 34

# MJN2656

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *25*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *25* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *30*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN2657**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper Coverage (Includes Tires)

- Coverage for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain Coverage

- Coverage for the first 5 years or 60,000 miles, whichever comes first.

- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

#### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

#### Federal Emission Warranty Coverage

- For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles, whichever comes first for Emissions related parts

  - 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.

- For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 bs.

  - 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### California Emission Warranty Coverage

Vehicles eligible for California Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission related part listed in the booklet is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- 7 years or 70,000 miles whichever comes first for Emissions related parts

  - If any emission related part specially noted in this booklet as having coverage of 7 years or 70,000 miles is defective or if its failure causes your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

For Heavy duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 14,000 lbs.

- 5 years or 50,000 miles (Gasoline engines) or 5 years or 100,000 miles (Diesel Engines) whichever comes first for Emissions related parts

MJN2658

For a Transitional Zero Emission Vehicle (TZEV)

- 15 years or 150,000 miles, whichever comes first
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN2659**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the

**MJN2660**

emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 21

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**MJN2661**

### Tire Coverage

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**2021 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN2662**

**Tire Companies**

| Company | Website | Toll-Free Number |
|---------|---------|------------------|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery

**MJN2663**

will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**What Is Not Covered**

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard

damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

MJN2664

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 13.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

**MJN2665**

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings

- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

**MJN2666**

• Inconvenience

• Lodging, meals, or other travel costs

• Loss of vehicle use

• Payment for loss of time or pay

• State or local taxes required on warranty repairs

• Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or

consequential damages, so the above limitations or exclusions may not apply to you.

**Electric and Hybrid Vehicle Warranty Coverage**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited

Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**Drive Motor Battery Coverage**

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery

**MJN2667**

capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Hybrid Vehicles)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN2668**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *30*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission*, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

MJN2669

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

**MJN2670**

• Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer

**MJN2671**

facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN2672

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The Emissions related parts covered under Federal and California Warranty are listed under the *Emission Warranty Parts List* ⇨ 21.

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Emissions Warranty Coverage

- For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles, whichever comes first for Emissions related parts
  - 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.
- For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions-defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

#### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

**MJN2673**

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.
- The vehicle fails an EPA-approved I/M test during the emission warranty period.
- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *21* which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

**California Emissions Warranty Requirements**

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other states adopting California emission and warranty regulations.*
- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** *Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission related parts.

### Note
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**MJN2674**

**California Emission Defect and Emission Performance Warranty Coverage**

Vehicles eligible for California Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission related part listed in the booklet is is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- 7 years or 70,000 miles whichever comes first for Emissions related parts

  - If any emission related part specially noted in this booklet as having coverage of 7 years or 70,000 miles is defective or if its failure causes your vehicle to fail a Smog Check inspection,

GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

For Heavy duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 14,000 lbs.

- 5 years or 50,000 miles (Gasoline engines) or 5 years or 100,000 miles (Diesel Engines) whichever comes first for Emissions related parts

For a Transitional Zero Emission Vehicle (TZEV)

- 15 years or 150,000 miles, whichever comes first

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first

placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions-related.

**MJN2675**

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN2676

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *17* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

- Diagnostic Emissions Critical - Electronic Control Units (8/80)
- Engine Control Module (8/80)
- Transmission Control Module (8/80)
- Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
Supercharger Assembly*

Throttle Body

Turbocharger System
Turbocharger Assembly*
Turbocharger Oil Feed Pipe (Diesel)*
Turbocharger Exhaust Pipe (Diesel)*
Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
Turbocharger Vane Position Sensor*
Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

MJN2677

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement

purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**Maintenance and Repairs**

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably

MJN2678

available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable

time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 25.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency Office of Transportation and Air Quality Compliance Division, Light-Duty Vehicle Group Attn: Warranty Complaints 2000 Traverwood Drive Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

**MJN2679**

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2680**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
BBB National Programs, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

**MJN2681**

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN2682**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *30*.

**MJN2683**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2684**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2685**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

**MJN2686**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN2687**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN2688

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN2689**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by

AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN2690**

✎ **NOTES**

**MJN2691**

✏ **NOTES**

MJN2692





Certified Service



84988798 B



**MJN2693**

# Exhibit 31

MJN2694

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
BLANCA AVILES

Electronically
**FILED**
by Superior Court of California, County of San Mateo
ON 12/30/2022
By /s/ Jennifer Torres
Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF SAN MATEO**

BLANCA AVILES,

      Plaintiff,

    vs.

GENERAL MOTORS, LLC.; AND DOES
1 through 10, inclusive,

      Defendants.

Case No.: 22-CIV-05500

Hon.
Dept.

**COMPLAINT FOR VIOLATION OF
STATUTORY OBLIGATIONS**

JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

COMPLAINT; JURY TRIAL DEMANDED

MJN2695

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to BLANCA AVILES.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in San Mateo County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about August 15, 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt vehicle identification number 1G1FW6S08K4143808 (hereafter "Vehicle"), which was manufactured and or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

///

PAGE 2

COMPLAINT; JURY TRIAL DEMANDED

**MJN2696**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, ev battery defects; electrical defects; transmission defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN2697

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims- the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

///

PAGE 4

COMPLAINT; JURY TRIAL DEMANDED

MJN2698

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN2699

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

</div>

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

MJN2700

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## CODE, § 1791.1; § 1794; § 1795.5)

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

COMPLAINT; JURY TRIAL DEMANDED

MJN2701

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

<div align="center">

PAGE 8

COMPLAINT; JURY TRIAL DEMANDED

</div>

MJN2702

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///

///

///

COMPLAINT; JURY TRIAL DEMANDED

MJN2703

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

COMPLAINT; JURY TRIAL DEMANDED

MJN2704

c.    For any consequential and incidental damages;

d.    For diminution in value;

e.    For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.    For prejudgment interest at the legal rate;

g.    For punitive damages;

h.    For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.    For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: December 22, 2022                    **STRATEGIC LEGAL PRACTICES, APC**

By _____
       TIONNA DOLIN
       Attorneys for Plaintiff
       BLANCA AVILES

MJN2705

# Exhibit A

MJN2706



2019

Limited Warranty and
Owner Assistance Information

chevrolet.com

**MJN2707**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

Owner's Name:

Phone Number:

Street Address:

City & State:

Vehicle Identification Number (VIN):

Date Vehicle First Delivered or Put In Use:

Odometer Reading on Date Vehicle First Delivered or Put In Use:

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

**MJN2708**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ......................... 1

**Warranty Coverage at a Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Bolt EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15

Warranty Repairs – Recycled Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ........................ 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries .................... 17
Permanent Relocation ......... 17
Original Equipment Alterations .................... 18
Recreation Vehicle and Special Body or Equipment Alterations .................... 18
Pre-Delivery Service ........... 18

Production Changes ........... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 27
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** ..................... 30

**State Warranty Enforcement Laws** ........... 32

**MJN2709**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** .......... 39
  We're Behind You On All The Roads Ahead ............... 39

**MJN2710**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure ⇨ 30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure ⇨ 30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices ⇨ 35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN2711**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 20 for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN2712**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 20.

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN2713**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN2714**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

**Important:** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *24*

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

# MJN2715

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN2716**

**2019 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN2717**

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN2718**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

**MJN2719**

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**MJN2720**

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

**MJN2721**

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

**MJN2722**

- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in

this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

**MJN2723**

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN2724**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN2725**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN2726**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

**MJN2727**

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN2728**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN2729**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

MJN2730

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN2731**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

● For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

● For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

● For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN2732**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2733**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

### Powertrain Control System

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

### Ignition System

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN2734**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN2735**

## 26    Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **

**MJN2736**

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure
Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan,
relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter
Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with
Above Components and Certain
Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only
2 yr/24,000 mile Federal Emission
Defect Warranty)

Parts specified in your maintenance
schedule that require scheduled
replacement are covered up to their
first replacement interval or the
applicable emission warranty
coverage period, whichever comes
first. If failure of one of these parts

results in failure of another part,
both will be covered under the
Emission Control System Warranty.

For detailed information concerning
specific parts covered by these
emission control system warranties,
ask your dealer.

### Replacement Parts

The emission control systems of
your vehicle were designed, built,
and tested using genuine GM parts*
and the vehicle is certified as being
in conformity with applicable federal
and California emission
requirements. **Accordingly, it is
recommended that any
replacement parts used for
maintenance or for the repair of
emission control systems be new,
genuine GM parts.**

The warranty obligations are not
dependent upon the use of any
particular brand of replacement
parts. The owner may elect to use
non-genuine GM parts for
replacement purposes. Use of
replacement parts which are not of

**MJN2737**

## 28 Emission Warranty Parts List

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**MJN2738**

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2739**

## 30 Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN2740**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN2741**

## 32 State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ 35.

**MJN2742**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2743**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2744**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN2745**

## 36 Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN2746**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN2747**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN2748**

## We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN2749**

40

## ✎ NOTES

**MJN2750**

# ✎ NOTES

MJN2751

42

## ✍ NOTES

**MJN2752**

## ✍ NOTES

**MJN2753**

# ✍ NOTES





U.S. Only


23295643 C



**MJN2755**

# Exhibit 32

MJN2756

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
VAIBHAV BHEDA

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
02/22/2023 at 06:18:11 AM
By: Xian-xii Bowie,
Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

| | |
|---|---|
| VAIBHAV BHEDA, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; AND DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 23CV028275 <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

PAGE 1

COMPLAINT; JURY TRIAL DEMANDED

MJN2757

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to VAIBHAV BHEDA.

2. Plaintiff is a resident of Alameda County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Alameda County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about August 06, 2019, Plaintiff entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt Ev vehicle identification number 1G1FW6S02K4142184 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

///

PAGE 2

COMPLAINT; JURY TRIAL DEMANDED

MJN2758

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, ev battery defects; electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or de minimis.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN2759

17.     Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18.     Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19.     Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq.

20.     Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21.     Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

### TOLLING OF THE STATUTES OF LIMITATION

22.     To the extent there are any statutes of limitation applicable to any of Plaintiff's claims- the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23.     Plaintiff discovered Defendants' wrongful conduct alleged herein on or about February 26, 2021, when he requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24.     By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

### FIRST CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

///

COMPLAINT; JURY TRIAL DEMANDED

MJN2760

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN2761

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

MJN2762

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

<div align="center">

PAGE 7

COMPLAINT; JURY TRIAL DEMANDED

</div>

MJN2763

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

**MJN2764**

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///
///

PAGE 9
COMPLAINT; JURY TRIAL DEMANDED

MJN2765

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

///

///

///

///

COMPLAINT; JURY TRIAL DEMANDED

MJN2766

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a.  For general, special and Plaintiff's actual damages according to proof;

b.  For restitution;

c.  For any consequential and incidental damages;

d.  For diminution in value;

e.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.  For prejudgment interest at the legal rate;

g.  For punitive damages;

h.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.  For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: February 07, 2023                    **STRATEGIC LEGAL PRACTICES, APC**

By _____
TIONNA DOLIN
Attorneys for Plaintiff
VAIBHAV BHEDA

PAGE 11

COMPLAINT; JURY TRIAL DEMANDED

MJN2767

# Exhibit A

MJN2768



# ELECTRIC HYBRID WARRANTY

## Chevrolet Volt, Bolt EV and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for Each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

## The Voltec Warranty

In addition to the Bumper-to-Bumper Coverage, General Motors will warrant certain Voltec components for each Chevrolet Volt (hereafter referred to as Voltec) for 8 years or 100,000 miles, whichever comes first from the original in-service date of the vehicle, against warrantable repairs to the specific Voltec components of the vehicle. For complete details, refer to your Warranty and Owner Assistance Information booklet.

For Chevrolet Volt owners requiring more comprehensive coverage than that provided under this Voltec warranty, a GM Protection Plan may be available. See your Chevrolet dealer for more details.

In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferrable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160,000 kilometers) term. No deductibles are associated with this warranty.

# WHAT IS COVERED

This limited warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160,000 kilometers) term for the following:

Other Voltec Components

Other components covered by the Voltec warranty include: high-voltage wiring, Voltec control modules, e-compressor, Traction Power Inverter Module (TPIM), Accessory Power Module (APM) and Voltec on-board charger.

Brakes

In addition to the coverages above, the brake modulator assembly is also covered by the 8-year/100,000-mile Voltec warranty.

Electric Hybrid/Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

Towing

During the 8-year /100,000-mile Voltec warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Voltec-specific defect. Contact the Chevrolet Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain, and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

# DRIVE MOTOR BATTERY COVERAGE

Propulsion Battery Limited Warranty Policy (Chevrolet Volt and Bolt EV)

High Voltage Wiring, Hybrid Powertrain, and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

Hybrid Battery (Malibu Hybrid)

Content Under Heading: Battery and Internal Components, Modules, and Fan.

Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that original battery at the time of the warranty repair. Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operations appropriate to its age and mileage.

# WHAT IS NOT COVERED

In addition to what is not covered by the New-Vehicle Limited Warranty, there are a few additional items that are not covered by the Hybrid warranty, including wear-items such as brake linings or regular maintenance. For complete details, refer to your Warranty and Owner Assistance Information booklet.

Plans referenced in this offer are not contracts of insurance; they are vehicle service contracts (except in AK, CA and NJ, where the plans are sold as mechanical breakdown insurance; which is not the same as bodily injury/property damage liability automobile insurance that may be required by your state). Information provided in this offer is for illustration/summary purposes only. Terms and conditions apply; be sure to read the Schedule of Coverages, Provisions and Exclusions sections of the vehicle service contract so you fully understand what coverage you and your vehicle are eligible for. If you have any questions regarding the terms and conditions of the plan, please contact the Administrator by writing to PO Box 927, Bedford, TX 76095.

Vehicle service contract coverage is provided and administered by AMT Warranty Corp. (except in Florida, the vehicle service contract obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). These plans are marketed by an AMT Warranty Corp. subsidiary. AMT Warranty Corp. and Wesco Insurance Company are not affiliated with any manufacturer or dealership.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Rd. Suite 100, Boca Raton, Florida 33431 (except as otherwise noted for your state in the terms and conditions).

**MJN2771**

# Exhibit 33

MJN2772

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
ANDREW S LOVE

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
04/26/2023 at 08:20:27 PM
By: Darmekia Oliver,
Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

ANDREW S LOVE,

        Plaintiff,

    vs.

GENERAL MOTORS, LLC.; AND DOES
1 through 10, inclusive,

        Defendants.

Case No.: 23CV031956

Hon.
Dept.

**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**

JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

COMPLAINT; JURY TRIAL DEMANDED

MJN2773

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to ANDREW S LOVE.

2. Plaintiff is a resident of Alameda County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Alameda County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about May 25, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt vehicle identification number 1G1FY6S0XL4116248 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

///

PAGE 2

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

MJN2774

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, ev battery defects; electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN2775

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

### TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiffs discovered Defendant's wrongful conduct alleged herein shortly before the filing of the complaint, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful attempts to repair them. However, GM failed to provide restitution pursuant to the Song – Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

### FIRST CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

///

COMPLAINT; JURY TRIAL DEMANDED

MJN2776

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN2777

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is de minimis.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

MJN2778

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

<div align="center">

PAGE 7

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

MJN2779

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

### (Fraudulent Inducement - Concealment)

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

MJN2780

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///

///

COMPLAINT; JURY TRIAL DEMANDED

MJN2781

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

///

///

///

///

COMPLAINT; JURY TRIAL DEMANDED

**MJN2782**

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a.  For general, special and Plaintiff's actual damages according to proof;

b.  For restitution;

c.  For any consequential and incidental damages;

d.  For diminution in value;

e.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.  For prejudgment interest at the legal rate;

g.  For punitive damages;

h.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.  For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 25, 2023

**STRATEGIC LEGAL PRACTICES, APC**

By _____
TIONNA DOLIN
Attorneys for Plaintiff
ANDREW S LOVE

PAGE 11

COMPLAINT; JURY TRIAL DEMANDED

MJN2783

# Exhibit A

MJN2784



# ELECTRIC HYBRID WARRANTY

## Chevrolet Volt, Bolt EV and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for Each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

## The Voltec Warranty

In addition to the Bumper-to-Bumper Coverage, General Motors will warrant certain Voltec components for each Chevrolet Volt (hereafter referred to as Voltec) for 8 years or 100,000 miles, whichever comes first from the original in-service date of the vehicle, against warrantable repairs to the specific Voltec components of the vehicle. For complete details, refer to your Warranty and Owner Assistance Information booklet.

For Chevrolet Volt owners requiring more comprehensive coverage than that provided under this Voltec warranty, a GM Protection Plan may be available. See your Chevrolet dealer for more details.

In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferrable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160,000 kilometers) term. No deductibles are associated with this warranty.

# WHAT IS COVERED

This limited warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160,000 kilometers) term for the following:

Other Voltec Components

Other components covered by the Voltec warranty include: high-voltage wiring, Voltec control modules, e-compressor, Traction Power Inverter Module (TPIM), Accessory Power Module (APM) and Voltec on-board charger.

Brakes

In addition to the coverages above, the brake modulator assembly is also covered by the 8-year/100,000-mile Voltec warranty.

Electric Hybrid/Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

Towing

During the 8-year /100,000-mile Voltec warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Voltec-specific defect. Contact the Chevrolet Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain, and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

# DRIVE MOTOR BATTERY COVERAGE

## Propulsion Battery Limited Warranty Policy (Chevrolet Volt and Bolt EV)

High Voltage Wiring, Hybrid Powertrain, and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

```
Hybrid Battery (Malibu Hybrid)
```

Content Under Heading: Battery and Internal Components, Modules, and Fan.

```
Repair (If Necessary)
```

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that original battery at the time of the warranty repair. Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operations appropriate to its age and mileage.

# WHAT IS NOT COVERED

In addition to what is not covered by the New-Vehicle Limited Warranty, there are a few additional items that are not covered by the Hybrid warranty, including wear-items such as brake linings or regular maintenance. For complete details, refer to your Warranty and Owner Assistance Information booklet.

Plans referenced in this offer are not contracts of insurance; they are vehicle service contracts (except in AK, CA and NJ, where the plans are sold as mechanical breakdown insurance; which is not the same as bodily injury/property damage liability automobile insurance that may be required by your state). Information provided in this offer is for illustration/summary purposes only. Terms and conditions apply; be sure to read the Schedule of Coverages, Provisions and Exclusions sections of the vehicle service contract so you fully understand what coverage you and your vehicle are eligible for. If you have any questions regarding the terms and conditions of the plan, please contact the Administrator by writing to PO Box 927, Bedford, TX 76095.

Vehicle service contract coverage is provided and administered by AMT Warranty Corp. (except in Florida, the vehicle service contract obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). These plans are marketed by an AMT Warranty Corp. subsidiary. AMT Warranty Corp. and Wesco Insurance Company are not affiliated with any manufacturer or dealership.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Rd. Suite 100, Boca Raton, Florida 33431 (except as otherwise noted for your state in the terms and conditions).

**MJN2787**

# Exhibit 34

MJN2788

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
GRIGOR GOLAMIRIANS

Electronically FILED by
Superior Court of California,
County of Los Angeles
4/12/2023 3:48 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By E. Madrid, Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| GRIGOR GOLAMIRIANS, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; AND DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: **23GDCV00744** <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

MJN2789

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to GRIGOR GOLAMIRIANS.

2. Plaintiff is a resident of Los Angeles County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about September 04, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt vehicle identification number 1G1FY6S02L4132041 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

COMPLAINT; JURY TRIAL DEMANDED

MJN2790

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or *de minimis.*

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

**MJN2791**

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims- the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiffs discovered Defendant's wrongful conduct alleged herein shortly before the filing of the complaint, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful attempts to repair them. However, GM failed to provide restitution pursuant to the Song – Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

///

PAGE 4

COMPLAINT; JURY TRIAL DEMANDED

MJN2792

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

COMPLAINT; JURY TRIAL DEMANDED

MJN2793

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

MJN2794

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained,

///

MJN2795

packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN2796**

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

> a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

///
///

COMPLAINT; JURY TRIAL DEMANDED

MJN2797

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, he would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

MJN2798

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

c.  For any consequential and incidental damages;

d.  For diminution in value;

e.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.  For prejudgment interest at the legal rate;

g.  For punitive damages;

h.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.  For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 11, 2023                    **STRATEGIC LEGAL PRACTICES, APC**

By _____
TIONNA DOLIN
Attorneys for Plaintiff
GRIGOR GOLAMIRIANS

MJN2799

# Exhibit A

MJN2800



# ELECTRIC HYBRID WARRANTY

## Chevrolet Volt, Bolt EV and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for Each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

## The Voltec Warranty

In addition to the Bumper-to-Bumper Coverage, General Motors will warrant certain Voltec components for each Chevrolet Volt (hereafter referred to as Voltec) for 8 years or 100,000 miles, whichever comes first from the original in-service date of the vehicle, against warrantable repairs to the specific Voltec components of the vehicle. For complete details, refer to your Warranty and Owner Assistance Information booklet.

For Chevrolet Volt owners requiring more comprehensive coverage than that provided under this Voltec warranty, a GM Protection Plan may be available. See your Chevrolet dealer for more details.

In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferrable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160,000 kilometers) term. No deductibles are associated with this warranty.

# WHAT IS COVERED

This limited warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160,000 kilometers) term for the following:

Other Voltec Components

Other components covered by the Voltec warranty include: high-voltage wiring, Voltec control modules, e-compressor, Traction Power Inverter Module (TPIM), Accessory Power Module (APM) and Voltec on-board charger.

Brakes

In addition to the coverages above, the brake modulator assembly is also covered by the 8-year/100,000-mile Voltec warranty.

Electric Hybrid/Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

Towing

During the 8-year /100,000-mile Voltec warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Voltec-specific defect. Contact the Chevrolet Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain, and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

# DRIVE MOTOR BATTERY COVERAGE

## Propulsion Battery Limited Warranty Policy (Chevrolet Volt and Bolt EV)

High Voltage Wiring, Hybrid Powertrain, and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

Hybrid Battery (Malibu Hybrid)

Content Under Heading: Battery and Internal Components, Modules, and Fan.

Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that original battery at the time of the warranty repair. Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operations appropriate to its age and mileage.

# WHAT IS NOT COVERED

In addition to what is not covered by the New-Vehicle Limited Warranty, there are a few additional items that are not covered by the Hybrid warranty, including wear-items such as brake linings or regular maintenance. For complete details, refer to your Warranty and Owner Assistance Information booklet.

Plans referenced in this offer are not contracts of insurance; they are vehicle service contracts (except in AK, CA and NJ, where the plans are sold as mechanical breakdown insurance; which is not the same as bodily injury/property damage liability automobile insurance that may be required by your state). Information provided in this offer is for illustration/summary purposes only. Terms and conditions apply; be sure to read the Schedule of Coverages, Provisions and Exclusions sections of the vehicle service contract so you fully understand what coverage you and your vehicle are eligible for. If you have any questions regarding the terms and conditions of the plan, please contact the Administrator by writing to PO Box 927, Bedford, TX 76095.

Vehicle service contract coverage is provided and administered by AMT Warranty Corp. (except in Florida, the vehicle service contract obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). These plans are marketed by an AMT Warranty Corp. subsidiary. AMT Warranty Corp. and Wesco Insurance Company are not affiliated with any manufacturer or dealership.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Rd. Suite 100, Boca Raton, Florida 33431 (except as otherwise noted for your state in the terms and conditions).

# Exhibit 35

MJN2804

Tionna Dolin (SBN 299010)
e-mail: tdolin@slpattorney.com
(emailservices@slpattorney.com)
Sanam Vaziri (SBN 177384)
e-mail: svaziri@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
CARL KONCZ

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| CARL KONCZ, | Case No.: 30-2023-01322248-CU-BC-WJC |
| Plaintiff, | **Assigned for All Purposes** |
| vs. | Hon. Judge Nathan Scott |
| | Dept. |
| GENERAL MOTORS, LLC.; AND DOES 1 through 10, inclusive, | **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** |
| Defendants. | JURY TRIAL DEMANDED |

**PAGE 1**

COMPLAINT; JURY TRIAL DEMANDED

MJN2805

Plaintiff alleges as follows:

<center>**PARTIES**</center>

1. As used in this Complaint, the word "Plaintiff" shall refer to CARL KONCZ.

2. Plaintiff is a resident of Orange County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Orange County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

<center>**FACTUAL BACKGROUND**</center>

6. On or about May 09, 2017, Plaintiff entered into a warranty contract with Defendant GM regarding a 2017 Chevrolet Bolt vehicle identification number 1G1FW6S0XH4139249 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

<center>COMPLAINT; JURY TRIAL DEMANDED</center>

<div align="right">**MJN2806**</div>

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, ev battery defects; engine defects; brake system defects; electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN2807

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

### Some Portions of the Subject Vehicle's Repair History

22. On or about October 18, 2017, with approximately 6,704 miles on the odometer, Plaintiff presented the Subject Vehicle to Defendant's authorized repair facility with various concerns, including battery and engine concerns. The Subject Vehicle remained at the authorized repair facility for 31 days for the performance of warranty repairs, after which the authorized repair facility represented to the Plaintiffs that the Subject Vehicle had been repaired.

23. On or about November 27, 2017, with approximately 7,053 miles on the odometer, Plaintiff presented the Subject Vehicle to Defendant's authorized repair facility with various concerns, including battery, electrical and engine concerns. After inspection, the authorized repair facility concluded that no repairs were needed.

24. On or about March 20, 20218, with approximately 10,890 miles on the odometer, Plaintiffs presented the Subject Vehicle to Defendant's authorized repair facility with various concerns, including battery, electrical and engine concerns. The authorized repair facility performed warranty repairs and represented to the Plaintiff that the Subject Vehicle had been repaired.

COMPLAINT; JURY TRIAL DEMANDED

MJN2808

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

25. On or about June 2, 2021, with approximately 38,326 miles on the odometer, Plaintiff presented the Subject Vehicle to Defendant's authorized repair facility with various concerns, including battery concerns. The authorized repair facility performed warranty repairs and represented to the Plaintiff that the Subject Vehicle had been repaired.

26. On or about October 19, 2022, with approximately 46,432 miles on the odometer, Plaintiff presented the Subject Vehicle to Defendant's authorized repair facility with various concerns, including battery concerns. The authorized repair facility performed warranty repairs and represented to the Plaintiff that the Subject Vehicle had been repaired.

27. Thereafter, Plaintiff continued to experience symptoms of the defects despite Defendant's representation that the various defects were repaired.

28. Plaintiff had no way of uncovering Defendant's deception with respect to the defects given that Defendant performed various diagnostics and/or undertook repairs and claimed that nothing was wrong with the Subject Vehicle or that the Vehicle had been repaired.

29. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this Complaint as the Subject Vehicle continued to exhibit symptoms of defects following Defendant's unsuccessful attempts to repair them. However, Defendant failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**TOLLING OF THE STATUTES OF LIMITATION**

30. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via

MJN2809

the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

31.     Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before the filing of the complaint, as the Vehicle continued to exhibit symptoms of defects following Defendant GM's unsuccessful attempts to repair them. However, Defendant GM failed to provide restitution pursuant to the Song – Beverly Consumer Warranty Act.

### A.     Class Action Tolling

32.     Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved.   In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988).  Tolling lasts from the day a class claim is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles*, 237 Cal. App. 4th 1454, 1464 (2015).

33.     The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

### B.  Discovery Rule Tolling

34.     Plaintiff had no way of knowing about Defendant's deception with respect to the defects until the defect manifested itself and Defendant was unable to repair it after a reasonable number of

COMPLAINT; JURY TRIAL DEMANDED

MJN2810

repair attempts.

35. Within the time period of any applicable statutes of limitation, Plaintiff could not have discovered through the exercise of reasonable diligence that Defendant were concealing the Defect and conduct complained of herein and concealing the companies' true position with respect to the defects.

36. Defendant was under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Vehicles suffering from the defects, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

37. Plaintiff did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defects in Defendant's Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiff shortly prior to the filing of this Complaint.

38. Making it even more difficult to discover that the Subject Vehicle suffered from a safety defect was Defendant's issuance of various TSBs and Recalls purporting to be able to fix the symptoms of the defects and/or that such symptoms were not the result of a defect.

## C. The Repair Doctrine

39. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

40. Additionally, the limitations period for warranty claims is tolled against a defendant whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

COMPLAINT; JURY TRIAL DEMANDED

MJN2811

41. Here, Defendant (and its dealership) undertook to perform various repairs and issued various repair measures. During the time in which Defendant represented to Plaintiff that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

42. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein..[4]

43. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains to all affected vehicles as set forth herein.

44. Furthermore, Defendant's fraudulent concealment was ongoing. Defendant blamed the symptoms of the defects on other issues and not the actual defect itself and purported to be able to repair.

45. Based on the foregoing, Defendant is estopped from relying on any statutes of limitation in defense of this action.

46. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

---

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

COMPLAINT; JURY TRIAL DEMANDED

MJN2812

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

47. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

48. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

49. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

50. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

51. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

52. Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

COMPLAINT; JURY TRIAL DEMANDED

**MJN2813**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

53. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

54. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

55. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

56. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis.*

57. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

MJN2814

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

## THIRD CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

58.     Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

59.     In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period.  Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

60.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## CODE, § 1791.1; § 1794; § 1795.5)

61.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

62.     Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability.  Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

COMPLAINT; JURY TRIAL DEMANDED

MJN2815

63. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

64. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

65. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<center>

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</center>

66. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

67. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

68. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

69. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the

<div style="text-align:center">

PAGE 12

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN2816**

subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

70. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

71. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

72. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

73. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

COMPLAINT; JURY TRIAL DEMANDED

**MJN2817**

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

74. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

75. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

76. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, he would not have purchased the Vehicle.

77. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

COMPLAINT; JURY TRIAL DEMANDED

MJN2818

78. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

79. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

    a.    For general, special and Plaintiff's actual damages according to proof;

    b.    For restitution;

    c.    For any consequential and incidental damages;

    d.    For diminution in value;

    e.    For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f.    For prejudgment interest at the legal rate;

    g.    For punitive damages;

    h.    For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

    i.    For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: April 21, 2023        **STRATEGIC LEGAL PRACTICES, APC**

By                         
                      TIONNA DOLIN
                      Attorneys for Plaintiff
                      CARL KONCZ

STRATEGIC LEGAL PRACTICES

A PROFESSIONAL CORPORATION

PAGE 15

COMPLAINT; JURY TRIAL DEMANDED

MJN2819

# Exhibit A

MJN2820



2017

Chevrolet Limited Warranty and
Owner Assistance Information

chevrolet.com

**MJN2821**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

Owner's Name:

Phone Number:

Street Address:

City & State:

Vehicle Identification Number (VIN):

Date Vehicle First Delivered or Put In Use:

Odometer Reading on Date Vehicle First Delivered or Put In Use:

© 2016 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23452969 B Second Printing

**MJN2822**

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States, Canada, and Mexico ........... 1

**Warranty Coverage at a Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Spark EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14
What Is Not Covered .......... 14
Chevrolet Silverado eAssist® Coverage .................... 15

**Things to Know About the New Vehicle Limited Warranty** .... 16
Warranty Repairs – Component Exchanges ................... 16
Warranty Repairs – Recycled Materials ..................... 16
Tire Service .................... 16
Aftermarket Engine Performance Enhancement Products and Modifications ... 16
After-Manufacture "Rustproofing" ................ 17
Paint, Trim, and Appearance Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty Service Records ............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage – Extensions ................... 18
Warranty Service — Foreign Countries .................... 18
Permanent Relocation ......... 18
Original Equipment Alterations .................... 19

Recreation Vehicle and Special Body or Equipment Alterations ................... 19
Pre-Delivery Service ........... 19
Production Changes ........... 20
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only ......... 20

**Emission Control Systems Warranty** ..................... 21
What Is Covered ............... 21
How to Determine the Applicable Emissions Control System Warranty ............. 21
Federal Emission Control System Warranty ............. 21
California Emission Control System Warranty ............. 22

**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure .............. 29

**MJN2823**

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction Procedure** .................... 31

**State Warranty Enforcement Laws** ........... 33

**Warranty Information for California Only** .............. 34

**Special Coverage Adjustment Programs Beyond the Warranty Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text Telephone (TTY) Users** ....... 37

**Roadside Assistance Program** ..................... 38

**Courtesy Transportation Program** ..................... 39

**MJN2824**

**GM's Commitment**

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

**Owner Assistance**

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or

workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

**GM Participation in an Alternative Dispute Resolution Program**

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

**Warranty Service– United States, Canada, and Mexico**

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be

made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN2825**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *21* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN2826**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.
- 6.6L Duramax Turbo-Diesel Engines
  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 21.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN2827**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 66L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service

**MJN2828**

replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

***Important:*** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *25*

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and

**MJN2829**

universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

### Tire Coverage

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN2830**

**2017 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN2831**

## 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN2832**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and

**MJN2833**

breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint

**MJN2834**

Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *16*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel,

operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a

result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use

**MJN2835**

## 12 New Vehicle Limited Warranty

of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a**

**MJN2836**

**particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Spark EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Company will warrant certain components for Chevrolet Volt, Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Spark EV, and Malibu Hybrid vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this

Chevrolet Volt, Spark EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160 000 kilometers) term for the following:

**Towing**

During the 8 year or 8 years or 100,000 miles (160 000 kilometers) Hybrid warranty period, towing is

**MJN2837**

covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Spark EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Spark EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control

Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty does not cover the following items:

**Wear Items**

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty.

**MJN2838**

**Chevrolet Silverado eAssist® Coverage**

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100.000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty and Owner Assistance booklet, General Motors of Canada Company will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

**MJN2839**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN2840**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN2841**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under

**MJN2842**

the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

**Important:** Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the

warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the

disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the

**MJN2843**

dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN2844**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to

**MJN2845**

conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List ⇨ 25*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle

Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

***Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Partial Zero Emission Vehicles (PZEV) have extended coverage on all emission-related parts.

**MJN2846**

**Important:** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Vermont have PZEV Emission Warranty Coverage. (Oregon has PZEV Hybrid battery 10 years/150,000 mile coverage only).

### Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

### California Emission Defect and Emission Performance Warranty Coverage

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be defective, GM will repair or replace it under the Federal Emission Control System Warranty.

**MJN2847**

- For 15 years or 150,000 miles, whichever comes first for a Partial Zero Emission Vehicle (PZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your (PZEV) Emission Control System Defects Warranty.

* PZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. Spark EV call 855-4-SPARK-INFO (855-477-2754 For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2848**

The emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *21* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California PZEV (NU6) vehicles registered in a PZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Coolant Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Control Module (VCM) **

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

**MJN2849**

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Electronic Transmission Range Selector**

Chassis Control Module (CHCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Temperature and Pressure Sensors

Diesel Exhaust (DPF) Indirect Fuel Injector

Diesel Exhaust Emission Reduction Fluid Injector

Diesel Exhaust Emission Reduction Fluid Tank

Diesel Exhaust NOx Sensors

Diesel Particulate Filter (DPF) *

Diesel Particulate Matter Sensor

Exhaust Manifold

Exhaust Manifold Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**MJN2850**

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperatuer Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

DC Voltage Bidirectional Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM Hood Switch

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Temperature Sensors
Battery Coolant Pump
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **
Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**MJN2851**

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**MJN2852**

## Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

**MJN2853**

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *31*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2854**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Spark EV call 855-4-SPARK-INFO (855-477-2754). For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN2855**

## 32 Customer Satisfaction Procedure

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN2856**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36.*

**MJN2857**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2858**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2859**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Spark EV 855-4-SPARK-INFO (855-477-2754).
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Spark EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN2860**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN2861**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Spark EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN2862**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN2863**

# Exhibit 36

MJN2864

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
(emailservices@slpattorney.com)
Email: svaziri@slpattorney.com
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
NANCY C RIESER

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SACRAMENTO

| | |
|---|---|
| NANCY C RIESER, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 24CV004066 <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

MJN2865

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff NANCY C RIESER.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Sacramento County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about January 22, 2017, Plaintiff entered into a warranty contract with Defendant GM regarding a 2017 Chevrolet Bolt Ev, vehicle identification number 1G1FW6S05H4136386 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for

**MJN2866**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects, among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC*, 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19ᵀᴴ FLOOR, LOS ANGELES, CA 90067

**MJN2867**

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

20. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

21. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00.

22. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

<center>

**TOLLING OF THE STATUTES OF LIMITATION**

</center>

23. To the extent there are any statutes of limitation applicable to Plaintiff claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

24. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**A. Class Action Tolling**

25. Under the tolling rule articulated in Am. Pipe & Const. Co. v. Utah, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying American Pipe tolling to California

<center>3</center>

<center>**COMPLAINT; JURY TRIAL DEMANDED**</center>

<div align="right">

**MJN2868**

</div>

Strategic Legal Practices, APC
1888 Century Park East, 19th Floor, Los Angeles, CA 90067

cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. Jolly v. Eli Lilly & Co., 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim is asserted until the day the suit is conclusively not a class action. Falk v. Children's Hosp. Los Angeles, 237 Cal. App. 4th 1454, 1464 (2015).

26. The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B.      Discovery Rule Tolling**

27. Plaintiff had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

28. Within the time period of any applicable statutes of limitation, Plaintiff could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

29. Defendant was under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

30. Plaintiff did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiff shortly prior to the filing of this Complaint.

**C.      The Repair Doctrine**

31. The statute of limitations is tolled by various unsuccessful attempts to repair the

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN2869**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

vehicle.[2]

32. Additionally, the limitations period for warranty claims is tolled against a defendant whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

33. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiff that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

34. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

35. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains.

36. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

<div align="center">

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

</div>

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

<div align="center">

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

**MJN2870**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

37. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

38. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

39. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

40. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

41. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

42. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

MJN2871

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

43.   Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

44.   Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).  Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

45.   Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

46.   Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase.  By serving this Complaint, Plaintiff does so again.  Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price.  In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects.  Plaintiff believes that, at the present time, the Vehicle's value is *de minimis.*

47.   Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

48.   Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN2872**

49. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

50. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; § 1795.5)**

</div>

51. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

52. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

53. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN2873**

the promises or affirmations of fact made on the container or label.

54. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

55. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

56. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

57. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

58. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

59. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

60. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or

<div align="center">

9

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

Strategic Legal Practices, APC

1888 Century Park East, 19th Floor, Los Angeles, CA 90067

**MJN2874**

spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

61. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

62. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

63. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

64. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate

COMPLAINT; JURY TRIAL DEMANDED

MJN2875

warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

65. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

66. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

67. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

68. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

69. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN2876**

injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

    a. For general, special and actual damages according to proof;

    b. For restitution;

    c. For any consequential and incidental damages;

    d. For diminution in value;

    e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f. For prejudgment interest at the legal rate;

    g. For punitive damages;

    h. For costs of the suit and Plaintiff's reasonable attorney's fees pursuant to Civil Code section 1794, subdivision (d) and (e);

    i. For such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: March 1, 2024                  STRATEGIC LEGAL PRACTICES, APC

BY: _____
          TIONNA CARVALHO
          Attorneys for Plaintiff
          NANCY C RIESER

STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor, Los Angeles, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

MJN2877

# Exhibit A

MJN2878



2017

Chevrolet  Limited Warranty and
Owner Assistance Information

chevrolet.com

**MJN2879**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2016 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23452969 B Second Printing

**MJN2880**

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to**
**Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
   Dispute Resolution Program ... 1
Warranty Service– United States,
   Canada, and Mexico ........... 1

**Warranty Coverage at a**
**Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System
   Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Spark EV, and
   Malibu Hybrid ................ 13
Drive Motor Battery
   Coverage .................... 14
What Is Not Covered .......... 14
Chevrolet Silverado eAssist®
   Coverage .................... 15

**Things to Know About the New**
**Vehicle Limited Warranty** .... 16
Warranty Repairs – Component
   Exchanges ................... 16
Warranty Repairs – Recycled
   Materials .................... 16
Tire Service ................... 16
Aftermarket Engine
   Performance Enhancement
   Products and Modifications ... 16
After-Manufacture
   "Rustproofing" ............... 17
Paint, Trim, and Appearance
   Items ....................... 17
Vehicle Operation and Care ... 17
Maintenance and Warranty
   Service Records ............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage –
   Extensions .................. 18
Warranty Service — Foreign
   Countries ................... 18
Permanent Relocation ......... 18
Original Equipment
   Alterations ................... 19

Recreation Vehicle and Special
   Body or Equipment
   Alterations ................... 19
Pre-Delivery Service ........... 19
Production Changes ........... 20
Noise Emissions Warranty for
   Light Duty Trucks Over
   10,000 Lbs Gross Vehicle
   Weight
   Rating (GVWR) Only .......... 20

**Emission Control Systems**
**Warranty** ...................... 21
What Is Covered ............... 21
How to Determine the
   Applicable Emissions Control
   System Warranty ............. 21
Federal Emission Control
   System Warranty ............. 21
California Emission Control
   System Warranty ............. 22

**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure ............. 29

**MJN2881**

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

Customer Satisfaction
Procedure .................... 31

State Warranty
Enforcement Laws ........... 33

Warranty Information for
California Only .............. 34

Special Coverage Adjustment
Programs Beyond the Warranty
Period ........................ 35

Customer Assistance Offices ..36

Customer Assistance for Text
Telephone (TTY) Users ....... 37

Roadside Assistance
Program ..................... 38

Courtesy Transportation
Program ..................... 39

**MJN2882**

**GM's Commitment**

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

**Owner Assistance**

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

**GM Participation in an Alternative Dispute Resolution Program**

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

**Warranty Service– United States, Canada, and Mexico**

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN2883**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper (Includes Tires)

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

#### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *21* for more information.

#### Federal

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

#### California

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN2884**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.
- 6.6L Duramax Turbo-Diesel Engines
  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *21*.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN2885**

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 66L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service

**MJN2886**

replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

***Important:*** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and

**MJN2887**

universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN2888**

**2017 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN2889**

## 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN2890**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

***Important:*** Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and

**MJN2891**

breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint

**MJN2892**

Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 16.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel,

operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a

result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use

**MJN2893**

## 12 New Vehicle Limited Warranty

of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a**

**MJN2894**

particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.*

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Spark EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Company will warrant certain components for Chevrolet Volt, Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Spark EV, and Malibu Hybrid vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this

Chevrolet Volt, Spark EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160 000 kilometers) term for the following:

### Towing

During the 8 year or 8 years or 100,000 miles (160 000 kilometers) Hybrid warranty period, towing is

**MJN2895**

covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Spark EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Spark EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control

Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

## What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty does not cover the following items:

**Wear Items**

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty.

**MJN2896**

**Chevrolet Silverado eAssist® Coverage**

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100.000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty and Owner Assistance booklet, General Motors of Canada Company will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

**MJN2897**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN2898**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN2899**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under

the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the

**MJN2901**

dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN2902**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

**What Is Covered**

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

**How to Determine the Applicable Emissions Control System Warranty**

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

**Federal Emission Control System Warranty**

**Federal Warranty Coverage**

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

**Federal Emission Defect Warranty**

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to

**MJN2903**

conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle

Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Partial Zero Emission Vehicles (PZEV) have extended coverage on all emission-related parts.

**MJN2904**

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Vermont have PZEV Emission Warranty Coverage. (Oregon has PZEV Hybrid battery 10 years/150,000 mile coverage only).

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be defective, GM will repair or replace it under the Federal Emission Control System Warranty.

**MJN2905**

## 24 Emission Control Systems Warranty

- For 15 years or 150,000 miles, whichever comes first for a Partial Zero Emission Vehicle (PZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your (PZEV) Emission Control System Defects Warranty.

\* PZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. Spark EV call 855-4-SPARK-INFO (855-477-2754 For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2906**

The emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *21* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California PZEV (NU6) vehicles registered in a PZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Coolant Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Control Module (VCM) **

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

**MJN2907**

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Electronic Transmission Range Selector**

Chassis Control Module (CHCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Temperature and Pressure Sensors

Diesel Exhaust (DPF) Indirect Fuel Injector

Diesel Exhaust Emission Reduction Fluid Injector

Diesel Exhaust Emission Reduction Fluid Tank

Diesel Exhaust NOx Sensors

Diesel Particulate Filter (DPF) *

Diesel Particulate Matter Sensor

Exhaust Manifold

Exhaust Manifold Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**MJN2908**

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperatuer Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

DC Voltage Bidirectional Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM Hood Switch

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Temperature Sensors
    Battery Coolant Pump
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **
    Power Electronics
    Coolant Pump
    Port Valves
    Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**MJN2909**

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**MJN2910**

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

**MJN2911**

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *31*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2912**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Spark EV call 855-4-SPARK-INFO (855-477-2754). For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN2913**

## 32 Customer Satisfaction Procedure

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN2914**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36*.

**MJN2915**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2916**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2917**

## 36 Customer Assistance Offices

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Spark EV 855-4-SPARK-INFO (855-477-2754).
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Spark EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN2918**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN2919**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Spark EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN2920**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN2921**

✍ NOTES

MJN2922

41

✍ NOTES

**MJN2923**

42

## ✍ NOTES

MJN2924

✏ **NOTES**

**MJN2925**

✍ **NOTES**

MJN2926

# Exhibit 37

MJN2927

Electronically Filed by Superior Court of California, County of Orange, 09/26/2023 07:19:57 PM.
30-2023-01352137-CU-BC-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By A. Burton, Deputy Clerk.

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
JOHN H TAYLOR

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

| | |
|---|---|
| JOHN H TAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 30-2023-01352137-CU-BC-CJC<br><br>Hon. **Assigned for All Purposes**<br>Dept. Judge Erick L. Larsh<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

**MJN2928**

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to JOHN H TAYLOR.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Orange County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## FACTUAL BACKGROUND

6. On or about October 15, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt Ev, vehicle identification number 1G1FY6S08L4127393 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN2929

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN2930

et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

<div align="center"><b>TOLLING OF THE STATUTES OF LIMITATION</b></div>

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

<div align="center"><b>FIRST CAUSE OF ACTION</b></div>

<div align="center"><b>BY PLAINTIFF AGAINST DEFENDANT GM</b></div>

<div align="center"><b>VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2</b></div>

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as

<div align="center"><b>COMPLAINT; JURY TRIAL DEMANDED</b></div>

MJN2931

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

### SECOND CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations

COMPLAINT; JURY TRIAL DEMANDED

MJN2932

pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<center>

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

</center>

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufflcient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

<center>

PAGE 6

**COMPLAINT; JURY TRIAL DEMANDED**

</center>

**MJN2933**

section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN2934**

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about

PAGE 8

COMPLAINT; JURY TRIAL DEMANDED

MJN2935

the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to

COMPLAINT; JURY TRIAL DEMANDED

MJN2936

purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center"><b>PRAYER</b></div>

PLAINTIFF PRAYS for judgment against Defendants as follows:

    a. For general, special and Plaintiff's actual damages according to proof;

    b. For restitution;

    c. For any consequential and incidental damages;

    d. For diminution in value;

    e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f. For prejudgment interest at the legal rate;

    g. For punitive damages;

    h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

    i. For such other relief as the Court may deem proper.

MJN2937

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: September 26, 2023 STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA DOLIN
Attorneys for Plaintiff
JOHN H TAYLOR

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN2938

# Exhibit A

MJN2939



2020

# Limited Warranty and Owner Assistance Information

 chevrolet.com

**MJN2940**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2019 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84168948 B Second Printing

**MJN2941**

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ......................... 1

**Warranty Coverage at a Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Electric and Hybrid Vehicle Warranty Coverage ........... 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15
Warranty Repairs – Recycled Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ......................... 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries ..................... 17
Permanent Relocation ......... 18
Original Equipment Alterations .................... 18
Recreation Vehicle and Special Body or Equipment Alterations .................... 18
Pre-Delivery Service ........... 19
Production Changes ........... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 28
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** ..................... 30

**State Warranty Enforcement Laws** ........... 32

**MJN2942**

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ............... 39

**MJN2943**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN2944**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

**MJN2945**

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

  - Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20*.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN2946**

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax$^{®}$ Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax$^{®}$ Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**MJN2947**

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**MJN2948**

## 6   New Vehicle Limited Warranty

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN2949**

### 2020 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN2950**

## 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East) 1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN2951**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**MJN2952**

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

#### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

#### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**MJN2953**

**Important:** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if

**MJN2954**

## 12  New Vehicle Limited Warranty

integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to

incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance

- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs

**MJN2955**

- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Electric and Hybrid Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at

no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect.

**MJN2956**

Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Hybrid Vehicles)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN2957**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN2958**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN2959**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

**MJN2960**

## Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

**MJN2961**

**Pre-Delivery Service**

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details

concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each

subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN2962**

## 20 Emission Control Systems Warranty

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN2963**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.**\*

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**\* Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN2964**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN2965**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Electric Vehicle call 1-877-486-5846 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2966**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 20 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries, which are covered for 10 years/150,000 miles, whichever comes first.

### Powertrain Control System

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

### Ignition System

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN2967**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Driver Mode Select Switch

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Eboost Brake Control Module**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Electric Compressor Recirculation Valve (eCRV)

Electric Waste Gate Actuator

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN2968**

## 26    Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Fuel Tank Zone Module

Purge Pump

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Active Thermal Management**

Block Rotary Valve

Body Control Module (BCM)**

Electric Coolant Pump

Engine Block Coolant Temperature Sensor

Engine Cylinder Head Coolant Temperature Sensor

Engine Inlet Coolant Temperature Sensor

Evaporator Air Temperature Sensor (EAT)

HVAC Front Blower Motor

HVAC Front Face Plate (FFP)

HVAC Front Mode/Temperature LIN Actuators

Main Rotary Valve

Radiator Outlet Coolant Temperature Sensor

Temperature/Humidity LIN Sensor

**Hybrid**

A/C Compressor

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

**MJN2969**

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

**MJN2970**

## 28    Emission Warranty Parts List

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

MJN2971

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN2972**

## 30    Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846.

In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN2973**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN2974**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ 35.

MJN2975

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN2976**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN2977

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN2978**

## 36    Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN2979**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN2980**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN2981**

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN2982**

✍ NOTES

MJN2983

✍ **NOTES**

**MJN2984**

42

## ✍ NOTES

MJN2985

# ✐ NOTES

**MJN2986**

✍ NOTES

**MJN2987**




Certified Service


84168948 B



**MJN2988**

# Exhibit 38

MJN2989

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs:
VISHAL SHIVAJI MAHADKAR AND TANVI MAHADKAR

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
11/16/2023 at 07:28:58 PM
By: Damaree Franklin,
Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

| | |
|---|---|
| VISHAL SHIVAJI MAHADKAR AND TANVI MAHADKAR, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 23CV051742 <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

MJN2990

Plaintiffs allege as follows:

<div align="center">**PARTIES**</div>

1. As used in this Complaint, the word "Plaintiffs" shall refer to VISHAL SHIVAJI MAHADKAR AND TANVI MAHADKAR.

2. Plaintiffs are residents of Alameda County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Alameda County, California.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

<div align="center">**FACTUAL BACKGROUND**</div>

6. On or about September 28, 2021, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2018 Chevrolet Bolt EV, vehicle identification number 1G1FX6S05J4112690 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections

<div align="center">COMPLAINT; JURY TRIAL DEMANDED</div>

**MJN2991**

1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are "buyers" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiffs justifiably revoke acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects, body defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or *de minimis*.

14. Under the Song-Beverly Act and/or the Magnuson-Moss Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act and/or the Magnuson-Moss Act.

16. Under the Song-Beverly Act and/or the Magnuson-Moss Act, Plaintiffs are entitled to

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN2992

reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiffs are to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiffs are entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

21. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' wrongful conduct alleged herein.

### TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiffs' claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiffs discovered Defendants' wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiffs hereby revoke acceptance of the Subject Vehicle yet again.

### FIRST CAUSE OF ACTION

### BY PLAINTIFFS AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN2993

above.

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiffs seek civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and do not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<div align="center">

**SECOND CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</div>

31. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state,

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

**MJN2994**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiffs do so again. Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis*.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

**THIRD CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

36. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

COMPLAINT; JURY TRIAL DEMANDED

**MJN2995**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code section 1794(c).

### FOURTH CAUSE OF ACTION

### BY PLAINTIFFS AGAINST DEFENDANT GM

### BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### CODE, § 1791.1; § 1794; § 1795.5)

39. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations

COMPLAINT; JURY TRIAL DEMANDED

MJN2996

under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

<center>

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</center>

44. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiffs purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiffs the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiffs are informed, believe, and thereon allege that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiffs prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

49. Plaintiffs are informed, believes and thereon allege that GM acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate

<center>COMPLAINT; JURY TRIAL DEMANDED</center>

**MJN2997**

STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor, Los Angeles, CA 90067

warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiffs are informed, believe and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiffs prior to and at the time of sale and thereafter. Had Plaintiffs known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiffs allege that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiffs to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiffs acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffs leased and/or purchased the Vehicle.

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN2998**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiffs are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiffs known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

55. Plaintiffs are reasonable consumers who did not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiffs has suffered and will continue to suffer actual damages. Plaintiffs were harmed by purchasing a vehicle that Plaintiffs would not have purchased, or would have paid less for, had Plaintiffs known the true facts about the Battery Defect. Furthermore, Plaintiffs unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div style="text-align:center">

**SIXTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT**

**VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**

</div>

58. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

59. Plaintiffs are "consumer[s]" as defined in the Magnuson-Moss Warranty Act (referred to as "Mag-Moss"), 15 U.S.C. § 2301(3).

60. Defendant is a "supplier" and "warrantor" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(4), 15 U.S.C. § 2301(5).

<div style="text-align:center">COMPLAINT; JURY TRIAL DEMANDED</div>

MJN2999

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

61. The Vehicle is a "consumer product" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(1).

62. In addition to the express warranty, in connection with the sale of the Vehicle to Plaintiffs, an implied warranty of merchantability was created under applicable state law remedies. The Vehicle's implied warranties were not disclaimed using a Buyer's Guide displayed on the Vehicle; thus, any purported disclaimers were ineffective pursuant to 15 U.S.C. § 2308(c).

63. Defendant violated the Mag-Moss Act when it breached the express warranty and implied warranties by failing to repair the defects and nonconformities, or to replace the Vehicle.

64. Plaintiffs have also met all of Plaintiffs' obligations and preconditions to bring this claim, or alternatively it would have been futile for Plaintiffs to do so.

65. In addition, Plaintiffs have met all of Plaintiffs' obligations for bringing this claim as provided in the written warranties, or alternatively, Defendant does not maintain an informal dispute resolution process for the purpose of resolving claims for breach of the implied warranty of merchantability, and does not maintain an informal dispute resolution process for resolving express warranty claims that complies with the requirements of 15 U.S.C. § 2310(a) and the rules and regulations adopted pursuant thereto by the Federal Trade Commission.

66. As a direct and proximate result of the acts and omissions of the Defendant, Plaintiffs have been damaged in the form of general, special and actual damages in an amount within the jurisdiction of this Court, according to proof at trial.

67. Under the Act, Plaintiffs are entitled to reimbursement of the entire amount paid or payable, or alternatively, a replacement vehicle and/or California lemon law remedies.[2]

68. Plaintiffs are entitled to all incidental, consequential, penalties, and general damages resulting from Defendant's failure to comply with their obligations under the Mag-Moss Act.

---

[2] Federal courts throughout the country, including the Ninth Circuit, have recognized that Magnuson–Moss itself provides consumers with a substantive right of action for breach of express warranty, while looking to state law to determine the remedies available. See, e.g., *Kelly v. Fleetwood Enters., Inc.*, 377 F.3d 1034, 1039 (9th Cir.2004).

MJN3000

69. Plaintiffs have been damaged by Defendant's failure to comply with its obligations under the express warranty, implied warranty, as well as any other violations alleged here, and therefore bring this claim pursuant to 15 U.S.C. §2310(d) and seek remedies under the Magnuson Moss Act and/or applicable California lemon law remedies.

70. Plaintiffs are entitled under the Mag-Moss Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2).

## PRAYER

PLAINTIFFS PRAY for judgment against Defendants as follows:

    a. For general, special and Plaintiffs' actual damages according to proof;

    b. For restitution;

    c. For any consequential and incidental damages;

    d. For diminution in value;

    e. For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f. For prejudgment interest at the legal rate;

    g. For applicable California lemon law remedies pursuant to the Magnuson-Moss Act[3] and/or 15 U.S.C. 2304(a)(4);

    h. For punitive damages;

    i. For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d) and 15 U.S.C. section 2310(d) and/or any other statutory provision that allows for recovery of such

---

[3] *And see Brilliant v. Tiffin Motor Homes, Inc.*, No. C 09-04568 SI, 2010 WL 2721531, at *3 (N.D. Cal. July 7, 2010) ("Federal courts throughout the country, including the Ninth Circuit, have recognized that Magnuson–Moss itself provides consumers with a substantive right of action for breach of express warranty, while looking to state law to determine the remedies available. See, e.g., Kelly v. Fleetwood Enters., Inc., 377 F.3d 1034, 1039 (9th Cir.2004); MacKenzie, 607 F.2d at 1166–67; Gusse v. Damon Corp., 470 F.Supp.2d 1110, 1116–17 (C.D.Cal.2007); Romo v. FFG Insurance Company, 397 F.Supp.2d 1237, 1239 (C.D.Cal.2005); DeShazer v. Nat'l RV Holdings, Inc., 391 F.Supp.2d 791, 794 (D.Ariz.2005).)")

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3001**

attorney fees, costs and/or expenses;

j. For such other relief as the Court may deem proper.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: November 15, 2023                    STRATEGIC LEGAL PRACTICES, APC


BY: _____

TIONNA DOLIN
Attorneys for Plaintiffs
VISHAL SHIVAJI MAHADKAR AND
TANVI MAHADKAR

**MJN3002**

# Exhibit A

MJN3003



# 2018

## Limited Warranty and Owner Assistance Information

chevrolet.com

**MJN3004**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2017 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23168735 C Third Printing

MJN3005

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to**
**Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
  Dispute Resolution Program ... 1
Warranty Service– United
  States ......................... 1

**Warranty Coverage** at a
**Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System
  Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Chevrolet Volt, Bolt EV, and
  Malibu Hybrid ................ 13
Drive Motor Battery
  Coverage .................... 14
Chevrolet Silverado eAssist®
  Coverage .................... 15
What Is Not Covered .......... 15

**Things to Know About the New**
**Vehicle Limited Warranty** .... 16
Warranty Repairs – Component
  Exchanges ................... 16
Warranty Repairs – Recycled
  Materials .................... 16
Tire Service ................... 16
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 16
After-Manufacture
  "Rustproofing" ............... 17
Paint, Trim, and Appearance
  Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty
  Service Records ............. 17
Chemical Paint Spotting ...... 17
Warranty Coverage –
  Extensions .................. 18
Warranty Service — Foreign
  Countries .................... 18
Permanent Relocation ........ 18
Original Equipment
  Alterations ................... 19

Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 19
Pre-Delivery Service .......... 19
Production Changes .......... 20
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only ......... 20
**Emission Control Systems**
**Warranty** ...................... 21
What Is Covered .............. 21
How to Determine the
  Applicable Emissions Control
  System Warranty ............ 21
Federal Emission Control
  System Warranty ............ 21
California Emission Control
  System Warranty ............ 22
**Emission Warranty Parts List** ..25
Replacement Parts ........... 28
Maintenance and Repairs ..... 29
Claims Procedure ............. 29

**MJN3006**

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction
Procedure** .................... 31

**State Warranty
Enforcement Laws** ........... 33

**Warranty Information for
California Only** .............. 34

**Special Coverage Adjustment
Programs Beyond the Warranty
Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text
Telephone (TTY) Users** ....... 37

**Roadside Assistance
Program** ..................... 38

**Courtesy Transportation
Program** ..................... 39

**Chevrolet Protection** ......... 40
We're Behind You On All The
Roads Ahead ............... 40

**MJN3007**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or

workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be

made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *21* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

    - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

    - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

    - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *21.*

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3010**

## 4    New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

**Warranty Applies**

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

**Repairs Covered**

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

**No Charge**

Warranty repairs, including towing, parts, and labor, will be made at no charge.

**Obtaining Repairs**

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

**Warranty Period**

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

**Bumper-to-Bumper Coverage**

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

**Powertrain Component Warranty Coverage**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN3011**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3013**

### 2018 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3014**

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com www.continentaltire.com | 1-800-847-3349 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East) 1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN3015**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes: Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**MJN3016**

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**MJN3017**

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *16*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**MJN3018**

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to

damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Navigation Map Data Updates
- Clutch Linings

- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

MJN3020

## What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

Content Under Heading: Battery and Internal Components, Modules, and Fan

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

### Brakes

Brake Modulator Assembly

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN3021**

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

### eAssist Components

The Hybrid Powertrain Control Modules and components including eAssist battery, eAssist battery disconnect, powerpack assembly, the eAssist battery cooling fan, the starter generator unit, starter generator cooling pump, high voltage 3–phase cables assembly, HVDC cables, and the transmission fluid accumulator and solenoid.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranties do not cover the following items:

#### Wear Items

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranty.

MJN3022

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN3023**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN3024**

## 18 Things to Know About the New Vehicle Limited Warranty

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

MJN3025

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN3026**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3027**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN3028**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.\***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**\* *Important:*** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN3029**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN3030**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020.
For Bolt EV call 1-877-486-5846.
For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *21* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

MJN3032

## 26  Emission Warranty Parts List

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**MJN3033**

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
  Air and Coolant Sensors
  Battery Coolant Pumps and Cooling Fans
  Battery High Voltage Heater
  Battery Temperature Sensors
  E-compressor * **
  Power Electronics
  Coolant Pump
  Port Valves
  Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

**MJN3034**

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

MJN3035

## Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available

within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent

owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed

**MJN3036**

## 30 Emission Warranty Parts List

30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 31.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN3037

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN3038**

## 32    Customer Satisfaction Procedure

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3039**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36.*

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN3041

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3042**

## 36 Customer Assistance Offices

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3044**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN3045

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3046**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

# ✐ NOTES

MJN3048

42

✍ **NOTES**

MJN3049

43

## ✍ NOTES

MJN3050

44

## ✍ NOTES





**U.S. Only**



23168735 C



**MJN3052**

Exhibit 39

MJN3053

Electronically FILED by Superior Court of California, County of Riverside on 12/07/2023 06:44 PM
Case Number CVRI2306595 0000077895108 - Jason B. Galkin, Executive Officer/Clerk of the Court By Joseline DeRosier, Clerk

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
FREDY CHALCO

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF RIVERSIDE

| | |
|---|---|
| FREDY CHALCO,<br><br>            Plaintiff,<br><br>      vs.<br><br>GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.:  CVRI2306595<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

MJN3054

Plaintiff alleges as follows:

<p style="text-align:center">**PARTIES**</p>

1. As used in this Complaint, the word "Plaintiff" shall refer to FREDY CHALCO.

2. Plaintiff is a resident of Riverside County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Riverside County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

<p style="text-align:center">**FACTUAL BACKGROUND**</p>

6. On or about November 1, 2020, Plaintiff entered into a warranty contract with Defendant GM regarding a 2018 Chevrolet Bolt Ev, vehicle identification number 1G1FW6S0XJ4134865 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of

<p style="text-align:center">PAGE 2
COMPLAINT; JURY TRIAL DEMANDED</p>

MJN3055

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

PAGE 3

COMPLAINT; JURY TRIAL DEMANDED

**MJN3056**

et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

### TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

### FIRST CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN3057

required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<div align="center">

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</div>

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations

<div align="center">

PAGE 5

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3058**

pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34.     Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase.  By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price.  In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects.  Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

35.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

</div>

36.     Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37.     In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufflcient service literature and replacement parts to effect repairs during the express warranty period.  Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

38.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code

<div align="center">

PAGE 6

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3059**

section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## CODE, § 1791.1; § 1794; § 1795.5)

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## (Fraudulent Inducement - Concealment)

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3060**

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3061**

the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to

COMPLAINT; JURY TRIAL DEMANDED

MJN3062

purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center"><b>PRAYER</b></div>

PLAINTIFF PRAYS for judgment against Defendants as follows:

- a. For general, special and Plaintiff's actual damages according to proof;
- b. For restitution;
- c. For any consequential and incidental damages;
- d. For diminution in value;
- e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);
- f. For prejudgment interest at the legal rate;
- g. For punitive damages;
- h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);
- i. For such other relief as the Court may deem proper.

<div align="center">COMPLAINT; JURY TRIAL DEMANDED</div>

MJN3063

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: December 7, 2023            STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
FREDY CHALCO

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN3064

# Exhibit A

MJN3065



# 2018

## Limited Warranty and Owner Assistance Information



chevrolet.com

**MJN3066**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2017 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23168735 C Third Printing

**MJN3067**

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to**
**Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
  Dispute Resolution Program ... 1
Warranty Service– United
  States ........................ 1

**Warranty Coverage at a**
**Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System
  Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Chevrolet Volt, Bolt EV, and
  Malibu Hybrid ................ 13
Drive Motor Battery
  Coverage .................... 14
Chevrolet Silverado eAssist®
  Coverage .................... 15
What Is Not Covered .......... 15

**Things to Know About the New**
**Vehicle Limited Warranty** .... 16
Warranty Repairs – Component
  Exchanges ................... 16
Warranty Repairs – Recycled
  Materials ..................... 16
Tire Service .................... 16
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 16
After-Manufacture
  "Rustproofing" ................ 17
Paint, Trim, and Appearance
  Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty
  Service Records .............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage –
  Extensions ................... 18
Warranty Service — Foreign
  Countries .................... 18
Permanent Relocation ......... 18
Original Equipment
  Alterations ................... 19

Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 19
Pre-Delivery Service ........... 19
Production Changes ........... 20
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only ......... 20

**Emission Control Systems**
**Warranty** ...................... 21
What Is Covered ............... 21
How to Determine the
  Applicable Emissions Control
  System Warranty ............. 21
Federal Emission Control
  System Warranty ............. 21
California Emission Control
  System Warranty ............. 22

**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure ............. 29

**MJN3068**

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction Procedure** .................... 31

**State Warranty Enforcement Laws** ........... 33

**Warranty Information for California Only** ............... 34

**Special Coverage Adjustment Programs Beyond the Warranty Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text Telephone (TTY) Users** ....... 37

**Roadside Assistance Program** ...................... 38

**Courtesy Transportation Program** ...................... 39

**Chevrolet Protection** .......... 40
We're Behind You On All The Roads Ahead ................ 40

**MJN3069**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3070**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax$^{®}$ Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *21* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax$^{®}$ Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN3071**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.
- 6.6L Duramax Turbo-Diesel Engines
  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *21*.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3072**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN3073**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control

module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

**Important:** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**MJN3074**

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3075**

### 2018 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3076**

## 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN3077**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**MJN3078**

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

#### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

#### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**MJN3079**

**Important:** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

### Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 16.

### Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

### Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**MJN3080**

## 12    New Vehicle Limited Warranty

### Third Party Externally Connected Electrical Products

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to

damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

### Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Navigation Map Data Updates
- Clutch Linings

- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**MJN3081**

## Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN3083**

**Chevrolet Silverado eAssist® Coverage**

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

**eAssist Components**

The Hybrid Powertrain Control Modules and components including eAssist battery, eAssist battery disconnect, powerpack assembly, the eAssist battery cooling fan, the starter generator unit, starter generator cooling pump, high voltage 3–phase cables assembly, HVDC cables, and the transmission fluid accumulator and solenoid.

**What Is Not Covered**

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranties do not cover the following items:

**Wear Items**

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranty.

**MJN3084**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN3085**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN3086**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

**MJN3087**

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN3088**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3089**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/ powertrain control module, transmission control module or other onboard emissions

  diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN3090**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN3091**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN3092**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3093**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 21 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

**MJN3094**

## 26    Emission Warranty Parts List

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**MJN3095**

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **
Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

**MJN3096**

## 28    Emission Warranty Parts List

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for**

**maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**MJN3097**

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available

within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent

owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed

**MJN3098**

## 30 Emission Warranty Parts List

30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *31*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3099**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN3100**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3101**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36.*

**MJN3102**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3103**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3104**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN3105**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3106**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3107**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3108**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3109**

# ✍ NOTES

42

✍ NOTES

**MJN3111**

✐ **NOTES**

**MJN3112**

## ✍ NOTES

MJN3113





**U.S. Only**



23168735 C



**MJN3114**

# Exhibit 40

MJN3115

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
(emailservices@slpattorney.com)
Email: svaziri@slpattorney.com
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
SARA FALLAS-DWECK

Electronically FILED by
Superior Court of California,
County of Los Angeles
1/24/2024 7:46 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By M. Elder, Deputy Clerk

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| SARA FALLAS-DWECK,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 24SMCV00359<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN3116**

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to SARA FALLAS-DWECK.

2. Plaintiff is a resident of Los Angeles County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about February 28, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2021 Chevrolet Bolt Ev, vehicle identification number 1G1FZ6S02M4104044 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family

1

MJN3117

or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects; climate control defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC*, 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3118**

to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

///

///

///

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA. 90067

**COMPLAINT; JURY TRIAL DEMANDED**

MJN3119

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

26.     Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.  Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27.     Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28.     Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29.     Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30.     Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN3120**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

5

**MJN3121**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<p style="text-align:center"><strong>FOURTH CAUSE OF ACTION</strong></p>

<p style="text-align:center"><strong>BY PLAINTIFF AGAINST DEFENDANT GM</strong></p>

<p style="text-align:center"><strong>BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY</strong></p>

<p style="text-align:center"><strong>(CIV. CODE, § 1791.1; § 1794; § 1795.5)</strong></p>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

41. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract

**MJN3122**

description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## (Fraudulent Inducement - Concealment)

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery

COMPLAINT; JURY TRIAL DEMANDED

MJN3123

system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not

MJN3124

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b.    Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c.    Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53.    In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54.    The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle.  Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

55.    Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly.  Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56.    All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57.    As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN3125**

would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendants as follows:

    a.  For general, special and Plaintiff's actual damages according to proof;

    b.  For restitution;

    c.  For any consequential and incidental damages;

    d.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    e.  For prejudgment interest at the legal rate;

    f.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

    g.  For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: January 24, 2024          STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
SARA FALLAS-DWECK

**MJN3126**

# Exhibit A

MJN3127



2021

Limited Warranty and
Owner Assistance Information

 chevrolet.com

**MJN3128**

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| Owner's Name: |
|---|
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84988798 B Second Printing

**MJN3129**

# 2021 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to Owners... .......... 1
  GM's Commitment ....................... 1
  Owner Assistance ....................... 1
  GM Participation in an Alternative Dispute
    Resolution Program .................... 1
  Warranty Service– United States ......... 1
Warranty Coverage at a Glance .......... 2
  New Vehicle Limited Warranty .......... 2
  Emission Control System Warranty ...... 2
New Vehicle Limited Warranty .......... 4
  What Is Covered ........................ 4
  What Is Not Covered .................... 8
  Electric and Hybrid Vehicle Warranty
    Coverage ............................. 11
  Drive Motor Battery Coverage .......... 11
Things to Know About the New Vehicle
  Limited Warranty ...................... 13
  Warranty Repairs – Component
    Exchanges ............................ 13
  Warranty Repairs – Recycled
    Materials ............................. 13
  Tire Service ............................ 13

Aftermarket Engine Performance
  Enhancement Products and
  Modifications ......................... 13
After-Manufacture "Rustproofing" ....... 13
Paint, Trim, and Appearance Items ..... 14
Vehicle Operation and Care ............. 14
Maintenance and Warranty Service
  Records ............................... 14
Chemical Paint Spotting ................ 14
Warranty Coverage – Extensions ....... 14
Warranty Service — Foreign Countries .. 15
Permanent Relocation ................... 15
Original Equipment Alterations ......... 15
Recreation Vehicle and Special Body or
  Equipment Alterations ................ 15
Pre-Delivery Service ..................... 15
Production Changes ..................... 16
Noise Emissions Warranty for Light Duty
  Trucks Over 10,000 Lbs Gross Vehicle
  Weight Rating (GVWR) Only ........... 16
Emission Control Systems Warranty ...... 17
  What Is Covered ....................... 17
  How to Determine the Applicable
    Emissions Warranty .................. 17

Federal Emission Control System
  Warranty ............................. 17
California Emission Control System
  Warranty ............................. 18
Emission Warranty Parts List ............. 21
  Replacement Parts ...................... 22
  Maintenance and Repairs ............... 22
  Claims Procedure ...................... 23
Customer Satisfaction Procedure ......... 25
State Warranty Enforcement Laws ....... 27
Warranty Information for
  California Only ......................... 28
Special Coverage Adjustment Programs
  Beyond the Warranty Period .......... 29
Customer Assistance Offices ............. 30
Customer Assistance for Text Telephone
  (TTY) Users ............................. 31
Roadside Assistance Program ............ 32
Courtesy Transportation Program ........ 33
Chevrolet Protection ..................... 34
  We're Behind You On All The Roads
    Ahead ................................ 34

**MJN3130**

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ 25.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ 25 for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ 30. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3131**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper Coverage (Includes Tires)**

- Coverage for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain Coverage**

- Coverage for the first 5 years or 60,000 miles, whichever comes first.
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.
- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

**Federal Emission Warranty Coverage**

- For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles, whichever comes first for Emissions related parts
  - 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.
- For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 bs.
  - 5 years or 50,000 miles, whichever comes first for Emissions related parts

**California Emission Warranty Coverage**

Vehicles eligible for California Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts

- If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.
- If any emission related part listed in the booklet is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- 7 years or 70,000 miles whichever comes first for Emissions related parts
  - If any emission related part specially noted in this booklet as having coverage of 7 years or 70,000 miles is defective or if its failure causes your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

For Heavy duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 14,000 lbs.

- 5 years or 50,000 miles (Gasoline engines) or 5 years or 100,000 miles (Diesel Engines) whichever comes first for Emissions related parts

**MJN3132**

For a Transitional Zero Emission
Vehicle (TZEV)

● 15 years or 150,000 miles, whichever
comes first

- If any emission-related part* listed in
this booklet is defective, GM will repair
or replace it. This is your TZEV Emission
Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for
10 years or 150,000 miles, whichever comes
first

**Noise Emissions**

Coverage is for applicable vehicles weighing
over 10,000 lbs based on the Gross Vehicle
Weight Rating (GVWR) only, for the entire
life of the vehicle.

**MJN3133**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/ oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the

**MJN3134**

emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 21

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**MJN3135**

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

### 2021 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3136**

## Tire Companies

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery

**MJN3137**

will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## What Is Not Covered

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard

damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

MJN3138

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 13.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

**MJN3139**

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:
- Audio System Cleaning
- Brake Pads/Linings

- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

**MJN3140**

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Electric and Hybrid Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited

Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery

**MJN3141**

capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Hybrid Vehicles)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN3142**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ 30.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission*, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

**MJN3143**

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

MJN3144

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles

generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer

**MJN3145**

facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN3146

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The Emissions related parts covered under Federal and California Warranty are listed under the *Emission Warranty Parts List* ⇨ 21.

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Emissions Warranty Coverage

- For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles, whichever comes first for Emissions related parts
  - 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.
- For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions-defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

#### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

**MJN3147**

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.
- The vehicle fails an EPA-approved I/M test during the emission warranty period.
- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *21* which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

**California Emissions Warranty Requirements**

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other states adopting California emission and warranty regulations.*
- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*\* Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission related parts.

**Note**
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**MJN3148**

**California Emission Defect and Emission Performance Warranty Coverage**

Vehicles eligible for California Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission related part listed in the booklet is is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- 7 years or 70,000 miles whichever comes first for Emissions related parts

  - If any emission related part specially noted in this booklet as having coverage of 7 years or 70,000 miles is defective or if its failure causes your vehicle to fail a Smog Check inspection,

GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

For Heavy duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 14,000 lbs.

- 5 years or 50,000 miles (Gasoline engines) or 5 years or 100,000 miles (Diesel Engines) whichever comes first for Emissions related parts

For a Transitional Zero Emission Vehicle (TZEV)

- 15 years or 150,000 miles, whichever comes first

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first

placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions-related.

MJN3149

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3150**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *17* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

● Diagnostic Emissions Critical - Electronic Control Units (8/80)
● Engine Control Module (8/80)
● Transmission Control Module (8/80)
● Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
    Supercharger Assembly*

Throttle Body

Turbocharger System
    Turbocharger Assembly*
    Turbocharger Oil Feed Pipe (Diesel)*
    Turbocharger Exhaust Pipe (Diesel)*
    Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
    Turbocharger Vane Position Sensor*
    Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

**MJN3151**

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably

available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable

time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⬦ 25.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle
Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

**MJN3153**

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN3154

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.
- The dealer name and location.
- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
BBB National Programs, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

**MJN3155**

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3156**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices ⇨ 30*.

**MJN3157**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3158**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3159**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

MJN3160

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3161**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3162**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3163**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3164**





Certified Service



84988798 B



**MJN3165**

# Exhibit 41

MJN3166

Electronically Filed by Superior Court of California, County of Orange, 09/05/2024 10:39:13 AM.
30-2024-01423938-CU-BC-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By A. Wilcher, Deputy Clerk.

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs:
BRADLEE J BERRY AND TORRI ARNETT BERRY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF ORANGE

Assigned for All Purposes
Judge Scott A Steiner

| | |
|---|---|
| BRADLEE J BERRY AND TORRI ARNETT BERRY, | Case No.: 30-2024-01423938-CU-BC-NJC |
| Plaintiffs, | |
| vs. | Hon. <br> Dept. |
| GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, | **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** |
| Defendants. | JURY TRIAL DEMANDED |

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN3167**

Plaintiffs allege as follows:

<p style="text-align:center;">**PARTIES**</p>

1. As used in this Complaint, the word "Plaintiffs" shall refer to Plaintiffs BRADLEE J BERRY AND TORRI ARNETT BERRY.

2. Plaintiffs are residents of Orange County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Orange County, California.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

<p style="text-align:center;">**TOLLING OF THE STATUTES OF LIMITATION**</p>

6. To the extent there are any statutes of limitation applicable to Plaintiffs' claims– including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

7. Plaintiffs discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

<p style="text-align:center;">1</p>

<p style="text-align:center;">**COMPLAINT; JURY TRIAL DEMANDED**</p>

**MJN3168**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

8. By filing this Complaint, Plaintiffs hereby revoke acceptance of the Subject Vehicle yet again.

## FACTUAL BACKGROUND

9. On or about June 23, 2021, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2022 Chevrolet Bolt Ev, vehicle identification number 1G1FW6S06N4101397 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

10. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

11. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are "buyers" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiffs justifiably revoke acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

13. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

14. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to battery defects, engine defects, among other defects and non-conformities.

15. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

16. The value of the Subject Vehicle is worthless and/or *de minimis*.

17. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject

**MJN3169**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

18. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

19. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

20. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq.

21. Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq.

22. Plaintiffs are entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

23. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

24. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00.

25. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

///

///

///

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN3170**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

26. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

27. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

28. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

29. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

30. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

31. Plaintiffs seek civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and do not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN3171**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

32. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

33. Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

34. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

35. Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiffs do so again. Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis*.

36. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

///

///

///

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN3172**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## THIRD CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

37. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

38. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

39. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## (CIV. CODE, § 1791.1; § 1794; § 1795.5)

40. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

41. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM, except that the duration is not to exceed one-year.

42. Pursuant to Civil Code section 1791.1 (a), the implied warranty of

COMPLAINT; JURY TRIAL DEMANDED

MJN3173

merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

43. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

44. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

45. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

46. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

47. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

48. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3174**

49. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and his passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

50. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

51. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, he would not have leased and/or purchased the Subject Vehicle.

52. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

53. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

54. a. Defendant GM acquired its knowledge of the Battery Defect and its potential

**COMPLAINT; JURY TRIAL DEMANDED**

**MJN3175**

consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

55.    b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

56.    c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

57.    In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

58.    The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle.  Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, he would not have purchased the Vehicle.

59.    Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly.  Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

60.    All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

61.    As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA. 90067

**MJN3176**

the Battery Defect. Furthermore, Plaintiff unknowingly exposed himself to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center"><strong>PRAYER</strong></div>

PLAINTIFFS PRAY for judgment against Defendant as follows:

  a. For general, special and Plaintiffs' actual damages according to proof;

  b. For restitution;

  c. For any consequential and incidental damages;

  d. For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

  e. For prejudgment interest at the legal rate;

  f. For punitive damages;

  g. For diminution in value;

  h. For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

  i. For such other relief as the Court may deem proper.

<div align="center"><strong><u>DEMAND FOR JURY TRIAL</u></strong></div>

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: July 25, 2024        STRATEGIC LEGAL PRACTICES, APC

BY: _____

   TIONNA CARVALHO
   Attorneys for Plaintiffs
   BRADLEE J BERRY AND TORRI
   ARNETT BERRY

<div align="right"><strong>MJN3177</strong></div>

# Exhibit A

MJN3178



2022

Limited Warranty and
Owner Assistance
Information

**MJN3179**

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84570568 A First Printing

**MJN3180**

# 2022 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** .......... 1
GM's Commitment ....................... 1
Owner Assistance ....................... 1
GM Participation in an Alternative Dispute
  Resolution Program .................... 1
Warranty Service– United States ......... 1

**Warranty Coverage at a Glance** .......... 2
New Vehicle Limited Warranty .......... 2
Emission Control System Warranty ...... 3

**New Vehicle Limited Warranty** ........... 5
What Is Covered ........................ 5
What Is Not Covered ................... 10
Electric Vehicle Warranty Coverage ..... 13

**Things to Know About the New Vehicle
  Limited Warranty** ...................... 15
Warranty Repairs – Component
  Exchanges ............................. 15
Warranty Repairs – Recycled
  Materials .............................. 15
Tire Service ............................. 15
Aftermarket Engine Performance
  Enhancement Products and
  Modifications ......................... 15

Paint, Trim, and Appearance Items ...... 15
Vehicle Operation and Care ............. 16
Maintenance and Warranty Service
  Records ............................... 16
Chemical Paint Spotting ................ 16
Warranty Coverage – Extensions ....... 16
Warranty Service — Foreign
  Countries ............................. 16
Permanent Relocation ................... 17
Original Equipment Alterations ......... 17
Recreation Vehicle and Special Body or
  Equipment Alterations ................ 17
Pre-Delivery Service ..................... 17
Production Changes ..................... 18
Noise Emissions Warranty for Light Duty
  Trucks Over 10,000 Lbs Gross Vehicle
  Weight Rating (GVWR) Only ........... 18

**Emission Control Systems Warranty** ..... 19
How to Determine the Applicable
  Emissions Warranty ................... 19
Federal Emission Control System
  Warranty ............................. 19

California Emission Control System
  Warranty ............................. 20
**Emission Warranty Parts List** ............ 22
Replacement Parts ...................... 23
Maintenance and Repairs ............... 24
Claims Procedure ....................... 24

**Customer Satisfaction Procedure** ......... 26

**State Warranty Enforcement Laws** ....... 28

**Warranty Information for
  California Only** ......................... 29

**Special Coverage Adjustment Programs
  Beyond the Warranty Period** .......... 30

**Customer Assistance Offices** .............. 31

**Customer Assistance for Text Telephone
  (TTY) Users** ............................. 32

**Roadside Assistance Program** ............ 33

**Courtesy Transportation Program** ........ 34

**Chevrolet Protection** ...................... 35
We're Behind You On All The Roads
  Ahead ................................. 35

# MJN3181

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *26*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *26* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *31*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3182**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty



**NEW VEHICLE LIMITED WARRANTY**

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bumper to Bumper (including tires) | | | 3 years/36,000 miles[1] | | | | | | | | |
| Electric Vehicle Specific Components | | | | | | | | | | 8 years/100,000 miles[1] | |
| **Powertrain** | | | | | | | | | | | |
| Gasoline and Diesel (other than 3.0L and 6.6L) Engines | | | | | 5 years/60,000 miles[1] | | | | | | |
| 3.0L and 6.6L Duramax Diesel | | | | | | | | | 5 years/100,000 miles[1] | | |
| Certain Commercial/Government Fleet Vehicles | | | | | | | | | 5 years/100,000 miles[1] | | |
| Restraint Systems | | | | | | | 6 years/72,000 miles[1] | | | | |
| **Sheet Metal** | | | | | | | | | | | |
| Corrosion Coverage | | | 3 years/36,000 miles[1] | | | | | | | | |
| Rust-through Coverage | | | | | | | | | | 6 years/100,000 miles[1] | |

[1] Whichever comes first

**MJN3183**

**Emission Control System Warranty**

## EMISSION CONTROL SYSTEM WARRANTY

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal Light-Duty Cars & Trucks** (under 8,500 lbs Gross Vehicle Weight Rating [GVWR]) | | | | | | | | | | | |
| Defect / Performance | 2 years / 24,000 miles[1] | | | | | | | | | | |
| Specified Major Components | 8 years / 80,000 miles[1] | | | | | | | | | | |
| **Federal Heavy-Duty Trucks** (8,501 to 19,500 lbs GVWR, gas & diesel) | | | | | | | | | | | |
| Defect / Performance | 5 years / 50,000 miles[1] | | | | | | | | | | |
| **California**[2] (under 14,000 lbs GVWR) | | | | | | | | | | | |
| Performance | 3 years / 50,000 miles[1] | | | | | | | | | | |
| Short-Term Defect | 3 years / 50,000 miles[1] | | | | | | | | | | |
| Long-Term Defect (High Cost Parts) | 7 years / 70,000 miles[1] | | | | | | | | | | |

[1] Whichever comes first

[2] Also applies to Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington vehicles equipped with a California Certified Emission Control System. These vehicles are also covered by the Federal Emission Control System Warranty.

**MJN3184**

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3185**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 22.

**Engine Coverage includes:** Cylinder block and heads and all internally lubricated parts, timing gears, timing chain/belt and cover, valve covers, oil pump assembly, oil pan, engine oil cooling hoses and lines, seals, gaskets, manifolds, flywheel, water pump, engine mount, turbocharger and supercharger, actuators and electrical components internal to the engine. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose.

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, heater core, starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line).

**MJN3186**

**Diesel Components Coverage includes:**
Cylinder block and heads and all internally lubricated parts, intake and exhaust manifolds, timing gears, timing chain/belt and cover, flywheel, valve covers, oil pump assembly, oil pan, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor.

**Transmission/Transaxle Coverage includes:**
All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain component coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g.,front differential actuator).

*Exclusions:* Excluded from the powertrain component coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Restraint Systems Warranty**

Provides repair or replacement needed to correct defects in materials or workmanship of any seatbelt or airbag system, supplied by General Motors. Coverage is for 6 years or 72,000 miles, whichever comes first. This warranty is subject to the exceptions indicated in the "What Is Not Covered" section or cosmetic appearance defects such as color fade.

MJN3187

**Sheet Metal Coverage**

Body sheet metal panels are covered against corrosion and rust-through as follows:

**Surface Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

*Important:* Surface rust resulting from accidents, stone chips or scratches in the paint is not included in sheet metal coverage.

**Rust-Through:** Any body sheet metal panel that rusts through — that develop an actual hole in the sheet metal — is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Your vehicle was designed and built to resist corrosion. Application of additional rust inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products. Application of after manufacture rust proofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3188**

### 2022 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer.

Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3189**

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone/Firestone | www.bridgestonetire.com<br>www.firestonetire.com | 1-800-847-3272 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear | www.goodyeartires.com | 1-800-321-2136 |
| Michelin/BF Goodrich | www.michelinman.com<br>www.bfgoodrichtires.com | 1-866-866-6605<br>1-877-788-8899 |
| Hankook | www.hankooktire.com | 1-800-426-5665 |
| Kumho | www.kumhotire.com | 1-800-445-8646 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**MJN3190**

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

**Caution**

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**What Is Not Covered**

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered.

Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**MJN3191**

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 15.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

MJN3192

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**MJN3193**

### Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Electric Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Electric Component Warranty.

### What Is Covered

This warranty covers repairs to Electric specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles (160 000 kilometers) Electric warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Electric specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**MJN3194**

**Propulsion Battery Warranty Coverage**

Like all batteries, the amount of energy that the high voltage propulsion battery can store will decrease with time and miles driven. The battery will be replaced/repaired if the capacity falls below 60% of its original value during the warranty period, as determined by a certified dealer, with a battery appropriate for the age and mileage of the vehicle.

**Propulsion Battery Service**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric vehicle battery packs. If the Propulsion Battery requires service due to a defect in materials or workmanship, Chevrolet will either repair or replace the Propulsion Battery with new or refurbished components at Chevrolet's discretion.

**Electric Vehicle Specific Components**

The following components are covered under the Electric Vehicle component warranty:

- Propulsion battery pack and all internal components
- Electric drive unit(s) and all internal components

**Note**

The portable charge cord is covered under the Bumper to Bumper Warranty.

**MJN3195**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *31*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission*, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

**MJN3196**

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

MJN3197

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**MJN3198**

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3199**

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations. All vehicles are eligible for Federal Emissions Control Warranty Coverage. The California Emission Control System Warranty section of this manual gives the requirements for that warranty.

Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. The warranty with the broadest coverage applies

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Federal Emission Control System Warranty

All vehicles are eligible for Federal Emission Control System Warranty. This warranty is issued in accordance with the U.S. Federal Clean Air Act. The Emission related parts covered under the Federal Warranty are listed under the Emission Warranty Parts List.

#### Federal Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

- 2 years or 24,000 miles, whichever comes first for Emissions related parts
- 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.

For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

- 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

#### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for

MJN3200

Emission Performance Warranty coverage when all three of the following conditions are met:

1. The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

2. The vehicle fails an EPA-approved I/M test during the emission warranty period.

3. The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 22 which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

## California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty. The Emission related parts covered under the California Warranty are listed under the Emission Warranty Parts List.

### California Emissions Warranty Requirements

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other state adopting California emission and warranty regulations. These states include Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington.

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

### Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**MJN3201**

**California Emission Defect and Emission Performance Warranty Coverage**

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspections. This is your Emission Control System Performance Warranty.
  - If any emission related part on the Emission Warranty Parts List is defective, GM will repair or replace it. This is your Short-Term Emission Control System Defect Warranty.
- 7 years or 70,000 miles, whichever comes first for Emissions related parts
  - If any emission related part specially noted on the Emission Warranty Parts List is defective or if its failure causes

your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-Term Emission Control System Defect Warranty.

For Heavy Duty Vehicles with a GVWR greater than 14,000 lbs.

- 5 years or 50,000 miles for gasoline engines, whichever comes first for emission related parts
- 5 years or 100,000 miles for diesel engines, whichever comes first for emission related parts

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for

presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions related.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3202**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *19* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

- Diagnostic Emissions Critical - Electronic Control Units (8/80)
- Engine Control Module (8/80)
- Transmission Control Module (8/80)
- Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
   Supercharger Assembly*

Throttle Body

Turbocharger System
   Turbocharger Assembly*
   Turbocharger Oil Feed Pipe (Diesel)*
   Turbocharger Exhaust Pipe (Diesel)*
   Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
   Turbocharger Vane Position Sensor*
   Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**MJN3203**

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve
with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/ herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

**MJN3204**

\* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not

being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 26.

**MJN3205**

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3206**

## 26 Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.
- The dealer name and location.
- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program a Division of BBB National Programs, Inc.
1676 International Drive
Suite 550
McLean, VA 22102

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

**MJN3207**

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3208**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *31*.

**MJN3209**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3210**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3211**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

**MJN3212**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3213**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3214**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper, Federal Emission, Limited Extended Powertrain, or Electric-specific warranties, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3215**

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/ summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by

AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3216**





Certified Service



84570568 A



**MJN3217**

# Exhibit 42

MJN3218

Electronically Filed by Superior Court of California, County of Orange, 07/10/2024 11:47:33 AM.
30-2024-01411768-CU-BC-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By A. Burton, Deputy Clerk.

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs:
AERIN SCHLUMPBERGER AND JAMES B SCHLUMPBERGER

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| AERIN SCHLUMPBERGER AND JAMES B SCHLUMPBERGER, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 30-2024-01411768-CU-BC-CJC <br><br> Hon. **Assigned for All Purposes** <br> Dept. Judge Kimberly A. Knill <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

MJN3219

Plaintiffs allege as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiffs" shall refer to AERIN SCHLUMPBERGER AND JAMES B SCHLUMPBERGER.

2. Plaintiffs are residents of Orange County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Orange County, California.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about November 30, 2018, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2018 Chevrolet Bolt Ev, vehicle identification number 1G1FX6S05J4139887 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

COMPLAINT; JURY TRIAL DEMANDED

MJN3220

purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are "buyers" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiffs justifiably revoke acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, engine defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and /or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3221

17. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq.

18. Plaintiffs are to rescission of the contract pursuant to Civil Code, section 1794, et seq.

19. Plaintiffs are entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

20. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

21. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00.

22. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

23. To the extent there are any statutes of limitation applicable to Plaintiff claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

24. Plaintiffs discovered Defendants' wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

### A. Class Action Tolling

25. Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled

COMPLAINT; JURY TRIAL DEMANDED

MJN3222

from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles*, 237 Cal. App. 4th 1454, 1464 (2015).

26. The tolling of Plaintiffs' individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B. Discovery Rule Tolling**

27. Plaintiffs had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

28. Within the time period of any applicable statutes of limitation, Plaintiffs could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

29. Defendant was under a continuous duty to disclose to Plaintiffs the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

30. Plaintiffs did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiffs shortly prior to the filing of this Complaint.

**C. The Repair Doctrine**

31. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

_____

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the

COMPLAINT; JURY TRIAL DEMANDED

MJN3223

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

32. Additionally, the limitations period for warranty claims is tolled against a defendant whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

33. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiffs that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

34. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

35. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed **the** defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains.

36. By filing this Complaint, Plaintiffs hereby revoke acceptance of the Subject Vehicle yet again.

**FIRST CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

37. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

---

defendant that repairs will be made.").

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." Cardinal Health 301, Inc. v. Tyco Electronics Corp., 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

PAGE 6

COMPLAINT; JURY TRIAL DEMANDED

MJN3224

38. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

39. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

40. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

41. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

42. Plaintiffs seek civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and do not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<center>

**SECOND CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**
</center>

43. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

44. Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN3225

and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

45. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

46. Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiffs do so again. Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis*.

47. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

<div align="center">

**THIRD CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

</div>

48. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

49. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

50. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2,

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3226**

subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

51.    Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

52.    Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

53.    Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

54.    At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

55.    Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

<div align="left">

STRATEGIC LEGAL PRACTICES, APC

1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

</div>

**MJN3227**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

56. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

57. Plaintiffs purchased the Vehicle as manufactured with Defendant GM's battery system.

58. Defendant GM committed fraud by allowing to be sold to Plaintiffs the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

59. In particular, Plaintiffs are informed, believe, and thereon allege that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiffs prior to and at the time of sale and thereafter.

60. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

61. Plaintiffs are informed, believes and thereon allege that GM acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these

COMPLAINT; JURY TRIAL DEMANDED

MJN3228

complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

62. Plaintiffs are informed, believe and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiffs prior to and at the time of sale and thereafter. Had Plaintiffs known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

63. Indeed, Plaintiffs allege that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

64. Defendant GM was under a duty to Plaintiffs to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiffs acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffs leased and/or purchased the Vehicle.

65. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN3229

knowingly and intentionally concealed material facts and breached its duty not to do so.

66. The facts concealed or not disclosed by Defendant GM to Plaintiffs are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiffs known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

67. Plaintiffs are reasonable consumers who did not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

68. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

69. As a result of Defendant GM's misconduct, Plaintiffs has suffered and will continue to suffer actual damages. Plaintiffs were harmed by purchasing a vehicle that Plaintiffs would not have purchased, or would have paid less for, had Plaintiffs known the true facts about the Battery Defect. Furthermore, Plaintiffs unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center">

**PRAYER**

</div>

PLAINTIFFS PRAY for judgment against Defendants as follows:

    a. For general, special and Plaintiffs' actual damages according to proof;

    b. For restitution;

    c. For any consequential and incidental damages;

    d. For diminution in value;

    e. For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f. For prejudgment interest at the legal rate;

    g. For punitive damages;

    h. For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to

MJN3230

Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: July 5, 2024          STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
AERIN SCHLUMPBERGER AND
JAMES B SCHLUMPBERGER

MJN3231

# Exhibit A

MJN3232



# 2018

## Limited Warranty and
## Owner Assistance Information



chevrolet.com

MJN3233

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| | |
|---|---|
| Owner's Name: | |
| Phone Number: | |
| Street Address: | |
| City & State: | |
| Vehicle Identification Number (VIN): | |
| Date Vehicle First Delivered or Put In Use: | |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: | |

© 2017 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23168735 C Third Printing

**MJN3234**

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to**
**Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative
  Dispute Resolution Program ... 1
Warranty Service– United
  States ......................... 1

**Warranty Coverage at a**
**Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System
  Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Chevrolet Volt, Bolt EV, and
  Malibu Hybrid ................ 13
Drive Motor Battery
  Coverage .................... 14
Chevrolet Silverado eAssist®
  Coverage .................... 15
What Is Not Covered .......... 15

**Things to Know About the New**
**Vehicle Limited Warranty** .... 16
Warranty Repairs – Component
  Exchanges ................... 16
Warranty Repairs – Recycled
  Materials ..................... 16
Tire Service ................... 16
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 16
After-Manufacture
  "Rustproofing" ................ 17
Paint, Trim, and Appearance
  Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty
  Service Records ............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage –
  Extensions ................... 18
Warranty Service — Foreign
  Countries .................... 18
Permanent Relocation ......... 18
Original Equipment
  Alterations ................... 19

Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 19
Pre-Delivery Service ........... 19
Production Changes ........... 20
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only ......... 20

**Emission Control Systems**
**Warranty** ...................... 21
What Is Covered ............... 21
How to Determine the
  Applicable Emissions Control
  System Warranty ............. 21
Federal Emission Control
  System Warranty ............. 21
California Emission Control
  System Warranty ............. 22

**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure ............. 29

**MJN3235**

# 2018 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction
Procedure** .................... 31

**State Warranty
Enforcement Laws** ........... 33

**Warranty Information for
California Only** .............. 34

**Special Coverage Adjustment
Programs Beyond the Warranty
Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text
Telephone (TTY) Users** ....... 37

**Roadside Assistance
Program** ...................... 38

**Courtesy Transportation
Program** ...................... 39

**Chevrolet Protection** .......... 40
We're Behind You On All The
Roads Ahead ................ 40

**MJN3236**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3237**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax$^{®}$ Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 21 for more information.

### Federal

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax$^{®}$ Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

### California

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN3238**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.
- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 21.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3239**

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN3240**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 25

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**MJN3241**

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3242**

**2018 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3243**

## 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN3244**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**MJN3245**

## What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**MJN3246**

***Important:*** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 16.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**MJN3247**

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to

damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Navigation Map Data Updates
- Clutch Linings

- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**MJN3248**

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**MJN3249**

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Malibu Hybrid)

Content Under Heading: Battery and Internal Components, Modules, and Fan

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

### Brakes

Brake Modulator Assembly

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN3250**

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

### eAssist Components

The Hybrid Powertrain Control Modules and components including eAssist battery, eAssist battery disconnect, powerpack assembly, the eAssist battery cooling fan, the starter generator unit, starter generator cooling pump, high voltage 3–phase cables assembly, HVDC cables, and the transmission fluid accumulator and solenoid.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranties do not cover the following items:

### Wear Items

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Bolt EV, Malibu Hybrid, and Silverado eAssist specific warranty.

# MJN3251

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

MJN3252

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN3253**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN3255**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3256**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

## What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

## How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

● Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

● Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

## Federal Emission Control System Warranty

### Federal Warranty Coverage

● Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

 - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/ powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

● Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

 - 5 years or 50,000 miles, whichever comes first.

● Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

 - 5 years or 50,000 miles, whichever comes first.

### Federal Emission Defect Warranty

GM warrants to the owner the following:

● The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN3257**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

***Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN3258**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**
Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN3259**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3260**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *21* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Important:** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid

A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

**MJN3261**

## 26    Emission Warranty Parts List

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**MJN3262**

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
  Air and Coolant Sensors
  Battery Coolant Pumps and Cooling Fans
  Battery High Voltage Heater
  Battery Temperature Sensors
  E-compressor * **
  Power Electronics
  Coolant Pump
  Port Valves
  Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

**MJN3263**

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for**

**maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**MJN3264**

## Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available

within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent

owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed

**MJN3265**

## 30 Emission Warranty Parts List

30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 31.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3266**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN3267**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3268**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36*.

**MJN3269**

## 34    Warranty Information for California Only

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3270**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3271**

## 36 Customer Assistance Offices

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

### United States

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

### Canada

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN3272**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3273**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3274**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3275**

## 40 Chevrolet Protection

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and

administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3276**





**U.S. Only**



23168735 C



**MJN3277**

# Exhibit 43

MJN3278

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
SYED B HUQ

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
08/21/2024 at 12:52:06 PM
By: Damaree Franklin,
Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

| | |
|---|---|
| SYED B HUQ, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 24CV088052 <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

PAGE 1

COMPLAINT; JURY TRIAL DEMANDED

MJN3279

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to SYED B HUQ.

2. Plaintiff is a resident of Alameda County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Alameda County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## FACTUAL BACKGROUND

6. On or about February 2, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt Ev, vehicle identification number 1G1FY6S03L4141315 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of

COMPLAINT; JURY TRIAL DEMANDED

MJN3280

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to battery defects, engine defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3281

et seq.

18. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

20. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

21. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00

22. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

<div align="center">

**TOLLING OF THE STATUTES OF LIMITATION**

</div>

23. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

24. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**A.    Class Action Tolling**

25. Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim

MJN3282

is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles,* 237 Cal. App. 4th 1454, 1464 (2015).

26. The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B.     Discovery Rule Tolling**

27. Plaintiff had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

28. Within the time period of any applicable statutes of limitation, Plaintiff could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

29. Defendant was under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

30. Plaintiff did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiffs shortly prior to the filing of this Complaint.

**C.     The Repair Doctrine**

31. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.,* 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.,* 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

COMPLAINT; JURY TRIAL DEMANDED

MJN3283

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

32. Additionally, the limitations period for warranty claims is tolled against a defendant whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

33. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiffs that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

34. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

35. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains to all affected vehicles as set forth herein.

36. Furthermore, Defendant's fraudulent concealment was ongoing. Defendant blamed the symptoms of the defects on other issues and not the actual defect itself and purported to be able to repair.

37. Based on the foregoing, Defendant is estopped from relying on any statutes of limitation in defense of this action.

38. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

///

///

---

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

COMPLAINT; JURY TRIAL DEMANDED

MJN3284

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

# FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

41. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

42. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

43. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

44. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

///

///

///

COMPLAINT; JURY TRIAL DEMANDED

MJN3285

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

45. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

46. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

47. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

48. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis.*

49. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

## THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

MJN3286

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

50. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

51. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

52. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

### FOURTH CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### CODE, § 1791.1; § 1794; § 1795.5)

53. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

54. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

55. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

COMPLAINT; JURY TRIAL DEMANDED

MJN3287

56. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

57. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

58. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

59. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

60. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

61. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

62. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any

<div align="center">

**PAGE 10**

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

<div align="right">

**MJN3288**

</div>

<div style="margin-left:0">

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

</div>

time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

63. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

64. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

65. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

66. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers,

COMPLAINT; JURY TRIAL DEMANDED

MJN3289

amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

67. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

68. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

69. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

70. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

71. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

///

///

///

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN3290

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendant as follows:

a.  For general, special and Plaintiff's actual damages according to proof;

b.  For restitution;

c.  For any consequential and incidental damages;

d.  For diminution in value;

e.  For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.  For prejudgment interest at the legal rate;

g.  For punitive damages;

h.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.  For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: July 26, 2024                        STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
SYED B HUQ

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN3291

# Exhibit A

MJN3292



2020

# Limited Warranty and Owner Assistance Information

 chevrolet.com

MJN3293

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| Owner's Name: |
| --- |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2019 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84168948 B Second Printing

**MJN3294**

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ....................... 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ........................ 1

**Warranty Coverage at a Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered .......... 10
Electric and Hybrid Vehicle Warranty Coverage ........... 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15

Warranty Repairs – Recycled Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ......................... 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries .................... 17
Permanent Relocation ......... 18
Original Equipment Alterations .................... 18
Recreation Vehicle and Special Body or Equipment Alterations .................... 18
Pre-Delivery Service ........... 19

Production Changes .......... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 28
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** ..................... 30

**State Warranty Enforcement Laws** ........... 32

# MJN3295

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ...................... 37

**Courtesy Transportation Program** ...................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ................ 39

MJN3296

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure ⇨ 30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure ⇨ 30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices ⇨ 35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3297**

## 2    Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

**MJN3298**

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

  - Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ *20*.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3299**

## 4    New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**MJN3300**

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**MJN3301**

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3302**

**2020 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3303**

## 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN3304**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| **Caution** |
|---|
| This warranty excludes: Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**MJN3305**

### What Is Not Covered

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**MJN3306**

**Important:** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance

intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use

of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if

**MJN3307**

integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

### Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

### Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs

- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Electric and Hybrid Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect.

**MJN3309**

Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Hybrid Vehicles)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN3310**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN3311**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN3312**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

**MJN3313**

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

**MJN3314**

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3315**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN3316**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*\* Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN3317**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

**Important:** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

● For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

   - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

   - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

● For 7 years or 70,000 miles, whichever comes first:

   - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

● For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

   - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN3318**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Electric Vehicle call 1-877-486-5846 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3319**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty ⇨ 20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

***Important:*** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries, which are covered for 10 years/150,000 miles, whichever comes first.

### Powertrain Control System

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

### Ignition System

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN3320**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Driver Mode Select Switch

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Eboost Brake Control Module**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Electric Compressor Recirculation Valve (eCRV)

Electric Waste Gate Actuator

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN3321**

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Fuel Tank Zone Module

Purge Pump

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Active Thermal Management**

Block Rotary Valve

Body Control Module (BCM)**

Electric Coolant Pump

Engine Block Coolant Temperature Sensor

Engine Cylinder Head Coolant Temperature Sensor

Engine Inlet Coolant Temperature Sensor

Evaporator Air Temperature Sensor (EAT)

HVAC Front Blower Motor

HVAC Front Face Plate (FFP)

HVAC Front Mode/Temperature LIN Actuators

Main Rotary Valve

Radiator Outlet Coolant Temperature Sensor

Temperature/Humidity LIN Sensor

**Hybrid**

A/C Compressor

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

**MJN3322**

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

**MJN3323**

## 28    Emission Warranty Parts List

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

**MJN3324**

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure ⇨ 30.*

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3325**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846.

In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

● The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

● The dealer name and location.

● The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN3326**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3327**

## 32 State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

**MJN3328**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3329**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3330**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN3331**

## 36 Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3332**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3333**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3334**

## We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3335**




Certified Service


84168948 B



**MJN3336**

# Exhibit 44

MJN3337

Electronically FILED by Superior Court of California, County of Riverside on 06/24/2024 05:02 PM
Case Number CVPS2403929 0000096930143 - Jason B. Galkin, Executive Officer/Clerk of the Court By Amanda Grant, Clerk

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
HUGH ROYSTON COUSINS

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF RIVERSIDE**

| | |
|---|---|
| HUGH ROYSTON COUSINS,<br><br>      Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.:  CVPS2403929<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

MJN3338

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to HUGH ROYSTON COUSINS.

2. Plaintiff is a resident of Riverside County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Riverside County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about March 18, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2020 Chevrolet Bolt Ev, vehicle identification number 1G1FZ6S07L4145123 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

COMPLAINT; JURY TRIAL DEMANDED

MJN3339

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, engine defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis.*

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3340

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

<div align="center">TOLLING OF THE STATUTES OF LIMITATION</div>

22. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

23. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this action as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**A. Class Action Tolling**

24. Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN3341

is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles*, 237 Cal. App. 4th 1454, 1464 (2015).

25. The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B. Discovery Rule Tolling**

26. Plaintiff had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

27. Within the time period of any applicable statutes of limitation, Plaintiff could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

28. Defendant was under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

29. Plaintiff did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiff shortly prior to the filing of this Complaint.

**C. The Repair Doctrine**

30. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

31. Additionally, the limitations period for warranty claims is tolled against a defendant

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN3342

whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

32. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiff that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

33. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

34. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains to all affected vehicles as set forth herein.

35. Furthermore, Defendant's fraudulent concealment was ongoing. Defendant blamed the symptoms of the defects on other issues and not the actual defect itself and purported to be able to repair.

36. Based on the foregoing, Defendant is estopped from relying on any statutes of limitation in defense of this action.

37. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

---

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor, Los Angeles, CA 90067

**MJN3343**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

40. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

41. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

42. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

43. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

COMPLAINT; JURY TRIAL DEMANDED

MJN3344

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

44. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

45. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

46. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

47. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

48. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

## THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

COMPLAINT; JURY TRIAL DEMANDED

MJN3345

49. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

50. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

51. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

52. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

53. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

54. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

<div align="center">

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

<div align="right">

**MJN3346**

</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

55. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

56. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

57. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

58. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

59. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

60. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

61. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any

COMPLAINT; JURY TRIAL DEMANDED

MJN3347

time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

62. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

63. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

64. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

65. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

    a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers,

COMPLAINT; JURY TRIAL DEMANDED

MJN3348

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

amongst other sources of internal information;

b.  Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c.  Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

66.  In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

67.  The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle.  Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

68.  Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly.  Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

69.  All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

70.  As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

a.  For general, special and Plaintiff's actual damages according to proof;

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3349**

b. For restitution;

c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: June 20, 2024        STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
HUGH ROYSTON COUSINS

STRATEGIC LEGAL PRACTICES, APC

1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN3350

# Exhibit A

MJN3351



MJN3352

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| | |
|---|---|
| Owner's Name: | |
| Phone Number: | |
| Street Address: | |
| City & State: | |
| Vehicle Identification Number (VIN): | |
| Date Vehicle First Delivered or Put In Use: | |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: | |

**MJN3353**

© 2019 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84168948 B Second Printing

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to
Owners...** ....................... 1
GM's Commitment .............. 1
Owner Assistance .............. 1
GM Participation in an Alternative
  Dispute Resolution Program ... 1
Warranty Service– United
  States ........................ 1

**Warranty Coverage at a
Glance** ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System
  Warranty ...................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ............... 4
What Is Not Covered .......... 10
Electric and Hybrid Vehicle
  Warranty Coverage .......... 13
Drive Motor Battery
  Coverage .................... 14

**Things to Know About the New
Vehicle Limited Warranty** .... 15
Warranty Repairs – Component
  Exchanges ................... 15

Warranty Repairs – Recycled
  Materials ..................... 15
Tire Service ................... 15
Aftermarket Engine
  Performance Enhancement
  Products and Modifications ... 15
After-Manufacture
  "Rustproofing" ............... 16
Paint, Trim, and Appearance
  Items ........................ 16
Vehicle Operation and Care ... 16
Maintenance and Warranty
  Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage –
  Extensions .................. 17
Warranty Service — Foreign
  Countries .................... 17
Permanent Relocation ......... 18
Original Equipment
  Alterations ................... 18
Recreation Vehicle and Special
  Body or Equipment
  Alterations ................... 18
Pre-Delivery Service ........... 19

Production Changes .......... 19
Noise Emissions Warranty for
  Light Duty Trucks Over
  10,000 Lbs Gross Vehicle
  Weight
  Rating (GVWR) Only ......... 19
**Emission Control Systems
Warranty** ..................... 20
What Is Covered .............. 20
How to Determine the
  Applicable Emissions Control
  System Warranty ............ 20
Federal Emission Control
  System Warranty ............ 20
California Emission Control
  System Warranty ............ 21
**Emission Warranty Parts List** ..24
Replacement Parts ........... 28
Maintenance and Repairs ...... 28
Claims Procedure ............. 29
**Customer Satisfaction
Procedure** .................... 30
**State Warranty
Enforcement Laws** .......... 32

MJN3354

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ........................ 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ............... 39

MJN3355

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or

workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be

made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

MJN3356

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper (Includes Tires)

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

#### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

#### Federal

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

MJN3357

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines
  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.
  - Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines
  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 20.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN3358

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

MJN3359

**MJN3360**

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System

such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure

lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:**
All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

MJN3361

## 2020 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

MJN3362

**Tire Companies**

| Company | Website | Toll-Free Number |
| --- | --- | --- |
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

**Caution**

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

**Important:** Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

#### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

#### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if

integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to

incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance

- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs

MJN3367

- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Electric and Hybrid Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect.

**MJN3368**

Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

### Propulsion Battery Warranty Policy (Electric Vehicle)

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Hybrid Vehicles)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

MJN3369

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

MJN3371

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Warranty Service — Foreign Countries

### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

MJN3372

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

MJN3373

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

MJN3376

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

**Important:** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.
  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:
  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:
  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN3377**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Electric Vehicle call 1-877-486-5846 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 20 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Important:** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state

except Hybrid batteries, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Driver Mode Select Switch

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Eboost Brake Control Module**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Electric Compressor Recirculation Valve (eCRV)

Electric Waste Gate Actuator

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

## 26    Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Fuel Tank Zone Module

Purge Pump

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Active Thermal Management**

Block Rotary Valve

Body Control Module (BCM)**

Electric Coolant Pump

Engine Block Coolant Temperature Sensor

Engine Cylinder Head Coolant Temperature Sensor

Engine Inlet Coolant Temperature Sensor

Evaporator Air Temperature Sensor (EAT)

HVAC Front Blower Motor

HVAC Front Face Plate (FFP)

HVAC Front Mode/Temperature LIN Actuators

Main Rotary Valve

Radiator Outlet Coolant Temperature Sensor

Temperature/Humidity LIN Sensor

**Hybrid**

A/C Compressor

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

MJN3381

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

MJN3383

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30.*

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846.

In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

MJN3385

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

MJN3386

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

MJN3389

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance
Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text
Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada
Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text
Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

MJN3390

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3391**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

MJN3392

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

MJN3394







84168948 B



Certified Service

**MJN3395**

# Exhibit 45

MJN3396

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs:
HSUEH-SHENG MICHAEL CHENG AND QUYNH LE HONG

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/24/2024 5:31 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Greer, Deputy Clerk

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| HSUEH-SHENG MICHAEL CHENG AND QUYNH LE HONG, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 24PSCV02362 <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br> JURY TRIAL DEMANDED |

PAGE 1

COMPLAINT; JURY TRIAL DEMANDED

MJN3397

Plaintiffs allege as follows:

**PARTIES**

1.     As used in this Complaint, the word "Plaintiffs" shall refer to HSUEH-SHENG MICHAEL CHENG AND QUYNH LE HONG.

2.     Plaintiffs are residents of Los Angeles County, California.

3.     As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4.     Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5.     Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6.     On or about June 5, 2021, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2021 Chevrolet Bolt Ev, vehicle identification number 1G1FY6S04M4107529 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7.     The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8.     Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3398**

purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are "buyers" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiffs justifiably revoke acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3399

17. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiffs are to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiffs are entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00.

21. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

<div align="center">

**TOLLING OF THE STATUTES OF LIMITATION**

</div>

22. To the extent there are any statutes of limitation applicable to Plaintiffs' claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

23. Plaintiffs discovered Defendant's wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**A. Class Action Tolling**

24. Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3400**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles,* 237 Cal. App. 4th 1454, 1464 (2015).

25. The tolling of Plaintiffs' individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B.      Discovery Rule Tolling**

26. Plaintiffs had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

27. Within the time period of any applicable statutes of limitation, Plaintiffs could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

28. Defendant was under a continuous duty to disclose to Plaintiffs the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

29. Plaintiffs did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiffs shortly prior to the filing of this Complaint.

**C.      The Repair Doctrine**

30. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant

COMPLAINT; JURY TRIAL DEMANDED

MJN3401

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

31. Additionally, the limitations period for warranty claims is tolled against a defendant whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

32. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiffs that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

33. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

34. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains to all affected vehicles as set forth herein.

35. Furthermore, Defendant's fraudulent concealment was ongoing. Defendant blamed the symptoms of the defects on other issues and not the actual defect itself and purported to be able to repair.

36. Based on the foregoing, Defendant is estopped from relying on any statutes of limitation in defense of this action.

37. By filing this Complaint, Plaintiffs hereby revoke acceptance of the Subject Vehicle yet again.

---

that repairs will be made.").

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

COMPLAINT; JURY TRIAL DEMANDED

MJN3402

## FIRST CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

38. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

39. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

40. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

41. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

42. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

43. Plaintiffs seek civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and do not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

COMPLAINT; JURY TRIAL DEMANDED

MJN3403

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

44. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

45. Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

46. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

47. Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiffs do so again. Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis.*

48. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

/ / /

/ / /

/ / /

COMPLAINT; JURY TRIAL DEMANDED

**MJN3404**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**THIRD CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

49. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

50. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

51. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code section 1794(c).

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

52. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

53. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

54. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will

COMPLAINT; JURY TRIAL DEMANDED

**MJN3405**

pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

55. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

56. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

57. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

58. Plaintiffs purchased the Vehicle as manufactured with Defendant GM's battery system.

59. Defendant GM committed fraud by allowing to be sold to Plaintiffs the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

60. In particular, Plaintiffs are informed, believe, and thereon allege that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiffs prior to and at the time of sale and thereafter.

61. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

<div align="center">

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

MJN3406

Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

62. Plaintiffs are informed, believes and thereon allege that GM acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

63. Plaintiffs are informed, believe and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiffs prior to and at the time of sale and thereafter. Had Plaintiffs known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

64. Indeed, Plaintiffs allege that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

65. Defendant GM was under a duty to Plaintiffs to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiffs acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from

COMPLAINT; JURY TRIAL DEMANDED

MJN3407

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffs leased and/or purchased the Vehicle.

66. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

67. The facts concealed or not disclosed by Defendant GM to Plaintiffs are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiffs known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

68. Plaintiffs are reasonable consumers who did not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

69. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

70. As a result of Defendant GM's misconduct, Plaintiffs has suffered and will continue to suffer actual damages. Plaintiffs were harmed by purchasing a vehicle that Plaintiffs would not have purchased, or would have paid less for, had Plaintiffs known the true facts about the Battery Defect. Furthermore, Plaintiffs unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

COMPLAINT; JURY TRIAL DEMANDED

**MJN3408**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**PRAYER**

PLAINTIFFS PRAY for judgment against Defendant as follows:

    a.  For general, special and Plaintiffs' actual damages according to proof;

    b.  For restitution;

    c.  For any consequential and incidental damages;

    d.  For diminution in value;

    e.  For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f.  For prejudgment interest at the legal rate;

    g.  For punitive damages;

    h.  For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

    i.  For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: July 23, 2024               STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
HSUEH-SHENG MICHAEL CHENG
AND QUYNH LE HONG

COMPLAINT; JURY TRIAL DEMANDED

MJN3409

# Exhibit A

MJN3410



2021

# Limited Warranty and
# Owner Assistance Information

 chevrolet.com

**MJN3411**

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84988798 B Second Printing

**MJN3412**

# 2021 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to Owners... ........... 1
  GM's Commitment ....................... 1
  Owner Assistance ........................ 1
  GM Participation in an Alternative Dispute
    Resolution Program .................... 1
  Warranty Service– United States ......... 1
**Warranty Coverage at a Glance** ........... 2
  New Vehicle Limited Warranty .......... 2
  Emission Control System Warranty ...... 2
**New Vehicle Limited Warranty** ........... 4
  What Is Covered ........................ 4
  What Is Not Covered .................... 8
  Electric and Hybrid Vehicle Warranty
    Coverage .............................. 11
  Drive Motor Battery Coverage .......... 11
**Things to Know About the New Vehicle
  Limited Warranty** ...................... 13
  Warranty Repairs – Component
    Exchanges ............................ 13
  Warranty Repairs – Recycled
    Materials .............................. 13
  Tire Service ............................. 13

Aftermarket Engine Performance
  Enhancement Products and
  Modifications ......................... 13
After-Manufacture "Rustproofing" ....... 13
Paint, Trim, and Appearance Items ..... 14
Vehicle Operation and Care ............. 14
Maintenance and Warranty Service
  Records ............................... 14
Chemical Paint Spotting ................ 14
Warranty Coverage – Extensions ....... 14
Warranty Service — Foreign Countries .. 15
Permanent Relocation ................... 15
Original Equipment Alterations ......... 15
Recreation Vehicle and Special Body or
  Equipment Alterations ................ 15
Pre-Delivery Service ..................... 15
Production Changes ..................... 16
Noise Emissions Warranty for Light Duty
  Trucks Over 10,000 Lbs Gross Vehicle
  Weight Rating (GVWR) Only ........... 16
**Emission Control Systems Warranty** ...... 17
  What Is Covered ....................... 17
  How to Determine the Applicable
    Emissions Warranty .................. 17

Federal Emission Control System
  Warranty ............................. 17
California Emission Control System
  Warranty ............................. 18
**Emission Warranty Parts List** ............. 21
  Replacement Parts ..................... 22
  Maintenance and Repairs .............. 22
  Claims Procedure ...................... 23
**Customer Satisfaction Procedure** ........ 25
**State Warranty Enforcement Laws** ....... 27
**Warranty Information for
  California Only** ......................... 28
**Special Coverage Adjustment Programs
  Beyond the Warranty Period** .......... 29
**Customer Assistance Offices** ............. 30
**Customer Assistance for Text Telephone
  (TTY) Users** ............................. 31
**Roadside Assistance Program** ............ 32
**Courtesy Transportation Program** ........ 33
**Chevrolet Protection** ..................... 34
  We're Behind You On All The Roads
    Ahead ................................ 34

**MJN3413**

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *25.*

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *25* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *30.* If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3414**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper Coverage (Includes Tires)

- Coverage for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain Coverage

- Coverage for the first 5 years or 60,000 miles, whichever comes first.
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

#### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.
- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

#### Federal Emission Warranty Coverage

- For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles, whichever comes first for Emissions related parts
  - 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.
- For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 bs.
  - 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### California Emission Warranty Coverage

Vehicles eligible for California Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.
  - If any emission related part listed in the booklet is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.
- 7 years or 70,000 miles whichever comes first for Emissions related parts
  - If any emission related part specially noted in this booklet as having coverage of 7 years or 70,000 miles is defective or if its failure causes your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

For Heavy duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 14,000 lbs.

- 5 years or 50,000 miles (Gasoline engines) or 5 years or 100,000 miles (Diesel Engines) whichever comes first for Emissions related parts

**MJN3415**

For a Transitional Zero Emission Vehicle (TZEV)

- 15 years or 150,000 miles, whichever comes first
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3416**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/ oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the

MJN3417

emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 21

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**MJN3418**

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**2021 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
| --- | --- | --- |
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3419**

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery

**MJN3420**

will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| **Caution** |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**What Is Not Covered**

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard

damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**MJN3421**

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 13.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

**MJN3422**

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings

- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

**MJN3423**

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or

consequential damages, so the above limitations or exclusions may not apply to you.

**Electric and Hybrid Vehicle Warranty Coverage**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited

Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**Drive Motor Battery Coverage**

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery

**MJN3424**

capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Hybrid Vehicles)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN3425**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *30*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission*, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

MJN3426

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

MJN3427

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer

**MJN3428**

facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN3429

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The Emissions related parts covered under Federal and California Warranty are listed under the *Emission Warranty Parts List* ⇨ 21.

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Emissions Warranty Coverage

- For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles, whichever comes first for Emissions related parts
  - 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.
- For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions-defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

#### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

**MJN3430**

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.
- The vehicle fails an EPA-approved I/M test during the emission warranty period.
- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *21* which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

**California Emissions Warranty Requirements**

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other states adopting California emission and warranty regulations.*
- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*\* Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**MJN3431**

**California Emission Defect and Emission Performance Warranty Coverage**

Vehicles eligible for California Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission related part listed in the booklet is is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- 7 years or 70,000 miles whichever comes first for Emissions related parts

  - If any emission related part specially noted in this booklet as having coverage of 7 years or 70,000 miles is defective or if its failure causes your vehicle to fail a Smog Check inspection,

GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

For Heavy duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 14,000 lbs.

- 5 years or 50,000 miles (Gasoline engines) or 5 years or 100,000 miles (Diesel Engines) whichever comes first for Emissions related parts

For a Transitional Zero Emission Vehicle (TZEV)

- 15 years or 150,000 miles, whichever comes first

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first

placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions-related.

MJN3432

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3433**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 17 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

- Diagnostic Emissions Critical - Electronic Control Units (8/80)
- Engine Control Module (8/80)
- Transmission Control Module (8/80)
- Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
Supercharger Assembly*

Throttle Body

Turbocharger System
Turbocharger Assembly*
Turbocharger Oil Feed Pipe (Diesel)*
Turbocharger Exhaust Pipe (Diesel)*
Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
Turbocharger Vane Position Sensor*
Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

MJN3434

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably

MJN3435

available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable

time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⊳ 25.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency Office of Transportation and Air Quality Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

**MJN3436**

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3437**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
BBB National Programs, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

**MJN3438**

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3439**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *30*.

**MJN3440**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3441**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3442**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

**MJN3443**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3444**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3445**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3446**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/ summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by

AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3447**

✍ **NOTES**

MJN3448

✎ NOTES

**MJN3449**





Certified Service



84988798 B



**MJN3450**

# Exhibit 46

MJN3451

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
ABIGAIL TERRASAS

Electronically FILED by
Superior Court of California,
County of Los Angeles
9/23/2024 12:47 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By P. Rodriguez, Deputy Clerk

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| ABIGAIL TERRASAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  24STCV24597<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

PAGE 1
COMPLAINT; JURY TRIAL DEMANDED

MJN3452

*Left margin vertical text:* STRATEGIC LEGAL PRACTICES, APC — 1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to ABIGAIL TERRASAS.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## FACTUAL BACKGROUND

6. On or about June 6, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a 2021 Chevrolet Bolt Ev, vehicle identification number 1G1FZ6S08M4114772 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3453**

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to battery defects, engine defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis.*

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3454

et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

<div align="center">

**TOLLING OF THE STATUTES OF LIMITATION**

</div>

22. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

23. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**A.     Class Action Tolling**

24. Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN3455**

<div style="margin-left:0">

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

</div>

is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles,* 237 Cal. App. 4th 1454, 1464 (2015).

25. The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B. Discovery Rule Tolling**

26. Plaintiff had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

27. Within the time period of any applicable statutes of limitation, Plaintiff could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

28. Defendant was under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

29. Plaintiff did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiff shortly prior to the filing of this Complaint.

**C. The Repair Doctrine**

30. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

31. Additionally, the limitations period for warranty claims is tolled against a defendant

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

COMPLAINT; JURY TRIAL DEMANDED

MJN3456

whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

32. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiff that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

33. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

34. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains to all affected vehicles as set forth herein.

35. Furthermore, Defendant's fraudulent concealment was ongoing. Defendant blamed the symptoms of the defects on other issues and not the actual defect itself and purported to be able to repair.

36. Based on the foregoing, Defendant is estopped from relying on any statutes of limitation in defense of this action.

37. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

---

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

COMPLAINT; JURY TRIAL DEMANDED

MJN3457

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

38. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

40. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

41. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

42. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

43. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

PAGE 7

COMPLAINT; JURY TRIAL DEMANDED

MJN3458

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## SECOND CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

44. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

45. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

46. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

47. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

48. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

## THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

COMPLAINT; JURY TRIAL DEMANDED

MJN3459

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

49. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

50. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

51. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

52. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

53. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

54. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN3460**

55. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

56. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

</div>

57. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

58. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

59. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

60. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

61. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN3461**

time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

62. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

63. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

64. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

65. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

    a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers,

COMPLAINT; JURY TRIAL DEMANDED

MJN3462

amongst other sources of internal information;

    b.    Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

    c.    Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

66. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

67. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

68. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

69. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

70. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<center>**PRAYER**</center>

PLAINTIFF PRAYS for judgment against Defendant as follows:

    a.    For general, special and Plaintiff's actual damages according to proof;

COMPLAINT; JURY TRIAL DEMANDED

**MJN3463**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

b. For restitution;

c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i. For such other relief as the Court may deem proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: July 24, 2024        STRATEGIC LEGAL PRACTICES, APC

BY: _____

TIONNA CARVALHO
Attorneys for Plaintiff
ABIGAIL TERRASAS

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN3464

# Exhibit A

MJN3465



2021

# Limited Warranty and Owner Assistance Information

 chevrolet.com

**MJN3466**

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84988798 B Second Printing

**MJN3467**

# 2021 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** .......... 1
  GM's Commitment ....................... 1
  Owner Assistance ........................ 1
  GM Participation in an Alternative Dispute
    Resolution Program .................... 1
  Warranty Service– United States ......... 1

**Warranty Coverage at a Glance** .......... 2
  New Vehicle Limited Warranty .......... 2
  Emission Control System Warranty ...... 2

**New Vehicle Limited Warranty** .......... 4
  What Is Covered ......................... 4
  What Is Not Covered ..................... 8
  Electric and Hybrid Vehicle Warranty
    Coverage .............................. 11
  Drive Motor Battery Coverage .......... 11

**Things to Know About the New Vehicle
  Limited Warranty** ...................... 13
  Warranty Repairs – Component
    Exchanges ............................. 13
  Warranty Repairs – Recycled
    Materials .............................. 13
  Tire Service ............................. 13

Aftermarket Engine Performance
  Enhancement Products and
  Modifications ......................... 13
After-Manufacture "Rustproofing" ....... 13
Paint, Trim, and Appearance Items ..... 14
Vehicle Operation and Care ............. 14
Maintenance and Warranty Service
  Records ............................... 14
Chemical Paint Spotting ................ 14
Warranty Coverage – Extensions ....... 14
Warranty Service — Foreign Countries .. 15
Permanent Relocation ................... 15
Original Equipment Alterations ......... 15
Recreation Vehicle and Special Body or
  Equipment Alterations ................ 15
Pre-Delivery Service ..................... 15
Production Changes ..................... 16
Noise Emissions Warranty for Light Duty
  Trucks Over 10,000 Lbs Gross Vehicle
  Weight Rating (GVWR) Only ........... 16

**Emission Control Systems Warranty** ...... 17
  What Is Covered ....................... 17
  How to Determine the Applicable
    Emissions Warranty .................. 17

Federal Emission Control System
  Warranty ............................. 17
California Emission Control System
  Warranty ............................. 18

**Emission Warranty Parts List** ............. 21
  Replacement Parts ...................... 22
  Maintenance and Repairs ............... 22
  Claims Procedure ....................... 23

**Customer Satisfaction Procedure** ......... 25

**State Warranty Enforcement Laws** ....... 27

**Warranty Information for
  California Only** ......................... 28

**Special Coverage Adjustment Programs
  Beyond the Warranty Period** .......... 29

**Customer Assistance Offices** ............. 30

**Customer Assistance for Text Telephone
  (TTY) Users** ............................ 31

**Roadside Assistance Program** ............ 32

**Courtesy Transportation Program** ........ 33

**Chevrolet Protection** ..................... 34
  We're Behind You On All The Roads
    Ahead ................................ 34

**MJN3468**

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *25*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *25* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *30*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3469**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper Coverage (Includes Tires)

- Coverage for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain Coverage

- Coverage for the first 5 years or 60,000 miles, whichever comes first.
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.
- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

#### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.
- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

#### Federal Emission Warranty Coverage

- For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles, whichever comes first for Emissions related parts
  - 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.
- For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 bs.
  - 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### California Emission Warranty Coverage

Vehicles eligible for California Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts

- If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.
- If any emission related part listed in the booklet is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.
- 7 years or 70,000 miles whichever comes first for Emissions related parts
  - If any emission related part specially noted in this booklet as having coverage of 7 years or 70,000 miles is defective or if its failure causes your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

For Heavy duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 14,000 lbs.

- 5 years or 50,000 miles (Gasoline engines) or 5 years or 100,000 miles (Diesel Engines) whichever comes first for Emissions related parts

**MJN3470**

For a Transitional Zero Emission Vehicle (TZEV)

- 15 years or 150,000 miles, whichever comes first

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3471**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/ oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the

MJN3472

emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

**Important:** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 21

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**MJN3473**

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

### 2021 Chevrolet Tire Pro-Rate Chart

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3474**

## Tire Companies

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery

**MJN3475**

will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**What Is Not Covered**

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

MJN3476

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *13*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

MJN3477

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:
- Audio System Cleaning
- Brake Pads/Linings

- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

**MJN3478**

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Electric and Hybrid Vehicle Warranty Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery

**MJN3479**

capacity, a dealer service technician could determine if the vehicle is within parameters.

### Hybrid Battery (Hybrid Vehicles)

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

### Repair (If Necessary)

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

### Other Electric/Hybrid Components

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

### Regenerative Braking System

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

### Electric/Hybrid Drive Unit

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN3480**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *30*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission*, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

MJN3481

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

**MJN3482**

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer

**MJN3483**

facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

MJN3484

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. In any case, the warranty with the broadest coverage applies.

## What Is Covered

The Emissions related parts covered under Federal and California Warranty are listed under the *Emission Warranty Parts List* ⇨ 21.

## How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Warranty Coverage.

## Federal Emission Control System Warranty

### Federal Emissions Warranty Coverage

- For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles, whichever comes first for Emissions related parts
  - 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.
- For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first for Emissions related parts

### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions-defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

**MJN3485**

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.
- The vehicle fails an EPA-approved I/M test during the emission warranty period.
- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *21* which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

**California Emissions Warranty Requirements**

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other states adopting California emission and warranty regulations.*
- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*\* Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**MJN3486**

**California Emission Defect and Emission Performance Warranty Coverage**

Vehicles eligible for California Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission related part listed in the booklet is is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- 7 years or 70,000 miles whichever comes first for Emissions related parts

  - If any emission related part specially noted in this booklet as having coverage of 7 years or 70,000 miles is defective or if its failure causes your vehicle to fail a Smog Check inspection,

GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

For Heavy duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 14,000 lbs.

- 5 years or 50,000 miles (Gasoline engines) or 5 years or 100,000 miles (Diesel Engines) whichever comes first for Emissions related parts

For a Transitional Zero Emission Vehicle (TZEV)

- 15 years or 150,000 miles, whichever comes first

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first

placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions-related.

MJN3487

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3488**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ 17 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

- Diagnostic Emissions Critical - Electronic Control Units (8/80)
- Engine Control Module (8/80)
- Transmission Control Module (8/80)
- Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
  Supercharger Assembly*

Throttle Body

Turbocharger System
  Turbocharger Assembly*
  Turbocharger Oil Feed Pipe (Diesel)*
  Turbocharger Exhaust Pipe (Diesel)*
  Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
  Turbocharger Vane Position Sensor*
  Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

MJN3489

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably

MJN3490

available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable

time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⋄ 25.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency Office of Transportation and Air Quality Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

**MJN3491**

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

MJN3492

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
BBB National Programs, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

MJN3493

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3494**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *30*.

**MJN3495**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3496**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3497**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

**MJN3498**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3499**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3500**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3501**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/ summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3502**





Certified Service



84988798 B



**MJN3503**

# Exhibit 47

MJN3504

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
QUOC SI P LE

E-FILED
9/6/2024 3:50 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
24CV446789
Reviewed By: J. Nguyen

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| QUOC SI P LE,<br><br>       Plaintiff,<br><br>  vs.<br><br>GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 24CV446789<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

PAGE 1

COMPLAINT; JURY TRIAL DEMANDED

MJN3505

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to QUOC SI P LE.

2. Plaintiff is a resident of Santa Clara County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Santa Clara County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the flctitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about June 29, 2021, Plaintiff entered into a warranty contract with Defendant GM regarding a Certified Pre-Owned 2017 Chevrolet Bolt EV, vehicle identification number 1G1FX6S07H4188745 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3506**

purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to electric battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3507

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00.

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

### TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

### FIRST CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3508**

Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

## SECOND CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

PAGE 5

COMPLAINT; JURY TRIAL DEMANDED

MJN3509

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION
### BY PLAINTIFF AGAINST DEFENDANT GM
### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly,

COMPLAINT; JURY TRIAL DEMANDED

**MJN3510**

Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

<div align="center">

PAGE 7

**COMPLAINT; JURY TRIAL DEMANDED**

</div>

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3511**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**(Fraudulent Inducement - Concealment)**

44.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45.     Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46.     Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47.     In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48.     Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

49.     Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these

COMPLAINT; JURY TRIAL DEMANDED

MJN3512

complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has

COMPLAINT; JURY TRIAL DEMANDED

MJN3513

knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

57. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendant as follows:

    a. For general, special and Plaintiff's actual damages according to proof;

    b. For restitution;

    c. For any consequential and incidental damages;

    d. For diminution in value;

    e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f. For prejudgment interest at the legal rate;

    g. For punitive damages;

    h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3514**

Civil Code section 1794, subdivision (d);

i.  For such other relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: September 5, 2024                 STRATEGIC LEGAL PRACTICES, APC

BY: _____
     TIONNA CARVALHO
     Attorneys for Plaintiff
     QUOC SI P LE

COMPLAINT; JURY TRIAL DEMANDED

MJN3515

# Exhibit A

MJN3516



2017

Chevrolet  Limited Warranty and
Owner Assistance Information

chevrolet.com

**MJN3517**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| | |
|---|---|
| Owner's Name: | |
| Phone Number: | |
| Street Address: | |
| City & State: | |
| Vehicle Identification Number (VIN): | |
| Date Vehicle First Delivered or Put In Use: | |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: | |

© 2016 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23452969 B Second Printing

**MJN3518**

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ....................... 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States, Canada, and Mexico ........... 1

**Warranty Coverage at a Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Spark EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14
What Is Not Covered .......... 14
Chevrolet Silverado eAssist® Coverage .................... 15

**Things to Know About the New Vehicle Limited Warranty** .... 16
Warranty Repairs – Component Exchanges ................... 16
Warranty Repairs – Recycled Materials ..................... 16
Tire Service .................... 16
Aftermarket Engine Performance Enhancement Products and Modifications ... 16
After-Manufacture "Rustproofing" ................ 17
Paint, Trim, and Appearance Items ........................ 17
Vehicle Operation and Care ... 17
Maintenance and Warranty Service Records .............. 17
Chemical Paint Spotting ....... 17
Warranty Coverage – Extensions ................... 18
Warranty Service — Foreign Countries .................... 18
Permanent Relocation ......... 18
Original Equipment Alterations .................... 19

Recreation Vehicle and Special Body or Equipment Alterations .................... 19
Pre-Delivery Service ........... 19
Production Changes ........... 20
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 20

**Emission Control Systems Warranty** ...................... 21
What Is Covered ............... 21
How to Determine the Applicable Emissions Control System Warranty ............. 21
Federal Emission Control System Warranty ............. 21
California Emission Control System Warranty ............. 22

**Emission Warranty Parts List** ..25
Replacement Parts ............ 28
Maintenance and Repairs ...... 29
Claims Procedure .............. 29

**MJN3519**

# 2017 Chevrolet Limited Warranty and Owner Assistance Information

**Customer Satisfaction
Procedure** .................... 31

**State Warranty
Enforcement Laws** ........... 33

**Warranty Information for
California Only** .............. 34

**Special Coverage Adjustment
Programs Beyond the Warranty
Period** ........................ 35

**Customer Assistance Offices** ..36

**Customer Assistance for Text
Telephone (TTY) Users** ....... 37

**Roadside Assistance
Program** ..................... 38

**Courtesy Transportation
Program** ..................... 39

**MJN3520**

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *31*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *31* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States, Canada, and Mexico

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *36*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ 21 for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

**California**

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN3522**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

● 6.6L Duramax Turbo-Diesel Engines

- Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

**Important:** Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 21.

**Noise Emissions**

● Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3523**

## 4 New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 66L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service

**MJN3524**

replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

***Important:*** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ *25*

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and

**MJN3525**

universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3526**

**2017 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3527**

## 8 New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
| --- | --- | --- |
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN3528**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and

**MJN3529**

breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions
- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint

**MJN3530**

Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *16.*

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel,

operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a

result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use

**MJN3531**

of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a**

**MJN3532**

particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.*

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

### Chevrolet Volt, Spark EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Company will warrant certain components for Chevrolet Volt, Spark EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Spark EV, and Malibu Hybrid vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Volt, Spark EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles (160 000 kilometers) term for the following:

### Towing

During the 8 year or 8 years or 100,000 miles (160 000 kilometers) Hybrid warranty period, towing is

**MJN3533**

covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

## Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Spark EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

Content Under Heading: Battery and Internal Components, Modules, and Fan

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Spark EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicles fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control

Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, Battery Charger Control Module.

**Brakes**

Brake Modulator Assembly

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

## What Is Not Covered

In addition to the "What is Not Covered" section previously, the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty does not cover the following items:

**Wear Items**

Wear items, such as brake linings, are not covered in the Chevrolet Volt, Spark EV, and Malibu Hybrid specific warranty.

**MJN3534**

### Chevrolet Silverado eAssist® Coverage

For vehicles sold in the United States, in addition to the Base Warranty Coverage described in the Warranty and Owner Assistance booklet, General Motors will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100.000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty and Owner Assistance booklet, General Motors of Canada Company will warrant certain eAssist components for the Chevrolet Silverado eAssist for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle,

against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

**MJN3535**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *36*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN3536**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN3537**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under

**MJN3538**

the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

**Important:** Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the

warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the

disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the

**MJN3539**

dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3540**

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to

**MJN3541**

conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 25, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle

Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

***Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

California Partial Zero Emission Vehicles (PZEV) have extended coverage on all emission-related parts.

**MJN3542**

***Important:*** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Vermont have PZEV Emission Warranty Coverage. (Oregon has PZEV Hybrid battery 10 years/150,000 mile coverage only).

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine

computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

● For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

 - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

 - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is

your Short-term Emission Control Systems Defects Warranty.

● For 7 years or 70,000 miles, whichever comes first:

 - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

● For 8 years or 80,000 miles, whichever comes first:

 - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be defective, GM will repair or replace it under the Federal Emission Control System Warranty.

**MJN3543**

- For 15 years or 150,000 miles, whichever comes first for a Partial Zero Emission Vehicle (PZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your (PZEV) Emission Control System Defects Warranty.

* PZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. Spark EV call 855-4-SPARK-INFO (855-477-2754 For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3544**

The emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *21* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California PZEV (NU6) vehicles registered in a PZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Coolant Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Thermostat

Throttle Position Sensor

Vehicle Control Module (VCM) **

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Internal Mode Switch

Park/Neutral Switch

Transmission Control Module **

**MJN3545**

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

**Electronic Transmission Range Selector**

Chassis Control Module (CHCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

**Secondary Air Injection System**

Air Pump and Check Valves

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Temperature and Pressure Sensors

Diesel Exhaust (DPF) Indirect Fuel Injector

Diesel Exhaust Emission Reduction Fluid Injector

Diesel Exhaust Emission Reduction Fluid Tank

Diesel Exhaust NOx Sensors

Diesel Particulate Filter (DPF) *

Diesel Particulate Matter Sensor

Exhaust Manifold

Exhaust Manifold Gasket

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**MJN3546**

**Exhaust Gas Recirculation (EGR) System**

EGR Feed and Delivery Pipes

EGR Temperatuer Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

DC Voltage Bidirectional Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM Hood Switch

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
    Air and Coolant Temperature Sensors
    Battery Coolant Pump
    Battery High Voltage Heater
    Battery Temperature Sensors
    E-compressor * **
    Power Electronics
    Coolant Pump
    Port Valves
    Rfg. Temperature and Pressure Sensors

Internal Mode Switch (IMS)

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**MJN3547**

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for**

**maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

**MJN3548**

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being

completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of

maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

**MJN3549**

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 31.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3550**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Spark EV call 855-4-SPARK-INFO (855-477-2754). For Volt call

1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

● The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

● The dealer name and location.

● The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN3551**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *36*.

**MJN3553**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3554**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3555**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Spark EV 855-4-SPARK-INFO (855-477-2754).
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Spark EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN3556**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3557**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Coverage is provided during the Bumper-to-Bumper Warranty, Limited Powertrain Warranty, and/or hybrid-specific limited warranty. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Spark EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3558**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3559**

# Exhibit 48

MJN3560

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tdolin@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
THOMAS OMSTEAD

ELECTRONICALLY FILED
Superior Court of California
County of Sonoma
11/14/2024 1:58 PM
By: Angelina Burningham, Deputy Clerk

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF SONOMA

| | |
|---|---|
| THOMAS OMSTEAD,<br><br>        Plaintiff,<br><br>  vs.<br><br>GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:   24CV06868<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

MJN3561

Plaintiff alleges as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiff" shall refer to THOMAS OMSTEAD.

2. Plaintiff is a resident of Sonoma County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Sonoma County, California.

5. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about July 28, 2022, Plaintiff entered into a warranty contract with Defendant GM regarding a 2022 Chevrolet Bolt Euv, vehicle identification number 1G1FZ6S0XN4126875 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN3562

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to electric battery defects, transmission defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3563

et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

22. To the extent there are any statutes of limitation applicable to any of Plaintiff's claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

23. Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

24. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

25. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

26. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3564**

required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

27. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

28. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

29. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

30. Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<div align="center">

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</div>

31. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

33. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

<div align="left">

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

</div>

MJN3565

pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

34. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

35. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

36. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

37. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

38. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code

MJN3566

section 1794(c).

## FOURTH CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### CODE, § 1791.1; § 1794; § 1795.5)

39. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

41. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

42. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

43. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT GM

### (Fraudulent Inducement - Concealment)

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3567**

44. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

45. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

46. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

47. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

48. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

49. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

50. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3568**

the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

51. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

52. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

53. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

54. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN3569

purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

55. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

56. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center">

**PRAYER**

</div>

PLAINTIFF PRAYS for judgment against Defendant as follows:

a. For general, special and Plaintiff's actual damages according to proof;

b. For restitution;

c. For any consequential and incidental damages;

d. For diminution in value;

e. For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f. For prejudgment interest at the legal rate;

g. For punitive damages;

h. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d),

i. For such other relief as the Court may deem proper.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

COMPLAINT; JURY TRIAL DEMANDED

MJN3570

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: November 13, 2024   STRATEGIC LEGAL PRACTICES, APC

BY: _____
   TIONNA CARVALHO
   Attorneys for Plaintiff
   THOMAS OMSTEAD

MJN3571

# Exhibit A

MJN3572



2022

Limited Warranty and
Owner Assistance
Information

MJN3573

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

Owner's Name:

Phone Number:

Street Address:

City & State:

Vehicle Identification Number (VIN):

Date Vehicle First Delivered or Put In Use:

Odometer Reading on Date Vehicle First Delivered or Put In Use:

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84570568 A First Printing

**MJN3574**

# 2022 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners…** ……… 1
GM's Commitment …………………… 1
Owner Assistance …………………… 1
GM Participation in an Alternative Dispute
   Resolution Program ………………… 1
Warranty Service– United States ……… 1

**Warranty Coverage at a Glance** ……… 2
New Vehicle Limited Warranty ……… 2
Emission Control System Warranty …… 3

**New Vehicle Limited Warranty** ……… 5
What Is Covered …………………… 5
What Is Not Covered ………………… 10
Electric Vehicle Warranty Coverage …. 13

**Things to Know About the New Vehicle
Limited Warranty** ………………… 15
Warranty Repairs – Component
   Exchanges ………………………… 15
Warranty Repairs – Recycled
   Materials ………………………… 15
Tire Service ………………………… 15
Aftermarket Engine Performance
   Enhancement Products and
   Modifications ……………………… 15

Paint, Trim, and Appearance Items …… 15
Vehicle Operation and Care ………… 16
Maintenance and Warranty Service
   Records …………………………… 16
Chemical Paint Spotting …………… 16
Warranty Coverage – Extensions …… 16
Warranty Service – Foreign
   Countries ………………………… 16
Permanent Relocation ……………… 17
Original Equipment Alterations ……… 17
Recreation Vehicle and Special Body or
   Equipment Alterations …………… 17
Pre-Delivery Service ………………… 17
Production Changes ………………… 18
Noise Emissions Warranty for Light Duty
   Trucks Over 10,000 Lbs Gross Vehicle
   Weight Rating (GVWR) Only ……… 18

**Emission Control Systems Warranty** … 19
How to Determine the Applicable
   Emissions Warranty ……………… 19
Federal Emission Control System
   Warranty ………………………… 19

California Emission Control System
   Warranty ………………………… 20
**Emission Warranty Parts List** ………… 22
Replacement Parts ………………… 23
Maintenance and Repairs …………… 24
Claims Procedure …………………… 24

**Customer Satisfaction Procedure** …… 26

**State Warranty Enforcement Laws** …… 28

**Warranty Information for
California Only** …………………… 29

**Special Coverage Adjustment Programs
Beyond the Warranty Period** ……… 30

**Customer Assistance Offices** ………… 31

**Customer Assistance for Text Telephone
(TTY) Users** ……………………… 32

**Roadside Assistance Program** ………… 33

**Courtesy Transportation Program** …… 34

**Chevrolet Protection** ………………… 35
We're Behind You On All The Roads
   Ahead …………………………… 35

**MJN3575**

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *26*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *26* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *31*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3576**

## 2  Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty



**NEW VEHICLE LIMITED WARRANTY**

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bumper to Bumper (including tires) | | | 3 years/36,000 miles[1] | | | | | | | | |
| Electric Vehicle Specific Components | | | | | | | | | | 8 years/100,000 miles[1] | |
| **Powertrain** | | | | | | | | | | | |
| Gasoline and Diesel (other than 3.0L and 6.6L) Engines | | | | | | 5 years/60,000 miles[1] | | | | | |
| 3.0L and 6.6L Duramax Diesel | | | | | | | | | 5 years/100,000 miles[1] | | |
| Certain Commercial/Government Fleet Vehicles | | | | | | | | | 5 years/100,000 miles[1] | | |
| Restraint Systems | | | | | | | 6 years/72,000 miles[1] | | | | |
| **Sheet Metal** | | | | | | | | | | | |
| Corrosion Coverage | | | 3 years/36,000 miles[1] | | | | | | | | |
| Rust-through Coverage | | | | | | | | | | 6 years/100,000 miles[1] | |

[1] Whichever comes first

**MJN3577**

**Emission Control System Warranty**

## EMISSION CONTROL SYSTEM WARRANTY

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal Light-Duty Cars & Trucks** (under 8,500 lbs Gross Vehicle Weight Rating [GVWR]) | | | | | | | | | | | |
| Defect / Performance | 2 years / 24,000 miles[1] | | | | | | | | | | |
| Specified Major Components | 8 years / 80,000 miles[1] | | | | | | | | | | |
| **Federal Heavy-Duty Trucks** (8,501 to 19,500 lbs GVWR, gas & diesel) | | | | | | | | | | | |
| Defect / Performance | 5 years / 50,000 miles[1] | | | | | | | | | | |
| **California**[2] (under 14,000 lbs GVWR) | | | | | | | | | | | |
| Performance | 3 years / 50,000 miles[1] | | | | | | | | | | |
| Short-Term Defect | 3 years / 50,000 miles[1] | | | | | | | | | | |
| Long-Term Defect (High Cost Parts) | 7 years / 70,000 miles[1] | | | | | | | | | | |

[1] Whichever comes first

[2] Also applies to Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington vehicles equipped with a California Certified Emission Control System. These vehicles are also covered by the Federal Emission Control System Warranty.

**MJN3578**

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

MJN3579

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 22.

**Engine Coverage includes:** Cylinder block and heads and all internally lubricated parts, timing gears, timing chain/belt and cover, valve covers, oil pump assembly, oil pan, engine oil cooling hoses and lines, seals, gaskets, manifolds, flywheel, water pump, engine mount, turbocharger and supercharger, actuators and electrical components internal to the engine. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose.

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, heater core, starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line).

**MJN3580**

**Diesel Components Coverage includes:**
Cylinder block and heads and all internally lubricated parts, intake and exhaust manifolds, timing gears, timing chain/belt and cover, flywheel, valve covers, oil pump assembly, oil pan, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor.

**Transmission/Transaxle Coverage includes:**
All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain component coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g.,front differential actuator).

*Exclusions:* Excluded from the powertrain component coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Restraint Systems Warranty**

Provides repair or replacement needed to correct defects in materials or workmanship of any seatbelt or airbag system, supplied by General Motors. Coverage is for 6 years or 72,000 miles, whichever comes first. This warranty is subject to the exceptions indicated in the "What Is Not Covered" section or cosmetic appearance defects such as color fade.

**MJN3581**

**Sheet Metal Coverage**

Body sheet metal panels are covered against corrosion and rust-through as follows:

**Surface Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Important:** Surface rust resulting from accidents, stone chips or scratches in the paint is not included in sheet metal coverage.

**Rust-Through:** Any body sheet metal panel that rusts through — that develop an actual hole in the sheet metal — is covered for up to 6 years or 100,000 miles, whichever comes first.

**Important:** Your vehicle was designed and built to resist corrosion. Application of additional rust inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products. Application of after manufacture rust proofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3582**

**2022 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer.

Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3583**

## Tire Companies

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone/Firestone | www.bridgestonetire.com<br>www.firestonetire.com | 1-800-847-3272 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear | www.goodyeartires.com | 1-800-321-2136 |
| Michelin/BF Goodrich | www.michelinman.com<br>www.bfgoodrichtires.com | 1-866-866-6605<br>1-877-788-8899 |
| Hankook | www.hankooktire.com | 1-800-426-5665 |
| Kumho | www.kumhotire.com | 1-800-445-8646 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**MJN3584**

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

| Caution |
| --- |
| This warranty excludes:<br><br>Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals. |

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

**What Is Not Covered**

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered.

Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

**Damage Due to Bedliners**

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

**MJN3585**

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 15.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

**MJN3586**

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**MJN3587**

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.\***

\* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

**Electric Vehicle Warranty Coverage**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Electric Component Warranty.

**What Is Covered**

This warranty covers repairs to Electric specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles (160 000 kilometers) Electric warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Electric specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**MJN3588**

### Propulsion Battery Warranty Coverage

Like all batteries, the amount of energy that the high voltage propulsion battery can store will decrease with time and miles driven. The battery will be replaced/repaired if the capacity falls below 60% of its original value during the warranty period, as determined by a certified dealer, with a battery appropriate for the age and mileage of the vehicle.

### Propulsion Battery Service

Chevrolet has a network of certified dealers who are trained to perform repairs on electric vehicle battery packs. If the Propulsion Battery requires service due to a defect in materials or workmanship, Chevrolet will either repair or replace the Propulsion Battery with new or refurbished components at Chevrolet's discretion.

### Electric Vehicle Specific Components

The following components are covered under the Electric Vehicle component warranty:

- Propulsion battery pack and all internal components
- Electric drive unit(s) and all internal components

**Note**

The portable charge cord is covered under the Bumper to Bumper Warranty.

**MJN3589**

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission

assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *31*.

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You

should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission*, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

**MJN3590**

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage − Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

**MJN3591**

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**MJN3592**

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3593**

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations. All vehicles are eligible for Federal Emissions Control Warranty Coverage. The California Emission Control System Warranty section of this manual gives the requirements for that warranty.

Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. The warranty with the broadest coverage applies

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Federal Emission Control System Warranty

All vehicles are eligible for Federal Emission Control System Warranty. This warranty is issued in accordance with the U.S. Federal Clean Air Act. The Emission related parts covered under the Federal Warranty are listed under the Emission Warranty Parts List.

### Federal Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

- 2 years or 24,000 miles, whichever comes first for Emissions related parts
- 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.

For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

- 5 years or 50,000 miles, whichever comes first for Emissions related parts

### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for

**MJN3594**

Emission Performance Warranty coverage when all three of the following conditions are met:

1. The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

2. The vehicle fails an EPA-approved I/M test during the emission warranty period.

3. The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 22 which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty. The Emission related parts covered under the California Warranty are listed under the Emission Warranty Parts List.

**California Emissions Warranty Requirements**

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other state adopting California emission and warranty regulations. These states include Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington.

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

MJN3595

**California Emission Defect and Emission Performance Warranty Coverage**

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspections. This is your Emission Control System Performance Warranty.
  - If any emission related part on the Emission Warranty Parts List is defective, GM will repair or replace it. This is your Short-Term Emission Control System Defect Warranty.
- 7 years or 70,000 miles, whichever comes first for Emissions related parts
  - If any emission related part specially noted on the Emission Warranty Parts List is defective or if its failure causes

your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-Term Emission Control System Defect Warranty.

For Heavy Duty Vehicles with a GVWR greater than 14,000 lbs.

- 5 years or 50,000 miles for gasoline engines, whichever comes first for emission related parts
- 5 years or 100,000 miles for diesel engines, whichever comes first for emission related parts

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for

presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions related.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3596**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *19* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

- Diagnostic Emissions Critical - Electronic Control Units (8/80)
- Engine Control Module (8/80)
- Transmission Control Module (8/80)
- Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
　　Supercharger Assembly*

Throttle Body

Turbocharger System
　　Turbocharger Assembly*
　　Turbocharger Oil Feed Pipe (Diesel)*
　　Turbocharger Exhaust Pipe (Diesel)*
　　Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
　　Turbocharger Vane Position Sensor*
　　Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**MJN3597**

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

**MJN3598**

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not

being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ 26.

**MJN3599**

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3600**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.
- The dealer name and location.
- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program a Division of BBB National Programs, Inc.
1676 International Drive
Suite 550
McLean, VA 22102

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

**MJN3601**

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3602**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *31*.

**MJN3603**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3604**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3605**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

# MJN3606

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3607**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3608**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper, Federal Emission, Limited Extended Powertrain, or Electric-specific warranties, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3609**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3610**




Certified Service


84570568 A



**MJN3611**

# Exhibit 49

MJN3612

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs:
NANCY FAIRBANKS AND ROBERT FAIRBANKS

Electronically FILED by
Superior Court of California,
County of Los Angeles
2/28/2025 4:54 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Villchis-David, Deputy Clerk

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| NANCY FAIRBANKS AND ROBERT FAIRBANKS, <br><br>          Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive, <br><br>          Defendants. | Case No.: **25STCV05744** <br><br> Hon. <br> Dept. <br><br> **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** <br><br><br> JURY TRIAL DEMANDED |

PAGE 1

COMPLAINT; JURY TRIAL DEMANDED

**MJN3613**

Plaintiffs allege as follows:

**PARTIES**

1. As used in this Complaint, the word "Plaintiffs" shall refer to NANCY FAIRBANKS AND ROBERT FAIRBANKS.

2. Plaintiffs are residents of Los Angeles County, California.

3. As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4. Defendant GENERAL MOTORS, LLC. ("DEFENDANT" OR "GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, GM was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Los Angeles County, California.

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6. On or about May 26, 2019, Plaintiffs entered into a warranty contract with Defendant GM regarding a 2019 Chevrolet Bolt EV, vehicle identification number 1G1FY6S05K4130718 (hereafter "Subject Vehicle"), which was manufactured and/or distributed by Defendant GM.

7. The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8. Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are "buyers" of

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3614**

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiffs justifiably revoke acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to electric battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq.

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC*, 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3615

18. Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq.

19. Plaintiffs are entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

20. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

21. Plaintiffs suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00.

22. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

## TOLLING OF THE STATUTES OF LIMITATION

23. To the extent there are any statutes of limitation applicable to any of Plaintiffs' claims-the running of the limitation periods to any such claims have been tolled by, inter alia, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (*e.g., the American Pipe rule*).

24. Plaintiffs discovered Defendant's wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

25. By filing this Complaint, Plaintiffs hereby revoke acceptance of the Subject Vehicle yet again.

## FIRST CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

26. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

27. Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.

**MJN3616**

Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

28. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore bring this cause of action pursuant to Civil Code section 1794.

29. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

30. Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

31. Plaintiffs seek civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and do not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

<div align="center">

**SECOND CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

</div>

32. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

33. Although Plaintiffs presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

COMPLAINT; JURY TRIAL DEMANDED

**MJN3617**

34. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

35. Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiffs do so again. Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis*.

36. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION

### BY PLAINTIFFS AGAINST DEFENDANT GM

### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2

37. Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

38. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

39. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages, pursuant to Civil Code

**MJN3618**

section 1794(c).

## FOURTH CAUSE OF ACTION

## BY PLAINTIFFS AGAINST DEFENDANT GM

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

## CODE, § 1791.1; § 1794; § 1795.5)

40. Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

41. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

42. Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

43. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

44. Plaintiffs have been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore bring this Cause of Action pursuant to Civil Code section 1794.

MJN3619

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFFS AGAINST DEFENDANT GM**

**FRADULENT INDUCEMENT - CONCEALMENT**

45. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

46. Plaintiffs purchased the Vehicle as manufactured with Defendant GM's battery system.

47. Defendant GM committed fraud by allowing to be sold to Plaintiffs the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

48. In particular, Plaintiffs are informed, believe, and thereon allege that prior to Plaintiffs acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiffs prior to and at the time of sale and thereafter.

49. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiffs and their passengers (along with other drivers who share the road or garage with Plaintiffs) to a serious risk of accident and injury.

50. Plaintiffs are informed, believes and thereon allege that GM acquired its knowledge of the Battery Defect prior to Plaintiffs acquiring the subject vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network

COMPLAINT; JURY TRIAL DEMANDED

**MJN3620**

of dealers, amongst other sources of internal information.

51. Plaintiffs are informed, believe and thereon allege that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiffs prior to and at the time of sale and thereafter. Had Plaintiffs known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

52. Indeed, Plaintiffs allege that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

53. Defendant GM was under a duty to Plaintiffs to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiffs acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiffs, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiffs could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiffs leased and/or purchased the Vehicle.

54. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

MJN3621

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

55.    The facts concealed or not disclosed by Defendant GM to Plaintiffs are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiffs known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

56.    Plaintiffs are reasonable consumers who did not expect the lithium-ion battery to fail and not work properly. Plaintiffs further expect and assume that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

57.    All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

58.    As a result of Defendant GM's misconduct, Plaintiffs has suffered and will continue to suffer actual damages. Plaintiffs were harmed by purchasing a vehicle that Plaintiffs would not have purchased, or would have paid less for, had Plaintiffs known the true facts about the Battery Defect. Furthermore, Plaintiffs unknowingly exposed themselves to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

<div align="center">

**PRAYER**

</div>

PLAINTIFFS PRAY for judgment against Defendant as follows:

    a.  For general, special and Plaintiffs' actual damages according to proof;

    b.  For restitution;

    c.  For any consequential and incidental damages;

    d.  For diminution in value;

    e.  For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    f.  For prejudgment interest at the legal rate;

    g.  For punitive damages;

    h.  For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d); and

    i.  For such other relief as the Court may deem proper.

COMPLAINT; JURY TRIAL DEMANDED

**MJN3622**

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.

Dated: February 27, 2025                    STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiffs
NANCY FAIRBANKS AND ROBERT
FAIRBANKS

COMPLAINT; JURY TRIAL DEMANDED

**MJN3623**

# Exhibit A

MJN3624



2019

Limited Warranty and
Owner Assistance Information

chevrolet.com

**MJN3625**

**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2018 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 23295643 C Third Printing

**MJN3626**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ........................ 1
GM's Commitment .............. 1
Owner Assistance ............... 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ........................ 1

**Warranty Coverage at a Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ................ 4
What Is Not Covered ........... 9
Chevrolet Volt, Bolt EV, and Malibu Hybrid ................ 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15

Warranty Repairs – Recycled Materials ..................... 15
Tire Service .................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ........................ 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records ............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries .................... 17
Permanent Relocation ......... 17
Original Equipment Alterations ................... 18
Recreation Vehicle and Special Body or Equipment Alterations ................... 18
Pre-Delivery Service ........... 18

Production Changes .......... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ...................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ............ 27
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** ..................... 30

**State Warranty Enforcement Laws** ........... 32

**MJN3627**

# 2019 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for California Only** .............. 33

**Special Coverage Adjustment Programs Beyond the Warranty Period** ....................... 34

**Customer Assistance Offices** ..35

**Customer Assistance for Text Telephone (TTY) Users** ....... 36

**Roadside Assistance Program** ..................... 37

**Courtesy Transportation Program** ..................... 38

**Chevrolet Protection** .......... 39
We're Behind You On All The Roads Ahead ............... 39

**MJN3628**

## GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *30*.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *35*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3629**

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

**Sheet Metal**

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

### Federal

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

  - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

### California

- Gasoline Engines and Car Diesel Engines

  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

**MJN3630**

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Turbo-Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:* Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty* ⇨ 20.

**Noise Emissions**

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3631**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle due to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 2500 and 3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan,

**MJN3632**

seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 24

*Exclusions:* Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

**MJN3633**

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3634**

**2019 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3635**

# 8    New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

**MJN3636**

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**Accessory Coverages**

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

**Sheet Metal Coverage**

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

**Towing**

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

**Tire and Wheel Damage or Wear**

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle

**MJN3637**

## 10    New Vehicle Limited Warranty

weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**Important:** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**MJN3638**

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15*.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed

**MJN3639**

through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay

**MJN3640**

- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Chevrolet Volt, Bolt EV, and Malibu Hybrid

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Volt, Bolt EV, and Malibu Hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in

this Chevrolet Volt, Bolt EV, and Malibu Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

### What Is Covered

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

### Towing

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a

**MJN3641**

## 14 New Vehicle Limited Warranty

warranted Hybrid specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Chevrolet Volt and Bolt EV)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Malibu Hybrid)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on Volt, Bolt EV, and Malibu Hybrid, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (Except Malibu Hybrid), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Hybrid warranty period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Hybrid warranty period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

**MJN3642**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new

components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The

toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35*.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and

**MJN3643**

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**MJN3644**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize

**MJN3645**

the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any

other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations,

such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find

**MJN3646**

any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3647**

## 20 Emission Control Systems Warranty

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.
- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.
- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

**MJN3648**

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

### California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** Important:** Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage.

**MJN3649**

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

*Important:* California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be

**MJN3650**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3651**

## 24 Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

*Important:* Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**MJN3652**

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

**MJN3653**

## 26    Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Hybrid**

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Eboost Brake Control Module **

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
Air and Coolant Sensors
Battery Coolant Pumps and Cooling Fans
Battery High Voltage Heater
Battery Temperature Sensors
E-compressor * **

Power Electronics
Coolant Pump
Port Valves
Rfg. Temperature and Pressure
Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan,
relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter
Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with
Above Components and Certain
Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only
2 yr/24,000 mile Federal Emission
Defect Warranty)

Parts specified in your maintenance
schedule that require scheduled
replacement are covered up to their
first replacement interval or the
applicable emission warranty
coverage period, whichever comes
first. If failure of one of these parts

results in failure of another part,
both will be covered under the
Emission Control System Warranty.

For detailed information concerning
specific parts covered by these
emission control system warranties,
ask your dealer.

**Replacement Parts**

The emission control systems of
your vehicle were designed, built,
and tested using genuine GM parts*
and the vehicle is certified as being
in conformity with applicable federal
and California emission
requirements. **Accordingly, it is
recommended that any
replacement parts used for
maintenance or for the repair of
emission control systems be new,
genuine GM parts.**

The warranty obligations are not
dependent upon the use of any
particular brand of replacement
parts. The owner may elect to use
non-genuine GM parts for
replacement purposes. Use of
replacement parts which are not of

**MJN3655**

## 28　Emission Warranty Parts List

equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

\* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a

warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**MJN3656**

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* ⇨ *30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3657**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Bolt EV call 1-877-486-5846. For Volt call 1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

**MJN3658**

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3659**

## 32    State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

**MJN3660**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3661**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3662**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Bolt EV 1–877–486–5846
Volt 1-877-486-5846 (1-877-4-Volt Info)
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

**MJN3663**

## 36 Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3664**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty periods. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Bolt EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3665**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3666**

### We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/ creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3667**




U.S. Only


23295643 C



**MJN3668**

# Exhibit 50

MJN3669

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Sanam Vaziri (SBN 177384)
Email: svaziri@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff:
RUDOLPH D GIZZI JR

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF RIVERSIDE**

| | |
|---|---|
| RUDOLPH D GIZZI JR,<br><br>        Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:  CVPS2404176<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

COMPLAINT; JURY TRIAL DEMANDED

**MJN3670**

Plaintiff alleges as follows:

**PARTIES**

1.      As used in this Complaint, the word "Plaintiff" shall refer to RUDOLPH D GIZZI JR.

2.      Plaintiff is a resident of Riverside County, California.

3.      As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4.      Defendant GENERAL MOTORS, LLC. ("Defendant GM") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Riverside County, California.

5.      Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

**FACTUAL BACKGROUND**

6.      On or about September 13, 2022, Plaintiff entered into a warranty contract with Defendant GM regarding a 2022 Chevrolet Bolt Ev, vehicle identification number 1G1FX6S05N4135005 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant GM.

7.      The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

8.      Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**MJN3671**

consumer goods under the Act. Defendant GM is a "manufacturer" and/or "distributor" under the Act.

9. Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

10. These causes of action arise out of the warranty obligations of GM in connection with a motor vehicle for which GM issued a written warranty.

11. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, battery defects, electrical defects; among other defects and non-conformities.

12. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

13. The value of the Subject Vehicle is worthless and/or *de minimis*.

14. Under the Song-Beverly Act, Defendant GM had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

15. Defendant GM has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

16. Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

17. Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794,

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC*, 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

MJN3672

et seq. Plaintiff is to rescission of the contract pursuant to Civil Code, section 1794, et seq.

18. Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

19. Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

20. Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00

21. Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

<div align="center">

**TOLLING OF THE STATUTES OF LIMITATION**

</div>

22. To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty and implied warranty– the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*) via the filing of *Speerly et al. v. General Motors, LLC*, No. 19-cv-11044-DML-DRG (E.D. Mich.) (April 10, 2019).

23. Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before filing this Complaint when they requested a buyback and/or restitution of the Subject Vehicle from GM, as the Vehicle continued to exhibit symptoms of defects following GM's unsuccessful repair attempts to repair them. However, GM failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act.

**A.  Class Action Tolling**

24. Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("American Pipe"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved. In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from American Pipe and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class. *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988). Tolling lasts from the day a class claim

<div align="center">

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN3673**

is asserted until the day the suit is conclusively not a class action. *Falk v. Children's Hosp. Los Angeles*, 237 Cal. App. 4th 1454, 1464 (2015).

25. The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B.      Discovery Rule Tolling**

26. Plaintiff had no way of knowing about Defendant's deception with respect to the defect until the defect manifested itself and Defendant was unable to repair it after a reasonable number of repair attempts.

27. Within the time period of any applicable statutes of limitation, Plaintiff could not have discovered through the exercise of reasonable diligence that Defendant were concealing the defect and conduct complained of herein and concealing the companies' true position with respect to the defect.

28. Defendant was under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Vehicles suffering from the defect, and the inevitable repairs, costs, time, and monetary damage resulting from the defects.

29. Plaintiff did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about the defect in Defendants' Vehicles prior to and at the time of sale and thereafter, which was discovered by Plaintiff shortly prior to the filing of this Complaint.

**C.      The Repair Doctrine**

30. The statute of limitations is tolled by various unsuccessful attempts to repair the vehicle.[2]

31. Additionally, the limitations period for warranty claims is tolled against a defendant

---

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

COMPLAINT; JURY TRIAL DEMANDED

MJN3674

whenever that defendant claims that the defect is susceptible to repair and attempts to repair the defect.[3]

32. Here, Defendant (and its dealership) undertook to perform various repair measures. During the time in which Defendant represented to Plaintiff that the Subject Vehicle was fixable and attempted to fix it, the warranty period may have thus been tolled.

**D. Fraudulent Concealment Tolling (Estoppel)**

33. Separately, the statute of limitations is equitably tolled due to Defendant's fraudulent conduct alleged herein.[4]

34. Defendant (and its agents, representatives, officers, directors, employees, affiliates, and/or dealerships) concealed the defects, minimized the scope, cause, and dangers of the defects with inadequate TSBs and/or Recalls, and refused to investigate, address, and remedy the defects as it pertains to all affected vehicles as set forth herein.

35. Furthermore, Defendant's fraudulent concealment was ongoing. Defendant blamed the symptoms of the defects on other issues and not the actual defect itself and purported to be able to repair.

36. Based on the foregoing, Defendant is estopped from relying on any statutes of limitation in defense of this action.

37. By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

---

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc. v. Tyco Electronics Corp.*, 169 Cal.App.4th 116, 133–134 (2008).

[4] Silence, when there is a duty to speak, may be the basis for equitable estoppel. See *Dettamanti v. Lompoc Union High School Dist. of Santa Barbra County*, 143 Cal. App. 2d 715, 720 (1956) ("The basis for an estoppel may be found in the failure of the party sought to be estopped to speak when he is under a duty to speak as well as in his speaking falsely and in a manner which tends to deceive."). Estoppel to plead the statute of limitations is a well-accepted doctrine under California law. See 3 Witkin Cal. Proc. 4th § 693 at 885 ("'[T]he fraudulent concealment by the defendant of the facts upon which the existence of which the cause of action depends tolls the statute,' and that the statute does not begin to run until discovery . . . .'" (quoting *Kimball v. Pacific Gas & Elec. Co.*, 220 Cal. 203, 215 (1934)).

COMPLAINT; JURY TRIAL DEMANDED

MJN3675

*Side margin:* STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

38.   Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

39.   Defendant GM and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant GM failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

40.   Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

41.   Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant GM and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant GM failed and refused to promptly replace the Vehicle or make restitution.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

42.   Defendant GM does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

43.   Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

COMPLAINT; JURY TRIAL DEMANDED

**MJN3676**

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

44. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

45. Although Plaintiff presented the Vehicle to Defendant GM's representative in this state, Defendant GM and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

46. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

47. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle and have exercised a right to cancel the purchase. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

48. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant GM and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

**THIRD CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

COMPLAINT; JURY TRIAL DEMANDED

MJN3677

49. Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

50. In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant GM failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

51. Defendant GM's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant GM knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant GM failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

<div align="center">

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT GM**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**CODE, § 1791.1; § 1794; § 1795.5)**

</div>

52. Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

53. Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant GM's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant GM.

54. Pursuant to Civil Code section 179s1.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

<div align="center">

PAGE 9

COMPLAINT; JURY TRIAL DEMANDED

</div>

**MJN3678**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19ᵀᴴ FLOOR, LOS ANGELES, CA 90067

55. At the time of sale, the subject vehicle was sold with one or more latent defect(s) as set forth above. The existence of the said latent defect(s) constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

56. Plaintiff has been damaged by Defendant GM's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT GM

### (Fraudulent Inducement - Concealment)

57. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

58. Plaintiff purchased the Vehicle as manufactured with Defendant GM's battery system.

59. Defendant GM committed fraud by allowing to be sold to Plaintiff the Vehicle without disclosing that the subject vehicle and its lithium-ion battery was defective and susceptible to sudden and premature failure.

60. In particular, Plaintiff is informed, believes, and thereon alleges that prior to Plaintiff acquiring the subject vehicle, GM was well aware and knew that the lithium-ion battery installed in the subject vehicle was defective but failed to disclose this fact to Plaintiff prior to and at the time of sale and thereafter.

61. Specifically, GM knew (or should have known) that the battery system had one or more defects that can result in various problems, including, but not limited to, the battery system overheating when charged to full capacity or near full capacity, losses of propulsion power while driving, catastrophic fire, no crank, reduced range, thermal runaway, and/or spontaneous combustion, ("Battery Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly cause overhearing and spontaneous combustion at any

COMPLAINT; JURY TRIAL DEMANDED

MJN3679

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

time. Such unexpected battery failure and catastrophic fire, thereby, exposes Plaintiff and their passengers (along with other drivers who share the road or garage with Plaintiff) to a serious risk of accident and injury.

62. Plaintiff is informed, believes and thereon alleges that GM acquired its knowledge of the Battery Defect prior to Plaintiff acquiring the subject vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers, amongst other sources of internal information.

63. Plaintiff is informed, believes and thereon alleges that while Defendant GM knew about the Battery Defect, Defendant GM nevertheless concealed and failed to disclose the defective nature of the Vehicle, its lithium-ion battery to Plaintiff prior to and at the time of sale and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Battery Defect, they would not have leased and/or purchased the Subject Vehicle.

64. Indeed, Plaintiff alleges that Defendant GM knew that the Vehicle and its lithium-ion battery suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

65. Defendant GM was under a duty to Plaintiff to disclose the defective nature of the Vehicle and its battery, its safety consequences and/or the associated repair costs because:

    a. Defendant GM acquired its knowledge of the Battery Defect and its potential consequences prior to Plaintiff acquiring the Subject Vehicle, though sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Battery Defect made directly to GM and its network of dealers, aggregate warranty data compiled from GM's network of dealers, testing conducted by GM in response to these complaints, as well as warranty repair and part replacements data received by GM from GM's network of dealers,

COMPLAINT; JURY TRIAL DEMANDED

MJN3680

amongst other sources of internal information;

b. Defendant GM was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicles equipped with the lithium-ion battery; and

c. Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Battery Defect and its potential consequences until well after Plaintiff leased and/or purchased the Vehicle.

66. In failing to disclose the defects in the Vehicle's Battery System, Defendant GM has knowingly and intentionally concealed material facts and breached its duty not to do so.

67. The facts concealed or not disclosed by Defendant GM to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase/lease the Vehicle. Had Plaintiff known that the Vehicle and its lithium-ion battery were defective prior to or at the time of sale, they would not have purchased the Vehicle.

68. Plaintiff is a reasonable consumer who did not expect the lithium-ion battery to fail and not work properly. Plaintiff further expects and assumes that Defendant GM will not sell or lease vehicles with known material defects, including but not limited to those involving the vehicle's lithium-ion battery and will disclose any such defect to its consumers before selling such vehicles.

69. All acts of corporate employees as alleged, were authorized or ratified by an officer, director or managing agent of the corporate employer.

70. As a result of Defendant GM's misconduct, Plaintiff has suffered and will continue to suffer actual damages. Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have purchased, or would have paid less for, had Plaintiff known the true facts about the Battery Defect. Furthermore, Plaintiff unknowingly exposed their to the risk of liability, accident, and injury as a result of Defendant GM's fraudulent concealment of the Battery Defect.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendants as follows:

a. For general, special and Plaintiff's actual damages according to proof;

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

MJN3681

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

b.    For restitution;

c.    For any consequential and incidental damages;

d.    For diminution in value;

e.    For a civil penalty in the amount of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

f.    For prejudgment interest at the legal rate;

g.    For punitive damages;

h.    For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.    For such other relief as the Court may deem proper.

### **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: June 27, 2024                    STRATEGIC LEGAL PRACTICES, APC

BY: _____
TIONNA CARVALHO
Attorneys for Plaintiff
RUDOLPH D GIZZI JR

MJN3682

# Exhibit A

MJN3683



2022

Limited Warranty and
Owner Assistance
Information

**MJN3684**

*IMPORTANT:* This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

Owner's Name:

Phone Number:

Street Address:

City & State:

Vehicle Identification Number (VIN):

Date Vehicle First Delivered or Put In Use:

Odometer Reading on Date Vehicle First Delivered or Put In Use:

© 2021 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84570568 A First Printing

**MJN3685**

# 2022 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to Owners... .......... 1
GM's Commitment ....................... 1
Owner Assistance ....................... 1
GM Participation in an Alternative Dispute
  Resolution Program .................... 1
Warranty Service– United States ......... 1

Warranty Coverage at a Glance .......... 2
New Vehicle Limited Warranty .......... 2
Emission Control System Warranty ...... 3

New Vehicle Limited Warranty .......... 5
What Is Covered ........................ 5
What Is Not Covered ................... 10
Electric Vehicle Warranty Coverage ..... 13

Things to Know About the New Vehicle
  Limited Warranty ...................... 15
Warranty Repairs – Component
  Exchanges ............................ 15
Warranty Repairs – Recycled
  Materials ............................. 15
Tire Service ............................ 15
Aftermarket Engine Performance
  Enhancement Products and
  Modifications ......................... 15

Paint, Trim, and Appearance Items ...... 15
Vehicle Operation and Care ............. 16
Maintenance and Warranty Service
  Records .............................. 16
Chemical Paint Spotting ................ 16
Warranty Coverage – Extensions ....... 16
Warranty Service — Foreign
  Countries ............................ 16
Permanent Relocation ................... 17
Original Equipment Alterations ......... 17
Recreation Vehicle and Special Body or
  Equipment Alterations ................ 17
Pre-Delivery Service .................... 17
Production Changes ..................... 18
Noise Emissions Warranty for Light Duty
  Trucks Over 10,000 Lbs Gross Vehicle
  Weight Rating (GVWR) Only ........... 18

Emission Control Systems Warranty ..... 19
How to Determine the Applicable
  Emissions Warranty ................... 19
Federal Emission Control System
  Warranty ............................. 19

California Emission Control System
  Warranty ............................. 20

Emission Warranty Parts List ............ 22
Replacement Parts ..................... 23
Maintenance and Repairs ............... 24
Claims Procedure ...................... 24

Customer Satisfaction Procedure ......... 26

State Warranty Enforcement Laws ....... 28

Warranty Information for
  California Only ......................... 29

Special Coverage Adjustment Programs
  Beyond the Warranty Period .......... 30

Customer Assistance Offices .............. 31

Customer Assistance for Text Telephone
  (TTY) Users ........................... 32

Roadside Assistance Program ............ 33

Courtesy Transportation Program ........ 34

Chevrolet Protection ..................... 35
We're Behind You On All The Roads
  Ahead ............................... 35

**MJN3686**

### GM's Commitment

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

### Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure* ⇨ *26*.

We thank you for choosing GM.

### GM Participation in an Alternative Dispute Resolution Program

See *Customer Satisfaction Procedure* ⇨ *26* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

### Warranty Service– United States

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices* ⇨ *31*. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

**MJN3687**

## 2 Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty



| NEW VEHICLE LIMITED WARRANTY | | |
|---|---|---|

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bumper to Bumper (including tires)** | | 3 years/36,000 miles[1] | | | | | | | | | |
| **Electric Vehicle Specific Components** | | | | | | | | | | 8 years/100,000 miles[3] | |
| **Powertrain** | | | | | | | | | | | |
| Gasoline and Diesel (other than 3.0L and 6.6L) Engines | | | | | 5 years/60,000 miles[1] | | | | | | |
| 3.0L and 6.6L Duramax Diesel | | | | | | | | | 5 years/100,000 miles[1] | | |
| Certain Commercial/Government Fleet Vehicles | | | | | | | | | 5 years/100,000 miles[1] | | |
| **Restraint Systems** | | | | | | 6 years/72,000 miles[2] | | | | | |
| **Sheet Metal** | | | | | | | | | | | |
| Corrosion Coverage | | 3 years/36,000 miles[2] | | | | | | | | | |
| Rust-through Coverage | | | | | | | | | | 6 years/100,000 miles[1] | |

[1] Whichever comes first

**MJN3688**

**Emission Control System Warranty**

### EMISSION CONTROL SYSTEM WARRANTY

| | 10,000 | 20,000 | 30,000 | 40,000 | 50,000 | 60,000 | 70,000 | 80,000 | 90,000 | 100,000 | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal Light-Duty Cars & Trucks** (under 8,500 lbs Gross Vehicle Weight Rating [GVWR]) | | | | | | | | | | | |
| Defect / Performance | 2 years / 24,000 miles[1] | | | | | | | | | | |
| Specified Major Components | | | | | | | | 8 years / 80,000 miles[1] | | | |
| **Federal Heavy-Duty Trucks** (8,501 to 19,500 lbs GVWR, gas & diesel) | | | | | | | | | | | |
| Defect / Performance | | | | 5 years / 50,000 miles[1] | | | | | | | |
| **California**[2] (under 14,000 lbs GVWR) | | | | | | | | | | | |
| Performance | | | | 3 years / 50,000 miles[1] | | | | | | | |
| Short-Term Defect | | | | 3 years / 50,000 miles[1] | | | | | | | |
| Long-Term Defect (High Cost Parts) | | | | | | 7 years / 70,000 miles[1] | | | | | |

[1] Whichever comes first

[2] Also applies to Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington vehicles equipped with a California Certified Emission Control System. These vehicles are also covered by the Federal Emission Control System Warranty.

**MJN3689**

**Noise Emissions**

Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

**MJN3690**

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Coverage

- Coverage is provided for 5 years or 60,000 miles, whichever comes first
- 3.0L and 6.6L Duramax® Turbo-Diesel Engines are covered for 5 years or 100,000 miles, whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

*Important:* Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List* ⇨ 22.

**Engine Coverage includes:** Cylinder block and heads and all internally lubricated parts, timing gears, timing chain/belt and cover, valve covers, oil pump assembly, oil pan, engine oil cooling hoses and lines, seals, gaskets, manifolds, flywheel, water pump, engine mount, turbocharger and supercharger, actuators and electrical components internal to the engine. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose.

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, heater core, starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line).

MJN3691

**Diesel Components Coverage includes:**
Cylinder block and heads and all internally lubricated parts, intake and exhaust manifolds, timing gears, timing chain/belt and cover, flywheel, valve covers, oil pump assembly, oil pan, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor.

**Transmission/Transaxle Coverage includes:**
All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain component coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate.

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g.,front differential actuator).

*Exclusions:* Excluded from the powertrain component coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Restraint Systems Warranty**

Provides repair or replacement needed to correct defects in materials or workmanship of any seatbelt or airbag system, supplied by General Motors. Coverage is for 6 years or 72,000 miles, whichever comes first. This warranty is subject to the exceptions indicated in the "What Is Not Covered" section or cosmetic appearance defects such as color fade.

**MJN3692**

**Sheet Metal Coverage**

Body sheet metal panels are covered against corrosion and rust-through as follows:

**Surface Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

*Important:* Surface rust resulting from accidents, stone chips or scratches in the paint is not included in sheet metal coverage.

**Rust-Through:** Any body sheet metal panel that rusts through — that develop an actual hole in the sheet metal — is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Your vehicle was designed and built to resist corrosion. Application of additional rust inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products. Application of after manufacture rust proofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**MJN3693**

**2022 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer.

Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

**MJN3694**

**Tire Companies**

| Company | Website | Toll-Free Number |
| --- | --- | --- |
| Bridgestone/Firestone | www.bridgestonetire.com<br>www.firestonetire.com | 1-800-847-3272 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear | www.goodyeartires.com | 1-800-321-2136 |
| Michelin/BF Goodrich | www.michelinman.com<br>www.bfgoodrichtires.com | 1-866-866-6605<br>1-877-788-8899 |
| Hankook | www.hankooktire.com | 1-800-426-5665 |
| Kumho | www.kumhotire.com | 1-800-445-8646 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential

damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

**MJN3695**

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

**Caution**

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered.

Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

#### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

MJN3696

**Damage Due to Accident, Misuse, or Alteration**

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

*Important:* This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ 15.

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the

**MJN3697**

first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not

responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance
- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

MJN3698

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle**

**rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

**Electric Vehicle Warranty Coverage**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the

vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Electric Component Warranty.

**What Is Covered**

This warranty covers repairs to Electric specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles (160 000 kilometers) Electric warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Electric specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

**MJN3699**

**Propulsion Battery Warranty Coverage**

Like all batteries, the amount of energy that the high voltage propulsion battery can store will decrease with time and miles driven. The battery will be replaced/repaired if the capacity falls below 60% of its original value during the warranty period, as determined by a certified dealer, with a battery appropriate for the age and mileage of the vehicle.

**Propulsion Battery Service**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric vehicle battery packs. If the Propulsion Battery requires service due to a defect in materials or workmanship, Chevrolet will either repair or replace the Propulsion Battery with new or refurbished components at Chevrolet's discretion.

**Electric Vehicle Specific Components**

The following components are covered under the Electric Vehicle component warranty:

- Propulsion battery pack and all internal components
- Electric drive unit(s) and all internal components

**Note**

The portable charge cord is covered under the Bumper to Bumper Warranty.

**MJN3700**

**Warranty Repairs – Component Exchanges**

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

**Warranty Repairs – Recycled Materials**

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

**Tire Service**

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *31.*

**Aftermarket Engine Performance Enhancement Products and Modifications**

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission[*], and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

**Paint, Trim, and Appearance Items**

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

**MJN3701**

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

MJN3702

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

## Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

**MJN3703**

**Production Changes**

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

**Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only**

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

**MJN3704**

### How to Determine the Applicable Emissions Warranty

State and Federal agencies may require a different emission warranty coverage depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations. All vehicles are eligible for Federal Emissions Control Warranty Coverage. The California Emission Control System Warranty section of this manual gives the requirements for that warranty.

Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. The warranty with the broadest coverage applies

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions. The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

### Federal Emission Control System Warranty

All vehicles are eligible for Federal Emission Control System Warranty. This warranty is issued in accordance with the U.S. Federal Clean Air Act. The Emission related parts covered under the Federal Warranty are listed under the Emission Warranty Parts List.

#### Federal Emissions Warranty Coverage

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

- 2 years or 24,000 miles, whichever comes first for Emissions related parts
- 8 years or 80,000 miles, whichever comes first for Emissions select components; catalytic converters, engine control module, transmission control module and other diagnostic emissions critical-electronic control units.

For Heavy Duty Vehicles with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

- 5 years or 50,000 miles, whichever comes first for Emissions related parts

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped and built to conform at the time of sale with applicable regulations of the U.S. Federal Environmental Protection Agency (EPA).
- The vehicle is free from emissions defects in materials and workmanship which cause the vehicle to fail to conform to those regulations during the emission warranty period.
- Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

#### Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA approved I/M program is enforced in your area, you may also be eligible for

**MJN3705**

Emission Performance Warranty coverage when all three of the following conditions are met:

1. The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

2. The vehicle fails an EPA-approved I/M test during the emission warranty period.

3. The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or Federal law. GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ 22 which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle is in accordance with the California Air Resources Board. This coverage is in addition to the Federal Emission Warranty. The Emission related parts covered under the California Warranty are listed under the Emission Warranty Parts List.

**California Emissions Warranty Requirements**

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other state adopting California emission and warranty regulations. These states include Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington.

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies. Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

MJN3706

**California Emission Defect and Emission Performance Warranty Coverage**

For Passenger Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 14,000 lbs. or less

- 3 years or 50,000 miles, whichever comes first for Emissions related parts
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspections. This is your Emission Control System Performance Warranty.
  - If any emission related part on the Emission Warranty Parts List is defective, GM will repair or replace it. This is your Short-Term Emission Control System Defect Warranty.
- 7 years or 70,000 miles, whichever comes first for Emissions related parts
  - If any emission related part specially noted on the Emission Warranty Parts List is defective or if its failure causes

your vehicle to fail a Smog Check inspection, GM will repair or replace it. This is your Long-Term Emission Control System Defect Warranty.

For Heavy Duty Vehicles with a GVWR greater than 14,000 lbs.

- 5 years or 50,000 miles for gasoline engines, whichever comes first for emission related parts
- 5 years or 100,000 miles for diesel engines, whichever comes first for emission related parts

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance. You are responsible for

presenting your vehicle to a Chevrolet dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days. As the vehicle owner, you should also be aware that Chevrolet may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by Chevrolet, or if the defect is not emissions related.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3707**

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *19* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

**Federal Emissions Select Components covered for 8 years or 80,000 miles, whichever comes first (for vehicles with GVWR of 8,500 lbs or less). These Select Components are designated with (8/80) below.**

- Diagnostic Emissions Critical - Electronic Control Units (8/80)
- Engine Control Module (8/80)
- Transmission Control Module (8/80)
- Catalytic Converters (8/80)

*Important:* Certain parts may be covered beyond the standard warranty period if shown with asterisk as follows:

(*) 7 years or 70,000 miles, whichever comes first, under the California Emission Control System Warranty coverage

**Air/Fuel Ratio Control System**

Air/Fuel Ratio Control System Sensors

Diesel Fuel Injection Pump*

Diesel Fuel Pipes (Heavy Duty) *

Diesel Fuel Pressure Regulator*

Diesel Fuel Rail Assembly*

Diesel Fuel Temperature Sensor*

Fuel Injection System

**Air Management System**

Air Intake System

Air Management System Sensors

Charge Air Cooler

Exhaust Manifold*

Intake Manifold*

Supercharger System
    Supercharger Assembly*

Throttle Body

Turbocharger System
    Turbocharger Assembly*
    Turbocharger Oil Feed Pipe (Diesel)*
    Turbocharger Exhaust Pipe (Diesel)*
    Turbocharger Exhaust Outlet Pipe Adaptor (Diesel)*
    Turbocharger Vane Position Sensor*
    Turbocharger Vane Position Solenoid Valve*

**Camshaft Position System**

Camshaft Position Actuator*

Camshaft Position Actuator Valve

Camshaft Position System Sensors

**Diesel Aftertreatment System**

Diesel Oxidation Catalyst

Diesel Particulate Filter*

Selective Catalyst Reduction

**Engine Cooling System**

Electric Coolant Pump

Engine Cooling Fans

Engine Cooling System Sensors

Engine Coolant Valves

Thermostat

**Evaporative Emission Control System**

Evaporative Emission Hardware

Fuel Tank(s)*

Fuel Filler Cap (Gasoline)

Fuel Tank Zone Module

**MJN3708**

**Exhaust Gas Recirculation (EGR) System**

EGR System Components and Sensors

EGR Valve Cooler (Diesel)*

**Ignition System**

Ignition Coils and Control Module

Ignition System Sensors

Glow Plugs and Controller (Diesel)

Spark Plugs and Wires

**Positive Crankcase Ventilation (PCV) System**

PCV System Sensors

PCV System Components and Oil Filler Cap

**Stop/Start System**

Start/Stop System Components and Sensors

**Transmission Control System**

Transmission Control Solenoid Valve
with TCM*

Transmission Control Valve Body*

Transmission Electrical Sensors and Actuators

Also covered by this Warranty are hoses, switches, sensors, solenoids, gaskets, seals, wiring harnesses and connectors used with components on the Emission Warranty parts list.

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty. For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

**Replacement Parts**

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

**MJN3709**

\* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not

being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

### Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure* 0 26.

**MJN3710**

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle
Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

**MJN3711**

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846. In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by BBB National Programs, Inc. to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program a Division of BBB National Programs, Inc.
1676 International Drive
Suite 550
McLean, VA 22102

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/bbb-auto-line

**MJN3712**

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

**MJN3713**

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *31*.

**MJN3714**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3715**

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**MJN3716**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre, CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

**MJN3717**

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

**MJN3718**

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

**MJN3719**

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper, Federal Emission, Limited Extended Powertrain, or Electric-specific warranties, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

**MJN3720**

**We're Behind You On All The Roads Ahead**

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by

AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

**MJN3721**





Certified Service



84570568 A



**MJN3722**

# CERTIFICATE OF COMPLIANCE

This document complies with Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 27(a)(2)(B), this document (**APPELLANTS' MOTION FOR JUDICIAL NOTICE**) contains 937 words. The motion is also in Times New Roman size 14 font, as required by Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6).

Dated: May 13, 2026          */s/ Edward Tao*

Edward Tao

**CERTIFICATE OF SERVICE**

[26-1078]

I certify that on May 13, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the court's CM/ECF system. All participants are registered CM/ECF users and will be served electronically via that system.

*/s/ Edward Tao*

Edward Tao